UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

                v.                              NOTICE OF APPEARANCE

SEAN COMBS                                     Crim. No. 24-CR-542
--------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Teny Geragos, Esq., of Agnifilo Intrater LLP, 445 Park Avenue, 7th Floor, New York, NY 10022 an attorney duly admitted to practice in this Court, is appearing for the Defendant SEAN COMBS in the above-captioned matter.

                                                          */s/ Teny Geragos*
                                                          Teny Geragos, Esq.
                                                          Agnifilo Intrater LLP
                                                          445 Park Avenue, 7th Floor
                                                          New York, NY 10022
                                                          Tel: (646) 205-4351
                                                          teny@agilawgroup.com

Dated:     September 17, 2024
              New York, NY