# EXHIBIT 1

Advanced Research & Appraisal

File No. 22072602

# APPRAISAL OF



## LOCATED AT:

2 Star Island Dr
Miami Beach, FL  33139

## CLIENT:

Tri Star Sports and Entertainment Group
9255 Sunset Blvd., 2nd Floor
West Hollywood, CA, 90069

## AS OF:

June 28, 2022

## BY:

Orna Sarley
Cert Res RD1541

Advanced Research & Appraisal

File No. 22072602

08/08/2022

Tri Star Sports and Entertainment Group
9255 Sunset Blvd., 2nd Floor
West Hollywood, CA, 90069

File Number:   22072602

In accordance with your request, I have appraised the real property at:

2 Star Island Dr
Miami Beach, FL  33139

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of   June 28, 2022                                is:

$48,500,000
Forty-Eight Million Five Hundred Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

Respectfully submitted,

Orna Sarley
Cert Res RD1541

Donald J Sarley, ASA, IFA, SRA, Cert Res RD259 - Review Appraiser Did Inspect.

Advanced Research & Appraisal

# Residential Appraisal Report

File No. 22072602

**PURPOSE**

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name/Intended User **Tri Star Sports and Entertainment Group**    E-mail **jwoo@team-tristar.com**

Client Address **9255 Sunset Blvd., 2nd Floor**    City **West Hollywood**    State **CA**    Zip **90069**

Additional Intended User(s) **2 West Star Island LLC**

Intended Use **Net Worth Valuation**

---

**SUBJECT**

Property Address **2 Star Island Dr**    City **Miami Beach**    State **FL**    Zip **33139**

Owner of Public Record **2 West Star Island LLC**    County **Miami-Dade**

Legal Description **4 54 42 PB 31-60 CORRECTED PL OF STAR ISLAND LOT 2 & 10FT STRIP LOT SIZE 58232 SQ FT OR 18586-4936 04 1999 1 OR 18586-4936 04 1999 1**

Assessor's Parcel # **02-4204-001-0020**    Tax Year **2021**    R.E. Taxes $ **432,180.59**

Neighborhood Name **Star Island**    Map Reference **54-42-04**    Census Tract **981000**

Property Rights Appraised  [X] Fee Simple    [ ] Leasehold    [ ] Other (describe)

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Prior Sale/Transfer:    Date **11/01/2003**    Price **$14,500,000**    Source(s) **DCPA OR Book 21872-3313**

Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable)    **Most recent sale reported above. No other transfers within the past twenty years.**

**SALES HISTORY**

Offerings, options and contracts as of the effective date of the appraisal    **MatrixMLS reported no listing activity for the property that is the subject of this report. No known offerings, options or contracts as of the effective date of the appraisal.**

---

**NEIGHBORHOOD**

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural | | Property Values | [ ] Increasing [X] Stable [ ] Declining | | PRICE $(000) | AGE (yrs) | One-Unit | 95 % |
| Built-Up | [X] Over 75% [ ] 25-75% [ ] Under 25% | | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | | | | 2-4 Unit | % |
| Growth | [ ] Rapid [X] Stable [ ] Slow | | Marketing Time | [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | 1,995 Low | 0 | Multi-Family | % |

Neighborhood Boundaries **See Attached Addendum**

| | | | | |
|---|---|---|---|---|
| 75,000 High | 100 | Commercial | % |
| 30,000 Pred. | 72 | Other **Vacant** | 5 % |

Neighborhood Description **See Attached Addendum**

Market Conditions (including support for the above conclusions)    **See Attached Addendum**

---

**SITE**

Dimensions **37.21'x248.30'x411'x254.48'x410'**    Area **58,232 Sq.Ft.**    Shape **Pie shaped**    View **Biscayne Bay**

Specific Zoning Classification **RS-1**    Zoning Description **Single Family Low Density (up to 2 du/per acre)**

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe.

| Utilities | Public | Other (describe) | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street **Asphalt paved** | [ ] | [X] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley **None** | [ ] | [ ] |

Site Comments **Site is level and pie shaped with 254.48 linear feet on Biscayne Bay with seawall, dock and deck. Site sides the entry road to the development with no measurable negative impact on the site. The subject is located on a private island community with a guard stationed at entry restricting access to residents and announced guests. The community has private streets and improvements. Streets and improvements leading to the development are public. Typical utility and maintenance easements exist with no negative impact on the site.**

---

**IMPROVEMENTS**

| GENERAL DESCRIPTION | | FOUNDATION | EXTERIOR DESCRIPTION    materials | INTERIOR    materials |
|---|---|---|---|---|
| Units [ ] One [X] One w/Acc. unit | | [ ] Concrete Slab [X] Crawl Space | Foundation Walls **Concrete Piling** | Floors **Hardwood;Tiles** |
| # of Stories **2** | | [ ] Full Basement [ ] Partial Basement | Exterior Walls **CBS** | Walls **Plaster** |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area  sq. ft. | Roof Surface **Tiles** | Trim/Finish **Wood** |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish  0 % | Gutters & Downspouts **Overhang** | Bath Floor **Quary Tiles** |
| Design (Style) **Traditional** | | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type **Impact Glass** | Bath Wainscot **Quary Tiles** |
| Year Built **2002** | | NA | Storm Sash/Insulated **Yes;Yes** | Car Storage [ ] None |
| Effective Age (Yrs) **10** | | | Screens **Yes** | [X] Driveway # of Cars **10** |
| Attic [ ] None | Heating [X] FWA [ ] HW [ ] Radiant | Amenities | [ ] WoodStove(s) #**0** | Driveway Surface **Brick paved** |
| [X] Drop Stair [ ] Stairs | [ ] Other Fuel **Electric** | [X] Fireplace(s) # **2** [X] Fence **Wall;Iron** | [X] Garage # of Cars **2** |
| [ ] Floor [ ] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck **Brick** [X] Porch **Roofed** | Carport # of Cars **0** |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other **None** | [X] Pool **w/Jacuzzi** [X] Other **Balcony** | [X] Att. [ ] Det. [ ] Built-in |
| Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [X] Washer/Dryer [X] Other (describe) **Numerous appliances** | | | | |

Finished area above grade contains:    **17** Rooms    **7** Bedrooms    **7.2** Bath(s)    **14,783** Square Feet of Gross Living Area Above Grade

Additional Features **Water front site with 254.48± linear feet on water on Biscayne Bay offering excellent views and boating amenities. Property is fenced and has an electric gate. Beyond the gate is a courtyard with ample parking. There is a swimming pool and jacuzzi, dock and deck, cabana structure with a bar and cooking facilities and cabana full bathroom and multiple open showers.**

Comments on the Improvements    **See Attached Addendum**

---

This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report  3/2017
GPARSUM_17  03272017



