# EXHIBIT 2

CFN: 20240657305 BOOK 34383 PAGE 1101
DATE:08/28/2024 11:53:47 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

Prepared by and after recording
please return to:

Nathan M. Eisler, Esq.
Greenberg Traurig, LLP
1 North Lexington Avenue, Suite 800
White Plains, NY 10601

---

(Space Above for Recorder's Use)

## SATISFACTION OF MORTGAGE

THIS SATISFACTION OF MORTGAGE is executed as of the 20TH of August, 2024, by BANK OF AMERICA, N.A., national banking association (the "Lender").

WHEREAS, the Lender is the owner and holder of that certain Mortgage dated May 7, 2021 (the "Mortgage"), made by 2 West Star Island LLC, a Florida limited liability company (the "Borrower"), in favor of the Lender, securing that certain Adjustable Rate Note dated May 7, 2021 (the "Note"), made by the Borrower in favor of the Lender in the original principal amount of $18,850,000.00, which Mortgage was recorded on June 1, 2021 at File No. 20210387335 in Official Records Book 32538, Page 4782 of the Public Records of the Clerk of Court for Miami-Dade County, Florida, encumbering certain property situated in Miami-Dade County Florida as more particularly described on Exhibit A attached hereto and made a part hereof (the "Property").

NOW THEREFORE, in consideration of the foregoing premises and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Lender hereby agrees as follows:

1. Truth of Recitals. The foregoing recitals are true and correct and are incorporated herein by this reference, as though recited in full herein.

2. Satisfaction of Note and Termination of Mortgage. The indebtedness under the Note in the principal amount of $18,850,000.00 secured by the Mortgage has been fully satisfied as of the date hereof, and the Note and the Mortgage shall hereafter be of no further force or effect. The Lender hereby directs the Clerk of the Circuit Court in and for Miami-Dade County, Florida to cancel the Mortgage of record.

[THIS SPACE IS INTENTIONALLY LEFT BLANK]

ACTIVE 701004432v1

IN WITNESS WHEREOF, the Lender has caused this instrument to be executed as of the date first above written.

**LENDER:**

BANK OF AMERICA, N.A.,
a national banking association

By: _____
Name: DANIEL D. BUTLER
Title: SENIOR VICE PRESIDENT

STATE OF  Rhode Island  )
                                                      ) SS:
COUNTY OF  Providence  )

The foregoing instrument was acknowledged before me, by means of [ ✓ ] physical presence or [ ] online notarization, this 20th day of August, 2024, by Daniel D. Butler, as Sr. Vice President of Bank of America, N.A., a national banking association, on behalf of such parties. He/She personally appeared before me and is personally known to me or produced _____ as identification.

[NOTARIAL SEAL]

Notary: _____
Print Name: Ann M. Soares
Notary Public
My Commission Expires: April 6, 2025
Commission Number: 54810

```
ANN M. SOARES
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES APRIL 06, 2025
```

*[Signature Page to Satisfaction of Mortgage]*

# EXHIBIT A

## Legal Description

The Land referred to herein below is situated in the City of Miami Beach, County of MIAMI-DADE, State of Florida, and is described as follows:

Lot 2, CORRECTED PLAT STAR ISLAND, according to the plat thereof, as recorded in Plat Book 31, at Page 60, of the Public Records of Miami-Dade County, Florida, as altered in the Circuit Court of the Eleventh Judicial Circuit, in and for Dade County, Florida, at Law No. 60L1986, Final Judgment, Renwick vs. Fransella, more particularly described as follows:

Commence at a concrete monument being the Northeast corner of said Lot 2; thence run Southeastwardly along the Westerly right-of-way line of West Drive as shown on said CORRECTED PLAT STAR ISLAND and along the arc of a curve to the left, having for its elements a radius of 100 feet, a central angle of 21° 39' 10" and a chord bearing of S 16°39'35" E. an arc distance of 37.21 feet to a concrete monument, being the Point of Beginning of the following described parcel of land; thence run Northwestwardly along the aforementioned curve to the right an arc distance of 37.21 feet, through a central angle of 21°19'10" and a chord bearing of N 16°32'35" W to a concrete monument, said concrete monument being the Northeast corner of said Lot 2; thence run S 84°00'00" W along the North boundary of said Lot 2 and along a line radial to the last mentioned curve a distance of 400 feet to a concrete monument lying on a curve having a radius of 500 feet and being concentric to the last mentioned curve, said concrete monument being the Northwest corner of said Lot 2; thence run Southeastwardly along the arc of said curve to the left, having for its elements a radius of 500 feet, a central angle of 28°34'04" and a chord bearing of S 20°17'02" E. an arc distance of 249.3 feet to a concrete monument, said concrete monument being 249.3 feet Southeastwardly from the Northwest corner of said Lot 2, as measured along the arc of the last mentioned curve having a radius of 500 feet and along the Southwesterly boundary of said CORRECTED PLAT STAR ISLAND, said arc having a central angle of 28°34'04" and a chord bearing of S 20°17'29" E; thence run N 53°17'29" E along the center line of badge as set forth in said Final Judgment a distance of 152.70 feet to a concrete monument, thence run N 53°50'13" E along the center line of badge as set forth in said Final Judgment a distance of 248.30 feet to the Point of Beginning.

Together with the exclusive right to occupy and appropriate a 10.00 foot strip of land contiguous with the Southwesterly line of the CORRECTED PLAT STAR ISLAND, lying Southwesterly thereof, the dedication of said strip of land recorded in Deed Book 1858, at Page 377, of the Public Records of Miami-Dade County, Florida.

ACTIVE 701004432v1