```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-18-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

        - v. -

SEAN COMBS,

                          Defendant.

-----------------------------------------------------------------x

24-CR-542 (ALC)

ORDER

**ANDREW L. CARTER, JR., District Judge:**

    A Bail Appeal Hearing is set for **September 18, 2024** at **2:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            September 17, 2024

                                             _/s/ Andrew L. Carter, Jr._
                                             ANDREW L. CARTER, JR.
                                             United States District Judge