# EXHIBIT 3

# AGNIFILO
# INTRATER

April 1, 2024

<u>VIA EMAIL</u>
AUSA Emily Johnson
AUSA Mitzi Steiner
AUSA Madison Smyser
United States Attorney's Office
Southern District of New York
1 St. Andrews Plaza
New York, NY 10007

  Re: <u>Investigation of Sean Combs</u>

Dear AUSAs Johnson, Steiner and Smyser:

  As you know, we represent Mr. Sean Combs with respect to the ongoing investigation by your Office into violations of Title 18, United States Code, Sections 1962(d), 1589, 1591, 1594, 2421 through 2422, 1512, and 2, and Title 21, United States Code, Section 846. We write to inform you that Teny Geragos, partner at this law firm, has taken physical custody of Mr. Combs' passport and will retain the passport. Mr. Combs will not secure any other travel documents and will remain in the United States during the pendency of this investigation.

  In terms of domestic travel, we will advise you in advance of any travel within the continental United States. Thank you.

Very Truly Yours,

_____
Marc Agnifilo

---

**MARC AGNIFILO**
marc@agilawgroup.com

**ZACH INTRATER**
zach@agilawgroup.com

**TENY GERAGOS**
teny@agilawgroup.com

445 PARK AVE, 7TH FLOOR | NEW YORK, NY 10022 | WWW.AGILAWGROUP.COM