# EXHIBIT 5

**Tuesday, September 17, 2024 at 00:43:32 Eastern Daylight Time**

**Subject:** RE: Combs Travel
**Date:** Monday, June 10, 2024 at 10:48:20 PM Eastern Daylight Time
**From:** Steiner, Mitzi (USANYS)
**To:** Teny Geragos, Johnson, Emily (USANYS) 2, Smyser, Madison (USANYS), Foster, Meredith (USANYS)
**CC:** Marc Agnifilo

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Received, thanks Teny.

---

**From:** Teny Geragos <teny@agilawgroup.com>
**Sent:** Monday, June 10, 2024 10:35 PM
**To:** Johnson, Emily (USANYS) 2 <EJohnson2@usa.doj.gov>; Steiner, Mitzi (USANYS) <MSteiner@usa.doj.gov>; Smyser, Madison (USANYS) <MSmyser@usa.doj.gov>; Foster, Meredith (USANYS) <MFoster@usa.doj.gov>
**Cc:** Marc Agnifilo <marc@agilawgroup.com>
**Subject:** [EXTERNAL] Re: Combs Travel

Good evening – Mr. Combs departed OPF at 10:24pm EDT and is expected to land at VNY at 12:17am PDT.

Teny R. Geragos
Agnifilo Intrater LLP
445 Park Avenue, 7th Fl.
New York, NY 10022
o: (646) 205 - 4350
c: (213) 440 - 4401
teny@agilawgroup.com
www.agilawgroup.com

*admitted in NY & CA

---

**From:** Johnson, Emily (USANYS) 2 <Emily.Johnson@usdoj.gov>
**Date:** Sunday, June 9, 2024 at 8:15 PM
**To:** Teny Geragos <teny@agilawgroup.com>, Steiner, Mitzi (USANYS) <Mitzi.Steiner@usdoj.gov>, Smyser, Madison (USANYS) <Madison.Smyser@usdoj.gov>, Foster, Meredith (USANYS) <Meredith.Foster@usdoj.gov>
**Cc:** Marc Agnifilo <marc@agilawgroup.com>
**Subject:** Re: Combs Travel

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks for letting us know.

Emily A. Johnson
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
212.637.2409
emily.johnson@usdoj.gov

**From:** Teny Geragos <teny@agilawgroup.com>
**Sent:** Sunday, June 9, 2024 7:54:30 PM
**To:** Johnson, Emily (USANYS) 2 <EJohnson2@usa.doj.gov>; Steiner, Mitzi (USANYS) <MSteiner@usa.doj.gov>; Smyser, Madison (USANYS) <MSmyser@usa.doj.gov>; Foster, Meredith (USANYS) <MFoster@usa.doj.gov>
**Cc:** Marc Agnifilo <marc@agilawgroup.com>
**Subject:** [EXTERNAL] Combs Travel

Dear all –

Mr. Combs will be departing from Miami at 6pm tomorrow on his plane for Los Angeles. Tuesday, he and his family will depart on their road trip. They will go to Sedona, the Grand Canyon, Lake Powell, Zion, and Death Valley. We will be in touch with his flight information back to Miami. We hope you all had a nice weekend.

Best,
Teny

Teny R. Geragos
Agnifilo Intrater LLP
445 Park Avenue, 7th Fl.
New York, NY 10022
o: (646) 205 - 4350
c: (213) 440 - 4401
teny@agilawgroup.com
www.agilawgroup.com

*admitted in NY & CA

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by attorney-client privilege or work product protection. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by attorney-client privilege or

work product protection. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.