UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SEAN COMBS,

                Defendant.

24-cr-542 (AS)

SCHEDULING ORDER

ARUN SUBRAMANIAN, United States District Judge:

    This case has been reassigned to me. All counsel must familiarize themselves with the Court's Individual Practices in Criminal Cases.

    It is hereby ORDERED that the status conference scheduled for Wednesday, October 9, 2024, will now be held on **Thursday, October 10, 2024**, at **2:00 PM**.

    SO ORDERED.

Dated: October 4, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge