UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                -against-<br><br>SEAN COMBS,<br>                                    Defendant. | 24-cr-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The hearing set for October 10, 2024 will take place in Courtroom 26A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. By October 9, 2024 at 12 pm ET, the parties should submit a joint letter indicating the issues that the parties believe should be addressed at the hearing.

SO ORDERED.

Dated: October 4, 2024
       New York, New York

                                                                              _____
                                                                                    ARUN SUBRAMANIAN
                                                                                 United States District Judge