AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cr-542 (AS) |
| Sean Combs | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sean Combs .

Date: 10/07/2024

/s/ Anna Estevao
*Attorney's signature*

Anna Estevao No. 5437157
*Printed name and bar number*

Sher Tremonte LLP
90 Broad St., 23rd Fl.
New York, NY 10004
*Address*

aestevao@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*