UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>　　　　　　　Defendant. | 24-cr-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　The Clerk of Court is respectfully directed to terminate the motions at Dkts. 9 and 13, which were resolved prior to the reassignment of this case to me.

　　SO ORDERED.

Dated: October 8, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge