# EXHIBIT 1



**LATEST IN US NEWS**

Hurricane Milton live updates: Historic storm to wallop Florida

'World's worst influencer' refusing to evacuate before…

**US NEWS**

# Diddy's LA, Miami homes raided by federal agents as part of sex-trafficking probe: report

By Alex Oliveira

Published March 25, 2024, 5:04 p.m. ET



Diddy's homes in Los Angeles and Miami were raided Monday as part of a federal sex-trafficking investigation, according to law enforcement.

The raid was made by Homeland Security Investigations in the Holmby Hills area of Los Angeles, with federal agents pictured coming out of the home with boxes and bags of evidence, including electronics.

A Miami home owned by record label boss Diddy — real name Sean Combs — was also raided Monday as part of the same operation, federal sources confirmed.



Federal agents raid Sean Combs' house for being reportedly tied to sex-trafficking allegations.
MEGA



Law enforcement sources told The Post the feds moved in because they wanted to seize his phones and computers before a planned trip out of the country.
Sniper. / SplashNews.com



His Miami home was also raided.
Connellan / MEGA

**EXPLORE MORE**



I once snuck into a Diddy party — here's how I schmoozed with the stars at an event with naked women and the best hot dogs



Sean 'Diddy' Combs' lawyer blames Costco for 1,000 bottles of baby oil: 'He buys in bulk'



Diddy's kids break silence after his sex crimes arrest — to speak about 'horrific conspiracy theories' about their late mom Kim Porter

Law enforcement sources told The Post the feds moved in because they wanted to seize 54-year-old Diddy's phones and computers.

They also claimed there would be further raids on houses associated with the mogul in New York and Chicago.

Views from over Diddy's LA home showed Homeland Security agents conducting the raid, with a number of people who left the house being detained.



The raid was made by Homeland Security Investigations in the Holmby Hills area of the city.
MEGA



Several people appeared to be in handcuffs outside the Los Angeles home.
Fox11 News



The raid was part of a federal sex-trafficking investigation, according to Fox News.
Fox11 News

At least three people — a woman and two men — appeared to be apprehended by agents, according to footage from TMZ.

Diddy's sons, 30-year-old Justin and 25-year-old King, were both seen cuffed by officers, although it's unclear if they were taken into custody.

The Los Angeles home is owned by a division of Diddy's record company, Bad Boy Entertainment, and one of his daughters, Fox reported.

Diddy's whereabouts are unknown, but flight data show his private jet touched down in the Caribbean island of Antigua on Monday morning, TMZ reported.



The home is owned by a division of 54-year-old Diddy's record company, Bad Boy Entertainment, and one of his daughters.
Connellan / MEGA



Authorities surrounded Combs' mansion.
MEGA

Both the California and Florida raids were led by the Homeland Security Investigations Human Trafficking Task Force, based on a search warrant issued by the Southern District of New York, sources told The Post.

"Earlier today, Homeland Security Investigations (HSI) New York executed law enforcement actions as part of an ongoing investigation, with assistance from HSI Los Angeles, HSI Miami, and our local law enforcement partners. We will provide further information as it becomes available," HSI told The Post.

At least four Jane Does and one John Doe have been interviewed by New York prosecutors in connection to the sex-trafficking allegations and a RICO case, sources told Rolling Stone, while further interviews are expected.

Investigators are also looking into firearms charges, along with distribution and solicitation of narcotics, sources told NBC News.



Police and Homeland Security raid the Holmby Hills home of Sean "P. Diddy" Combs.
London Entertainment /Splash



Views from over the LA home showed DHS agents conducting their raid, while a number of people who left the house were detained by the feds.



Diddy's sons, 30-year-old Justin and 25-year-old King, appeared to have been cuffed by officers.
Fox11 News

Diddy, whose real name is Sean Combs, was hit by a scathing lawsuit last year from his former girlfriend Casandra Ventura, an R&B singer known as Cassie whom he dated from 2005 to 2018.

She alleged years of sexual abuse at Diddy's hands, only for the pair to reach a settlement the following day.

The under-fire rapper has been hit with at least three other lawsuits accusing him of historical sexual abuse in recent months, containing numerous allegations, all of which Diddy has denied.

It is unclear if the investigation is related to any of those accusers.

One lawsuit was brought by a Jane Doe who alleged she was a 17-year-old 11th-grader when Diddy invited her to his recording studio in NYC — only to ply her with drugs and alcohol so she could be violently gang-raped by the singer and his friends.



Federal agents reportedly raided Sean "Diddy" Combs' homes on Monday.
Jordan Strauss/Invision/AP

Her suit was accompanied by a "trigger warning" because of its graphic content, and included photos of the teen sitting on Diddy's lap and hanging out in the studio.

She claimed the alleged abuse took place in 2003, but Combs has vehemently denied it.

"ENOUGH IS ENOUGH," he said in a statement through a rep back in December when the lawsuit dropped, after previously saying he was being targeted with fabricated allegations for his fame and wealth.

'SICKENING ALLEGATIONS HAVE BEEN MADE AGAINST ME BY INDIVIDUALS LOOKING FOR A QUICK PAYDAY," he added in a December Instagram post.

A third suit claimed Diddy and another man took turns raping two women in the early '90s, while a third from Joi Dickerson claimed Diddy "intentionally drugged" her before assaulting her when she was 19 years old in 1991.





**Sean 'Diddy' Combs' Hulu reality show scrapped following sexual assault allegations**

Photos from Monday's raids obtained by TMZ showed scores of heavily armed and armored officers, while the streets surrounding the homes were closed and helicopters gathered overhead.



Both the California and Florida raids were led by the Homeland Security Investigations Human Trafficking Task Force.

WPLG



The under-fire rapper has been hit with four lawsuits accusing him of historical sexual abuse in recent months, all of which he has denied.

AP



It is unclear if the investigation is related to any of those accusers.
WPLG

An attorney for Ventura and another accuser expressed hope the raids would begin bringing justice for alleged victims.

"We will always support law enforcement when it seeks to prosecute those that have violated the law," said attorney Douglas Wigdor.

"Hopefully, this is the beginning of a process that will hold Mr. Combs responsible for his depraved conduct."

Former US Attorney's Office prosecutor Neama Rahmani had grim words for the hip-hop star's prospects.

"He is in a world of hurt right now," Rahmani told Rolling Stone.

"The Southern District of New York is one of the most prestigious in the country. If they're bringing a case against him, Diddy has a lot to worry about."

**FILED UNDER**  LOS ANGELES,  MIAMI,  PUFF DADDY,  3/25/24

**READ NEXT**  House Speaker Mike Johnson readying separate Ukraine aid b...