**EXHIBIT 3**



**US NEWS**

# Diddy's sons return to LA mansion to grab belongings after being cuffed during federal raid

By Alyssa Guzman
Published March 26, 2024, 2:13 p.m. ET





Rapper Diddy's sons briefly returned to his Los Angeles mansion to grab their belongings, just hours after they were led out of the residence in handcuffs during a raid by federal agents.

Justin and King Combs were seen separately leaving their father's Beverly Hills home late Monday night before hightailing it off the property to an unknown location, according to TMZ.

The brothers did not spend much time in the home, with Justin arriving around 10:30 p.m. and his brother showing up a few hours later, the outlet reported.

Both Justin, 30, and King, 25, were placed in cuffs earlier that day as the Department of Homeland Security swept the mansion.



Justin and King Combs were seen separately leaving their father's Beverly Hills home late Monday night after grabbing their things before hightailing it off the property to an unknown location.

Shabba / BACKGRID



Neither of the rapper's offspring spent much time in the home, with Justin arriving around 10:30 p.m. and King (pictured) showing up a few hours later.
Shabba / BACKGRID

But sources told TMZ that neither son was arrested — nor was their father Diddy, whose legal name is Sean Combs.

The rapper's whereabouts are also currently unknown.

His private jet's last known whereabouts was the island of Antigua in the Caribbean, where it arrived Monday morning.

Homeland Security agents also raided his Miami property on Monday.

Boxes and bags of evidence were seen being loaded up into a van at the home.



Both Justin, 30, and King, 25, were placed in cuffs earlier that day by federal agents as Homeland Security swept the mansion.

Law enforcement sources told The Post the feds moved in because they wanted to seize the 54-year-old's phones and computers, and that his properties in New York and Chicago will be hit next.

His homes in California and Florida were left with very little left inside, according to TMZ.

### Here's what we know about the allegations against Sean "Diddy" Combs

- Combs was arrested at a New York hotel by Homeland Security agents on September 16.
- Prosecutors allege Combs participated in sex trafficking and "freak off" parties.
- Combs was denied bail and is on suicide watch as he awaits his sex trafficking trial in jail.
- Combs' homes in Los Angeles and Miami were raided by Homeland Security in March amid a possible ongoing sex-trafficking investigation.
- A video of Combs viciously assaulting his ex-girlfriend Cassie Ventura in a hotel hallway was made public in May.
- In November 2023, the rapper was accused of drugging, filming and sexually assaulting a woman on a date in 1991.

The California and Florida raids were led by the Homeland Security Investigations Human Trafficking Task Force, based on a search warrant issued by the Southern District of New York, sources told The Post.

"Earlier today, Homeland Security Investigations (HSI) New York executed law enforcement actions as part of an ongoing investigation, with assistance from HSI Los Angeles, HSI Miami, and our local law enforcement partners. We will provide further information as it becomes available," HSI told The Post.



Sources told TMZ that neither were arrested and nor was their father Diddy, whose legal name is Sean Combs. It is unknown where Sean currently is as his private jet was last seen in Antigua.
Marcus Ingram

New York prosecutors have interviewed at least four anonymous people over sex-trafficking allegations against the rapper, sources told Rolling Stone.

Firearm and narcotics charges are also being looked into by investigations, NBC News said.