# EXHIBIT 4

**NEW YORK POST**

 READ THE LATEST ON **Page Six**

**US NEWS**    *EXCLUSIVE*

# Sean 'Diddy' Combs' alleged victims 'talking a lot'; feds claim 'concrete, detailed, explicit allegations of sex trafficking'

By Steve Helling

Published March 27, 2024, 6:59 p.m. ET

653 Comments



Federal officials were acting on specific allegations of sex trafficking when they raided two of Diddy's homes on Monday — and they say his alleged victims have not been holding back during interviews.

An officer with the Department of Homeland Security told The Post the case has been active for several weeks as authorities investigate a range of allegations against the 54-year-old rapper and mogul.

"We believe that there is a disturbing history of sex trafficking," said the Miami-based officer, who spoke under condition of anonymity.

"We are responding to concrete, detailed, explicit allegations. This is not random. We didn't choose his name out of a hat. We had allegations that we're following up on."



Sean "Diddy" Combs and Cassie Ventura at the Met Gala in 2018.
WireImage

...who had become aware of allegations against Diddy when his ex-girlfriend Cassie Ventura filed a federal civil suit against him in November last year.

That case was settled out of court the next day, but has been followed by three further lawsuits alleging sex assault, all of which Diddy has strongly denied.

## EXPLORE MORE



**Milton reaching max limits leads to calls for a new Category 6 designation for hurricanes**



**Hurricane Milton set to turn 'mountains of debris' from Helene into dangerous missiles**



**Tampa mayor issues dire warning before Hurricane Milton: 'If you choose to stay … you are going to die'**



Diddy's LA home was raided by federal agents on March 25.
Connellan / MEGA

He has also not been charged with any crime or wrongdoing at this stage.

"We became aware of certain allegations during the course of the civil suits against Mr. Combs," said the officer. "You have to understand that we didn't just decide on a whim to search his homes. A federal judge had to sign off. This isn't a witch hunt."

An attorney for Combs, Aaron Dyer, did not return The Post's messages for comment.

On Monday, when Homeland Security agents raided Combs' mansions in both Los Angeles and Miami, they confiscated hard drives, phones and other evidence.



Federal authorities raided Diddy's Miami and LA homes on Monday in a sex-trafficking probe.
APEX / MEGA

The officer tells The Post that they are looking for "photos, emails, texts, itineraries, hopefully names. There are specific communications that we are aware of that we will be able to access on the electronics."

The multi-agency investigation is being spearheaded by the US Attorney's Office for the Southern District of New York.

Monday's search was executed by Homeland Security investigators.



Diddy has been subject to several civil suits.

In a statement Tuesday, Dyer decried the DHS raids as a "gross overuse of military-level force as search warrants were executed at Mr. Combs' residences" and vowed Diddy would clear his name.

In addition to the search, authorities are interviewing alleged victims and witnesses, including three women and one man who are suing Diddy in civil court, according to sources.

The DHS operative said those who had been interviewed for the investigation have been very thorough and detailed.



Combs' ex-girlfriend Ventura filed suit last year, accusing him of rape and years of abuse.
AFP via Getty Images

Diddy was stopped from boarding a private jet out of the US on Monday and is believed to have remained in Florida since.

### Here's what we know about the allegations against Sean "Diddy" Combs

- Combs was arrested at a New York hotel by Homeland Security agents on September 16.
- Prosecutors allege Combs participated in sex trafficking and "freak off" parties.
- Combs was denied bail and is on suicide watch as he awaits his sex trafficking trial in jail.
- Combs' homes in Los Angeles and Miami were raided by Homeland Security in March amid a possible ongoing sex-trafficking investigation.
- A video of Combs viciously assaulting his ex-girlfriend Cassie Ventura in a hotel hallway was made public in May.
- In November 2023, the rapper was accused of drugging, filming and sexually assaulting a woman on a date in 1991.

However, despite the raids attracting a great deal of attention, he remains a free man.

 **What do you think?** Post a comment.

"He is not under arrest; he is under investigation," the law enforcement source made clear.

"He is free right now to do what he wants, but he is aware that if charges come down, we will get him — wherever he is."

FILED UNDER    HIP-HOP,  PUFF DADDY,  SEX TRAFFICKING,  3/27/24

READ NEXT    Women sucker-punched on NYC streets reveal their shock, fe...

**SPONSORED STORIES**