# EXHIBIT 6



The Magazine of Hip Hop Music, Culture and Politics

Home / 2024 / April / 2 / Homeland Security Investigation Targets Sean 'Diddy' Combs, Requests Flight Records

FEATURE   FEATURED   HIP HOP NEWS   HIP HOP NEWS | TRENDING HIP HOP STORIES

# Homeland Security Investigation Targets Sean 'Diddy' Combs, Requests Flight Records

April 2, 2024 / Courtneyb

Last week, Homeland Security agents made headlines when they raided homes belonging to Bad Boy Entertainment CEO Sean 'Diddy' Combs in both Los Angeles and Miami. Now, as the investigation unfolds, sources close to the case reveal that Homeland Security has expanded its probe, seeking telecommunications and flight records linked to Combs.

According to reports from The Extra Gazette, federal investigators are delving into allegations of serious crimes, including 6 traffic, in connection with Sean "Diddy" Combs. The investigation, which is being conducted with utmost seriousness, has prompted authorities to request telecommunications records related to Combs.

The source, who requested anonymity due to the sensitivity of the matter, disclosed that Homeland Security investigators are also keen on obtaining flight records associated with Combs. These flight records, including passenger lists, could provide valuable insights into Combs' movements and activities.

Advertisement


The developments in the investigation have sparked widespread interest and speculation, given Combs' prominence in the entertainment industry. As one of the most influential figures in music and media, any legal proceedings involving Combs are sure to attract significant attention.

While details regarding the specific allegations and the scope of the investigation remain largely undisclosed, the involvement of Homeland Security signals the seriousness of the situation. Combs, known for his multifaceted career spanning music, fashion, and business, now finds himself at the center of a federal inquiry that has the potential to have far-reaching implications.

Thoughts?