**EXHIBIT 7**

# 'Nothing off the table' as feds set to widen Diddy probe: Reporter

- Investigators searched rapper Sean 'Diddy' Combs' properties

- The rapper has been accused of sexual misconduct in lawsuits

- The investigation into Combs is "the tip of the iceberg," the reporter said



**Damita Menezes**
Updated: MAR 31, 2024 / 08:54 AM CDT

(NewsNation) — Federal authorities are reportedly widening their probe into hip-hop mogul Sean "Diddy" Combs over a litany of allegations, from witness intimidation and sexual assault to potential firearms violations, according to a New York Post report.

In a Saturday interview on "NewsNation Prime," Dana Kennedy of the New York Post said her Homeland Security sources indicate the investigation into Combs is "the tip of the iceberg."

Combs, whose homes were raided this week in a federal sex trafficking investigation, is facing a mounting list of lawsuits that allege abuse and sexual assault by multiple victims spanning over 30 years. But while a criminal prosecution could be brewing for the music producer, he has already been hit with a slew of civil suits stretching back to alleged wrongdoing starting in the early 1990s.

## Sean 'Diddy' Combs lawsuits: Who has sued the mogul? →

The probe appears prompted by a lawsuit from Combs' ex-girlfriend Cassie Ventura, who accused him of rape, sex trafficking and physical abuse before abruptly settling a day later. That was followed last month by another explosive suit from Rodney "Lil Rod" Jones alleging sexual misconduct.

"The minute [Ventura] filed that bombshell lawsuit…showed [Combs] to be vulnerable for the first time," Kennedy stated. "Regardless of what the feds are actually finding…it means that other people will be emboldened to come forward."

Among the unproven claims being examined are Combs's potential ties to a 1999 shooting that left a woman named Natania Reuben permanently disfigured.

Kennedy also cited an unconfirmed 2022 incident where Jones claims Combs had him lie about a "drive-by" shooting of a man called "G" inside a Los Angeles recording studio. The LAPD report provides scant details.

While no charges have been filed, Kennedy speculated the flurry of lawsuits may have emboldened witnesses to cooperate with investigators probing Combs' past, which includes a deadly 1991 charity event stampede he seemingly "skated" on.

## Sean 'Diddy' Combs dropped by famous pals: Silence is deafening →

The allegations extend into salacious territory too, with the Jones suit alleging Combs forced him into a sexual relationship and used ex-girlfriend Jennifer Lopez as an unwitting "gun mule" – claims Kennedy said lack evidence.

"I don't think Jennifer Lopez really has anything to do with this. She was just a hot young star on her way up and she was going out with Diddy. She was in the wrong place at the wrong time," Kennedy said.

In an interview on "NewsNation Prime," Combs' former attorney Mark Geragos dismissed the reporting as "ridiculous" given the previous acquittal and statutes of limitations. But Kennedy believes there are still open questions about potential witness tampering or unrelated incidents from the mogul's past.

Combs has maintained a ubiquitous presence in Miami amid the investigation, making multiple appearances as if "doing really well," Kennedy observed.

Combs attorney Aaron Dyer released a statement Tuesday saying any speculation about the raids "leads to premature rush to judgment of Mr. Combs and is nothing more than a witch hunt based on meritless accusations made in civil lawsuits."

**CRIME**

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.