**EXHIBIT 8**



US NEWS   EXCLUSIVE

# Diddy 'as bad as Epstein,' says officer who saw his sex rooms, hidden cameras during Miami mansion raid

By Steve Helling
Published Sep. 18, 2024, 5:15 p.m. ET

 598 Comments



Sordid new details have emerged of the so-called sex rooms that Sean "Diddy" Combs allegedly kept in his Miami mansion — filled with sex toys, bondage gear, hidden cameras and lingerie, according to a federal source, who said the disgraced rapper is "as bad as Epstein."

One of the Department of Homeland Security agents who helped raid Diddy's Florida abode claimed that the music mogul had rooms that were clearly "dedicated to sex" with cameras all around.

"So if you were in those sex parties, you were being recorded from every possible angle, including angles you wouldn't have known about," the source said, referring to the sometimes days-long orgies he called "freak offs" where drugged-up victims were allegedly forced to have sex with male prostitutes.



Sean "Diddy" Combs appeared in a Manhattan federal court on Tuesday.
AP



Authorities allege that the charges against Combs share some similarities with the charges against Jeffrey Epstein.
AP

"In my opinion, he's as bad as Jeffrey Epstein," the source added about the late pedophile who hanged himself behind bars. "These women are young. Either barely legal, or barely illegal."

**EXPLORE MORE**



Cause of death revealed for 19-year-old Air Force Academy cadet found dead in her dorm room



Hurricane Milton is now 175 mph Cat. 5 monster — as it threatens biggest hit on Tampa in 100+ years



Diddy's A-list pals quietly paying off victims to avoid being publicly named: lawyer

Internally, officers said they see a lot of similarities between Combs and Epstein, the well-connected financier who served time for trafficking dozens of young girls in New York and Florida. Epstein, who was awaiting trial on additional charges, died in his jail cell in August 2019.

On Tuesday, Combs was slapped with federal sex-trafficking and racketeering charges. According to the bombshell indictment, he allegedly coerced his female victims into days-long sex sessions as part of his alleged pattern of abuse dating back more than a decade.

On Tuesday, Combs was slapped with federal sex-trafficking and racketeering charges. According to the bombshell indictment, he allegedly coerced his female victims into days-long sex sessions as part of his alleged pattern of abuse dating back more than a decade.



Homeland Security Investigations agents raiding Combs' Miami mansion on March 25, 2024.
Photo by GIORGIO VIERA/AFP via Getty Images



An agent who raided Combs' Miami home told The Post there were rooms that were clearly "dedicated to sex."
Photo by GIORGIO VIERA/AFP via Getty Images

The indictment alleges that the women — some of whom were still teenagers — were coerced into "Freak Off" sex sessions with male prostitutes that were often recorded while the music producer masturbated.

But the federal source told The Post that sometimes, Diddy would allegedly just watch the romps from another room.

"He also was able to watch the action remotely on his phone, cast it onto a TV in another part of the house," the source said. "He didn't have to be in the room when the sex was happening, although he frequently was."



The source told The Post that Combs is "as bad" as Epstein.
Patrick McMullan via Getty Images

Diddy's employees allegedly helped facilitate the sick sessions by arranging travel, booking hotel rooms where they would take place and stocking the rooms with supplies — including drugs, baby oil, lubricants and extra linen.

"We have evidence that these women didn't feel like they were free to go," the DHS officer said, "and there's video evidence that some of the girls are clearly out of it while these men are having sex with them."

**Here's what we know about the allegations against Sean "Diddy" Combs**

- Combs was arrested at a New York hotel by Homeland Security agents on September 16.
- Prosecutors allege Combs participated in sex trafficking and "freak off" parties.
- Combs was denied bail and is on suicide watch as he awaits his sex trafficking trial in jail.
- Combs' homes in Los Angeles and Miami were raided by Homeland Security in March amid a possible ongoing sex-trafficking investigation.
- A video of Combs viciously assaulting his ex-girlfriend Cassie Ventura in a hotel hallway was made public in May.
- In November 2023, the rapper was accused of drugging, filming and sexually assaulting a woman on a date in 1991.

Combs would often also keep videos of the "sensitive, embarrassing and incriminating" sessions — sometimes without his victims' knowledge — so he could use them "as collateral to ensure the continued obedience and silence of the victims," the indictment alleges.



Diddy faces decades in a federal prison if he's convicted.
Variety via Getty Images



Combs was ordered held without bail.
REUTERS

He faces three federal charges of racketeering conspiracy, sex trafficking and transportation to engage in prostitution.

Combs' arrest comes after he was hit with a flurry of lawsuits in the past year by people who allege he subjected them to physical or sexual abuse during the height of his fame as a producer in the 1990s and 2000s.

### Here's what we know about Sean 'Diddy' Combs sex trafficking charges

- Sean "Diddy" Combs slapped with sex trafficking, racketeering conspiracy as bombshell charges unsealed in NYC court
- Sean "Diddy" Combs arrested at NYC hotel by Homeland Security in sex-trafficking probe
- Diddy forced victims into "freak off" sex sessions; thousands of bottles of lube and 3 AR-15s found in March raid
- Sean "Diddy" Combs used guns, kidnapping and arson to intimidate victims: feds

He was first accused of a years-long pattern of domestic and sexual violence — and even trafficking — against his former girlfriend, R&B singer Cassie Ventura, in a federal lawsuit she filed against him last November.



Combs seen in Central Park a day before his arrest.
SWNS

Combs was arrested by Homeland Security in New York City on Monday. He has pleaded not guilty and is being held without bond.

Authorities say that some of Combs' alleged victims are cooperating with authorities.

 598   What do you think? **Post a comment.**

"These women are telling us things that we can independently verify with video evidence, physical evidence," the agent says. "These women have come forward and they're cooperating with us. They're very brave."

Attorneys for Combs have not returned The Post's call for comment.

**FILED UNDER**   DEPARTMENT OF HOMELAND SECURITY,   MIAMI,   SEAN 'DIDDY' COMBS,   SEX TRAFFICKING,   9/18/24

**READ NEXT**   Biden-Harris admin's signature immigration programs let in...