# EXHIBIT 9



# Diddy is 'as bad as Epstein' says cop who raided disgraced hip-hop mogul's Miami mansion where police found sex rooms used to host 'freak offs'

By **TARYN PEDLER FOR DAILYMAIL.COM**
PUBLISHED: 05:31 EDT, 19 September 2024 | UPDATED: 09:09 EDT, 19 September 2024

       43 shares  💬223 View comments

Music mogul Sean '**Diddy**' Combs has been likened to notorious sex offender **Jeffrey Epstein** after sordid new details have emerged of the sex rooms in his Miami home where he hosted his 'freak offs'.

One of the Department of Homeland Security agent who helped raid the rapper's Miami mansion claimed there were rooms within the property solely 'dedicated to sex' with cameras planted all around.

Speaking to the **NYP**, the unnamed federal source said if you were attending and participating in Diddy's sex parties, or so-called 'freak offs', 'you were being recorded from every possible angle, including angles you wouldn't have known about'.

The singer's 'freak offs' allegedly saw drugged up women being forced to sleep with male prostitutes in scenarios that Combs, 54, orchestrated, filmed, and masturbated to.

'In my opinion, he's as bad as Jeffrey Epstein,' the source added, referring to the late pedophile and disgraced financier.



The music mogul's homes in Los Angeles and Miami were raided by federal authorities who have now claimed there were rooms within the Miami mansion solely dedicated to sex



One federal source likened Combs to notorious sex offender Jeffrey Epstein (pictured)



These aerial images taken in October 19, 2023, show the sprawling waterfront properties owned by the embattled rap mogul, real name Sean Combs, that were raided by federal agents

Officers claimed they spotted several similarities between Combs and Epstein - who was thrown behind bars for trafficking dozens of young girls in New York and Florida.

Epstein, who was awaiting trial on additional charges died in his cell in August 2019.

On Monday, Combs was sensationally arrested at Park Hyatt Hotel in **New York City** and was later charged with sex trafficking and transportation to engage in prostitution - all of which he pleaded not guilty to in a Manhattan court on Tuesday.

According to the bombshell indictment, Combs allegedly forced women - some of whom were still teenagers - into days-long drug-fueled orgies.

He allegedly arranged and directed the sex parties, while masturbating throughout the performance and supplied women drugs such as ecstacy, ketamine, and BHB to keep them energized, federal prosecutors said.



**Read More**
Diddy's 'freak off' sex orgies: Rapper denied bail and accused of running 'criminal enterprise' >

The indictment added: 'After freak offs, Combs and the victims typically received IV fluids to recover from the physical exertion and drug use'.

Prosecutors said that the music mogul's employees covertly booked hotel rooms for the 'freak offs', while stocking them with baby oil, lubricant, and extra bed sheets.

But the federal source told the news site that following their thorough raids, they unearthed evidence that revealed the women didn't feel like they were free to go, adding video evidence showed women who were 'clearly out of it' while having sex with the men.

Combs would often tape the 'freak offs' to use as leverage to silence the women, and was known to choke, shove and throw people to the ground, prosecutors added.

'The sensitive, embarrassing and incriminating recordings that he made during Freak Offs as collateral to ensure the continued obedience and silence of the victims,' the indictment said.





A picture from inside Diddy's Miami home shows how law enforcement agents conducted thorough searches



Following his major arrest, and in a desperate attempt to remain free, he begged for bail, proposing his own home and his mother's as part of a $50million surety.

But Combs' request was denied and he will remain in custody as it was revealed he could face more than two decades behind bars if found guilty of the charges.

His arrest comes after he was hit with a swathe of lawsuits in the past year by women who allege he subjected them to physical, sexual, and mental abuse.

Many of the depraved allegations against Combs fist came to light almost a year ago when a former girlfriend, Cassie Ventura, sued him for rape, physical abuse, and mental abuse, in November 2023.

Ventura alleged that he coerced her into sex acts with multiple male prostitutes and she also said she herself was tasked with finding the prostitutes online.

Combs would then watch the encounters, film them, and masturbate, according to the suit.

The 'freak offs' were detailed in the ex-girlfriend's November lawsuit which delved into the decade-long nightmare she allegedly endured in the relationship.

**Read More**

'Disturbing' footage of Diddy with young Justin Bieber resurfaces amid abuse allegations >

Ventura - an R&B singer who was once signed to Combs' label Bad Boy Records - said the first 'freak off' took place just months after they began dating, when she was around 22-years-old and he was 40.

After a 'freak off' in an LA hotel in March 2016, the suit said, Combs punched Ventura and threw a glass vase at her - an incident which was caught on camera and released by CNN in May.



Cassie, whose legal name is Cassandra Ventura, signed to Combs' label in 2005, and the two were on-again-off-again romantic partners for more than a decade starting in 2007





CNN in May aired a leaked video that shows Combs attacking Ventura in a hotel hallway in 2016



This frame grab taken from hotel security camera video and aired by CNN shows Sean 'Diddy' Combs attacking singer Cassie in a Los Angeles hotel hallway in March 2016


CNN in May aired a leaked video that shows Combs attacking Ventura in a hotel hallway in 2016


This frame grab taken from hotel security camera video and aired by CNN shows Sean 'Diddy' Combs attacking singer Cassie in a Los Angeles hotel hallway in March 2016

Share or comment on this article: Diddy is 'as bad as Epstein' says cop who raided disgraced hip-hop mogul's Miami mansion where police found sex rooms used to host 'freak offs'

 43 shares