# EXHIBIT 10



Feds See Uptick in Calls From Diddy Accusers Since His Arrest

# DIDDY
# MORE ACCUSERS COMING FORWARD ...
## Talking To Feds After Arrest

**EXCLUSIVE**  452  10/2/2024 9:49 AM PT



Getty

Things keep sounding worse for **Diddy** ... because we've learned the feds are seeing an uptick in accusers coming forward with more allegations, ever since he was thrown in jail.

Sources familiar with the Diddy investigation tell TMZ ... more alleged victims and witnesses are stepping up because they feel less intimidated now that Diddy is behind bars.



Our sources say the accusers are cooperating with federal investigators and providing information about what they know about Diddy's alleged criminal activities.

We're told federal investigators are fielding tons of calls from these alleged victims and witnesses ... and based on the timing here, the feds believe it has a lot to do with Diddy's arrest.



Meanwhile, a major law firm in Texas says it's about to file lawsuits on behalf of **120 Diddy accusers** ... so it seems like the indictments are having a domino effect, at least on its face.

A rep for the U.S. Attorney for the Southern District of NY declined to comment.



We also reached out to a rep for Homeland Security Investigations in New York ... the agency told us, "We cannot comment on ongoing investigations."



Unclear what the new accusers are telling the feds, but Diddy's **denied all the charges** against him ... and his lawyer says he **won't take a plea bargain**.

