UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | 24-cr-542 (AS) |
| SEAN COMBS, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

As discussed during the conference on October 10, 2024, the Government's deadline to respond to defendant's motion for an evidentiary hearing (at Dkt. 30) is **October 30, 2024**. Defendant's reply is due on **November 8, 2024**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 33.

SO ORDERED.

Dated: October 18, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge