# Exhibit A

# Sean 'Diddy' Combs mixed star-studded bashes with raucous 'Freak Off' sex parties after VMAs and Super Bowl, videos reveal

By    Published Oct. 25, 2024, 7:18 a.m. ET

[Sean "Diddy" Combs' "Freak Offs"](#) often coincided with some of his biggest star-studded parties at the height of his fame — with at least three wild sex parties taking place hours after major events, according to a trove of video files and documents viewed exclusively by The Post.

The clips suggest that the orgies, which federal prosecutors say sometimes involved women who were threatened or coerced to perform grueling, hours-long sex acts, were happening just below the surface as Diddy rubbed elbows with the biggest names in Hollywood, music and sports.

In the early morning hours of August 29, 2005, the Diddy afterparty from the MTV VMAs was still going strong. Actress Eva Longoria chatted with Fergie in one corner, while Ice-T, Quincy Jones, NASCAR great Jeff Gordon and Paris Hilton mingled with guests.



8

Sean "Diddy" Combs hosting the "The One And Only Official After Party" after the 2005 Video Music Awards in Miami. Photo by Johnny Nunez/WireImage

Combs had hosted the VMAs and his afterparty was the hottest ticket in town that night.

But one by one, the celebrities left the party, and there is no indication they knew about or were involved in what happened next.

## *Explore More*

Soon, the event moved from the Inside at Space nightclub to Diddy's Miami mansion. From there, it appears to have descended into a raucous sex party, according to photos and videos viewed by The Post.

By then, all the stars appeared to have gone except one — Diddy. They were replaced by a cast of fit young men and women — all in various states of undress.

As two white men took turns having sex with a very young black woman who clearly had white powder under her nose, Diddy could be seen in the background, wearing a white T-shirt with the words "God is the Greatest" written in black — the same shirt he was photographed wearing at the VMAs afterparty.

In another clip from the night, a couple had loud sex on a table as a group of well-dressed people stood around.

8

Diddy's "Freak Offs" often took place after his high-profiles event, according to documents and videos viewed by The Post. Photo by Johnny Nunez/WireImage

The videos reviewed by The Post are part of the same archive that includes footage that appears to show [Diddy having sex with a much younger male A-list star.](#) That video has been shopped around for sale to news outlets by more than one purported seller.

In the trove of files, some of the videos are undated — or the dates are clearly incorrect. But other files have dates that are consistent with verified details of events, locations, and clothing that Diddy and others were wearing.

However, many of the videos have dates that can be corroborated with star-studded events, including the 2004 and 2005 VMAs in Miami and the 2005 Super Bowl in Jacksonville.

After each of these events, Diddy appears to have thrown a wild orgy.

8

Diddy with Ice-T (left) and Quincy Jones (right) at the VMA afterparty in 2005.  WireImage

8

Diddy and Eva Longoria in the Inside at Space nightclub in Miami. Photo by Johnny Nunez/WireImage

The alleged behavior is consistent with a similar allegation in a lawsuit filed earlier this week in which a woman alleges Diddy and a female celebrity raped her when she was just 13 following the 2000 VMAs at Radio City Music Hall in New York.

Diddy's attorneys denied the latest allegations in a statement. "In court, the truth will prevail: that Mr. Combs has never sexually assaulted anyone — adult or minor, man or woman."

During the weekend of Super Bowl XXXIX in Jacksonville in February 2005, Diddy threw a star-studded gala with attendees like Ashton Kutcher, Ashlee Simpson and "Girls Gone Wild" founder Joe Francis.

Hours later, the party seemingly moved to a $2 million mansion in nearby Sawgrass, which Diddy rented for a reported $20,000 per week. In one video, two men have sex with each other while the sounds of laughter echo throughout the room. It later appears that Diddy himself took part in the action that night, and held the camera from his point of view while he appeared to engage in sex with a woman.

Again, there's no indication that his Super Bowl party guests knew about the orgy that took place afterward.

8

Diddy dancing with Paris Hilton at the 2005 party. Photo by Johnny Nunez/WireImage

8

Dancers at Diddy's VMA afterparty. Patrick McMullan via Getty Images

Federal officials raided two of Diddy's homes in March, seizing hundreds of sex videos and a mountain of sex paraphernalia, including 1,000 bottles of baby oil and lube. In a statement, the US Attorney's Office alleged that the sex parties were not always consensual.

His alleged sexual abuse of women included forcing them to engage in frequent, days-long sexual activity with male prostitutes, some of whom

were "transported over state lines," according to the charges against him.

"These events, which Combs referred to as 'Freak Offs,' were elaborate sex performances that he arranged, directed, and often electronically recorded," the documents said.

"To ensure participation in Freak Offs, Combs used violence and intimidation, and leveraged his power over victims — power he obtained through obtaining and distributing narcotics to them, exploiting his financial support to them and threatening to cut off the same, and controlling their careers," authorities alleged.

It's unclear whether the videos that The Post has viewed are part of the feds' case, but officials say they confiscated hundreds of videos from Combs' hard drives and devices, some of which include "Freak Off" sex parties.

"These are consistent with the videos we have," a federal law enforcement source who is involved in the investigation said after hearing descriptions of the scenes in the videos that The Post viewed.

"Just about everything you can imagine was happening at his parties. Now our job is to determine whether this was consensual for everyone involved, if anyone has been trafficked, and what laws have been broken."

In the videos viewed by The Post, the identities of most of the participants are unknown, but the feds believe that at least some of the victims in videos they obtained were coerced to perform.

8

*Diddy walking the red carpet at the MTV Video Music Awards on Aug. 29, 2004. Photo by Frank Micelotta/Getty Images*

8

Diddy passing out drinks at the 2004 VMA afterparty. WireImage for Porter Novelli- NY

"Combs threatened his victims," the feds said after his arrest, "including by threatening to expose the embarrassing and sensitive recordings he made of Freak Offs if the women did not comply with his demands."

[Diddy has been charged ](#)with racketeering conspiracy, sex trafficking, and transportation to engage in prostitution. In addition to the charges, he faces a myriad of civil suits from his alleged victims.

He has pleaded not guilty and consistently denied wrongdoing in both the criminal cases and the civil suits.

"It's sick s–t," the law enforcement source told The Post. "Look, if this were

just him having sex parties with a bunch of horny adults, we wouldn't be having this conversation. That's perfectly legal. But that's not what we're talking about. This man is a predator."

Attorneys for Diddy did not return The Post's calls for comment.