

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 29, 2024

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24 Cr. 542 (AS)

Dear Judge Subramanian:

    Pursuant to the Court's Individual Rules, the Government respectfully requests permission to file its memorandum of law in opposition to defendant Sean Combs' motions at Dkt. No. 32, 36, and 42, which is due October 30, 2024, as an oversized brief exceeding 25 pages. Because the Government plans to respond to all three motions in the same brief, the Government estimates that its brief will be approximately 40 pages. The Government conferred with defense counsel, who consents to the request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s                    
    Meredith Foster
    Emily A. Johnson
    Christy Slavik
    Madison Reddick Smyser
    Mitzi Steiner
    Assistant United States Attorneys
    (212) 637-2310/-2409/-1113/-2381/-2284