

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, New York 10278

October 29, 2024

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Combs*, 24 Cr. 542 (AS)

Dear Judge Subramanian:

Pursuant to the Court's Individual Rules, the Government respectfully requests permission to file its memorandum of law in opposition to defendant Sean Combs' motions at Dkt. No. 32, 36, and 42, which is due October 30, 2024, as an oversized brief exceeding 25 pages. Because the Government plans to respond to all three motions in the same brief, the Government estimates that its brief will be approximately 40 pages. The Government conferred with defense counsel, who consents to the request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   \_\_\_/s_____
Meredith Foster
Emily A. Johnson
Christy Slavik
Madison Reddick Smyser
Mitzi Steiner
Assistant United States Attorneys
(212) 637-2310/-2409/-1113/-2381/-2284

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 51.

SO ORDERED.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: October 30, 2024