# Exhibit A

| | |
|---|---|
| **From:** | Marc Agnifilo |
| **To:** | Teny Geragos; Johnson, Emily (USANYS) 2 |
| **Cc:** | Steiner, Mitzi (USANYS); Smyser, Madison (USANYS); Foster, Meredith (USANYS) |
| **Subject:** | [EXTERNAL] Re: A few issues to consider |
| **Date:** | Friday, May 17, 2024 10:23:11 AM |

Good morning all. I'm sorry to bother you with this, but we received word that CNN has been given a video tape of what has been described as a fight involving Sean Combs and ▇▇▇▇▇▇▇ at the Intercontinental Hotel in Century City from 2016. I imagine it is what is described in paragraphs 120-123 of ▇▇▇▇▇▇▇ civil complaint. My concern is that someone (not any of you and not the lead case agents) provided this footage to CNN. I bring this to your attention solely because I imagine you don't want this to happen any more than I do, and I am merely making you aware of it. If I get more information, I will share it with you. Thank you. Marc