UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             -against-<br><br>SEAN COMBS,<br>                    Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court is in receipt of a letter from the Government supplementing the Government's October 30, 2024 filing at Dkt. 53. Having considered the Government's stated justifications for sealing the letter and considering it *ex parte*, the Court finds that it is appropriate to accept this letter *ex parte* and under seal.

      SO ORDERED.

Dated: October 31, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                          United States District Judge