UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SEAN COMBS,<br><br>    Defendant. | No. 24-CR-542 (AS)<br><br>[Proposed] Order |

IT IS HEREBY ORDERED:

1.     During the pendency of Defendant's Motion for an Order Pursuant to Local Rule 23.1, *see* ECF No. 42, all potential witnesses in the above-referenced matter and any related grand jury proceedings, including their lawyers, agents, and representatives, shall not directly or indirectly release or authorize the release of any non-public information or opinion which a reasonable person would expect to be disseminated by means of public communication if there is a substantial likelihood that such dissemination will interfere with a fair trial or otherwise prejudice the due administration of justice. Statements that presumptively have a substantial likelihood of interfering with a fair trial or otherwise prejudicing the due administration of justice are defined by Local Rule 23.1(d).

2.     For purposes of this Order, "potential witnesses" include any individual who claims or has claimed to be a victim of Mr. Combs in connection with the allegations described in the Indictment, ECF No. 1, or any similar or related conduct.

SO ORDERED.

Dated:  November __, 2024

                                                                                    _____
                                                                                    Hon. Arun Subramanian
                                                                                    United States District Judge
                                                                                    Southern District of New York