UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>SEAN COMBS,<br><br>            Defendant. | 24-cr-542 (AS) |

**NOTICE OF MOTION FOR BAIL**

PLEASE TAKE NOTICE THAT, upon the Declaration of Marc A. Agnifilo, Esq., dated November 8, 2024, the exhibits attached thereto, and the accompanying Memorandum of Law, defendant Sean Combs, by and through his undersigned attorneys, will move this Court at the United States Courthouse, 500 Pearl Street, New York, N.Y., 10007 at a date and time to be determined by the Court, for an Order releasing Mr. Combs on the proposed conditions, or any other conditions the Court deems appropriate.

Date:  November 8, 2024                                  Respectfully Submitted,

                                                         /s/Alexandra A.E. Shapiro

                                                         Alexandra A.E. Shapiro
                                                         Shapiro Arato Bach LLP
                                                         1140 Avenue of the Americas, 17th Fl.
                                                         New York, NY 10036
                                                         (212) 257-4881
                                                         ashapiro@shapiroarato.com

                                                         Marc Agnifilo
                                                         Teny Geragos
                                                         AGNIFILO INTRATER
                                                         445 Park Ave., 7th Fl.
                                                         New York, NY 10022
                                                         646-205-4350
                                                         marc@agilawgroup.com
                                                         teny@agilawgroup.com

Anthony Ricco
Law Office of Anthony L. Ricco
20 Vesey Street
New York, NY 10007
(212) 791-3919
tonyricco@aol.com

Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com