UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -against-<br><br>SEAN COMBS,<br>                              Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The hearing on defendant's motion for bail, scheduled for **November 22, 2024 at 2:00 PM**, will be held in **Courtroom 26A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED.

Dated: November 13, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge