# Exhibit O

## (Sealed)