UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SEAN COMBS,

Defendant.

24-CR-542 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated at the hearing held on November 19, 2024, the Government (with the exception of the Filter Team) must immediately delete the photographed notes at issue pending the Court's ruling on whether they are covered by attorney-client privilege. The Government should confirm on or before **November 21, 2024** that the notes have been deleted. Based on the Government's representation that the Filter Team has no involvement in either the grand jury investigation or this litigation, the Filter Team may retain copies of the photographed notes but may not provide them to anyone else.

Briefing on defendant's application relating to the notes will follow this schedule: defendant's brief to be filed on **December 4, 2024**; the Government's response by **December 9, 2024**; and defendant's reply by **December 11, 2024**. The briefs should include citations to the best cases supporting or refuting the requested relief.

Finally, defendant's reply brief on his renewed motion for bail at Dkt. 60 is now due on **Thursday, November 21, 2024 at 12:00 PM**.

SO ORDERED.

Dated: November 20, 2024
       New York, New York

ARUN SUBRAMANIAN
United States District Judge