

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

November 21, 2024

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs,* 24-cr-542 (AS)

Dear Judge Subramanian,

On behalf of Defendant Sean Combs, we respectfully <u>request permission to file a reply memorandum of up to 16 pages</u> in support of Mr. Combs' renewed bail motion, to ensure that we have sufficient space to respond to the new material in the government's opposition.

The government has advised us that they consent to the proposed relief.

We thank the Court for its consideration of this request.

GRANTED. However, the parties should make every effort in the future to ask for relief of this kind in a timely fashion. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 78.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: November 21, 2024

Respectfully,

/s/ Alexandra A.E. Shapiro

Alexandra A.E. Shapiro