UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br><br>            Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

In its November 1, 2024 letter to the Court, the Government noted that it "did not submit an affidavit attesting that the Prosecution Team (*i.e.*, the Government attorneys and agents involved in the grand jury process) was [not] the source of the information in the news articles discussed by the defendant" but stated that it was "prepared to submit such an affidavit at the Court's request." Dkt. 56 at 3 n.1.

The Government should submit this affidavit by **Wednesday, December 4, 2024**.

SO ORDERED.

Dated: December 2, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge