UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA          :
                                             : **NOTICE OF APPEARANCE & REQUEST**
       v.                      : **FOR ELECTRONIC NOTIFICATION**
                                               :
SEAN COMBS,                       : 24 Cr. 542 (AS)
                                             :
              Defendant.    :
------------------------------X

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                         Respectfully submitted,

                                         DAMIAN WILLIAMS
                                         United States Attorney for the
                                         Southern District of New York

                                  by: /s/ Maurene Comey_____
                                       Maurene Comey
                                       Assistant United States Attorney
                                       (212) 637-2324