

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 4, 2024

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Sean Combs*, 24 Cr. 542 (AS)

Dear Judge Subramanian:

    The Government respectfully submits the attached affidavit in response to the Court's December 2, 2024 order, *see* Dkt. No. 93, and in further support of its opposition to the defendant's leak motion, *see* Dkt. Nos. 49, 56.

    The Government remains available to answer any further questions of the Court.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s
    Maurene Comey / Meredith Foster
    Emily A. Johnson / Christy Slavik
    Madison Reddick Smyser / Mitzi Steiner
    Assistant United States Attorneys
    (212) 637-2324/-2310/-2409/-1113/-2381/-2284

cc: all counsel by ECF