UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SEAN COMBS,<br><br>                     Defendant. | 24-cr-542 (AS) |

### **<u>NOTICE OF MOTION FOR A HEARING, SUPPRESSION, AND OTHER RELIEF</u>**

PLEASE TAKE NOTICE THAT, upon the Declaration of Teny Geragos, Esq., dated December 4, 2024, the exhibit attached thereto, and the accompanying Memorandum of Law, defendant Sean Combs, by and through his undersigned attorneys, will move this Court at the United States Courthouse, 500 Pearl Street, New York, N.Y., 10007 at a date and time to be determined by the Court, for an Order (1) for discovery and a hearing; (2) suppressing Mr. Combs' privileged notes and any fruits of the illegal search; (3) directing that a Special Master conduct privilege review in lieu of the Filter Team going forward; (4) considering whether any or all of the prosecutors must be disqualified because they were tainted by access to the privileged materials; (5) ordering the government to stop monitoring Mr. Combs' communications with the defense team; and (6) subject to the evidence adduced at the hearing, dismissing the indictment.

Date:  December 4, 2024

                                                        Respectfully Submitted,

                                                        <u>/s/ Alexandra A.E. Shapiro   </u>
                                                        Alexandra A.E. Shapiro
                                                        Shapiro Arato Bach LLP
                                                        1140 Ave of the Americas, 17th Fl.
                                                        New York, NY 10036
                                                        (212) 257-4881

ashapiro@shapiroarato.com

Marc Agnifilo
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
646-205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Anthony Ricco
Law Office of Anthony L. Ricco
20 Vesey Street
New York, NY 10007
(212) 791-3919
tonyricco@aol.com

Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com