UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

UNITED STATES OF AMERICA

v.

SEAN COMBS,

        Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

24 Cr. 542 (AS)

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case on behalf of the United States of America and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:  /s/ Olga Zverovich
      Olga I. Zverovich
      Assistant United States Attorney
      (212) 637-2514