UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SEAN COMBS,

Defendant.

24-CR-542 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of Defendant's application regarding Discovery Laptop access and Defendant's attorney-visitation forms. Dkt. 95. Having reviewed the parties' submissions, the Court orders as follows:

1. The MDC is ordered not to turn over Defendant's attorney-visitation forms to the Government.
2. The MDC is ordered to give Defendant access to the Discovery Laptop seven days per week from 8:00 AM to 3:30 PM. This can be in his unit's visiting room or in his unit's VTC room.
3. The purpose of the Discovery Laptop is to review discovery, not to take or store notes. It is the Court's understanding that the laptop has been pre-loaded with discovery materials but does not allow any functionality beyond reviewing those materials.

If Defendant wishes for broader access to the Discovery Laptop, his counsel should discuss the issue with the Government, which should consider any reasonable proposals in good faith and work with BOP counsel and MDC staff to effectuate them. If there are further disputes, the Court will consider adjustments to this order. However, any proposal should be mindful of the Court's protective order, the nature of the materials on the Discovery Laptop, and the fact that Defendant is not isolated in his unit.

SO ORDERED.

Dated: December 12, 2024
    New York, New York

ARUN SUBRAMANIAN
United States District Judge