UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               -against-<br><br>SEAN COMBS,<br><br>              Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

By **Monday, December 16, 2024 at 12:00 PM**, the parties should meet and confer and submit to the Court a joint letter listing the topics that they wish to discuss at the conference scheduled for December 18, 2024 at 2:00 PM.

SO ORDERED.

Dated: December 12, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge