UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              -against-<br><br>SEAN COMBS,<br>                        Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The conference scheduled for December 18, 2024 at 2:00 PM will be held in **Courtroom 15A**, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: December 16, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge