# AGNIFILO INTRATER

December 17, 2024

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    We write on behalf of Sean Combs to provide the Court with an update regarding the letter we intended to file with the Court yesterday requesting that the Court modify the terms of the Protective Order and to address the government's *Brady* disclosures thus far. (*See* ECF 114 at 1-2.) Yesterday evening, the government made a voluminous discovery production, which the defense will review first before it makes a motion on both topics.

    Respectfully submitted,

Marc Agnifilo
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
646-205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Anthony Ricco
Law Office of Anthony L. Ricco
20 Vesey Street
New York, NY 10007
(212) 791-3919
tonyricco@aol.com

Alexandra Shapiro
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036

Hon. Arun Subramanian
December 17, 2024
Page 2 of 2

(212) 257-4881
ashapiro@shapiroarato.com

Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com

cc:   All counsel (via ECF)

2