# AGNIFILO INTRATER

December 23, 2024

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    We write on behalf of Sean Combs, with the consent of the government, to request a brief extension to file the defense's reply to the government's response. (ECF 117.) The defense's reply is currently due Friday, December 27, 2024. We request a short adjournment to Monday, December 30, 2024. The reason for this request is that MDC informed counsel today that legal video teleconferences will be cancelled (at least in Mr. Combs' unit) from December 24 – December 26, 2024. Due to counsel's travel schedule for the holiday, we will not be able to review the reply with Mr. Combs in person, and need to utilize the video teleconference. Accordingly, we <u>request that our reply be due December 30, 2024</u>, to afford Mr. Combs the opportunity to review and participate in the drafting of the reply prior to filing.

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 118.

SO ORDERED.

*[signature]*
Arun Subramanian, U.S.D.J.
Date: December 26, 2024

Respectfully submitted,

*[signature]*

Marc Agnifilo
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
646-205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Anthony Ricco
Law Office of Anthony L. Ricco
20 Vesey Street
New York, NY 10007
(212) 791-3919
tonyricco@aol.com

                                                        Alexandra Shapiro
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com

                                                        Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com

cc:    All counsel (via ECF)