UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              -against-<br><br>SEAN COMBS,<br>                       Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Combs moved for a hearing and other relief related a search of his possessions during a BOP sweep of the MDC, alleging Fourth and Sixth Amendment violations. Dkt. 97. The Government responded that the search was conducted pursuant to legitimate BOP objectives and that the investigator operated separately from the prosecution team. Dkt. 117.

      In evaluating Combs's motion, the Court would find the following additional materials helpful: 1) an affidavit from the prosecution team stating its understanding of the chain of events leading up to, during, and following the MDC sweep, including Investigator-1's role; and 2) an affidavit from Investigator-1 describing his role, the circumstances under which he participated in the MDC sweep, and the extent of his communications with the prosecution team, including any communications in advance of the MDC sweep or about the MDC sweep. These affidavits should be furnished to the Court by **January 17, 2025**. By the same deadline, the prosecution team should produce its written communications with Investigator-1, if any, for the Court's *in camera* review.

      SO ORDERED.

Dated: January 3, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge