UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                                     :
v.                                   :     Case No. 24-CR-542 (AS)
                                     :
                                     :
                                     :     **NOTICE OF APPEARANCE**
SEAN COMBS,                          :
                                     :
            Defendant.               :
-------------------------------------x

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Jason A. Driscoll of Shapiro Arato Bach LLP hereby appears as counsel for Defendant Sean Combs.

I certify that I am admitted to practice in this Court.

Dated:  January 21, 2025                    Respectfully submitted,

                                            */s/ Jason A. Driscoll*
                                            Jason A. Driscoll
                                            SHAPIRO ARATO BACH LLP
                                            1140 Avenue of the Americas,
                                            17th Floor
                                            New York, NY 10036
                                            Tel: 212-257-4898
                                            jdriscoll@shapiroarato.com

                                            *Attorney for Defendant Sean Combs*