# AGNIFILO INTRATER

January 19, 2025

VIA ECF
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

      We have reviewed the Government's January 17, 2025, submission enclosing affidavits from AUSA Christy Slavik and Investigator-1. We respectfully request permission to respond to these affidavits, in further support of Combs' Motion for a Hearing (Dkt. 70), by Friday, January 24, 2025. Thank you for your consideration.

Respectfully submitted,

Marc Agnifilo
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
646-205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Alexandra Shapiro
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com

Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com

---

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 132.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 21, 2025