# AGNIFILO INTRATER

January 29, 2025

VIA ECF
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

We have reviewed the Government's January 28, 2025, submission (Dkt. 138) responding to Combs' Motion to Amend the Protective Order (Dkt. 129), and request the opportunity to reply by Friday, January 31, 2025. Thank you for your consideration.

Respectfully submitted,

Marc Agnifilo
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
646-205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Alexandra Shapiro
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com

Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com

---

This letter motion was filed shortly before the Court's memorandum endorsement at Dkt. 140 issued, denying the motion at Dkt. 129 without prejudice. So this motion is now moot. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 139.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 30, 2025