MANDATE

1:24-cr-00542-AS-1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 31 2025

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of December, two thousand twenty-four.

Before:      Myrna Pérez,
                 *Circuit Judge.*

_____

United States of America,            **ORDER**

       Appellee,                     Docket No. 24-2606

   v.

Sean Combs, AKA Sealed Defendant 1,

       Defendant - Appellant.
_____

Appellant Sean Combs moves for voluntary dismissal of this appeal.

IT IS HEREBY ORDERED that the motion to withdraw is GRANTED. The motion for bail (docket entry 16) is deemed WITHDRAWN.

                                                        For the Court:
                                                        Catherine O'Hagan Wolfe,
                                                        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/18/2024