# AGNIFILO INTRATER

December 23, 2024

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    We write on behalf of Sean Combs, with the consent of the government, to request a one day extension to file pretrial motions. The pretrial motions are currently due Monday, February 17, 2025. We request a one day adjournment to Tuesday, February 18, 2025. The reason for this request is that Monday is a federal holiday and MDC will run a holiday visitation schedule and will not hold legal video teleconferences. Accordingly, we request that our motions be due February 18, 2025, to afford Mr. Combs the opportunity to review the final versions of the briefs prior to filing. We consent to an additional day for the Government to file their response, which is currently due March 3, 2025, to be due March 4, 2025.

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 150.

SO ORDERED.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: February 14, 2025

Respectfully submitted,

*/s/ Marc Agnifilo*

Marc Agnifilo
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
646-205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Alexandra Shapiro
Jason Driscoll
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com

Hon. Arun Subramanian
February 13, 2025
Page 2 of 2

>Anna Estevao
>SHER TREMONTE LLP
>90 Broad St., 23rd Fl.
>New York, NY 10004
>(212) 202-2600
>aestevao@shertremonte.com

cc:    All counsel (via ECF)