

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 18, 2025

**BY ECF**
Honorable Arun Subramanian
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:**    *United States v. Sean Combs*, **S1 24 Cr. 542 (AS)**

Dear Judge Subramanian:

     Enclosed for the Court's consideration is a proposed addendum to the Protective Order in the above-captioned case that has been executed by both parties. At the defendant's request, following the Court's January 29, 2025 order denying the defendant's motion to amend the Protective Order, (ECF 140), the parties have continued negotiating and propose the attached addendum for the Court's consideration.

     Respectfully submitted,

     MATTHEW PODOLSKY
     Acting United States Attorney

by: ___/s/_____
     Maurene Comey / Meredith Foster
     Emily A. Johnson / Christy Slavik
     Madison Reddick Smyser / Mitzi Steiner
     Assistant United States Attorneys
     (212) 637-2324/-2310/-2409/-1113/-2381/-2284