UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket. No.  S 24 Cr. 542 (AS) |
| - against - | **NOTICE OF MOTION** *(TO WITHDRAW AS COUNSEL)* |
| SEAN COMBS, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE**  that, upon the annexed Declaration of Anthony L. Ricco, Esq., that the defendant, Sean Combs, moves this Court before the Honorable Arun Subramanian, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, at a time that is convenient for the Court, for the following relief:

1. For an order permitting Anthony L. Ricco, Esq. to withdraw as attorney of record in this case.

2. For such other and further relief as to this Court may seem just and proper.

Dated:  New York, New York
        February 20, 2025

*Attorney for Sean Combs*

*Anthony L. Ricco*
ANTHONY L. RICCO, ESQ.
20 Vesey Street, Suite 400
New York, New York 10007
(212) 791-3919
Tonyricco@aol.com

TO:
    Hon. Arun Subramanian
    United States District Court Judge (SDNY)

    Anna Estevao
    Sher Tremonte LLP
    90 Broad St., 23rd Fl.
    New York, NY 10004
    (212) 202-2600
    aestevao@shertremonte.com

Alexandra Shapiro
Jason Driscoll
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
ashapiro@shapiroarato.com
jdriscoll@shapiroarato.com

Marc Agnifilo
Teny Geragos
Agnifilo Intrater
445 Park Ave., 77th Fl.
New York, NY 10022
marc@agilawgroup.com
teny@agilawgroup.com

Sean Combs, Reg. No. 37452-054
Metropolitan Detention Center
80 29th Steet, Brooklyn, New York 11232
(By regular mail)

All Government Prosecutors of Record
United States Attorneys Office SDNY
26 Federal Plaza, 37th Floor
New York, New York 10278 (by ECF)