UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> SEAN COMBS, <br><br> Defendant. | 24-cr-542 (AS) |

## DECLARATION OF TENY GERAGOS KRISHNASWAMY

I, Teny Rose Geragos Krishnaswamy, declare as follows:

1. I am a partner at Agnifilo Intrater LLP, counsel for Sean Combs. I am licensed and in good standing to practice law in the States of New York and California and I am also admitted to the United States District Court for the Southern District of New York.

2. The declaration is based on my personal knowledge of the facts stated herein, my review of the discovery produced to the defense thus far and is submitted in support of Mr. Combs's Motion To Suppress Evidence Obtained Through Search Warrants, Or In The Alternative, For a *Franks* Hearing.

3. In this case, the government has obtained numerous search warrants. Mr. Combs's Motion, referenced above, specifically challenges: (a) the January 4, 2024 warrant to search his iCloud accounts; (b) the March 22, 2024 warrant to search his Los Angeles residence, and to seize evidence obtained therein; (c) the March 22, 2024 warrant to search his Miami residence, and to seize evidence obtained therein; (d) the March 25, 2024 warrant to search his person, and to seize and search two of his cellular phones, referred to by the government as Combs Number-1 and Combs Number-2, and to extract information from those phones; (e) the September 16, 2024 warrant to search his person, and to seize and search an additional two of his cellular phones,

referred to by the government as Combs Number-3 and Combs Number-4, and to extract information from those phones; and (f) the September 16, 2024 warrant to search Combs's room at the Park Hyatt hotel and to seize evidence obtained therein.  The warrants and underlying warrant applications are attached as **Exhibits 1-9**.

4.      Mr. Combs is requesting that all evidence and fruits from those warrants be suppressed.

5.      Over the course of this case, the government has provided the defense with discovery of various evidence obtained from different sources.  This includes evidence obtained through the search warrants referenced above, as well as evidence obtained through other warrants.  It also includes evidence the government has obtained through other means, some of which the government used in support of its applications for the search warrants.  The government has also communicated to the defense, in correspondence, various other matters related to the search warrants.

6.      From my review of the discovery, it appears that the government began its criminal investigation in this matter ███████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ███

7.      Following the government's disclosure of the warrants to counsel on October 7, 2024, I learned that on or about December 15, 2023, Victim-1 ████████████████████ ███████████████████████████████████████ (USAO_00000078).  I have since learned that those devices included an iPad and a Macbook Air (which both Combs and Victim-1 used) and three iPhones (*see* USAO_01142712, USAO_01142713, USAO_01142714).  The government has been unable to extract the iPad.  The

remaining devices contained ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ These devices also contained

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

8. I have viewed ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ twice—once on or about November 20, 2024, and once on or about December 13, 2024. ▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. True and correct copies of a selection of these messages are attached to this declaration as **Exhibits 10-21**, and **25-27**. The messages included as exhibits are just a sample—there are many other similar messages.

10. After the government received ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ from the devices provided by Victim-1 (discussed in paragraph 7 above), the government obtained a search warrant to search Combs' iCloud accounts. *See* Exhibit 1. The warrant was for Mr. Combs' iCloud Accounts associated with Apple IDs ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓▓▓▓ (*See* 24 MAG 47; USAO_00000134-00000162).

11. This warrant return contained ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ This account also contained additional

messages between Combs and other alleged victims, as well as witnesses. True and correct copies of a selection of these messages are attached to this declaration as **Exhibits 22-24**. Again, these messages are just a sample—there are many other similar messages.

12. The government also obtained messages through other means, such as the message attached as **Exhibit 28**, which came from Assistant-1's device.

13. Thus, by the time it sought additional search warrants in March 2024, the government already possessed a large amount of relevant evidence, including the FO videos and the messages described above.

14. The government later executed warrants which returned text messages including those attached as **Exhibits 29-31**.

15. The government has made multiple *Brady* disclosures in this case. Attached hereto as **Exhibits 32** and **33** are the governments disclosures from December 29, 2024, and January 17, 2025, respectively.

16. Mr. Combs's motion references ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ and I attest that the motion accurately quotes the statements.

17. Mr. Combs's motion references a publicly filed lawsuit and demand letters for civil claims sent to Mr. Combs by ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. I have not attached these demand letters as exhibits, in an abundance of caution, as they were sent to counsel for Mr. Combs for settlement purposes. However, Fed. R. Evid. 408(a)(2) and (b) allow their use in a criminal

---

[1] ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

proceeding. Nonetheless, I attest that Mr. Combs's memorandum of law accurately describes the monetary demands made in these letters.

18. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:      February 18, 2025
            New York, NY

                                          /s/ Teny Geragos
                                          Teny Rose Geragos, Esq.