

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 3, 2025

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24 Cr. 542 (AS)

Dear Judge Subramanian:

    Pursuant to the Court's Individual Rules, the Government respectfully requests permission to file its opposition to defendant Sean Combs' motion to suppress at Dkt. No. 160, which is due March 4, 2025, as an oversized brief exceeding 25 pages. Because the Government plans to respond to arguments made by the defense with respect to lengthy search warrants, the Government estimates that its brief will be approximately 35 pages. The Government does not, however, intend to file an oversized brief for its opposition to the defendant's motion to dismiss count three of the Superseding Indictment, at Dkt. No. 152, which is due that same date. The Government conferred with defense counsel, who consents to the request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s
    Meredith Foster
    Emily A. Johnson
    Christy Slavik
    Madison Reddick Smyser
    Mitzi Steiner
    Assistant United States Attorneys
    (212) 637-2310/-2409/-1113/-2381/-2284