UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 24-CR-542 (AS) |
| SEAN COMBS, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

      Combs asks for the identities of the anonymized victims and witnesses identified in the Government's RICO enterprise letter, reprising and expanding his October 2024 motion for a bill of particulars for victim names. The Government doesn't oppose disclosure of this information; it makes clear that it plans to turn this information over to Combs on March 21, 2025, the date on the schedule for the Government's disclosure of 3500 material under an Attorney Eyes Only designation.

      Because this dispute has narrowed to whether disclosure should happen now or in a couple weeks, the interests that would normally counsel against immediate disclosure have abated. The Government has the information, doesn't identify any logistical issues in turning it over earlier, and in fact plans to do so shortly, minimizing any concerns about witness tampering and the like based on advance disclosure. On the other hand, Combs emphasizes that there is a tremendous volume of information that has and will be produced, and every day counts for preparation with trial two months away.

      For these reasons, and balancing the parties' interests, the Court grants the motion and orders the Government to provide the requested information, under an Attorney Eyes Only designation, on or before **March 10, 2025**. The Clerk of Court is respectfully requested to terminate Dkt. 36.

      SO ORDERED.

Dated: March 6, 2025
       New York, New York

                                                          ARUN SUBRAMANIAN
                                                         United States District Judge