UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                -against-<br><br>SEAN COMBS,<br>                                    Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The pretrial conference scheduled for March 14, 2025 will now take place at **2:00 PM** in **Courtroom 26A** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

By **Thursday, March 13, 2025 at 12:00 PM**, the parties should meet and confer and file a joint letter on any matters that need to be addressed at the conference other than the March 6, 2025 superseding indictment.

SO ORDERED.

Dated: March 10, 2025
       New York, New York

ARUN SUBRAMANIAN
United States District Judge