

Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

March 7, 2025

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

      Pursuant to the Court's Individual Rules, we submit this letter to respectfully request permission to file an oversized 16-page reply brief in support of Sean Comb's motion to suppress (Dkt. 160), which is due March 10, 2025. We previously consented to the government's request to file an oversized opposition totaling 35 pages, which the Court granted. (Dkt. 165). The government has no objection to this request.

                                                      Respectfully submitted,

                                                        /s/ Alexandra A. E. Shapiro
                                                        Alexandra A.E. Shapiro
                                                        Jason A. Driscoll
                                                         SHAPIRO ARATO BACH LLP
                                                         1140 Avenue of the Americas, 17th Fl.
                                                         New York, NY 10036
                                                         (212) 257-4880
                                                         ashapiro@shapiroarato.com
                                                         jdriscoll@shapiroarato.com

                                                         Marc Agnifilo
                                                         Teny Geragos
                                                         AGNIFILO INTRATER
                                                         445 Park Ave., 7th Fl.
                                                         New York, NY 10022
                                                         646-205-4350
                                                         marc@agilawgroup.com
                                                         teny@agilawgroup.com

                                                         Anna Estevao
                                                         SHER TREMONTE LLP
                                                         90 Broad St., 23rd Fl.
                                                         New York, NY 10004
                                                         (212) 202-2600
                                                         aestevao@shertremonte.com

GRANTED. SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 10, 2025