

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

March 17, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    Pursuant to the Court's Individual Rules, we submit this letter on behalf of both parties to respectfully request that the Court permit both parties to file oversized principal briefs, of up to 30 pages, in connection with Sean Combs's forthcoming motion to preclude the government's Rule 413/404(b) evidence. Mr. Combs's opening memorandum is due March 19, 2025, and the government's opposition is due March 26, 2025. The government consents to this request.

    Respectfully submitted,

/s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro
Jason A. Driscoll
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4880
ashapiro@shapiroarato.com
jdriscoll@shapiroarato.com

Marc Agnifilo
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
646-205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Page 2

Hon. Arun Subramanian
March 17, 2025

                                           Anna Estevao
                                           SHER TREMONTE LLP
                                           90 Broad St., 23rd Fl.
                                           New York, NY 10004
                                           (212) 202-2600
                                           aestevao@shertremonte.com