UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                -against-<br><br>SEAN COMBS,<br>                              Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated at the conference held on March 14, 2025:

- Defense discovery is due 10 days after the Government's witness and exhibit lists are shared, and continuing thereafter. The deadline for the Government's witness and exhibits lists is **April 14, 2025**.

- There will be one set of Rule 413 motions. The defense motion is due on **March 19, 2025**, the Government's response is due on **March 26, 2025**, and the defense's reply is due on **March 28, 2025**.

- By **March 17, 2025**, the Government should have furnished to the defense a list disclosing the identities of individuals listed in its 404(b)/413 notice.

- Any potential Rule 412 motions must be made by **March 28, 2025**.

SO ORDERED.

Dated: March 18, 2025
       New York, New York

                                                              _____
                                                              ARUN SUBRAMANIAN
                                                              United States District Judge