# SHER TREMONTE LLP

March 17, 2025

**BY ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian,

As discussed at the conference held on March 14, 2025, Mr. Combs requests an extension of the deadline to disclose his notice of intent to call a pharmacological expert, from <u>March 14th to March 24th</u>. The government has no objection to this request. We respectfully request that this request be granted *nunc pro tunc* to March 14, 2025.

Respectfully submitted,

Marc Agnifilo
Teny Geragos
Agnifilo Intrater LLP
445 Park Ave., 7th Fl.
New York, NY 10022
(646) 205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Alexandra Shapiro
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com

/s/Anna Estevao
Anna Estevao
Sher Tremonte LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 178.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 18, 2025