

Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

March 27, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:     *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

     Pursuant to the Court's Individual Rules, we submit this letter to respectfully request permission for an extension of time, to April 1, 2025, to file our reply brief in support of Sean Combs's motion to exclude Rule 413 and 404(b) evidence, which is currently due March 28, 2025. The government has no objection to this request.

     Respectfully submitted,

     /s/ Alexandra A.E. Shapiro
     Alexandra A.E. Shapiro
     Jason A. Driscoll
     SHAPIRO ARATO BACH LLP
     1140 Avenue of the Americas, 17th Fl.
     New York, NY 10036
     (212) 257-4880
     ashapiro@shapiroarato.com
     jdriscoll@shapiroarato.com

     Marc Agnifilo
     Teny Geragos
     AGNIFILO INTRATER
     445 Park Ave., 7th Fl.
     New York, NY 10022
     646-205-4350
     marc@agilawgroup.com
     teny@agilawgroup.com

     Anna Estevao
     SHER TREMONTE LLP
     90 Broad St., 23rd Fl.
     New York, NY 10004
     (212) 202-2600
     aestevao@shertremonte.com