

Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

March 31, 2025

<u>VIA ECF</u>
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

  Pursuant to the Court's Individual Rules, we submit this letter to respectfully request permission to file an oversized reply brief of up to 4,000 words in support of Sean Combs's motion to exclude 413/404(b) evidence, which is due April 1, 2025. The government consents to this request.

            Respectfully submitted,

            <u>/s/ Alexandra A.E. Shapiro</u>
            Alexandra A.E. Shapiro
            Jason A. Driscoll
            SHAPIRO ARATO BACH LLP
            1140 Avenue of the Americas, 17th Fl.
            New York, NY 10036
            (212) 257-4880
            ashapiro@shapiroarato.com
            jdriscoll@shapiroarato.com

            Marc Agnifilo
            Teny Geragos
            AGNIFILO INTRATER
            445 Park Ave., 7th Fl.
            New York, NY 10022
            646-205-4350
            marc@agilawgroup.com
            teny@agilawgroup.com

            Anna Estevao
            SHER TREMONTE LLP
            90 Broad St., 23rd Fl.
            New York, NY 10004
            (212) 202-2600
            aestevao@shertremonte.com