Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

March 31, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

Pursuant to the Court's Individual Rules, we submit this letter to respectfully request permission to file an oversized reply brief of up to 4,000 words in support of Sean Combs's motion to exclude 413/404(b) evidence, which is due April 1, 2025. The government consents to this request.

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 197.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 31, 2025

Respectfully submitted,

/s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro
Jason A. Driscoll
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4880
ashapiro@shapiroarato.com
jdriscoll@shapiroarato.com

Marc Agnifilo
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
646-205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com