

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, New York 10278

March 31, 2025

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:** *United States v. Combs*, S2 24 Cr. 542 (AS)

Dear Judge Subramanian:

    Pursuant to the Court's scheduling order, (Dkt. 125), the parties' motions *in limine* are due to be filed on April 1, 2025, with oppositions on April 11, 2025. With consent of the defense, the Government respectfully requests a one-day extension of both deadlines to April 2, 2025, and April 12, 2025, respectively.

                  Respectfully submitted,

                  MATTHEW PODOLSKY
                  Acting United States Attorney

        By:   /s
                  Maurene Comey / Meredith Foster /
                  Emily A. Johnson / Christy Slavik /
                  Madison Reddick Smyser / Mitzi Steiner
                  Assistant United States Attorneys
                  (212) 637-2324/-2310/-2409/-1113/-2381/-2284

cc:    Counsel of record (by ECF)

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 201.

SO ORDERED.

*[Signature]*

Arun Subramanian, U.S.D.J.
Date: April 1, 2025