UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SEAN COMBS,<br><br>                Defendant. | 24-cr-542 (AS) |

### NOTICE OF MOTION IN LIMINE TO PRECLUDE SUMMARY CHARTS EVIDENCE AND FOR TIMELY DISCLOSURE

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, defendant Sean Combs, by and through his undersigned attorneys, will move this Court at the United States Courthouse, 500 Pearl Street, New York, N.Y., 10007 at a date and time to be determined by the Court, for an Order precluding summary charts evidence and for timely disclosure, and any other relief the Court deems appropriate.

Date:  April 2, 2025

                                                  Respectfully Submitted,

                                                  /s/ Alexandra A.E. Shapiro
                                                  Alexandra A.E. Shapiro
                                                  Jason A. Driscoll
                                                  SHAPIRO ARATO BACH LLP
                                                  1140 Ave of the Americas, 17th Fl.
                                                  New York, NY 10036
                                                  (212) 257-4881
                                                  ashapiro@shapiroarato.com
                                                  jdriscoll@shapiroarato.com

                                                  Marc Agnifilo
                                                  Teny Geragos
                                                  AGNIFILO INTRATER
                                                  445 Park Ave., 7th Fl.
                                                  New York, NY 10022
                                                  646-205-4350
                                                  marc@agilawgroup.com
                                                  teny@agilawgroup.com

Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com