

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 4, 2025

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Combs*, S3 24 Cr. 542 (AS)

Dear Judge Subramanian:

      The Government respectfully submits this letter regarding the S3 Indictment returned yesterday in the above-referenced case by a Grand Jury sitting in this District (the "S3 Indictment").

      The S3 Indictment contains three substantive changes to the charged offenses. *First*, Count Four charges an additional substantive count of sex trafficking by force, fraud, or coercion, with respect to Victim-2. (*See* S3 Indictment ¶ 19). Victim-2 was previously identified as a victim of sex trafficking in Count One of the S2 Indictment. *Second*, Count One has been amended to include a second special sentencing factor related to the new sex trafficking offense charged in Count Four. (*See id.* ¶ 16). *Third*, the S3 Indictment charges the Mann Act in two separate counts in Counts Three and Five covering conduct for Victim-1 and Victim-2, respectively. (*Id.* ¶¶ 18, 20). The S2 Indictment previously charged this conduct as a single Mann Act offense. In addition, the language of Count One contains two non-substantive changes clarifying that the defendant kidnapped and carried and displayed a firearm to female victim, and that the defendant dangled a female victim over an apartment balcony. (*Id.* ¶ 12(j)).

      The Government has already produced all Rule 16 discovery and *Jencks* Act materials in its possession associated with the S3 Indictment and does not expect the S3 Indictment to affect existing pre-trial deadlines. The Government respectfully requests that the defendant be arraigned on the S3 Indictment at the final pre-trial conference scheduled for April 25, 2025.

        Respectfully submitted,

        MATTHEW PODOLSKY
        Acting United States Attorney

By:   /s                    
        Maurene Comey / Meredith Foster /
        Emily A. Johnson / Christy Slavik /
        Madison Reddick Smyser / Mitzi Steiner
        Assistant United States Attorneys
        (212) 637-2324/-2310/-2409/-1113/-2381/-2284

cc:     Counsel of record (by ECF)