UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 24-cr-542 (AS) |
| v. | |
| SEAN COMBS, | |
|                Defendant. | |

**NOTICE OF MOTION TO EXCLUDE RULE 413 AND 404(b) EVIDENCE**

PLEASE TAKE NOTICE THAT, upon the Declaration of Teny Geragos, Esq., dated March 19, 2025, the exhibits attached thereto, and the accompanying Memorandum of Law, defendant Sean Combs, by and through his undersigned attorneys, will move this Court at the United States Courthouse, 500 Pearl Street, New York, N.Y., 10007 at a date and time to be determined by the Court, for an Order excluding the government's proffered Rule 413 and 404(b) evidence, or, in the alternative, for a hearing pursuant to Rule 104, or any other relief the Court deems appropriate.

Date: March 19, 2025

                                                                                Respectfully Submitted,

                                                                                /s/ Alexandra A.E. Shapiro
                                                                                Alexandra A.E. Shapiro
                                                                                 Jason A. Driscoll
                                                                                 SHAPIRO ARATO BACH LLP
                                                                                1140 Ave of the Americas, 17th Fl.
                                                                                New York, NY 10036
                                                                                (212) 257-4881
                                                                                ashapiro@shapiroarato.com
                                                                                jdriscoll@shapiroarato.com

                                                                                Marc Agnifilo
                                                                                 Teny Geragos
                                                                                 AGNIFILO INTRATER
                                                                                445 Park Ave., 7th Fl.

New York, NY 10022
646-205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com