# Exhibits H-K
# Filed Under Seal