UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
: 
UNITED STATES OF AMERICA : Case No. 24-cr-542 (AS)
:
v. :
:
SEAN COMBS, :
:
Defendant. :
:
:
:
:
---------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Non-Party Warner Bros. Discovery, Inc. ("WBD") upon the accompanying Memorandum of Law, Declaration of Thomas B. Sullivan dated April 8, 2025 and accompanying exhibits, and all prior pleadings and proceedings hereto, by its undersigned counsel, hereby respectfully moves this Court, before the Honorable Arun Subramanian, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, NY 10007, for an order quashing the subpoena *duces tecum* served on it by defendant Sean Combs and for such other and further relief as the Court may deem just and appropriate.

| | |
|---|---|
| Dated: April 8, 2025 | Respectfully submitted, |
| *Of Counsel:* | BALLARD SPAHR LLP |
| Paul J. Safier<br>BALLARD SPAHR LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103<br>Phone: (215) 665-8500<br>Fax: (215) 864-8999<br>safierp@ballardspahr.com | By: */s/ Thomas B. Sullivan*<br>     Thomas B. Sullivan<br><br>1675 Broadway, 19th Floor<br>New York, NY 10019-5820<br>Phone: (212) 850-6139<br>Fax: (212) 223-1942<br>sullivant@ballardspahr.com<br><br>*Counsel for Non-Party Warner Bros. Discovery, Inc.* |