# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEAN COMBS,<br><br>Defendant. | Case No. 24-cr-542 (AS)<br><br>**SUBPOENA DUCES TECUM** |

To:   Warner Bros. Discovery
      230 Park Ave. South, Ste.1
      New York, NY 10003

**YOU ARE COMMANDED** to produce:

(1) All recordings, including raw and unedited footage, of interviews with ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ and ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ created in connection with the documentary series, "The Fall of Diddy."

(2) All diary entries, journals, narratives, or notes provided by ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ and ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ in connection with the documentary series, "The Fall of Diddy."

(3) Records of any financial payments made to ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ and ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ in connection with their involvement in the documentary series, "The Fall of Diddy."

The documents shall be produced by email to the following address:

   Teny Geragos
   teny@agilawgroup.com

Said documents shall be produced on or before March 25, 2025.

_____
Hon. Arun Subramanian