# Exhibit B

| | |
|---|---|
| **From:** | Safier, Paul J. |
| **Sent:** | Wednesday, March 26, 2025 4:29 PM |
| **To:** | Anna Estevao; Sullivan, Thomas B. |
| **Subject:** | RE: United States v. Combs, 24 Cr. 542 (AS) - Subpoena to Warner Bros. Discovery |

Thank you.

**Paul J. Safier**
2024 Pro Bono Honor Roll – Gold
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Direct 215.988.9146
Mobile 267.760.0353
safierp@ballardspahr.com
www.ballardspahr.com

**From:** Anna Estevao <AEstevao@shertremonte.com>
**Sent:** Wednesday, March 26, 2025 4:28 PM
**To:** Safier, Paul J. <SafierP@ballardspahr.com>; Sullivan, Thomas B. <SullivanT@ballardspahr.com>
**Subject:** RE: United States v. Combs, 24 Cr. 542 (AS) - Subpoena to Warner Bros. Discovery

⚠ **EXTERNAL**
Yes, April 8 is fine.  Thanks again.

Anna



**Anna Estevao**
Sher Tremonte LLP
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.202.3354 | fax: 212.202.4156
aestevao@shertremonte.com
www.shertremonte.com



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Safier, Paul J. <SafierP@ballardspahr.com>
**Sent:** Wednesday, March 26, 2025 4:00 PM
**To:** Anna Estevao <AEstevao@shertremonte.com>; Sullivan, Thomas B. <SullivanT@ballardspahr.com>
**Subject:** RE: United States v. Combs, 24 Cr. 542 (AS) - Subpoena to Warner Bros. Discovery

Thanks, Anna.  That's fine.  How about April 8 for the new return date?  I am traveling for depositions on April 3-7.  So, anything short of that would be tough.

**Paul J. Safier**
2024 Pro Bono Honor Roll – Gold
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Direct 215.988.9146
Mobile 267.760.0353
safierp@ballardspahr.com
www.ballardspahr.com

---

**From:** Anna Estevao <AEstevao@shertremonte.com>
**Sent:** Wednesday, March 26, 2025 3:53 PM
**To:** Safier, Paul J. <SafierP@ballardspahr.com>; Sullivan, Thomas B. <SullivanT@ballardspahr.com>
**Subject:** RE: United States v. Combs, 24 Cr. 542 (AS) - Subpoena to Warner Bros. Discovery

⚠️ **EXTERNAL**

Apologies, but can we reschedule our call? I haven't had a chance to run this to ground with the team. We would agree to extending the return date out further so that we can continue conferring.

Thanks,
Anna



**Anna Estevao**
Sher Tremonte LLP
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.202.3354 | fax: 212.202.4156
aestevao@shertremonte.com
www.shertremonte.com



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Safier, Paul J. <SafierP@ballardspahr.com>
**Sent:** Tuesday, March 25, 2025 4:48 PM
**To:** Anna Estevao <AEstevao@shertremonte.com>; Sullivan, Thomas B. <SullivanT@ballardspahr.com>
**Subject:** RE: United States v. Combs, 24 Cr. 542 (AS) - Subpoena to Warner Bros. Discovery

Hi Anna – Attached is the Shah decision we meant to reference. I might have screwed up the cite when I tried to translate from LEXIS to Westlaw.

Thanks,
Paul

**Paul J. Safier**
2024 Pro Bono Honor Roll – Gold
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Direct 215.988.9146
Mobile 267.760.0353
safierp@ballardspahr.com
www.ballardspahr.com

**From:** Anna Estevao <AEstevao@shertremonte.com>
**Sent:** Monday, March 24, 2025 4:07 PM
**To:** Safier, Paul J. <SafierP@ballardspahr.com>; Sullivan, Thomas B. <SullivanT@ballardspahr.com>; teny@agilawgroup.com; marc@agilawgroup.com; ashapiro@shapiroarato.com; jdriscoll@shapiroarato.com
**Subject:** RE: United States v. Combs, 24 Cr. 542 (AS) - Subpoena to Warner Bros. Discovery

⚠ **EXTERNAL**

Confirming the extension of the return date to April 1.  Thanks and speak to you again tomorrow.

