**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X
.................................................................................:
UNITED STATES OF AMERICA         :   Case No. 24-cr-542 (AS)
.................................................................................:
     v.                           :
.................................................................................:
SEAN COMBS,                 :
.................................................................................:
          Defendant.      :
.................................................................................:
.................................................................................:
.................................................................................:
.................................................................................:
--------------------------------------------------------------X

### RULE 12.4(a) CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 12.4(a) of the Federal Rules of Criminal Procedure and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned counsel of record for Non-Party Warner Bros. Discovery, Inc. hereby certifies that it is a publicly held corporation which has no parent corporation.  There is no publicly held corporation that owns 10% or more of its stock.

Dated:  April 8, 2025           Respectfully submitted,

 *Of Counsel:*             BALLARD SPAHR LLP

Paul J. Safier               By:_ */s/ Thomas B. Sullivan*
BALLARD SPAHR LLP          Thomas B. Sullivan
1735 Market St., 51st Fl.
Philadelphia, PA 19103
Phone:  (215) 665-8500       1675 Broadway, 19th Floor
Fax:  (215) 864-8999        New York, NY 10019-5820
safierp@ballardspahr.com     Phone: (212) 850-6139
                          Fax: (212) 223-1942
                          sullivant@ballardspahr.com

                          *Counsel for Non-Party Warner Bros. Discovery, Inc.*