UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | 24-CR-542 (AS) |
| SEAN COMBS, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

    Warner Brothers Discovery, Inc. filed a motion to quash a subpoena served on it by defendant Combs. Dkt. 218. Any response should be filed by **April 10, 2025 at 12:00 PM**.

    SO ORDERED.

Dated: April 8, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge