Juror ID:_____                    **DRAFT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

     -v.-

SEAN COMBS,
     a/k/a "Puff Daddy,"
     a/k/a "P. Diddy,"
     a/k/a "Diddy,"
     a/k/a "PD,"
     a/k/a "Love,"

          Defendant.

**S3 24 Cr. 542 (AS)**

**JURY QUESTIONNAIRE**

## BACKGROUND INFORMATION

The purpose of this questionnaire is to provide guidance to the attorneys and the Judge in deciding who is qualified to serve on this particular case. Please answer the questions as honestly and completely as possible. There are no "right" or "wrong" answers; there are only truthful answers. It is important that you are completely candid as to your actual views and feelings. It is also important that your answers to the questionnaire be yours and yours alone. Do not discuss the questionnaire or your answers with anyone. If you do not understand a question, say so on the questionnaire. If a question touches on an especially personal or sensitive matter, please answer "private" and you will be given the opportunity to discuss the matter in private at a later time. You must sign this questionnaire on the last page and your answers will have the effect of a statement made under oath to the Court. Thank you for your cooperation with these instructions and for your careful and honest responses to the questionnaire. Your forthright and full cooperation is of vital importance to ensuring a fair and impartial trial in this case, as guaranteed by the Constitution.

**Please PRINT your answers in INK and write your juror number on every page in the space provided.**

## SCHEDULE

**Potential jurors will be called back for further questioning and jury selection from Monday, May 5, 2025 through Friday, May 9, 2025. Your availability during that week will be required.**

**The trial will commence on Monday, May 12, 2025. The trial is expected to last about eight to ten weeks. Generally, trial will be held five days per week, Monday through Friday. During**

**Juror ID:**_____    # DRAFT

**the first week of trial from Monday, May 12, 2025 through Friday, May 16, 2025, trial will be held from 9:30 a.m. until 5:00 p.m.  After the first week, trial will be held from 9:30 a.m. until 3:00 p.m.  Trial will not be held on Friday, May 23, 2025 (Friday before Memorial Day), Monday, May 26, 2025 (Memorial Day), Thursday, June 19, 2025 (Juneteenth), or Friday, July 4, 2025 (Independence Day).**

If you are selected as a juror, you will be required to be present for the taking of testimony and evidence for as long as the trial lasts.  There are no plans to sequester the jury, which means you will go home every day after court.

All jury service involves some degree of hardship.  Our court and justice system depends on citizens doing their civic duty to serve as jurors, which involves temporarily putting aside their regular business for jury service.  The Court views service on a jury to be one of the highest duties a citizen owes to the United States.  Mere inconvenience or the usual financial hardship of jury service will not be sufficient to excuse a prospective juror.  You must show extraordinary personal or financial hardship to be excused from service.

**(Please turn the page and read and complete the questionnaire.)**

**Juror ID:** _____

# DRAFT

## **HARDSHIP**

| | |
|---|---|
| 1 | Would serving on this jury cause you undue hardship or extreme inconvenience?<br><br>□ Yes          □ No<br><br>If yes, what is your hardship? Please fully explain.<br><br>_____<br>_____<br>_____<br>_____ |
| 2 | What arrangements, if any, can you make to alleviate your hardship?<br><br>_____<br>_____<br>_____<br>_____ |
| 3 | Are you employed?<br><br>□ Yes          □ No<br>a. Are you retired?<br><br>□ Yes          □ No<br><br>b. If employed, will you be paid while you serve jury duty?<br><br>□ Yes          □ No          □ Not Sure<br><br>c. Would service cause severe economic hardship to your employer?<br><br>□ Yes          □ No<br> If yes, please explain:<br><br>_____<br>_____<br>_____ |

