**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

v.

SEAN COMBS,

           Defendant.

_____

S3 24 cr. 542 (AS)

**MOTION FOR ADMISSION**

**PRO HAC VICE**

      Pursuant to Rule 1.3(i) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Brian Steel hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Sean Combs, Defendant, in the above-captioned action.

      I am a member in good standing of the Bar of the State of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. (See Attached Certificate of Good Standing, Exhibit "A").  I have never been convicted of a felony. I have never been disbarred or denied admission or readmission by any court.  I have been administratively suspended (then reinstated) and censured (but then vindicated) by courts and provide the facts and circumstances surrounding those instances in the attached the affidavit pursuant to Local Rule 1.3.  (Exhibit "B")

      Dated:  April 15, 2025.

Respectfully Submitted,

*/s/ Brian Steel*
Brian Steel
The Steel Law Firm, P.C.
1800 Peachtre Street, NW, Ste 300
Atlanta, Georgia 30309
404-605-0023 (Tel)
404-352-5636 (Fax)
thesteellawfirm@msn.com

Applicant for Pro Hac Vice Admission