

### Supreme Court
### State of Georgia

NATHAN DEAL JUDICIAL CENTER

### Atlanta 30334

April 11, 2025

I hereby certify that Brian Steel, Esq., was admitted on the 11th day of March, 1992, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk

EXHIBIT A