UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>SEAN COMBS,<br><br>                    Defendant. | 24-cr-542 (AS) |

### DECLARATION OF ANNA ESTEVAO

I, Anna Estevao, declare as follows:

1. I am a partner at Sher Tremonte LLP, counsel for Sean Combs. I am licensed and in good standing to practice law in the States of New York and California and I am also admitted to the United States District Court for the Southern District of New York.

2. The declaration is based on my personal knowledge of the facts stated herein, and is submitted in support of Mr. Combs's opposition to the motion to quash filed by Warner Brother's Discovery, Inc. ("WBD") and joined by the government.

3. Attached as **Exhibit A** is an e-mail exchange with WBD's counsel dated March 20, 2025.

4. Attached as **Exhibit B** ████████████████████████████████████████
████████

5. Attached as **Exhibit C** ████████████████████████████████████████
████████

6. Attached as **Exhibit D** ████████████████████████████████████████
████████

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:      April 10, 2025
            New York, NY

                                        /s/ Anna Estevao
                                        Anna Estevao, Esq.