# EXHIBIT A

| | |
|---|---|
| **From:** | Montesano, Leah |
| **To:** | teny@agilawgroup.com |
| **Cc:** | Anna Estevao; Marc Agnifilo; Alexandra Shapiro; Anna Estevao; Jason A. Driscoll |
| **Subject:** | FW: U.S. v. Combs, S2 24 Cr. 542 (AS) |
| **Date:** | Thursday, March 20, 2025 11:10:27 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |
| **Importance:** | High |

Dear Ms. Geragos,

I handle litigation for Warner Bros. Discovery and write in response to your email below to Priya Aiyar. Please direct future correspondence regarding this matter to me.

The company cannot accept formal legal documents over email. If you would please serve the company with the subpoena through its agent for service of process, we would appreciate it. Thanks very much.

Best,

**Leah Montesano**

Senior Vice President, Litigation

+1 301 346 1536



---

**From:** Teny Geragos <teny@agilawgroup.com>
**Sent:** Wednesday, March 19, 2025 7:28 PM
**To:** Aiyar, Priya <priya.aiyar@wbd.com>
**Cc:** Anna Estevao <AEstevao@shertremonte.com>; Marc Agnifilo <marc@agilawgroup.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Anna Estevao <AEstevao@shertremonte.com>; Jason A. Driscoll <jdriscoll@shapiroarato.com>
**Subject:** U.S. v. Combs, S2 24 Cr. 542 (AS)
**Importance:** High

**EXTERNAL SENDER: Caution opening links or attachments**

Dear Ms. Aiyar,

We represent Mr. Sean Combs in the above-captioned case and have a signed subpoena from the Court directed to Warner Bros. Discovery. Please let us know if you will accept service. The subpoena's return date is March 25, 2025.

Best regards,
Teny Geragos



**Teny Geragos**
Partner, Agnifilo Intrater LLP
445 Park Avenue, 7th Floor | New York, NY 10022
o: (646) 205-4351 | c: (929) 692-0866
teny@agilawgroup.com
www.agilawgroup.com

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by attorney-client privilege or work product protection. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.