UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

v.

SEAN COMBS,

        Defendant.

S3 24 cr. 542 (AS)

**AFFIDAVIT**

### SWORN STATEMENT OF BRIAN STEEL

Comes now Brian Steel, Applicant for admission to practice Pro Hac Vice, and pursuant to LR 1.3 makes the following sworn statement:

1. Since November of 1991, I have been licensed to practice law in the State of Georgia and I am a member in good standing of the Bar of the highest court of the State of Georgia. A Certificate of Good Standing issued within the past 30 days by the Supreme Court of Georgia is attached hereto as Exhibit "A".

2. I have never been convicted of a felony.

3. I have never been disbarred or denied admission or readmission by any court. However, subject to that statement, I disclose the information below:

    a. Since 1991, I have practiced law in the State of Georgia. From 1990-1991, I worked in the State of New York where I had become a member of the New York Bar in 1990. In 2005, I learned that I had been administratively suspended from the New York State Bar for non-payment of fees in 1999. I had not been aware of my obligations to pay annual fees for a license that I was not maintaining as active. I promptly paid all outstanding fees and was reinstated in June 2005, at which time I resigned as a member of the New York State Bar.

    b. On November 13, 2001, I was held in civil contempt for refusing to proceed to

trial after a trial court in <u>State v. Janice Carlisle</u> (Gwinnett County Superior Court, Indictment No. 97-B-0731-1) denied my client's Plea of Former Jeopardy and I properly filed a Notice of Appeal. The Court of Appeals of Georgia granted an emergency stay of the trial finding that the trial court had been divested of jurisdiction and that I was wrongly held in contempt.

c. On June 10, 2024, I was held in contempt by a Superior Court Judge in Fulton County, Georgia in <u>State of Georgia v. Jeffery Williams et al.</u>, Case Number 22SC183572 when the judge wrongfully ordered that I reveal privileged information. The misdemeanor contempt conviction was reversed by a unanimous Supreme Court of Georgia on October 22, 2025 (Case No. S24A1245).

4. There are no disciplinary proceedings presently pending against me and I have never been the subject of disciplinary proceedings.

5. By applying for admission to practice before this Court for purposes of representing Mr. Combs, I understand that I am deemed to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of or in preparation for the proceeding.

This 11th day of April, 2025.

_____
BRIAN STEEL

Subscribed and sworn to before me this 11 day of April, 2025.

_____
Notary Public
My Commission Expires:
Notary Public, Gwinnett County, Georgia
My Commission Expires
3-12-29