UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>SEAN COMBS,<br><br>            Defendant. | 24-cr-542 (AS) |

**NOTICE OF MOTION TO PRECLUDE
EVIDENCE OF VICTIM-3'S** ▮▮▮▮

PLEASE TAKE NOTICE THAT, upon the Declaration of Teny Geragos, Esq., dated April 2, 2025, the exhibits attached thereto, and the accompanying Memorandum of Law, defendant Sean Combs, by and through his undersigned attorneys, will move this Court at the United States Courthouse, 500 Pearl Street, New York, N.Y., 10007, at a date and time to be determined by the Court, for an Order precluding evidence that Victim-3 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .

    Dated:  April 2, 2025
            New York, NY

                                                            Respectfully submitted,

                                                            _____
                                                            Marc Agnifilo
                                                            Teny Geragos
                                                            AGNIFILO INTRATER
                                                            445 Park Ave., 7th Fl.
                                                            New York, NY 10022
                                                            (646) 205-4350
                                                            marc@agilawgroup.com
                                                            teny@agilawgroup.com

                                                            Alexandra A.E. Shapiro
                                                            Jason A. Driscoll
                                                            SHAPIRO ARATO BACH LLP
                                                            1140 Avenue of the Americas,
                                                            17th Fl.

New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jdriscoll@shapiroarato.com

Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestavao@shertemonte.com