UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     v.

SEAN COMBS,

         Defendant.

24-cr-542 (AS)

---

## NOTICE OF MOTION FOR A HEARING

PLEASE TAKE NOTICE THAT, upon the Declaration of Anna Estevao, Esq., dated April 2, 2025, the exhibits attached thereto, the Affidavit of Conor McCourt, and the accompanying Memorandum of Law, defendant Sean Combs, by and through his undersigned attorneys, will move this Court at the United States Courthouse, 500 Pearl Street, New York, N.Y., 10007, at a date and time to be determined by the Court, to exclude the available video evidence depicting an incident at the Intercontinental Hotel on March 5, 2016, or in the alternative, to permit Mr. Combs to present evidence at a pre-trial hearing regarding the unreliability of the existing and available video evidence.

Dated:  April 2, 2025
       New York, NY

Respectfully submitted,

_____
Marc Agnifilo
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
(646) 205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Alexandra A.E. Shapiro
Jason A. Driscoll
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas,
17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jdriscoll@shapiroarato.com

Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertemonte.com