**EXHIBIT E**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        v.<br><br>SEAN COMBS,<br><br>            Defendant. | Case No. 24-cr-542 (AS)<br><br>**SUBPOENA DUCES TECUM** |

To:

    Cable News Network, Inc. d/b/a CNN
    30 Hudson Yards
    New York, NY 10001

**YOU ARE COMMANDED** to produce: all copies (edited and unedited) of the video surveillance footage recorded at the Intercontinental Hotel in Century City, California on March 5, 2016 depicting Sean Combs and a woman in a dark colored 'hoodie' (the identity of whom is known to counsel but is not being revealed in this subpoena).

    The video(s) shall be produced by email to the following address:

        Teny Geragos
        teny@agilawgroup.com

Said video(s) shall be produced on or before February 4, 2025.

                                            Hon. Arun Subramanian