# EXHIBIT F

## Teny Geragos

| | |
|---|---|
| **From:** | Anna Estevao <AEstevao@shertremonte.com> |
| **Sent:** | Wednesday, January 29, 2025 1:07 PM |
| **To:** | Johnson, Emily (USANYS) 2; Comey, Maurene (USANYS); Foster, Meredith (USANYS); mitzi.steiner@usdoj.gov; Slavik, Christy (USANYS); Madison.Smyser@usdoj.gov |
| **Cc:** | Teny Geragos; Marc Agnifilo; Alexandra Shapiro; Jason A. Driscoll |
| **Subject:** | Combs Brady Request |

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear counsel,

Pursuant to your obligations under Rule 16 and *Brady*, please disclose all information related to the unedited Intercontinental Hotel video footage, including information about its current location, and the identity of any person(s) who possessed, manipulated, destroyed, or leaked the video to CNN. Please also disclose the government's efforts to locate this evidence. As you are aware, the unedited video is important *Brady* evidence, and we need additional information to locate and obtain it in advance of trial. The identity of the person(s) who manipulated, leaked, and/or destroyed the video is likewise *Brady – especially* if it is a government witness or someone acting at the direction of a government witness.

Also, if you believe there is relevant material in the discovery already produced, please point us to it.

Please reach out if you have any questions or wish to discuss further.

Thank you,
Anna



**Anna Estevao**
Sher Tremonte LLP
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.202.3354 | fax: 212.202.4156
aestevao@shertremonte.com
www.shertremonte.com



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.