**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

                                     S3 24 cr. 542 (AS)

v.

                               **ORDER FOR ADMISSION**

SEAN COMBS,

                               **PRO HAC VICE**

                Defendant.

_____

The motion of Brian Steel, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Georgia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Brian Steel |
| Firm Name: | The Steel Law Firm, P.C. |
| Address: | 1800 Peachtree Street, NW, Ste 300, Atlanta, Georgia 30309 |
| Tel/Fax: | 404-605-0023 (Tel); 404-352-5636 (Fax) |
| Email: | thesteellawfirm@msn.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Sean Combs, Defendant, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 17, 2025

_____
United States District Judge