# AGNIFILO
# INTRATER

April 17, 2025

**VIA EMAIL**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    We write in advance of tomorrow's hearing to modify the defense's position with respect to the use of a pseudonym for Victim-2, whom the government has identified ███████. The defense *does not* object to the use of pseudonym for ███████.



Hon. Arun Subramanian
April 17, 2025
Page 2 of 2

███████████████████████████ Mr. Combs does not object to ██████████ testifying under a pseudonym at the upcoming trial.

      Counsel will be prepared to address the differences between ██████████ and Victim-3 and Victim-4 at tomorrow's conference. To be clear, we continue to object to Victim-3 and Victim-4 testifying under a pseudonym, for all the reasons set forth in our opposition to the government's motion *in limine* on pseudonyms. Thank you for your consideration.

                          Respectfully submitted,

Marc Agnifilo
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
646-205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Alexandra Shapiro
Jason Driscoll
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jdriscoll@shapiroarato.com

Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com

cc:    government counsel (via email)