UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No.: 24-cr-542 (AS) |
| v. | : | |
| | : | |
| SEAN COMBS, | : | **NOTICE OF NON-PARTY** ▮ |
| | : | ▮ **'S MOTION TO QUASH** |
| Defendant. | : | <u>**SUBPOENA DUCES TECUM**</u> |

-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, non-party ▮▮▮, by and through her undersigned counsel, respectfully seeks an Order from this Court at 40 Foley Square, New York, NY 10007, to quash the non-party subpoena served by Defendant Sean Combs pursuant to Federal Rule of Criminal Procedure 17.

Dated: April 2, 2025
      New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
    Douglas H. Wigdor

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com

*Counsel for* ▮▮▮