UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br><br>Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Given the Court's ruling on the use of victim pseudonyms at trial, the parties are ordered to meet and confer to decide what pseudonym each alleged victim will use.

    SO ORDERED.

Dated: April 18, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge