UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

SEAN COMBS,

                Defendant.

24-CR-542 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated at the conference held on April 18, 2025:

- Combs's request for an adjournment is DENIED.

- Combs's motion to exclude Rule 413/404(b) evidence is DENIED as to Victim-5 and otherwise GRANTED.

- Victim-1's motion to quash is DENIED as to prior drafts of the memoir that was provided to the Government and otherwise GRANTED. The prior drafts should be produced by **April 25, 2025**.

- Warner Brothers Discovery's motion to quash is DENIED as to outtakes of interviews with Individual-A and Individual-B. The parties have reached agreement on all other aspects of the subpoena. The outtakes should be produced by **April 25, 2025**.

- Combs's motion for a Rule 17(c) subpoena for Victim-4's documents is DENIED.

- The Government's motion for Victim-2 to proceed at trial using a pseudonym is GRANTED as unopposed. The Government's motion for Victim-3 and Victim-4 to proceed at trial using pseudonyms is GRANTED.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 211, 212, 218, 231, and 253.

SO ORDERED.

Dated: April 18, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge