UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           -against-<br><br>SEAN COMBS,<br>                              Defendant. | 24-cr-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   The conference scheduled for Friday, April 25, 2025 will now take place in **Courtroom 26A** of 500 Pearl Street, New York, NY 10007.

   SO ORDERED.

Dated: April 24, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge