# EXHIBIT A

# AGNIFILO
# INTRATER

---

March 18, 2025

**VIA EMAIL**
AUSAs Comey, Foster, Johnson, Slavik, Smyser, Steiner
United States Attorney's Office
Southern District of New York
26 Federal Plaza, 37th Floor
New York, New York 10278

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear AUSAs Comey, Foster, Johnson, Slavik, Smyser, Steiner:

    We write regarding your March 17, 2024 email regarding potential defense experts. As you are aware, the defense has engaged Conor McCourt of McCourt Video Analysis. (See ECF 82.) Mr. McCourt continues to provide analysis to the defense as to (1) the video initially published by CNN on May 17, 2024; (2) the videos batestamped USAO_00937645 - USAO_00937646; and (3) the videos batesstamped SC_00090809 – SC_00090812. We have retained Mr. McCourt in connection with our upcoming motion *in limine* regarding this footage. We expect to argue (based on conversations with CNN's counsel) that CNN copied the footage they received from their source and then destroyed the footage they received from the source (despite knowing of and reporting on the ongoing federal investigation into this matter). The meta data of the aired footage shows that CNN put the footage through a free video editing software. Mr. McCourt will demonstrate that CNN's subpoena production, like the government's Exhibit A-1, "does not accurately depict the events." (See ECF 80 at 9.) His testimony would be of a similar nature to Exhibit D of ECF 80, and we are happy to discuss this in more detail during our meet and confer on Thursday.

    As you are also aware, Mr. McCourt has custody of the material described in footnote 3 of the October 7, 2024 Protective Order. Mr. McCourt has been retained to assist the defense in enhancing the audio and video aspects of the footnote 3 recordings.

    If the defense were to call him as a witness at the trial, we would not elicit expert opinion testimony from Mr. McCourt. As noted, you are already fully familiar with how Mr. McCourt analyzes video footage, including the tools and methodology he follows, based on the approximately twenty-minute presentation we provided to you and the Court in November 2024 in connection with our bail application. (See ECF 80, Ex. D.) Though there are certain aspects to his testimony that are technical in nature, and though he draws on his experience in the area of video analysis, he would testify as a fact witness, rather than an expert witness.

AUSAs Comey, Foster, Johnson, Slavik, Smyser, Steiner
March 18, 2025
Page 2 of 2

     Please contact us with any questions and we look forward to discussing this at our meet and confer on Thursday.

                                          Respectfully,

                                          Marc Agnifilo
                                          Teny Geragos
                                          AGNIFILO INTRATER
                                          445 Park Ave., 7th Fl.
                                          New York, NY 10022
                                          646-205-4350
                                          marc@agilawgroup.com
                                          teny@agilawgroup.com

                                          Alexandra Shapiro
                                          Jason Driscoll
                                          Shapiro Arato Bach LLP
                                          1140 Avenue of the Americas, 17th Fl.
                                          New York, NY 10036
                                          (212) 257-4881
                                          ashapiro@shapiroarato.com
                                          jdriscoll@shapiroarato.com

                                          Anna Estevao
                                          SHER TREMONTE LLP
                                          90 Broad St., 23rd Fl.
                                          New York, NY 10004
                                          (212) 202-2600
                                          aestevao@shertremonte.com