

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, New York 10278

April 29, 2025

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, S3 24 Cr. 542 (AS)

Dear Judge Subramanian:

    The Government writes in response to the Court's April 22, 2025 order seeking additional information regarding the use of a pseudonym for Victim-3 at the upcoming trial in the above-captioned matter. After conferring with Victim-3's counsel, the Government understands that Victim-3 does not wish to use a pseudonym during her testimony.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:   /s
    Maurene Comey / Meredith Foster /
    Emily A. Johnson / Christy Slavik /
    Madison Reddick Smyser / Mitzi Steiner
    Assistant United States Attorneys
    (212) 637-2324/-2310/-2409/-1113/-2381/-2284