# AGNIFILO INTRATER

April 30, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    Enclosed please find a proposed order permitting Defendant Sean Combs to receive non-prison clothing at the MDC for his trial scheduled to begin on May 5, 2025.

Respectfully submitted,

Marc Agnifilo
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
(646) 205-4350
marc@agilawgroup.com
teny@agilawgroup.com

cc:    All counsel (by ECF)