UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SEAN COMBS,<br><br>Defendant. | No. 24-CR-542 (AS)<br><br>[PROPOSED] ORDER |

Upon the application of Teny R. Geragos, attorney for Defendant Sean Combs:

IT IS HEREBY ORDERED THAT, the defendant Sean Combs, Inmate # 37452-054, will be permitted to receive non-prison clothing at the MDC to wear for his trial scheduled to begin on May 5, 2025. He is permitted to have up to five button down shirts, up to five pairs of pants, up to five sweaters, up to five pairs of socks, and up to two pairs of shoes without laces to wear to court.

Dated:  April __, 2025

_____
Hon. Arun Subramanian
United States District Judge
Southern District of New York