IH-14

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
against

Sean Combs

(Alias)_____

_____

Please PRINT Clearly

**NOTICE OF
APPEARANCE**

DOCKET NO. ASSIGNED
24 Cr 542 (AS)

TO:    *CLERK OF COURT S.D.N.Y.*

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN
THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [   ] CJA   2. **[  X  ] RETAINED**  3. [   ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [] NO    **[X] YES**-IF YES GIVE YOUR DATE
OFADMISSION. AUGUST 2000

I DO HEREBY CERTIFY THAT I AM IN GOOD STANDING WITH THE SOUTHERN AND EASTERN
DISTRICT OF NEW YORK AS WELL AS THE 1st Dept of THE STATE OF NEW YORK.

DATED: NEW YORK, NEW YORK
May 2, 2025

SIGNATURE

/s/ *Xavier R. Donaldson*

Xavier R. Donaldson
136 Madison Ave, 6th Floor
New York, New York 10016
646-772-3334
Xdonaldson@aol.com