**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>         v.  <br><br>SEAN COMBS,  <br><br>         Defendant. | No. 24 Cr. 542 (AS)  <br><br>**NOTICE OF CHANGE OF FIRM AND ADDRESS** |

      PLEASE TAKE NOTICE that Anna Estevao, counsel for Sean Combs, files this Notice of Change of Firm and Address in the above-captioned case. Ms. Estevao's firm affiliation and contact information as of May 2, 2025 is as follows:

Anna Estevao
HARRIS TRZASKOMA LLP
156 West 56th Street, Suite 2004
New York, NY 10019
212.970.6465
aestevao@harristrz.com

All further pleadings and correspondence in this matter should be served to the above address.

Dated: May 2, 2025                           */s/ Anna Estevao*
                                             Anna Estevao
                                             **HARRIS TRZASKOMA LLP**
                                             156 West 56th Street
                                             Suite 2004
                                             New York, NY 10019
                                             212.970.6465
                                             aestevao@harristrz.com

                                             *Counsel for Sean Combs*