UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

                v.                                    NOTICE OF APPEARANCE

SEAN COMBS                                                            Crim. No. 24-CR-542
----------------------------------------------------------X


TO: CLERK OF COURT

PLEASE TAKE NOTICE that Nicole Westmoreland, Esq., of Westmoreland Law, LLC, 132 Cone Street NW, Suite A, Atlanta, GA 30303, an attorney duly admitted to practice in this Court, is appearing for the Defendant SEAN COMBS in the above-captioned matter.


/s/ Nicole Westmoreland
Nicole Westmoreland, Esq.
NY Bar #5624507
Westmoreland Law, LLC
132 Cone Street, Suite A
Atlanta, GA 30303
Tel: (404) 446-2620
nw@westmorelandlawgroup.com


Dated:     May 6, 2024