UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>      Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court will hold a hearing on **May 9, 2025 at 9:00 AM** in Courtroom 26A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 for the parties to exercise their peremptory strikes. If the parties have any remaining issues that need to be resolved before the start of trial, they should try their best to raise them by **May 8, 2025 at 2:00 PM**.

  SO ORDERED.

Dated: May 8, 2025
    New York, New York

                     _____
                      ARUN SUBRAMANIAN
                     United States District Judge