# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

      v.

SEAN COMBS,

         Defendant.

Case No. 24-cr-542 (AS)

**SUBPOENA DUCES TECUM**

To:   Clayton Howard
      c/o Tyrone Blackburn
      T. A. BLACKBURN LAW, PLLC
      Tblackburn@tablackburnlaw.com

**YOU ARE COMMANDED** to produce:

(1)    All written materials and notes you have created concerning your memories of events relevant to the above-captioned case, including but not limited to the portions of the written journal that you have been maintaining documenting those memories. that document

The documents shall be produced by email to the following address:

      Teny Geragos
      teny@agilawgroup.com

Said documents shall be produced on or before May 12, 2025.

_____
Hon. Arun Subramanian