UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                                           :
                                           :
v.                                         :   Case No. 24-CR-542 (AS)
                                           :
                                           :
                                           :   **NOTICE OF APPEARANCE**
SEAN COMBS,                                :
                                           :
              Defendant.                   :
-------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Jonathan P. Bach of Shapiro Arato Bach LLP hereby appears as counsel for Defendant Sean Combs.

I certify that I am admitted to practice in this Court.


Dated: May 20, 2025                        Respectfully submitted,

                                           /s/ Jonathan P. Bach
                                           Jonathan P. Bach
                                           SHAPIRO ARATO BACH LLP
                                           1140 Avenue of the Americas,
                                           17th Floor
                                           New York, NY 10036
                                           Tel: 212-257-4897
                                           jbach@shapiroarato.com

                                           *Attorney for Defendant Sean Combs*