UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>                    Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court is in receipt of a letter from the press requesting that email communications from the parties regarding evidentiary and other issues should be docketed. Dkt. 336. By **May 27, 2025**, the parties should docket any correspondence to and from the Court concerning evidentiary objections or applications for relief, to the extent they have not been docketed.  (The party making the application is responsible for docketing the correspondence.) Moving forward, the parties should docket any email correspondence by the end of the week following the application or objection being made.

      SO ORDERED.

Dated: May 20, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge