UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SEAN COMBS,

Defendant.

24-CR-542 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The motion to dismiss at Dkt. 152 was resolved by the opinion at Dkt. 325. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 152.

The letter-motion at Dkt. 327 was addressed on the record during trial on May 13, 2025. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 327.

SO ORDERED.

Dated: May 20, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge