UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>      Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  In response to a letter from the press requesting that email correspondence from the parties be posted on the public docket, the Court issued an order requiring that email correspondence be docketed by the end of the week it was originally sent. Dkt. 342. To clarify, this schedule applies only to actual emails that are sent to the Court. **All letters must be docketed when they are submitted even if they are also emailed as attachments to chambers.**

  SO ORDERED.

Dated: May 22, 2025
    New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge