# AGNIFILO
# INTRATER

May 22, 2025

**VIA EMAIL**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

      We respectfully request that the Court Order the Metropolitan Detention Center ("MDC") in Brooklyn to increase the number of phone minutes allocated to Mr. Combs per month from 300 to 500 minutes to allow for Mr. Combs to call his attorneys on weekends and during after-court hours.  Additionally, as we stated on the record, we ask that the Court Order the MDC to allow for additional Video TeleConferencing ("VTC") until 9:00 PM every evening to allow for Mr. Combs to prepare for trial with counsel after court.

      Respectfully submitted,

Marc Agnifilo
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
646-205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Alexandra Shapiro
Jason Driscoll
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jdriscoll@shapiroarato.com

Hon. Arun Subramanian
May 22, 2025

Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com

cc:    government counsel (via email)

2