

Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

May 27, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    In response to the Court's invitation to submit a proposed instruction striking Mr. Mescudi's opinion about whether Mr. Combs was telling the truth during the Soho House meeting, the defense requests that the Court instruct the jury as follows if the motion to strike is granted:

"You heard testimony from witness Scott Mescudi about a meeting with Mr. Combs at the Soho House, during which Mr. Mescudi said he asked about his car. He further shared his opinion of whether Mr. Combs was being truthful during that conversation. That testimony regarding Mr. Mescudi's opinion has been stricken from the record. Accordingly, you are to disregard and put out of your mind completely Mr. Mescudi's testimony regarding his opinion."

    Respectfully submitted,

    /s/ Alexandra A.E. Shapiro
    Alexandra A.E. Shapiro
    Jason A. Driscoll
    SHAPIRO ARATO BACH LLP
    1140 Avenue of the Americas, 17th Fl.
    New York, NY 10036
    (212) 257-4880
    ashapiro@shapiroarato.com
    jdriscoll@shapiroarato.com

    Marc Agnifilo
    Teny Geragos
    AGNIFILO INTRATER
    445 Park Ave., 7th Fl.

Hon. Arun Subramanian
May 27, 2025

New York, NY 10022
646-205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Anna Estevao
HARRIS TRZASKOMA LLP
156 West 56th St., Ste. 2004
New York, NY 10019
(212) 970-6465
aestevao@harristrz.com

Brian Steel
THE STEEL LAW FIRM, P.C.
1800 Peachtree Street, Ste. 300
Atlanta, GA 30309
(404) 605-0023

Xavier R. Donaldson
136 Madison Ave, 6th Floor
New York, New York 10016
646-772-3334
Xdonaldson@aol.com

Nicole Westmoreland, Esq.
WESTMORELAND LAW, LLC
132 Cone Street, Suite A
Atlanta, GA 30303
Tel: (404) 446-2620
nw@westmorelandlawgroup.com