UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br><br>Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The motion at Dkt. 349 is resolved in accordance with the Court's stated reasons on the record on May 30, 2025. The motion at Dkt. 351 is resolved in accordance with the Court's stated reasons on the record on May 29, 2025. The motion at Dkt. 350 is resolved by the Court's endorsement at Dkt. 348 and the Court's ruling on the record on May 13, 2025.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 349, 350, and 351.

SO ORDERED.

Dated: June 2, 2025
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge