# AGNIFILO INTRATER

June 2, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    We write pursuant to the Court's May 20, 2025 Order requiring that email correspondence concerning evidentiary objections or applications for relief be docketed by the end of the week it was originally sent. (ECF 342.) Accordingly, we are filing email correspondence from the defense.

    Respectfully submitted,

    */s/ Teny Geragos*
    Marc Agnifilo
    Teny Geragos
    Alexandra A.E. Shapiro
    Jason A. Driscoll
    Anna Estevao
    Brian Steel
    Nicole Westmoreland
    Xavier Donaldson

cc:    All counsel (by ECF)