**Teny Geragos**

| | |
|---|---|
| **From:** | Jason A. Driscoll <jdriscoll@shapiroarato.com> |
| **Sent:** | Friday, May 30, 2025 1:33 PM |
| **To:** | SubramanianNYSDChambers |
| **Cc:** | Smyser, Madison (USANYS) |
| **Subject:** | Fw: DX 1730 and 1733 |

The messages the government identified in DX 1733 are admissible under FRE 803(3), either as statements of Mia's then-existing state of mind or intent/plan.

Jason A. Driscoll

Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
212-257-4898 (o)
jdriscoll@shapiroarato.com
www.shapiroarato.com

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.*

---

**From:** Jason A. Driscoll <jdriscoll@shapiroarato.com>
**Sent:** Friday, May 30, 2025 1:04 PM
**To:** Smyser, Madison (USANYS) <Madison.Smyser@usdoj.gov>; thesteellawfirm@msn.com <thesteellawfirm@msn.com>
**Cc:** Teny Geragos <teny@agilawgroup.com>; Marc Agnifilo <marc@agilawgroup.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Anna Estevao <aestevao@shertremonte.com>; xdonaldson@aol.com <xdonaldson@aol.com>; nw@westmorelandlawgroup.com <nw@westmorelandlawgroup.com>; Johnson, Emily (USANYS) 2 <Emily.Johnson@usdoj.gov>; Steiner, Mitzi (USANYS) <Mitzi.Steiner@usdoj.gov>; Foster, Meredith (USANYS) <Meredith.Foster@usdoj.gov>; Comey, Maurene (USANYS) <Maurene.Comey@usdoj.gov>; Slavik, Christy (USANYS) <Mary.Slavik@usdoj.gov>
**Subject:** Re: DX 1730 and 1733

The messages you identified in DX 1733 are admissible under FRE 803(3), either as statements of Mia's then-existing state of mind or intent/plan.

Jason A. Driscoll

Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
212-257-4898 (o)
jdriscoll@shapiroarato.com
www.shapiroarato.com

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.*

---

**From:** Smyser, Madison (USANYS) <Madison.Smyser@usdoj.gov>
**Date:** Friday, May 30, 2025 at 12:55 PM
**To:** thesteellawfirm@msn.com <thesteellawfirm@msn.com>
**Cc:** Teny Geragos <teny@agilawgroup.com>, Marc Agnifilo <marc@agilawgroup.com>, Alexandra Shapiro <ashapiro@shapiroarato.com>, Jason A. Driscoll <jdriscoll@shapiroarato.com>, Anna Estevao <aestevao@shertremonte.com>, xdonaldson@aol.com <xdonaldson@aol.com>, nw@westmorelandlawgroup.com <nw@westmorelandlawgroup.com>, Johnson, Emily (USANYS) 2 <Emily.Johnson@usdoj.gov>, Steiner, Mitzi (USANYS) <Mitzi.Steiner@usdoj.gov>, Foster, Meredith (USANYS) <Meredith.Foster@usdoj.gov>, Comey, Maurene (USANYS) <Maurene.Comey@usdoj.gov>, Slavik, Christy (USANYS) <Mary.Slavik@usdoj.gov>
**Subject:** Re: DX 1730 and 1733

Brian:

Could you please let me know about these. I know you disagree on DX 1730, but I do not know your position on these particular messages on DX 1733. I want to raise these before the end of the lunch break if you are going to admit them.

Maddie Smyser

---

**From:** Smyser, Madison (USANYS)
**Sent:** Thursday, May 29, 2025 11:35:33 PM
**To:** thesteellawfirm@msn.com <thesteellawfirm@msn.com>
**Subject:** DX 1730 and 1733

Hi Brian:

I have a hearsay objection to the bold portions of DX 1730 and the texts noted below from DX 1733. Let's confer on these in the morning to see if we can work it out?

DX 1730

- Hey puff. ⬛Thinking about you forever and as always. Just wanted to send you the biggest gust of love and happiness and thankfulness for coming to my hometown and changing the dynamic of what happens here during "beach week" and instead making it a festival of love and togetherness. **I can't explain to you how much all thousands of my friends are so excited for this weekend and how the conversation has already changed into positivity.** Unfortunately I just found out today my grandma went Into hospice and has maybe a day or two to live so I just booked a flight out at 5am to hug her goodbye. **Otherwise I would be here and witness y'all make history** ⬛Love you so much and thank you for this historic moment. Can't believe after almost a decade with y'all I miss this beautiful combination of all the people I love that I grew up with and the people I love that helped me grow up. (Y'all!) But as they say - C'est la vie. Now go and do as you do best and Fucking CRUSH IT AND MAKE HISTORY

DX 1733

- 1/15/2019 5:30:31 PM(UTC-8)
- 8/29/2020 5:20:40 PM(UTC-7)
- 8/29/2020 8:42:36 PM(UTC-7)
- 8/29/2020 9:35:31 PM(UTC-7)

Thank you,
Maddie

**Madison Reddick Smyser**
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
26 Federal Plaza
New York, NY 10278


madison.smyser@usdoj.gov