UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  -against-<br><br>SEAN COMBS,<br><br>       Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On June 4, 2025, defense counsel represented to the Court that Mr. Combs is unable to make calls from the MDC, which has prevented him from conferring with his legal team. He is currently allotted 300 minutes per month in social calls. The MDC has represented to both defense counsel and the Court that Mr. Combs's phone use is well below this limit, so to the extent that he is unable to place calls from the MDC, that appears to be a technical issue. The MDC is hereby ORDERED to investigate any technical issue that may exist and to confirm to the Court on or before **June 6, 2025** that after an investigation, there is no technical issue preventing Mr. Combs from using his allotted 300 minutes to confer with his attorneys.

  SO ORDERED.

Dated: June 4, 2025
    New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge