

<div style="text-align: right">June 8, 2025</div>

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    We write pursuant to the Court's May 20, 2025 Order requiring that email correspondence concerning evidentiary objections or applications for relief be docketed by the end of the week it was originally sent. (ECF 342.) Accordingly, we are filing email correspondence from the defense.

<div style="margin-left: 50%">

Respectfully submitted,

<u>/s/ Anna Estevao</u>
Marc Agnifilo
Teny Geragos
Alexandra A.E. Shapiro
Jason A. Driscoll
Anna Estevao
Brian Steel
Nicole Westmoreland
Xavier Donaldson

</div>

Cc: All counsel (by ECF)