# Teny Geragos

| | |
|---|---|
| **From:** | Teny Geragos |
| **Sent:** | Thursday, June 5, 2025 12:43 PM |
| **To:** | SubramanianNYSDChambers; Comey, Maurene (USANYS); Smyser, Madison (USANYS); Johnson, Emily (USANYS) 2; Slavik, Christy (USANYS); Foster, Meredith (USANYS); Mitzi Steiner |
| **Cc:** | Anna Estevao; Alexandra Shapiro; Marc Agnifilo; Jason A. Driscoll; nw@westmorelandlawgroup.com; thesteellawfirm |
| **Subject:** | US v. Combs - DX-1888 |
| **Attachments:** | DX-1888.pdf |

Please see the attached DX-1888, which we just marked. To aid the government regarding authenticity, we received these text messages from the device marked as USAO_01142700 Khorram phone iPhone 14 LI 0005, produced to us on 12/31/2024.

We will also print a copy and provide to the Court and government at break.



Teny Geragos
Partner, Agnifilo Intrater LLP
445 Park Avenue, 7th Floor  |  New York, NY 10022
o: (646) 205-4351 | c:
teny@agilawgroup.com
www.agilawgroup.com

1