UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>SEAN COMBS,<br>              Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Combs challenges ███████████████████████████ arguing that communications ███████████████ are privileged. The Court has reviewed the parties' arguments and authorities, as well as the communications at issue. Substantially for the reasons set forth in the Filter Team's reply brief, the Court finds that the communications are not privileged under any of the doctrines that Combs invokes: the common-interest rule, *Kovel*, or corporate privilege. ████████████████████████████████████████████████████

SO ORDERED.

Dated: March 11, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge