

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

June 12, 2025

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    The defense respectfully submits this letter in response to the Court's invitation to propose a *Napue* instruction to address witness Bryana Bongolan's perjury. *See* Tr.5276. We request that the Court read the following to the jury at some point on Friday, June 13:

> "The government elicited materially false testimony from Bryana Bongolan about the alleged balcony incident. Specifically, when she testified that she received injuries to her legs, back, and neck at the same time, and that these injuries were all caused by Mr. Combs on the same day she took photographs of her leg injuries, September 26, 2016, this was not true."

                                         Respectfully submitted,

                                         /s/ Alexandra A.E. Shapiro
                                         Alexandra A.E. Shapiro
                                         Jason A. Driscoll
                                         SHAPIRO ARATO BACH LLP
                                         1140 Avenue of the Americas, 17th Fl.
                                         New York, NY 10036
                                         (212) 257-4880
                                         ashapiro@shapiroarato.com
                                         jdriscoll@shapiroarato.com

                                         Marc Agnifilo
                                         Teny Geragos
                                         AGNIFILO INTRATER
                                         445 Park Ave., 7th Fl.
                                         New York, NY 10022
                                         (646) 205-4350
                                         marc@agilawgroup.com
                                         teny@agilawgroup.com

Hon. Arun Subramanian
June 12, 2025

                                      Anna Estevao
                                      HARRIS TRZASKOMA LLP
156 West 56th St., Ste. 2004
New York, NY 10019
(212) 970-6465
aestevao@harristrz.com

Brian Steel
THE STEEL LAW FIRM, P.C.
1800 Peachtree Street, Ste. 300
Atlanta, GA 30309
(404) 605-0023

Xavier R. Donaldson
136 Madison Ave, 6th Fl. New York,
New York 10016
(646) 772-3334
xdonaldson@aol.com

Nicole Westmoreland
WESTMORELAND LAW, LLC
132 Cone Street, Suite A
Atlanta, GA 30303
(404) 446-2620
nw@westmorelandlawgroup.com