UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 24-cr-542 (AS) |
| v. | <u>VERDICT SHEET</u> |
| SEAN COMBS, | |
| Defendant. | |

### COUNT ONE
### Racketeering Conspiracy

How do you find the defendant?

    Not Guilty_____      Guilty_____

*If you answered Not Guilty as to Count One, proceed to Count Two. If you answered Guilty, which racketeering acts do you unanimously find the defendant agreed would be committed?*

_____

### COUNT TWO
### Sex Trafficking of Casandra Ventura

How do you find the defendant?

    Not Guilty_____      Guilty_____

### COUNT THREE
### Mann Act Transportation – Casandra Ventura

How do you find the defendant?

    Not Guilty_____      Guilty_____

2

## COUNT FOUR
## Sex Trafficking of Jane

How do you find the defendant?

    Not Guilty_____        Guilty_____

## COUNT FIVE
## Mann Act Transportation – Jane

How do you find the defendant?

    Not Guilty_____        Guilty_____

_____                                             _____
**DATE**                                                                                    **FOREPERSON**