UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>SEAN COMBS,<br>    a/k/a "Puff Daddy,"<br>    a/k/a "P. Diddy,"<br>    a/k/a "Diddy,"<br>    a/k/a "PD,"<br>    a/k/a "Love,"<br><br>                Defendant. | S3 24 Cr. 542 (AS) |

**VERDICT SHEET**

Please indicate each of your verdicts with a check mark (✓).

**COUNT ONE:**     **Racketeering Conspiracy**

1. How do you find the defendant, SEAN COMBS, with respect to Count One?

    Guilty_____          Not Guilty_____

    A. If you have found the defendant guilty of Count One, then please indicate whether the pattern of racketeering activity that the defendant agreed would be committed involved kidnapping, including attempted kidnapping, aiding and abetting kidnapping, or conspiracy to commit kidnapping, in violation of California law.

        Proven_____          Not Proven_____

    B. If you have found the defendant guilty of Count One, then please indicate whether the pattern of racketeering activity that the defendant agreed would be committed involved kidnapping, including attempted kidnapping, aiding and abetting kidnapping, or conspiracy to commit kidnapping, in violation of New York law.

        Proven_____          Not Proven_____

C.  If you have found the defendant guilty of Count One, then please indicate whether the pattern of racketeering activity that the defendant agreed would be committed involved arson, attempted arson, including aiding and abetting arson, or conspiracy to commit arson, in violation of California law.

   Proven_____          Not Proven_____

D.  If you have found the defendant guilty of Count One, then please indicate whether the pattern of racketeering activity that the defendant agreed would be committed involved bribery, including attempted bribery, aiding and abetting bribery, or conspiracy to commit bribery, in violation of California law.

   Proven_____          Not Proven_____

E.  If you have found the defendant guilty of Count One, then please indicate whether the pattern of racketeering activity that the defendant agreed would be committed involved tampering with a witness or victim, in violation of federal law.

   Proven_____          Not Proven_____

F.  If you have found the defendant guilty of Count One, then please indicate whether the pattern of racketeering activity that the defendant agreed would be committed involved forced labor, in violation of federal law.

   Proven_____          Not Proven_____

G.  If you have found the defendant guilty of Count One, then please indicate whether the pattern of racketeering activity that the defendant agreed would be committed involved sex trafficking, in violation of federal law.

   Proven_____          Not Proven_____

H.  If you have found the defendant guilty of Count One, then please indicate whether the pattern of racketeering activity that the defendant agreed would be committed involved transportation for purposes of prostitution, in violation of federal law.

   Proven_____          Not Proven_____

I.  If you have found the defendant guilty of Count One, then please indicate whether the pattern of racketeering activity that the defendant agreed would be committed involved inducement to travel for purposes of prostitution, in violation of federal law.

   Proven_____          Not Proven_____

J.  If you have found the defendant guilty of Count One, then please indicate whether the pattern of racketeering activity that the defendant agreed would be committed involved distributing, and possessing with intent to distribute, controlled substances, in violation of federal law.

   Proven_____          Not Proven_____

K.  If you checked "Proven" for Question G, then please indicate below (1) whether as part of the racketeering conspiracy, the Defendant agreed to or did commit sex trafficking of Casandra Ventura between in or about 2009 and in or about 2018; and (2) whether as part of the racketeering conspiracy, the Defendant agreed to or did commit sex trafficking of Jane between in or about May 2021 and in or about 2024.

   *Did Count One involve sex trafficking of Casandra Ventura?*

   YES_____          NO_____

   *Did Count One involve sex trafficking of Jane?*

   YES_____          NO_____

**COUNT TWO:**     **Sex Trafficking (Casandra Ventura)**

   2. How do you find the defendant, SEAN COMBS, with respect to Count Two?

      Guilty_____     Not Guilty_____

**COUNT THREE:**     **Transportation with Intent to Commit Prostitution (Relating to Casandra Ventura)**

   3. How do you find the defendant, SEAN COMBS, with respect to Count Three?

      Guilty_____     Not Guilty_____

**COUNT FOUR:**     **Sex Trafficking (Jane)**

   4. How do you find the defendant, SEAN COMBS, with respect to Count Four?

      Guilty_____     Not Guilty_____

**COUNT FIVE:**     **Transportation with Intent to Commit Prostitution (Relating to Jane)**

   5. How do you find the defendant, SEAN COMBS, with respect to Count Five?

      Guilty_____     Not Guilty_____

**<u>Final Instruction</u>**

Once you have considered all of the questions, please have the foreperson sign and date the verdict sheet and notify the Marshal that you have reached a verdict.

      Foreperson_____     Date_____