UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 24-cr-542 (AS) |
| v. | <u>VERDICT SHEET</u> |
| SEAN COMBS, | |
| Defendant. | |

**COUNT ONE**
**Racketeering Conspiracy**

How do you find the defendant?

    Not Guilty_____        Guilty_____

<u>If and only if</u> you find the defendant guilty of Count One, which types of racketeering acts do you unanimously find were involved in the offense?

    <u>Acts involving kidnapping</u>

        Not Proved _____    Proved _____

    <u>Acts involving arson</u>

        Not Proved _____    Proved _____

    <u>Acts involving bribery</u>

        Not Proved _____    Proved _____

    <u>Acts involving witness tampering</u>

        Not Proved _____    Proved _____

    <u>Acts involving forced labor</u>

        Not Proved _____    Proved _____

2

<u>Acts involving sex trafficking</u>

Not Proved _____    Proved _____

<u>Acts involving transportation for purposes of prostitution</u>

Not Proved _____    Proved _____

<u>Acts involving drug distribution</u>

Not Proved _____    Proved _____

<u>If and only if</u> you find the defendant guilty of Count One, did the pattern of racketeering activity include sex trafficking of Casandra Ventura?

No _____    Yes _____

<u>If and only if</u> you find the defendant guilty of Count One, did the pattern of racketeering activity include sex trafficking of Jane?

No _____    Yes _____

### COUNT TWO
### Sex Trafficking of Casandra Ventura

How do you find the defendant?

Not Guilty_____    Guilty_____

### COUNT THREE
### Mann Act Transportation – Casandra Ventura

How do you find the defendant?

Not Guilty_____    Guilty_____

2

## COUNT FOUR
## Sex Trafficking of Jane

How do you find the defendant?

    Not Guilty_____       Guilty_____


## COUNT FIVE
## Mann Act Transportation – Jane

How do you find the defendant?

    Not Guilty_____       Guilty_____


_____                       _____
**DATE**                                                            **FOREPERSON**