# AGNIFILO INTRATER

July 1, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

      We write pursuant to the Court's May 20, 2025 Order requiring that email correspondence be docketed. (ECF 342.) Accordingly, we are filing email correspondence from the defense.

      Respectfully submitted,

      */s/ Teny Geragos*
Marc Agnifilo
Teny Geragos
Alexandra A.E. Shapiro
Jason A. Driscoll
Anna Estevao
Brian Steel
Nicole Westmoreland
Xavier Donaldson

cc:    All counsel (by ECF)