July 2nd, 2025

Dear Judge Subramanian,

I am writing to express my grave concern over the prospect of Sean Combs being released from custody. While I appreciate the fairness you have shown throughout this proceeding, I feel compelled to be unequivocal about the danger he poses to the public and to the individuals who have risked everything by coming forward.

Mr. Combs has a long, well-documented history of violent, coercive, and retaliatory behavior. Over the years, he has repeatedly escaped meaningful accountability, and each time this has only reinforced his sense of impunity. If he is released now, I have no doubt he will see it as yet another license to continue intimidating, threatening, and harming people who challenge or expose him.

Many of us have firsthand knowledge of the fear he instills in those around him. I can say without hesitation that he is a serious and immediate threat to victims, witnesses, and the broader community. His pattern of violence—particularly while engaged in the trafficking of individuals for prostitution—combined with unchecked substance abuse, makes it clear that he is not ready to re-enter society safely or responsibly.

To release Mr. Combs without substantial consequence would undermine the integrity of this process and send a dangerous message: that wealth and influence can shield someone indefinitely from accountability. It will also endanger those who cooperated with this investigation under subpoena, who are already living in fear of retaliation.

I urge you in the strongest possible terms to prioritize the safety of victims and witnesses over any consideration of leniency. Mr. Combs has had countless opportunities to change, and he has chosen instead to escalate his harmful conduct. Allowing him back into the community now would be a profound mistake.

Thank you for your time and for your commitment to protecting the public from those who repeatedly demonstrate they are unwilling to respect the law.

Respectfully,

Deonte Nash

DocuSigned by:
*[signature: Deonte Nash]*
F5D2B946310545F...