UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -against-<br><br>SEAN COMBS,<br>                              Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      As indicated during Wednesday's proceeding, the Court will hold a remote conference in this matter tomorrow, July 8, 2025, at 2:00 PM. Members of the public may listen in by attending in person at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in Courtrooms 24A and 24B.

      SO ORDERED.

Dated: July 7, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                          United States District Judge