UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SEAN COMBS,

              Defendant.

24-cr-542 (AS)

<u>VERDICT SHEET</u>

**COUNT ONE**
**Racketeering Conspiracy**

How do you find the defendant?

    Not Guilty __✓__      Guilty _____

<u>If and only if</u> you find the defendant guilty of Count One, which types of racketeering acts do you unanimously find were involved in the offense?

    <u>Acts involving kidnapping</u>

        Not Proved _____      Proved _____

    <u>Acts involving arson</u>

        Not Proved _____      Proved _____

    <u>Acts involving bribery</u>

        Not Proved _____      Proved _____

    <u>Acts involving witness tampering</u>

        Not Proved _____      Proved _____

    <u>Acts involving forced labor</u>

        Not Proved _____      Proved _____

Acts involving sex trafficking

    Not Proved _____   Proved _____

Acts involving transportation for purposes of prostitution

    Not Proved _____   Proved _____

Acts involving drug distribution

    Not Proved _____   Proved _____

If and only if you find the defendant guilty of Count One, did the pattern of racketeering activity include sex trafficking of Casandra Ventura?

    No _____   Yes _____

If and only if you find the defendant guilty of Count One, did the pattern of racketeering activity include sex trafficking of Jane?

    No _____   Yes _____

## COUNT TWO
### Sex Trafficking of Casandra Ventura

How do you find the defendant?

    Not Guilty __✓__   Guilty _____

## COUNT THREE
### Mann Act Transportation – Casandra Ventura

How do you find the defendant?

    Not Guilty _____   Guilty __✓__

2

### COUNT FOUR
### Sex Trafficking of Jane

How do you find the defendant?

Not Guilty ✓      Guilty _____

### COUNT FIVE
### Mann Act Transportation – Jane

How do you find the defendant?

Not Guilty _____      Guilty ✓

7/2/2025
DATE

█████████████
FOREPERSON

3