May 13th, 2025.

The Honorable Arun Subramaian
United State District Judge.
500 Pearl St. New York, NY 10007

Your Honor,

My name is ▓▓▓▓▓▓▓▓▓▓ (Juror 75)
I live in Westchester County with my wife who is age 75+. She is a Cancer Servior. (we have been Married for fourty years). My wife's Care taking needs are very specific and precise and therefore at present, I am the only one who take Care of her, In addition to Cooking and cleaning the house, in a daily bases. I hope that you will take in to account my unique situation in which I am responsible for the welfare of my wife. It will be greatley appriciated, If my request for an excuse from Jury Duty Can be granted.

Thank you so much.
Yours very truley,
▓▓▓▓▓▓▓▓▓▓

Date: 5/13/25
Time: 9:15 AM
Court Exhibit: 1