Juror #160

May 13, 2025

The Honorable Arun Subramanian
U.S. District Court: Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Request for Exception to Attend My Son's Preschool Graduation**

Dear Judge Subramanian,

I respectfully write to request an exception or accommodation regarding my Jury Duty obligation on Friday, June 20, 2025, due to a significant family event. My son is graduating from ▅▅▅▅▅▅ that day, and the ceremony is scheduled to begin at 3:15 PM in ▅▅▅▅▅▅

As a parent, this milestone in my son's early education is deeply meaningful. I would be incredibly grateful for the opportunity to be present to support and celebrate this moment with him.

Unfortunately, I was made aware of the official date of the graduation after the juror selection process had already begun, and I was not able to indicate this on the initial questionnaire. Because I have been chosen as a juror, I will continue to take my duty seriously, but I would be remiss not to make this plea.

If it is possible to adjust the court schedule on that date, I would sincerely appreciate your understanding and consideration.

Thank you very much for your time and compassion in the matter

Respectfully,

Juror #160

Date: 5/14/25
Time: 9:02 AM
Court Exhibit: 2