June 30th, 2025, 11:40 A.M.

We have elected Juror #5 as our foreperson.

[redacted]

Juror #5

Date: 6/30/25
Time: 11:43 AM
Court Exhibit: 9