June 30th, 2025   12:26 pm

We have a juror #25 who we are concerned cannot follow your honor's instructions. May I please speak with your honor or may you please interview him.

Juror #5

Date: 6/30/25
Time: 12:33 PM
Court Exhibit: 10