UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

CHAMBERS OF
ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE

June 30, 2025

Dear Jurors:

I received your note. I remind every juror of their duty to deliberate and their obligation to follow my instructions on the law. With that instruction in mind, please resume your deliberations. If any further issue on this topic arises, please have your foreperson send a further note. Please ensure that any notes do not reference or reveal any juror's view of the evidence, the merits of the case, or the breakdown of the vote.

Respectfully,

Hon. Arun Subramanian

1