June 30th, 2025, 4:30 pm

Referring to page 37 of the Jury Charge:
If a recipient wants, requests, or asks for controlled substances, and an individual hands over controlled substances to the requestor, has the individual who hands over the controlled substances "distributed"

Juror #5

Date: 6/30/25
Time: 4:37 PM
Court Exhibit: #12