June 30th, 2025, 4:35pm

We will end at 5:00pm today and resume at 9:00am tomorrow.

[redacted]

Juror #5

Date: 6/30/25
Time: 4:37 PM
Court Exhibit: 13