UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007



CHAMBERS OF
ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE

July 1, 2025

Dear Jurors:

In response to the jury's question, the Court refers the jury to page 37, lines 1–3 of its jury charge, which reads:

*The word "distribution" means actual, constructive, or attempted transfer. To distribute simply means to deliver, to pass over, or to hand over something to another person, or to cause it to be delivered, passed on, or handed over to another. Distribution does not require a sale.*

Respectfully,

Hon. Arun Subramanian

You must consider the charge as a whole, for this question, please consider the following pages of the written jury charge 36-39, with that understanding,