July 1, 2025, 10:15am

We would like to review the following elements of testimony/transcript:

1. Casandra Ventura testimony regarding Intercontinental Hotel incident

2. Casandra Ventura testimony regarding Cannes and the events immediately following

3. Casandra Ventura testimony (if any) regarding interactions/"freak-offs" with Daniel Phillip

4. Daniel Phillip testimony regarding Essex Hotel incident with Casandra Ventura

Date: 7/1/25
Time: 10:21 AM
Court Exhibit: 16

Juror #5