July 1, 2025, 4:05 pm

We have reached a verdict on counts 2, 3, 4, and 5. We are unable to reach a verdict on count 1 as we have jurors with unpersuadable opinions on both sides.

Juror #5

Date: 7/1/25
Time: 4:09 PM
Court Exhibit: 17