July 1, 2025, 5:19pm

We are concluding our deliberations for the day and will resume tomorrow at 9:00am.

Juror #5

Date: 7/1/25
Time: 5:19 PM
Court Exhibit: 18