July 2, 2025, 9:52 am

We have reached a verdict on all counts.

                                                      ███████████
                                                      Juror #5

Date: 7/2/25
Time: 10:02 AM
Court Exhibit: 19