UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>              Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Defendant Combs moves for release pending sentencing. Dkt. 483. The Government should respond to Combs's letter by **Thursday, July 31, 2025**.

    SO ORDERED.

Dated: July 29, 2025
       New York, New York

                                                           ARUN SUBRAMANIAN
                                                        United States District Judge