UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                  Plaintiff(s),

     -against-

SEAN COMBS,

                  Defendant(s).

24-CR-542 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Any reply brief in connection with defendant's motion for acquittal, or in the alternative a new trial, should be filed by **September 3, 2025**.

    SO ORDERED.

Dated: August 21, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                   United States District Judge