UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           -against-<br><br>SEAN COMBS,<br>                          Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court ordered that the jury in this case be kept anonymous to the public and partially sequestered. In furtherance of that order, the Court directed the Clerk of Court to provide the empaneled jurors with transportation from the courthouse at 500 Pearl Street after the conclusion of jury deliberations. This order memorializes that direction and constitutes an *nunc pro tunc* order of the Court.

      SO ORDERED.

Dated: August 22, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge