Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

September 1, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

      We write pursuant to the Court's July 9, 2025 order (Dkt.451), to identify cases we believe match the Court's stated criteria. We provide two lists of cases.

      First, we provide a list of cases where (i) the defendant was convicted solely under 18 U.S.C. § 2421(a), (ii) the defendant's base offense level was calculated under § 2G1.1(a)(2) and a Criminal History Category of I, and (iii) the defendant did not receive a downward departure under § 5K1.1. We identified 63 such cases using the United States Sentencing Commission's public datafiles from FY2005-FY2024.[1] While the Commission's datafiles exclude case identifiers, PACER searches make it possible to identify the dockets corresponding to the datafiles.[2]

      Second, we provide a broader list of additional cases where the primary or sole conviction was for a violation of 18 U.S.C. § 2421(a). We identified these cases by conducting PACER Criminal Cases Report searches in each district, searching for cases with 18 U.S.C. § 2421 in the "citation" field, which identifies dockets containing a Mann Act charge. Please note that for these cases, due to the limited information available on some dockets, differing PACER practices across districts, and the sealed nature of many filings, it is not always possible to determine key information regarding these dockets—including the offense conduct and how the Guidelines were applied. For the sake of completeness, however, we include these cases.

      The Court's order clearly states that "[n]o argument should be included in this letter." Dkt.451. We therefore note that our identification of these cases should in no way indicate that we believe these particular cases are relevant or should in any way guide the Court's approach to sentencing in this case. We merely identify these cases pursuant to the Court's order and reserve

---

[1] https://www.ussc.gov/research/datafiles/commission-datafiles.
[2] The USSG's datafiles contained three judgments matching the stated criteria for which we could not locate publicly available dockets.

Hon. Arun Subramanian
September 1, 2025

all arguments concerning the relevance of these cases—or the lack thereof—for our forthcoming sentencing memorandum.

**I. List 1: 18 U.S.C. § 2421(a) convictions sentenced under § 2G1.1(a)(2) & CHC I**

*USA v. Modica et al*, 1:09-cr-01243-LAK (S.D.N.Y.) (Defendant Porcelli)
*USA v. Chang et al*, 1:10-CR-00878-KMW (S.D.N.Y.) (Defendant Seok Cho)
*USA v. Cross et al*, 1:10-cr-00939-GBD (S.D.N.Y.) (Defendant Cross)
*USA v. He et al*, 1:15-cr-00730-JPO (S.D.N.Y.) (Defendant Chin)
*USA v. He et al*, 1:15-cr-00730-JPO (S.D.N.Y.) (Defendant He)
*USA v. Mendoza-Mendez*, 1:15-cr-00640-ENV (E.D.N.Y.)
*USA v. Flores-Rocha*, 1:11-cr-00032-jgm (D. Vt.)
*USA v. Cardona-Paguada et al*, 1:12-cr-00006-jgm (D. Vt.) (Defendant Cardona-Paguada)
*USA v. Cardona-Paguada et al*, 1:12-cr-00006-jgm (D. Vt.) (Defendant Posadas-Lara)
*USA v. Ramos-Navarro*, 3:11-cr-00072-MMH (M.D. Fla.)
*USA v. Cardoza*, 3:11-cr-00188-RBD-MCR (M.D. Fla.)
*USA v. Ospina*, 3:11-cr-00189-RBD-PDB (M.D. Fla.)
*USA v. Aranda*, 3:11-cr-00190-BJD-MCR (M.D. Fla.)
*USA v. Vallecillo*, 3:11-cr-00191-RBD (M.D. Fla.)
*USA v. Carcamo*, 3:11-cr-00192-RBD-J_T (M.D. Fla.)
*USA v. Almestica et al*, 2:11-cr-14029-JEM (S.D. Fla.) (Defendant Almestica)
*USA v. Park*, 3:13-cr-00037-KRG (W.D. Pa.)
*USA v. Castillo Paucar*, 2:17-cr-00130-CCC (D.N.J.)
*USA v. Spates*, 1:09-cr-00004-CMH (E.D. Va.)
*USA v. Ramirez*, 1:10-cr-00416-CMH (E.D. Va.)
*USA v. Park*, 1:11-cr-00014-LO (E.D. Va.)
*USA v. Campos Murillo*, 1:11-cr-00578-LMB (E.D. Va.)
*USA v. Hernandez*, 1:16-cr-00109-JL (D.N.H.)
*USA v. Whaley*, 1:18-cr-10091-RWZ (D. Mass.)
*USA v. Reyes Maradiaga*, 1:11-cr-00507-BEL (D. Md.)
*USA v. Ingram et al*, 1:17-cr-00582-CCB (D. Md.) (Defendant Orayl Ingram)
*USA v. Nabit*, 1:21-cr-00038-GLR (D. Md.)
*USA v. Rhodes*, 3:13-cr-00222-MOC (W.D. N.C.)
*USA v. Thomas*, 1:16-cr-00035-TDS (M.D. N.C.)
*USA v. Bennett et al*, 1:16-cr-00329-WO (M.D. N.C.) (Defendant Ashley Shane Upchurch)
*USA v. Moreno et al*, 1:12-cr-00660-MBS (D.S.C.) (Defendant Maria Garcia-Moreno)
*USA v. Moreno et al*, 1:12-cr-00660-MBS (D.S.C.) (Defendant Donaciano Tecpa-Tecpa)
*USA v. Moreno et al*, 1:12-cr-00660-MBS (D.S.C.) (Defendant Ruben Cabanas-Torres)
*USA v. Moreno et al*, 1:12-cr-00660-MBS (D.S.C.) (Defendant Esteban Acosta-Munoz)
*USA v. SEALED*, 6:20-cr-00077-JCB-KNM (E.D. Tex.) (Defendant Rachel Walker)
*USA v. Cummings*, 7:13-cr-00017-O (N.D. Tex.)
*USA v. Guerra*, 1:23-cr-00075-RP (W.D. Tex.) (Defendant Rubber Rios Guerra)

