# AGNIFILO INTRATER

September 13, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

We write regarding the government's September 12, 2025 letter. Contrary to the government's representation, the defense has not "agreed to redact any reference to statements of non-testifying witnesses in its sentencing submission." Dkt. 504 at 2; *see also id.* at 1. Rather, the defense's position is that unless the Court orders otherwise, we are required by the Protective Order to redact this information. However, our letter sought permission from the Court to be relieved of these provisions of the Protective Order and to not redact this information, in light of the Court's Order at Docket 492. We do not agree with the government's position, and continue to seek the Court's permission to file this information without redactions.

Respectfully submitted,

/s/
Marc Agnifilo
Teny Geragos
Alexandra A.E. Shapiro
Jason A. Driscoll
Brian Steel
Nicole Westmoreland
Xavier Donaldson

cc:   All counsel (by ECF)