UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**24 Cr. 542 (AS)**

UNITED STATES OF AMERICA

v.

**SEAN COMBS,**

**Defendant.**

SENTENCING APPENDIX ON
<u>BEHALF OF SEAN COMBS</u>

**AGNIFILO INTRATER LLP**
445 Park Ave., 7th Fl.
New York, NY 10022
(646) 205-4350

    By:   Marc Agnifilo
           Teny R. Geragos

**THE STEEL LAW FIRM P.C**.
1800 Peachtree Street, Ste. 300
Atlanta, GA 30309
(404) 605-0023

    By:   Brian Steel

Xavier R. Donaldson
136 Madison Ave., 6th Fl.
New York, NY 10016
(646) 772-3334

**SHAPIRO ARATO BACH LLP**
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4880

    By:   Alexandra A.E. Shapiro
           Jason A. Driscoll

**WESTMORELAND LAW LLC**
132 Cone Street, Ste. A
Atlanta, GA 30303
(404) 446-2620

    By:   Nicole Westmoreland

**HARRIS TRZASKOMA LLP**
156 West 56th Street, Ste. 2004
New York, NY 10019
(212) 970-6465

    By:   Anna Estevao

**United States v. Sean Combs**
**Docket No.: 24 Cr. 542 (AS)**
**Sentencing Memorandum Exhibits**

| | |
|---|---|
| Exhibit 1 | Letter of Janice Combs |
| Exhibit 2 | Letter of Keisha Combs-Dent |
| Exhibit 3 | Letter of Dallas Austin |
| Exhibit 4 | Letter of Tiffany Brown |
| Exhibit 5 | Letter of La Wanda Lane |
| Exhibit 6 | Letter of Justin Combs |
| Exhibit 7 | Letter of Quincy Brown |
| Exhibit 8 | Letter of Robert House |
| Exhibit 9 | Letter of Normandie Keith |
| Exhibit 10 | Letter of Eboni Elektra Ware |
| Exhibit 11 | Letter of Marsha Irving |
| Exhibit 12 | Letter of Karen Lindsey |
| Exhibit 13 | Letter of Chance Combs |
| Exhibit 14 | Letter of D'Lila and Jessie Combs |
| Exhibit 15 | Letter of Nicole Olivera |
| Exhibit 16 | Letter of Derek Osorio a/k/a Chuck Bone |
| Exhibit 17 | Letter of Kim Etheredge |
| Exhibit 18 | Letter of Karla Lemos |
| Exhibit 19 | Letter of Dana Tran |
| Exhibit 20 | Letter of Marlin Hatcher |
| Exhibit 21 | Letter of Valerie Payton |
| Exhibit 22 | Letter of Christian Combs |
| Exhibit 23 | Letter of Jun Choi |
| Exhibit 24 | Letter of Roget Romain |
| Exhibit 25 | Letter of Hadmira Leacock |
| Exhibit 26 | Letter of Jameel Spencer |
| Exhibit 27 | Letter of Sarah Chapman |
| Exhibit 28 | Letter of Stephen Dent |

**United States v. Sean Combs**
**Docket No.: 24 Cr. 542 (AS)**
**Sentencing Memorandum Exhibits**

| | |
|---|---|
| Exhibit 29 | BOP Psychology Records (under seal) |
| Exhibit 30 | Letter of Judith Green |
| Exhibit 31 | Letter of Trevin Jones |
| Exhibit 32 | Letter of Claudine De Niro |
| Exhibit 33 | Letter of Ariel Malone |
| Exhibit 34 | Letter of E. Shay Omolabi |
| Exhibit 35 | Letter of Caresha Brownlee |
| Exhibit 36 | Letter of Christopher Hicks |
| Exhibit 37 | Letter of Jeff Burroughs |
| Exhibit 38 | Letter of Robert Celestin |
| Exhibit 39 | Letter of Terri Haskins |
| Exhibit 40 | Letter of Vashta Wilson |
| Exhibit 41 | Letter of Sass Smith |
| Exhibit 42 | Letter of Lashaun Owens |
| Exhibit 43 | Letter of Shannon Ridley |
| Exhibit 44 | Letter of Hillary Weston |
| Exhibit 45 | Letter of Mark Turner |
| Exhibit 46 | Letter of Stephen Hill |
| Exhibit 47 | Letter of Neil Dominique |
| Exhibit 48 | Letter of Brittany Hall |
| Exhibit 49 | Letter of Louis Johnson |
| Exhibit 50 | Letter of Ray Philpot |
| Exhibit 51 | Letter of Jerome Ferguson |
| Exhibit 52 | Letter of Carlton Thomas |
| Exhibit 53 | Letter of Lucia Rodriguez |
| Exhibit 54 | Letter of Desmond Ryan |
| Exhibit 55 | Letter of Angela Alcantara |
| Exhibit 56 | Letter of Marlon Grimes |

**United States v. Sean Combs**
**Docket No.: 24 Cr. 542 (AS)**
**Sentencing Memorandum Exhibits**

| | |
|---|---|
| Exhibit 57 | Letter of Charles Alexander |
| Exhibit 58 | Letter of Karen Anderson |
| Exhibit 59 | Letter of Lewis Jones |
| Exhibit 60 | Letter of Lucas White |
| Exhibit 61 | Letter of Cheryl Gentry |
| Exhibit 62 | Letter of Stevie Jordan |
| Exhibit 63 | Letter of Christopher Terrell |
| Exhibit 64 | Letter of Aaron Arnold |
| Exhibit 65 | Letter of Alan Barcoff |
| Exhibit 66 | Dr. Richard Krueger Report (under seal) |
| Exhibit 67 | Dr. Meg Kaplan Report (under seal) |
| Exhibit 68 | Cases in which (i) the defendant was convicted solely under 18 U.S.C. §2421(a), (ii) the base offense level was calculated under §2G1.1(a)(2) and a Criminal History Category of I, and (iii) the defendant did not receive a downward departure under §5K1.1. |
| Exhibit 69 | Remaining Mann Act and §2G1.1(a)(2) Cases |
| Exhibit 70 | Government's Additional Identified Cases |
| Exhibit 71 | Additional Letters of Support |

Ms. Janice Combs



Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Subramanian,

My name is Janice Combs and Sean Combs is my only child. I am writing this letter to implore your honor to please have mercy on my son. Sean has always been a loving and caring son. On December 21, I will be 85 years old. This separation for the past year, while Sean has been incarcerated has been excruciatingly difficult and painful for me and his children. I would like to be able to spend the last few years of my life with my son, Sean. Unfortunately, my son has made some terrible mistakes in his life, which I know he recognizes.

Sean was two years old when his father passed away, and I raised my son as a single mother. I was also caring for my elderly ailing mother. I worked three jobs to provide my son a good education. I drove a bus from 7:00 A.M. to 4:00 P.M., Monday through Friday, then in the evenings, I worked at the United Cerebral Palsy home caring for patients. I also worked on the weekends as a sales person in a clothing store.

When my son was nine years old, tragedy struck the family again. We were informed that my brother had died of a drug overdose leaving his five year old daughter, Keisha, an orphan. My brother and my niece were my only remaining family members at the time of his death. I suddenly found myself having to adopt my niece to prevent her from going into foster care.

Despite all these traumatic experiences, Sean somehow managed to be a good student. He performed well in school and always promised to work hard to provide for me, so that I would not have to work three jobs ever again. As a teenager, he worked as a newspaper delivery boy and held other after school jobs to assist with the household expenses. Nothing was really easy for my son growing up. Even when he started making his music, he faced rejection and the clubs would not play his music. They just did not think he was good enough. This did not make my son angry at the world. He kept going, never giving up, until eventually, his hard work paid off. He did become very successful. I have to say that I saw how success also came with a tremendous amount of responsibilities, which was sometimes overwhelming. Still with all that, my son managed to be present for his children, caring, loving and making sure the children's needs were met, and instilling values in them.

I also depend on Sean for emotional support. He always looked after my health and well-being. This was crucial as I have no one else to care for me. Four of his children lost their mother not too long ago. The kids, especially the boys are still having a very difficult time dealing with the loss of their mother. The loss of their father has been devastating. I will never excuse any wrong doing committed by Sean. I was always very strict with him growing up. I appeal to the



EXHIBIT
1
U.S. v. Combs, 24 Cr. 542 (AS)

kindness of your heart to allow my son to be able to sit at a dinner table with his family. To allow him to raise his children and to instill in them the need to be respectful, get an education and just be God's children with love in their hearts. Please allow my son to be present in his children's lives and be able to answer any questions his children may have, to be able to help them through any difficulties they might encounter in their lives.

I beg your honor to let him help them through the healing processes from the loss of their mother and the pain and sleepless nights they have had since Sean's incarceration.

My health has deteriorated these last couple of years. I had two brain surgeries and monthly follow ups. I am having a really difficult time controlling my diabetes. My doctor informed me that the diabetes has affected my heart, which may result in a stroke. I don't know how much longer I will be around but I would love to be able to see him and his children together again.


Respectfully,

Janice Combs

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Sean Combs, 24-cr-542 (AS)

September 2, 2025

Dear Judge Subramanian,

I am writing on behalf of my brother, Sean Combs, who is facing sentencing before you in October. My name is Keisha Combs, and it is with a heavy but hopeful heart that I submit this character reference—not to excuse his past transgressions, but to affirm his true heart, his character, and his capacity for change and redemption.

We were raised by our hardworking mother and our devout Christian grandmother in Harlem, and later in Mount Vernon, New York. Our mother worked multiple jobs to provide us with a safe home and a good education, while our grandmother instilled in us her strong Christian faith and made sure we attended church regularly. We were christened in the Catholic faith and attended Catholic school from first grade through high school.

From an early age, Sean showed both responsibility and drive. He worked as a newspaper boy, gas station attendant, and in retail to help ease our family's financial burdens. Over the years, Sean became more than just a brother—he became the emotional anchor of our family. He is the cheerleader, the motivator, the one who can lift you up when you are at your lowest. His pep talks are legendary, and those who know him often describe them as having their very own TED Talk, because he always knows how to inspire others to believe in themselves.

Sean's absence has been especially difficult for my son, his nephew, who is on the ███████ ██████. Their bond has always been unique and profound. Sean understands him in a way few others can—knowing when to talk, when to simply listen, and when to just sit quietly with him. When my son was first diagnosed, Sean immediately asked how he could help. He reached out to his network to find us guidance and resources and connected us with someone who continues to help us today. He supported my son with medical needs, including ████████████ treatments, as well as his interests—hockey camp, derby racing, fundraising for causes he cares about, and therapy. To my son, Sean is not just "Uncle Sean," but a steady, loving presence who makes him feel understood and accepted.

Beyond family, Sean has always carried an incredible work ethic and a strong sense of responsibility. As the head of Bad Boy Records, he employed over 200 people. He always said that if you could work at Bad Boy, you could work anywhere and achieve great things. Many of his former employees have gone on to create amazing opportunities for themselves and their



EXHIBIT
2
U.S. v. Combs, 24 Cr. 542 (AS)

communities—something Sean always encouraged. His goal was not just his own success, but to create opportunities for others, to be an example for his children, his employees, and his community.

Throughout his career, Sean has quietly given back in countless ways. He has donated his time, money, and resources to support schools and students—providing laptops, Wi-Fi hotspots, and books to help close the education gap. He funded scholarships for children to attend sleepaway camps, supported Saturday Schools offering technology classes, SAT prep, African studies, and manhood and womanhood classes. He sponsored Wall Street visits to teach financial literacy, HBCU/college tours, and even an educational trip for students to Africa. He has helped fund school libraries in underserved communities, supported STEM and STEAM programs, paid off school tuition balances, and provided start-up funding to young entrepreneurs. He has also contributed to numerous health organizations.

None of this was done for recognition. These were quiet acts of service that came from a sincere heart. For decades, Sean has worked to inspire, uplift, and provide opportunities for others— especially young people. This is why it is so painful to see him portrayed as a danger to the community, when in truth he has always been a source of support and encouragement to so many.

Yes, Sean has made mistakes – serious ones. His struggles with addiction clouded his judgment and led him away from his true path: a champion in uplifting our black and brown children and communities, reaffirming to them they can be educated and through hard work be successful, and help provide the tools and opportunities needed to build stronger communities.

During this time, we have spoken on the phone, emailed, and I go to visit with him at MDC. My visits with him were not solely because I missed him, but also so I can see into his eyes. I needed to see his face, look into his eyes and read his facial expressions. Anyone can say the words, "I'm fine", when not in your presence, but when we are face-to-face our masks tend to betray us. I can see that he is more reflective and grounded.

I can see and hear the change in Sean. The dark veil of addiction, confusion, and the chaos of his life is gone. When I think back to the start, I recall the fear, the uncertainty, in his voice, his words, and his body language. Now, his voice, his words, and his thoughts are clear. Considering where he is at, Sean sounds lighter. His new reality away from family, the glamour, the comfort and familiarity he is used to, has forced him to self-reflect and assess his choices. He is different now than when he entered MDC.

I cannot tell you how many times during our conversations he has said to me, "I've been able to think clearer now." Or "This time has made me sit my a– down and be honest with myself." During a small break in court, he turned to my husband and I and asked about his nephew. He made a comment that he now realized instead of running around and doing too much, "I should have been present with my family." He has promised that when he is freed to be more present. He will be at his nephew's sports games because that's where he should have been and needs to be.

The therapy, programs, and teaching has helped him focus on a purpose: to remind him who he is, the type of person he wants to be and that he genuinely likes to help people. I could hear how proud he was of himself when he shared with me how good therapy was going and that he earned several certificates. Just to hear some joy in his voice again, brought a smile to my face. I believe he now fully understands the consequences of his actions, is committed to learning, growing, and becoming the man God always intended him to be and will never go thru anything like this again.

Scripture reminds us in 2 Corinthians 5:17: *"Therefore, if anyone is in Christ, he is a new creation. The old has passed away; behold, the new has come."* I believe Sean is on this path of renewal and redemption. And in Jeremiah 29:11, we are reminded: *"For I know the plans I have for you, declares the Lord, plans to prosper you and not to harm you, plans to give you a future and a hope."*

 I pray that this moment is not the end of Sean's story, but a turning point toward a more purposeful and honorable life.

Your Honor, I understand the weight of the decision before you. I humbly ask for compassion and discernment as you consider Sean's future. I believe with all my heart that he can use this painful chapter as the beginning of his true transformation—a man who will continue to serve his family, his community, and his God.

Thank you for considering my letter.

With deepest respect,

*Keisha Combs*

July 14, 2025

Honorable Arum Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United Sates v. Sean Combs, 24-cr-542 (AS)

Dear Judge Subramanian:

My name is Dallas Austin, a music and film producer, that has worked in the music industry for 35+ years.  I have produced for artist such as Boys II Men, TLC, Madonna, Lionel Ritchie, just to name a few.  I have received many accolades for my work and have known and respected Sean Combs and his body of work as it relates to the music business.

It is with genuine admiration that I write this letter on behalf of my friend, Sean Combs.  I have had the privilege of knowing him since the 90s, and during that time, he has proven to be a family man, a tireless professional, and a respected leader in the music industry.  I have admired the dedication he has given to his companies over the years.

As I have become to know Sean over the years, he has become like a brother to me.  I have always seen him as a man of unwavering dedication to his loved ones, his family, especially his Mom and Children. He is a devoted father whose family always comes first, the balance he maintains between his personal and professional life is both inspiring and admirable.

In the music world, Sean Combs is a force to be reckoned with. Through years of hard work, creativity, and perseverance, he has built a reputation as a key influencer in his field. His contributions—whether through production, promotion, talent development, or leadership—have helped shape the careers of many and brought value to countless projects. He has an extraordinary ability to connect people and inspire collaboration, bringing out the best in the Artist he has worked with.

As a friend, I look at the positive influences that he has had on this Music Business. I think back at the time I was in London and found out he was in Italy, so I met him there. I think back on our conversations of how to become better men.  He specifically asked me how he could become a better person.  How he can give back and get involved with community. I think these were the beginning thoughts of his prep school.  I can remember us going to different churches of different denominations. I often refer to this as our spiritually guided weekend.

Both Sean and his music have made a historic mark in music history, and anyone young or old cannot deny that they have not been touched/influenced/motivated or simply taken to a place in time when hearing his music!  I am hoping for leniency so he can heal, pray and seek needed counseling.

Sincerely,
Dallas Austin


EXHIBIT

3

U.S. v. Combs, 24 Cr. 542 (AS)

Tiffany L. Brown



July 28, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: United States v. Sean Combs, 24-cr-542 (AS)

Dear Judge Subramanian,

My name is Dr. Tiffany Brown, and I am currently a university professor with a Ph.D. in Child Development and Family Science. I have spent my career studying human development, resilience, and the importance of relational and emotional support systems across the lifespan. I am writing to provide a character reference for Mr. Sean Combs, whom I have known since 1996. Over the course of nearly three decades, I have interacted with him in various settings, publicly with friends and colleagues, privately in more intimate social gatherings, and one-on-one, and I have consistently experienced him as kind, thoughtful, and generous.

There has never been a time in my interactions with Mr. Combs when I felt unsafe, compromised, or questioned his intentions. His character, as I've known it, has always been marked by decency and an authentic desire to uplift those around him. When I earned my Ph.D. and was seeking to expand my professional opportunities beyond higher education, Mr. Combs graciously connected me with his publicist, who supported me at no cost, solely because of the trust and respect Mr. Combs extended on my behalf. That moment speaks volumes about his willingness to support others' growth.

I have also witnessed Mr. Combs as a deeply loving father and devoted son. His children have always been a central focus in his life, and I know he has taken great pride in nurturing them and being present for the milestones that matter most. Likewise, his bond with his mother and close family members has been a steady anchor for him throughout the years. Family has consistently played a grounding and guiding role in his life, and I believe that connection continues to be one of the strongest motivators for his healing and growth.

It is difficult for me to reconcile the current circumstances with the person I've known for so many years. While I do not claim to know all aspects of his recent life, I do believe that the core of his struggles are related to substance use. I sincerely hope that, with the right treatment and support systems in place,


EXHIBIT
4
U.S. v. Combs, 24 Cr. 542 (AS)

Mr. Combs will have the opportunity to heal and address the deeper issues that have brought him to this moment.

Your Honor, I do not write this letter to excuse or minimize any behavior that may have caused harm, but rather to offer a fuller view of the person I've known, someone who, when grounded and supported, has consistently demonstrated generosity, care, and a willingness to help others succeed.

Thank you for your time and consideration.

Respectfully,

Dr. Tiffany L. Brown, PhD

Honorable Arun Subramanian

United States District Judge

Southern District Judge

500 Pearl Street

New York,NY 1007

Dear Your honor,

Hi my name is La Wanda Lane, to the family I go by the name LaLa. Throughout my entire life I have had experience in the music industry, where I have gained some exposure in areas like production, artists development, and performance. For the past four years, I have taken the responsibility of helping Sean Combs take care of the kids. Before Kims passing I lived with her  for almost 20 years.  Since her passing I have moved into Seans house to assist with his kids as an Auntie.

I have known Mr. Combs for 32 years. I met him through my best friend Kim Porter. The thing that I admire most about him is his drive, hard work, and the loyalty he has to his kids, mom and close friends. I was amazed at how he could be working in the studio, or be on set for a movie, at the office, and always be there for all his kids no matter what was going on. Before meeting Sean Kim had a son named Quincy. Ever since Kim and Sean met he has always taken care of Quincy like he was his own. I have never seen Mr.Combs fail to be there for Quincy. Quincy's biological dad hasn't paid a dime to help Quincy with anything, but Sean isn't like that. No mater if Quincy is his biological son or not he doesn't even blink when it comes to helping Quincy out with things. When Kim passed away he was gutted, devastated, and to say the least extremely heart broken. He lost   his best friend and mother to 4 of his kids. He immediately became Mr. Mom and dad. He made sure that all of his kids were with him and he did not leave their side.  He also had to tell them their mom passed which was very difficult for him to do. Everyday Mr. Combs would always make sure the kids mental health was good. He was always made sure to show up for them in every way, even if that meant he had to cancel meetings, a project, or even not go out of town he did that.

I come from a big family involved in civil rights, but ever since I've know Sean he has always shown me what black excellence was in a way I never saw within my family. Another thing I admire about Sean is his compassion. He would continuously give me advice about my passions. I remember one day he sat me down  for two hours and told me everything I was doing wrong in my business and how to change it to make it work for me. I learned a wise lesson that less is best, be private, and be intentional in all I do. When I say black



excellence, I mean we could do anything great around the world. For example, Sean was the first Black man to have a cologne for men that was selling close to a million bottles a week.  The company Estée Lauder rented a yacht in Europe to shoot a huge campaign for the fragrance with the budget being several million dollars. I have never seen anything like that been done by a black man before until Sean did it. He also made history in the fashion world. He had the first all Black mens fashion show in New York fashion week, also with a multi million dollar company he built from the ground up Sean John. To this day I have still not seen that happen again. That is a huge part of Black excellence to me.

   There have been many great family moments I have experienced with Sean and Kim.  When Kims mom became very sick, the doctors told her she had a year left to live. During that time I personally watched Sean make phone calls to get the best doctors for mema which added a year to her life and for Kim to have her mom a little longer.  So when I say he was compassionate that's what I meant, he would always put other peoples challenges first and do whatever he could to make it better. I've seen Sean go through so much throughout our friendship. I've seen his good days and his bad days, but no matter what challenges he faces he always kept a positive spirit and always did what he could to work through his struggles. Throughout everything in his life, one thing that has stayed consistent is his commitment for all of his children. His kids are the center of his world. I've experience going up without parents present and it's something I wish on nobody. These kids deserve to have their father present again especially since their mother isn't able to be there for them. All his kids look up to him for love and guidance. Now, more than ever, they need him at home with them. Thank you for your time.

With respect,
La Wanda Lane

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pear Street
New York, NY 10007

Re: United States V. Sean Combs, 24-cr-542(AS)

Dear Judge Subramanian,

 My name is Justin Combs, and I am the firstborn son of Sean Combs. I write to you with both a heavy heart and a hopeful spirit, because I want to share not just who my father is to me, but why his presence is so vital to our family's survival and healing.

 Since his absence, life has felt incomplete. Each morning I wake up praying it was just a nightmare. My father has been there for me every day of my life — not just physically, but emotionally, spiritually, and in the deepest sense of what it means to be a father. I know how rare that is. Growing up, many of my friends didn't have fathers around. They would often turn to my dad for guidance, comfort, and even discipline, and he opened his arms to them as if they were his own. To the world, he may be a superstar, but to me he is my world. Only now, in his absence, do I fully realize how much of my identity, strength, and faith in myself comes from him.

 One of the clearest memories I carry with me is of him standing on the sidelines of my football games. He wasn't just cheering from the stands; he was coaching me, challenging me, and most importantly, believing in me. When I wanted to quit after a tough practice, he'd sit with me, put his arm around me, and remind me that greatness is earned through patience and persistence. I can still hear him saying, "You're stronger than you think, son." Those words carried me then — and they carry me now.

 But just as powerful as those moments of strength were the softer ones. I remember being a little boy, and my dad would sit on the edge of my bed at night, reading to me until I fell asleep. Sometimes he'd make up his own stories, always with lessons about courage, kindness, or family woven in. Even as tired as he was from work, he never let me feel alone at the end of the day. Those quiet nights, hearing his voice tell me I was safe and loved, are memories I will carry for the rest of my life. That was my dad at his core — gentle, protective, and always making sure his children knew how deeply they were loved.

 When my football career ended, I went into a deep depression. I felt like I had failed, and the weight of public expectation crushed me. I was lost, and I carried a darkness I couldn't shake. My father, despite fighting battles of his own, reached into my pain and pulled me back into the



light. He gave me his time when it was the one thing he had so little of. He reminded me that I was worthy of love, forgiveness, and grace. My father saved me — and I say that with all the honesty in my heart.

My dad is not perfect. I know he has made mistakes, and I do not deny that. But I refuse to let those mistakes erase the truth of who he is: a loving, present father who has instilled in me and my siblings the importance of respect, of honoring women, and of standing tall in the face of adversity. He is the anchor of our family, the one we look to for guidance and reassurance.

Right now, my sisters are especially vulnerable — they no longer have their mother, and without my dad, they lack the steady hand and protective love they need. I try to step in as their older brother, but nothing can replace the unique comfort of a father's presence. On top of that, my grandmother, who has recently endured brain surgery, longs for her son's support. We are a strong family, but our strength is rooted in him. Without him, the foundation feels like it's cracking.

Your Honor, I believe my father still has so much more to give the world, but even more importantly, to give to his children. Every day that passes is time he cannot get back with us — time that my younger siblings desperately need in their formative years. His wisdom, his love, and even the lessons from his darkest moments can be a gift not just to our family, but to others who look up to him.

I humbly ask you, from the deepest part of my heart, to see my father the way I do — not through headlines, but through the eyes of a son who loves and needs him. Please allow him the chance to come home, to be the father his children desperately need, and to continue the work of becoming the man I know he is capable of being. My siblings and I cannot get back this lost time, but we pray you will give us the gift of having our father back in our lives while we still have time with him.

Thank you for hearing me, and for considering the weight of what his presence means to me, to my family, and to the world he continues to impact.

Respectfully,
Justin Combs

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Subramanian:

My name is Quincy Brown, and I am the son of Kimberly Antoinette Porter and stepson of Mr. Sean Combs. My biological father is Albert Joseph Brown III.

