# Exhibit 66
# Filed Under Seal



**EXHIBIT 66**
U.S. v. Combs, 24 Cr. 542 (AS)