# Exhibit 67
# Filed Under Seal

**EXHIBITS**
**67**
U.S. v. Combs, 24 Cr. 542 (AS)