# Exhibit 68

Cases in which (i) the defendant was convicted solely under 18 U.S.C. §2421(a), (ii) the base offense level was calculated under §2G1.1(a)(2) and a Criminal History Category of I, and (iii) the defendant did not receive a downward departure under §5K1.1.

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Modica et al*, 1:09-cr-01243-LAK (S.D.N.Y.) (Defendant Porcelli) | 18 U.S.C. § 2421 | Guidelines offense level 15 in CHC I, 18-24; stipulated Guidelines range of 18-24 months. | Probation | This case involved a 14-defendant indictment charging Gambino crime family members with sprawling racketeering offenses involving, *inter alia*, prostitution and sex trafficking, including of minors. Defendant Suzanne Porcelli immediately pleaded guilty. The government's sentencing memorandum states that she handled phone calls from the prostitution business's customers, set up appointments, and "played a central role in the prostitution business." Dkt.195 at 4; Dkt.250 at 22. |
| *USA v. Chang et al*, 1:10-CR-00878-KMW (S.D.N.Y.) (Defendant Seok Cho) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 6 months | This case involved a 22-defendant conspiracy to operate prostitution businesses and transport prostitutes for the same. The relevant defendants overwhelmingly received short sentences ranging from probationary sentences to a 15-month sentence. Seok Cho pleaded guilty to a Mann Act count and received a 6-month sentence. Another defendant (Hyun Kim) pleaded guilty to conspiracy and Mann Act counts and received a probationary sentence. Other defendants (Mi Ah So, Hyun Lee, Hye Kyung Chon, Myung Yoon Lee, Eun Sun, Hae Kyung Lee, Eun Sook Chang) pleaded guilty to conspiracy counts and received 3-month, 3-month, 4.5-month, 5-month, 5-month, 7.5-month, 8-month, and 15-month sentences, respectively. One defendant (Min Sun Cho) went to trial, was convicted of conspiracy and Mann Act counts, and received an above-guidelines 70-month sentence. She was in Criminal History Category II, with three prior state convictions for promoting prostitution. Dkt.329 at 10. |
| *USA v. Cross et al*, 1:10-cr-00939-GBD (S.D.N.Y.) (Defendant Cross) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 10 months | One defendant, Jamil Cross, transported the other defendant Kelli Ryder and another woman so the women could engage in prostitution with "johns" at hotels. The victim explained that defendant Ryder gave her instructions on working as a prostitute, and directed her to give the proceeds to Cross, who threatened her, including with the use of the stun gun found in a motel room. Notably, at the time of sentencing Cross had "repeatedly violated the terms of pretrial release as set by the Court." Dkt.48 at 3; *see also* Sentencing Tr. Dkt.51. |
| *USA v. He et al*, 1:15-cr-00730-JPO (S.D.N.Y.) (Defendant Chin) | 18 U.S.C. § 2421 | Guidelines offense level 16 in CHC I, 21-27 months | 21 months | The husband and wife co-defendants set up a prostitution business, in support of which they placed ads in local Chinese-language newspapers seeking women to do massage work, women who would later be compelled to engage in prostitution or lose their housing. The defendants kept the proceeds of the prostitution. The government identified "approximately 10 to 12 victims in total." Chin also had a prior arrest for promoting prostitution. Dkts.40, 43. |
| *USA v. He et al*, 1:15-cr-00730-JPO (S.D.N.Y.) (Defendant He) | 18 U.S.C. § 2421 | Guidelines offense level 16 in CHC I, 21-27 months | 7 months | |
| *USA v. Mendoza-Mendez*, 1:15-cr-00640-ENV (E.D.N.Y.) | 18 U.S.C. § 2421 | Guidelines offense level 16 in CHC I, 21-27 months | 16 months | The case began when a victim reported to HSI that the defendant forced her to work as a prostitute. After moving in with the defendant, she continued to work as a prostitute. When she became pregnant, the defendant took her to a clinic in Queens, New York, where she was drugged and underwent an abortion. Shortly after the abortion, the defendant forced her to continue working despite being in pain. The defendant forced her to provide him with the majority of her prostitution earnings. The government's investigation revealed additional communications making clear the defendant was involved in the prostitution of additional victims. The government advocated for a 10-to-16-month sentence. Dkt.19. |