**gpar**™
general purpose appraisal report.

Advanced Research & Appraisal

## Residential Appraisal Report

File No. 22072602

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2 Star Island Dr Miami Beach, Fl 33139 | 34 Star Island Dr Miami Beach, Fl 33139 | | 8 Star Island Dr Miami Beach, Fl 33139 | | 46 Star Island Dr Miami Beach, Fl 33139 | |
| Proximity to Subject | | 0.18 miles NE | | 0.13 miles NW | | 0.40 miles NE | |
| Sale Price | $ | | $ 30,000,000 | | $ 75,000,000 | | $ 38,000,000 |
| Sale Price/Gross Liv. Area | 0.00 sq. ft. | $ 4,062.84 sq. ft. | | $ 5,072.71 sq. ft. | | $ 2,458.43 sq. ft. | |
| Data Source(s) | | MatrixMLS #A11039509;DOM 230 | | MatrixMLS #A11081499;DOM 122 | | MatrixMLS #A10597515;DOM 764 | |
| Verification Source(s) | | Tax Rolls/IMAPP | | Tax Rolls/IMAPP | | Tax Rolls/IMAPP | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Cash;0 | | Cash;0 | | Cash;0 | |
| Date of Sale/Time | | s01/22;c01/22 | 1,200,000 | s12/21;c12/21 | 3,750,000 | s03/21;c02/21 | 5,700,000 |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 58,232 Sq.Ft. | 40,000 Sq.Ft. | 5,469,600 | 80,000 Sq.Ft. | -6,530,400 | 61,301 Sq.Ft. | -920,700 |
| View | Biscayne Bay | Biscayne Bay | | Biscayne Bay | | Biscayne Bay | |
| Design (Style) | Modern 2 Sty | Traditional 2 Sty | 0 | Traditional 2 Sty | 0 | Traditional 2 Sty | 0 |
| Quality of Construction | Very Good | Very Good | | Excellent | -1,200,000 | Very Good | |
| Actual Age | 20± Yrs 10 eff | 61+/- Yrs 40 eff | 3,000,000 | 29+/- Yrs 10 eff | | 99+/- Yrs 60 eff | 5,000,000 |
| Condition | Very Good | Average Good | 1,000,000 | Excellent | -500,000 | Average Good | 1,000,000 |
| Above Grade | Total 17 Bdrms. 7 Baths 7.2 | Total 18 Bdrms. 9 Baths 9.1 | -37,500 | Total 17 Bdrms. 9 Baths 8.3 | -37,500 | Total 20 Bdrms. 10 Baths 10.2 | -75,000 |
| Room Count | | | | | | | |
| Gross Living Area 300.00 | 14,783 sq. ft. | 7,384 sq. ft. | 2,219,700 | 14,785 sq. ft. | 0 | 15,457 sq. ft. | -202,200 |
| Basement & Finished | | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | 254.5' FF Water | 100' FF Water | 7,725,000 | 202' FF Water | 2,625,000 | 252' FF Water | 125,000 |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Appliances | Appliances | | Appliances | | Appliances | |
| Garage/Carport | 2 Car Garage | 3 Car Garage | -50,000 | 4 Car Garage | -100,000 | 6 Car Garage | -200,000 |
| Porch/Patio/Deck | Patio/Deck,Porch | Patio,Porch,Dock | | Patio,Porches,Dock | | Patio,Porches,Dock | |
| | F/P; Elevator | F/P; Elevator | | F/P; Elevator | | F/P; Elevator | |
| | Fence,Pool,Balcony | Fence,Pool,Balcony | | Fence,Pool/Spa,Balcony | | Fence,Pool/Spa,Balcony | |
| | | | | Fully furnished | -1,000,000 | Detached G.L.A. | Size ??? |
| Net Adjustment (Total) | | [X] + ☐ - $ | 20,526,800 | ☐ + [X] - $ | 2,992,900 | [X] + ☐ - $ | 10,427,100 |
| Adjusted Sale Price | | Net Adj. 68.4% | | Net Adj. -4.0% | | Net Adj. 27.4% | |
| of Comparables | | Gross Adj. 69.0% $ | 50,526,800 | Gross Adj. 21.0% $ | 72,007,100 | Gross Adj. 34.8% $ | 48,427,100 |

Summary of Sales Comparison Approach   Six closed sales, an active listing and a recently expired listing are included in the appraisal analysis. See additional comparables attached. See Attached Addendum For Comments.

Indicated Value by Sales Comparison Approach $ 48,500,000

**COST APPROACH TO VALUE**

Site Value Comments   See Attached Addendum

| ESTIMATED ☐ REPRODUCTION OR [X] REPLACEMENT COST NEW | OPINION OF SITE VALUE .......................................... = $ | 36,000,000 |
|---|---|---|
| Source of cost data Marshall Swift & Boeckh Cost Estimator | Dwelling 14,783 Sq. Ft. @ $ 650.00 ........... = $ | 9,608,950 |
| Quality rating from cost service 5.0   Effective date of cost data Current | Sq. Ft. @ $ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | pools, spa, porches, cabana, bars | 2,000,000 |
| Cost approach has been developed and improvements with effective age estimated and depreciation with renovations and updates over the years. No measurable external obsolescence is noted due to location next to entry road. | Garage/Carport 1,793   Sq. Ft. @ $ 200.00 ........... = $ | 358,600 |
| | Total Estimate of Cost-New ........... = $ | 11,967,550 |
| | Less 80 Physical ☐ Functional ☐ External | |
| | Depreciation $1,495,943 $0 $0 = $ ( | 1,495,943 ) |
| | Depreciated Cost of Improvements .......................... = $ | 10,471,607 |
| | "As-is" Value of Site Improvements ....................... = $ | 2,000,000 |
| | INDICATED VALUE BY COST APPROACH ...................... = $ | 48,471,600 |

**INCOME APPROACH TO VALUE**

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)   Not developed

Methods and techniques employed: [X] Sales Comparison Approach  [X] Cost Approach  ☐ Income Approach  ☐ Other:

Discussion of methods and techniques employed, including reason for excluding an approach to value:   The sales comparison approach is developed best reflects the motives of knowledgeable buyers and sellers in an active market. The cost approach has been developed and is given limited reliance as subject is an existing property with physical depreciation. The income approach is not developed as high end properties are not typically used as rentals.

Reconciliation comments:   Reliance is placed on the sales comparison approach as it best reflects the motives of buyers and sellers in this market. The cost approach has been developed and is a supportive indicator. The income approach has not been developed due to the limited rental data in this mostly owner occupied neighborhood and this approach is not needed for credible valuation results.

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report as of   06/28/2022   , which is the effective date of this appraisal, is:

[X] Single point $ 48,500,000   ☐ Range $ _____ to $ _____   ☐ Greater than   ☐ Less than   $ _____

This appraisal is made [X] "as is,"  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed  ☐ subject to the following:


gpar™
general purpose appraisal report.