Best,
Anna



**Anna Estevao**
Sher Tremonte LLP
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.202.3354 | fax: 212.202.4156
aestevao@shertremonte.com
www.shertremonte.com



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Safier, Paul J. <SafierP@ballardspahr.com>
**Sent:** Monday, March 24, 2025 4:05 PM
**To:** Anna Estevao <AEstevao@shertremonte.com>; Sullivan, Thomas B. <SullivanT@ballardspahr.com>; teny@agilawgroup.com; marc@agilawgroup.com; ashapiro@shapiroarato.com; jdriscoll@shapiroarato.com
**Subject:** RE: United States v. Combs, 24 Cr. 542 (AS) - Subpoena to Warner Bros. Discovery

Anna – It was nice speaking with you.  Here are some of the case citations on the reporter's privilege that we referenced during our meeting:

- *United States v. Treacy*, 639 F.3d 32 (2d Cir. 2011)
- *Gonzales v. NBC*, 194 F.3d 29 (2d Cir. 1998)
- *United States v. Burke*, 700 F.2d 70 (2d Cir. 1983)
- *United States v. Shah*, 2022 WL 1284550 (S.D.N.Y. Apr. 29, 2022)
- *In re McCray, Richardson, Santana, Wise & Salaam Litig.*, 991 F. Supp. 2d 464 (S.D.N.Y. 2013)

Please confirm by email that the return date on the subpoena has been extended to April 1.  Thank you, and talk to you tomorrow.

Best,
Paul


**Paul J. Safier**
2024 Pro Bono Honor Roll – Gold
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Direct 215.988.9146
Mobile 267.760.0353


safierp@ballardspahr.com
www.ballardspahr.com

---

**From:** Anna Estevao <AEstevao@shertremonte.com>
**Sent:** Monday, March 24, 2025 1:42 PM
**To:** Sullivan, Thomas B. <SullivanT@ballardspahr.com>; teny@agilawgroup.com; marc@agilawgroup.com; ashapiro@shapiroarato.com; jdriscoll@shapiroarato.com
**Cc:** Safier, Paul J. <SafierP@ballardspahr.com>
**Subject:** RE: United States v. Combs, 24 Cr. 542 (AS) - Subpoena to Warner Bros. Discovery

⚠ **EXTERNAL**

Thanks, Tom. I'm available after 3pm. Please let us know when works best for you.

Anna



**Anna Estevao**
Sher Tremonte LLP
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.202.3354 | fax: 212.202.4156
aestevao@shertremonte.com
www.shertremonte.com



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Sullivan, Thomas B. <SullivanT@ballardspahr.com>
**Sent:** Monday, March 24, 2025 1:25 PM
**To:** teny@agilawgroup.com; Anna Estevao <AEstevao@shertremonte.com>; marc@agilawgroup.com; ashapiro@shapiroarato.com; jdriscoll@shapiroarato.com
**Cc:** Safier, Paul J. <SafierP@ballardspahr.com>
**Subject:** United States v. Combs, 24 Cr. 542 (AS) - Subpoena to Warner Bros. Discovery

Counsel,

Ballard Spahr has been retained by Warner Bros. Discovery in connection with your client's subpoena in the above-captioned matter. Please let us know your availability later today for a call to meet and confer.

Thank you,
Tom Sullivan

**Thomas B. Sullivan**
**He/Him/His**
2024 Pro Bono Honor Roll – Gold

1675 Broadway, 19th Floor
New York, NY 10019-5820
212.850.6139 DIRECT
212.223.1942 FAX

sullivant@ballardspahr.com
VCARD

www.ballardspahr.com

5