**Juror ID:** _____          **DRAFT**

| | |
|---|---|
| 4 | Do you have any medical condition that would make it difficult for you to serve as a juror on this case?<br><br>     □ Yes          □ No<br><br>If yes, please list condition(s):<br><br>_____<br>_____<br>_____ |
| 5 | Are you taking any prescription medication that may interfere with your ability to concentrate or serve as a juror in any way?<br><br>     □ Yes          □ No<br>If yes, please list medication(s) and effect(s):<br><br>_____<br>_____<br>_____ |
| 6 | Do you have any physical, medical, psychological, or emotional problems, issues, or conditions that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?<br><br>     □ Yes          □ No<br><br>If yes, please explain. If you wish to discuss this in private, please indicate:<br><br>_____<br>_____<br>_____ |
| 7 | Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?<br><br>_____<br>_____<br>_____ |

**Juror ID:** _____                     # DRAFT

## IMPORTANT – READ CAREFULLY

As a prospective juror, you **MUST** follow the instructions listed below until you have been excused from further service in this case.

**PLEASE DO NOT** read anything whatsoever about this case, the participants in the case, or any of the issues in the case.  Please avoid any media accounts that may relate to this case.

**PLEASE DO NOT** read or listen to any media accounts whether in a newspaper, on the internet, on television, on the radio, or on any electronic or social media of any kind concerning this case.

**PLEASE DO NOT** conduct any research, including on the Internet, about this case, the participants in the case, or any of the issues in the case.

**PLEASE DO NOT** at any time discuss this case (including this questionnaire) with anyone, including your friends, family members, or other prospective members of this jury panel.

**PLEASE DO NOT** discuss or post anything about this case on any electronic or social media, including Facebook, YouTube, Twitter/X, Reddit, Instagram, LinkedIn, Snapchat, TikTok, e-mail, text message, any blog, website, or chat forum, or any other media of any kind.

**PLEASE DO NOT** let anyone, including friends, family members, court personnel, parties in this case, or persons involved in the case, talk to you about your views or any aspect of this case except officially in the courtroom. If you are exposed to outside information, please notify the court immediately.

## DESCRIPTION OF THE CASE

This is a criminal case brought by the United States Attorney for the Southern District of New York.  The defendant is Sean Combs.  Mr. Combs has been charged in an Indictment, alleging a number of crimes, including Racketeering or RICO Conspiracy, Sex Trafficking and Transportation to Engage in Prostitution, kidnapping, arson, obstruction of justice, bribery, drug distribution and forced labor. An Indictment is not evidence of anything.  Mr. Combs has pled not guilty and he is presumed innocent.

Juror ID:_____

# DRAFT

## BACKGROUND

| 8 | Age: _____<br>Sex: _____<br>Gender Identity: _____ |
|---|---|
| 9 | Place of Birth: _____ |
| 10 | County of Residence: _____ |
| 11 | Your town or neighborhood and how long you have lived at your current address:<br><br>_____<br><br>_____ |
| 12 | What is your occupation?  If you are not currently employed, please describe your most recent prior employment.<br><br>_____<br><br>_____<br><br>_____ |
| 13 | By whom are (were) you employed?<br><br>_____<br><br>_____<br><br>a. What are (were) your specific duties at your job?<br><br>_____<br><br>_____<br><br>_____<br><br>b. Please list any other jobs you have held in the past 10 years:<br><br>_____<br><br>_____<br><br>_____ |

# DRAFT

c. Do (did) you supervise other people?

☐ Yes                          ☐ No

If yes, how many people do (did) you manage and/or supervise

_____

_____

d. Please briefly describe what management and/or supervisory responsibilities you have had. (e.g., do you conduct performance reviews, are you responsible for hiring and firing decisions, etc.):

_____

_____

_____

| 14 | Have you served in the military? |
|---|---|
| | ☐ Yes                          ☐ No |

| 15 | What is the highest level of education you have completed? |
|---|---|
| | ☐ Less than high school |
| | ☐ High school graduate |
| | ☐ Some college/vocational training |
| | ☐ College graduate.  If so, please indicate degree and/or field of study: |
| | _____ |
| | Do you have a post-graduate degree?  If so, please indicate degree and/or field of study: |
| | _____ |

| 16 | Are you married, living with a partner, or in a relationship? |
|---|---|
| | ☐ Yes                          ☐ No |
| | If yes, then please answer: |
| | a. What is their primary occupation or employment? |

# DRAFT

_____

_____

   b. What is the name of their employer?

_____

_____

   c. How long have they worked for that employer or been in that occupation?