Hon. Arun Subramanian
September 1, 2025

> *USA v. Guerra* 1:23-cr-00075-RP (W.D. Tex.) (Defendant Raysel Carrion-Tamayo)
> *USA v. Dawson et al*, 5:18-cr-00015-FB (W.D. Tex.) (Defendant Courtney Elizabeth Ballard)
> *USA v. Swindle et al*, 6:16-cr-00018-RP (W.D. Tex.) (Defendant Loren Ashley Morris)
> *USA v. Collins et al*, 3:17-cr-00110-MPM-RP (N.D. Miss.) (Defendant Mario D. Collins)
> *USA v. Collins et al*, 3:17-cr-00110-MPM-RP (N.D. Miss.) (Defendant Paulette M. Clayton)
> *USA v. Flores*, 2:13-cr-00016-KS-MTP (S.D. Miss.)
> *USA v. McWhirter*, 2:12-cr-20228-STA (W.D. Tenn.)
> *USA v. Wallace*, 1:13-cr-00117-HSM-SKL (E.D. Tenn.)
> *USA v. Berte*, 2:12-cr-00096-JRG (E.D. Tenn.)
> *USA v. Perdomo*, 3:10-cr-00097 (E.D. Tenn.)
> *USA v. Bastos*, 1:06-cr-00395 (N.D. Ill.)
> *USA v. Torres*, 4:08-cr-00364-SWW (E.D. Ark.)
> *USA v. Adams*, 4:19-cr-00573-SRC (E.D. Mo.)
> *USA v. Duckworth*, 4:14-cr-40076-KES (D.S.D.)
> *USA v. Laines et al*, 7:15-cr-00018-LAG-ALS-23 (M.D. Ga.) (Defendant Bernabe Carbajal)
> *USA v. Bovadilla-Canales*, 2:12-cr-00114-LSC-TMP (N.D. Ala.)
> *USA v. Castilblanco-Hernandez*, 7:10-cr-00123-AKK-HGD (N.D. Ala.)
> *USA v. Kidgell et al*, 6:13-cr-10129-EFM-2 (D. Kan.) (Defendant Yan Zhang)
> *USA v Cheah et al*, 1:06-cr-00480-LTB-2 (D. Colo.) (Defendant Wai Chong Kong)
> *USA v Cheah et al,* 1:06-cr-00480-LTB-3 (D. Colo.) (Defendant Kit Chi Ho)
> *USA v. Shin*, 2:04-cr-00080-RSL-1 (W.D. Wash.) (Defendant Tae Hyu Shin)
> *USA v. Shiffer*, 3:11-cr-00116-HDM-WGC (D. Nev)
> *USA v. Muldowney*, 2:20-cr-00776-SPL (D. Ariz.)
> *USA v. Rodriquez, et al*, 4:01-cr-67 (N.D. Ga.) (Defendant Andrea Rodriquez)
> *USA v. Kang et al*, 2:06-cr-298 (W.D. Wash.) (Defendant Zhenhua Liu)
> *USA v. Montes et al*, 5:12-cr-00029 (N.D. W.V.)

**II. Set 2: Remaining Mann Act Cases**

> *USA v. Chin*, 1:03-cr-01322-SHS (S.D.N.Y.)
> *USA v. Trochtchenkova et al*, 1:05-cr-00503-LTS-1 (S.D.N.Y.) (Defendant Trochtchenkova)
> *USA v. Parker*, 1:06-cr-00348-PAC-1 (S.D.N.Y.)
> *USA v. Modica et al*, 1:09-cr-01243-LAK (S.D.N.Y.) (Defendant Maiurro)
> *USA v. Cross et al*, 1:10-cr-00939-GBD (S.D.N.Y.) (Defendant Ryder)
> *USA v. Gu et al*, 16-cr-460 (KPF) (S.D.N.Y.) (Defendant Gu)
> *USA v. Gu et al*, 16-cr-460 (KPF) (S.D.N.Y.) (Defendant Gong)
> *USA v. Green*, 7:16-cr-00758-KMK (S.D.N.Y.)
> *USA v. Randall et al*, 1:19-cr-00131-PAE-9 (S.D.N.Y.) (Defendant Parker)
> *USA v. Wu et al*, 7:18-cr-00159-KMK (S.D.N.Y.) (Defendant Chen)
> *USA v. Cortes-Eliosa*, 1:06-cr-00219-ERK-RER (E.D.N.Y.)
> *USA v. Kim et al*, 1:06-cr-605-CBA-RLM (E.D.N.Y.) (Defendant Polachek)