I call my stepfather "Pops" when referring to him, so I will do the same in this letter to you.

I was around four years old when my Pops came into my life, and he has been the only father figure in my life for as long as I can remember. He stepped in and stepped up as a father, at an important time in my life, during my most formative years, in a way that no one else could have. He poured his love into me in a way that I couldn't quite recognize as a child, a love that I'd only received from women in my life. It was unconditional, safe, and unwavering. It still is. He put me first. He went out of his way, at any and every opportunity, without hesitation, to make me feel like he'd been there the whole time. Having never experienced the love of a father before then, it was all so foreign to me. I didn't know that I was the recipient of a man's love. That is, until I began to witness the love that he had for my mother. It was tremendous and true. The love they shared brought new blessings into my world when I became a big brother to my brother, Christian, and my twin sisters, Jessie and D'Lila. The birth of my siblings changed the lives of my mom, my Pops, and myself, in the most beautiful way. I love my younger siblings more than life itself, and in the absence of our parents, I've tried my best to step up for them in the same way my Pops stepped up for me.

Our mom passed away in November 2018. Losing her was the hardest thing my siblings and I have ever dealt with. I think it was the hardest thing my Pops has ever dealt with, too. Unexpectedly, he'd become the only person we could turn to. He became our rock. Losing her set all of us into a dark place. After striving every single day to make her proud, her passing left our world in shambles, left us unsure of what to do, and left us questioning what life ahead would be like. My Pops, as he's always done for his children, stepped up and made it a priority to be present with us at a time when he didn't even know how to be there for himself. Having to say "goodbye" to our mother brought us closer in ways that only grief could. Though our loss was felt deeply, we learned of our family's strength during the most difficult time of our lives.

Following my mother's passing, my Pops further strengthened our bond when he asked me to help with raising my sisters. It was in that moment that he instilled his trust in me and reminded me of our special connection as a father and son. My sisters were entering their teenage years, years that were sure to be challenging without our mom. He truly didn't know what to do and struggled to fill the role that only a mother could. But he tried his best. And he asked me to help. He wanted, and was willing, to learn about what life is like for the



EXHIBIT

7

U.S. v. Combs, 24 Cr. 542 (AS)

younger generation. He wanted to know how to connect with my siblings as they entered crucial moments in their lives. Though it could never be fully achieved, he wanted to minimize the pain and suffering that his teenage girls would feel without their mother. When work took him away from home, he leaned on me to step up. He called for check-ins daily, more than we'd ever spoken on the phone before, simply because he wanted to become a better dad. He's always aimed to be the best dad that he can be. This is clear in the way my Pops shows up for all of my siblings, not just my mom's children. He's made tremendous efforts to put family first, and he's created family-first traditions that we all look forward to. Unity can sometimes be a challenge for such a large family, but my Pops achieves it well. The unity and family-first mentality that we all have has been shaped by his leadership and love. It's the type of leadership and love that every family needs.

My Pops isn't a perfect man, but he is a dedicated father with a heart that we're lucky to know. He loves his children and would do anything for us. We are the ones that can help him heal and grow best. We're the ones that can help him learn from his mistakes, and we're the ones that can help him face whatever struggles he may encounter in his personal life.

My siblings and I would like to welcome my Pops home immediately, so that we can help him as he continues to work on his struggles and heal in a private setting following all that has been shared publicly with the world. Beyond the unconditional love and support he has provided to my siblings and I during our lifetime, my Pops has also always empowered us to become who we want to be. Now, we'd like to support and inspire him to become who he'd like to be in his next chapter of life. He needs us, just as much as we need him.

Thank you for taking the time.

Quincy Brown

### Robert L.House II



The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

July 3.2025

Dear Judge Subramanian,

My name is Robert House. I'm a former employee of Sean Combs. Our relationship is a little different because I met him back in 1989 before all of his fame and fortune. At that time, he was attending Howard University and I was at Delaware State University. Sean or "Puffy" as I knew him was throwing parties on his Summer break from college and I was working security on my Summer break from college. Our colleges were big football rivals at the time, so sometimes we'd go back and forth with competitive banter and jest. I became one of his most trusted security guards. But after the Summer, I returned back to school to continue my education and to pursue my career in football. After that, I only bumped into Sean from time-to-time when I came home from school on vacation. Meanwhile, Sean continued to promote parties, then became a successful A&R at Uptown Records. Eventually, he left Uptown Records and started his own record label; Bad Boy Records.

The next time that I bumped into Sean was in 1997 when I was working security at The Tunnel Nightclub in New York City. By this time, I had left college in pursuit of a professional football career which had failed. I ended up working security at various night clubs. By then, Bad Boy Records had become one of the most successful record labels in the world and was preparing for the "Puff Daddy & The Family No Way Out Tour." Sean was elated to see me. He remembered how valued and trusted I was as a security guard and invited me to go on tour with the label doing personal security for him and his artists. I gladly accepted and was welcomed with open arms into the Bad Boy Records family. The success of the tour went through the roof; selling out arenas worldwide. I fit in perfectly and was treated like family. After the tour was over, Sean kept me employed. I continued to do security at his restaurant; Justin's as well as at the Bad Boy office and at his recording studio called Daddy's House. I frequently went back out on the road with Sean or many of his artists for shows, concerts and events. I was entrusted with gate codes and door codes to Combs' residences and businesses as well as access to his fleet of high end automobiles. At times, I even secured his then girlfriend Kim Porter and his sons Justin and Quincy. So it's safe to say that I was highly trusted by Sean and his family. Speaking of Justin and Quincy, I have to say that Sean was an amazing and loving dad. As busy as he was at that time, he always found time to spend with his two sons. Back then, he only had those two. Not to mention that



EXHIBIT
8
U.S. v. Combs, 24 Cr. 542 (AS)

Quincy is not Sean's biological son. He's Sean's deceased girlfriend Kim Porter's son that she had with her ex. Neverthess, Sean loved and embraced him like he was his own. Whatever Justin got, Quincy got.

In 2004, I left Bad Boy Records to branch out on my own. I went on to work with many other recording artists and started my own security company. I left the company on good terms. I owe much of my success to Sean for taking me out on the road with him, introducing me to so many people and showing me the ins and outs of working in entertainment.

I currently work security on TV and film in New York and I'm a part-time actor/writer. Throughout the years, Combs and I have always kept a good rapport. One time, he saw me while driving in South Beach, Miami and was so happy to see me that he jumped out of his car in the middle of traffic to greet me. My aunt was working at Hartsfield-Jackson Airport in Atlanta and was checking him in to board a plane. When she mentioned that she was my aunt. Sean went around the counter and hugged her like she was his own aunt that he hadn't seen in years. His warm gesture really made her feel special. She was the talk around Delta Airlines for months.

I am very appreciative of my relationship with Sean Combs and have a great deal of gratitude for everything that he's done for me. Being around him and working with him for those years, his work ethic rubbed off on me. At times, I saw his hunger and drive keep him working 24 hours straight. He helped to instill that drive in me. He's always treated me with a great deal of value and respect. In an attempt to show my gratitude for "Puffy", I even showed up a few times and sat in at the trial in your courtroom. I'm the big guy that your court officer had to keep nudging to wake up. (Smile) I was there to show my appreciation and to support him when many other people turned their backs on him. He's always treated me well, so I insisted on being there for him in return. I appreciate Sean Combs.

Thank you for your time and for reading my letter.

Sincerely,

Robert L. House II

Honorable Arun Subramanian

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007


RE: United States v. Sean Combs, 24-cr-542 (AS)


Dear Judge Subramanian,

My name is Normandie Keith, and I am writing this letter with the deepest humility, sincerity, and hope. A bit of background about myself: After a successful modeling career, I became the beauty editor for You magazine in London, had my own line of bath and body care products at supermarket conglomerate Tesco, and also my own line of shoes and handbags at Debenhams in the UK. I have been a certified Kundalini yoga teacher for seventeen years and have been lucky enough to teach classes all over the world. Throughout all of this, my deepest and most enduring devotion has been to being the best mother I can to my 19-year-old son who is currently a student at the University of Colorado at Boulder.

I have known Sean Combs for over 30 years. We met in the late 1990s with my husband Lucas White and my dear friend Andre Harrell. At this time, I also met Kim Porter who from that moment became my closest and most dearest friend. Over the course of three decades, I have come to know Sean not just as a public figure, but as a loyal friend, a devoted father, and a spiritual man who has led his family with love and faith.

My best friend in life was Kim Porter, the mother of four of Sean's children—Christian, D'Lila, Jessie, and Quincy, Kim's first son, whom Sean has always loved and raised as his own. Since Kim's heartbreaking passing in 2018, I have witnessed Sean become an anchor for their children and a steady rock in the storm of their grief. I have seen him carry this responsibility with grace, showing up not only as a parent but as a spiritual guide and source of strength for them.

My son, ███, is proud to call Sean his godfather. Over the years, I've spent countless moments with their family—Sundays at the house, holiday meals, birthdays, and quiet afternoons. I've seen Sean lead the family in prayer, speak with humility and gratitude, and create a home that is deeply rooted in love, faith, and community. The family he built



EXHIBIT
**9**

U.S. v. Combs, 24 Cr. 542 (AS)

is one of beauty and care. He has always made everyone feel welcome, supported, and uplifted.

I know that no person is perfect. But I can only speak from my lived experience of Sean—a man who transformed lives through his faith, creativity, generosity, and commitment to his children. He has inspired millions through his work, and he has quietly been there for those closest to him, time and time again.

I humbly ask you to consider the importance of his presence in his children's lives. They have already suffered the immeasurable pain of losing their mother. I believe, with all my heart, that being reunited with their father would offer them the stability, love, and emotional support that only he can give. My husband Lucas White who is a 30 year friend of Sean's also echoes my heartfelt prayer that he be reunited with his children.

I offer this letter with love and truth, and I ask, as a mother and a friend, that you consider Sean's return home to the children who so deeply need him.

With respect and hope,

Normandie Keith

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States vs. Sean Combs, 24-cr-542 (AS)*

Dear Judge Subramanian:


Greetings your honor. My name is Eboni Elektra Ware, and I take great pleasure in writing this missive for such an incredible person. The kind of person you will only meet once in a lifetime, and I say that with all sincerity.  As for me, I was in entertainment for most of my life. I had no idea when I went to college at Long Island University in Brooklyn, New York as a journalism and Communications major that I would end up in radio, tv, and public relations. I was co-host on two syndicated morning radio shows, host of several television shows, as well as a PR  person for RCA records. As God would have it, I was successful in anything I touched in entertainment. After three decades in that industry, I made a huge pivot during covid and entered the world of health and wellness. Watching so many people fall ill around me, I was only interested in healing and prevention. As a result, I became highly interested in herbs and started living a plant based lifestyle. This "new thing" in my life turned into a career full of passion and love. I now own a brand which specializes in ailment wellness for the diagnosed and undiagnosed. As the saying goes, "Do What You Love and the Money Will Follow." I wake up each day in love with the fact that I make money doing something I love, knowing that I am truly helping people in the process. This is true "purpose" work and I am grateful.

 I am a long time friend of Sean Combs, dating back to birth actually. I call him Puffy, which was his 1st  name he gave himself when he entered the music industry. I may jump back and forth between names as I write, so please forgive me. In all honesty, we refer to one another as cousins, and introduce one another in that same way. Our connection is one that came about due to our parents acquaintance growing up in New York. My father, William Ware, was a fashion model and  owned a few health food stores. My mother, Laverne Bogans was also a fashion model, and owned an infamous clothing boutique where she hand sewed every item she sold. Needless to say, both were very successful businesses established in the 60's. In both their 20's and during the 1960's, they met Melvin and Janice Combs, Sean's parents. My mother quickly became friends with Janice and my



father and Melvin did the same. During that time, Puffy was conceived, and I was conceived shortly after. Sean and I weren't really in each other's lives as kids until we were 10 since my parents left New York for Atlanta when I was 5 years old.

That distance was short lived. Sean would visit Atlanta during the summer with Aunt Janice (his mom), and although they would reside with his Godmother, which is my moms best friend, Sean would always spend his time at Aunt Laverne's house (my mom), with me and my brother. The summer norm for children in my suburban community was either a day at Six Flags, visiting the skating rink, a weekend at Callaway Gardens Beach, or the best fun of all by playing hide and seek and kickball on our street which had a total of 22 kids. My neighborhood was full of African American mayors, senators, CEO's, lawyers, doctors, and everything that made up what was considered elite, high middle class for African Americans during that time. Sean absolutely loved to visit since we would have sleepovers in some of the biggest houses he'd ever visited as a child. Atlanta was totally different from New York and he loved it. As he says in his adult life, this was his 1st experience of what we call "black excellence". To us, we were living our everyday life, but to him, this was something he'd never seen. Atlanta was and is full of successful African Americans, and we showcased our wealth. It was paradise in the south to him. I had no idea this would have such a lasting impression on him. He was inspired to become a consummate gentleman, affluent, full of class, who demanded respect and wanted the finer things in life after his visits to Atlanta as a youth. Opening "Justin's" restaurant in Atlanta was Sean's way of showcasing his accomplishments in the music industry and giving a piece of himself to those who desired to be in his presence. He employed people with no experience and had them trained to be the BEST at their job. I later convinced him to host a 3 day weekend in Atlanta called "Bad Boy" Weekend where he would showcase his artists, promote his company, throw the best parties Atlanta had ever seen, and have a huge giveback picnic to provide underprivileged kids and families with back to school supplies and clothing. For three years, Bad Boy Weekend came to Atlanta and transformed the city from an entertainment standpoint. It was the last day of these weekends that I remember the most. I had never experienced a give back in such a way. At this time, Sean was "P-Diddy" and the children knew exactly who he was. The smiles and joy on their faces as he would randomly walk up to different children and give them a $100 bill was priceless. He did this as if he were passing out paper money. He listened to what the kids wanted to say to him, he laughed, took pictures for hours, and I know he was tired in the hot sun alllllll day, but he did it.

I'm big on the character of a person, and an even bigger believer of "if you're the smartest person in your circle, then it's time to switch circles." To me, all I needed was Sean. Being in his presence was almost magical. The way he thinks, executes, takes over rooms filled with

powerful people he's never met, closes deals unimaginable to his average peers, and takes care of his friends, were all the qualities most people would love to possess. Sean is special. That's the only word I would use to describe him then, and even now. Experiencing his growth 1st hand impacted my life on so many levels. I had an opportunity to be a co-host on the #1 morning radio show here in Atlanta. Sean made a call and it was official. This position opened so many doors for me. As long as I positioned myself and had a solid plan, Sean would open doors and I would soar. He likes to associate himself with ambitious people who want something out of life. He wasn't attracted to slackers or people who constantly had their hands out. I was super thankful that he was in my life in this capacity. We were close as if we were sister and brother.  I watched him grow his business, groom his artists to be THE BEST, and reward them greatly. He was a Godfather to most. Always putting people in position. Always giving opportunities and letting you have your way, all the while giving his advice in the midst of his super busy schedule. He never slept because his family, friends, and employees depended on him for their livelihood. He never took that for granted and knew he had to show up. I had a front row seat to it all since I was literally the only girl that would be in his personal space during his climb to success and after.

Our relationship grew deeper when he introduced me to his drop dead gorgeous girlfriend, Kim Porter, a few months after they'd met. She was a southern girl full of charm, striking beauty, elegance, and poise. We were inseparable and became like sisters overnight. It was through their relationship that I witnessed first hand his caring and supportive side. He was smitten by Kim, and his actions showed it. He did anything that made her happy. As a result, he was always flying me in from Atlanta to spend weeks with them at their New York apartment. We had the type of relationship where I was really one of the only people in his circle who would talk to him the way I did. I wasn't on his payroll and had been in his life since we were born, so I wasn't a "yes" girl. I was never scared to tell him the truth or curse him out if I knew he was out of line because I had nothing to lose. Not too many people could do that. I served as the mediator in their relationship issues whenever they would occur, because I always think with logic and he trusted me. He always let us do whatever we wanted and supported whatever we wanted to do in business. He definitely had the means to support  Kim and her son Quincy as she pursued her modeling career, and he went above and beyond without her ever having to ask. Quincy attended the best private schools, had the best tutors, was very well kept, and Sean was constantly pouring into him as if he was his father. As for Kim, he taught her the ropes to tackle any industry she wanted to tackle. Although Kim was a force on her own, he put her in circles that could elevate her 3 steps further than where she was. His generosity also extended to her family in Columbus, Ga. He would fly them to New York for holidays, lavish them with gifts, and take them on trips out of the country. His relationship with her family was more than material. It

was a true extended family relationship. He would go the extra mile for Kim and her family, no matter the cost. I remember a time when Kim's mother was on her death bed with cancer and Kim's family and her closest friends were gathered around her bed as she was minutes away from taking her last breath. When Kim called Puff and told him that morning that according to the home hospice nurse "today may be her last day", he IMMEDIATELY chartered a plane and flew to Columbus, Georgia. Kim's mothers favorite cocktail was Johnnie Walker Red Scotch and sprite. Well, as soon as he arrived at the house, and he was under enormous pressure to get there because her last breath was any minute now, he ran to the room and went right to her side with a bottle of Johnnie Walker Red and a Q tip. He whispered in her ear with tears in his eyes and said, "Meemaw, we hate for you to leave us, but if you are going to leave, I want to see you go happy." He took the Q tip and dipped it in the bottle and swabbed the inside of her mouth. This brought everyone to tears. He had done so much to try and save her since her diagnosis. He moved her from Columbus, Georgia to Los Angeles and got the best oncology specialists. He did everything to make her comfortable. When the doctors told her they had done all they could and suggested hospice, Meemaw decided she wanted to go home to Columbus to be with her family. Puffy sent her home in a private jet and Kim and I flew with her. He made sure she had everything she needed for her care at home. This is who he was, and he didn't have to be this way. He was this way with Aunt Janice (Ms. Combs), and of course his family. He always went the extra mile for them. No matter how busy and in demand he was, he showed up for everything, big or small in his kids' lives. He celebrated them in a big way. Since he was a child, Aunt Janice was a doting mother who always put Sean first. He is an only child and she gave him nothing but the best and guided and nurtured him as any mother would. As a result, she gets it all. His mom is his queen. He was also very close to his grandmother who he spent a lot of time with until she passed when he was in his early 20's. They shared a very strong bond and she filled him with tons of wisdom .

Sean is a provider. If he loves you, he provides. If he admires you as a stand up person, he provides. If you are "handling your business", you will be rewarded. He is just  warm, especially when it comes to his family. Most people never leave their home state in a lifetime. Sean gave the opportunity for so many to leave the country and experience a lifestyle they could only read about. Everything was first class, and these were natural occurrences, not just every 5 years. If you were in real need, he was there. I'm not talking about things he did for me, I'm talking about things I witnessed him do for so many others. However, the biggest "give" for anyone around him was his time, knowledge, and acknowledgement. Everyone wanted to be noticed, and Puff is an observer. If you brought an idea to him and he liked it, you were proud. If he gave advice on something you were working on, it made you want to work even harder. His acknowledgement of anything you

were doing was golden.  If you were lucky enough to work for him, you were in the best position. I say this because he is one of the smartest people I know. I can't even say that success is in his blood, rather, he worked for everything he has and it was his hustle and brain that got him where he is today. Yes, there is always bad that comes with good, but that's life. We have ups and we have downs. We do wrong, but we also do right. We fall down, but we get up. Puff has had many challenges in life just like any other person and he has done some great things and some horrible things. Certain vices have caused him to "go astray"in life, but these were opportunities for him to refuel and regain his footing. He has a heart, he fumbles, he gives, he prays, he wins, he gets let down, he makes mistakes, and he's human. Most of my friends are millionaires, but Puff is rare. Yes, he has an ego, but honestly it comes with the territory. Is he humble? Yes, at times. As he grows, so do the problems, the vultures, and the hate. Anyone would put up a wall in my opinion. Overall, Puff has helped and impacted the lives of hundreds of people and his legacy will continue even after death. One monkey wrench doesn't stop a show. The Puff I know may have a tarnished image now, but I have all faith in him that he will rise from these ashes and soar on a totally different path. The world is full of grudge holders as well as forgivers and people who believe in second chances. To me, the choice is his to make as to how he will navigate his life upon his release, whenever that will be. One thing for sure, he is not one to stay down. This time is different for all of us in his family and he is well aware of that. His destiny is not determined by man. It is determined by God, and He has the final say. Puffy is a brilliant, supportive, and caring person who got off course in a way that has cost him both financially and morally. However, it is not the end of the world. Repentance and a sincere heart asking for forgiveness, along with changed ways can most definitely secure his place back in society. Respect may come with time, but for some, it never left. I offer him my full support as a believer in Christ Jesus, and I would like to hope people would do the same for me. I believe in him, and although this incident has changed his life forever, with the right people in his presence, it's not the end of the world for him .

I enjoyed my time writing, and I thank you so much for your time. This is a lengthy letter, but when a person speaks from the heart, you don't want to leave anything out. I'm just thankful I have the opportunity to shed some real light on a person who I never thought I would have to go to bat for, but glad I had the opportunity to do so. This means a lot. Thanks again for your time.

Eboni Elektra Ware

p.s.  I pray this letter gives some insight as to the person he truly is.

Marsha Irving

July 31, 2025

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Sean Combs*, 24-cr-542 (AS)

Dear Judge Subramanian,

My name is Marsha Irving, and I am a Lifestyle Fitness Coach and Wellness Specialist. I have known Mr. Sean Combs personally for over 30 years, having met him in the early 1990s through my close friendship with the late Kim Porter.

Kim and I met in 1990—two Southern women that shared a sisterhood, finding our way in New York. In 1992, Kim came to live with me, and during that time, she began dating Sean. From his earliest achievements, I have personally witnessed Sean's dedication, ambition, and deep commitment to his work, his team and those he worked with. He was always in the recording studio, working tirelessly to achieve excellence. I saw firsthand how much he cherished Kim and how he prioritized her happiness, supporting her dreams and lifting her up.

Your honor, I feel it is important to acknowledge that while we heard a great deal of details during the court proceedings, let's please recognize Sean's efforts shifted the paradigm in music, in entertainment, marketing, media and brand building. My recollections of the parties that Sean had were the most important and influential events whenever he had them. These events provided a networking opportunity for the entire music community and changed how the city of New York was perceived in the world of entertainment. Sean Combs has demonstrated undeniable talent that has forged a legendary array of entertainment and music — right up to today's modern digital era. Sean Combs created the foundation of what is now often referred to as "Urban Culture."

My sisterhood with Kim grew as Sean became a father, his commitments to his new family expanded. He was present, loving, and determined to be a guiding force in his children's lives. I attended church with Sean and his children on several occasions and witnessed the spiritual foundation he worked to instill in his home. He often hosted Sunday dinners that centered around faith and family. Sean has been an accomplished single father with 7 kids. Recently his twin daughters graduated from high school, *with honors* and another daughter is currently at NYU. In short, these young people will need their father at this formative time in their lives.

Beyond his family life, Sean has consistently demonstrated a commitment to giving back. One memory I hold dear is when he trained in Central Park for the New York City Marathon in 2003 to raise money for inner-city education. As a fitness executive, I admired his focus, discipline, and sincerity as he accomplished his goal and brought awareness to the importance of education for young people.

Your honor, I understand the gravity of the decision before you. This is a highly visible, very serious moment before the court, but I humbly ask you to consider the totality of the man I've known: a father, a giver, a spiritual man, and someone who has positively impacted the lives of so many, including mine. Thank you for allowing me to share my perspective.

Respectfully,

Marsha Irving

EXHIBIT
**11**
U.S. v. Combs, 24 Cr. 542 (AS)

August 1, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Sean Combs, 24-cr-542 (AS)

Dear Judge Subramanian,

I am writing this letter as someone who had the unique opportunity to work closely with the late Kim Porter as her personal assistant for over three years. During that time, I was welcomed into the daily life of her home, and by extension, into the lives of her children and Mr. Combs.

What I witnessed during those years shaped not only my view of Mr. Combs as a father and partner, but also as a friend navigating immense pressure and responsibility.  Throughout the years, I saw Mr. Combs and Ms. Porter co-parent with mutual respect and a shared commitment to their family. I watched them support one another through parenting challenges with grace and unity. He was present, whether it was flying in on short notice to help guide the children through difficult moments, joining family vacations with his mother and loved ones, or simply calling to ask how Kim was *really* doing, his presence was intentional and meaningful.

He never made distinctions between biological children and those he loved as his own. I saw a father who wanted his children to have normalcy, values, and love. Their home was not a place of entitlement or ego; it was a home of structure, respect, and intentional care. He took pride in the little moments: shopping trips, birthday celebrations, sending flowers to lift Kim's spirits, and calling just to check in. It was not perfect, but it was real. It was family. Kim was his best friend.

I'll always remember the vacations just before school started, those moments stand out as some of the most meaningful during my time with the family. Even as an employee, I felt the care and intention behind those experiences. Mr. Combs was deeply focused on creating lasting memories with his children, his mother, and a few close friends. He was intentional about keeping those trips intimate and family-centered. There was no entourage, no distractions, just quality time with the people he loved most. It was a reflection of his desire to be present, to make his children feel valued, and to prioritize connection over appearance.

One moment I will never forget is when I once said to Mr. Combs, "I want to be like you." He looked at me and replied, "No, you don't. I can't even sleep at night." His voice was quiet but heavy. That stayed with me. It reminded me that even lives filled with success and admiration can carry deep, unseen pain. Pain, when untreated, can lead to broken choices.