| *USA v. Flores-Rocha*, 1:11-cr-00032-jgm (D. Vt.) | 18 U.S.C. § 2421 | Guidelines offense level 16 in CHC I, 21-27 months | 18 months | n/a |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Cardona-Paguada et al*, 1:12-cr-00006-jgm (D. Vt.) (Defendant Cardona-Paguada) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 10 months | n/a |
| *USA v. Cardona-Paguada et al*, 1:12-cr-00006-jgm (D. Vt.) (Defendant Posadas-Lara) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months | 18 months | n/a |
| *USA v. Ramos-Navarro*, 3:11-cr-00072-MMH (M.D. Fla.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 14 months | The defendant transported an illegal immigrant from Mexico for the purposes of prostitution, found clients for her, and was paid 40% of her earnings for driving her and finding customers. The victim was engaging in prostitution to pay off a debt she owed for getting smuggled into the United States. Dkts.1, 16. |
| *USA v. Cardoza*, 3:11-cr-00188-RBD-MCR (M.D. Fla.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 12 months and a day | The defendant ran a prostitution business and helped transport undocumented spanish speaking women as an "escort delivery service" for multiple trafficking entities. Dkts.30, 34, 37. |
| *USA v. Ospina*, 3:11-cr-00189-RBD-PDB (M.D. Fla.) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months | 15 months | The defendant worked as a "delibre" and housed and transported prostitutes to carry out a prostitution business. Dkt.30. |
| *USA v. Aranda*, 3:11-cr-00190-BJD-MCR (M.D. Fla.) | 18 U.S.C. § 2421 | Guidelines offense level 16 in CHC I, 21-27 months | 25 months | The defendant worked as a "delibre" and housed and transported at least 7 prostitutes to carry out a prostitution business. Dkts.47, 53. At sentencing, the court determined that the defendant was involved in a "significant criminal enterprise" where most of the victims were illegal immigrants who were being further victimized and subjected to sexual exploitation. Dkt.69. |
| *USA v. Vallecillo*, 3:11-cr-00191-RBD (M.D. Fla.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 14 months | The defendant worked as a "delibre" and housed and transported prostitutes to carry out a prostitution business. Dkts.41, 46, 47, 56. |
| *USA v. Carcamo*, 3:11-cr-00192-RBD-J_T (M.D. Fla.) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months | 12 months and a day | The defendant assisted in a scheme of transporting illegal aliens in the migrant farm worker community for the purposes of prostitution. Dkts.1, 35. |
| *USA v. Almestica et al*, 2:11-cr-14029-JEM (S.D. Fla.) (Defendant Almestica) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months | 12 months and a day | Almestica ran a prostitution ring at a bar and offered to an undercover agent the services of co-defendant Encarnacion, who traveled to engage in prostitution. Dkts.44-47. |
| *USA v. Park*, 3:13-cr-00037-KRG (W.D. Pa.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 3 years' probation | The defendant and her husband owned a Spa that employed and housed asian women to perform massages and commercial sex acts on customers. The defendant further arranged for the transportation of the women across state lines and from airports to work at the Spa. Dkt.1. |
| *USA v. Castillo Paucar*, 2:17-cr-00130-CCC (D.N.J.) | Mann Act conspiracy | Guidelines offense level 12 in CHC I, range 10-16. | Time served (14.72 months) | The defendant owned and operated a brothel in Newark and conspired to transport women to work at the brothel as prostitutes, for which he would profit. Dkts.2, 4. |
| *USA v. Spates*, 1:09-cr-00004-CMH (E.D. Va.) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months. | 15 months | The defendant was a pimp who transported a woman offering her services as a prostitute. The government noted the conduct continued for over 3 years and the evidence indicated the defendant had an expansive prior history of organizing illegal prostitution. Dkts.34, 35, 38. |