Appraisal Report

Advanced Research & Appraisal
## Residential Appraisal Report

File No. 22072602

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| | 2 Star Island Dr | 13 Star Island Dr | | 1 Star Island Dr | | 276 Bal Bay Dr | |
| Address | Miami Beach, Fl 33139 | Miami Beach, Fl 33139 | | Miami Beach, Fl 33139 | | Bal Harbour, Fl 33154 | |
| Proximity to Subject | | 0.21 miles NW | | 0.03 miles SE | | 8.70 miles NE | |
| Sale Price | $ | | $ 32,500,000 | | $ 35,000,000 | | $ 41,500,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 2,210.28 sq. ft. | | $ 4,381.57 sq. ft. | | $ 4,558.44 sq. ft. | |
| Data Source(s) | | MatrixMLS #A10848236;DOM 98 | | MatrixMLS #A10853066;DOM 238 | | MatrixMLS #A11087353;DOM 181 | |
| Verification Source(s) | | Tax Rolls/IMAPP | | Tax Rolls/IMAPP | | Tax Rolls/IMAPP | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Cash;0 | | Conv;0 | | Cash;0 | |
| Date of Sale/Time | | s08/20;c07/20 | 7,150,000 | s07/21;c03/21 | 4,900,000 | s06/22;c03/22 | 830,000 |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 58,232 Sq.Ft. | 40,000 Sq.Ft. | 5,469,600 | 58,332 Sq.Ft. | -30,000 | 46,279 Sq.Ft. | 3,585,900 |
| View | Biscayne Bay | Biscayne Bay | | Biscayne Bay | | Biscayne Bay | |
| Design (Style) | Modern 2 Sty | Traditional 2 Sty | | Traditional 2 Sty | | Traditional 2 Sty | |
| Quality of Construction | Very Good | Very Good | | Very Good | | Very Good | |
| Actual Age | 20± Yrs  10 eff | 19+/- Yrs 10 eff | 0 | 82+/- Ys 50 eff | 4,000,000 | 45+/- Yrs 20 eff | 1,000,000 |
| Condition | Very Good | Very Good | | Average-Good | 1,000,000 | Good | 500,000 |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | |
| Room Count | 17   7   7.2 | 18   10   10.2 | -75,000 | 17   6   8.2 | -25,000 | 18   9   10 | -50,000 |
| Gross Living Area | 300.00   14,783 sq. ft. | 14,704 sq. ft. | 23,700 | 7,988 sq. ft. | 2,038,500 | 9,104 sq. ft. | 1,703,700 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | 254.5' FF Water | 98' FF Water | 7,825,000 | 228.74' FF Water | 1,288,000 | 219' FF Water | 1,775,000 |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Appliances | Appliances | | Appliances | | Appliances | |
| Garage/Carport | 2 Car Garage | 3 Car Garage | -50,000 | 3 Car Garage | -50,000 | 3 Car Garage | -50,000 |
| Porch/Patio/Deck | Patio/Deck,Porch | Patio,Porches,Dock | | Patio/Deck,Porch | | Patio,Porches,Dock | |
| | F/P; Elevator | F/P; Elevator | | F/P; None | 15,000 | None; Elevator | 0 |
| | Fence,Pool,Balcony | Fence,Pool,Balcony | | Fence,Pool,Balcony | | Fence,Pool/Spa,Balcony | |
| Net Adjustment (Total) | | [X] +   [ ] -   $ | 20,343,300 | [X] +  [ ] -   $ | 13,136,500 | [X] +  [ ] -   $ | 9,294,600 |
| Adjusted Sale Price | | Net Adj.   62.6% | | Net Adj.   37.5% | | Net Adj.   22.4% | |
| of Comparables | | Gross Adj.  63.4% $ | 52,843,300 | Gross Adj.  38.1% $ | 48,136,500 | Gross Adj.  22.9% $ | 50,794,600 |

Summary of Sales Comparison Approach    Six closed sales and two listings are included in the appraisal analysis. See additional comparables and comments attached.

SALES COMPARISON APPROACH


gpar™
general purpose appraisal report.

Advanced Research & Appraisal

## Residential Appraisal Report

File No. 22072602

| FEATURE | SUBJECT | COMPARABLE SALE NO. 7 | | COMPARABLE SALE NO. 8 | | COMPARABLE SALE NO. 9 | |
|---|---|---|---|---|---|---|---|
| Address | 2 Star Island Dr<br>Miami Beach, Fl 33139 | 30 Palm Ave<br>Miami Beach, Fl 33139 | | 45 Star Island Dr<br>Miami Beach, Fl 33139 | | | |
| Proximity to Subject | | 0.46 miles NW | | 0.06 miles SE | | | |
| Sale Price | $ | | $ 43,000,000 | | $ 28,900,000 | | $ |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 4,479.63 sq. ft. | | $ 2,963.19 sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MatrixMLS #A11175166; DOM 154 | | MatrixMLS #A11085852;DOM 341 | | | |
| Verification Source(s) | | Tax Rolls/IMAPP | | Tax Rolls/IMAPP | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | Listing | | Listing | | | |
| Concessions | | ;0 | | ;0 | | | |
| Date of Sale/Time | | Active | 0 | Active | 0 | | |
| Location | Suburban | Suburban | | Suburban | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 58,232 Sq.Ft. | 32,000 Sq.Ft. | 7,869,600 | 46,429 Sq.Ft. | 3,540,900 | | |
| View | Biscayne Bay | Biscayne Bay | | Biscayne Bay | | | |
| Design (Style) | Modern 2 Sty | Modern 2 Sty | -1,000,000 | Traditional 2 Sty | | | |
| Quality of Construction | Very Good | Excellent | -1,200,000 | Very Good | | | |
| Actual Age | 20± Yrs  10 eff | 9+/- Yrs 5 eff | -1,000,000 | 41+/- Yrs 50 eff | 3,000,000 | | |
| Condition | Very Good | Very Good | | Fair | 2,000,000 | | |
| Above Grade | Total 17 Bdrms. 7 Baths 7.2 | Total 18 Bdrms. 9 Baths 8.1 | -12,500 | Total 18 Bdrms. 9 Baths 10.2 | -75,000 | Total Bdrms. Baths | |
| Room Count | | | | | | | |
| Gross Living Area 300.00 | 14,783 sq. ft. | 9,599 sq. ft. | 1,555,200 | 9,753 sq. ft. | 1,509,000 | sq. ft. | |
| Basement & Finished | | 0sf | | 0sf | | | |
| Rooms Below Grade | 254.5' FF Water | 100 FF Water | 7,725,000 | 190' FF Water | 3,225,000 | | |
| Functional Utility | Good | Good | | Good | | | |
| Heating/Cooling | Central | Central | | Central | | | |
| Energy Efficient Items | Appliances | Appliances | | Appliances | | | |
| Garage/Carport | 2 Car Garage | 4 Car Garage | -100,000 | 4 Car Garage | -100,000 | | |
| Porch/Patio/Deck | Patio/Deck,Porch | Patio,Porch,Dock | | Patio,Porch,Dock | | | |
| | F/P; Elevator | F/P; None | 15,000 | 1 F/P; None | 15,000 | | |
| | Fence,Pool,Balcony | Fence,Pool,Balcony | | Fence,Pool,Balcony | | | |
| | | | | | | | |
| Net Adjustment (Total) | | [X] + ☐ - | $ 13,852,300 | [X] + ☐ - | $ 13,114,900 | [X] + ☐ - | $ 0 |
| Adjusted Sale Price | | Net Adj. 32.2% | | Net Adj. 45.4% | | Net Adj. 0.0% | |
| of Comparables | | Gross Adj. 47.6% $ 56,852,300 | | Gross Adj. 46.6% $ 42,014,900 | | Gross Adj. 0.0% $ | 0 |

Summary of Sales Comparison Approach    Six closed sales and two listings are included in the appraisal analysis. See additional comparables and comments attached.

**SALES COMPARISON APPROACH**



gPAR™
general purpose appraisal report.

Advanced Research & Appraisal
## Residential Appraisal Report

File No. 22072602

### Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply  what the appraiser did and did not do during the course of the assignment.  It includes, but is not limited to:  the extent to which the property is identified and inspected,  the type and extent of data researched,  the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report.  This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited.  The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report.  All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1.  The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable.  The property is appraised as though under responsible ownership.

2.  Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property.  The appraiser has made no survey of the property.

3.  The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4.  Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5.  The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6.  Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7.  The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable.  The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors.  This appraisal is not an environmental assessment of the property and should not be considered as such.

8.  The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar "expert", unless otherwise noted.  The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects.  The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment.  Statements regarding condition are based on surface observations only.  The appraiser claims no special expertise regarding issues including, but not limited to: foundation  settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues.  Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects.  The client is invited and encouraged to employ qualified experts to inspect and address areas of concern.  If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas.  Unless otherwise noted, attics and crawl space areas were not accessed.  The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9.  Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10.  Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes.  Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment.  The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11.  The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions
A limited inspection of the interior was made by the appraisers and no interior photos were permitted. The appraisers viewed some of the common rooms and were restricted from private and other interior and exterior areas. Assumptions are made pertaining to the floor plan and room layout as the appraisers relied on information provided by the staff members and is assumed to be accurate.