_____

_____

   d. What are their job responsibilities?

_____

_____

   e. What specialized training did they receive for the position, if any?

_____

_____

| 17 | Do you have any children? |
|----|---------------------------|
|    | ☐ Yes　　　　　　　　　　☐ No |

| 18 | Have you, a family member, or someone close to you received any training, experience, or specialized knowledge in any of the following? |
|----|--------------------------------------------------------------------------------------------------------------------------------------|
|    | ☐ Business<br>☐ Sexual Assault Training<br>☐ Sexual Harassment Training<br>☐ Domestic Violence Training<br>☐ Psychiatry/Psychology<br>☐ Security Services<br>☐ Addiction Treatment or Counseling<br>☐ Finance<br>☐ Law<br><br>If you checked any boxes, please provide detail: |

**DRAFT**

|    | _____<br><br>_____ |
|----|----|
| 19 | Please list any groups and/or organizations to which you belong (for example, church groups, professional organizations, volunteer activities, victim's rights groups, etc.):<br><br>_____<br><br>_____<br><br>_____ |
| 20 | Please list any groups and/or organizations to which your spouse/partner belongs:<br><br>_____<br><br>_____ |
| 21 | What are your hobbies or interests outside of work and family?<br><br>_____<br><br>_____ |
| 22 | Please provide the names of any newspapers, magazine, online news services, websites, or other publications that you read regularly:<br><br>_____<br><br>_____ |
| 23 | When in a group trying to make a decision, do you usually:<br><br>☐ Strongly express your views to get the outcome you believe is best<br>☐ Participate in the discussion and try to help build a consensus<br>☐ Listen and follow what you think the majority favors<br>☐ Other (please describe):<br><br>_____<br><br>_____ |
| 24 | Do you have any physical or other disability, medical condition, hardship, or problem, or |

# DRAFT

| | |
|---|---|
| | is there anything that would make it difficult or impossible for you to serve as a member of this jury, or that would need an accommodation by the Court?<br><br>□ Yes                    □ No<br>If yes, please explain:<br><br>_____<br><br>_____ |
| 25 | Are you now taking, or do you anticipate taking, any medication that might in any way affect your attention or your ability to concentrate, understand, consider, and weigh the evidence in this case?<br><br>□ Yes                    □ No<br>If yes, please explain:<br><br>_____<br><br>_____ |

## OPINIONS BASED ON NATURE OF CHARGES

| | |
|---|---|
| 26 | Based on the nature of the charges, have you formed any opinions about this case or the individual accused?<br><br>□ Yes                    □ No<br>Please explain:<br><br>_____<br><br>_____<br><br>_____<br><br>a.  Now that you have heard the nature of the charges, would this cause you to believe that you could not serve fairly and impartially as a juror in this case?<br><br>□ Yes                    □ No<br>Please explain:<br><br>_____<br><br>_____ |
| 27 | Do the allegations of sex trafficking, RICO conspiracy and transportation to engage in prostitution cause you to believe that you could not serve fairly and impartially as a juror |

# DRAFT

in this case?

            □ Yes              □ No

If yes, please explain:

_____

_____

_____

a. As part of the RICO Conspiracy count, the government alleges that Mr. Combs committed the following crimes: kidnapping, arson, bribery of a witness, obstruction of justice, drug distribution and forced labor.  Is there anything about these allegations that cause you to believe you could not serve fairly and impartially as a juror in this case?

            □ Yes              □ No

If yes, please explain:

_____

_____

_____

| 28 | There may be evidence of graphic videos and photographs, including videos of physical violence, in connection with this case. Would such evidence interfere with your ability to sit fairly and impartially in hearing the evidence or the lack of evidence? |

            □ Yes              □ No

Please explain:

_____

_____

_____

a. There may be evidence of sexually explicit videos, photographs and language in connection with this case. Would such evidence interfere with your ability to sit fairly and impartially in hearing the evidence or the lack of evidence?