Hon. Arun Subramanian
September 1, 2025

*USA v. Kim et al*, 1:06-cr-605-CBA-RLM (E.D.N.Y.) (Defendant Jong Tae Park)
*USA v. Brockett et al*, 1:08-cr-00829-SJ (E.D.N.Y.) (Defendant Portee)
*USA v. Blake et al*, 1:11-cr-00183-ERK (E.D.N.Y.) (Defendant Cruz)
*USA v. Osorio*, 1:21-cr-00336-WFK (E.D.N.Y.) (Defendant Armando Garcia Osorio)
*USA v. Trowbridge*, 1:08-cr-00074-WMS (W.D.N.Y.)
*USA v. Tills*, 1:08-cr-00242-WMS (W.D.N.Y.)
*USA v. McDonald*, 1:20-cr-00134-JLS-JJM (W.D.N.Y.)
*USA v. Briggs et al*, 3:11-cr-00025-JCH (D. Conn.) (Defendant Vasquez)
*USA v. Briggs et al*, 3:11-cr-00025-JCH (D. Conn.) (Defendant Franklin)
*USA v. Paris et al*, 3:06-cr-00064-JBA (D. Conn.) (Defendant Martinez)
*USA v. Paris et al*, 3:06-cr-00064-JBA (D. Conn.) (Defendant Sulewski)
*USA v. Paris et al*, 3:06-cr-00064-JBA (D. Conn.) (Defendant Tanuis)
*USA v. Paris et al*, 3:06-cr-00064-JBA (D. Conn.) (Defendant Dove)
*USA v. Paris et al*, 3:06-cr-00064-JBA (D. Conn.) (Defendant Fanning)
*USA v. Paris et al*, 3:06-cr-00064-JBA (D. Conn.) (Defendant Williams)
*USA v. Thomas*, 2:23-cr-00145-SPG (C.D. Cal.)
*USA v. Butler, Jr.*, 8:00-cr-00147-AHS (C.D. Cal.)
*USA v. Braun*, 8:09-cr-00068-CJC (C.D. Cal.)
*USA v. Taite*, 8:13-cr-00198-JVS (C.D. Cal.)
*USA v. Hamilton et al*, 8:21-cr-00169-DOC (C.D. Cal.) (Defendant Turner)
*USA v. Peirson*, 8:22-cr-00136-JVS (C.D. Cal.)
*USA v. Yang et al*, 3:05-cr-00395-JL (N.D. Cal.) (Defendant Yang)
*USA v. Yang et al*, 3:05-cr-00395-JL (N.D. Cal.) (Defendant Seyun Kim)
*USA v. Yang et al*, 3:05-cr-00395-JL (N.D. Cal.) (Defendant In Seung Kim)
*USA v. Yang et al*, 3:05-cr-00395-JL (N.D. Cal.) (Defendant Yi)
*USA v. Yang et al*, 3:05-cr-00395-JL (N.D. Cal.) (Defendant Youn)
*USA v. Ly, et al*, 4:01-cr-00051-EXE (N.D. Cal.) (Defendant Ly)
*USA v. Ly, et al*, 4:01-cr-00051-EXE (N.D. Cal.) (Defendant Lai)
*USA v. Ly, et al*, 4:01-cr-00051-EXE (N.D. Cal.) (Defendant Lo)
*USA v. Ly, et al*, 4:01-cr-00051-EXE (N.D. Cal.) (Defendant Lam)
*USA v. Ly, et al*, 4:01-cr-00051-EXE (N.D. Cal.) (Defendant Vo)
*USA v. Tran, et al*, 4:01-cr-00052-PJH (N.D. Cal.) (Defendant Tran)
*USA v. Tran, et al*, 4:01-cr-00052-PJH (N.D. Cal.) (Defendant Le)
*USA v. Eun*, 5:08-cr-00383-JW (N.D. Cal.)
*USA v. Cuahutle-Garcia et al*, 5:15-cr-00214-EJD (N.D. Cal.) (Defendant Garcia)
*USA v. Cuahutle-Garcia et al*, 5:15-cr-00214-EJD (N.D. Cal.) (Defendant Rodriguez-Lopez)
*USA v. Cuahutle-Garcia et al*, 5:15-cr-00214-EJD (N.D. Cal.) (Defendant Lozano-Perez)
*USA v. Cuahutle-Garcia et al*, 5:15-cr-00214-EJD (N.D. Cal.) (Defendant Lujan-Dozier)
*USA v. Brown*, 3:17-cr-00808-WQH (S.D. Cal.) (Defendant Tavulares)
*USA v. Williams*, 3:19-cr-00104-MCR (N.D. Fla.)
*USA v. Rodriguez et al*, 15-cr-30 (N.D. Fla.) (Defendant Rodriguez)
*USA v. Rodriguez et al*, 15-cr-30 (N.D. Fla.) (Defendant Flores-Esparza)
*USA v. Rodriguez et al*, 15-cr-30 (N.D. Fla.) (Defendant Prudencio)
*USA v. Rodriguez et al*, 15-cr-30 (N.D. Fla.) (Defendant Tobon)