What the world has come to learn about Mr. Combs in recent times has been heartbreaking. I do not write this letter to excuse harm, nor to minimize accountability. I believe in accountability. I also believe in redemption, in growth, and in the human ability to change. Mr. Combs is not the sum total of his worst moments, none of us are. He has wrestled with deep grief and loss. Depression and substance abuse are diseases that can take a person out of character. I believe this experience, though painful, may very well have saved his life and for that, I am grateful.



EXHIBIT
**12**
U.S. v. Combs, 24 Cr. 542 (AS)

His children have suffered deeply. They have already lost their mother. Now, they are being forced to navigate life without the father who is a central and stabilizing figure in their lives. No punishment will undo what's been done, but I ask you to consider what healing might look like.

As a mother of two children, I cannot begin to describe how heartbreaking it is to see young people relive grief and trauma in such a public way. My own children were shaped by the environment Kim and Sean created, the vision they had for each other, for their children for their future was gone unexpectedly. My daughter recently graduated college. My son was inspired to become an entrepreneur. The ripple effect of that household went far beyond fame; it made a difference in everyday lives, including mine.

I believe Mr. Combs' presence outside of prison, with a structured accountability and therapeutic support system, offers the best path forward, not just for his family, but for the larger community he has influenced. Studies have shown that rehabilitation rooted in therapy, not incarceration, often leads to more meaningful change, particularly when individuals are struggling with complex emotional trauma and behavioral issues. This is one of those cases.

This letter was not easy to write. It took time, prayer, and deep reflection. I write it with full conviction. Mr. Combs is surrounded by people who love him and want to see him heal, not to shield him from consequence, but to help him face it with humility and a true desire for transformation.

We have seen far too many Black men punished without a true path to redemption. **Please let this moment be different.** Let this be one where we recognize not just what went wrong, but what can be made right. Let Mr. Combs show his children and the world what real accountability, change, and healing can look like.

Thank you for considering this heartfelt and sincere request for compassion.

With deepest gratitude and hope,

*Karen Lindsey*

Karen Lindsey

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Sean Combs, 24-cr-542 (AS)*

Dear Judge Subramanian

My name is Chance Combs, Sean Combs' oldest daughter. I'm writing this letter on behalf of my father. I am asking you from the bottom of my heart to consider him returning home to our family in October.

My dad has always been our foundation. He's not only a hardworking businessman, but he's also the one who makes sure we're cared for and supported. He takes care of my grandmother, his elderly mother, and he's always been there for us, no matter what. We've missed so much over the past year with him and can't imagine him missing any more milestones in our lives.

Growing up, my father taught me the importance of hard work, honesty, responsibility, and giving back. He's instilled in me what it is to be dedicated to your passion and work hard for everything in life. I've seen him help people in our community, give his time and energy without asking for anything in return, and work hard every day to support those he loves.

This situation has been really hard on all of us. It doesn't feel right at home without him here. We miss him every day, and I know how much he wants to be with us and face this situation responsibly.  Some of my siblings do not have their mother and are now missing a father figure in their lives. We miss him deeply and need his presence, especially now.

I understand the seriousness of what's happening, but I also know my father. He just needs the opportunity to come home, be with his family, and prepare for what's ahead and handle his legal matters. Please take this letter as my honest and heartfelt request to have him return home to us. It would be a blessing to have him home for the holidays. We need our dad home, and I truly believe that giving him this chance will make a difference for all of us.

Thank you for taking the time to read this letter. Our family needs him, and we are ready to support him every step of the way.

Sincerely, Chance Combs



EXHIBIT
**13**
U.S. v. Combs, 24 Cr. 542 (AS)

Honorable Arun Subramanian

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Your Honor,

We are writing this letter to you as D'Lila and Jessie Combs the daughters of Sean Combs. We are 18 year old young women that freshly graduated high school. Our lives have been like no others. On November 15, 2018 our lives changed in the biggest way. That was the day we lost our mother. She was everything to us and the most amazing mom we could've ever asked for. Since that day Sean combs, our father, has stepped up and has had to play the role of both parents in our lives. It was a very hard adjustment but our dad has done everything he could to make it as easy as possible for us. He's shown up to everything to support us no matter what. He has taught us how to become great young women as we grow into adults. He has given us advice as we chase our dreams and goals. He has nurtured us. The list goes on he has always been nothing but the best father to us and all of our siblings.

On September 16, 2024 our worlds shattered. That was then day our dad was arrested and sent to jail. On that day it felt like we had lost everything. Ever since then we have been forced to navigate our lives during an extremely hard and overwhelming time without parents. No mom or dad to go to when we are sad, happy, excited, nervous, stressed, lonely, anxious, overwhelmed, or depressed. This world can be a very evil place and when people try and tear you down sometimes you need a mom or dad to go to for love and support, which we don't have. We have gone through such important and challenging times in our lives such as becoming seniors in high school, starting our new business, cheering at our schools football and basketball games, graduating high school, the passing of our great grandmother who was our moms grandmother, so many more tough times all without our parents. But our dad has tried his best to make us feel still loved and supported through it all. Even though he hasn't been physically with us he's still been the best father he could be. He has tried his best to still try to communicate and check on all his kids despite the conditions he is in because he truly does love and care for all his kids and family.

Aside from being our dad, he is such an inspiring person. He always wants the best for people and allows people to chase their passions and dreams through his advice and teachings. He continuously provides positive impacts on peoples lives. We haven't been on this earth for very long but we can tell you ever since we can remember the amazing memories with our



dad he has never failed to be an incredible fathers to us. He has always taught us to be kind to people because you never know what they are going through. He has also taught us to always give back to our community. On certain holidays he would take us out to the less fortunate areas of where ever we were and give back. For instants one Christmas we went out to the neighborhoods in Miami that were less fortunate and gave them money to take care of whatever they were in need of. Another time on thanksgiving we volunteered at a shelter and gave out food to the less fortunate that didn't get to have a thanksgiving meal that day. He has always just been such a caring and giving person and he has taught us to be the same way. We are proud to be his daughters and we're beyond grateful for the endless support, guidance, and love he has shown us throughout our entire lives. Our family has faced many challenges through the years but no matter what we continue to stick together through it all. We know who are father truly is, a caring, loving, generous, passionate, and dedicated man. Words can't explain how much we miss him and we hope that you deeply consider returning him home to us. Thank you for your time.

With love,

D'Lila and Jessie Combs

Dear Your Honor,

My name is Nicole Olivera,

I am a mother and I currently work as a broker and account executive in the private aviation industry. However, this is not how I came to know Mr. Sean Combs, nor do we have a business relationship. I have known Sean very closely for the past 12 to 13 years. We met in 2012 through mutual friends and quickly became almost inseparable for many years.

Our connection developed in a personal, family-oriented setting. As someone with six younger brothers and a naturally nurturing disposition, I became a trusted go-to babysitter and family friend. Sean and I both relocated to Los Angeles around the same time—him from New York and Miami, and myself from my hometown of Miami. Around that time, Sean was also bringing his children together under one roof: his twin daughters were moving from Georgia, and his son Justin from New York to attend UCLA. He was working to reunite his family, to be present for his children in a new way, and I witnessed firsthand the importance he placed on that.

At the time, I was in my 20s—19 years younger than Sean—and while some might compare this to other relationships that have come to light, my experience is fundamentally different.

I have known the man Sean is **inside his home**, with his family. I've seen the devoted father who lights up at the sight of his children, the man who works tirelessly to create a beautiful life for them. I've experienced him as the man who asks for photos and videos and so many face time calls when he was away for work because he missed them so much. I've seen him build up the people around him—myself included. He uplifted me, gave me confidence, and helped me recognize my own strengths at a time in my life when I needed that kind of belief.

I consider myself blessed to be an extended part of Sean's incredibly loving family. Over the years, I've grown closest to his twin daughters, Jessie and D'Lila. Before their mother Kim Porter passed, I had the privilege of spending time with her as well. From an insider's perspective, I can honestly say Kim was a powerful light—someone whose presence could be felt before she even spoke. Sean, especially, lit up around her. She was the person he loved and respected most.

Losing Kim changed Sean. I saw the transition—the man I had always known spiraling into a deep grief that impacted him profoundly. I share this not to excuse, but to help explain the very real emotional decline I witnessed.



EXHIBIT
**15**
U.S. v. Combs, 24 Cr. 542 (AS)

As I mentioned, I was closest with the children, and I was never exposed to drug use or even alcohol within the home. I was the only woman, other than their mothers, who was allowed around the children. I never fully understood why at the time, but looking back, I now realize he made a conscious effort to protect his family from parts of his life he didn't want to affect them. I was unaware of the nature of his relationship with Cassie or the issues that have since come to light, and that separation now makes more sense.

Your Honor, I do ask that you consider the fuller picture of who Sean Combs is and has been to many of us. He is a deeply loving father, a provider, and someone who has poured so much of himself into the lives of those around him.

I hope my words offer you a glimpse into the man behind the headlines—the man I know and care for.

Thank you for your time and consideration.

Sincerely,

**Nicole Olivera**

Re: United States v. Sean Combs, 24-cr-542 (AS)

Dear Judge Subramanian,

My name is Derek Osorio. I'm an entrepreneur and business advisor with a background in marketing and entertainment. I've known Sean Combs for over 35 years — as a friend, mentor, and family. I write this letter to offer my honest perspective on his character and the positive impact he's had on my life and many others.

Sean and I met as teenagers through our families in the Bronx and later at Mount Saint Michael Academy, where we played high school football together. From early on, Sean stood out  hardworking, driven, and focused. Our friendship grew deeper over the years, and in college, he pulled me into the music industry and gave me my irst opportunity. What started with me helping him promote parties eventually led to me becoming an executive in the A&R department at Motown Records. I learned from him firsthand what discipline, leadership, and vision looked like in real time.

A defining moment in our brotherhood came during tragedy at the City College basketball game. While others panicked, Sean jumped into action, helping victims and even pulling a young woman from under the crowd. He stood up, faced the media, and took responsibility during one of the most difficult times of his young life. That's when I truly saw the man he was becoming

What stands out most over the years is Sean's loyalty and generosity. He's shown my wife Carla and me nothing but love and respect. We've shared holidays, birthdays, and vacations with him and his family — from St. Tropez, Cannes, and Rome to La Romana in the Caribbean, where he encouraged us to get married and even gifted us the rental home for the occasion. Over the years, he's welcomed us into his homes — including 2 Star Island and his Hamptons residence in East Hampton — with hospitality that always made us feel like family. His mother, Janice Combs, is like a second mother to me, and to his children, I'm Uncle Chuck.

Sean and Kim Porter also honored me by naming me godfather to their twins, Jessie and D'Lila — a title I carry with pride. If anyone wants to understand Sean's character, they need only watch him with his kids — involved, proud, and fully present. I also witnessed Sean navigate Kim's passing with strength and grace, remaining grounded in his role as a father during an incredibly difficult time.

Beyond his success, Sean has always treated people with respect from interns to security guards to total strangers. I've watched him uplift people quietly and without asking for credit. He's helped friends in need, contributed to causes and funerals, and made sure to check in on others not for show, but out of genuine care.

EXHIBIT

16

U.S. v. Combs, 24 Cr. 542 (AS)

I recently visited Sean at MDC. I saw not the celebrity, but the thoughtful, humble young man I first met in high school  someone who misses his family dearly and is reflecting deeply on his past. Sean didn't just teach me the music business he shaped how I work, lead, and give back.

I do not excuse his missteps, but I ask Your Honor to weigh them alongside a lifetime of service, family devotion, and the countless lives he's impacted for the better. I believe this chapter can become part of a greater story — one of accountability, redemption, and purpose.

Please feel free to reach out to me if I can be of further help. Thank you for taking the time to consider this perspective.

Sincerely,

Derek Osorio

Creative Brand Marketing Group

# MIXED CHICKS®

## a **multicultural** revolution™

July 31, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Sean Combs, 24-cr-542 (AS)*

Dear Judge Subramanian,

In 2003, as a single mother, I decided to make a bold choice and start my own business. As a bi-racial woman with "unruly" curls, the hair industry failed to represent my "combination" textured hair forcing me to shop in separate aisles, mixing and matching products just to get the right blend to style. In the early days my business partner and I started right out of her garage with a web-based business selling to local mom and pop shops and online customers. Our big break came when Halle Berry publicly endorsed our product in 2009 (an endorsement a small brand could never afford) but before that, I had the pleasure of supplying Mr. Combs with our products for a video shoot.

Mr. Combs was impressed not only with the quality of the product but with the fact that two women were confident enough to start a brand on their own with no investors and name a product " Mixed Chicks" a word that had and has significant meaning to us but has caused some negative feedback culturally. His curiosity and interest in possibly taking over our company in its infancy was flattering but our passion to make a difference for those with hair woes such as ours was so strong that we humbly declined. This may have been disappointing to him, or to anyone else that may have had the means to scale a business and we may have turned down a deal of a lifetime but it did not discourage him from wishing us well and encouraging us to stay committed. Our no, also did not close the door on us continuing to share our product with him yet opened the door to a cherished and meaningful relationship with his late partner Kim Porter and young daughters who would enter the world shortly after.

For many years and still today, I have supplied Jessie, D'Lila and Chase Combs with products for their hair but I have also had the privilege of watching them grow up. I have witnessed these young women display the utmost respect for all, make mature and wise decisions, put effort in achieving excellent grades in school, participate in extracurricular activities, attended their and invited them to birthday parties and events for my children, nieces and extended family. I have had a front row seat observing these young women in the happiest of times but have also seen them in the saddest.

> **EXHIBIT**
> **17**
> U.S. v. Combs, 24 Cr. 542 (AS)

**21218 Vanowen St. • Canoga Park, CA 91303**

phone: 1.818.888.4008 • fax: 1.818.888.4308 • email: mixedchicks@aol.com • www.mixedchicks.net

# MIXED CHICKS®

## a **multicultural** revolution™

As you are aware their mother passed away and as children with two loving parents, their mother, as many are, was their primary parent. Their father was always present but now he would be the only parent and for many men, the task of raising children without their mother is unfathomable but not for Sean. He sprang into action, surrounded the girls with all whom loved them and their mother and took on the role of mother and father. Even through his grief he prioritized the children and encouraged them to keep their mother's memory alive but insisted they move forward in life.

Sean (affectionately called "Puff") is one, if not the busiest, most successful and hardest working men in the business and his commitment to excellence for himself and those around him is important, but his role as "sole" provider and parent is priority. He has done a remarkable job making sure home base is filled with the necessities and a "village" to keep not only the girls focused and loved but their 3 brothers and 2 sisters as well.

Tragedy changed their lives in an instant but it is clear that these young women have survived and evolved because of their father's daily and constant presence. Attending the games they cheered, fashion shows they modeled in, community organizations they supported and good ole family dinners at home. His presence mattered and it matters today. These young ladies are a testament to Mr. Comb's parenting and commitment to raising responsible and respectable young ladies. His entrepreneurial spirit has also influenced these young ladies to start their own businesses even while they continue to study.

I am pleased to also share that today, Mixed Chicks is still in business and in our 23rd year, still no investors, still founded, owned and operated by myself and partner. We are grateful for the support and encouragement we have received over the years from Mr. Combs and his family and the doors he has opened with his authentic compliments of our brand and sharing his most prized possessions, his daughters.

Your Honor, I humbly ask the court to consider opening the door for Mr. Combs to have a chance again to be successful at the most important job in the world......a father. His presence is not just desired yet required.

Respectfully,

Kim Etheredge
Co-owner
Mixed Chicks LLC

### 21218 Vanowen St. • Canoga Park, CA 91303

phone: 1.818.888.4008 • fax: 1.818.888.4308 • email: mixedchicks@aol.com • www.mixedchicks.net

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: United States v. Sean Combs, 24-cr-542 (AS)

Dear Judge Subramanian,

      My name is Karla Lemos, and I've worked as a professional chef for over 15 years. From 2019 to 2024, I had the privilege of working in Mr. Sean Combs' home as his Private Chef.

      When I first started working in his home, Mr. Combs was going through a period of deep personal pain and depression. Even though he was clearly struggling emotionally, he still treated those around him with kindness and respect. It was during that time that I saw just how strong and resilient he really is. He leaned on his faith and his love for his children, and slowly, I watched him find his strength again. It was inspiring to witness someone in his position be so vulnerable, yet still so committed to others.

      During those years, I came to know Mr. Combs not just as an employer, but as someone who treated everyone around him with respect, kindness, and a real sense of care. He was always professional and made sure the people in his home felt valued. I truly loved working there not just because of the role itself, but because it didn't feel like a job. It felt like I was coming in to cook for a family member.

      One thing that has always stood out the most to me is how respectful, well-behaved, and well mannered his kids are. You can tell a lot about someone by the way they raise their children, and Mr. Combs clearly raised them with strong values and love. Every Sunday morning, he would step outside and loudly thank God before heading to church with his kids. It wasn't for show it was sincere and I felt that it showed just how important faith and family are to him.

      I also saw how he showed up for people when it mattered. During the pandemic, when so many were struggling, he made sure his team was taken care of. He checked in, offered support, and went above and beyond to make sure everyone felt safe and appreciated. He didn't treat us like just staff he treated us like people who mattered , like family.

      I know this letter won't speak to every part of who Mr. Combs is, but I hope it gives the Court a glimpse into the side of him that had a real and lasting impact on my life. He is a man of faith, a devoted father, and someone who truly cares about the people around him and genuinely wants good for others and wants people to do good in all aspects of life.

      Thank you for your time and consideration.

                                Sincerely,
                                Karla Lemos

                                Private  Chef



Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pear Street
New York, NY 10007

Re: United States V. Sean Combs, 24-cr-542(AS)
Dear Judge Subramanian,

I am writing to you regarding Sean Combs, with whom I share a two-year-old daughter, ▮ Combs. I respectfully ask you to consider this letter as a testament to his character and the importance of his presence in our child's life.

Although I understand and respect the seriousness of the legal process, I have personally witnessed Sean as a concerned and attentive father. From the earliest days of our daughter's life, he has shown her deep care, affection, and commitment. His bond with her is genuine and irreplaceable.

Our daughter, ▮, is at a critical stage of development where having both parents involved provides much-needed stability, especially emotional stability. I have tried to keep her life as normal as possible, but the absence of her father has taken a noticeable toll. ▮ is bright and curious, and she often becomes frustrated that she cannot see her "Daddy." She asks many questions about why she cannot be with him or why she can only see him under his current circumstances. When she hears his voice, she lights up—it is clear how important he is to her sense of safety, happiness, and belonging.

I do not seek to excuse past mistakes, but I wholeheartedly believe that allowing Sean the chance to be present for his child will not only strengthen their bond but also inspire him to continue making positive choices for the future. His role as a father gives him a powerful reason to change, grow, and live responsibly. The way he spends his time going forward and the legacy he leaves are things his children will carry with them for the rest of their lives.

I write this letter on behalf of our daughter to express that there is no hidden agenda—Sean's only wish is to learn from this experience and return home to his family. He has already missed important milestones in the lives of his older children, and I humbly ask that he not miss any more. Sean is deeply committed to being present for ▮ and his other children. He will not jeopardize that chance; he simply wants to grow old with his family.

I respectfully ask the Court to show compassion and allow Sean the opportunity to be an active father in our daughter's life. I trust in the Court's wisdom and judgment, and I will respect whatever decision is made, but I hope my words help convey just how meaningful his presence is to our child's growth and well-being.

Thank you very much for your time and consideration.

Respectfully,
Dana Tran

EXHIBIT
19
U.S. v. Combs, 24 Cr. 542 (AS)

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  RE: United States v. Sean Combs, 24-cr-542 (AS)

Dear Your Honor,

  My name is Marlin Hatcher, and I've known Sean "Puff" Combs for many years. Alongside Mr. Charlucci Finney, he played a pivotal role in guiding my group Talent during our early days on the Rockland/Interscope label. Puff didn't just offer sound advice about the music business—he gave us a blueprint for life and fatherhood. He constantly emphasized accountability and ownership, whether we were discussing contracts or character. Together, we set personal life goals and regularly reviewed our progress with him, creating a structured path for growth. He challenged us with honest feedback, then built us back up with encouragement and vision. Like many artists, I hit a low point—mentally and emotionally—where the industry felt like it had taken the best of me. But through faith, prayer, and reflecting on something Puff once told us—"Turn your obstacles into opportunities, and your problems into possibilities"—I found the strength to reclaim myself. To this day, I carry his words and wisdom with me, and for that, I am deeply thankful.

  I am writing to respectfully offer this letter as a character reference for Mr. Sean "Diddy" Combs—a father, entrepreneur, philanthropist, and cultural leader whose influence has transformed countless lives across the entertainment industry and within the community.

  While the public may know Mr. Combs as a world-renowned artist and mogul, I believe it is equally important to highlight the man behind the headlines—the dedicated father, mentor, and humanitarian who has consistently used his platform to uplift others. His commitment to his children is unwavering. He has raised them with grace, strength, and purpose, serving as a constant example of Black fatherhood done right: involved, nurturing, and proud. Whether supporting his daughters in their modeling careers or guiding his sons through business and music ventures, Sean is not just present—he's intentional.

  As a mogul, Sean has created one of the most iconic entertainment legacies of our generation. But just as significantly, he has mentored, developed, and championed emerging artists—many of whom credit him as the reason they were able to escape poverty, realize their dreams, and provide for their families. His success has never been his alone; he has always shared the spotlight, the stage, and the opportunity.

  I do not write this letter to dismiss or diminish the seriousness of any proceedings before the Court. Rather, I write to provide a broader perspective of the character of a man



EXHIBIT
**20**
U.S. v. Combs, 24 Cr. 542 (AS)

who has made a lifelong habit of lifting others up—through family, through business, and through service.

Thank you for your time and consideration in receiving this letter.

Respectfully,

Marlin Hatcher

7/9/2025

August 15, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Honorable Arun Subramanian,

My name is Valerie Payton. I am a retired educator of New York City, serving as a classroom teacher and literacy coach in the NYC Department of Education and an adjunct professor for the City University of New York at the Borough of Manhattan Community College. I started my career as a teacher at the Association of Black Social Workers Daycare, where I met my dear friend, Ms. Janice Combs.

I was embraced by the Combs Family, whom I have cherished for over 50 years, and I am affectionately called "Daughter," "Sister," and "Aunt." Watching Sean Combs grow from a young, enthusiastic child—determined to study and work hard, while demonstrating great leadership qualities—to becoming a great music mogul and businessman, never losing sight of his humble beginnings and his family, has warmed my heart with tremendous pride. He always showed so much love, respect, and appreciation for his grandmother and his mother, who sacrificed and worked various jobs to make sure he received a good education and valued great work ethics. He really has been a businessman since he was a kid.

Sean has always been a doting father. Seeing him with his children speaks volumes, because you do not see someone "famous." You see an ordinary, caring, loving, and fun dad. His children are his world. This reminds me of a very special Mother's Day:

*One Mother's Day, Janice invited a couple of her friends and my daughter and me to celebrate the day with Sean and Kim at their house. Dinner was ready, but we were waiting patiently for Sean to come downstairs. Each time Janice called him, he would tell her that he would be down soon. Finally, he called from upstairs and told us to go into the dining room. We, again, sat patiently, anticipating his coming to join us. With a breathtaking surprise, he appeared at the entrance, with Quincy, Justin, and Christian. They were all wearing black tuxedos—down to the pan leather shoes—one arm bent with a cloth napkin draped across it, and a big smile on their faces. In unison, they said, "Happy Mother's Day!" and then, Sean said, "We are here to serve you." That's exactly what they did—down to the desserts!!!*

EXHIBIT
21
U.S. v. Combs, 24 Cr. 542 (AS)

That day, it did not matter there were others ready to serve us, because the Combs men were "On Duty*,"* serving the women in their lives. What an awesome picture of Sean, teaching his boys how special and important women are, and serving and respecting them was a very significant part of life!!! Last year, having Justin pick up food for his grandmother and me and lay the spread out for us warmed my heart, because something his father instilled in him years ago, he still exhibits— loving, respecting, taking care of, and serving the women in his life.

As I think of so many moments from Sean's childhood to adulthood and today, my love remains unconditional. In life there are great times, and there are struggles and challenges. When I saw an image of him on bended knees in the courtroom, I saw and felt his heart, and I had a flashback of our times in church with Grandma Jessie. I could hear her whispering to him: "That's right, Baby!! Stay on your knees! Pray and hold on!"

My prayer for Sean is for leniency, allowing him to get back home with his aging mother and his children—be there for them, take care of them, and be that example of serving, respecting, and unconditional love for everyone. My prayer is that Sean shows the world that in life, we can be afforded chances that give us the opportunity to reflect, remember, and recognize that God is a God of second chances, third chances, and more. He looks at our hearts, not with the same lens as we look through. My prayer is that Sean will continue to show God a heart of faith and prayer, never losing sight of who He is and what He can, and will, do in his life.

Thank you, Your Honor, for reading my letter that expresses my heartfelt thoughts and feelings about Sean Combs—the loving father, a dedicated son, and someone who carries a heart of wanting the opportunity to be the person God has created him to be.