| *USA v. Ramirez*, 1:10-cr-00416-CMH (E.D. Va.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months. | 12 months | The defendant helped operate a prostitution organization for a period of at least four years (the organization at issue in *Campos Murillo*, *infra*), and worked as a driver. He was charged after he met a woman at a Greyhound bus station whom he recruited to engage in prostitution. Dkts.21, 22, 23. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Park*, 1:11-cr-00014-LO (E.D. Va.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months. | 10 months | Defendant was a taxi driver that transported korean women from massage parlors in Philadelphia, PA to massage parlors in Woodbridge, VA, knowing that illegal sexual activity occured in the parlors. Dkts.28, 29. |
| *USA v. Campos Murillo*, 1:11-cr-00578-LMB (E.D. Va.) | 18 U.S.C. § 2421 | Guidelines offense level 14 in CHC I, 15-21 months. | 18 months | The government claimed the defendant was the leader of a prostitution enterprise. As the leader of this conspiracy, the defendant employed several drivers who received calls from customers and transported young women to those customers to perform commercial sex acts. The drivers were responsible for collecting the proceeds after the women performed the commercial sex acts. The defendant trafficked between 50 and 100 women over the course of the conspiracy, and fled to Mexico prior to being arrested until he was arrested 11 years after the indictment. Dkts.28, 29, 50. The defendant appears to have served additional time in connection w/extradition proceedings in Mexico. |
| *USA v. Hernandez*, 1:16-cr-00109-JL (D.N.H.) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months. | Time served (7 months) | Defendant served as a driver for a prostitution conspiracy and transported two women for purposes of prostitution. Dkt.28. |
| *USA v. Whaley*, 1:18-cr-10091-RWZ (D. Mass.) | 18 U.S.C. § 2421 | Guidelines offense level 15 in CHC I, w/ 11(c)(1)(C) plea of 12-18 months. | 12 months | The defendant worked together with a co-conspirator to prostitute multiple women across the east coast. She and the co-conspirator housed their drug-addicted victims in motels, denied them money, and provided them with food and narcotics only in exchange for the profits those victims earned through prostitution. Dkts.26, 37, 49. She received the fraud/coercion enhancement |
| *USA v. Reyes Maradiaga*, 1:11-cr-00507-BEL (D. Md.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | Time served (6 months) | The defendant pleaded guilty to operating vehicles used by the leader of a prostitution business for purposes of transporting prostitutes between brothels. Dkt.4. |
| *USA v. Ingram et al*, 1:17-cr-00582-CCB (D. Md.) (Defendant: Orayl Ingram) | 18 U.S.C. § 2421 | Guidelines offense level 20 in CHC I, 33-41 months | 30 months | The defendant operated a sex trafficking business through which he trafficked at least 15 victims, including a mentally disabled adult female. The 11(c)(1)(C) agreement stipulated to enhancements for multiple victims, leader/supervisor role, and vulnerable victims, and included a 30-month sentence agreement. Dkt.74. |
| *USA v. Nabit*, 1:21-cr-00038-GLR (D. Md.) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months | 18 months, but amended judgment ordered release after about 9 months incarceration | The defendant was a john who regularly paid at least 7 victims to engage in commercial sex acts, victims he knew to have either regularly used narcotics and/or to be severely addicted to narcotics. The defendant used gopro cameras to film the encounters, including over victims' protests. One victim later died from a drug overdose. The defendant paid a total of roughly $90,000 for commercial sex. The plea agreement included a vulnerable victim enhancement but not a multiple victim enhancement. Dkts.13, 28, 56. The government argued that "[w]hile the defendant was not charged with the technical crime of human trafficking, the defendant likewise exploited and dehumanized his victims in a way that other commercial sex customers do not," i.e., by "tantalizing them with his ability to provide them extra money which they so badly needed to support their drug addictions, to put food in their stomachs, and to maintain safe shelter." Dkt.34. See amended judgment at Dkt.96. |