This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report_3/2017
GPARSUM_17  03272017



Advanced Research & Appraisal
## Residential Appraisal Report
File No. 22072602

### Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification.  Significant real property appraisal assistance provided by:

Additional Certifications:

---

Definition of Value:  [X] Market Value    [ ] Other Value:

Source of Definition: __Source of the Market Value Definition is FNMA and or FHLMC.__

Market value is the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus.

---

ADDRESS OF THE PROPERTY APPRAISED:

2 Star Island Dr
Miami Beach, FL  33139

EFFECTIVE DATE OF THE APPRAISAL: 06/28/2022

APPRAISED VALUE OF THE SUBJECT PROPERTY $ 48,500,000

| APPRAISER | SUPERVISORY APPRAISER |
|---|---|
| Signature: | Signature: |
| Name: Orna Sarley | Name: Donald J Sarley, ASA, IFA, SRA |
| Company Name: Advanced Research & Appraisal | Company Name: Advanced Research & Appraisal |
| Company Address: 9240 S Cypress Circle | Company Address: 9240 S Cypress Circle |
| Miramar, FL 33025 | Miramar, FL 33025 |
| Telephone Number: 954-465-4432 | Telephone Number: 954-557-3300 |
| Email Address: osarley@gmail.com | Email Address: dsarley@bellsouth.net |
| State Certification # Cert Res RD1541 | State Certification # Cert Res RD259 |
| or License # | or License # |
| or Other (describe): _____ State #: _____ | State #: _____ |
| State: FL | State: FL |
| Expiration Date of Certification or License: 11/30/2022 | Expiration Date of Certification or License: 11/30/2022 |
| Date of Signature and Report: 08/09/2022 | Date of Signature: 08/09/2022 |
| Date of Property Viewing: June 28, 2022 | Date of Property Viewing: June 28, 2022 |
| Degree of property viewing: | Degree of property viewing: |
| [X] Interior and Exterior  [ ] Exterior Only  [ ] Did not personally view | [X] Interior and Exterior  [ ] Exterior Only  [ ] Did not personally view |



Produced using ACI software, 800.234.8727 www.aciweb.com
Page 4 of 4

This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report  3/2017
GPARSUM_17  03272017

ADDENDUM

| Client: Tri Star Sports and Entertainment Group | File No.: 22072602 |
|---|---|
| Property Address: 2 Star Island Dr | Case No.: |
| City: Miami Beach | State: FL | Zip: 33139 |

**Neighborhood Boundaries**
The subject is accessible via the Macarthur Causeway to the South and  is an island community that is surrounded by Biscayne Bay. The island of Miami Beach is located to the East and mainland Miami-Dade County is to the West. The Port of Miami  is to the South. Area boundaries are considered to be Macarthur Causeway an E/W artery; the Venetian Causeway to the North an E/W artery. Biscayne Bay provides additional access with water crafts.

**Neighborhood Description**
The subject is a  neighborhood in the city of Miami Beach on a man-made island in  Biscayne Bay, Florida. Star  Island is famous for the residents it attracts including, celebrities, movie stars, sports stars, artists, entertainers  and other wealthy individuals seeking luxury and privacy. This is a private community with 33 private residential site off the southern coast of Miami Beach. The subject is convenient to all desired amenities. The location offers convenient  access to Downtown Miami,  South Beach and the Atlantic Beaches. Downtown Miami Business and Banking district is accessible via the Macarthur Causeway. South Beach is located to the east offering access to recreational amenities, hotels, spas, restaurants and night life. Schools, shops, banks, medical facilities and recreational amenities are within easy access.  Star  Island is also a part of the Biscayne Bay Aquatic Preserve with estates situated  directly on Biscayne Bay with  boating amenities for water sports.

**Neighborhood Market Conditions**
Market was affected by COVID-19 and experienced increased demand affecting both pricing and marketing time.  Due to the economic conditions interest rates recently increased in an effort to slow down inflation. This affected marketing time as inventory increased. Market is currently considered stable with supply and demand in balance with marketing time of 90 to 180 days. Based on the  Federal Housing Finance Agency area values increased 22% between the first quarter of 2021 and the first quarter of 2022.  Market values increased up through May 2022 and are currently considered stable.

**Quality and Condition of Property**
The main house is a two story Modern design estate with 5 Bedrooms, 4 full bathrooms and 2 half baths, a piano room, large kitchen with excellent quality appliances including a 10 burner gas stove top with industrial fan hood, multiple ovens including a pizza oven and multiple refrigeration units; informal dining, formal living and dining rooms and family area. Exterior features include balconies, porches, patios, multiple swimming pools and spa, pool house with cabanas. The guest house has 2 Bedrooms and 3 full bathrooms, kitchen, living and dining area. The main house was built 1940 and the guest house with additions to the main house were made in 1995. The estate is fenced with electric gates and has 254.5± linear feet on water with ability to store water crafts and easily navigate to open waters. The overall condition of the improvements is considered good with adequate maintenance over the years. Physical depreciation is due to age with normal wear and tear and the elements due to proximity to salt water. The appraisers made a limited inspection of the exterior and interior; the common  areas were available for viewing and no interior photos were permitted. Assumptions are made as to the room count, finishes and condition of the areas that were not available for viewing. The floor plan that has been generated with interior room layout is partly based on the staff description and assumptions are made that the layout on the sketch is accurate.

**Comments on Sales Comparison**
Six closed sales, one active listing and one recently expired listing were included in the appraisal analysis.

Sale 1 is the most recent sale on Star Island that is a smaller estate home with a smaller site and less water front; home is older and in inferior condition. High individual, net and gross adjustments are due to the smaller site with inferior water front.

Sale 2 is a recent sale on Star Island of a slightly older estate home that is similar in size and situated on a larger site with less water front. This property was superior in quality and condition and was sold fully furnished turnkey including personal property.

Sale 3 is a slightly more dated sale of an estate home that is similar in size and quality; property is older and inferior in condition and is situated on a similar site with similar water front. High individual and gross adjustments to sale 3 are due to the time of sale and age difference.

Sale 4 is a dated sale on Star Island that is similar in size and age; situated on a smaller site with less water front. Sale has high individual, net and gross adjustments due to time of sale and smaller site with less water front.

Sale 5 is a dated sale situated next to the subject and is older, smaller and inferior in condition with similar site size and slightly less water frontage. The high individual and net adjustments are due to the time of sale, age and GLA size differences.

Sale 6 is a recent sale from a greater than desired distance on Bal Harbour Island a gated secured community of water front estate homes that is smaller and has slightly smaller site with less water front. This sale is located at a greater distance and is included as it offers many amenities that are similar to Star Island and is equally desirable.

Listing 7 is located on a secured island and is a larger newer home on smaller site with less water front. This sale is included due to the lack of active offerings on Star Island.

Listing 8 is an expired listing on Star Island that was listed for sale as improved and as a vacant site. Property is situated on a smaller site with less water front. This expired listing is included as it was active on the effective date of the appraisal and has since expired. This property was originally listed 06/13/2021 priced $34,000; relisted 08/19/2021 priced $33,900,000; listing expired 08/07/2022.