            □ Yes              □ No

Please explain:

_____

_____

_____

b. Would you be able to listen to and discuss matters of a sexual nature with fellow

Juror ID:_____                    **DRAFT**

| | jurors? |
|---|---|
| | □ Yes                    □ No |
| | Please explain: |
| | _____ |
| | _____ |
| 29 | Based on the nature of the charges have you formed an opinion as to the innocence or guilt of the accused in this case before hearing the evidence. |
| | □ Guilty          □ Not Guilty                    □ No Decision |
| | Please explain what led to your opinion: |
| | _____ |
| | _____ |
| | _____ |
| 30 | Do you have any opinions about addiction to drugs or alcohol that would prevent you from maintaining an open, impartial mind until all of the evidence is presented and the Court gives you instructions? |
| | □ Yes                    □ No |
| | If yes, please explain: |
| | _____ |
| | _____ |
| | _____ |
| | a. The evidence may show that certain people in the case used drugs, including illegal drugs. Do you have any strong opinions about people who use illegal drugs? |
| | □ Yes                    □ No |
| | If yes, please explain: |
| | _____ |
| | _____ |
| | _____ |

**PERSONAL BELIEFS/LIFE EXPERIENCES**

# DRAFT

*Some of these questions involve personal matters, and if you choose to discuss them in private, please indicate that in your answers.*

| 31 | Have you, a family member, or someone close to you been the victim of sexual harassment? If yes, please provide detail. |
|----|---|
|    | _____ |
|    | |
|    | If yes, how would that experience affect your ability to fairly and without bias sit as a juror in this case? |
|    | _____ |
| 32 | Have you, a family member, or someone close to you been accused or charged with sexual harassment? If yes, please provide detail. |
|    | _____ |
|    | |
|    | If yes, how would that experience affect your ability to fairly and without bias sit as a juror in this case? |
|    | _____ |
| 33 | Have you, a family member, or someone close to you been the victim of sexual assault? If yes, please provide detail. |
|    | _____ |

**DRAFT**

| | |
|---|---|
| | If yes, how would that experience affect your ability to fairly and without bias sit as a juror in this case? <br><br> _____ <br><br> _____ <br><br> _____ |
| 34 | Have you, a family member, or someone close to you been accused or charged with sexual assault? If yes, please provide detail. <br><br> _____ <br><br> _____ <br><br> _____ <br><br> If yes, how would that experience affect your ability to fairly and without bias sit as a juror in this case? <br><br> _____ <br><br> _____ <br><br> _____ |
| 35 | Have you, a family member, or someone close to you been the victim of domestic violence? If yes, please provide detail. <br><br> _____ <br><br> _____ <br><br> _____ <br><br> If yes, how would that experience affect your ability to fairly and without bias sit as a juror in this case? <br><br> _____ <br><br> _____ <br><br> _____ |
| 36 | Have you, a family member, or someone close to you have been accused or charged with domestic violence? If yes, please provide detail. |

Juror ID:_____                          **DRAFT**

|  |  |
|---|---|
|  | _____<br><br>_____<br><br>If yes, how would that experience affect your ability to fairly and without bias sit as a juror in this case?<br><br>_____<br><br>_____<br><br>_____ |
| 37 | This case involves Sean Combs, who some people think of as an international celebrity. Would that affect the manner in which you would evaluate evidence in this case? Please explain.<br><br>_____<br><br>_____<br><br>_____<br><br>There may be evidence in this case about rich individuals. Do you have any opinions regarding rich individuals that would affect your ability to service as a fair and impartial juror in this case?<br><br>_____<br><br>_____<br><br>_____<br><br>Some people believe rich people can buy their way out of anything. What is your opinion on that topic?<br><br>_____<br><br>_____<br><br>_____ |
| 38 | Do you have any general opinion about the hip hop rap music industry?<br><br>☐ Yes          ☐ No<br>If yes, please describe the reasons for your opinion: |

Juror ID:_____                    **DRAFT**

_____

_____

_____

If yes, how would that experience affect your ability to fairly and without bias sit as a juror in this case?