Hon. Arun Subramanian
September 1, 2025

*USA v. Rodriguez et al*, 15-cr-30 (N.D. Fla.) (Defendant Corvera)
*USA v. Rodriguez et al*, 15-cr-30 (N.D. Fla.) (Defendant Santiz)
*USA v. Clemons*, 3:14-cr-00134-MMH-MCR (M.D. Fla.)
*USA v. Glee*, 3:17-cr-00217-HES-PDB (M.D. Fla.)
*USA v. Collins*, 3:17-cr-00226-BJD-MCR (M.D. Fla.)
*USA v. Vanover*, 3:18-cr-00069-TJC-MCR (M.D. Fla.)
*USA v. Jenkins*, 3:19-cr-00124-BJD-MCR (M.D. Fla.)
*USA v. Fiorenza et al*, 1:14-cr-20784-CMA (S.D. Fla.) (Defendant Fiorenza)
*USA v. Fiorenza et al*, 1:14-cr-20784-CMA (S.D. Fla.) (Defendant Kaszab)
*USA v. Fiorenza et al*, 1:14-cr-20784-CMA (S.D. Fla.) (Defendant Balazs)
*USA v. Fiorenza et al*, 1:14-cr-20784-CMA (S.D. Fla.) (Defendant Avram)
*USA v. Revoredo et al*, 1:18-cr-20376-RS (S.D. Fla.) (Defendant Revoredo)
*USA v. Revoredo et al*, 1:18-cr-20376-RS (S.D. Fla.) (Defendant Barriga)
*USA v. Almestica et al*, 2:11-cr-14029-JEM (S.D. Fla.) (Defendant Encarnacion)
*USA v. Berlingeri Janer*, 9:21-cr-80054-RLR (S.D. Fla.)
*USA v. Humphrey et al.*, 2:14-cr-00022-RDM-2 (M.D. Pa.) (Defendant Kyoni Humphrey)
*USA v. Hill*, 2:07-cr-00365-TFM (W.D. Pa.)
*USA v. Williams*, 1:09-cr-00780-JHR (D.N.J.)
*USA v. Kulick*, 1:14-cr-00057-JEI (D.N.J.)
*USA v. Smith*, 2:13-cr-00383-SRC (D.N.J.)
*USA v. Valencia Vargas*, 2:23-cr-00841-MEF (D.N.J.)
*USA v. Thompkins et al*, 3:05-cr-00888-FLW (D.N.J.) (Defendant Lopez)
*USA v. Alston*, 1:02-cr-00415-LMB (E.D. Va.)
*USA v. Hill*, 1:07-cr-00012-JCC (E.D. Va.)
*USA v. King*, 1:08-cr-00281-JCC (E.D. Va.)
*USA v. Wright*, 1:09-cr-00385-CMH (E.D. Va.)
*USA v. Hernandez*, 1:12-cr-00437-GBL (E.D. Va.)
*USA v. Tellez*, 1:13-cr-00118-CMH (E.D. Va.)
*USA v. Medina-Torres et al*, 2:06-cr-00089-WDK-TEM (E.D. Va.) (Defendant Morales-Lopez)
*USA v. Medina-Torres et al*, 2:06-cr-00089-WDK-TEM (E.D. Va.) (Defendant Medino-Torres)
*USA v. Medina-Torres et al*, 2:06-cr-00089-WDK-TEM (E.D. Va.) (Defendant Garcia-Perez)
*USA v. Medina-Torres et al*, 2:06-cr-00089-WDK-TEM (E.D. Va.) (Defendant Amarildo-Garcia)
*USA v. Pohlig*, 2:20-cr-00063-AWA-DEM (E.D. Va.)
*USA v. Beard*, 2:21-cr-00021-RAJ-DEM (E.D. Va.)
*USA v. Moore*, 2:23-cr-00047-EWH-RJK (E.D. Va.)
*USA v. Cooley*, 3:14-cr-00110-MHL (E.D. Va.)
*USA v. Pallas*, 2:04-cr-00125-DBH (D. Me.)
*USA v. Reiner et al*, 2:04-cr-00127-DBH (D. Me.) (Defendant Stilwell)
*USA v. Gravely*, 2:13-cr-00191-NT (D. Me.)
*USA v. Blanchard*, 2:14-cr-00009-NT (D. Me.)

Hon. Arun Subramanian
September 1, 2025

*USA v. Grondin*, 2:15-cr-00146-NT (D. Me.)
*USA v. Miller*, 2:16-cr-00172-NT (D. Me.)
*USA v. Li et al*, 2:18-cr-00178-NT (D. Me.) (Defendant Li)
*USA v. Li et al*, 2:18-cr-00178-NT (D. Me.) Defendant Miao)
*USA v. Reyes*, 1:15-cr-00202-LM (D.N.H.)
*USA v. Valdma*, 1:03-cr-10353-WGY (D. Mass.)
*USA v. Norris et al*, 1:13-cr-10077-DJC-3 (D. Mass.) (Defendant Grandoit)
*USA v. Norris et al*, 1:13-cr-10077-DJC-3 (D. Mass.) (Defendant Sanchez)
*USA v. Norris et al*, 1:13-cr-10077-DJC-3 (D. Mass.) (Defendant Kanda)
*USA v. Wells et al*, 1:16-cr-10003-DJC (D. Mass.) (Defendant Decoteau)
*USA v. Laureano et al*, 1:16-cr-00049-JJM-LDA (D.R.I.) (Defendant Vargas)
*USA v. Laureano et al*, 1:16-cr-00049-JJM-LDA (D.R.I.) (Defendant Laureano)
*USA v. Tsouroutis*, 3:07-cr-00008-NKM (W.D. Va.)
*USA v. Coello-Ordonez et al*, 5:13-cr-00023-MFU (W.D. Va.) (Defendant Kevin Alain Coello-Galeano)
*USA v. Coello-Ordonez et al*, 5:13-cr-00023-MFU (W.D. Va.) (Defendant Mario Ramirez-Larios)
*USA v. Coello-Ordonez et al*, 5:13-cr-00023-MFU (W.D. Va.) (Defendant Frias-de los Santos)
*USA v. Herrera Aranda et al*, 1:11-cr-00049-BEL (D. Md.) (Defendant Herrera Aranda)
*USA v. Herrera Aranda et al*, 1:11-cr-00049-BEL (D. Md.) (Defendant Sanchez)
*USA v. Conley*, 1:13-cr-00537-GLR (D. Md.)
*USA v. Boswell*, 1:13-cr-00606-JKB (D. Md.)
*USA v. Lopez-Cruz*, 8:05-cr-00308-AW (D. Md.)
*USA v. Wright*, 1:17-cr-00006-MOC-WCM (W.D. N.C.)
*USA v. Martinez*, 3:08-cr-00035-FDW (W.D. N.C.)
*USA v. Rodgers*, 3:11-cr-00152-MOC-DSC (W.D. N.C.)
*USA v. Guzman-Martinez*, 3:11-cr-00334-MOC (W.D. N.C.)
*USA v. Stinnette*, 3:17-cr-00304-MOC-DSC (W.D. N.C.)
*USA v. Chay-De La Cruz*, 1:04-cr-00232-WLO (M.D. N.C.)
*USA v. Gonzalez-Luna*, 1:04-cr-00233-WLO (M.D. N.C.)
*USA v. Lopez-Hernandez*, 1:04-cr-00234-WLO (M.D. N.C.)
*USA v. Mora-Bueno*, 1:04-cr-00235-WLO (M.D. N.C.)
*USA v. Bennett et al*, 1:16-cr-00329-WO (M.D. N.C.) (Defendant Celenia Pauline Gracelynn Bennett)
*USA v. Lewis*, 1:17-cr-00110-LCB (M.D. N.C.)
*USA v. Blackmon*, 1:17-cr-00226-WO (M.D. N.C.)
*USA v. Williams*, 5:15-cr-00107-D (E.D. N.C.)
*USA v. Griffin et al*, 5:20-cr-00082-BO (E.D. N.C.) (Defendant Daniel Phillip Griffin)
*USA v. Griffin et al*, 5:20-cr-00082-BO (E.D. N.C.) (Defendant Starlett May Lehti)
*USA v. Williams*, 7:19-cr-00149-FL (E.D. N.C.)
*USA v. Jacome-Jacome*, 2:23-cr-00576-RMG (D. S.C.)
*USA v. McLeod et al*, 3:12-cr-00329-CMC (D. S.C.) (Defendant Geroge McLeod, III)
*USA v. Blakeney*, 4:19-cr-00286-DCC (D. S.C.)
*USA v. Higgins*, 9:19-cr-00685-RMG (D. S.C.)