Yours truly,


Valerie Payton

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge:

I'm asking you to please let my father out of jail! He does not deserve to be there and I know this from the bottom of my heart !! We have been through a year of lies and discrimination and dehumanization and loneliness and separation and extreme stress on the family. This is my dad and he is the best father in the whole world. He has never ever taught me anything but to treat people with the most respect possible and to never be entitled and to always work for what I want and to treat people with love and kindness most importantly ! He is the reason that I make music and the reason I am the person I am today ! There was never a time my father wasn't there for me and my father didn't make me feel special. Every birthday every holiday he would go above and beyond for me and for every accomplishment and even days when I was feeling my lowest he would pick me up and make me feel Great !!  he is really the best father you could ever imagine and I could put everything on that ! And go toe to toe with any son in the world and I know for a fact they do not have an all around better father than my dad is. No disrespect to you if you have kids but I know my father is the best ! & For me and my sisters and brothers him not being here is life changing and Is effecting our lives in the worst ways possible in every area.  Please let my father out of prison ! He does not deserve to be there and has already been in jail for a year !! This has been the worst year anyone could ever go through! Please let him out ! This is driving me crazy and my family crazy! I'm asking for grace and compassion to the family  please let my dad out of jail! I have seen my dad help thousands of people. Give back millions of dollars and show love to everyone and never treat anyone foul !! Please let my dad out of jail !! Me and my sisters and brother don't have a mom. With my dad still in jail it feels like I have no one at all. And it's really a scary feeling. That I can't take. Please please don't make this feeling a reality I would not be able to handle that at all. Please God please judge ! Please let my father out of jail !!

Thank you so much !
Christian Combs



EXHIBIT
22
U.S. v. Combs, 24 Cr. 542 (AS)

Dear Your Honor,

My name is Jun Choi, and I had the honor of serving as Mr. Sean Combs' wardrobe stylist for nearly ten years. After graduating from college in Los Angeles, I began an internship with Derek Roche, who was a former stylist for Mr. Combs. That experience eventually led to my introduction to Mr. Combs and, ultimately, the opportunity to work closely with him.

Becoming his personal stylist was a journey filled with both challenges and growth. Despite the obstacles, Mr. Combs took me under his wing, believed in my talent, and continuously pushed me to strive for excellence. He encouraged me never to settle for less, and even during the long hours and demanding schedules, the experience was always rewarding. His drive and belief in me inspired a mindset that anything is possible if you truly dedicate yourself to it.

Mr. Combs has always been a remarkable father figure to his family. What stood out to me most was his unwavering dedication to his children. Despite his intense work schedule, he made it a priority to attend his twin daughters' cheerleading performances at their high school football games. It was a clear reflection of the love and commitment he has for his family. No matter how busy he was, his family always came first—whether it was his children, Mama Combs, or the mothers of his children. He has been the foundation and backbone for them all.

For many years, I spent the holidays with Mr. Combs and his family. Each Thanksgiving, he would bring everyone together to share a meal and give thanks. Although I was technically working during those times, he always made me feel included—never like just a staff member, but like part of the family. Over time, Mr. Combs and his family became the second family I never knew I needed, and I will always treasure the warmth and memories we shared.

One of the most meaningful moments I experienced was when Mr. Combs left me a voicemail singing "Happy Birthday" on my birthday. In that message, he also expressed his gratitude for me and my work. That small but powerful gesture deeply touched me and remains one of the most unforgettable moments of my life. It showed me his genuine character and the kindness in his heart.

Thank you for taking the time to read my letter. I wanted to share these experiences to give insight into the man I've come to know—someone who has deeply impacted my life both personally and professionally.

Sincerely,


Jun Choi



EXHIBIT

23

U.S. v. Combs, 24 Cr. 542 (AS)

**United States District Judge Southern District of New York**

**500 Pearl Street New York, NY 10007**

**Dear Judge Subramanian,**

My name is Roget Romain, and I am a lifelong entrepreneur and business professional who has worked extensively in the music, entertainment, and business development industries. Over the past three decades, I have collaborated with artists, executives, and community leaders to bring creative projects to life while mentoring young people seeking to enter these fields.

I first met Mr. Sean Combs in the mid-1990s while working in the music industry, and our professional paths crossed often over the years. I have known him not only as a public figure but also in moments away from the spotlight, where his personal qualities have been most evident.

One of the defining traits I have witnessed in Mr. Combs is his unwavering dedication to his family. I have seen him prioritize time with his children despite the demands of an extraordinarily busy career. This personal commitment reflects a sense of responsibility and loyalty that goes beyond his professional life.

On a personal level, Mr. Combs has been generous with his time and advice. Years ago, during a particularly challenging moment in my career, he took the time to offer guidance and encouragement that helped me find clarity and move forward. His words were not grand gestures meant for show, but genuine counsel rooted in wanting to see others succeed.

I understand the seriousness of the matter before the Court and do not seek to diminish its importance. My intention is simply to share my personal experiences with Mr. Combs in the hope that they provide insight into the positive impact he has had on my life and the lives of many others.

Thank you for your time and consideration in reading this letter.

**Respectfully,**

Roget Romain

EXHIBIT

**24**

U.S. v. Combs, 24 Cr. 542 (AS)

August 14, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Sean Combs, 24-cr-542 (AS)

My name is Dr. Hadmira Meda Leacock, and I am a media executive, producer, and philanthropist dedicated to creating opportunities for underrepresented voices, uplifting communities in need, and advocacy for youth empowerment. I earned my doctorate in business, and for over three decades, I have worked at the intersection of entertainment, entrepreneurship, and public service. My work over the years, has allowed me to bridge the gap between creative industries and community service through collaborations with artists, entrepreneurs, and civic leaders to build programs for at-risk youth, support emerging artists, and connect resources to those who need them most.

I have known Mr. Sean Combs for more than thirty years.  We first met during the early stages of his career, when his ambition and passion were driven by an unshakable belief in his vision. From that first encounter, I was struck by his unmatched work ethic and his ability to see possibility where others saw limitations. Over the decades, our relationship has evolved from professional respect to a genuine, enduring friendship, rooted in mutual respect.

For over three decades, I have had the privilege of witnessing Sean Combs as a father, a son, a friend.  However, what has always stood out to me about Sean is his unwavering commitment to family, particularly to his mother and his children. I have seen firsthand how he has gone above and beyond to provide stability, guidance, and love for his children, ensuring they grow up grounded despite the demands of his public life. Even with these career demands, his family has always been his anchor. He has always been present at pivotal moments in their lives, balancing his professional obligations with a steadfast role as a father and son. That loyalty and devotion are core parts of who he is.

In my own life, Mr. Combs has been a constant source of encouragement and tangible support from the very beginning. He has consistently lifted others up by creating opportunities often in ways the public will never see or hear about. I often share a story that perfectly captures the crossroads he influenced in my career. At the same time I was offered a recording contract to make my own album, I was also offered a position to work at Bad Boy. My choice was between pursuing my own shot at stardom or committing to long, demanding hours in the studio, helping Sean shape the careers of others. Most of my closest friends thought I was making a mistake when I chose the latter. But I saw something they didn't, the chance to learn directly from Sean. His vision, his discipline, and his relentless pursuit of excellence were like a masterclass you couldn't buy.



EXHIBIT
**25**

U.S. v. Combs, 24 Cr. 542 (AS)

At that time, women in the music industry were rarely given opportunities beyond roles as artists, writers, or assistants. The idea of a woman serving as an A&R executive was almost unheard of. Yet Sean trusted me with that title and the responsibility to help bring his creative vision to life. That decision forever shaped the trajectory of my career and my life. It taught me that success is not always about being the one in the spotlight, sometimes it's about standing beside greatness, learning from it, and using that wisdom to create your own path.

I saw and spoke to Sean a couple times prior to the allegations, and I genuinely began to notice a sense of love, personal growth and maturity in him. In one of our conversations, he apologized to me for any past indifferences we may have had and thanked me for all that I had contributed to his life, career, and success. Then he said something I will never forget that Bad Boy wasn't just his legacy, but mine too, and that we would make music magic again together one day. As flabbergasted as I was to hear those words, I welcomed them deeply, having longed for that acknowledgment and familiar connection for so many years. Because of this, I have every confidence in his capacity for growth, sincere reflection, and true redemption.

I understand the seriousness of the matters before the Court, but I also believe it's important to see the whole of a person. I know Mr. Combs to be a man of strength and resilience. I've watched him face challenges both personal and professional that would have broken many, yet he has always worked to rise above them, continuing not only to provide for his family, but also to advance his culture. His success has never dimmed his empathy or connection to the community, and his impact also extends to countless quiet acts of kindness, not always privy to the public.

Your Honor, I respectfully ask that you consider the totality of Mr. Combs' life, his years of positive contributions, and the countless people whose lives have been better because of him. I offer this letter not to diminish the gravity of the proceedings, but to give a full picture of the man I have known for over thirty years. I also wish to affirm that his family and I, as his extended family, are committed to supporting his continued growth, reform, and restoration into an upstanding man the community can rely on. And we have more MAGIC to make! The world needs it.

Respectfully,

**Dr. Hadmira 'Meda' Leacock**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: United States vs. Sean Combs 24-cr-542 (AS)

Dear Judge Subramanian,

I am writing this letter on behalf of my dear friend Sean Combs as he awaits sentencing for his charges.

My name is Jameel Spencer: I am a husband, father, friend, entrepreneur, and an inspiration to my community. I do not take any of these roles lightly and subscribe to the concept that to whom much is given, much is required.

I first met Sean in 1990 when migrating from New Jersey to New York to embark on a career in the entertainment industry. While his ascent to notoriety was just beginning, his presence was massive. He was spoken about as a wunderkind of sorts, uniquely positioned to take the entertainment business by storm and change the course of culture. I couldn't avoid seeing his successes over the years as they were all colossal in scope. He was in fact a juggernaut.

Our paths would cross from time to time, but never in a meaningful enough way to have any real thoughts about working together until December of 1997 when he was on the cover of Vibe Magazine. At that time I served as the Director for Music and Entertainment Sales at Vibe. It was my job to sell all advertising to the music and entertainment companies and to create marketing campaigns to leverage our cover talent to sell more magazines. The experience of working with Sean to launch the issue was eye opening. I was seeing all that went into masterminding this larger than life persona, first hand. He was insatiable, meticulous, and extremely measured. He left no detail unconsidered. It was masterful.

Sean was known for having a great eye for emerging talent. That skill was not limited to performing talent, it extended to executive talent as well. After our experience of collaborating on the successful launch of his cover of Vibe, I found myself still speaking to him. He would reach out pretty consistently asking me to join his company because he believed that I fit the description of emerging executive talent. While honored, my initial thought was we would not be a good fit together. I was, and am still today, a very family oriented person. My allegiance is to my family first and I am not interested in being out in front, loud or self promoting. I prefer to do my work in the quiet background and enjoy the successes from behind the scenes. Sean was relentless, he would call me and before hanging up proclaim that he would be calling me until I agreed to join his company.



EXHIBIT
26

U.S. v. Combs, 24 Cr. 542 (AS)

I joined Bad Boy Worldwide Entertainment Group in early 2000 as the President of Bad Boy Marketing & Advertising. While negotiating my role I insisted that I be the General Manager of the business but Sean insisted I be the President, because as he stated "no one wants to make decisions with the General Manager, they want to speak to the President." Sean always saw the best version of people, even when they didn't see that version of themselves. We would go on to build an incredible enterprise together. Bad Boy Marketing & Advertising would evolve into Blue Flame Marketing and would partner with clients from Anheuser Busch, Microsoft, Calvin Klein, Unilever and more. We were leveraging and commercializing our unique connectivity to culture to large CPG brands looking to unleash the rocket fuel of urban influence. I would also hold the role of Chief Marketing Officer of Bad Boy Worldwide in charge of marketing for all the portfolio companies that Shawn owned. Bad Boy Worldwide would evolve into Sean Combs Enterprises and the rest is literally history. What I didn't expect and was happy to find was that he was also a family man, deeply filled with faith. I had no idea. He consistently gave all the glory to God and was working tirelessly to be an example to his children and make his mother, Mama Combs proud.

I tell you this story not to take you on a journey of my career and how it intersected with Sean's. In fact, what transpired over those five plus years was far more important than dates on a Linked In ledger espousing the timeline of my career. The time I spent working with Sean Combs was the most important experience in my life. What I learned working next to the cultural phenomenon that is Sean Combs has served me to this day in all facets of my life, not just professionally. This man who I thought was strictly a flashy Pied Piper of urban culture, capable of selling water to whales, was actually a super thoughtful human who wanted to win to make his community stronger, his mother proud and do it with his family by his side. Sean Combs from the outside looking in is a gross misrepresentation of the magic of the man I know. Sean is necessary. Period. He has changed the perception of what young black men and women coming from diverse backgrounds are capable of. I grew up believing that in order to be successful I needed to be a doctor, lawyer, or accountant, and no matter what it was I became, I would have to change how I showed up to achieve success. Sean showed me and the entire world that we could achieve more success than we imagined and do it all while being our authentic selves.

I am crafting this letter to ask for leniency for Sean because of what he means to black culture and to my family and to his family. His successes to date are a huge chapter in the book of black excellence, but his story doesn't end here. It shouldn't end amidst public scrutiny over matters that should have remained private. I do not condone the domestic violence or the drug abuse that was illuminated in the trial. Those are private family conversations I hope to have with Sean along with other family members who love him as I do. The story of Sean Combs deserves to have more chapters with more triumphs and to be an example to all who have fallen down and lost their way. An example to be more mindful that success, fame and fortune should be respected for the responsibility that it comes with. I had the benefit of being one of the five non family members granted visitation to Sean in Manhattan Correctional Facility. When we spoke, the last thing I told him was, that when he was at his best, he was the brightest light our culture had ever enjoyed. Somewhere along

the way he got to enamored with the power and lost his way. He responded that he thought that fame and fortune brought you notoriety, but he how realized the magnitude of the obligation and responsibility required.

To whom much is given, much is required.

I am asking you Judge Subramanian to be lenient on the sentencing so Sean can write the next chapter or redemption and responsibility in the book of Sean Combs.

Respectfully ,

Jameel Spencer

███████████████████████ Dad

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Sean Combs, 24-cr-542 (AS)***

Dear Judge Subramanian,

I am writing this letter on behalf of Sean Combs whom I have known for 30 plus years. My name is Sarah Chapman and the mother of his eldest daughter, Chance Combs. I attended much of the trial this summer and I'm fully aware of the charges currently against him. I would like to express my strong support for his release come sentencing in October.

I met Sean in 1994 when I was in college. I was 21 and he was 24. He was young, kind, gentle, and chivalrous. I've watched him grow and work tirelessly over many years with much vigor about the things he's passionate about. He's always been very energetic, full of life and enthusiastic about his work dedicating much of his time to become a successful businessman. He has not only worked hard to build a life for himself and his family but has consistently given back to his community. Through mentorships, charitable donations (public and private) or simply lending help when others are in need, Sean Combs has always been a reliable man. He has employed hundreds and has been creating spaces in the Black community where there once were none, redefining narratives of doubt.

Beyond Sean's professional life, he is a father and the primary caregiver for his elderly mother. Family is extremely important to him. I've witnessed the way he's been able to bring all his children together for family occasions, every annual holiday, birthdays and simply be a dependable dad. He's a strong support for all of them and his absence has been tough on them.

I fully understand the seriousness of his current legal situation, but I ask that you take into consideration the kind of man Sean has been throughout his life, despite his legal troubles. With Sean's commitment and responsibilities for his family I firmly believe that the Court can trust that Sean will never be before you again. He will not jeopardize this! Speaking with Sean, while he's been incarcerated, I've recognized someone who is much calmer and drug free with a clear mind. I have seen him through his adult stages in life and I believe that after this year in prison,



**EXHIBIT**

**27**

U.S. v. Combs, 24 Cr. 542 (AS)

it has been the only time that he has had a break from his past lifestyle and is now focused on what truly matters. He's shared with me how he's taken time to reflect on his past and the changes he intends on making in the future, once released. I've listened to how eager he is to have a new lease on life, spend much time with his mother in her latter years of life and all his children. I've seen the difference in him with my own eyes.

I respectfully ask the court to consider this letter as a testament to Sean Combs character. Thank you for your time and consideration.

Sincerely,
Sarah Chapman

**Stephen Dent**

Date: August 26, 2025

The Honorable Arun Subramanian
United States District Court
Southern District of New York

**Dear Judge Subramanian,**

I am writing as both Sean Combs' brother-in-law and as someone who worked closely with him for more than fifteen years in his music enterprises. From 1995 to 2004, I served as a recording engineer, and from 2004 until 2011, I was Managing Director of Daddy's House Recording Studio in New York. During that time, I had a unique vantage point into both his professional and personal life, and I hope my perspective can provide the Court with meaningful insight into his character.

In the studio, Sean consistently demonstrated an unmatched work ethic and drive. He demanded excellence not only from himself but also from those around him, fostering an environment that pushed us to reach higher. Under his leadership, Daddy's House Recording Studio was not just a workplace—it became a training ground for young engineers, producers, writers, and artists. I used to call it "Vietnam"—if you could succeed there, everywhere else felt like a cakewalk. Many who passed through the studio went on to achieve success not only in music but across the corporate and professional world, in large part because Sean invested in developing talent and creating opportunities for those willing to work hard and seize them. At Daddy's House, everything had to be earned.

Talent was everywhere; effort was the only thing that set you apart. I was there when we went without sleep for days because we didn't want to stop working and creating—and it was all fun. We thrived under the pressure, and it showed in the music that defined an era. We topped the charts, and everyone wanted to know the secret: it was Sean Combs. We all tried to outwork him, but very few ever could. Knowing that I was part of creating icons and music that transcended genres is priceless. To this day, we all greet each other as family—bound by shared greatness, shared sacrifice, and shared accomplishment. Those moments shaped my career and my life. Today, I am a Grammy-nominated Recording/Mix Engineer with more than 20 Top 10 records, over $500 million in sales, and more than 20 billion streams—achievements I owe in no small part to Sean's leadership, his vision, and his belief in hard work.

On a personal level, as a family member, I have witnessed his deep care and commitment to his loved ones. Family gatherings reflected his generosity and his desire to keep those around him close. I have seen him as a father, son, brother, and uncle who values family ties and works to maintain them despite the pressures of his career. He has always taken time to talk with and encourage my son, his nephew S███████, to strive for the best. During this very trial, when he saw him for the first time in the courtroom, Sean's immediate thoughts were about my son and how he could further help him pursue his hockey dreams. When S███ was younger and diagnosed with ███████ Sean did not hesitate to help us secure the best therapy and care—support



EXHIBIT
**28**
U.S. v. Combs, 24 Cr. 542 (AS)

that has contributed to my son maintaining his place on the Honor Roll and in the Honor Society for the past six years. S█████ is also in his second year of travel hockey. I attribute much of this progress, in part, to his uncle Sean's love and attention.

I fully understand the gravity of the offenses for which he now stands convicted. I do not write to excuse his actions or to minimize their seriousness. Rather, I write to share the side of Sean Combs that I know well: a man capable of hard work, generosity, leadership, and deep love for his family.

I believe Sean has the capacity to reflect, to grow, and to contribute positively again. Even in difficult times, I have seen his resilience and his ability to rebuild. With the right opportunity, I believe he will dedicate himself to being a better community member and to using his influence for constructive purposes.

Thank you for considering my perspective as both a family member and a former employee who worked alongside Sean Combs for many years. I respectfully ask that you weigh his positive qualities, his family commitments, and his potential for rehabilitation when determining a just sentence.

**Respectfully,**


Stephen Dent
Brother-in-Law to Sean Combs
Former Managing Director, Daddy's House Recording Studio

# Exhibit 29
# Filed Under Seal



Honorable Arum Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Dear Honorable Judge Subramanian,

I am writing to you with profound sincerity and personal knowledge of Mr. Sean J. Combs, whom I have known since infancy. Born and raised in Harlem I was twenty and I was Sean's nanny. Today I'm 76 years old and a retired Field Representative of the Department of Commerce with the Census Bureau. I am a ███████████ survivor and have been volunteering at the Icahn School of Medicine at Mount Sinai Hospital withThe Witness Project of Harlem providing presentations for Breast and Cervical Cancer since 2004.  I'm a widow with one daughter and granddaughter. I am Sean's Aunt Judy. My daughter, Aubrey and granddaughter, Taylor have grown up knowing Sean as a constant figure in our lives. As Aubrey's cousin and Taylor's Uncle Puffy my family has shared a deep generational bond with him and his family as a cherished member of our extended family.

I had the opportunity to see Sean perform in the play "A Rasin' In The Sun". I cried so much I literally could not see. I cried for the son whose father would never see his performance. I cried for the struggle of the Black man and the difficulties of making his mark in the world. I cried so hard I lost my eyeglasses. I had to see the play a second time. This time I basked in the delight that this young man had reinvented himself into a stage actor. My Seanny Poo had become a Broadway stage ACTOR!

Over the years we have celebrated milestones, shared holidays and have vacationed together. I vividly remember the joyful holiday seasons when Sean and I would team up on babysitting duties. Sometimes he would take the night duties and I'd navigate the daytime. However it went it was always a wonderful time for the children. Watching his sons, Quincy and Justin and Taylor, my granddaughter rip, run, laugh and play. His natural affection for children has always been evident to me from the moment I had my daughter who is four years younger than Sean.

I also recollect the unimaginable sadness while I cared for Sean. When his father Melvin was murdered, leaving his mother, Janice, a widow to care for her baby boy. Janice worked multiple jobs and eventually had the responsibility of Keisha, Sean's sister to provide for. To say it was a hardship for the family would be an understatement. Growing up in a single parent home has many drawbacks especially if you're a boy growing up without a father.

**EXHIBIT**
**30**
U.S. v. Combs, 24 Cr. 542 (AS)

Struggles with self-esteem, social adjustment, and the formation of healthy relationships are just some of the pit falls.

Sean has had many health issues that have caused him considerable pain.  leading to many medical procedures and the use of opioids to combat the discomfort of surgeries for his knee replacement, rotator cuff surgery, and his foot and nose surgeries. Possibly leaving him vulnerable to drug abuse.

One particularly poignant moment speaks to my heart. On Valentine's Day in 2023, Sean was speaking to my husband Carl C. Green, wishing him a happy birthday. Sean told Carl he was a king. Carl responded warmly, "I know I am a king because I have a queen", referring lovingly to Sean's Aunt Judy. That exchange captured the spirit of their bond. When Carl ▮▮▮▮▮ on June 25, 2023 Sean reached out to me with sincere condolences and support. Carl was a pillar of the Harlem community on October 5, 2024 the street where he grew up in Harlem was co-named "CARL C. GREEN WAY", Sean wasn't there physically but he was represented by his sister Keisha and nephew Stephen.

On Monday September 16, 2024 Sean texted me saying he was in town and was coming to see me. He was arrested that evening.

Sean has shown unwavering devotion to his beloved mother Janice, four daughters, Chance, D'Lila, Jessie and ▮▮▮ and his three sons, Quincy, Justin and Christian. Quincy, Christian, D'Lila and Jessie lost their mother in 2018. Losing a mother or father is a profound and life-altering experience. As it was for Sean with the loss of his father. I pray that Sean will be reunited with all of his children and mother in the near future.

I spoke with Sean a couple of weeks ago. He apologised to me for all the upset and worrying he had caused me in regards to his being on trial. These are not grand gestures broadcast to the public. They are private, human acts that reflect the soul of the man I know. I recognize the seriousness of the circumstances before the court, and do not seek to diminish that. Rather, I hope these reflections add a layer of content, showing Sean's capacity for empathy, connection and personal accountability.

 I'm sure that this experience has been a wake-up call for Sean and I look forward to him doing the much needed work for the healing of his children and himself. As a man Sean has worn many hats, showcasing adaptability across diverse fields like music, fashion, business, and entertainment. I know Sean is capable of reinventing himself and I believe in his ability to become a more positive force for good, both privately and publicly.

Respectfully,

Judith A. Green



Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Subramanian,

My name is Trevin A. Jones, and I am writing on behalf of my cousin, Sean Combs. I have known Sean all of his life, and from childhood to adulthood, I have always admired the qualities that define him.

When we were younger, Sean would visit us in Pennsylvania, and we would travel to see him in New York. Even then, he was quiet, reserved, and thoughtful, but also driven. As he grew older, I remained proud of him because he never forgot his roots or our family values. We were raised to put family first, and Sean has always lived by that principle. From a young age, he looked after his mother, sister, and grandmother with love and responsibility.

One moment in particular stands out to me. About a year and a half ago, my father, whom Sean affectionately called "Uncle Tulum", was nearing the end of his battle with lung cancer. My father was very private, so Sean did not know until late in his illness. As soon as he found out, Sean reached out and spoke to him.

That call meant everything to us. By then, my father had lost his sight and was on his deathbed, but when he heard Sean's voice, his face lit up with life. Sean expressed his love and gratitude, thanking my father for guiding him in his early years. He even reminded my dad of how he had taught him to play baseball and shared a story of hitting a home run using those lessons. Whether or not the story was exactly as Sean recalled didn't matter; the joy it brought my father was priceless.

That conversation happened on a Wednesday. By Friday morning, my father, the greatest man in my life, had passed away. I will always be grateful that my dad and Sean had that moment together. My father was proud of Sean, and Sean was proud of him.

I share this story, Your Honor, because it reflects who Sean is; a man who values family, shows compassion, and uplifts others in their most difficult times. Despite any mistakes he may have made, at his core Sean has always been someone who cares deeply about those he loves.