| *USA v. Rhodes*, 3:13-cr-00222-MOC (W.D.N.C.) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months | 5 1/2 months | n/a |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Thomas*, 1:16-cr-00035-TDS (M.D.N.C.) | 18 U.S.C. § 2421 | Guidelines offense level 19 in CHC I, 30-37 months | 30 months | The defendant pleaded guilty to one Mann Act count after being indicted for racketeering and Mann Act counts in connection with his operation of a prostitution business. Dkts.18, 28. He received the fraud/coercion enhancement. |
| *USA v. Bennett et al*, 1:16-cr-00329-WO (M.D.N.C.) (Defendant: Ashley Shane Upchurch) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 6 months | n/a |
| *USA v. Moreno et al*, 1:12-cr-00660-MBS (D.S.C.) (Defendant: Maria Garcia-Moreno) | 18 U.S.C. § 2421 | Guidelines offense level 20 in CHC I, 33-41 months | 33 months | The defendants engaged in a conspiracy to operate a prostitution ring and transport alien females to engage in prostitution. Acosta-Munoz and Cabanas-Torres served as drivers for the prostitution ring, and its leader, Defendant Garcia-Moreno, made over 200 trips transporting prostitutes. Dkts.2, 135, 136. |
| *USA v. Moreno et al*, 1:12-cr-00660-MBS (D.S.C.) (Defendant: Donaciano Tecpa-Tecpa) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months | 12 months and a day | |
| *USA v. Moreno et al*, 1:12-cr-00660-MBS (D.S.C.) (Defendant: Ruben Cabanas-Torres) | 18 U.S.C. § 2421 | Guidelines offense level 14 in CHC I, 15-21 months | 12 months and a day | |
| *USA v. Moreno et al*, 1:12-cr-00660-MBS (D.S.C.) (Defendant: Esteban Acosta-Munoz) | 18 U.S.C. § 2421 | Guidelines offense level 14 in CHC I, 15-21 months | 12 months and a day | |
| *USA v. SEALED*, 6:20-cr-00077-JCB-KNM (E.D. Tex.) (Defendant: Rachel Walker) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | Time Served (12.75 Months) | The defendant transported another female at the direction of a codefendant with the intent that the female engage in prostitution. Dkts.64, 65. The indictment alleged that Defendant Walker and the codefendant were engaged in sex trafficking and forced at least three victims to engage in commercial sex acts for their commercial benefit. Dkt.2. |
| *USA v. Cummings*, 7:13-cr-00017-O (N.D. Tex.) | 18 U.S.C. § 2421 | Guidelines offense level 20 in CHC I, 33-41 months | 41 months | The defendant served as a pimp for a prostitute who he transported around the country and advertised for purposes of engaging in prostitution. He kept all the proceeds of the prostitution activity. Dkts.28, 29. He received the fraud/coercion enhancement. |
| *USA v. Guerra*, 1:23-cr-00075-RP (W.D. Tex.) (Defendant: Rubber Rios Guerra) | 18 U.S.C. § 2421 | Guidelines offense level 19 in CHC I, 30-37 months | 37 months | Defendants were charged with two counts of sex trafficking and two Mann Act counts, and pleaded guilty to the two Mann Act counts. Dkt.64. Guerra received the fraud/coercion enhancement. |
| *USA v. Guerra* 1:23-cr-00075-RP (W.D. Tex.) (Defendant: Raysel Carrion-Tamayo) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months | 18 months | |
| *USA v. Dawson et al*, 5:18-cr-00015-FB (W.D. Tex.) (Defendant: Courtney Elizabeth Ballard) | 18 U.S.C. § 2421 | Guidelines offense level 15 in CHC I, 18-24 months | 24 months | The defendants pleaded guilty to transporting a female for purposes of prostitution. The government advocated for and received the fraud and coercion enhancement based on the fact that the victim was "completely and totally reliant upon [them] for their food, their housing, their clothing, their transportation." Dkt.70. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Swindle et al*, 6:16-cr-00018-RP (W.D. Tex.) (Defendant: Loren Ashley Morris) | 18 U.S.C. § 2421 | Guidelines offense level 18 in CHC I, 27-33 months | 27 months | The defendants recruited at least one woman to work as a prostitute for them, posting ads for prostitution services and keeping the proceeds of commercial sex acts. Dkts.50, 112. |
| *USA v. Collins et al*, 3:17-cr-00110-MPM-RP (N.D. Miss.) (Defendant: Mario D. Collins) | 18 U.S.C. § 2421 | Guidelines offense level 14 in CHC I, 15-21 months. | 24 months | The defendants proceeded to trial on a single Mann Act count after a mistrial on sex trafficking and other counts. They served as pimps for one victim who they coerced into acts of prostitution, and advertised the woman on backpage. Dkt.23 The evidence indicated the victim was mentally ill and that defendant Collins used a firearm in connection with the offense. Dkt.118. |