Most reliance is placed on Sale 3 as it has the most similar site size and 4 being the most similar in size and age. Sale 2 is a recent sale that was sold with personal property and sales 1, 5 are smaller homes and sale 6 is smaller and more distant. Sales 1, 2 and 5 are given secondary reliance and considered supportive indicators. Sale 6 is included due to being a recent sale and considered a supportive indicator. Listing comparables 7 and 8 are included to show current offerings and given reliance as they are not closed transactions. Expired listing 8 is considered supportive of subject site value.

Sales are adjusted for time of sale at 1% per month up thru May 2022 as the market stabilized there after.

ADDENDUM

| Client: Tri Star Sports and Entertainment Group | | File No.: 22072602 |
|---|---|---|
| Property Address: 2 Star Island Dr | | Case No.: |
| City: Miami Beach | State: FL | Zip: 33139 |

Sales are adjusted for site size differences at $300 per square foot.
Sales are adjusted for water front feet at $50,000 per linear foot.
Sales are adjusted for age based on estimated effective age at $100,000 per year.
Sales are adjusted for condition at $500,000 and $1,000,000 increments.
Sales are adjusted for bathrooms at $25,000 per full bath and $12,500 per half bath.
Sales are adjusted for GLA size at $300 per sf.
Sales are adjusted for garage space at $50,000.
Sales are adjusted for having an Elevator $15,000.
Sales that were sold furnished, turnkey with personal property adjusted $1,000,000.
Quality difference adjusted at $1,200,000.
No adjustments made for bedroom utility as the size differences of the comparables account for the room count differences.
The applied adjustments are for contributory value not actual cost that may be greater. Condition differences and effective age are supported by MLS comments and photos.

The use of dated sales, sales with higher than desired adjustments and sales that are more distant than desired is unavoidable. The comparables selected are the best and most similar sales to have transpired within the past two years. No other more similar, more current or more proximate sales were found for comparison.

**Support for the Opinion of Site Value**
Vacant Site Sales:

28 Star Island Drive - 40,000 sf site with 100 linear feet - sold 12/15/2020 $13,300,000 - x 1.17 Time = $15,561,000
Plus $5,469,600  (size) + $7,725,000 (waterfront) = $28,755,600

11 Star Island Drive - 80,000 sf site with 200 linear feet - sold 08/19/2020 $37,000,000 - x 1.21 Time = $44,770,000
Minus $6,530,400 (size) + Plus  $2,725,000 (waterfront) = $40,964,600

10 Star Island Drive - 40,000 sf site with 100 linear feet - sold 11/20/2020 $25,000,000 - x 1.18 Time = $29,500,000
Plus $5,469,600 (size) + $7,725,000 (waterfront) =  = $42,599,600

2 Indian Creek Island Rd - 80,000 sf site with 200 linear feet sold 04/09/2021 $37,000,000 - x 1.13 Time = $41,810,000
Minus $6,530,400 (size) + Plus  $2,100,000 (waterfront) = $37,379,600

37 Indian Creek Island Rd - 53,696 sf site with 134 linear feet - sold 07/02/2021 $23,750,000 - x 1.10 Time = $26,125,000
Plus $1,360,800 (size) + Plus  $6,250,000 (waterfront) = $33,735,800

7 Indian Creek Island Rd - 80,000 sf site with 200 linear feet - sold 11/20/2020 $30,000,000 - 1.18 Time = $35,400,000
Minus $6,530,400 (size) + Plus  $2,100,000 (waterfront) = $30,969,000

4 Indian Creek Island Rd - 80,000 sf site with 200 linear feet - sold 12/27/2020 $32,179,413 - x 1.17 Time = $37,649,000
Minus $6,530,400 (size) + Plus  $2,100,000 (waterfront) = $33,219,913

All of the site sales are similar in location and amenities on secured islands with security for residents looking for privacy with water front sites offering boating facilities for large yachts.

Time of sale difference applied at 1% per month up through May 2022 when market stabilized.
Site size differences adjusted at $300 per sf.
Linear feet on water adjusted at $50,000.

The above site sales provide an adjusted indicated value range from a low end of $28,755,600  to high end of $42,599,600.

The most recent sales support an indicated value of $36,000,000 for the vacant site.

| Client: Tri Star Sports and Entertainment Group | File No.: 22072602 |
|---|---|
| Property Address: 2 Star Island Dr | Case No.: |
| City: Miami Beach | State: FL | Zip: 33139 |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: June 28, 2022
Appraised Value: $ 48,500,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

| Client: Tri Star Sports and Entertainment Group | File No.: 22072602 |
|---|---|
| Property Address: 2 Star Island Dr | Case No.: |
| City: Miami Beach | State: FL          Zip: 33139 |



Main residence front view



Main residence rear view



Main residence side view



Front guest house



Front guest house side view with stairs



Front guest house first floor entry

| | |
|---|---|
| Client: Tri Star Sports and Entertainment Group | File No.: 22072602 |
| Property Address: 2 Star Island Dr | Case No.: |
| City: Miami Beach | State: FL      Zip: 33139 |



Covered areas



Natural roofs on exterior buildings




Natural roofs on exterior buildings



Side view guest house and lush landscaping



Wadding pool



Large pool

Subject Photos

| | |
|---|---|
| Client:  Tri Star Sports and Entertainment Group | File No.:  22072602 |
| Property Address: 2 Star Island Dr | Case No.: |
| City: Miami Beach | State: FL          Zip: 33139 |



Site and amenities



Natural roofs on exterior buildings



Rear of main house with pools and amenities



Dock, deck, seawall



View



Dock, deck, seawall

| | | |
|---|---|---|
| Client: | Tri Star Sports and Entertainment Group | File No.: 22072602 |
| Property Address: 2 Star Island Dr | | Case No.: |
| City: Miami Beach | State: FL | Zip: 33139 |



**COMPARABLE SALE #1**

34 Star Island Dr
Miami Beach, Fl 33139
Sale Date: s01/22;c01/22
Sale Price: $ 30,000,000



**COMPARABLE SALE #2**

8 Star Island Dr
Miami Beach, Fl 33139
Sale Date: s12/21;c12/21
Sale Price: $ 75,000,000



**COMPARABLE SALE #3**

46 Star Island Dr
Miami Beach, Fl 33139
Sale Date: s03/21;c02/21
Sale Price: $ 38,000,000

| | |
|---|---|
| Client: Tri Star Sports and Entertainment Group | File No.: 22072602 |
| Property Address: 2 Star Island Dr | Case No.: |
| City: Miami Beach | State: FL    Zip: 33139 |



**COMPARABLE SALE #4**

13 Star Island Dr
Miami Beach, Fl 33139
Sale Date: s08/20;c07/20
Sale Price: $ 32,500,000



**COMPARABLE SALE #5**

1 Star Island Dr
Miami Beach, Fl 33139
Sale Date: s07/21;c03/21
Sale Price: $ 35,000,000



**COMPARABLE SALE #6**

276 Bal Bay Dr
Bal Harbour, Fl 33154
Sale Date: s06/22;c03/22
Sale Price: $ 41,500,000

| | | |
|---|---|---|
| Client: Tri Star Sports and Entertainment Group | File No.: 22072602 | |
| Property Address: 2 Star Island Dr | Case No.: | |
| City: Miami Beach | State: FL | Zip: 33139 |