_____

_____

_____

| | |
|---|---|
| 39 | There may be evidence in this case about people engaging in relationships with multiple sexual partners. Would hearing about that type of evidence affect your ability to serve as a fair and impartial juror in this case? <br><br> □ Yes            □ No <br><br> _____ <br><br> _____ |
| 40 | There may be evidence in this case about body modifications. Would hearing about evidence of body modifications affect your ability to serve as a fair and impartial juror in this case? <br><br> □ Yes            □ No <br><br> _____ <br><br> _____ |

## NEWS SOURCES

| | |
|---|---|
| 41 | Which of the following is your primary source of local and national news? Check all that apply: <br><br> □ Television        □ Magazines <br> □ Radio             □ Online or Internet <br> □ Newspaper        □ Conversations with friends or family members |
| 42 | Do you ever listen to political commentators on TV or "talk radio" or Podcasts? <br><br> □ Yes            □ No <br> If yes, which ones do you listen to? |

16

**Juror ID:**_____    <center># DRAFT</center>

| | |
|---|---|
| | _____<br>_____<br>_____ |
| 43 | What national news stories have been of particular interest to you?<br><br>_____<br>_____<br>_____ |
| 44 | Have you followed any criminal cases involving celebrities?<br>□ Yes          □ No<br>If yes, please list the cases and what was or is of interest to you about these cases.<br><br>_____<br>_____ |

<center>**MEDIA HABITS AND EXPOSURE**</center>

| | |
|---|---|
| 45 | Do you have an account on any social media platforms?<br>□ Yes              □ No<br><br>a. If yes, please identify the platform(s):<br>_____<br>_____<br><br>b. Do you use any other social media platforms? If yes, please list them and explain how frequently you use them:<br>□ Yes              □ No<br>_____<br>_____<br><br>c. Do you belong to any groups on social media (ex. Facebook , WhatsApp, X-Twitter, Instagram groups)? If yes, please list the groups:<br>□ Yes              □ No |

**DRAFT**

_____

d. Have you ever posted messages, comments, or opinions on websites/social media, or blogged? If yes, please describe the websites or social media platforms that you have used; the types of things you have posted or blogged.

☐ Yes                             ☐ No

_____

_____

e. Have you read, listened to, commented on, "liked," or posted anything on social media about Sean Combs?  If yes, please explain:

☐ Yes                             ☐ No

_____

_____

---

46 | Have you read, listened to, commented on, "liked," or posted anything on social media about Sean Combs?

☐ Yes                             ☐ No

a. Have you watched any shows on televisions about Sean Combs?

☐ The Fall of Diddy
☐ Diddy Do It?
☐ The Downfall of Diddy
☐ Diddy: The Making of a Bad Boy
☐ Other: _____

b. Have you heard or read anything in any media about Sean Combs that may affect your ability to be a fair and impartial juror?

☐ Yes                             ☐ No

_____

_____

_____

c. Have you received information from any other source that may affect your ability to be a fair and impartial juror?

☐ Yes                             ☐ No

**Juror ID:** _____              # DRAFT

| | |
|---|---|
| | _____ |

## KNOWLEDGE OF THE TRIAL PARTICIPANTS AND THE CASE

Because of the publicity surrounding this case, some jurors may have heard and/or read something about the case at some time. There is nothing wrong with having heard/read something about this case. It is important that you truthfully and fully answer the following questions concerning your knowledge about this case and the participants.  The case for which you are summoned involves Sean Combs.

| 47 | Have you seen, heard or read anything about Mr. Combs? If yes, what? |
|---|---|
| | □ Yes                        □ No |
| | _____ |
| | _____ |
| | _____ |
| | a. Based on what you have seen, read or heard, please tell us what feelings or opinions you may have formed about this case or the individual accused. |
| | _____ |
| | _____ |
| | _____ |
| 48 | Do you have strong feelings about anything that you've heard or read about this case? |
| | If so, what are they? |
| | _____ |
| | _____ |
| | _____ |
| | a. As a result of anything that you have heard or read about this case, would you be more likely to find the accused Guilty or Not Guilty because of the media's coverage of this case? |
| | □ Guilty          □ Not Guilty                    □ No Decision |
| 49 | Do you have any opinions about the publicity surrounding this case? |

**Juror ID:** _____                    **DRAFT**

□ Yes                    □ No

Please explain:

_____

_____

_____

_____

a. Would these opinions make it difficult for you to sit as a fair and impartial juror in this type of case?