Hon. Arun Subramanian
September 1, 2025

*USA v. Evans, et al.*, 4:20-cr-00298 (S.D. Tex.) (Defendant Kirkwood)
*USA v. Evans, et al.*, 4:20-cr-00298 (S.D. Tex.) (Defendant Meyers)
*USA v. Salazar, et al*, 4:22-cr-00293 (S.D. Tex.) (Defendant Esmeralda Texis Texis)
*USA v. Bennett*, 4:19-cr-00292-SDJ-KPJ (E.D. Tex.)
*USA v. Williams et al*, 3:09-cr-00145-N (N.D. Tex.) (Defendant Kenya Leeann Thomas)
*USA v. Williams et al*, 3:09-cr-00145-N (N.D. Tex.) (Defendant Preston Petitt)
*USA v. Brathwaite*, 3:14-cr-00429-M (N.D. Tex.)
*USA v. Wright*, 3:20-cr-00184-K (N.D. Tex.)
*USA v. Robinson*, 4:13-cr-00110-Y (N.D. Tex.)
*USA v. Jackson*, 5:24-cr-00137-H-BV (N.D. Tex.)
*USA v. Hall*, 5:19-cr-00154-OLG (W.D. Tex.)
*USA v. Bailey*, 6:15-cr-148-ADA (W.D. Tex.)
*USA v. Manaway*, 3:10-cr-02051-FM (W.D. Tex.)
*USA v. Fernandez*, 3:12-cr-01346-DCG (W.D. Tex.)
*USA v. Marquez*, 3:12-cr-01542-DCG (W.D. Tex.)
*USA v. Missiadan*, 3:16-cr-01493-FM (W.D. Tex.)
*USA v. Perry*, 5:12-cr-00414-FB (W.D. Tex.)
*USA v. Dawson et al*, 5:18-cr-00015-FB (W.D. Tex.) (Defendant Leroy Dawson)
*USA v. Saulsberry*, 5:19-cr-00691-XR (W.D. Tex.)
*USA v. Love*, 6:10-cr-00090-WSS (W.D. Tex.) (Defendant Dewayne Charles Love)
*USA v. Love*, 6:10-cr-00090-WSS (W.D. Tex.) (Defendant Alexis Shabre Witherspoon)
*USA v. Swindle et al*, 6:16-cr-00018-RP (W.D. Tex.) (Defendant Deangelo Cortez Swindle)
*USA v. Stahlecker*, 7:06-cr-00102-RAJ (W.D. Tex.)
*USA v. Ake-Caamal*, 2:14-cr-00075-PM-KK (W.D. La.)
*USA v. Gilliland*, 3:02-cr-30012-RGJ-KLH (W.D. La.)
*USA v. Duong*, 2:18-cr-00251-CJB-JVM (E.D. La.)
*USA v. Cabus-Alvarado et al*, 2:20-cr-00027-JTM-MBN (E.D. La.) (Defendant Waleska Miroslava Cabus-Alvarado)
*USA v. Cabus-Alvarado et al*, 2:20-cr-00027-JTM-MBN (E.D. La.) (Defendant Bianca Zelaya-Mertens)
*USA v. Robertson et al*, 3:17-cr-00016-SA-RP (N.D. Miss.) (Defendant Ladarius E. Jackson)
*USA v. Fulcher et al*, 1:22-cr-00001-TBM-RPM (S.D. Miss.) (Defendant Jonzie Hamilton)
*USA v. Gutierrez*, 3:20-cr-00089 (M.D. Tenn.)
*USA v. Troutman*, 1:13-cr-00023-TRM-CHS (E.D. Tenn.)
*USA v. Rios et al*, 2:11-cr-00041-RLJ (E.D. Tenn.) (Defendant Eusebio Flores Martinez)
*USA v. Rios et al*, 2:11-cr-00041-RLJ (E.D. Tenn.) (Defendant Elda Dorali Moreno Ramirez)
*USA v. Watkins*, 3:14-cr-00079-TBR (W.D. Ky.)
*USA v. McNeary*, 3:15-cr-00047-JHM (W.D. Ky.)
*USA v. Sims*, 2:23-cr-00012-DLB-CJS (E.D. Ky.)
*USA v. Garcia-Lopez et al*, 3:05-cr-00007-KKC (E.D. Ky.) (Defendant Eduardo Garcia-Lopez)