Thank you for your time and consideration.


Respectfully,

Trevin A. Jones



EXHIBIT
31
U.S. v. Combs, 24 Cr. 542 (AS)

Re: United States v. Sean Combs, 24-cr-542 (AS)


Honorable Arun Subramanian

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007


Dear Judge Subramanian,


My name is Claudine De Niro. I am a travel agent, real estate broker, former publicist and events planner, and the mother of three teenagers , two daughters and a son. I first met Sean Combs in the late 1990s, and in the early 2000s I went to work for Bad Boy Entertainment as his personal concierge. At the time, I was going through a very difficult chapter in my life, and Sean immediately found a place for me on his team. It was not just a job , it was his way of lifting me up when I needed it most.

From the very beginning, Sean has been more than an employer or a friend , he has been a mentor. He is one of the smartest and most driven people I have ever known. He is relentless when it comes to wanting good in the world, good for his family, and good for his friends.

One of the moments that showed me the depth of his character happened during 9/11. He called to check on me, and I told him my uncle was missing and that I couldn't bear the smell of the city because it reminded me of the fire in which my mother had died just a few years earlier. Without hesitation, Sean told me to go stay in his Hamptons home, and he made sure I would not be alone, sending friends to join me within days. That is who he is , someone who steps in when you need it most, without asking for anything in return.

Over the years, our friendship has remained strong. Even after I married, we stayed in touch, and following my separation we saw each other more often. I am close with his family, including his mother, who lives next door to my father in Miami Beach. I have seen his loyalty to his loved ones and his deep commitment to their well-being time and again.



EXHIBIT
**32**
U.S. v. Combs, 24 Cr. 542 (AS)

I have spent much of my life in high-profile circles , Robert De Niro is my former father-in-law, my former business partner was Super Model Naomi Campbell, and I have been in a relationship for the past eight years with an Oscar-winning actor. In this world, I have seen firsthand how public scrutiny and false narratives can take on a life of their own, and how damaging it can be when people say anything to gain attention or money. That perspective makes me even more certain about the man I know Sean to be , a man whose actions toward me and others have always been grounded in kindness, generosity, and care.

I respectfully ask that you consider the Sean Combs I have known for nearly three decades, a man of integrity, compassion, and loyalty, who has consistently been a positive force in the lives of those around him.

Sean is a devoted family man. His family needs him, his mother needs him, and his daughters, the twins, Chance, and his youngest, all need him. They depend on his love, guidance, and presence. He is central to their lives, and they to his. Being with them is vital for their healing and for his, and I know he would use that time to continue being the steady, loving influence they have always known. His presence is irreplaceable, and his absence leaves a void that no one else can fill.

Thank you for your time and consideration.


Respectfully,

Claudine De Niro

Ariel Malone



Honorable Arun Subramanian

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Re: Character Reference for Sean Combs

Dear Your Honor,

I am writing this letter on behalf of my former employer, Sean Combs, to respectfully provide a character reference ahead of his sentencing.

From 2020 through 2023, I worked as a full-time chef in Mr. Combs' Los Angeles home on Mapleton Drive. In this role, I was responsible for preparing his daily meals—breakfast, lunch, and dinner—as well as ensuring his overall nutrition and health. I also regularly prepared meals for his family, close friends, and children. Each evening, I prepared dinner for his twin daughters and his youngest daughter. I was also asked to prepare specific nutritious meals for the mother of his youngest daughter, along with early-stage baby food for the baby.

Mr. Combs was my very first private personal chef client. He compensated me extremely well, which allowed me to provide for my daughters in a way I never thought possible. I had moved to Los Angeles to escape an abusive relationship, and being welcomed into a safe, respectful work environment—while also achieving financial stability—was life-changing. Through this opportunity, I was able to support my family fully and build meaningful business connections.

Mr. Combs, his family, and his staff often showed personal concern for me and my children. They would check in to make sure we were stable, and on several occasions when I needed to



EXHIBIT

33

U.S. v. Combs, 24 Cr. 542 (AS)

leave work unexpectedly to care for my children, it was never an issue. Even when I was late because of the realities of raising three children, I was always met with patience and understanding rather than criticism.

As someone born in the late 1980s and raised in the 1990s, I was well aware of Mr. Combs' prolific influence as a cornerstone of American culture in music, theater, and film. Like many, I associated him with the "Bad Boy" reputation, and I entered my employment with a degree of caution. However, my experience working in his home revealed a very different reality. I came to know him as a thoughtful, insightful, and visionary individual, and I was able to let my guard down as I saw firsthand the respect and kindness he consistently showed to those around him.

In the three years I worked for the Combs family, I had regular one-on-one interactions with Mr. Combs, both in the presence of others and privately. In every instance, I experienced nothing but respect, professionalism, and kindness. I never felt unsafe, disrespected, or that my role was undervalued. On the contrary, I felt like an integral and trusted part of the household.

Beyond the workplace, I came to know Mr. Combs as a devoted father and partner. His deep love and commitment to his children were evident every day. His absence has been felt profoundly within his family, and it has also rippled outward. Since losing my employment, I have had to uproot my life and relocate across the country because I could no longer afford to remain in Los Angeles.

As a Black father who has been so present in his children's upbringing, I believe his family deserves the opportunity to have him home with them again as soon as possible. As a Black woman and full-time single mother myself, I know how important the consistent presence of a loving parent is in a child's life. It is for this reason, and out of gratitude for the respect and integrity with which I was treated as his employee, that I respectfully ask the Court to consider leniency.

Thank you for your time and consideration.

Respectfully,

Ariel Malone

Dear Judge Subramanian,

My name is E. Shay Omolabi, and I am writing to respectfully offer this letter of support for Mr. Sean Combs—known to me personally as "Puff"—in advance of his upcoming sentencing. I know Sean Combs as Puff, that was how I was properly introduced to him by one of his longest and closest friends.

I've known of Puff since his career in the music industry took off in the late 1990's as did most people around the world. I first met him impersonally in 2009/10 when he invited the best nightlife promoters in Hollywood for a meet and greet. I was personally introduced to him in 2013.
I was introduced to him on a personal friendship level through a mutual friend, near and dear to us both. Our friendship blossomed extremely fast as though we were long lost brothers. The capacity of our relationship took on other facets like, advisor to one another, mentor of him to me, employer and event sponsor.

Like everyone else Puff had dual personalities, the personality that the world saw, worshiped and idolized then there was the other personality reserved for his close friends and family. I am fortunate enough to be a close friend so the side of Puff I see is a human being dealing with the stress and responsibility of holding so much power and influence. Being in his presence you could feel his gravitational pull, it was palpable. But when you had a one on one conversation with him he was feverishly curious to learn, to understand how you saw the world, where you got your information from and your interests. He wants to know how you see him, your point of view on his ideas and products and he appreciated those that could be 100% honest without fear of his displeasure. When there were no cameras, fans or other celebrities around, he looked up to me, he wanted to learn from me, to take instruction. It was always very surreal.

He has been of upstanding character to me from day one. The first 24 hours we met he invited me to hang with them as we explored the Burning Man, he invited me into his tour bus reserved, he told his staff to provide me with anything I requested, he invited me to fly out on his helicopter then to Las Vegas on his private jet, he got me a suite fit for a CEO, introduced me to many of my idols as if we were best friends and they should respect me as a peer and made sure he didn't leave me when they were all leaving back to LA and I was non-responsive in the hotel suite. Who does that? Even more so, what A-List celebrity does that to someone they had just met?
That level of generosity, loyalty and integrity isn't common in people and celebrities are exempt from having to have those qualities.

My view of Puff has changed many times and to varying degrees from aspirational to contemptuous. Aspirational when I first heard his music and watched the influence he garnered globally coming from somewhere just like me, looking like me and making it against all odds, to contemptuous when the media started to paint and portray him as a selfish, arrogant, unscrupulous and evil person. By the time I first met him in 2009 I had my mind set and judged him as the above. The person that met us Hollywood promoters was like nothing I could ever



imagine. He was larger than life, no doubt, but this man met us where we were. He spoke to us as peers in promotion, he identified as a promoter just like us, he made no separation. He didn't come to tell us how it's done, he came to ask us, he wanted to learn from us, he wanted our thoughts and suggestions, like we were the experts and he was the student. I'd never seen such humility in a human being, I was blown away. Humility is one of the most important qualities to me. On top of it all he thanked us with a gift bag of merch, and a bottle of Ciroc. He then paid us $100 cash each for our time... My mind was blown at this. He had made me an evangelist for whatever his cause was from that moment.

When I first heard the charges levied against Puff I was in total shock. My initial thought was, he had pissed someone off majorly and there's a targeted hit on him. I say this not to discredit the good people working in the courts and law enforcement but because this was my friend, I know this guy, I know how busy he is and I have a pretty good idea of what he's about. This man does not like random women around if it's not a social event. I had to basically bug the hell out of him to allow me to bring women I'd just met at the club into his private spaces reserved only for his closest friends, sometimes other celebrities.

After so many media stories and people giving recounts of alleged incidents at parties and everyone started to believe it, obviously I started to doubt what I knew then I got offended for not being invited to these "freak-offs" but to everything else. Like Dave Chappelle said, maybe I wasn't invited because I'm ugly. Lol.

The Puff I know is a family man and he has a big family. I became family and always had a seat at the table for family dinners, birthdays, holidays, everything. It was the same people that were always around when it wasn't an event. When there was an event, it was always clear to see who he considered family. The person the media was painting was not the same person. He would have had to be Dr. Jekyll and Mr. Hyde with an extra 24 hours to be this person as well. I was guilty of buying into the media for a second and I owe him a deep apology, I know him because he allowed me to know him, who he truly is, and I forsake him. Same way I did before I met him in 2009. I don't blame the media, I blame myself for doubting a friend, a brother.

Again, I'm not saying he is an angel, I'm sure there are many things he is guilty of, no one is perfect, I'm not either. I know I couldn't stand next to him if I were to have his influence and wealth, I thank God I'm not burdened with that responsibility. His heart is in the right place, he cares deeply for his family, his friends and the communities he represents and looks up to him. He is not a normal man with normal responsibilities, he is a super hero, laden and burdened with their responsibilities. He still has a lot of work to do, lives to uplift and people to serve and I know, first hand, he is intensely aware of this. He's not just fighting for his life, he's fighting for the lives of many.

I remember when I got sober in 2018, our relationship diverged as our views were different. He wanted to get sober but did not know how. I gave him my experience of strength and hope and he tried many times and failed, like most do when they first try. He is a determined individual so I know he will get it right, I'm sure this time incarcerated has helped him greatly to find peace and strength to tackle sobriety. I'm sober and I look forward to being a support system for him,

I've always lived close to him in both LA and Miami. Nothing will make me happier than to take the 12 Steps with him. I know he is eager to make amends for his wrongs to those that he has hurt, past relationships, friends and especially his family and children.

I'm confident in these assertions because what I've always known but was too humble to admit is that he's always looked up to me and my disciplines I imposed on myself, my fearless integrity and my strong moral compass and faith.

I own Puff so much, not just for the intangible things he has done for me, like being a beacon of inspiration, a mentor, a supporter and being a phone call away but also the tangible. He got me employed with his marketing company when I wanted to get out of nightlife, he sponsored my events, he paid me to be the face of the Ciroc Celebration campaign that was a global campaign that put my face on billboards, jumbotrons, TV's and magazines around the world. I still don't believe it looking back. It would be a pleasure and honor to support him on his journey of redemption, amends and change, I owe it to him. For all he has done for me, I've never had the opportunity to reciprocate until now. I humbly request the opportunity to do so.

I pledge to be a support system for Puff post-sentencing, whatever Your Honor and the courts deem adequate I will personally make sure he completes it above and beyond the expectations of the Courts. This will be his redemption moment. If Your Honor gives him a chance I know the positive impact he will have on his community and the world at large will be something to reckon with.

He's entering into a new stage of life and his role in the community is essential. He is our hero and in his journey he is in the abyss of death and rebirth, his transformation is happening and we are here to support him as he atones and returns to be a force of good, light and inspiration.

His name and character has been dragged through the mud, as I said, even I viewed him as vile and inhuman based on what has been portrayed of him. Personally, I'd rather lose money than to have my reputation tarnished. I don't know if I could face my peers again. He also has a responsibility to his community. One of the initiatives we started before Covid was a program that was going to be sponsored called "Home Coming". The idea was to produce shows and experiences in 5-6 countries in Africa and invite people of African descent to visit African countries, meet locals and other people of African diaspora to connect, trace their heritage and build new transatlantic partnerships and industries. This is a project we are both passionate about along with the other industries leaders and influencers he invited to the initial meeting we had in 2019.

I write this letter to Your Honor to request leniency for Mr. Combs. The burden of fame, business and representing the lives of so many has taken its toll on his health and family. His children have had to share their father with the rest of the world, they need him more than ever. His boys are at the age when boys become men and they need his guidance, and his little girls need the protection, safety and positive male influence from their father. It is my prayer that when his kids wake up on Christmas day, Santa Claus hasn't left them presents but that he is Santa Claus again.

I thank you Your Honor for taking the time to read my letter of support of Mr. Sean "Puffy" Combs.

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Sean Combs, 24-cr-542 (AS)

Dear Your Honor,

My name is Caresha Brownlee. I'm a mother, daughter, sister, and a hip-hop artist who has spent many years in the public eye. I want to be clear that I cannot speak on or defend anything that may have happened before I met Sean Combs. I do not condone any wrongdoing. I can only speak from my personal experience and the man I've come to know over the past four years.

For three of those years, I was in a public relationship with Sean, and during that time, I witnessed—and came to know—a different person than the one often portrayed. Behind the scenes, he was loving, genuine, supportive, and always encouraging. He motivated me, believed in me, and helped me grow both personally and professionally.

I'm writing this letter because I believe it's important for the court to know the side of Sean that isn't always seen or spoken about—the man who poured into others, who gave opportunities, who led by example, and who loved deeply.

He helped shape me both professionally and personally. He believed in me, pushed me to grow, and taught me how to be a better businesswoman. He helped me find balance between chasing my dreams and being present for my family, because that's what he did—no matter how busy he was, he never missed holidays or special moments with his family.

One of my most meaningful memories was when he took me to my first Met Gala. It wasn't just about the event—it was about what it represented. Sean has always made it a priority to open doors for Black people, to make sure we are seen, heard, and valued in spaces where we've historically been excluded. That night reminded me that we belong in every room, at every table, and in every conversation. He's constantly encouraged me—and so many others—to dream bigger, walk in confidence, and never shrink who we are to make others comfortable.

He also gave me a voice, by providing me a platform on his network to speak for the culture and connect with people in a way that was real and authentic. That opportunity changed the direction of my career and showed me the impact one person can have when they choose to uplift others.

Beyond all of that, I've seen him give back to his community over and over again. In 2022, we fed the homeless together on Thanksgiving, but that was just one example. There were so



EXHIBIT

**35**

U.S. v. Combs, 24 Cr. 542 (AS)

many moments where he gave—quietly, privately, without cameras, because his heart genuinely wanted to help.

I've also witnessed him doing real inner work. He made the choice to check himself into anger management, start therapy, and commit to physical healing through therapy. That takes strength, humility, and self-awareness. He didn't do it for show—he did it because he wanted to grow and to become a better person.

In my personal experience, Sean is not a danger or a threat to the community. He is a man of God, someone who uplifts, supports, and inspires those around him to be better mentally, physically and spiritually. But more than anything, he's a father and his kids are the ones who look up to him the most. They need him. His presence, love, and guidance matter deeply in their lives.

I truly believe that he belongs at home, with his family, the people who mean the most to him and who continue to be his greatest source of purpose and strength.

Judge..That's a good man.

Thank you,


Caresha Brownlee

FROM THE DESK OF

# CHRISTOPHER HICKS

July 9, 2025

Christopher Hicks
Chief Innovation Officer, QC Media Holdings
CEO, Noontime Music Publishing


Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Sean Combs, 24-cr-542 (AS)***

Dear Judge Subramanian,

My name is Christopher Hicks. I've worked in the music and entertainment industry for over three decades as an executive, producer, and entrepreneur. I'm writing to offer a personal reflection on Sean Combs – a man I've known for more than 35 years – in hopes that it may help provide context to his character and his impact.

We met as students at Howard University. He was already a popular upperclassman from New York, and I was a newcomer from the Bay Area. Despite his status, Sean took the time to mentor those of us just arriving. He offered encouragement, advice, and made himself accessible in a way that stuck with me.

Years later, when I decided to pursue a career in the music business, he was my first call. "Find something we can do together, and let's work," he said. And when I did – discovering a group of talented producers – Sean kept his word. He welcomed them into his fold and had them working within a week, contributing to projects for some of the biggest artists in the industry. That partnership gave me credibility at a critical moment and laid the foundation for my career. Sean was at the height of his success, and still, he opened the door for me.

That spirit of generosity wasn't an isolated gesture. He did the same for countless others – opening pathways in a notoriously difficult industry, often when he was still just learning the ropes himself. That kind of leadership is rare, particularly in someone so young.



EXHIBIT
**36**
U.S. v. Combs, 24 Cr. 542 (AS)

One thing I can say without hesitation: I am one of many successful music executives who came up under the influence of Sean Combs. We studied him, learned from him, and applied those lessons in our own careers. In doing so, we weren't just following his example – we were building upon a legacy he helped create. The ripple effects of his leadership and innovation continue to influence the culture to this day.

There's one moment I've never forgotten. When tensions eventually rose with those same producers – to the point that threats of violence were made – Sean stepped in. Not with ego or bravado, but with calm and wisdom. He defused the situation with maturity far beyond his years. He didn't escalate. He didn't walk away. He mediated, resolved, and protected both sides from a potentially tragic outcome. That's the side of Sean Combs the world doesn't always get to see.

The entertainment industry is demanding, often emotionally taxing – especially for those of us experiencing first-generation success. Most don't navigate that pressure in the public eye. Sean has. And while he sought that spotlight, none of us fully understand its weight until we're under it. For someone thrust into fame at a young age, carrying the expectations of both business and culture, the pressure is not only immense – it's isolating. He bore that weight while learning in real time, often without the space or grace afforded to others.

I offer this letter not to excuse any missteps, but to provide a fuller picture of the man I've known – one who has opened doors, shown grace under pressure, and helped shape the lives of so many. I've known the man behind the mogul – not just the visionary, but the friend, the mentor, the human being. And I'm grateful for the role he's played in my life.

Respectfully,

Christopher Hicks

Honorable Arun Subramanian

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007


Re: United States v. Sean Combs, 24-cr-542 (AS)


Dear Judge Subramanian,

I am writing to you today to share a personal account of Sean Combs, a man I have known for nearly four decades. Our relationship began in 1986 on the yard at Howard University, when a skinny, larger-than-life kid charged toward me to introduce himself. We quickly forged a friendship that has endured through every triumph and challenge life has thrown our way.

We grew up together, navigating the complexities of adulthood, building careers, experiencing the joys of fatherhood, and facing immense losses and enviable success with a shared ferocity and style. My professional journey with Sean began at Arista Records, where I led the marketing efforts for Bad Boy Records. He was more than inspiring leader of a venture Arista invested in; he was a mentor who gave my professional ideas wings, challenged me to dig deeper, and taught me to trust my instincts, to be daring, bold, and wildly creative. I was never afraid to challenge his positions on things and while formidable, I found him reasonable to deal with because all he cared about was being the best.



EXHIBIT

**37**

U.S. v. Combs, 24 Cr. 542 (AS)

I soon became the head of his company. It was an incredibly demanding but profoundly gratifying experience. I can vividly recall the initial thrill of thousands singing along to the music and artists we created. One year, we held the number one slot on the album chart for an astounding 24 weeks. Sean's dedication was relentless; all-nighters were the norm, and he rarely slept more than four nights a week. There was a moment when I felt I couldn't continue, overwhelmed by the pace. Sean, however, refused to let me quit. He challenged me to articulate what the business needed for greater success and then dared me to secure a deal with our partner Clive Davis. The next morning, we went together, and in that crucial meeting, Sean remained silent, simply stating, "It's Jeff's meeting." We closed the renegotiation, and the following year, the company exploded into global dominance, all while we were still in our twenties.

Much is said about Sean Combs, but few truly understand his unwavering commitment to those he loves. His loyalty is limitless. When I decided to leave to start my own company a few years later, Sean was my biggest cheerleader, offering selfless advice and counsel as I found failure and success independently. Our friendship never faltered.

Life's rollercoaster has brought us back together in moments of shared vulnerability and profound loss. We've collaborated on projects and marked our growth as men by our children and our graying hair. We've had those "grown man check-ins," rare moments where we've been vulnerable enough to share the internal pain of failed marriages and the struggles of parenting. Sean is that steadfast friend and confidant who offers sobering advice or simply an ear to listen and quietly reflect. Thirty years into our friendship, he sensed I was struggling. Days later, he refused to stop talking until I revealed what was on my heart. He didn't offer help directly, but mysteriously, help arrived. We hadn't worked together officially for two decades, yet his loyalty, as big as his public persona, still shone through.

Beyond our personal connection, Sean and I share a profound commitment to social justice. Since our days at Howard, we've felt a deep responsibility to uplift Black communities. We knew early on that we were fortunate and owed society our very best. We have collaborated on a myriad of political campaigns and social justice initiatives over the years, and I can always count on Sean to use his platforms to amplify the concerns of African Americans. He is unashamed to take unpopular stances for the sake of black people everywhere, driven by a mission to shift culture and secure the equity denied to people of color by our society.  While some may perceive Sean as self-serving, I see him as discerning, dedicating his attention and resources where they are most needed and effective.

Thank you for considering this perspective on a man who has been a loyal friend, a transformative mentor, and a dedicated advocate for social justice throughout my life

My very Best,

Jeff Burroughs



**Law Offices of Robert A. Celestin**
**1650 Broadway, Suite 1008**
**New York, New York 10019**

**bob@raclawfirm.com**
**www.raclawfirm.com**
**Admitted in New York**

July 31, 2025

**HONORABLE ARUN SUBRAMANIAN**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF NEW YORK**
**500 PEARL ST.**
**NEW YORK, NY 10007**

**RE: UNITED STATES V. SEAN COMBS, 24-CR-542 (AS) / LETTER OF SUPPORT**

Dear Judge Subramanian,

I am an entertainment attorney based in New York City with over 30 years of experience in the music industry. I'm also a graduate of Yale University and Columbia Law School.

From 1987-1990, I was the Vice-President and General Manager of Uptown Records, Inc. ("Uptown"), a record label founded by the late entrepreneur Andre Harrell. Uptown was a groundbreaking record label whose claim to fame was the discovery, development, and the distribution of records from superstar recording artists such as Mary J. Blige, Jodeci, Al B. Sure!, Heavy D and the Boys, and many more.

It was at Uptown that I first met Sean Combs a/k/a "Puffy." He was an intern and to date, the best intern I've ever had the opportunity to work with. Puffy was full of energy, a quick learner, and extremely, extremely ambitious! There was nothing I or any of the employees at Uptown asked him to do that he would not do and do well.

He swiftly rose up the ranks from being an intern to becoming a Vice-President and A&R executive at Uptown.

One day, I recall coming to work early in the morning and hearing music playing from Puffy's office. This was unusual as I was often the first and only one in the office so I was surprised that he was there especially since he was always in the recording studio until the wee hours of the morning.

So when I saw him, I asked him what time did he get into the office and he replied that he had just got in from the recording studio and hadn't yet gone home. He wanted to listen to some demo recordings for Mary J. Blige's next album which he was executive producing - so he simply did not go to sleep!

He had been up for 24 hours!

Needless to say, that made a huge impression on me as this was an example of Puffy's work ethic, a work ethic that would propel him to the heights of stardom.

**EXHIBIT**
**38**
U.S. v. Combs, 24 Cr. 542 (AS)

I subsequently left Uptown but continued to have a cordial working relationship with Puffy in that I represented some artists that he was thinking of signing, at the time, to Bad Boy Records ("Bad Boy"), his fledgling record label.

He was always respectful and courteous and took meetings with me to listen to clients that I was trying to pitch to him for a possible record deal to Bad Boy.

Most importantly, I was impressed by the fact that Puffy was a great father, ultimately parenting the son of one of his recording artists. Despite his worldwide fame and hectic schedule, he took the time to be present in the lives of all of his children.

Lastly, I was and still am proud of the positive impact he's had on Hip-Hop culture and the many opportunities he's provided to recording artists, music executives, creatives and non-creatives alike. I was also proud of his many charitable and philanthropic works through his Sean Combs Foundation; from running a marathon to his donations to HBCUs, etc.

Needless to say, Puffy is far from perfect and his physical assault of Ms. Ventura in 2016 was abhorrent and unforgivable! No man should ever put his hands on a woman. Period!

Nonetheless, his trial was not about this horrible incident. However, what his trial revealed to me was that Puffy was, in essence, a drug addict!

I knew that he would indulge in the recreational usage of liquor and marijuana as did most artists and executives in the music industry but I was shocked to learn that he was also using hard narcotics such as MDMA and Ketamine.

It's clear to me that his drug use ultimately affected him in a very negative way and my hope is that he undergoes extensive rehabilitation not only for drug use but also for his mental health.

Accordingly, this letter will serve as a request for leniency as you deliberate his sentencing.

Puffy's reputation has been effectively destroyed by his own actions and this trial such that he will forevermore be a pariah in the entertainment industry.