| *USA v. Collins et al*, 3:17-cr-00110-MPM-RP (N.D. Miss.) (Defendant: Paulette M. Clayton) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 3 years' probation | |
| *USA v. Flores*, 2:13-cr-00016-KS-MTP (S.D. Miss.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 12 months and a day | The defendant picked up a cooperating witness who he knew was going to be working as a prostitute at the location to which they were traveling. During the trip the witness overheard the defendant stating that he transports women to different locations every weekend. Other witnesses confirmed that the defendant used to own and operate a prostitution house and now transports women for purposes of prostitution. One witness represented that the defendant demanded sex during trips, and that he likes to transport illegal aliens because he can demand more from them. Dkt.1. |
| *USA v. McWhirter*, 2:12-cr-20228-STA (W.D. Tenn.) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months | 12 months and a day | The defendant allegedly served as a pimp for at least three prostitutes and sold their services at night clubs and parties. The defendant pleaded guilty to a Mann Act count but disputed the extent of his involvement and his role as an alleged pimp. Dkts.1, 46. |
| *USA v. Wallace*, 1:13-cr-00117-HSM-SKL (E.D. Tenn.) | 18 U.S.C. § 2421 | Guidelines offense level 15 in CHC I, 18-24 months | 3 years' probation | The defendant admitted to running an escort business in which she advertised women to provide sexual services throughout the country, including to VIP customers for large sums. She received 40% of the money earned and arranged for prostitutes' travel. Dkts.18, 27, 30. |
| *USA v. Berte*, 2:12-cr-00096-JRG (E.D. Tenn.) | 18 U.S.C. § 2421 | Guidelines offense level 16 in CHC I, 21-27 months | Time served (11 months) | The defendant became a prostitute for a pimp and helped operate a makeshift brothel. The group grew and traveled to establish a second makeshift brothel. Dkt.22. The government argued that the defendant coerced another prostitute to continue engaging in commercial sex acts, advocating for a sentence within the PSR's recommended range of 27-33 months. Dkt.36. The defendant objected to the range and the coercion enhancement in particular, which appears to have been sustained. Dkt.34. |
| *USA v. Perdomo*, 3:10-cr-00097 (E.D. Tenn.) | 18 U.S.C. § 2421 | Guidelines offense level 16 in CHC I, 21-27 months | 24 months | The defendant transported six hispanic females (many of whom were aliens) to various locations for the purpose of engaging such individuals in prostitution, keeping half the proceeds. Dkts.21, 24, 25. |
| *USA v. Bastos*, 1:06-cr-00395 (N.D. Ill.) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months | 12 months and a day | The defendant served as a pimp for two women and transported them interstate with the intent that they prostitute themselves. He posted advertisements online for their services. Dkts.38, 34. |
| *USA v. Torres*, 4:08-cr-00364-SWW (E.D. Ark.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | Time served (6 months) | n/a |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Adams*, 4:19-cr-00573-SRC (E.D. Mo.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 12 months and a day | n/a |
| *USA v. Duckworth*, 4:14-cr-40076-KES (D.S.D.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 10 months | The defendant transported a female and posted ads on backpage to advertise her prostitution services, keeping a portion of the proceeds from her commercial sex acts. Dkts.50, 51. |
| *USA v. Laines et al*, 7:15-cr-00018-LAG-ALS-23 (M.D. Ga.) (Defendant: Bernabe Carbajal) | 18 U.S.C. § 2421 | Guidelines offense level 16 in CHC I, 21-27 months | 27 months | The defendant was involved in a multi-state human trafficking and prostitution ring made up of brothels employing hispanic prostitutes. He owned and operates multiple brothels and assisted other brothel owners within his circuit by driving prostitutes to and from brothels. The plea stipulated to at least 20 victims. Dkt.614. |