**COMPARABLE SALE #7**

30 Palm Ave
Miami Beach, Fl 33139
Sale Date: Active
Sale Price: $ 43,000,000



**COMPARABLE SALE #8**

45 Star Island Dr
Miami Beach, Fl 33139
Sale Date: Active
Sale Price: $ 28,900,000

**COMPARABLE SALE #9**

Sale Date:
Sale Price: $

## FLOORPLAN SKETCH

| Client:  Tri Star Sports and Entertainment Group | | File No.:  22072602 | |
|---|---|---|---|
| Property Address: 2 Star Island Dr | | Case No.: | |
| City: Miami Beach | State: FL | Zip: 33139 | |



| Living Area | | Area Calculation | | | |
|---|---|---|---|---|---|
| **Second Floor** | 6242.61 ft² | **Second Floor** | | | x 1.00 = 6242.61 ft² |
| First Floor | 6746.25 ft² | 1ft x | 12ft x | 1.00 = | 12 ft² |
| New Area | 1793.49 ft² | 3ft x | 24ft x | 1.00 = | 72 ft² |
| **Nonliving Area** | | | 1ft x | 51ft x | 1.00 = | 51 ft² |
| 1 Story Porch | 1341.11 ft² | 17.80ft x | 49.60ft x | 1.00 = | 882.89 ft² |
| Garage/Storage 1st Floor | 1793.49 ft² | 27.10ft x | 86ft x | 1.00 = | 2330.61 ft² |
| | | 11ft x | 9.70ft x | 1.00 = | 106.70 ft² |
| | | 49.79ft x | 23.30ft x | 0.44 = | 512.60 ft² |
| | | 51.70ft x | 44ft x | 1.00 = | 2274.81 ft² |
| | | **First Floor** | | | x 1.00 = 6746.25 ft² |
| | | 14.10ft x | 12.5ft x | 1.00 = | 176.25 ft² |
| | | 1.6ft x | 13.90ft x | 1.00 = | 20.85 ft² |
| | | 17.80ft x | 55.80ft x | 1.00 = | 993.24 ft² |
| | | 2.60ft x | 25.90ft x | 1.00 = | 67.34 ft² |
| | | 27.10ft x | 89.60ft x | 1.00 = | 2428.16 ft² |
| | | 14.60ft x | 18.70ft x | 1.00 = | 273.02 ft² |
| | | 49.79ft x | 23.30ft x | 0.44 = | 512.60 ft² |
| | | 51.70ft x | 44ft x | 1.00 = | 2274.80 ft² |
| | | **New Area** | | | x 1.00 = 1793.49 ft² |
| | | 9.76ft x | 4.58ft x | 0.50 = | 22.32 ft² |
| | | 11.7ft x | 10.54ft x | 0.50 = | 61.60 ft² |
| | | 15.36ft x | 26.40ft x | 0.33 = | 134.90 ft² |
| | | 4.90ft x | 6.57ft x | 1.00 = | 27.30 ft² |
| | | 20.47ft x | 15ft x | 1.00 = | 307.07 ft² |
| | | 33.93ft x | 39.22ft x | 0.25 = | 333.71 ft² |
| | | 40ft x | 19.67ft x | 1.00 = | 786.84 ft² |
| | | 7.07ft x | 10ft x | 0.35 = | 25.00 ft² |
| **Total Living Area (rounded):** | 14782 ft² | 13.4ft x | 7.07ft x | 1.00 = | 94.75 ft² |

**DIMENSION LIST ADDENDUM**

| Client: Tri Star Sports and Entertainment Group | | File No.: 22072602 |
|---|---|---|
| Property Address: 2 Star Island Dr | | Case No.: |
| City: Miami Beach | State: FL | Zip: 33139 |

| GROSS BUILDING AREA (GBA) | | | 14,783 |
|---|---|---|---|
| GROSS LIVING AREA (GLA) | | | 14,783 |

| Area(s) | Area | % of GLA | % of GBA |
|---|---|---|---|
| Living | 14,783 | | 100.00 |
| Level 1 | 8,540 | 57.77 | 57.77 |
| Level 2 | 6,243 | 42.23 | 42.23 |
| Level 3 | 0 | 0.00 | 0.00 |
| Other | 0 | 0.00 | 0.00 |

| | GBA | | | |
|---|---|---|---|---|
| Basement | ☐ | | | |
| Garage | ☐ | 1,793 | | |
| Other | ☐ | 1,341 | | |

| Area Measurements | | | | Area Type | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Measurements | | Factor | Total | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
| 1.00 x 12.00 x 1.00 = | | | 12.00 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3.00 x 24.00 x 1.00 = | | | 72.00 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 1.00 x 51.00 x 1.00 = | | | 51.00 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 17.80 x 49.60 x 1.00 = | | | 882.89 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 27.10 x 86.00 x 1.00 = | | | 2,330.61 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 11.00 x 9.70 x 1.00 = | | | 106.70 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 51.70 x 44.00 x 1.00 = | | | 2,274.81 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 49.80 x 23.30 x 0.44 = | | | 512.60 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 14.10 x 12.50 x 1.00 = | | | 176.25 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 1.50 x 13.90 x 1.00 = | | | 20.85 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 17.80 x 55.80 x 1.00 = | | | 993.24 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2.60 x 25.90 x 1.00 = | | | 67.34 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 27.10 x 89.60 x 1.00 = | | | 2,428.16 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 14.60 x 18.70 x 1.00 = | | | 273.02 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 51.70 x 44.00 x 1.00 = | | | 2,274.80 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 49.80 x 23.30 x 0.44 = | | | 512.60 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4.90 x 5.60 x 1.00 = | | | 27.30 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 20.50 x 15.00 x 1.00 = | | | 307.07 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 40.00 x 19.70 x 1.00 = | | | 786.84 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 13.40 x 7.10 x 1.00 = | | | 94.75 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 9.80 x 4.60 x 0.50 = | | | 22.32 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 11.70 x 10.50 x 0.50 = | | | 61.60 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 15.40 x 26.40 x 0.33 = | | | 134.90 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 33.90 x 39.20 x 0.25 = | | | 333.71 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 7.10 x 10.00 x 0.35 = | | | 25.00 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 4.90 x 5.60 x 1.00 = | | | 27.30 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 20.50 x 15.00 x 1.00 = | | | 307.07 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 40.00 x 19.70 x 1.00 = | | | 786.84 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 13.40 x 7.10 x 1.00 = | | | 94.75 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 9.80 x 4.60 x 0.50 = | | | 22.32 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 11.70 x 10.50 x 0.50 = | | | 61.60 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 15.40 x 26.40 x 0.33 = | | | 134.90 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 33.90 x 39.20 x 0.25 = | | | 333.71 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 7.10 x 10.00 x 0.35 = | | | 25.00 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

PLAT MAP

| Client: Tri Star Sports and Entertainment Group | | File No.: 22072602 | |
|---|---|---|---|
| Property Address: 2 Star Island Dr | | Case No.: | |
| City: Miami Beach | State: FL | | Zip: 33139 |





MAP OF BOUNDARY & TOPOGRAPHIC SURVEY
2 Star Island Drive, Miami Beach,
Miami-Dade County, FL 33139
Folio# 02-4204-001-0020

# LOCATION MAP

| | |
|---|---|
| Client: Tri Star Sports and Entertainment Group | File No.: 22072602 |
| Property Address: 2 Star Island Dr | Case No.: |
| City: Miami Beach | State: FL    Zip: 33139 |



**AERIAL MAP**

| Client:   Tri Star Sports and Entertainment Group | File No.:   22072602 | |
| Property Address: 2 Star Island Dr | Case No.: | |
| City:  Miami Beach | State:  FL | Zip:  33139 |