If yes, please explain:

_____

_____

_____

b. The case is likely to receive ongoing media attention. The Court wants to make sure that this case is decided solely on the evidence presented in the courtroom and not based on influences outside the courtroom. The Court will be advising you daily that you must avoid reading about the Case on the internet, in newspapers, on social media, or television reports about the case. The Court will further advise you not to discuss the case with family or friends during the trial or with your fellow jurors until it is time to deliberate. Would these restrictions pose any difficulty for you?

□ Yes                    □ No

Please explain:

_____

_____

_____

| 50 | Have you formed an opinion as to the innocence or guilt of the defendant in this case before hearing the evidence? |

□ Guilty            □ Not Guilty            □ No Decision

Please explain what lead to your opinion:

_____

_____

_____

Juror ID:_____          **DRAFT**

| | |
|---|---|
| 51 | Do you or anyone close to you know or have any connection with any of the persons below who will be seated at the counsel table for the U.S. Government?  (Please check name and indicate the connection in the space below)<br><br>☐ Assistant U.S. Attorney Maurene Comey<br>☐ Assistant U.S. Attorney Meredith Foster<br>☐ Assistant U.S. Attorney Emily Johnson<br>☐ Assistant U.S. Attorney Christy Slavik<br>☐ Assistant U.S. Attorney Madison Smyser<br>☐ Assistant U.S. Attorney Mitzi Steiner<br><br>_____<br><br>_____ |
| 52 | Do you or anyone close to you know or have any connection with any of the defense counsel?  (Please check name and indicate the connection in the space below)<br><br>☐ Marc Agnifilo<br>☐ Jason Driscoll<br>☐ Anna Estevao<br>☐ Teny Geragos<br>☐ Alexandra Shapiro<br><br>_____<br><br>_____ |
| 53 | Have you seen, read or heard anything about any of these lawyers?<br><br>          ☐ Yes                    ☐ No<br><br>If yes, please describe:<br><br>_____<br><br>_____ |
| 54 | The judge who will preside over this case is The Honorable Arun Subramanian of the United States District Court for the Southern District of New York. Do you or anyone close to you know or have any connection with Judge Subramanian or any of his staff?<br><br>          ☐ Yes                    ☐ No<br><br>If yes, please explain: |

Juror ID:_____                    **DRAFT**

|   |   |
|---|---|
|   | _____ |

## **EXPERIENCES WITH LAW ENFORCEMENT AND THE LEGAL SYSTEM**

| 55 | Have you ever served as a juror? |
|---|---|
|   | □ Yes                          □ No |
|   | If yes, please check, as appropriate: |
|   | □ Civil            Date(s): |
|   | _____ |
|   | Nature of case(s): |
|   | _____ |
|   | □ Criminal        Date(s): |
|   | _____ |
|   | Nature of case(s): |
|   | _____ |
| 56 | If prior experience as a criminal case juror, did your trial reach a verdict? |
|   | □ Yes                          □ No |
|   | And, were you the foreperson? |
|   | □ Yes                          □ No |
|   | a. Do you have any experience as a Grand Juror? |
|   | □ Yes                          □ No |
|   | If yes, please list the date(s) and nature of case(s): |
|   | _____ |
|   | _____ |
|   | b. Was there anything about your jury experience that would make it difficult to serve fairly and impartially in this case? |
|   | □ Yes                          □ No |
|   | If yes, please explain: |
|   | _____ |
|   | _____ |

Juror ID:_____    **DRAFT**

| 57 | Are you a vendor or contractor for the United States Government or do work with one? |
|---|---|
| | □ Yes          □ No |
| | If yes, please explain: |
| | _____ |
| | _____ |

| 58 | Have you, any member of your family, or anyone close to you ever been the victim of a crime of violence, reported or not? |
|---|---|
| | □ Yes          □ No |
| | If yes, please state who (relation to you), when and what happened. |
| | _____ |
| | _____ |
| | a. Was there an arrest? |
| | □ Yes          □ No |
| | b. What was the outcome? |
| | _____ |
| | _____ |

| 59 | Have you or anyone close to you ever been accused, arrested, charged or convicted of a crime, other than a traffic ticket? |
|---|---|
| | □ Yes          □ No |
| | If yes, please state who (relation to you), when and what happened. |
| | _____ |
| | _____ |

| 60 | Have you, or has any member of your family with whom you resided at the time, or a close friend, ever been employed by or received training from any local, state or federal law enforcement agency? If yes, please list who you know, their relation to you and the organization: |
|---|---|