Hon. Arun Subramanian
September 1, 2025

*USA v. Comberger*, 5:21-cr-00051-GFVT-MAS (E.D. Ky.)
*USA v. Brown et al*, 1:15-cr-00010-TSB (S.D. Oh.) (Defendant Anthony Lee Brown)
*USA v. Brown et al*, 1:15-cr-00010-TSB (S.D. Oh.) (Defendant Christopher Combs)
*USA v. Magdariaga*, 2:11-cr-00150-MHW-NMK (S.D. Oh.)
*USA v. Davis*, 1:09-cr-00143-DCN (N.D. Oh.)
*USA v. Calhoun et al*, 3:10-cr-00464-JGC (N.D. Oh.) (Defendant Damien J. Harris)
*USA v. Woodmore*, 3:15-cr-00369-JJH (N.D. Oh.)
*USA v. White et al*, 2:06-cr-20412-DPH-PJK (E.D. Mich.) (Defendant Mark Luke White)
*USA v. White et al*, 2:06-cr-20412-DPH-PJK (E.D. Mich.) (Defendant Hae Sun Kim)
*USA v. Youngblood*, 2:11-cr-20762-PDB-LJM (E.D. Mich.)
*USA v. Dorsey*, 1:17-cr-00299 (N.D. Ill.)
*USA v. Rodriguez*, 4:08-cr-00223-JLH (E.D. Ark.)
*USA v. Lenoir*, 4:13-cr-00260-BSM (E.D. Ark.)
*USA v. Straub*, 4:15-cr-00124-AGF (E.D. Mo.)
*USA v. Taylor*, 4:19-cr-00276-MTS (E.D. Mo.)
*USA v. McCrary*, 4:24-cr-00037-JAR (E.D. Mo.)
*USA v. Walker*, 4:24-cr-00240-SEP (E.D. Mo.)
*USA v. Birchfield*, 4:04-cr-00138-NKL (W.D. Mo.)
*USA v. Brewster*, 4:18-cr-00085-GAF (W.D. Mo.)
*USA v. Goins*, 4:20-cr-00216-GAF (W.D. Mo.)
*USA v. Alamina*, 8:12-cr-00272-JFB-TDT (D. Neb.)
*USA v. Patton*, 8:12-cr-00273-LSC-FG3 (D. Neb.)
*USA v. Taylor*, 8:12-cr-00416-LSC-FG3 (D. Neb.)
*USA v. Caesar*, 8:13-cr-00196-JFB-FG3 (D. Neb.)
*USA v. Carr et al*, 8:17-cr-00262-JMG-MDN (D. Neb.) (Defendant Brandon Carr)
*USA v. Carr et al*, 8:17-cr-00262-JMG-MDN (D. Neb.) (Defendant Tiera Rowsey-Harris)
*USA v. Nunnelly*, 1:17-cr-00187-DLH (D.N.D.)
*USA v. Allen*, 1:18-cr-00067-DMT (D.N.D.)
*USA v. Navy*, 3:15-cr-00044-JMM (D.N.D.)
*USA v. Johnson*, 3:15-cr-00066-RRE (D.N.D.)
*USA v. Becker*, 4:13-cr-40094-KES (D.S..D.)
*USA v. Roberts*, 4:13-cr-40137-KES (D.S.D.)
*USA v. Nance et al*, 4:14-cr-40114-KES (D.S.D.) (Defendant David Eugene Nance)
*USA v. Keith*, 4:15-cr-40090-KES (D.S.D.)
*USA v. Dickey et al*, 4:15-cr-40102-KES (D.S.D.) (Defendant Michael Lee Dickey)
*USA v. Dickey et al*, 4:15-cr-40102-KES (D.S.D.) (Defendant Eric Sims)
*USA v. Kent*, 4:17-cr-40012-KES (D.S.D.)
*USA v. Wilson*, 4:17-cr-40017-KES (D.S.D.)
*USA v. Duckworth*, 4:18-cr-40010-KES (D.S.D.)
*USA v. Parks*, 1:19-cr-00248-TJK (D.D.C.)
*USA v. Dawson*, 1:23-cr-00383-JDB (D.D.C.)
*USA v. Mendez-Hernandez et al*, 4:13-cr-00004-LGW-CLR-4 (S.D. Ga.) (Defendant David Reyes)
*USA v. Mendez-Hernandez et al*, 4:13-cr-00004-LGW-CLR-5 (S.D. Ga.) (Defendant Antonio Ramirez-Catalan)