However, what is even more tragic is that his children have been severely traumatized by the ordeal of this trial and social media has caused them even more pain such that the absence of their father from their lives due to a long prison sentence will undoubtedly cause them long-term psychological and mental damage.

For all of these reasons, I humbly request that you be merciful in your deliberations of Puffy's sentencing.

Sincerely yours,

Robert A. Celestin, Esq.

2

July 31, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: United States v. Sean Combs, 24-cr-542 (AS)**

Dear Judge Subramanian,

My name is Terri Haskins, I am the Founder and Principal Interior Designer for Haskins Interiors, located in River Edge, NJ. I've been a business owner and interior designer specializing in residential, commercial and hospitality design for twenty years. I graduated from Hampton University in1986 with a BS degree in Marketing and received an AAS degree in Interior Design in 2007. I also served as a marketing executive in the music and entertainment business from 1988 through 2004, exiting upon leaving Sean John, in pursuit of my entrepreneurial creative endeavors.

I've known Sean since he was a 19-year-old A&R intern at Uptown Records. At the time, I was a Marketing Coordinator at Jive Records. We first met through the industry and quickly bonded over our shared passion for the rise of Hip Hop and R&B's music revolution, that reshaped the global landscape. Later in 1995, I was hired by Sean as the Senior Director of Marketing/Artist Development for Bad Boy Entertainment, where I quickly rose to VP, charged with developing brand strategy and managing the comprehensive marketing and advertising execution for new and established recording artists.

I worked closely with the CEO, Sean 'Puffy' Combs to ensure the marketing direction was compatible with the long-term vision of the label and established exceptional relationships with key industry executives and influencers, building an integrated network across the country. Bad Boy Entertainment became the most successful urban record label of the 1990's and boasted an array of legendary artists. The label produced over a dozen multi-platinum singles and albums. Bad Boy Entertainment was more than an entertainment company; it was a cultural movement. It reached new plateaus within the entertainment industry and well surpassed its original goals and aspirations with various accomplishments that are now industry lore and a benchmark for the urban and pop music world.

After leaving Bad Boy Entertainment in 1997, I later joined Sean Combs' team again, at Sean John Clothing in 2002 to 2004, as a Senior Marketing Brand Manager, where I developed and implemented the marketing strategies and creative for all licensed brands, including Sean John Boys, Outerwear, Big & Tall, Fine Tailoring and Men's. Our innovative marketing campaigns and brand strategy increased brand awareness, prestige and sales revenue, with Sean John being awarded the 2004 CFDA Mens Designer of the Year award.

Sean has been exceptionally driven since the day I met him at 19 years old, and that unwavering determination has remained constant throughout his career. He didn't just pursue success in the music and entertainment industry–he claimed it with intention, passion, and relentless work ethic. Failure was never an option. Through vision, discipline, and an unshakable belief in himself, Sean not only met but surpassed his goals.

EXHIBIT
**39**
U.S. v. Combs, 24 Cr. 542 (AS)

From the beginning, he was a young man with a bold dream and a powerful vision—and he brought others along with him. He entrusted me with leadership opportunities that allowed me to grow and flourish creatively and professionally, holding executive roles at both Bad Boy Entertainment and Sean John Clothing. Those experiences were pivotal. Everything I learned working with Sean gave me the knowledge, confidence, and skill set to become the successful entrepreneur and businesswoman I am today.

Together, we made music history, and for that, I remain truly grateful—for the journey, the lessons, and the once-in-a-lifetime experience. In light of his impact, character, and the positive influence he's had on so many lives, I respectfully ask for leniency.

Sincerely,

Terri Haskins

July 29, 2025

Honorable Arun Subramanian

United States District Judge

Southern District of New York

500 Pearl Street

New York, New York 10007

Re: *United States v. Sean Combs, 24-cr-542 (AS)*

Dear Judge Subramanian,

My name is Vashta Wilson. I first met Sean Combs in February 1998, when he interviewed me for the position of Director of Operations. As a member of the early Boomer generation, I didn't know much about him beyond the fact that he was involved in music. My final interview, after four months of meetings with his attorney, accountant, and General Manager, I met with Mr. Combs himself. Despite just returning from a multi-country tour that very morning, he was apologetic for running a few minutes late. His warmth, humility, and engaging demeanor made an immediate impression. In that moment, I felt his humility and sincerity. My employment spanned until 2014, when I semi-retired. I continued to work on special projects as a consultant when asked.

My professional background spans education, community service, and executive management. I'm a certified Montessori teacher and have taught both elementary and middle school. I've worked extensively in the Harlem community and served on the District 5 Community School Board. Before joining Bad Boy Enterprises, I served as Director of Operations for Battery Park City Authority, a New York State agency.

Looking back, my time at Combs Enterprises stands out as one of the most fulfilling periods of my career. The environment Mr. Combs fostered was dynamic, collaborative, and deeply rooted in purpose. The "Bad Boy Family" wasn't just a slogan — it was a spirit of unity, creativity, and excellence. Under his leadership, a boutique record label evolved into a cultural powerhouse spanning music, fashion, and lifestyle. Mr. Combs was a visionary and a catalyst for change.

Importantly, during my tenure, he instilled values. Drug use in the office was strictly prohibited and grounds for immediate termination. He encouraged spiritual grounding, even supporting a weekly Bible study that was held for years. I remember the man who ran the 2003 New York City Marathon, raising millions for charity — not for attention, but to make a difference for our youth.

Mr. Combs empowered his staff to think independently and dream boldly. On a personal note, when my mother became ill, he encouraged me to take all the time I needed to care for her, with full pay. He checked on me regularly, extended genuine compassion, and stood by me during that difficult period.

EXHIBIT
**40**
U.S. v. Combs, 24 Cr. 542 (AS)

Later, when I was hospitalized, he quietly used his influence to ensure I received the best care, making a single call that let the hospital staff know how important I was to him and his company.

I also remember a time when a group of underserved seniors in Mount Vernon was left without electricity during a heatwave. Some had to be hospitalized due to the extreme temperatures while the city delayed repairs. When their pastor reached out, Mr. Combs didn't hesitate. He bypassed the usual channels and, instead of waiting for accounting to cut a check, he gave his own money on the spot.

Our company retreat was another example of his vision and generosity. The seminars and programs, led by a cadre of outstanding professionals, were nothing short of life-changing. Mr. Combs achieved his goal of building the best workforce in the business, and we returned with a renewed, holistic outlook. The retreat concluded with a moving Sunday church service, where both Mr. Combs and Andre Harrell were baptized by Pastor Barnes, an unforgettable day.

His generosity and care extended far beyond me; they were woven into the very culture he created.

Your Honor, I share this so that you might see Sean Combs not only through the lens of his past success, but through the heart of his character. A devoted father, a son who supports his mother, and a cultural change agent who opened doors for others to walk through.

Your Honor, I respectfully ask that you consider these qualities. Please recognize the good he has done, and will continue to do, in the lives of so many.

With deepest respect,
Vashta Wilson

Dear Judge,

Thank you for receiving my correspondence. My name is Sass Smith and for just under a decade, I had the opportunity to work closely with Sean Combs. Before I was a wife of 20 years and mother of 4, I was employed by Mr. Combs, from the late 90's through early 2000. I served as the Executive Studio Director at Daddy's House Recording Studio, a division of Bad Boy Entertainment.

I am respectfully appealing to your compassion and discernment as you prepare to sentence Sean Combs this coming fall.

I write to you because I have a difficult time reconciling the stories told and the man I knew and worked closely with on a day to day basis.

In the time I worked with Mr. Combs, he never once made me feel unsafe. Quite the opposite—he consistently showed up with discipline, vision, and an unwavering sense of purpose. He contributed more to the industries he touched than he ever took from them, often lifting others along the way.

I also knew him during a time when narcotics were strictly off-limits in his world. He held himself and those around him to a high standard. This discipline was not just for show; it was an essential part of his character. I am confident that if sobriety and recovery became his mission—if reclaiming his life became his focus—he would achieve it with the same intensity and commitment he has brought to every goal he has set.

Your Honor, I do not write this letter to minimize any wrongdoing, nor to overlook the seriousness of his situation. But I do ask you to see the full picture of a man who, despite his missteps, still holds incredible value. I believe he can be restored. I believe he is worth rehabilitating. And most importantly, I believe society would be better served by his recovery than by his removal.

With that, I respectfully ask the Court to consider sentencing him to an extensive rehabilitation and therapy program and release. He needs structure, guidance, and professional support—not just for his own well-being, but for his children, and the people who still look to him as a source of strength and leadership.

Thank you for your time, your consideration, and for the difficult responsibility you bear in this matter.

With sincere respect,
Sass Smith



EXHIBIT
**41**
U.S. v. Combs, 24 Cr. 542 (AS)

Honorable Arun Subramanian

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Re: United States v. Sean Combs, 24-cr-542 (AS)

Dear Your Honor,

My name is Lashaun Bless Owens, and I am an award-winning music producer whose journey was forever changed because of the impact Sean Combs had on my life—and on the lives of countless others. I'm grateful, Your Honor, for the opportunity to share my truth about a man who, despite his flaws, has shaped culture, given hope, and inspired greatness.

In 2008, I suffered the unimaginable—losing both of my parents in the same week. It was Mr. Combs, in the midst of his own demanding life, who reached out, called my house, and urged me not to give up. He reminded me that my parents would want to see me succeed. He gave me a reason to stand back up. That kind of compassion and presence isn't something you forget.

He helped Missy Elliott early in her career by giving her one of her first major breaks. Through her, I found my first mentor. That one opportunity created a ripple effect that reached me and so many others. Missy became my blueprint for what dedication and excellence looked like. Mr. Combs never asked for credit—but that seed he planted helped shape the course of my life.

He once told me, "Don't just live—build. Set things up so your family has a future." I never forgot that advice.



When I saw him work—barely sleeping, always thinking ahead, pushing people to deliver their best—I saw something I'd never seen before: a Black man embodying excellence with the flair of Sammy Davis Jr., the confidence of Frank Sinatra, and the drive of a visionary.

He didn't just influence music—he transformed culture. He helped build careers, communities, and confidence. He gave us permission to dream big, act boldly, and hustle with purpose. Being around him felt like witnessing history. Every session was a masterclass. He demanded excellence because he gave excellence.

I remember a studio session where a young intern made a mistake. Instead of yelling, he pulled him aside and said, "Every L is a lesson. Don't quit." That intern stayed in the industry—and today, he runs his own label. That's who Mr. Combs is: someone who lifts others up when he could have walked away.

Beyond music and business, he has always given back. From running the NYC Marathon to raise funds for children, to donating to inner-city schools, supporting hurricane relief, and awarding scholarships through the Sean Combs Foundation—he's consistently used his platform to serve. These actions may not make headlines, but they speak volumes about his character.

I once read a book titled Do You Matter? that asked how we will be remembered. I can say with certainty—he matters. He is a child of God—flawed, yes, but aware. Aware of where he's been, what he's lost, and what he still has the power to become. He's already lost things no public figure ever wants to lose—his peace, his public trust, and a piece of the legacy he worked so hard to build.

The most powerful lessons don't come from confinement—they come from reflection, from loss, and from the realization that true change starts within. He is walking that path now. The weight of what he's lost—and what he hopes to rebuild—is something he carries every day.

Two years ago, I ran into him in a Manhattan parking lot. Despite being surrounded by security, he stopped when he saw me. I told him I was moving into film. He smiled and said, "Baby bro,

we open for business. We go back. I got you." He told his assistant to get me connected—no hesitation. That's leadership. That's love.

If given the space to continue growing, I believe he will do something remarkable for this world. He will build again—with deeper wisdom, humility, and a heart to serve. He gave people like me a shot. I believe he now deserves a chance to show the world who he's becoming.

There are a few things I know mean more to him than anything else—respect, God's love, and public trust. These are things money can't buy, but they're also the things God uses to do His greatest work. Not the music challenge. Not the celebrity spotlight. But God's ultimate challenge: to be good to others, to love your family, and to walk in faith.

I believe he is ready for that challenge.

Thank you for taking the time to hear my voice, and for considering the heart behind it.

With deep respect,

*Lashaun Bless Owens*

Lashaun Bless Owens

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Subject: Re: United States v. Sean Combs, 24-cr-542 (AS)

**Honorable Judge Subramanian,**

 My name is Shannon Ridley, though I was commonly known as "SLam" during my time in the music industry. I'm a husband, father, recording engineer, and the inventor/CEO of a company I started in 2016 called WizPak by The Ridley Co. ([wizpaks.com](wizpaks.com)). I had the privilege of meeting Sean Combs in Detroit, Michigan, in December of 1997 during his tour, through our mutual friend Mario Winans, who was a producer, songwriter, and Sean's production partner. Sean later entrusted me to host his record label and artists during an event I created called "BAD BOY Weekend," named after his record label.

I later moved to Fort Lee, New Jersey, to work as a recording engineer with Mario Winans. Due to Mario's and Sean's working relationship, Sean allowed me to record his vocals for his projects. He eventually promoted me to vocal production, then to production coordinator, and ultimately Director of A&R for Bad Boy Records. When



EXHIBIT
**43**
U.S. v. Combs, 24 Cr. 542 (AS)

Sean saw you were eager to work, opportunities were presented. He gave me the chance to serve as a judge alongside the likes of Michael Bivins (from the legendary groups New Edition and BBD) and R&B singer Joe on MTV's *Making the Band*. Over time, I found myself wearing many hats: sometimes his driver or even assistant. I witnessed firsthand that there weren't many people he could trust but he believed in me.

Sean is a complex individual, extremely guarded yet he managed to make me feel like a brother. He was skilled at setting healthy boundaries while inspiring us all to do our best. Making music was, and still is, a spiritual process a collaboration with a higher power. Sean fostered an environment at Daddy's House Recording Studios where both men and women felt comfortable and respected. During my time there, the studio was always busy. Women held important roles studio managers, engineers, and receptionists. It was never a space where creatives gathered to make hit records.

I lived at the studio for a while, and when Sean found out, he offered me the entire fourth floor of his ███████ ███████ building. This was during his relationship with a very famous actress and recording artist. I was surprised when they separated, I'd never witnessed anything out of the ordinary. I remember that Thanksgiving, after they decided to part ways, Sean asked me to watch a movie with them in the theater room. I didn't realize it at the time, but that evening marked their final moments together. It was the first time I saw him heartbroken.

Sean's drive only intensified. His work ethic became laser focused. Around that time, he had just launched his clothing brand, Sean John, which he transformed from a t-shirt and hat in a cubicle into the number one urban brand. His cologne became a bestseller, and his marketing company, Blue Flame, was making major strides. He was everywhere  creating chart topping music, launching reality shows, even designing a signature Lincoln Navigator. Sean's ability to work tirelessly often sleeping only four hours a day, left us all in awe. His security team and employees used to joke that he was more of a "cyborg" than a human being. His schedule was constant, overseeing multiple businesses every single day.

Sean's influence on my personal life has been profound. After my mother's passing, I was inspired by his example to raise my twin boys on my own. I saw how committed he was to his own children, and it motivated me to be the same for mine. I watched him rush from meetings in Manhattan to make it to Justin's football practice, not just as a dad, but helping coach the team, then head straight back to the studio. To this day, his wonderful mother, who I endearingly call "Mama Combs," still treats me like her own son. Sean encouraged that the people close to him were treated like family. Like many around him, Sean pushed me to realize my potential and never make excuses. His mentorship helped me live my dream, so I can now focus on my purpose: God, family, and my business.

I've traveled the world with Sean, and no matter where we were, he consistently displayed the epitome of class and grace. I remember an incident in St. Barths, where the late Paul Allen (co-founder of Microsoft) had his yacht docked next to Sean's. Paul insisted on being on Sean's yacht when the clock struck midnight on New Year's Eve that's the kind of magnetic presence Sean carries. I also recall a trip to Marrakesh, Morocco, where Sean was carried on palanquins, a tradition reserved for royalty. The global admiration for him was amazing to witness. The way he affects people and culture is truly special.

When Dwight "Heavy D" Myers passed away unexpectedly in November 2011, I knew Sean would be devastated. Heavy D was instrumental in launching Sean's career by introducing him to Andre Harrell, who later became Sean's mentor and father figure. Then in 2018, the mother of Sean's children, Kim Porter, tragically passed. Just two years later, Andre Harrell died of heart complications. Outside of Sean's immediate family, these people were incredibly close to him. I became genuinely concerned and didn't know how he would cope.

Your Honor, I've personally witnessed trauma and addiction within my own family. I've seen loved ones say and do horrible things, but I also know that's not who they are at their core. On June 27, 2024, I had the opportunity to walk with Sean on Runyon Canyon in L.A. No security, no assistants, just he and I. He told me that no matter who's there for him during times like this, all he has to give is love to everyone. He spoke about selling his home

in L.A., selling his jet, and moving to Miami away from it all to get back to himself. He said he'd been on his "rock & roll sh*t," and it was now time to return to himself.

Your Honor, Sean is still in there!

Thank you for taking the time to read this. I offer my honest account of my time working with Sean Combs and pray for everyone involved.


-Shannon Ridley

Hillary Weston



July 30, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New YOrk
500 Pearl Street
New York, NY 10007

Re: United States v. Sean Combs, 24-cr-542 (AS)

Dear Judge Subramanian,

My name is Hillary Weston, and I'm writing to you in support of Mr. Sean Combs. I was raised in a strict but loving West Indian household where ambition, discipline, and education were core values. My parents—my father, a retired engineer, and my mother, a retired RN—sacrificed so much to create a better life for me and my two brothers. Music was always a part of our home. Bob Marley & The Wailers were often playing in the background.

My love for music deepened during my high school years, especially after seeing Beat Street. I remember rapping with my best friend and obsessing over US Girls, Sha-Rock, and Debbie D. But while I had a lot of friends, I didn't yet know what I wanted to do with my life.

I graduated from Syracuse University in 1993 with a degree in Communications and a minor in Information Studies. Still unsure of my path, a friend offered me the chance to intern at Def Jam. I took it without hesitation and quickly fell in love with hip-hop culture. It was during that time I read an article about a young man from Mount Vernon named Sean Combs, who was attending Howard University while interning at Uptown Records. His drive, his hustle, and his creative energy immediately struck me.

Inspired by his story, I eventually landed an internship at Uptown Records while still interning at Def Jam. By the time I arrived, Mr. Combs had just been let go. Not long after, I heard he was starting his own label, Bad Boy Entertainment, and through a mutual connection, I reached out. I began interning for him in November 1993.
At first, we worked out of his home in Scarsdale, NY, which was near where I lived in New Rochelle, before eventually moving into an office on 19th Street in Manhattan. Those early days at Bad Boy were formative for me. Mr. Combs was ambitious and hands-on, fostering a creative, collaborative work environment where everyone felt they were part of something groundbreaking. He treated me with respect and encouraged me to think independently and learn the business from every angle.

During my time at Bad Boy, we launched the careers of Usher, The Notorious B.I.G., Craig Mack, Total, 112, Lil Kim, Junior Mafia and Faith Evans. In 1996, Andre Harrell offered me a position at Motown Records as an Artist Development Coordinator. Mr. Combs supported my decision to accept the role, he respected Andre deeply and understood it was an opportunity for growth. We stayed in touch, and when Motown restructured a year later, Mr. Combs brought me back into the fold, this time to work with The Notorious B.I.G as his Executive Assistant.

After B.I.G.'s tragic passing, Mr. Combs advocated for me to manage Lil' Kim—a role I held for the next 12 years. During which time in 1998, when I found out I was pregnant by an ex boyfriend and going through personal and financial hardship, Mr. Combs offered his restaurant, Justin's, to host my baby shower, and he and Kim Porter gifted me their son Christian's nursery furniture. He always looked out for me, even when I was no longer on his payroll.

That speaks to his character, family matters to him deeply.I have seen Mr. Combs' work ethic and the impact he has made in music and culture up close. He's not perfect, none of us are, but he's always been someone who takes accountability seriously and is willing to learn from his mistakes and dedicated to correcting his wrongs.



EXHIBIT
**44**
U.S. v. Combs, 24 Cr. 542 (AS)

I respectfully ask that you consider the full scope of who Mr. Combs is, the father, the friend, the mentor, the visionary. I know firsthand how much he's capable of growing, evolving, and doing good when given the opportunity.

Thank you for your time.

Sincerely,
Hillary Weston

**July 16, 2025**

HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007

RE: UNITED STATES V. SEAN COMBS, 24-CR-542
(AS)

Dear Judge Subramanian,

My name is Mark Turner.  I am a former Director of Human Resources at Sean John fashion company.  I was hired in 2002 to create an official HR department, when the company was close to reaching an employee population of 50.  At the time, I had over 10 years' experience in Human Resources and had worked for prestigious companies such as Chase Bank, American Express, and UBS financial services.  When hired at Sean John in 2002, I left my position as a Regional VP of HR, at UBS.  Currently, I have over 30 years' experience as a Human Resources professional.

Why did I leave a stable, lucrative role at UBS to work for a start-up fashion company?   While interviewing at Sean John, I was impressed not only with Mr. Combs passion and vision for his brand, but that he was intent and deliberate about created opportunities for people of color.  I saw so many bright and talented employees who may have never had the opportunity to break into the highly competitive fashion field.  As a Human Resources professional, most times being the "first" or "only" Black executive, never had I worked at a company that provided such opportunities for people of color.  I too, was determined to help make this a profitable, successful company, while making Sean John an "employer of choice", not because of Mr. Combs "star" status, but because of the opportunities to help grow the business, while enjoying a rewarding career with growth. In fact, Mr. Combs helped launch or propel the careers of many of his employees, including myself.

EXHIBIT

**45**

U.S. v. Combs, 24 Cr. 542 (AS)

My goal when hired at Sean John, was to create an effective Human Resources department that would help the business grow, while providing support for the employees. One of my first tasks was to revamp the employee benefits.  While working with a benefits broker to determine the employee/employer contributions for health benefits, Mr. Combs stressed to me that he wanted to make sure the single mothers **did not** have to pay for health insurance, and that all employee contributions were held to a minimum!

During my first month at Sean John, having met with all of the managers and directors, I requested a meeting with Mr. Combs to express my concerns over the lack of teamwork between departments.  Joining the meeting would be Ashok Sani(at the time Sean John was in partnership with CGS industries headed up by the Sani family), and Derek Ferguson, the CFO of Combs enterprises at the time.  Though Mr. Combs was extremely busy, he made time to meet with us at Daddy's house studio while he was working on several recording projects with the Bad Boy label.  He listened intently as I spoke about what I had felt during my meetings with management and agreed with my assessment.  He encouraged more inter-departmental meetings to help foster a more team atmosphere.

During my tenure at Sean John, I did not have a ton of face-to-face meetings with Mr. Combs but knew he would make himself available when I needed to meet with him.

Lastly, one of the things close to Mr. Combs heart, was hiring interns. As you know, that's he got his start in the industry, and he wanted to make sure he would pay it forward and create opportunities for others as well.

Having worked for some major financial companies, tech start-ups, and other industries, I can honestly say my experience working at Sean John was one of the best.  I was given the opportunity to contribute to and help grow the business, while providing a supportive HR department. The company grew from 50 employees to over 240 in less that 4 years!

When I resigned in 2006, I sent out a companywide email to thank everyone I worked with. Mr. Combs responded, thanking me for my hard work and contributions to the company.

SINCERELY,


MARK C TURNER



Honorable Arun Subramanian

United States District Court Judge

Southern District of New York

500 Pearl Street

NY, NY 10007

Re: United States v. Sean Combs, 24-cr-542 (AS)

Dear Your Honor.

My name is Stephen Hill, media executive and former President of Programming at BET Networks. That word "former" will be relevant soon. Mr. Combs and I have been friends for close to 30 years as our paths crossed professionally whilst I was at MTV in 1995. That word "friends" will also be relevant to this soon.

I'm going to tell two short stories: The first will be "micro" as it involves just he and me. The second, "macro" as his generous, thoughtful and purposeful action in the face of danger literally, in my view, saved an entire industry.

As I mentioned, I was the President of Programming at BET Networks and as such worked with and socialized with many bold-faced names in the music and television industries; stadium-selling talent, CEO's, top producers and award-winning actors. In the entertainment industry (and likely others), the line between working and socialization is blurred as is the line between professional acquaintance and friend. Mr. Combs was one of the BOLDEST-faced names that I interacted with during my tenure and I considered him, like many others, "friends" that I would see outside of work and talk to on the phone about personal matters. In 2017 when I suddenly and unexpectedly became the "former" President of Programming, all of those lines I referred to became very clear and very unblurred and...let's just say that it became clear that most were trying to stay close to the office, not the guy in it. Once I had nothing to offer, calls went unreturned, and unavailabilities became plentiful.

Sean Combs was the exception. Not only did he continually call and check on my well-being, but he was constantly encouraging and made sure that I was included in events so I could stay "warm". As a "former", I could do nothing for this man...and Mr. Combs ALWAYS remains a busy person. He showed himself to be a kind, compassionate friend to me during (and beyond) that difficult time.

EXHIBIT

46

U.S. v. Combs, 24 Cr. 542 (AS)

Candidly, my being was not well during that period...and Mr. Combs arranged, on his dime, for me to go on my inaugural trek to Burning Man, a yearly gathering of souls in the Nevada desert. As I am running out of room, I won't go into detail, but my week at Burning Man changed my life and perspective, opened apertures that were previously closed, and spit me out refreshed and energized. It was the single most impactful week of my late adult life and Mr. Combs knew it was what I needed...and provided it. My engine still runs on the fuel of that week...though I go back for yearly fill-ups at this point.