| *USA v. Bovadilla-Canales*, 2:12-cr-00114-LSC-TMP (N.D. Ala.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 10 months | The defendant ran a brothel staffed by illegal aliens, one of whom admitted to servicing approximately 18 customers over a two-day span since meeting the defendant. Dkts.15, 17. |
| *USA v. Castilblanco-Hernandez*, 7:10-cr-00123-AKK-HGD (N.D. Ala.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 10 months | The defendant ran a prostitution house staffed by illegal aliens, and arranged for their transport to work as prostitutes. He paid the women $15 for each john with whom they had sex. Dkt.6. |
| *USA v. Kidgell et al*, 6:13-cr-10129-EFM-2 (D. Kan.) (Defendant: Yan Zhang) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | Time served (1 year | The defendant and her husband established a massage parlor and recruited a woman from China to come work in the parlor as a prostitute. Induced by promises of shelter and employment, the woman traveled to the United States to work as a prostitute in the parlor. Dkt.139. |
| *USA v Cheah et al*, 1:06-cr-00480-LTB-2 (D. Colo.) (Defendant: Wai Chong Kong) | Three counts of 18 U.S.C. § 2421 | Guidelines offense level 16 in CHC I, 21-27 months | 15 months | The defendants ran a prostitution ring and leased several apartments to serve as brothels (4 in total). They advertised the business in a newspaper and transported prostitutes to work at the brothels, providing clothing and other necessities and collecting the profits. Ho admitted to answering the phones and setting up appointments at the different locations. Dkts.81, 86. |
| *USA v Cheah et al*, 1:06-cr-00480-LTB-3 (D. Colo.) (Defendant: Kit Chi Ho) | 18 U.S.C. § 2421 | Guidelines offense level 16 in CHC I, 21-27 months | 4 months | |
| *USA v. Shin*, 2:04-cr-00080-RSL-1 (W.D. Wash.) (Defendant: Tae Hyu Shin) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months; 11(c)(1)(C) agreement stipulated to probation-12 months | Two years' probation | Defendants (boyfriend and girlfriend) picked up and transported at least one Korean woman who had entered the country illegally and delivered her to a third party knowing that she would be engaging in commercial sex. At the time, co-defendant Hernandez was providing assistance to US Border Patrol, but was not authorized to participate in this particular activity and hid the schemed from the government. Defendant Shin claimed he only assisted because he believed the trip was part of Hernandez's cooperation with Border Patrol. Dkts.92, 93, 99, 100, 101. |
| *USA v. Shiffer*, 3:11-cr-00116-HDM-WGC (D. Nev) | 18 U.S.C. § 2421 | Guidelines offense level 17 in CHC I, 24-30 months | 24 months | The defendant served as a pimp for two women who were barely of age. He made one of the women "try out" for the position by giving him oral sex and would occassionally have sex with the women as "compensation" for his serving as a pimp. The plea stipulated to the fraud/coercion enhancement and manager/supervisor enhancement and the parties recommended a 24-month sentence. Dkt.13, 25. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Muldowney*, 2:20-cr-00776-SPL (D. Ariz.) | 18 U.S.C. § 2421 | Guidelines offense level 12, 10-16 months; 11(c)(1)(C) agreement stipulated to two years' probation | Two years' probation | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds. Dkt.60. |
| *USA v. Rodriquez, et al*, 4:01-cr-67 (N.D. Ga.) (Defendant Andrea Rodriquez) | 18 U.S.C. § 2421 | Guidelines offense level 19 in CHC I, 30-37 months | 30 months | n/a |
| *USA v. Kang et al*, 2:06-cr-298 (W.D. Wash.) (Defendant: Zhenhua Liu) | 18 U.S.C. § 2421 | Guidelines offense level 19 in CHC I, 30-37 months | 30 Months | Defendant operated a brothel and was one of the primary targets of this multidefendant case. He was involved in arranging prostitutes' travel to the brothel and employed young Asian women. Defendant received a two-level downward departure because of his declining health condition, so the operative Guidelines offense level was 17 in CHC I, 24-30 months. Dkts.121, 157. Liu received one of the highest sentences in the case with most other defendants pleading guilty to conspiracy. |
| *USA v. Montes et al*, 5:12-cr-00029 (N.D. W.V.) | 18 U.S.C. § 2421 | Guidelines offense level 17 in CHC I, 24-30 months | 30 months | n/a |