Subject
2 Star Island Dr
Miami Beach, FL 33139

## Market Conditions Addendum to the Appraisal Report

File No. 22072602

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| | | | |
|---|---|---|---|
| Property Address **2 Star Island Dr** | City **Miami Beach** | State **FL** | Zip Code **33139** |
| Borrower **2 West Star Island LLC** | | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as required in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

### MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 43 | 16 | 13 | Increasing | Stable | [X] Declining |
| Absorption Rate (Total Sales/Months) | 7.17 | 5.33 | 4.33 | Increasing | Stable | [X] Declining |
| Total # of Comparable Active Listings | 39 | 41 | 45 | Declining | Stable | [X] Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 5.44 | 7.69 | 10.39 | Declining | Stable | [X] Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 12,250,000 | 10,425,000 | 13,600,000 | Increasing | [X] Stable | Declining |
| Median Comparable Sales Days on Market | 71 | 67 | 68 | Declining | [X] Stable | Increasing |
| Median Comparable List Price | 21,500,000 | 16,999,000 | 16,500,000 | Increasing | Stable | [X] Declining |
| Median Comparable Listings Days on Market | 203 | 155 | 116 | [X] Declining | Stable | Increasing |
| Median Sale Price as % of List Price | 91.42% | 93.71% | 97.14% | [X] Increasing | Stable | Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | [ ] Yes | [X] No | | Declining | [X] Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).
**MatrixMLS reported 3 sales had closed in the past year from the defined market with seller contributions that were less than 1%. Based on data seller contributions are not common or needed in this market.**

Are foreclosure sales (REO sales) a factor in the market? [ ] Yes [X] No    If yes, explain (including the trends in listings and sales of foreclosed properties).
**MatrixMLS reported NO REO or SHORT SALES had closed in the past year from the defined market and NO ACTIVE REO or SHORT SALE LISTINGS reported as of the effective date of the appraisal report.**

Cite data sources for above information. **MatrixMLS was used for current and historic sales and listings data of residential properties located in Miami-Beach on Bay Front Sites.**

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
**For the purpose of this report analysis a trend is defined as two or more consecutive quarters of statistical movement in the same direction. Area values were increasing up thru May 2022 as interest rates increased. Market is currently stabilizing. The total number of settled sales and the absorption rate declined. The total number o9f active listings and months of housing supply increased. The median sales price fluctuated and is reported as stable. The median listing price declined slightly. The days on market for well priced listings has been within 90 days or less but can take longer for the higher priced properties. The list to sale ratio increased. Overall this market appears to be stabilizing and current supply is considered to be in balance with current demand.**

### CONDO / CO-OP PROJECTS

If the subject is a unit in a condominium or cooperative project , complete the following:    Project Name:

| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project? [ ] Yes [ ] No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

### APPRAISER

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name Orna Sarley | Name Donald J Sarley, ASA, IFA, SRA |
| Company Name Advanced Research & Appraisal | Company Name Advanced Research & Appraisal |
| Company Address 9240 S Cypress Circle | Company Address 9240 S Cypress Circle |
| Miramar, FL 33025 | Miramar, FL 33025 |
| State License/Certification # Cert Res RD1541    State FL | State License/Certification # Cert Res RD259    State FL |
| Email Address osarley@gmail.com | Email Address dsarley@bellsouth.net |

| Client: Tri Star Sports and Entertainment Group | | File No.: 22072602 | |
| --- | --- | --- | --- |
| Property Address: 2 Star Island Dr | | Case No.: | |
| City: Miami Beach | State: FL | | Zip: 33139 |

**Market Analysis Comments**

The number of sales considered to be "comparable" to the subject that are located within the subject's market area may be too small to be statistically significant and no reliable trends may be identified from limited data. To profess to identify trends based on small data pool can lead to misleading interpretation, analysis and conclusions a violation of the Conduct Section of the Ethics Rule of USPAP. At times the defined area has to be expanded to provide an adequate number of area sales and may exceed the defined neighborhood area boundaries. Based on Fannie Mae's FAQ's when there is limited data that is statistically meaningful no weight should be attributed to the Overall Trend boxes checked on the 1004MC or to the conclusion of the market trends reported on page 1 of the URAR. Additionally, the number of "comparable sales and listings" reported on page 2 of the URAR may not always be the same as the numbers reported on the 1004MC and is most likely due to the different criteria used in generating the statistical reports. The reported number of competing listings reported on page 2 may not always equal the total number of listings reported on the 1004MC as this data also includes sales that have closed, expired, were cancelled, etc., while the number of listings reported on page 2 of the URAR includes only properties that are "comparable" and available as of the effective date of the appraisal.

Local area values experienced a decline in towards the end of 2006 and early 2007; the decline continued thru 2010. Between 2011 thru the current date market conditions stabilized and various periods of stability with some small increased were observed; currently market conditions appear stable and are projected to remain stable. Currently there is a 10.4+-month's supply of housing inventory. Sellers are receiving approximately 97% of list price as of the most recent quarterly data. Seller concessions although not prevalent or needed in this market. Sales of these type properties are usually all cash transactions and current increase in interest rates will not have an affect on the high end market.

The World Health Organization declared the Novel Coronavirus (COVID-19) a global pandemic March 11, 2020. The influence COVID-19 has, and will have, on capital markets, real estate in general, and the asset / subject property being analyzed is currently unknown and will largely depend on the scale and duration of the outbreak. Under these current conditions, it is particularly difficult to quantify and assess the influence on market value(s). Importantly, the appraisal is based on the information available as of the current effective date of valuation. Changes in the physical status of the subject property, income and expenses, investment criteria, availability of financing, and overall market conditions may change rapidly and materially for the foreseeable future, and perhaps much longer.

* The uncertainties around the effects of the COVID-19 pandemic on Real Estate created very dynamic and changeable market conditions that may vary between markets. Market uncertainty may well have an effect on property values and property use, utility, occupancy, marketability, income-producing capacity and marketing times going forward. The client may consider having the property re-appraised once market conditions have stabilized and the current levels of uncertainty have abated.

Federal Housing Finance Agency reports area values increased 22% between the first quarter of 2021 and the first quarter of 2022. With the recent interest rate increase the market appears to stabilize after May 2022.

## USPAP ADDENDUM

File No. 22072602

| | |
|---|---|
| Borrower: | 2 West Star Island LLC |
| Property Address: | 2 Star Island Dr |
| City: Miami Beach | County: Miami-Dade    State: FL    Zip Code: 33139 |
| Lender/Client: | Tri Star Sports and Entertainment Group |

### APPRAISAL AND REPORT IDENTIFICATION

This appraisal report is one of the following types:

[X] Appraisal Report — This report was prepared in accordance with the requirements of the Appraisal Report option of USPAP Standards Rule 2-2(a).

[ ] Restricted Appraisal Report — This report was prepared in accordance with the requirements of the Restricted Appraisal Report option of USPAP Standards Rule 2-2(b). The intended user of this report is limited to the identified client. This is a Restricted Appraisal Report and the rationale for how the appraiser arrived at the opinions and conclusions set forth in the report may not be understood properly without the additional information in the appraiser's workfile.

### ADDITIONAL CERTIFICATIONS

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The report analyses, opinions, and conclusions are limited only by the reported assumptions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or specified) personal interest with respect to the parties involved.
- I have no bias with respect to the property or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- This appraisal report was prepared in accordance with the requirements of Title XI of FIRREA and any implementing regulations.

### PRIOR SERVICES

[X] I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[ ] I HAVE performed services, as an appraiser or in another capacity, regarding the property that is subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

### PROPERTY INSPECTION

[ ] I have NOT made a personal inspection of the property that is the subject of this report.