**Juror ID:** _____                    # DRAFT

|  | |
|---|---|
|  | _____<br>_____<br><br>If yes, do you believe this would interfere with your ability to serve as a fair and impartial juror?<br><br>     ☐ Yes          ☐ No |

### PERSONAL BELIEFS

| 61 | Under the U.S. Constitution, a person accused of a crime does not have to testify in his defense, and his silence many not be used against him.  How do you feel about that?<br><br>_____<br>_____<br>_____ |
|---|---|
| 62 | If a person does not tell his side of the story, do you feel he is more likely guilty?<br><br>     ☐ Yes          ☐ No<br><br>Why or why not?<br><br>_____<br>_____ |
| 63 | Would you favor law enforcement officers' testimony over that of other witnesses?<br><br>     ☐ Yes          ☐ No<br><br>Why or why not?<br><br>_____<br>_____ |
| 64 | Would you favor alleged 'victim' testimony over that of other witnesses?<br><br>     ☐ Yes          ☐ No<br><br>Why or why not? |

# DRAFT

| | |
|---|---|
| | _____ |
| 65 | The United States has the burden of proving its case beyond a reasonable doubt. This burden never shifts to the defendants. They are presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence presented in court, decides their guilt has been proved beyond a reasonable doubt.<br><br>Would you have any difficulty following this rule where the defendant is charged with these offenses?<br><br>□ Yes             □ No<br><br>_____<br>_____ |
| 66 | At the conclusion of this case it is the Court's task and duty to charge you on the law and explain to you the elements of the crimes charged. Do you have any personal, religious, philosophical or other beliefs as to what the law is or should be that would make it difficult for you to follow the instructions of the Court?<br><br>□ Yes             □ No<br>If yes, please explain:<br><br>_____<br>_____ |
| 67 | Is there is anything about the nature of the charges in this case or the people accused that would affect your ability to fairly evaluate the evidence to determine whether or not the prosecution has proven the guilt of the defendants beyond a reasonable doubt?<br><br>□ Yes             □ No<br>If yes, please explain:<br><br>_____<br>_____ |
| 68 | As a result of filling out this questionnaire, have you now formed an opinion about this case?<br><br>□ Yes             □ No<br>Please explain: |

**Juror ID:**_____                    **DRAFT**

| | |
|---|---|
| | _____<br><br>_____ |
| 69 | If during the course of jury deliberations, a fellow juror should suggest that you disregard the law or the evidence and decide the case on other grounds or considerations, would you, as a juror, be able to reject that suggestion and abide by your oath to this Court to decide the case solely on the evidence and the law as the Court has instructed you to do, without regard to sympathy, bias or prejudice?<br><br>       ☐ Yes               ☐ No |
| 70 | Is there any reason you could not be completely fair to the accused in this case?<br><br>       ☐ Yes               ☐ No |
| 71 | Is there any reason you could not be completely fair in evaluating the U.S. government's case?<br><br>       ☐ Yes               ☐ No<br>If you answered yes to either of the two previous questions, please explain:<br><br>_____<br><br>_____ |
| 72 | Is there any matter not covered by this questionnaire that you think is important to bring to the attention of the Court?<br><br>       ☐ Yes               ☐ No<br>If yes, please explain:<br><br>_____<br><br>_____ |

## **DECLARATION**

I, Juror Number ____ declare under penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, or received assistance in completing the questionnaire.

Signed this _____ day of _____, 2025

**DO NOT WRITE YOUR NAME. PLEASE SIGN USING YOUR JUROR NUMBER.**

**Juror ID:**_____    **DRAFT**