Page 9

Hon. Arun Subramanian
September 1, 2025

*USA v. Williams et al*, 5:17-cr-00024-MTT-CHW-4 (M.D. Ga.) (Defendant Hamza Abdul Vasser)
*USA v. Garvin et al*, 7:17-cr-00005-HL-TQL-1 (M.D. Ga.) (Defendant Frankie Antwan Garvin, III)
*USA v. Garvin et al*, 7:17-cr-00005-HL-TQL-2 (M.D. Ga.) (Defendant Shanisha Kiera Glover)
*USA v. Hutto*, 7:18-cr-00007-WLS-ALS (M.D. Ga.)
*USA v. Currens*, 1:19-cr-00084-TFM-N (S.D. Ala.)
*USA v. Calhoun et al*, 2:05-cr-00571-IPJ-PWG-1 (N.D. Ala.) (Defendant Gregory Terrell Calhoun)
*USA v. Calhoun et al*, 2:05-cr-00571-IPJ-PWG-2 (N.D. Ala.) (Defendant Renorda Senora Gaymon)
*USA v. Owens*, 1:18-cr-00122-SWS (D. Wyo.)
*USA v. Bowman*, 2:18-cr-00015-SWS (D. Wyo.)
*USA v. Blanks*, 2:18-cr-00159-NDF (D. Wyo.)
*USA v. Crawford*, 2:19-cr-00147-ABJ (D. Wyo.)
*USA v. Spencer*, 2:01-cr-00531-DAK (D. Utah)
*USA v. Walton*, 2:09-cr-00728-DS (D. Utah)
*USA v. Hadley*, 2:09-cr-00730-DB (D. Utah)
*USA v. Lowery et al*, 2:13-cr-00785-DB-1 (D. Utah) (Defendant Ontario Lowery)
*USA v. Gilbert et al*, 2:17-cr-00695-DB-1 (D. Utah) (Defendant Samuel Marquell Gilbert)
*USA v. Flemmings*, 2:21-cr-00211-DAK (D. Utah)
*USA v. Jackson*, 4:14-cr-00106-JED (N.D. Okla.)
*USA v. Graves et al*, 4:20-cr-00060-GKF-1 (N.D. Okla.) (Defendant Beyonca Lekay Graves)
*USA v. Moore*, 2:13-cr-01209-SWS (D. N.M.)
*USA v. Sweargin*, 5:17-cr-02402-KG (D. N.M.)
*USA v. Wu*, 2:19-cr-20078-JAR (D. Kan.)
*USA v. Vandunk, et al*, 2:22-cr-20028-DDC-3 (D. Kan.) (Defendant Kaylan M. Coppage)
*USA v. Vandunk, et al*, 2:22-cr-20028-DDC-3 (D. Kan.) (Defendant Tyron Davis)
*USA v. Rogers*, 6:07-cr-10178-JTM (D. Kan.)
*USA v. Anderson*, 6:23-cr-10010-EFM (D. Kan.)
*USA v. Stephens*, 1:18-cr-00265-RM (D. Colo.)
*USA v. Rodriguez et al*, 1:20-cr-00084-PAB-1 (D. Colo.) (Defendant Teresita Rodriguez)
*USA v. Rodriguez et al*, 1:20-cr-00084-PAB-2 (D. Colo.) (Defendant Jeramy Caron)
*USA v. Lam*, 2:02-cr-00335-RSL-1 (W.D. Wash.) (Defendant Yuen Yuen Lam)
*USA v. Lam*, 2:02-cr-00335-RSL-4 (W.D. Wash.) (Defendant De Qin Zhang)
*USA v. Lam*, 2:02-cr-00335-RSL-5 (W.D. Wash.) (Defendant Quan Tu)
*USA v. Shin*, 2:04-cr-00080-RSL-2 (W.D. Wash.) (Defendant Kong Sun Hernandez)
*USA v. McGlover*, 2:06-cr-00393-JLR-3 (W.D. Wash.) (Defendant Cynthia McGlover)
*USA v. Barnum*, 2:14-cr-00281-JCC (W.D. Wash.)
*USA v. Robinson*, 2:14-cr-00303-JCC (W.D. Wash.)
*USA v. Wang et al*, 2:17-cr-00135-TSZ-3 (W.D. Wash.) (Defendant Yongguang Wu)
*USA v. Adell et al*, 3:09-cr-00075-BR-1 (D. Or.) (Defendant Elton Clinton Adell)