That's the micro. Here's the macro.

1995 Source Awards. New York City. All of hip-hop is in this one, 3000 seat room. Tensions were already simmering between the Death Row label (run by Suge Knight) and pretty much anyone who set up shop east of the Colorado River. On this night, Suge grabs the microphone while accepting an award and says "Any artist out there that wants to be an artist, and stay a star, and don't want to worry about the executive producer trying to be all in the videos, all on the records, dancing—come to Death Row!". That was a direct shot at NYC's Sean Combs. The Paramount Theater at Madison Square Garden at that moment became a tinderbox; I was there and I describe it as the only room I was in where I could feel the air change in the moment. Lots of screaming. Subsequently lots of booing...and you could feel fingers on triggers...literally and figuratively. Mr. Combs was schedule to present an award about 15 minutes later and everyone knew it. In the braggadocious art form of hip-hop, backing down is for suckers. So how will Puff Daddy address this missile launched at him? If that fire were to be met with fire, The Paramount theater would have erupted, there would have been casualties...and hip-hop as we know it would have been altered...if for NO other reason than insurance for venues would be impossible. Clap back was expected and people were ready to rumble. All Puff had to do was say anything along the lines of "East Coast DOMINATES...and y'all can't come here on our turf and disrespect us" and it would have been like in the movie *Malcom X* when he holds his hand up and points his finger to the right...and all fall in line.

Fortunately, for lives and for hip-hop, that did not happen. Mr. Combs understood what was at stake, risked being called "soft" and was the bigger man.

"I'm a positive Black man and I make music to bring us together and not separate us."
"And all this East and West? That needs to stop."

"I'm very proud of Dr. Dre of Death Row and Suge Knight for their accomplishments…and if Bad Boy can become as successful as they are, we'll be happy".

Many in hip-hop talk about Suge's words. Puff deserves more recognition for quelling all the angst in the room. NO incidents. NO tragedy.

Sean Combs has changed the course of popular culture in MANY ways over the years. I argue that NONE of them was more important than his humility, patience and direction that night.

Thank you for your time!

Stephen Hill

The Honorable Judge Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


July 29, 2025

Re: <u>United States v. Sean Comb, 24-cr-542 (AS)</u>

Dear Judge Subramanian,

My name is Neil Dominique, and I am writing to you today to offer my perspective on Sean Combs' character and to respectfully request that you consider leniency in his sentencing. I am an alumnus of St. Peter's University and the CEO of JustARegularDay, an artist management joint venture with Live Nation. I have had the privilege of managing Grammy Award-winning artists and traveling the world, and I owe a significant portion of my professional and personal success to Mr. Combs.

I have known Mr. Combs for over 15 years. While he was not my only mentor in the music industry, he was, without a doubt, the most impactful. After losing my own father at a young age, I was searching for guidance and a sense of belonging. Mr. Combs saw something in me and, in many ways, became a father figure, welcoming me into his family life. His entire family are some of my best friends to this day, a testament to the genuine and enduring bonds he fosters. I have always known him to be a family-oriented man of integrity, dedication, and immense generosity.

I understand the seriousness of the charges brought against him, and I do not seek to diminish their gravity. However, I am more than confident that the actions detailed are not reflective of the man I have known for more than a decade. The Mr. Combs I know is a person who has made profound contributions and who still has so much to offer his family and community.

I respectfully ask that you consider these qualities and his capacity for good as you determine an appropriate sentence. Thank you for your time and for your thoughtful consideration of this letter.


Sincerely,

*Neil Dominique*



EXHIBIT
47
U.S. v. Combs, 24 Cr. 542 (AS)

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Subramanian,

My name is Brittany I'm writing this letter on behalf of Sean, whom I've known all my life exactly 36 years. He's like an uncle and even a brother at times to me.
A title that has come more recently
As he faced these recent challenges and *confided in me and sought both comfort and perspective when facing challenges.*
*Both very fitting towards who he's been in my life and vice versa!*
He is a childhood friend of my father, and they share an undeniable brotherhood that dates back to when they were just 14 years old, growing up in Mount Vernon, New York.

While I cannot speak to every aspect of Sean's life, I can speak confidently to the character I've witnessed personally, especially during my adult years. He has always treated me with kindness and respect. At pivotal moments in my life, he opened his doors to me and even provided life-changing job opportunities always with the reminder that nothing is given without hard work and commitment.

We've danced together at my dads wedding and numerous family get togethers laughed together and even sang "you are so beautiful to me" upon greeting each other in some of the hardest times of our life's as a way to say I see you and thank you for being here for me.

This is the Sean and the kindness I know and can attest too!

I've seen Sean operate in both personal and professional spaces, and he has consistently shown generosity to those around him. Whether it's his staff or his friends, he treats everyone like family. He takes deep pride in his loved ones, particularly his mother and his children, keeping them close and honoring that bond with love and admiration.

I also want to acknowledge the seriousness of the charges before him. As a young woman and a mother raising a son, I don't take the gravity of this situation lightly. My heart breaks for his daughters and sons, knowing how deeply children are affected in times like these.

Despite what he may be facing, I truly hope that the totality of Sean's character including the compassion, support, and integrity I've personally experienced will be taken into consideration. I believe in accountability, but I also believe in redemption and the importance of understanding a person's full humanity.



EXHIBIT
**48**
U.S. v. Combs, 24 Cr. 542 (AS)

Sincerely,

Brittany Hall

Family friend and niece.

Louis Johnson Jr



July 26th, 2025

The Honorable Judge  Arum Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 100

Re: Re: *United States v. Sean Combs*, 24-cr-542 (AS)

Dear Judge Subramanian,

My name is Louis Johnson. I am the Boutique owner of Harlem Haberdashery (www.harlemHaberdashery.com); 245 Lenox Avenue; NYC, 10027) and former wardrobe stylist, and long time friend to Mr. Combs.

It's my pleasure to offer my unreserved recommendation for Mr. Sean Combs.

I first came to know Mr. Combs in 1997, shortly after Notorious BIG had just passed. In this time I grew to learn Mr. Combs through his music and idea of fashion. I went on to become one of Mr.Combs personal stylist working with him from personal too television shows, album covers and editorial shoots.

Mr. Combs' dedication to his family, his mother, his children, his sister; her family and his involvement in their lives, including whether any people rely on him for special support.

Mr. Combs' has always had involvement in their/our lives in ways that has had a positive impact on; definitely Me.

I've known Mr. Combs for over 30 years, having worked for he and several label artist with BadBoy records. Mr. Combs has always demonstrated responsibility, integrity and  an



**EXHIBIT**
**49**

U.S. v. Combs, 24 Cr. 542 (AS)

entrepreneurial spirit. I'm talking about working and traveling with Mr. combs every where. The Charitable work, community service, good deeds, or ways that Mr. Combs has positively affected the lives of others. All Happy memories I can share that demonstrate who Mr. Combs is.

Since then, I have open my clothing boutique and I've watched with interest as he's pursued an interest in music business, liquor and more ventures.  I have even started our family brand HH Bespoke Spirits (www.hhbespokespirits.com).

It saddens me, but with a great honor I submit this.


I'd be happy to answer any questions or discuss my recommendation further.

 Please feel free to call me at ███████████

Sincerely,

Louis Johnson Jr.

July 14, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Subject:** *United States v. Sean Combs, 24-cr-542 (AS)*

Dear Judge Subramanian,

My name is Ray Philpot, and I am writing you with the utmost respect and a deeply reflective heart. I had the distinct honor of serving as the Financial Controller for one of the divisions operating under the Bad Boy Entertainment umbrella, then known as Sean John Clothing/ Christian Casey LLC, during the years 1999 to 2005. This role was not only a pivotal chapter in my professional journey but also a period of immense personal growth.

As a proud veteran of the United States military and a graduate of Syracuse University with a degree in Accounting, I bring a strong foundation of discipline, leadership, and financial expertise to my professional life. Today, I serve in dual roles at a U.S. Government-backed financial institution as a Cross-Functional Portfolio Risk Management Analyst and an Internal Controls Officer. In these capacities, I help safeguard the integrity of financial operations while supporting American businesses as they expand and thrive in international markets.

Before my tenure at Sean John, I was firmly rooted in a traditional corporate career, Wall Street path, working for firms such as Sanford Bernstein, Deloitte, and General Electric Investment, to name a few. The opportunity to join Sean John came unexpectedly, and at first, I was hesitant, unsure of transitioning into the unfamiliar world of fashion and the music industry. However, the unwavering support and wisdom of trusted friends and family played a crucial role in my decision to apply, reminding me of the importance of personal support in any career transition.

I vividly remember my first day at the headquarters office based in Manhattan, New York City, for the interview. As I waited in the reception area, I could hear loud music and what seemed like chaos coming from behind a set of double glass doors. I questioned whether this was the right environment for someone like me, military structured and trained in conventional finance and corporate operations. But as I was led into a quieter, more structured part of the office, I felt at ease. In there, I witnessed some of the sharpest-dressed corporate staff members I had ever seen, who looked very serious and focused on the task at hand, which made me feel more relaxed. From that day forth, what followed was an intense, eight-month interview process. It was a



EXHIBIT
**50**
U.S. v. Combs, 24 Cr. 542 (AS)

rollercoaster of emotions, from the initial excitement of being considered for such a prestigious role to the anxiety of each round of interviews and the anticipation of the final decision, culminating in a final meeting with Mr. Sean Combs, whom I had only heard about by his public persona, known as "*Puffy*".

During my final interview, I followed the same routine, waiting in the lobby to be escorted once more to the conference room, hoping this would be the last time. As I sat there alone, a wave of nervousness mixed with excitement settled over me. In a quiet moment, lost in thought, one question suddenly popped into my head: *What grown man willingly goes by the nickname Puffy?* I mean, surely there's a story there, Your Honor, but to this day, I haven't cracked the code. And now he's *"Diddy,"* so the mystery lives on.

When we finally met, what struck me wasn't the celebrity persona, but the presence of a driven entrepreneur, focused on building something meaningful with people he trusted. Our conversation was brief, but it marked a turning point in my career. Mr. Combs shared his vision and passion for this new venture, and his conviction inspired me. It gave me the confidence to step into something new, alongside someone who clearly believed in it. At the end of our meeting, he extended an offer and I accepted. That moment marked the beginning of one of the most transformative professional experiences of my life.

Under Mr. Combs' leadership, I was part of a diverse and dynamic team that, through our collaborative efforts, helped grow Sean John into a thriving enterprise. I collectively worked with some of the brightest minds of creatives, entrepreneurs, and financial experts, which was key in building the brand into a multimillion-dollar business. Throughout that journey, I witnessed firsthand the passion and relentless drive Mr. Combs brought to every facet of the company.

My interactions with him were always professional and purposeful. For the first eight months, he would only call on me to review budgetary and financial matters. However, one day, somewhat unexpectedly, he popped his head into my office and jokingly asked, *"Philpot, anyone stealing my money?"* I replied, *"Not on my watch,"* and we both shared a hearty laugh. It became a recurring inside joke between us, a sign, perhaps, that I had earned his trust.

I had the opportunity to witness Mr. Combs lead the expansion of his already successful companies, while also launching new ventures in marketing, as well as children's and women's apparel line each contributing meaningfully to the business's overall growth and visibility in the market. Despite his nonstop schedule, he remained deeply focused on cultivating a sense of unity and synergy across all of his business entities. He consistently looked for ways to foster a "*family-like*" environment among the employees, with initiatives that went far beyond the typical corporate culture.

One of the most impactful of these efforts was putting on a company retreat in the Hamptons. This retreat was an empowering experience designed not only for team bonding but for personal growth, which featured expert guest speakers who shared insights on leadership, teamwork, and the company's mission statement. The thought and coordination behind these events were a reflection of Mr. Combs' dedication to his employees. From this, he covered the costs of transportation, meals, and hotel accommodations, and even arranged for exclusive access to local

venues like a bowling alley and a movie theater, ensuring that employees could relax, connect, and recharge, and return to work rejuvenated. His goal was clear: to create an environment where people felt valued, inspired, and genuinely excited to be part of something bigger.

Mr. Combs fostered a workplace rooted in empowerment, collaboration, and excellence. His leadership not only drove the company's growth but also supported the personal and professional development of his employees. He even approved weekly *"Bible"* study sessions, just another example of how he encouraged holistic well-being. A spiritual and family-centered man, Mr. Combs leads with humility and quiet generosity, often giving without seeking recognition. His ability to uplift those around him left a lasting impact, inspiring self-belief, purpose, and the confidence that anything is possible with faith and determination.

On a deeply personal note, Mr. Combs showed me extraordinary compassion during one of the most challenging periods of my life. When my father became gravely ill, I approached Mr. Combs, intending to resign from my position so I could return home to care for him. I explained the situation, fully prepared to step away from my career. To my utter surprise, Mr. Combs refused to accept my resignation. Instead, he extended a gesture of profound kindness and offered me paid leave with full benefits so I could focus entirely on being with my father.

I was overwhelmed with gratitude. I will never forget that evening after sharing my problem, we shook hands, embraced, and Mr. Comb said a heartfelt prayer for me. His words and presence brought me a sense of peace and support that went far beyond the workplace. Even while I was on leave, his unwavering generosity and compassion had a powerful impact on me and my family. Sadly, about a month later, my father passed away after a brave battle with his illness. The outpouring of condolences, flowers, and messages from the office family, including Mr. Combs himself, meant more than words could express.

Though I ultimately chose not to return to Sean John full-time, the foundation of trust, growth, and mentorship Mr. Combs and others gave me opened doors beyond our organization. My dedication and hard work under his leadership caught the attention of others seeking my services. After careful consideration, I ultimately accepted an offer to join a startup software company based in Washington, D.C., which was an exciting new chapter that allowed me to showcase the skills and principles I had developed during my time at Sean John.

Before officially moving on, I returned to the office one last time to say my goodbyes to everyone. It was there that I had a final moment with Mr. Combs. He greeted me with a warm hug, offered his well wishes, and told me to stay in touch. With a smile, he reminded me that I was *"Bad Boy for Life"*, a sentiment he often expressed to those who had been part of his journey. It's more than just a phrase; it's a bond shared among those fortunate enough to work under his leadership, past or present.

I thanked him sincerely, expressing my deep gratitude for the opportunity to be part of his vision. In that moment, he seemed to recognize that I wasn't just looking for a job. I was searching for a fresh start, still navigating the pain of a profound personal loss. Your Honor, there are countless stories I wish I could share to capture the kind of leader Mr. Combs is. His influence reaches far beyond business; he has inspired and uplifted lives in ways that are both meaningful and lasting.

Even today, I feel the echo of Mr. Combs' impact everywhere I go. Whether I hear his music playing in a café, see his name in the headlines, or read about former colleagues rising in the world of fashion, entertainment, or corporate America, his influence is diverse and far-reaching. It's a legacy that lives not only in brands and businesses, but in the people he's empowered, including me.

Judge Subramanian, while I am not in a position to comment on the specifics of the case before you, I am compelled to share my perspective on Mr. Combs' character. In my experience, he has consistently shown integrity, compassion, and a genuine commitment to those around him. He is a thoughtful, spiritual person who cares deeply for his family and often supports others in quiet, unrecognized ways.

In closing, I respectfully ask you to consider leniency in your sentencing. Mr. Combs has touched and transformed countless lives, and I believe he still has much more to contribute to society in a positive and meaningful way.

Thank you, Your Honor, for taking the time to read my letter. I offer it with sincere respect and appreciation.

Warm regards,
Ray A. Philpot

Jerome Ferguson
Bronx, New York
September 16, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Subramanian,

My name is Jerome Ferguson. I am currently employed by New York City Transit, where I have proudly worked as a bus operator for the past three years. Prior to this, I worked with Access-A-Ride for three years, giving me a total of six years of experience in the transportation industry.

Before transitioning into transportation, I began my professional journey in the music business. On August 24, 1999, I started working with Sean Combs at Bad Boy Entertainment, first as an intern and later as a full-time employee. Over the years, I grew within the company, eventually becoming the manager of the New York City street team before moving on to oversee national grassroots promotions.

Working under Sean Combs and his leadership at Bad Boy Entertainment was a transformative experience for me. Coming into the company as a teenager and growing into adulthood, I was guided, groomed, and challenged in ways that shaped me into the professional I am today. His motto "Can't stop, won't stop" wasn't just a slogan, it was a way of life. Watching his drive, determination, and refusal to take "no" for an answer taught me invaluable lessons about resilience, leadership, and execution.

Sean Combs led by example. His work ethic and accomplishments showed all of us that anything is possible with persistence and focus. Although I didn't work with him one on one daily, we had multiple personal interactions, and every time he made me feel seen, valued, and motivated. I recall an experience in Harlem after a basketball game where he recognized me not just as a van driver, but as the manager of my team. He encouraged me to step out of my comfort zone, invited me to his office, and told me he wanted to see me grow further. That moment left a lasting impression, as it showed how deeply he knew his staff and how invested he was in their growth.

One of the qualities that stood out most about Mr. Combs was his deep commitment to family. He often had his family present in the office or at company festivities, and he extended that same sense of family to his employees. We were never treated as just staff—we were made to feel like part of something bigger. Personally, I felt like part of his family. His mother, in particular, embraced us in such a way that she felt like a grandmother to me. That atmosphere of belonging created a culture where loyalty, unity, and respect thrived.

EXHIBIT
51
U.S. v. Combs, 24 Cr. 542 (AS)

Sean Combs was always supportive, not only of me but also of the team I managed. He consistently showed appreciation, gave encouragement, and recognized hard work. His generosity was evident—whether it was stopping to take pictures with fans on the street, making sure I had access to tickets for the Bad Boy reunion tour, or even personally ensuring my artist's video was placed on Revolt. He didn't just give opportunities; he empowered us to take ownership of them.

Beyond business, his influence extended into how I carried myself in life. The lessons I learned under his leadership—hard work, determination, loyalty, and giving back to the community—remain with me to this day. Many who came through his company have gone on to lead major organizations and become successful entrepreneurs, and I count myself as one of the many people positively impacted by his vision and mentorship.

While I cannot speak to his personal matters outside of business, what I do know from my own experience is that Sean Combs has been a great leader, motivator, and influence. His ability to push people beyond their comfort zones, recognize their potential, and inspire them to reach higher has left a lasting legacy on my life and career.

I am grateful for the years I spent at Bad Boy Entertainment and for the leadership of Sean Combs. He set a standard of excellence and instilled in me the belief that with dedication and perseverance, anything is possible.

Respectfully,

Jerome Ferguson

**Carlton Neron Thomas**

████████████████████████

████████████████

July 28th, 2025

**To The Honorable Arun Subramanian,**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Sean Combs, 24-cr-542 (AS)**

Dear Judge Subramanian,

Grace and peace be multiplied to you.

My name is Carlton Neron Thomas, and I have had the pleasure of knowing Sean Combs, whom I will hereon refer to as "Puff," personally and professionally since 1996, when I originally signed to Bad Boy Records as a solo Rhythm and Blues artist. In my experience, I have known Puff to be a kind and respectful father, a trustworthy mentor, and a gifted and envisioned businessman. In all of our times together, Puff has **never** caused me to be in a situation where I felt compromised. He's always had my back, acted with integrity, and with my best interest in mind; I respect and admire him for that.

I am writing this letter **not** as an appeal for outcome, but as a testimony to the character of Sean "Puff" Combs, someone I have come to know beyond the limitations of their present circumstances. It is written in **Proverbs 22:1**, "*A good name is rather to be chosen than great riches, and loving favor rather than silver and gold.*" I believe Puff has strived throughout his life to live with a good name and to walk upright, despite the weight of recent decisions. I have personally seen him raise his children with dignity and family values; Puff is a man that I have seen hold his family to the highest regards. This love is extended to my own family, as Puff has always treated my son like his very own son.

As a member of the record label and a witness to his professional life, I have seen in him the kind of spirit described in **Micah 6:8**: "*He hath shewed thee, O man, what is good; and what doth the Lord require of thee, but to do justly, and to love mercy, and to walk humbly with thy God?*" When my house in Houston was flooded in 2016, Puff was the **very first person** to call and help me out when disaster struck. Even in this season of accountability, Puff continues to demonstrate humility, self-reflection, and an earnest desire to correct what has gone wrong.

I do not come bearing excuses. I come bearing light on a fuller picture — that of a man whose journey includes compassion for others, a willingness to serve, and a heart that responds to correction. In **Ecclesiastes 7:20**, it is written: "*For there is not a just man upon earth, that doeth good, and sinneth not.*" We all fall, but it is how one rises, repents, and reorients their path that speaks volumes about their character.



EXHIBIT
**52**
U.S. v. Combs, 24 Cr. 542 (AS)

Puff is a man that saw the potential within in me, and gave me a fair and honest opportunity. When I was spending a lot of time around him earlier on in my music career, I would see Puff carry out private and random gestures of kindness without wanting his name attached to them. He's done this for years. He will anonymously bless someone he doesn't know, just to pay it forward for that day. He doesn't want any credit for it; these types of gestures have inspired me to start doing this on my own sometimes when the opportunity comes about. Memories like these shine light upon the darker clouds of judgment that now surround Puff.

It is my sincere hope that in whatever decisions are made, Sean "Puff" Combs is seen not just by the shadow of one act, but by the broader light of his life.

Thank you for your time, discernment, and the weight you carry on behalf of justice.

Respectfully,
**Carlton Neron Thomas**

**Honorable Arun Subramanian**
United States District Judge
Southern District of New York

**Re: United States v. Sean Combs, 24-cr-542 (AS)**

**Dear Judge Subramanian,**

My name is Lucia Rodriguez, and I am a professional makeup artist and men's groomer with over 30 years of experience in the entertainment industry. For 11 of those years, I had the privilege of working directly with Mr. Sean Combs.

During that time, I witnessed firsthand Mr. Combs's dedication to his family. He was always present and attentive with his children, raising them with strong values, emphasizing respect, and consistently leading by example.

Professionally, Mr. Combs treated me and all members of his team with the utmost respect. He maintained a professional demeanor and fostered a positive, collaborative work environment. I traveled with him to various events and appearances, and I recall one particular trip to New York where he took our entire team to a museum and dinner. That day stood out not just because of the experience, but because it reflected how Mr. Combs valued us, not just as staff, but as people. It felt more like a family gathering than a work trip.

Thanks to the opportunities I had while working with Mr. Combs, I was able to grow in my profession and expand my presence within the entertainment industry. I remain grateful for the doors he helped open for me and for the experiences I gained under his leadership.

Respectfully,
**Lucia Rodriguez**



EXHIBIT
**53**
U.S. v. Combs, 24 Cr. 542 (AS)

**Honorable Arun Subramanian**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
**Re: United States v. Sean Combs, 24-cr-542 (AS)**
**Dear Judge Subramanian,**

My name is Desmond Ryan, known professionally as DJ Webstar. I am a music producer and recording artist who has been fortunate to build a successful career in the music industry—one grounded in bringing joy to others through music and in creating opportunities for the next generation of young artists.

I have had the privilege of knowing Mr. Sean Combs for over twenty years, both personally and professionally. Throughout that time, Sean has been more than just an industry figure he has been a mentor, a guide, and, at times, a father figure. For many of us trying to navigate both the complexities of the music business and the challenges of life, Sean has been a source of strength, wisdom, and support.

In 2008, I faced personal and professional hardships that could have permanently derailed my life and career. Without hesitation, Sean welcomed me into his home, offering me a safe and stable place to live for two years. During this time, not once did he make me feel like a burden. Instead, he lifted my spirit daily encouraging me, reminding me of my purpose, and assuring me that I could get back on my feet. His generosity during that time changed the trajectory of my life.

Sean also helped me navigate critical career decisions. At a point when I lacked the experience to protect myself in contractual matters, Sean stepped in to assist me in negotiating fair deals ensuring I was not taken advantage of and teaching me how to advocate for myself moving forward. These lessons were invaluable and instrumental in helping me sustain and grow my career.

Beyond music, I have dedicated the last 14 years to charity work in Harlem, feeding thousands of families each year and providing toys to thousands of children during the holidays. I've been honored with multiple proclamations from the City of New York in recognition of these efforts. Quietly and consistently, Sean has privately funded these events for many years—never seeking credit, only wanting to support the community that helped raise us both. His generosity has made it possible for countless families to experience joy, dignity, and hope.

Over the years, I have witnessed Sean extend this same compassion and guidance to countless other young artists and members of the community. He has consistently used his platform to uplift those who might otherwise have been overlooked doing so quietly and without the need for credit or attention. His commitment to mentorship, fairness, and opportunity has had a ripple effect that continues to benefit entire families and communities.

While I fully recognize the seriousness of the matters before Your Honor, I respectfully ask that you also consider the positive impact Sean Combs has had on so many lives, including my own. His kindness, mentorship, and unwavering support for others are fundamental parts of who he is.

Thank you for your time and consideration. I am sincerely grateful for the opportunity to share my experience and to shed light on the Sean Combs I know—a man who has always sought to lift others as he climbed.