[X] I HAVE made a personal inspection of the property that is the subject of this report.

### APPRAISAL ASSISTANCE

Unless otherwise noted, no one provided significant real property appraisal assistance to the person signing this certification. If anyone did provide significant assistance, they are hereby identified along with a summary of the extent of the assistance provided in the report.

None

### ADDITIONAL COMMENTS

Additional USPAP related issues requiring disclosure and/or any state mandated requirements:

See Attached Addendum

### MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

[X] A reasonable marketing time for the subject property is 180-365+ day(s) utilizing market conditions pertinent to the appraisal assignment.

[X] A reasonable exposure time for the subject property is 180-365+ day(s).

---

**APPRAISER:**

Signature: *Orna Sarley*
Name: Orna Sarley
Date Signed: 08/09/2022
State Certification #: Cert Res RD1541
or State License #:
or Other (describe): _____ State #: _____
State: FL
Expiration Date of Certification or License: 11/30/2022
Effective Date of Appraisal: June 28, 2022

**SUPERVISORY APPRAISER (only if required):**

Signature: *Donald J Sarley*
Name: Donald J Sarley, ASA, IFA, SRA
Date Signed: 08/09/2022
State Certification #: Cert Res RD259
or State License #:
State: FL
Expiration Date of Certification or License: 11/30/2022
Supervisory Appraiser inspection of Subject Property:
[ ] Did Not   [ ] Exterior-only from street   [X] Interior and Exterior

**ADDENDUM**

| Client: Tri Star Sports and Entertainment Group | | File No.: 22072602 |
|---|---|---|
| Property Address: 2 Star Island Dr | | Case No.: |
| City: Miami Beach | State: FL | Zip: 33139 |

**Additional Comments**

Clarification of Intended Use and Intended User:

The Intended User of this appraisal report is the Named Clients 'Tri Star Sports and Entertainment Group and 2 West Star Island LLC'. The Intended Use is to evaluate the property that is the subject of this appraisal for Net Worth Valuation, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Source of the Market Value Definition is FNMA and or FHLMC.

Highest and Best Use is determined based on the legal use per zoning and referenced to surrounding uses on similar sites.

Highest and best use is based on area surrounding like uses in this zoning classification in this neighborhood.

Highest and best use is defined as "the reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value."*

*The Dictionary of Real Estate Appraisal, 4th Edition, pg. 93

A limited inspection of the interior was made by the appraisers and no interior photos were permitted. The appraisers viewed some of the common rooms and were restricted from private and other interior and exterior areas. Assumptions are made pertaining to the floor plan and room layout as the appraisers relied on information provided by the staff members and is assumed to be accurate.

# Appraiser Independence Certification

File No.: 22072602

| | |
|---|---|
| Borrower: | 2 West Star Island LLC |
| Property Address: | 2 Star Island Dr |
| City: Miami Beach | County: Miami-Dade    State: FL    Zip Code: 33139 |
| Lender/Client: | Tri Star Sports and Entertainment Group |

I do hereby certify, I have followed the appraiser independence safeguards in compliance with Appraisal Independence and any applicable state laws I may be required to comply with. This includes but is not limited to the following:

- I am currently licensed and/or certified by the state in which the property to be appraised is located. My license is the appropriate license for the appraisal assignment(s) and is reflected on the appraisal report.

- I certify that there have been no sanctions against me for any reason that would impair my ability to perform appraisals pursuant to the required guidelines.

I assert that no employee, director, officer, or agent of the Lender/Client, or any other third party acting as joint venture partner, independent contractor, appraisal company, appraisal management company, or partner on behalf of the Lender/Client, influenced or attempted to influence the development, reporting, result, or review of the appraisal through coercion, extortion, collusion, compensation, inducement, intimidation, bribery, or in any other manner.

I further assert that the Lender/Client has never participated in any of the following prohibited behavior in our business relationship:

1. Withholding or threatening to withhold timely payment or partial payment for the appraisal report;

2. Withholding or threatening to withhold future business, or demoting or terminating, or threatening to demote or terminate my services;

3. Expressly or implicitly promising future business, promotions, or increased compensation for my services;

4. Conditioning the ordering of the appraisal report or the payment of the appraisal fee or salary or bonus on my opinion, conclusion or valuation reached, or on a preliminary value estimate requested;

5. Requesting an estimated, predetermined, or desired valuation in the appraisal report, prior to the completion of the appraisal report, or requesting estimated values or comparable sales at any time prior to the completion of the appraisal report;

6. Providing an anticipated, estimated, encouraged or desired value for the subject property, or a proposed or target amount to be loaned to the Borrower, except that a copy of the sales contract may have been provided if the assignment was for a purchase transaction;

7. Providing stock or other financial or non-financial benefits to me or any entity or person related to me, my appraisal or appraisal management company, if applicable;

8. Any other act or practice that impairs or attempts to impair my independence, objectivity or impartiality, or violates law or regulation, including but not limited to, the Truth in Lending Act (TILA) and Regulation Z, or the Uniform Standards of Professional Appraisal Practice (USPAP).

**Additional Comments:**

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name: Orna Sarley | Name: Donald J Sarley, ASA, IFA, SRA |
| Date Signed: 08/09/2022 | Date Signed: 08/09/2022 |
| State Certification #: Cert Res RD1541 | State Certification #: Cert Res RD259 |
| or State License #: | or State License #: |
| or Other (describe):          State #: | State: FL |
| State: FL | Expiration Date of Certification or License: 11/30/2022 |
| Expiration Date of Certification or License: 11/30/2022 | |

Appraisal Report

**Appraiser License**

| | |
|---|---|
| Client: Tri Star Sports and Entertainment Group | File No.: 22072602 |
| Property Address: 2 Star Island Dr | Case No.: |
| City: Miami Beach | State: FL | Zip: 33139 |



STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

FLORIDA REAL ESTATE APPRAISAL BD

THE CERTIFIED RESIDENTIAL APPRAISER HEREIN IS CERTIFIED UNDER THE
PROVISIONS OF CHAPTER 475, FLORIDA STATUTES

Ron DeSantis, Governor

Halsey Beshears, Secretary

SARLEY, ORNA
7979 MIRAMAR PARKWAY SUITE B
MIRAMAR          FL 33023

LICENSE NUMBER: RD1541
EXPIRATION DATE: NOVEMBER 30, 2022
Always verify licenses online at MyFloridaLicense.com

Do not alter this document in any form.

This is your license. It is unlawful for anyone other than the licensee to use this document.

**Appraiser License**

| | |
|---|---|
| Client: Tri Star Sports and Entertainment Group | File No.: 22072602 |
| Property Address: 2 Star Island Dr | Case No.: |
| City: Miami Beach | State: FL | Zip: 33139 |



STATE OF FLORIDA

DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

FLORIDA REAL ESTATE APPRAISAL BD

THE CERTIFIED RESIDENTIAL APPRAISER HEREIN IS CERTIFIED UNDER THE
PROVISIONS OF CHAPTER 475, FLORIDA STATUTES

Ron DeSantis, Governor

Halsey Beshears, Secretary

SARLEY DONALD J
7979 MIRAMAR PARKWAY SUITE B
MIRAMAR          FL 33023

LICENSE NUMBER: RD259
EXPIRATION DATE: NOVEMBER 30, 2022
Always verify licenses online at MyFloridaLicense.com

Do not alter this document in any form.

This is your license. It is unlawful for anyone other than the licensee to use this document.