Hon. Arun Subramanian
September 1, 2025

    *USA v. Key*, 3:11-cr-00211-MO (D. Or.)
    *USA v. Winns*, 3:12-cr-00231-HZ (D. Or.)
    *USA v. Harris*, 3:12-cr-00372-MO (D. Or.)
    *USA v. Jackson et al*, 3:12-cr-00642-SI (D. Or.) (Defendant Jennifer Jackson)
    *USA v. Jackson et al*, 3:12-cr-00642-SI (D. Or.) (Defendant Edward Anthony Truong)
    *USA v. Taplin*, 3:13-cr-00266-SI (D. Or.)
    *USA v. Lambden et al*, 3:13-cr-00294-JO (D. Or.) (Defendant Laura Evet Lambden)
    *USA v. Lambden et al*, 3:13-cr-00294-JO (D. Or.) (Defendant Ben Allen Riggs)
    *USA v. SEALED*, 3:14-cr-00030-HZ (D. Or.)
    *USA v. Howard, Jr.*, 3:14-cr-00032-IM (D. Or.)
    *USA v. Willis, Jr.*, 3:14-cr-00033-MO (D. Or.)
    *USA v. Barnes et al*, 3:16-cr-00326-JO (D. Or.) (Defendant Aaron M. Barnes)
    *USA v. Barnes et al*, 3:16-cr-00326-JO (D. Or.) (Defendant Kamau Curnal)
    *USA v. King*, 3:16-cr-00351-MO (D. Or.)
    *USA v. Johnson*, 3:16-cr-00396-BR (D. Or.)
    *USA v. Davis et al*, 1:15-cr-00114-SPW (D. Mont.) (Defendant Luther Gerome Davis)
    *USA v. Davis et al*, 1:15-cr-00114-SPW (D. Mont.) (Defendant Larry Burnell Sept, Jr.)
    *USA v. Rivera*, 1:16-cr-00125-SPW (D. Mont.)
    *USA v. Jackson*, 1:17-cr-00117-SPW (D. Mont.)
    *USA v. Petrie*, 1:19-cr-00033-DLC (D. Mont.)
    *USA v. Bogan*, 2:10-cr-00505-NVW (D. Ariz.)
    *USA v. Stewart*, 2:15-cr-01126-DGC (D. Ariz.)
    *USA v. Golden*, 2:15-cr-01127-DJH (D. Ariz.)
    *USA v. Reliford*, 2:15-cr-01128-SRB (D. Ariz.)
    *USA v. Pierre, Jr.*, 2:15-cr-01129-DLR (D. Ariz.)
    *USA v. Hutchins*, 2:15-cr-01134-GMS (D. Ariz.)
    *USA v. Bryant*, 2:15-cr-01137-SPL (D. Ariz.)
    *USA v. Mcauley*, 2:15-cr-01138-DJH (D. Ariz.)
    *USA v. Dorsett*, 2:16-cr-00270-DGC (D. Ariz.)
    *USA v. Hall*, 2:16-cr-00428-DLR (D. Ariz.)
    *USA v. Smith*, 2:16-cr-00734-SPL (D. Ariz.)
    *USA v. Collins*, 2:16-cr-00773-GMS (D. Ariz.)
    *USA v. Williams*, 2:16-cr-00828-DLR (D. Ariz.)
    *USA v. Winternheimer*, 2:16-cr-01373-GMS (D. Ariz.)
    *USA v. Jenkins*, 2:17-cr-00046-DJH (D. Ariz.)
    *USA v. Jones*, 2:17-cr-00111-DLR (D. Ariz.)
    *USA v. Gilbert*, 2:17-cr-01000-DJH (D. Ariz.)
    *USA v. Washington*, 2:18-cr-00375-GMS (D. Ariz.)
    *USA v. Lloyd*, 2:18-cr-00376-GMS (D. Ariz.)
    *USA v. Matthews*, 2:18-cr-01025-JAT (D. Ariz.)
    *USA v. Cole*, 2:18-cr-01456-DLR (D. Ariz.)
    *USA v. Johnson*, 2:18-cr-01457-JJT (D. Ariz.)
    *USA v. Martin*, 2:20-cr-00142-JJT (D. Ariz.)
    *USA v. Ross, Jr. et al*, 2:21-cr-00907-DLR (D. Ariz.) (Defendant Leonard Ross, Jr.)
    *USA v. Williams et al*, 1:11-cr-00039-LJO (E.D. Cal.) (Defendant Leticia Teresa Joyner)

Page 11

Hon. Arun Subramanian
September 1, 2025

 *USA v. Montano et al*, 1:17-cr-00198-JLT-SKO (E.D. Cal.) (Defendant Miguel Murrillo)
 *USA v. Tat*, 2:01-cr-00159-WBS (E.D. Cal.)
 *USA v. Reineke et al*, 5:13-cr-00025-C (W.D. Okla.) (Defendant Tyree Lajuan Turner)
 *USA v. Rodriquez, et al*, 4:01-cr-67 (N.D. Ga.) (Defendant Omar Soto-Ortiz)
 *USA v. Garcia-Garcia*, 4:02-cr-1 (N.D. Ga.)
 *USA v. Reed*, 1:08-cr-293 (N.D. Ga.)
 *USA v. Trammel*, 97-cr-282 (D. Utah)
 *USA v. Venditte et al*, 8:14-cr-95 (D. Neb.) (Defendant Louis A. Venditte)
 *USA v. Chavious*, 97-cr-355 (D. Haw.)
 *USA v. Phetvixay et al*, 99-cr-181 (N.D. Ill.) (Defendant Khamsing Phetvixay)
 *USA v. Maury*, 14-cr-3056 (S.D. Cal.) (Defendant Rico Maury)
 *USA v. Pham et al*, 95-cr-6002 (S.D. Fla.) (Defendant Minh Van Hoang)
 *USA v. Peets*, 7:96-cr-682 (S.D.N.Y)
 *USA v. Bunpratpai*, 95-cr-493 (W.D. Tex.) (Defendant Naunwan Bunpratpai)

 Respectfully submitted,

 /s/ Alexandra A.E. Shapiro
 Alexandra A.E. Shapiro
 Jason A. Driscoll
 SHAPIRO ARATO BACH LLP
 1140 Avenue of the Americas, 17th Fl.
 New York, NY 10036
 (212) 257-4880
 ashapiro@shapiroarato.com
 jdriscoll@shapiroarato.com

 Marc Agnifilo
 Teny Geragos
 AGNIFILO INTRATER
 445 Park Ave., 7th Fl.
 New York, NY 10022
 646-205-4350
 marc@agilawgroup.com
 teny@agilawgroup.com

 Anna Estevao
 HARRIS TRZASKOMA LLP
 156 West 56th St., Ste. 2004
 New York, NY 10019
 (212) 970-6465
 aestevao@harristrz.com

Hon. Arun Subramanian
September 1, 2025

                        Brian Steel
                        THE STEEL LAW FIRM, P.C.
                        1800 Peachtree Street, Ste. 300
                        Atlanta, GA 30309
                        (404) 605-0023

                        Xavier R. Donaldson
                        136 Madison Ave, 6th Floor
                        New York, New York 10016
                        646-772-3334
                        Xdonaldson@aol.com

                        Nicole Westmoreland, Esq.
                        WESTMORELAND LAW, LLC
                        132 Cone Street, Suite A
                        Atlanta, GA 30303
                        Tel: (404) 446-2620
                        nw@westmorelandlawgroup.com