Respectfully,
Desmond Ryan



EXHIBIT
**54**
U.S. v. Combs, 24 Cr. 542 (AS)

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Dear Judge Subramanian,**

My name is Angela Alcantara. I am a philanthropist with formal education in international business and skincare. I have known Mr. Combs' family for over 14 years and have been a personal friend of Mr. Combs himself since 2019. Over the years, Mr. Combs has played a significant role in my personal and professional development. He has supported my pursuit of higher education, helped me establish my esthetics business, and even guided me in building a positive mindset. I have also witnessed Mr. Combs be a devoted and loving father. He is actively present in his children's lives and often extends that same guidance and care to their friends, acting as a positive role model. He is motivating in his speech, compassionate in his actions, and respectful to everyone he interacts with. Some of my best memories are my conversations with Mr. Combs and the times we spent together .

Mr. Combs is a generous and thoughtful person. I remember one Christmas when he came to my apartment in Little Havana Miami, Florida and, despite risking his privacy, helped me put up a Christmas tree  which is a memory I cherish. He consistently checks in on me, no matter his other obligations. I have also seen the deep love and respect he shows toward his mother—a bond that is heartwarming and admirable. The way she brings out his inner child and the care he provides is a testament to his character. He has faced personal struggles, including a difficult knee injury, but I have seen him fight through those hardships with strength and faith.

I ask the Court to consider the many positive contributions Mr. Combs has made and the sincere efforts he is making toward personal growth and rehabilitation. I believe in redemption, in the power of change, and in second chances. I have a great deal of love and respect for Mr. Combs, and I hope he is given the opportunity to continue evolving and doing good in the world.

Thank you for your time and consideration.

Sincerely,

*Ama*

**Angela Alcantara**



**EXHIBIT**

**55**

U.S. v. Combs, 24 Cr. 542 (AS)

Dear Honorable Arun Subramanian,

My name is Marlon Grimes, also known as Maddi Madd (my name is an acronym, I promise I'm not angry, lol). I am an independent recording artist, songwriter, and independent record label owner.

From the day I met him, Sean Combs has been a positive influence on my life. He has offered me advice and opportunities without ever asking for anything in return. Whenever I felt discouraged whether about music or personal struggles, he always knew how to lift my spirits with his words. He has a gift for that. The Sean Combs I've known for 20 years is not the man being portrayed in the media.

I must admit, I was shocked and horrified by the Cassie hotel video. In fact, I was so stunned that I questioned whether it was even him. The person in that footage was unrecognizable to me. My immediate thought was that he must have been struggling with an addiction of some kind.

The Sean I know helped me gain access to prominent events that my relatively unknown status wouldn't have allowed. Once, he let me perform at a party where nobody had heard my music before. To say the crowd wasn't receptive would be an understatement, lol. By the end of my set, only Sean and a few others were clapping. I felt discouraged and even a little embarrassed, but Sean invited me to his table and toasted my "great performance." (Let's be honest, it was just okay, not great by any stretch, lol.) Still, he made me feel like a star.

Another time, when my childhood best friend Montiere Montiere aka "Spank" passed away unexpectedly, Sean was one of the first people to reach out. I'll never forget how he personally called me every day that week just to check in, not to talk about music or business, but to ask, "How are you really holding up?" He even quietly covered the costs for my flight home to Ohio so I could be with my family & friends, refusing to let me pay him back. "This is what family does," he told me. That's the Sean Combs I know, a man who shows up when it matters, no strings attached.

This is just two of many selfless acts he's shown me, knowing I couldn't repay him. He is kind, respectful, empathetic, and compassionate, someone who gives far more than he takes. I have no doubt that Sean has learned from this nightmare of a situation.

I humbly beg you to consider allowing him to return home to his family. Thank you for your time and understanding.

Sincerely,

Marlon Grimes



**EXHIBIT**
**56**
U.S. v. Combs, 24 Cr. 542 (AS)

AKA Maddi Madd

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Sean Combs, 24-cr-542 (AS)

Dear Your Honor, I hope this day finds you well.

My name is Charles Alexander, professionally known as Prince Charles Alexander. I am a 3-time Grammy winning music producer and audio engineer that is currently a professor of Music Production and Engineering at Berklee College of Music in Boston, MA.

I met Sean Combs in 1990 when he was an A&R representative for Uptown Records, the most prolific young and black owned record label in NYC at the time. I was the recording and mixing engineer for Jodeci, one of the acts on the Uptown roster that he was responsible for. His name was quickly becoming legend at this time, and when I finally met him during the end of our project, Puffy (as we knew him then) revealed himself to be a respectful and focused music lover that hda a deep appreciation for the skills that I brought to the Jodeci project.

When the group left for Rochester to record their second album, Puffy called me to work on other groups from his A&R roster. That led to me working with Father MC, Mary J. Blige, Heavy D. and the Boyz, and several other artists on the Uptown label. I was working with Puff when his equipment was moved from the Hit Factory (where John Lennon recorded) to his own facility named Daddy's House.

As an independent contractor, I worked with Puffy shortly after that initial meeting in 1990 until I began looking for teaching appointments in 2004. During that time, I saw Puffy's world change from a simple one involving record production to one that is more complex, and involves several successful entrepreneurships across a variety of lifestyle brands.

Even though he is 12 years my junior, I have long admired his Horatio Alger-esque rags to riches success story. Diligence and attention to detail are hallmarks of his personality that have stuck with me all these years. I vividly remember the immediate call backs when we were in the pager generation. His pager was truly a way to communicate and build a vast network that would eventually span the US, and has since spanned the globe.

EXHIBIT
57
U.S. v. Combs, 24 Cr. 542 (AS)

I remember Sean's pensiveness when he was set to release the first Bad Boy record, "Flava In Ya Ear" by Craig Mack. He said to me, "I'm not sure if this will work." But it did, and Puffy's legend was set into motion.

Puffy graciously included me as one of the lead engineers on his Grammy winning album "No Way Out" by Puff Daddy and the Family in 1996-1997. The album was recorded primarily in Atlanta and the manager of the project denied that he had created an error with my pay. When I brought it to Sean's attention, he resolved the issue quickly and satisfactorily on my behalf.

I do not know Sean's personal life. I do know him as one of the most dynamic and successful entrepreneurs that I have known in my life. He has been a personal inspiration for me and my successes, and I have relayed much of his business acumen to thousands of students across my twenty years of teaching music production and audio engineering.

I do know from firsthand observation that Sean is a young man that has had phenomenal success, and faced terrifying dangers because of that success. It must be a lot to deal with at times, and I personally have empathy for the stresses that his successful lifestyle has created for him. I do not know how I, or any person, would process some of the more challenging issues to personal safety that Sean has had to deal with. I do not know how I, or any person, could look someone in the eye and know whether they cared about me, or my money, if I was worth a billion dollars. I do not know how I, or any person, would release the stresses that build up when one is held up on a pedestal in the social media age. I do know that he is in a difficult place, is in need of help, and I am her to support him as a colleague and fellow flawed human being (as we all are).

Thank you for allowing me the platform to share my thoughts about Sean Combs.

Sincerely,

*Charles Alexander*

# *Prince Charles Alexander, MS*

*Professor*
*Music Production and Engineering/*
*Commercial Record Production*
*Berklee College of Music*
*p:* ███████
*e:* ███████████████

Karen Anderson



The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

Dear Judge Subramanian,
I am writing to respectfully offer a character reference for Mr. Sean Combs, whom I have known personally and professionally for over 25 years. During this time, Sean has consistently exemplified integrity, compassion, and generosity.
Sean's character was shown during each family member's death over the years. He was exceptionally supportive to both my mother and me—offering comfort, ensuring we felt cared for, and reminding me to take time to grieve. His sincere concern during such a difficult time demonstrated a depth of empathy that I will never forget.
Professionally, I have worked alongside Mr. Combs for two decades, as a singer and lead songwriter, collaborating with a plethora of recording artists. I also travel on global tours. Under demanding conditions and long hours, he has always prioritized the safety and well-being of his colleagues. On several occasions, he ensured I was safely accompanied to my car or provided with a driver if needed. This level of attentiveness and respect is not common, and it speaks volumes about his sense of responsibility and regard for others.
Beyond our personal and professional interactions, Sean has also made significant contributions to the community. He has generously supported numerous charitable organizations and established scholarships at private institutions, colleges, and universities. His philanthropic efforts reflect a long-standing commitment to helping others and creating opportunities for those in need.
I recognize the seriousness of the circumstances before the Court. As the central figure in his family, Sean's current situation has had a profound emotional impact on his elderly mother and his children, who are still mourning the recent loss of their mother. Sean remains their sole dependable parental figure, and his absence has been deeply felt. I hug the kids and his mother as often as I can. I can't replace the mother's hugs, who is no longer here but they are longing for a parent's hug. Nothing can compare.

While I do not intend to minimize the gravity of the matter, I believe Sean is truly remorseful and committed to self-reflection, growth, and accountability. He is surrounded by a community of family and friends who are prepared to support him in making constructive, meaningful changes moving forward.
Thank you for your time and for considering my perspective on Mr. Combs' character.
If you require any additional information, I am available at 



EXHIBIT
58
U.S. v. Combs, 24 Cr. 542 (AS)

Respectfully,
Karen Anderson

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Peral Street
New York, NY 10007

Dear Judge Subramanian,

My name is Lewis Jones. I work in music, fashion, sports, and entertainment. I attended New Rochelle High School, then went on to Westchester Community College. I have known Sean for 40 years; we grew up together in Mount Vernon, NY. Some of the best memories of my life came from being in the presence of Mr. Combs. Traveling and working with him has brought me joy and taught me many life lessons that I continue to carry with me.

One of the moments he inspired me the most was when he ran the NYC Marathon to raise money for the kids attending New York City public schools. He constantly takes care of so many different people while always putting his family first. Sean is a God-fearing man who was raised by his grandmother and his mother. He has four daughters and many women in his life that he cares for daily, never failing to put them first.

I witnessed it all in real time. I was with him from Labor Day right up until the day he was arrested. It was heartbreaking to see how quickly so many people turned their backs on him. In the most difficult moments, when most would have crumbled, he stayed positive.

Over the years, I had the privilege of styling and designing for him, through every era of music and fashion. What we built went beyond work; it was a true friendship, rooted in mutual respect and creativity.

He helped me keep a roof over my family's head. That's something I'll never forget.

Sean has always led with heart, determination, and a deep sense of loyalty. It's been an honor to walk beside him through this journey of life.

Sincerely,

Lewis Jones



EXHIBIT
**59**
U.S. v. Combs, 24 Cr. 542 (AS)

August 7, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street New York, NY 10007

Re: United States v. Sean Combs, 24-cr-542 (AS)

Dear Judge Subramanian,

I hope this letter finds you well, I write this letter in support of my friend Sean Combs.

My name is Lucas White and I grew up in London, moving to New York in the late 90s to work in Finance. A girlfriend of mine introduced me to Sean and a 27 year friendship began.

Contextually, I have no connection to the music industry and did not grow up with that type of lifestyle. I attended classic British boarding schools and my late father was Lord White.

I knew Europe well and when Sean started to come there we used to socialize and holiday with our families. My wife Normandie, who has also written to you was very close friends with Kim Porter.

I also was around for the entirety of his relationship with Cassie, and as such have had a unique perspective on this whole situation.

What I can tell you is that Sean is a devoted family man. He has worked harder than anyone I have ever seen to elevate himself and enrich himself above what he was given to start with.

I asked him once, as I knew him after he had achieved so much, why did he keep working so hard?! He responded "because I can still see those cockroaches crawling up those walls!"

It's this relentless unceasing drive for success that has consumed Sean's life, and I say this as a friend he is not a normal person. You don't have casual conversations with him, there is a purpose, a goal.

This mentality is what has rewarded him in business and created his success. Yet it also is what has contributed to his downfall.

One of his greatest strengths has always been to take advice. However only from certain people, chiefly Andre Harell, his mentor and old boss and Kim Porter. When both of these people passed away he lost that and was like a rudderless ship.



EXHIBIT

**60**

U.S. v. Combs, 24 Cr. 542 (AS)

This combined with heavy drug and alcohol use and now quite obvious serious sexual issues that consumed him and made him make a quite astounding series of poor decisions both legally, professionally and personally. No one in their right mind would have behaved like him and I certainly noticed the changes.

Sean was as always someone who tried to learn. I think that's one of the reasons we got along was that I represented a civilized world, which was what he aspired to, but not one that he grew up in or came up in.

However he never truly learned about himself and his flaws and needed to have serious therapy to help him understand his issues with women. Instead he was elevated by society to this role model status when in reality was far more human.

I believe that what this man needs is therapy and his family. He is a deeply flawed individual but is also capable of great acts. I remember when he ran the NYC marathon to raise money for underprivileged kids with no training, I remember when he built water wells in Africa through my charity.

I also remember the good times, and there were many. With Kim. With Cassie. What a mess this has turned out to be for all involved, and affected by it.

This family has experienced so much loss amid extraordinary attention and societal judgement. The kids need their father, they all need to learn from his mistakes and he needs to show them that by accountability and therapy, discussing domestic violence with his daughters and understanding what drove him to that level.

My belief is that this whole experience has humbled him and will continue to do so forever and demonstrated the consequences of his unchecked ego.

Which is something that in history has been the downfall of many.

Thank you your Honor,

Yours sincerely,

Lucas White

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Subject: United States v. Sean Combs, 24-cr-542 (AS)

**Dear Judge Subramanian,**

I am Cheryl Gentry, the Founder and CEO of Glow Global Events, and I am a proud Howard University Alum.  I am writing this letter as a passionate character reference for Mr. Sean Combs. While I have known Mr. Combs socially through mutual friends for many many years, it wasn't until my event agency honored him at the 2016 Boys and Girls Harbor Gala at Lincoln Center, that I came to truly understand the depth of his commitment to underserved communities—to education as a vehicle for transformation, and his unwavering commitment to education, equity, and empowerment for disadvantaged communities.

That evening remains one of the most memorable moments in my 25+ year career. I witnessed not just the icon, but the visionary—someone who had turned the trials of his youth into a mission to elevate the next generation. The award was presented by his long-time mentor and music industry executive Lyor Cohen, but what stood out most was that Mr. Combs asked his mother, Ms. Janice Combs, to join him on stage. As he accepted the award, Mr. Combs delivered his speech—direct, focused, in command. But when he asked his mother to join him on stage so he could present the award to her—his way of honoring her sacrifices and love—he paused, put on his sunglasses, and took a breath. It was a quiet but poignant moment. The glasses weren't for reading—they were to hold back tears. That moment, captured in a single gesture, said everything about the man behind the mogul. That simple gesture spoke volumes. It reminded all of us in the room that while he is a global entrepreneur and cultural force, he is also a son, a father, and a man who honors the sacrifices made to give him a fighting chance. We could all see that there was a visible sense of pride on his face, not for accolades or applause, but for what the moment represented: the culmination of hard work, generational perseverance, and his deep investment in the future of young people.

What moved me most wasn't just his humility, but how clearly this honor connected to a larger purpose: his desire to leave a legacy of opportunity for children who, like him, were once overlooked. His establishment of Capital Preparatory Harlem Charter School was not a publicity project—it was a deeply personal mission. Capital Preparatory Harlem Charter School was more than philanthropy—it was legacy-building. It is a direct reflection of his entrepreneurial excellence merged with his belief that education can be the great equalizer. Through his charter school, Mr. Combs created pathways for children who might never have imagined themselves college-bound. He took the principles that made him successful in business—discipline, innovation, and resilience—and applied them to education reform.

Mr. Combs has undoubtedly faced personal and professional challenges along the way, but what has always struck me is how he channels those experiences into purpose. His story is



EXHIBIT
**61**
U.S. v. Combs, 24 Cr. 542 (AS)

not just one of success—it's one of service. He uses his platform to amplify others, to empower communities, and to remind young people that greatness can come from even the most unlikely places.

I respectfully ask you to take into account not just the headlines, but the humanity—the leader who has worked tirelessly to make a lasting impact. I've seen it firsthand.  I've included pictures from that night.

Sincerely,

**Cheryl Gentry**
Founder & CEO, Glow Global Events





United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Re: United States v. Sean Combs, 24-cr-542 (AS)

Dear Your Honor - my name is Stevie J. , I'm a 3x Grammy Award winning music producer from Buffalo, NY where I was the youngest of 6 siblings raised by a single father. I've known Mr Combs for 29 and a half years as we met in a recording studio and he has changed my life ever since. Coming from having little to nothing, Mr. Combs gave me an opportunity to produce songs for the music industry's elite artists (the Jackson 5, Sting, Mariah Carey, Boyz II Men, Notorious B.I.G., jay-Z, Beyoncé, New Edition) and the list goes on.

That opportunity was instrumental in changing my lifestyle and providing me with the golden chance of making history by having 3 #1 songs on the charts from June 14 through September 27 1997.

Aside from being influential in my musical career, Mr. Combs is a dedicated son to his beautiful mother and a loving father to his 7 well mannered children. I'm saying these words because I know them to be true because I had a front row to witness him through the many years of our brotherhood. From being present for all of his children's sports events, birthdays and graduations to watching him displaying parental guidance and support to them, he's the most vibrant and happy spending time with his mom and children, ive honestly been a spectator to these beautiful moments in his life.

My father was my best friend and when past away 2 years ago, without asking Mr. Combs for a dime he nearly paid the expenses for the funeral and that speaks volumes for the type of heart that he possesses.

Being in this entertainment business for 30 years and being friends with Sean we've both endured personal challenges with anger and drugs, as I've been going to therapy and taking all the necessary precautions never to look back at addiction again. I'm proud of Sean, I've read in the press that he's clean and sober and also taking anger management therapy to become a better person because we all fall short as long as we correct ourselves and never revert to our old ways.

Your Honor as I end this letter, I'd like to thank you doing an excellent service on this case and I'd like to request leniency as you make your decision because his mom, children and his friends truly miss him.

All the best,

Stevie J


EXHIBIT
62
U.S. v. Combs, 24 Cr. 542 (AS)

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Sean Combs, 24-cr-542 (AS)

Dear Judge Subramanian,

My name is Christopher Terrell, and I have been in Finance Management for over 20 years. I am also a singer and songwriter, which is how I had the privilege of meeting Mr. Sean Combs. Additionally, I am a proud father of three children.

In 1992, an associate I met at Hampton University was working on an apprenticeship for a record label in New York and mentioned my name to Mr. Combs, telling him that I was a singer and that my group might be of interest to him. Shortly thereafter, I received my first call from Mr. Combs. My singing partner and I were from Raleigh, North Carolina, and had only been in New York for about a month when that call came through.

At the time, we were literally starving artists with no place to call our own—sleeping on floors of those who would take us in temporarily. When Mr. Combs reached out, we had just been allowed to stay with my girlfriend's grandfather in White Plains, NY. Initially, he invited us to meet him at Uptown Records the same day, but due to a prior commitment— and not fully understanding who he was—we declined. We were already in talks with another manager who was working on our behalf. However, Mr. Combs called back with more details about himself and named some artists he worked with, which convinced us to meet him that day.

To make a long story short, we met Mr. Combs at Uptown Records where he offered us a deal for $225K, introduced us to Andre Harrell, and even offered us a place to live. Because we were loyal to our existing manager at the time, we did not accept his offer immediately. A year later when our manager's deal fell through, we returned to Mr. Combs' door. Although he couldn't sign us then due to budget limitations, he still helped us tremendously by having the legendary Heavy D call me the next day. At that point— struggling artists who had fallen out with our manager and again without housing—Mr. Combs graciously offered us shelter at his mother's home. Thankfully, another friend from our hometown who was an up-and-coming actor living in the New York City and offered us



EXHIBIT
**63**
U.S. v. Combs, 24 Cr. 542 (AS)

a place to live. But to be offered a place to live not once but twice by Mr. Combs spoke volumes to me.

The call from Heavy D, would assist us in making a name for ourselves in the business and keeping our names relevant at that time. Although we did not do any more business with Mr. Combs, he always showed us love, inviting us to ongoing industry events, photo shoots as well as always inquiring how things were going.  I understand he is not the same person I met many years ago, he was always good to me. Additionally, those that I know personally that are closer to him than I have the same sentiments, he deserves a chance to make his shortcomings right. We all believe he will, when the opportunity presents itself.

I appreciate the opportunity to share my thoughts with you about Mr. Combs. I pray you feel my heart and my energy. I also pray that Mr. Combs is able to come home to his family and loved ones sooner than later.

Best regards,

Christopher Terrell – he knows me as "Terrell"

Philippians 4:13

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

United States v. Sean Combs, 24-cr-542 (AS)

Dear Judge Subramanian,

My name is Aaron Paxton Arnold; I am a husband, father to a 14 yr-old boy and 23-yr old daughter. I am currently a freelance creative director/writer and Florida A&M graduate.

My decision in writing this letter, after praying about it, speaking to my wife and other confidants in my circle came down to this – forgiveness and hoping that some good can come out of this, especially as Mr. Combs and the others attempt to rebuild their lives. As a former assistant and mentee, I experienced the humanity in him (as captured below) and I pray that this second chance, will afford him the opportunity to atone and help others.

When I was asked to write this letter, I was very conflicted. I didn't follow the trial (and everything surrounding it), intentionally, but I did see the video of Mr. Combs assaulting Ms. Ventura - I was shocked, sickened, hurt and beyond disappointed. Admittedly, I was somewhat naïve that he was capable of such a heinous act because that type of behavior was never anything I witnessed when I worked for him in 2005 as an unpaid assistant. I have family/friends who are domestic abuse survivors and empathize with the people who are hurt, triggered and tired.

Historically and presently, we still live in a country where the justice system continues to fail and protect domestic abuse victims (esp. Black women) each day, so I understand the fatigue.

**My Experience Working for Mr. Combs**

Over the last couple of years, I've been contacted by various tv producers and even a journalist from the *NY Times* asking me to be part of their documentaries; I declined each time as I am not chasing fame or that type of attention. I did speak with them off the record out of professional courtesy.  As a former journalist, I understand how important it is to get various perspectives – good and bad. And what I told them was this:

*I came to Bad Boy's marketing department in July 2004 as an unpaid intern, having just left my PR Agency/Job. I wasn't sure what I wanted to do or be at that young age, but I knew I wanted to be in an environment where greatness and Black excellence lived.*

*I chose Bad Boy because outside of legendary Black businessmen like Bob Johnson, John Johnson and Earl Graves, one of the few young Black entrepreneurs changing the culture was Sean Combs. I wanted to learn, grow and challenge myself in that type of fast-paced environment.*

*After doing six months in marketing at Bad Boy, I had an opportunity work upstairs in the executive office. My pitch to Mr. Combs and our VP of HR – "I'll give you a year for free if you agree to mentor me." I simply wanted to learn and gain access, so I could take that experience and move forward in my career. I didn't need the opportunity; I wanted the opportunity as I had a successful career in PR but, that opportunity in 2005 would forever change my life in a good way, but it didn't come without struggle and personal sacrifice financially etc.*

EXHIBIT
**64**
U.S. v. Combs, 24 Cr. 542 (AS)

*I was a proud 25-year-old who didn't like asking for help. However, when I was three months behind on my rent… HR, our CFO & Mr. Combs wrote me a check without me asking. When I needed dental work, Mr. Combs and HR saw that I got my insurance without me asking. When I resigned in December 2005, I informed Mr. Combs I was starting my own company…he connected me with some high-level people and my first check for my company, came out of those introductions…so I was off to the races as they say. These actions showed the amazing character and generosity of Mr. Combs which was often the case.*

*There are several more examples I can cite including him endorsing me publicly after I had spoken at Harvard Business School in 2012 – again, I didn't ask him, he simply did it when he found out; he was proud. I could go on further, but as one of the reporters jokingly said to me -* ***my experience was so positive that no one in this climate would believe me.*** *However, these experiences are the true actions of a man that has done good for others.*

I was fortunate enough over the last 20 years to experience the humanity of Mr. Combs and be inspired to change/inspire the lives of others. By God's grace, I've been able to do that in my career and that's partially due to the opportunities Mr. Combs provided me. I pray that there can be actions/programs put in place to not only heal the victims but also him. Now that the verdict has been rendered, my hope is he can find therapy, rehabilitate and use his influence to help others be better humans.

Humbly Yours,

Aaron Paxton Arnold

Dear Judge Subramanian,

Good morning your honor, my name is Alan Barcoff and I have known Sean Combs for almost 30 years now. Sean helped change my life for the better in 1997 and still to this day in 2025 with his guidance to me on how to treat people with kindness and understanding no matter rich or poor, celebrity or not celebrity.

I walked with him one time to central park and so many people recognized him and he stopped for each and every one of them for an autograph, a handshake, he even took a guys phone who asked if he could wish his son a Happy Birthday and spent a few minutes chatting with his young son.

Sean opened his own restaurant in 1999 and could of named it after himself for the great publicity, but instead named it after his son Justin instead, out of love for his child. I was a liaison for the restaurant and he always told me to bring some food out to the homeless who were nearby the restaurant and did this with NO publicity in mind, it come from his heart.

He asked me one time to see which customers were mothers and he wanted me to help coordinate a party to honor them and that his mother Janice Combs would be attending as well, and I found a nice location and he paid for everything and had gifts for each mother who attended and it was just a beautiful time for everyone and once again, NO press was alerted just something from his heart.

I could write hundreds more but just wanted to show his character as Sean Combs and his kindness instilled in me to be a good person and do good things without expecting anything in return. I thank you your honor for taking the time from your busy schedule to read my letter.

With warm regards,

Alan Barcoff



EXHIBIT
**65**
U.S. v. Combs, 24 Cr. 542 (AS)