# Exhibit 69

Remaining Mann Act and §2G1.1(a)(2) Cases

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Chin*, 1:03-cr-01322-SHS (S.D.N.Y.) | Conspiracy to distribute narcotics and controlled substances, and one 18 U.S.C. § 2421 count | n/a | Time served (8 months) | n/a |
| *USA v. Trochtchenkova et al*, 1:05-cr-00503-LTS-1 (S.D.N.Y.) (Defendant Trochtchenkova) | Conspiracy, 18 U.S.C. § 2421, 18 U.S.C. § 2422, money laundering, and money laundering conspiracy | PSR recommended an offense level of 19 in CHC I, yielding 30-37 months. Dkt.153 at 5. | 12 months and a day | From in or about 2000 to 2005, Trochtchenkova and others organized and managed a business headquartered in Manhattan that hired women to work as prostitutes. Notably, the government's sentencing memorandum states that "there is nothing in the Mann Act or in the case law that even remotely suggests that mere clients of prostitutes who traveled in interstate commerce is subject to federal prosecution." Dkt.153 at 17 n.3. Codefendants (charged with harboring aliens and money laundering) received sentences ranging from time served to one codefendant receiving 24 months. |
| *USA v. Parker*, 1:06-cr-00348-PAC-1 (S.D.N.Y.) | One 18 U.S.C. § 2421 count and one 18 U.S.C. § 2422 count | n/a | 30 months | n/a |
| *USA v. Modica et al*, 1:09-cr-01243-LAK (S.D.N.Y.) (Defendant Maiurro) | One 18 U.S.C. § 2421 count and one 18 U.S.C. § 2422 count | n/a | 21 months | This case involved a 14-defendant indictment charging Gambino crime family members with sprawling racketeering offenses involving, *inter alia*, prostitution and sex trafficking, including of minors. Maiurro was a driver for the prostitution business. *See* Dkt.195 at 4. |
| *USA v. Cross et al*, 1:10-cr-00939-GBD (S.D.N.Y.) (Defendant Ryder) | 18 U.S.C. § 2421 | Stipulated Guidelines offense level of 10 in CHC III, 10-16 months | 10 months | One defendant, Jamil Cross, transported the other defendant Kelli Ryder and another woman so the women could engage in prostitution with "johns" at hotels. The victim explained that defendant Ryder gave her instructions on working as a prostitute, and directed her to give the proceeds to Cross, who threatened her, including with the use of the stun gun found in a motel room. Dkt.48; Dkt.51. |
| *USA v. Gu et al*, 16-cr-460 (KPF) (S.D.N.Y.) (Defendant Gu) | Conspiracy to violate 18 U.S.C. §§ 1952 and 2421 | Stipulated to an 18-to-24-month Guidelines range. Dkt.77 | 12 months | The two defendants (husband and wife Jian Zhong Gu and Aihua Gong) conspired to use facilities in interstate and foreign commerce for the promotion, management, and facilitation of a prostitution enterprise, in violation of 18 U.S.C. §§ 371, 1952, and 2421. Specifically, the defendant and her husband operated an unlawful hotel in Flushing, New York, used by recent immigrants from China, many of whom worked as prostitutes while filing for immigration benefits. This "hotel" served as a waypoint for women who ultimately traveled to Michigan to work as prostitutes in brothels that the defendants helped operate. *See* Dkts.67, 75, 77. |
| *USA v. Gu et al*, 16-cr-460 (KPF) (S.D.N.Y.) (Defendant Gong) | Conspiracy to violate 18 U.S.C. §§ 1952 and 2421 | Stipulated to a 12-to-18-month Guidelines range. Dkt.67 | 3 months | |
| *USA v. Green*, 7:16-cr-00758-KMK (S.D.N.Y.) | 18 U.S.C. § 2421 | Section 2G1.3(a)(4) applied resulting in a total Guidelines offense level of 25 in CHC I, 57-71 months | 30 months | The defendant advertised and transported her minor stepdaughter for purposes of prostitution. As the government put it, she "facilitated her daughter's prostitution" and "profited from it so she could feed her own drug habit." Sent. Tr.19. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Randall et al*, 1:19-cr-00131-PAE-9 (S.D.N.Y.) (Defendant Parker) | Two counts of 18 U.S.C. § 2421 and one count of conspiracy to violate the travel act | Stipulated Guidelines offense level of 14 in CHC I, 15 to 21 months | 12 months | This case involved an 11-defendant indictment targeting a sex trafficking ring. Defendant Kari Parker was charged with two counts of violating the Mann Act for knowingly transporting victims to multiple states with the intent that those victims engage in prostitution. She was also charged with conspiracy to violate the Travel Act for using a classifieds website to publish advertisements on the Internet offering commercial sex acts in the Southern District of New York and elsewhere. Dkt.174; Dkt.220. |
| *USA v. Wu et al*, 7:18-cr-00159-KMK (S.D.N.Y.) (Defendant Chen) | Conspiracy to violate 18 U.S.C. § 2421 and the Travel Act | Guidelines offense level 16 in CHC I, 21-27 months | Time served (16 months) | The defendants helped operate a prostitution ring known as the Wu Enterprise, which trafficked Chinese women—primarily foreign nationals who were visa overstays—for the purposes of prostitution. To attract customers, the Wu Enterprise placed advertisements for escort services on websites such as Backpage.com and the World Journal. Defendant Chen helped with flight arrangements, coordinating communications between Wu and prostitutes, discussing wiring and the deposit of funds, discussing the placement of advertisements, and reporting how many women were working at certain locations. Dkts.41, 67. |
| *USA v. Cortes-Eliosa*, 1:06-cr-00219-ERK-RER (E.D.N.Y.) | 18 U.S.C. § 2421 | Stipulated Guidelines offense level of 12 in CHC I, 10-16 months. Dkt.37. | Time served (13 months) | The defendant smuggled a young Mexican woman into the United States and forced her into prostitution over the course of at least 6 years. He also occasionally forced her to have sex with him as well. At the time he was arrested (at the border for illegal entry) he had three additional young Mexican women with him. Dkts.1, 9. |
| *USA v. Kim et al*, 1:06-cr-605-CBA-RLM (E.D.N.Y.) (Defendant Polachek) | Conspiracy to violate 18 U.S.C. § 2421 | n/a | 15 months | This case involved an 11-defendant indictment charging Mann Act conspiracy and Mann Act counts, as well as attempted sex trafficking, harboring aliens, and money laundering against certain defendants. Multiple defendants were involved in the operation of a network of 25 Korean-owned brothels that operated under cover of legitimate businesses such as spas. A group of Korean middlemen assisted the operation by transporting Korean women on visa stays to work as prostitutes. Dkt.94. |
| *USA v. Kim et al*, 1:06-cr-605-CBA-RLM (E.D.N.Y.) (Defendant Jong Tae Park) | Conspiracy to violate 18 U.S.C. § 2421 | Government did not dispute range of 27-33 months | 27 months | |
| *USA v. Brockett et al*, 1:08-cr-00829-SJ (E.D.N.Y.) (Defendant Portee) | 18 U.S.C. § 2421 | n/a | 36 months | The lead defendant Jamali Brockett, assisted by co-defendant Hassan Portee, earned money by prostituting at least seven girls ranging in age as young as 14 years old. He forced some of his victims into prostitution using violence and threats of violence. Dkt.63. |
| *USA v. Blake et al*, 1:11-cr-00183-ERK (E.D.N.Y.) (Defendant Cruz) | 18 U.S.C. § 2421 | 18-24 months | 36 months | Cruz was involved in transporting girls from Maine to New York to prostitute. The defendant learned about becoming a pimp from co-defendant Blake and they used websites like craiglist.com and backpage.com to place advertisements for sexual services offered by girls who prostituted for them. One girl ended up being murdered while working as a prostitute for the defendants. Dkts.70, 99. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Osorio*, 1:21-cr-00336-WFK (E.D.N.Y.) (Defendant Armando Garcia Osorio) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 16 months | Between 2015 and 2021, the defendant and his brothers, including co-defendant Andres Garcia Osorio, operated a family business, securing female victims to work in prostitution, soliciting customers, and driving victims to customers to engage in commercial sex. The defendant drove numerous victims to engage in commercial sex, and dictated the prices his victims could charge, which he typically set at between $40 to $60 for 15 minutes of sexual activity. Victims were expected to engage in commercial sex with numerous customers, which could exceed 30 customers a day. For his role, the defendant would take half the proceeds the victims earned. On one occasion, the defendant viciously assaulted a victim and punched her in the face. Dkt.40. The government advocated for a sentence between 10 and 16 months per the plea agreement. The government did not pursue multiple victim grouping. Co-defendant Andres received a 135-month sentence after pleading guilty to a Section 2422(a) offense and a cross-reference for sexual abuse, which carried a base offense level of 30. |
| *USA v. Trowbridge*, 1:08-cr-00074-WMS (W.D.N.Y.) | 18 U.S.C. § 2421 | Guidelines offense level 8 in CHC I, 0-6 months | Probation | The defendant, a retired police officer, together with a former NY State judge (Tills) and other members of a male fraternity known as "Jesters," hired and transported on multiple occasions women who they paid to engage in prostitution with members of the fraternity. The government moved for a downward departure for substantial assistance under Guideline §5K1.1, as the women were sex trafficking victims and Trowbridge cooperated in the case against their trafficker. Dkt.10. |
| *USA v. Tills*, 1:08-cr-00242-WMS (W.D.N.Y.) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months | 18 months | |
| *USA v. McDonald*, 1:20-cr-00134-JLS-JJM (W.D.N.Y.) | Three 18 U.S.C. § 2421 counts | Rule 11(c)(1)(C) agreement that stipulated to a 30-46-month sentence | 45 months | The government alleged that the defendant acted as a pimp for multiple victims, and used force and coercion to cause the victims to engage in commercial sex acts for which he would keep the money. The defendant on multiple occassions forced the victims to have sex with him as well and was violent with the victims. Dkt.1. |
| *USA v. Briggs et al*, 3:11-cr-00025-JCH (D. Conn.) (Defendant Vasquez) | 18 U.S.C. § 2421 | Section 2G1.3(a)(4) applied resulting in a total Guidelines offense level of 23 in CHC III, 57-71 months | 33 months | This case involved a 3-defendant indictment charging a Mann Act count and coercion of a minor female victim in violation of 18 U.S.C. § 2423(a), all in connection with the lead defendant's prostitution business. Vasquez was a driver who transported prostitutes including minors to engage in commercial sex. Franklin introduced a 14-year-old to the prostitution business and was present when the lead defendant photographed girls and posted their profiles online for advertising. For Franklin, the government stipulated to a guidelines range of "57 to 71 months" and stated it "does not oppose a sentence at the bottom of this applicable range." Dkt.129 at 3. Dkt.88, 70, 162. |
| *USA v. Briggs et al*, 3:11-cr-00025-JCH (D. Conn.) (Defendant Franklin) | 18 U.S.C. § 2421 | Section 2G1.3(a)(4) applied resulting in a total Guidelines offense level of 23 in CHC III, 57-71 months | 51 months | |
| *USA v. Paris et al*, 3:06-cr-00064-JBA (D. Conn.) (Defendant Martinez) | Conspiracy, promotion of prostitution, money laundering, and a Mann Act count | Stipulated Guidelines offense level 22 in CHC I, 41-51 months | 12 months and a day | This case involved a multi-defendant sex trafficking and prostitution prosecution in which various defendants pled guilty to conspiracy and/or Mann Act counts. Defendant Ronald Martinez operated prostitution businesses in the Hartford, Connecticut area in which he controlled and marketed young women to perform sexual acts with "johns" in exchange for money. Dkts.214, 237. He appears to have received cooperation credit. Defendant Sulewski was a driver for Martinez who transported women, as was Defendant Tanuis. At various times Sulewski also operated Martinez' prostitution business for him. Dkts.325, 345, 565. Defendants Dove and Williams |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Paris et al*, 3:06-cr-00064-JBA (D. Conn.) (Defendant Sulewski) | Conspiracy and 18 U.S.C. § 2421 | Stipulated Guidelines offense level 19 in CHC II, 33-41 months | 36 months | ~~prostitution business for him. Dkts.13, 640, 651. Defendants Dove and Williams~~ worked as drivers for the lead defendant's (Paris) separate prostitution business. Dkts.343, 553, 349. Defendant Fanning operated his own prostitution business and occasionally assisted Martinez. Dkt.318. |
| *USA v. Paris et al*, 3:06-cr-00064-JBA (D. Conn.) (Defendant Tanuis) | Conspiracy and 18 U.S.C. § 2421 | Stipulated Guidelines offense level 13 in CHC I, 12-18 months | 12 months and a day | |
| *USA v. Paris et al*, 3:06-cr-00064-JBA (D. Conn.) (Defendant Dove) | Conspiracy to promote prostitution | Guidelines offense level 11 in CHC IV, 18-24 months | 12 months and a day | |
| *USA v. Paris et al*, 3:06-cr-00064-JBA (D. Conn.) (Defendant Fanning) | Conspiracy to promote prostitution | Stipulated Guidelines offense level 11 in CHC I, 11-14 months | Probation w/6 months community confinement | |
| *USA v. Paris et al*, 3:06-cr-00064-JBA (D. Conn.) (Defendant Williams) | Conspiracy to promote prostitution | Stipulated Guidelines offense level 13 in CHC I, 12-18 months | 12 months and a day | |
| *USA v. Thomas*, 2:23-cr-00145-SPG (C.D. Cal.) | 18 U.S.C. § 2421 | Section 2G1.3(a)(4) applied resulting in a total Guidelines offense level of 23 in CHC I, 46-57 months | 36 months | At a co-defendant's direction, defendant corresponded with a minor female for the purpose of recruiting her to work as a prostitute in the State of California. At the time, defendant herself was engaging in commercial sex work and was the co-defendant's most trusted sex worker. Defendant and co-defendant then jointly transported the minor for the purpose of her engaging in prostitution. Defendant also assisted in setting up online sex advertisements for the minor. Dkt.106. |
| *USA v. Butler, Jr.*, 8:00-cr-00147-AHS (C.D. Cal.) | 18 U.S.C. § 2421 | n/a | 53 months | n/a |
| *USA v. Braun*, 8:09-cr-00068-CJC (C.D. Cal.) | 18 U.S.C. § 2421 and money laundering | n/a | Probation | n/a |
| *USA v. Taite*, 8:13-cr-00198-JVS (C.D. Cal.) | 18 U.S.C. § 2421 | n/a | Time served (43 days) | n/a |
| *USA v. Hamilton et al*, 8:21-cr-00169-DOC (C.D. Cal.) (Defendant Turner) | 18 U.S.C. § 2421 | Section 2G1.3(a)(4) applied resulting in a total Guidelines offense level of 25 in CHC II, 63-78 months | 24 months | Defendant, along with her co-defendant Hamilton, trafficked multiple women between Oregon and various other states, including California and Arizona, to work as prostitutes in late 2020 to early 2021. In doing so, defendant solicited, trained, and tracked multiple sex trafficking victims, including a minor. Dkt.42, 61. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Peirson*, 8:22-cr-00136-JVS (C.D. Cal.) | 18 U.S.C. § 2421 | PSR recommended offense level 14 in CHC III, 21-27 months | 27 months | The defendant profited from transporting adult women for prostitution. The government argued that "[t]ext messages exchanged by [victim] and defendant, as well as online sex advertisements posted by other identified victims, revealed a significant prostitution operation involving prostitution activity in at least a dozen states." The government also argued that there were instances where the defendant exhibited "troubling instances of coercive behavior and control," including dismissing a victim's complaints of severe pain from an eye injury and insisting that she "thug for one more night." The government also argued that there was evidence that the defendant had assaulted one of the victims and had threatened to "fire" her and "kick her out of her living situation." Dkt.56, 40. |
| *USA v. Yang et al*, 3:05-cr-00395-JL (N.D. Cal.) (Defendant Yang) | Conspiracy to bring in and harbor aliens, Mann Act Conspiracy, money laundering, Conspiracy to use facility in aid of unlawful activity | n/a | Time Served (3 years 2 months) | The indictment alleged a conspiracy to transport illegal aliens and conceal them from law enforcement authorities. The co-conspirators recruited and enticed Korean women to illegally enter the United States and work as prostitutes in various massage parlors. The indictment alleges that Yang ran a taxi service and used his employees to purchase interstate domestic airline tickets for prostitutes working at various brothels and used his taxi service to transport prostitutes to and from airports for the purposes of transportation in violation of § 2421. Kim was an employee of the taxi service and transported multiple prostitutes to a brothel. In Seung Kim was an employee of the taxi service and transported multiple prostitutes to massage parlors and spas operating as brothels. Yi was an employee of the taxi service and transported a prostitute to a spa that was operating as a brothel and discussed distribution of advertisements for the spa with Yang. Youn was an employee of the taxi service and transported a prostitute to a massage parlor operating as a brothel. Dkt.1. |
| *USA v. Yang et al*, 3:05-cr-00395-JL (N.D. Cal.) (Defendant Seyun Kim) | Interstate travel in aid of racketeering, Conspiracy to use facility in aid of unlawful activity, Mann Act conspiracy | n/a | Time Served (3 years 2 months) | |
| *USA v. Yang et al*, 3:05-cr-00395-JL (N.D. Cal.) (Defendant In Seung Kim) | Conspiracy to use facility in aid of unlawful activity, Mann Act Conspiracy | Guidelines offense level 10 in CHC I, 6-12 months. Dkt.262. | 7 months | |
| *USA v. Yang et al*, 3:05-cr-00395-JL (N.D. Cal.) (Defendant Yi) | Conspiracy to use facility in aid of unlawful activity, Willful failure to file tax returns, Mann Act Conspiracy | n/a | Probation | |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Yang et al*, 3:05-cr-00395-JL (N.D. Cal.) (Defendant Youn) | Conspiracy to use facility in aid of unlawful activity, Willful failure to supply information, Mann Act Conspiracy | n/a | 3 months home detention | |
| *USA v. Ly, et al*, 4:01-cr-00051-EXE (N.D. Cal.) (Defendant Ly) | Mann Act conspiracy | n/a | 24 months | n/a |
| *USA v. Ly, et al*, 4:01-cr-00051-EXE (N.D. Cal.) (Defendant Lai) | Mann Act conspiracy | n/a | 21 months | |
| *USA v. Ly, et al*, 4:01-cr-00051-EXE (N.D. Cal.) (Defendant Lo) | Mann Act conspiracy | n/a | 12 months | |
| *USA v. Ly, et al*, 4:01-cr-00051-EXE (N.D. Cal.) (Defendant Lam) | Mann Act conspiracy | n/a | 24 months | |
| *USA v. Ly, et al*, 4:01-cr-00051-EXE (N.D. Cal.) (Defendant Vo) | Mann Act conspiracy | n/a | 3 years' probation | |
| *USA v. Tran, et al*, 4:01-cr-00052-PJH (N.D. Cal.) (Defendant Tran) | Mann Act conspiracy | n/a | 27 months | n/a |
| *USA v. Tran, et al*, 4:01-cr-00052-PJH (N.D. Cal.) (Defendant Le) | Mann Act conspiracy | n/a | 12 months and a day | |
| *USA v. Eun*, 5:08-cr-00383-JW (N.D. Cal.) | Mann Act conspiracy | n/a | Time served (1 year) | The information alleged the defendant operated a brothel and arranged for the transportation of Korean women to the United States to work as prostitutes in the brothel. Dkt.1 |
| *USA v. Cuahutle-Garcia et al*, 5:15-cr-00214-EJD (N.D. Cal.) (Defendant Garcia) | Conspiracy, one 18 U.S.C. § 2421 count, and one 18 U.S.C. § 2422 count | Guidelines offense level 20 in CHC I, 33-41 months | 51 months | Defendant Garcia operated over a dozen brothels with the assistance of the other defendants. He was netting approximately $10,000 to $15,000 per week in profits from the brothels. Defendant Lozano-Perez managed multiple brothel locations for Garcia, and worked as a security guard at brothel locations and as a driver for Garcia. Defendant Lujan assisted in the operation of the brothels and renting locations for brothels. The government alleged that Rodriguez-Lopez was one of Garcia's personal drivers and transported him to and from brothels to pick up prostitutes, and supplies, including lubricants, baby wipes, and cards advertising the brothels. He was also in charge of scheduling and organizing prostitutes. Dkts.21, 101, 118, 63, 69. |
| *USA v. Cuahutle-Garcia et al*, 5:15-cr-00214-EJD (N.D. Cal.) (Defendant Rodriguez-Lopez) | Conspiracy, one 18 U.S.C. § 2421 count, and one 18 U.S.C. § 2422 count | n/a | 37 months | |
| *USA v. Cuahutle-Garcia et al*, 5:15-cr-00214-EJD (N.D. Cal.) (Defendant Lozano-Perez) | Conspiracy, one 18 U.S.C. § 2421 count, and one 18 U.S.C. § 2422 count | n/a | 37 months | |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Cuahutle-Garcia et al*, 5:15-cr-00214-EJD (N.D. Cal.) (Defendant Lujan-Dozier) | Conspiracy, one 18 U.S.C. § 2421 count, and one 18 U.S.C. § 2422 count | Guidelines offense level 19 in CHC I, 30-37 months | 41 months | |
| *USA v. Maury*, 14-cr-3056 (S.D. Cal.) (Defendant: Rico Maury) | 18 U.S.C. § 2421 | n/a | 15 months | The Complaint alleged that defendant served as a pimp for two women who work for him as prosititues. One was 17 years old. He kept 50% of the prositituion proceeds. Dkt.1. |
| *USA v. Brown*, 3:17-cr-00808-WQH (S.D. Cal.) (Defendant Tavulares) | 18 U.S.C. § 2421 | n/a | 12 months and a day | n/a |
| *USA v. Williams*, 3:19-cr-00104-MCR (N.D. Fla.) | Use of an interstate facility for purposes of racketeering, 18 U.S.C. § 2421, concealing and harboring aliens, money laundering conspiracy | n/a | 36 months | Defendant operated illicit asian massage parlors and transported and housed females to work in the parlors as prostitutes for his financial gain. Dkts.39, 40. |
| *USA v. Rodriguez et al*, 15-cr-30 (N.D. Fla.) (Defendant Rodriguez) | Conspiracy to violate 18 U.S.C. § 2421, 18 U.S.C. § 2422, 18 U.S.C. § 1328, as well as substantive counts. | n/a | 60 Months | The case involved a conspiracy led by Rodriguez to run a prostitution business. Rodriguez, in addition to transporting prostitutes himself, also directed his co-defendants to recruit and deliver prostitutes and coordinate with customers. Dkts.133, 134, 137, 138, 146, 147, 162, 163, 176, 177, |
| *USA v. Rodriguez et al*, 15-cr-30 (N.D. Fla.) (Defendant Flores-Esparza) | Conspiracy to violate 18 U.S.C. § 2421, 18 U.S.C. § 2422, 18 U.S.C. § 1328, as well as substantive counts. | n/a | 24 Months | |
| *USA v. Rodriguez et al*, 15-cr-30 (N.D. Fla.) (Defendant Prudencio) | Conspiracy to violate 18 U.S.C. § 2421, 18 U.S.C. § 2422, 18 U.S.C. § 1328, as well as substantive counts. | n/a | 48 Months | |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Rodriguez et al*, 15-cr-30 (N.D. Fla.) (Defendant Tobon) | Conspiracy to violate 18 U.S.C. § 2421, 18 U.S.C. § 2422, 18 U.S.C. § 1328, as well as substantive counts. | n/a | 42 Months | |
| *USA v. Rodriguez et al*, 15-cr-30 (N.D. Fla.) (Defendant Corvera) | Conspiracy and 18 U.S.C. § 2421 | n/a | 9 Months | |
| *USA v. Rodriguez et al*, 15-cr-30 (N.D. Fla.) (Defendant Santiz) | Conspiracy to violate 18 U.S.C. § 2421, 18 U.S.C. § 2422, 18 U.S.C. § 1328. | n/a | 18 months | |
| *USA v. Clemons*, 3:14-cr-00134-MMH-MCR (M.D. Fla.) | 18 U.S.C. § 2421 | n/a | 27 months | The defendant solicited two victims under the guise of working for him as dancers and representing that one would be able to make $1,000 per day. The defendant housed them at local hotels, placed online ads for them, and caused them to engage in prostitution. The defendant took their ID cards and used force and threats to cause the victims to engage in prostitution, including hitting a victim, slamming a victim onto a bed and taking her phone, and gesturing acts of physical violence when a victim did not want to work when she was menstruating. Dkt.17. |
| *USA v. Glee*, 3:17-cr-00217-HES-PDB (M.D. Fla.) | 18 U.S.C. § 2421 | n/a | 33 months | The defendant assisted his girlfriend in prostituting herself. He was in CHC V. Dkt.1, 34. |
| *USA v. Collins*, 3:17-cr-00226-BJD-MCR (M.D. Fla.) | 18 U.S.C. § 2421 | n/a | 15 months | The affidavit attached to the complaint alleges that the defendant enlisted a woman as a prostitute by claiming he would get her off the street, transported her to Georgia, and posted ads for prostitution services. During the two weeks she was there, the victim saw approximately 15 customers per day. All money from the prostitution went to the defendant. He was in CHC III. Dkt.1, 30. |
| *USA v. Vanover*, 3:18-cr-00069-TJC-MCR (M.D. Fla.) | 18 U.S.C. § 2421 | n/a | 36 months | The defendant knowingly transported a victim, who he was in a sexual relationship with, from Virginia to North Carolina for the purposes of prostitution after advertising her prostitution services online. The victim claimed that the defendant once tattooed the word "ROTTEN" and two hearts on her face while she was incapacitated from drugs and that the defendant controlled her. Dkt.47. |
| *USA v. Jenkins*, 3:19-cr-00124-BJD-MCR (M.D. Fla.) | 18 U.S.C. § 2421 | Guidelines offense level 15 in CHC II, 21-27 months | 27 months | The defendant responded to an online ad posted by the victim for prostitution in New Jersey. The defendant told the victim she could make a lot of money by coming to Florida with him. The victim agreed. The defendant posted ads for the victim's prostitution services, supervised her prostitution with johns, and kept the money. Dkt.26. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Fiorenza et al*, 1:14-cr-20784-CMA (S.D. Fla.) (Defendant Fiorenza) | Multiple counts including Mann Act, conspiracy, maintaining illegal aliens for immoral purposes, and money laundering | n/a | 37 months | Defendants recruited women from Eastern Europe to travel to Florida and work as prostitutes while on tourist visas. The defendants allegedly rented properties for the victims to reside while they worked, booked the victims' travel and hotel accommodations, and circulated online and electronic message advertisements for the victim's services. Balazs was a young woman from Hungary with a history of mental health issues and abuse who worked as a prostitute herself in Florida. Her sentencing memo argues that she began a relationship with Fiorenza when she was a 21-year-old prostitute living alone in a foreign country and that Fiorenza kidnapped and battered her and that he committed DV against her. Avram was a young woman from Hungary who worked as a prostitute herself in Florida. She became romantically involved with Kaszab when she was 21 years old, married him, and had a son with him. Dkts.67-70, 75, 76, 94. |
| *USA v. Fiorenza et al*, 1:14-cr-20784-CMA (S.D. Fla.) (Defendant Kaszab) | Multiple counts including Mann Act, conspiracy, maintaining illegal aliens for immoral purposes, and money laundering | n/a | 27 months | |
| *USA v. Fiorenza et al*, 1:14-cr-20784-CMA (S.D. Fla.) (Defendant Balazs) | Multiple counts including Mann Act, conspiracy, and maintaining illegal aliens for immoral purposes. | n/a | Time served (6 months) | |
| *USA v. Fiorenza et al*, 1:14-cr-20784-CMA (S.D. Fla.) (Defendant Avram) | Multiple counts including Mann Act, conspiracy, maintaining illegal aliens for immoral purposes, and money laundering | n/a | 11 months | |
| *USA v. Revoredo et al*, 1:18-cr-20376-RS (S.D. Fla.) (Defendant Revoredo) | Conspiracy and 18 U.S.C. § 2421 | n/a | 15 months | The defendants operated a widespread prostitution network where they recruited women from Central and South America, often B1/B2 visa holders, and posted online ads for them on a website that they ran, and employed others who organized their travel around the nation to engage in prostitution. The operation took 25-30% of the proceeds from victims and generated at least $1.8 million. Dkts.74, 76-79, 104, 109, 111, 113. |
| *USA v. Revoredo et al*, 1:18-cr-20376-RS (S.D. Fla.) (Defendant Barriga) | Conspiracy and 18 U.S.C. § 2421 | n/a | 15 months | |
| *USA v. Almestica et al*, 2:11-cr-14029-JEM (S.D. Fla.) (Defendant Encarnacion) | 18 U.S.C. § 1952 | n/a | 10 months | Co-defendant Almestica ran a prostitution ring at a bar and offered to an undercover agent the services of co-defendant Encarnacion, who traveled to engage in prostitution. Dkts.44-47. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Berlingeri Janer*, 9:21-cr-80054-RLR (S.D. Fla.) | Two 18 U.S.C. § 2421 counts | n/a | 15 months | The defendant transported two women to engage in prostitution under the business name A+ Bunnies, a full service "girlfriend experience" escort company. The plea stated that "the prostitution activity … involved consensual sexual conduct" and the victims were "at all times ... adult[s] and not under the custodial authority of the defendant." Dkt.11. |
| *USA v. Humphrey et al.*, 2:14-cr-00022-RDM-2 (M.D. Pa.) (Defendant Kyoni Humphrey) | 18 U.S.C. § 2421 | n/a | 16 months | The defendant assisted a co-defendant in recruiting a minor to engage in prostitution with customers for money. The defendant helped transport the minor and also helped procure a firearm for the co-defendant, who was a felon at the time. Dkt.1. The co-defendant pleaded guilty to a sex trafficking count and was sentenced to 108 months. |
| *USA v. Hill*, 2:07-cr-00365-TFM (W.D. Pa.) | One 18 U.S.C. § 2421 count, and one 18 U.S.C. § 2422 count | Guidelines offense level 18 in CHC I, 27-33 months | 33 months | The defendant enticed two women to travel with him to PA where he enlisted them to work as prostitutes. The victims engaged in numerous acts of prostitution with customers for payment that was provided to the defendant. The defendant conceded that his offense involved coercion, including threats and violent assaults. Dkts.1, 29, 33, 39. |
| *USA v. Williams*, 1:09-cr-00780-JHR (D.N.J.) | 18 U.S.C. § 2421 | Section 2G1.3(a)(4) applied resulting in a total expected Guidelines offense level of 25 in CHC I, 57-71. | 5 years' probation | The indictment initially charged the defendant with multiple counts including transportation of a minor to engage in prostitution and the production of child pornography. Dkt.1. The defendant ultimately pleaded guilty to a Mann Act count for transporting the same individual deemed a minor in the indictment. Dkt.14, 18. |
| *USA v. Kulick*, 1:14-cr-00057-JEI (D.N.J.) | 18 U.S.C. § 2421 | Section 2G1.3(a)(4) applied resulting in a total expected Guidelines offense level of 25 in CHC I, 57-71. | 57 months | The defendant pled guilty to one Mann Act count for transporting a minor girl (15 yo) with intent that she engage in sexual activity with him in violation of N.J.S.A. § 2C:14-2c(4) and 18 Pa.C.S.A. § 3122.1(b). These statutes punish statutory sexual assault. The plea agreement indicates that the defendant enticed the minor to engage in a sexual relationship with him. Dkts.4, 1. |
| *USA v. Smith*, 2:13-cr-00383-SRC (D.N.J.) | Conspiracy and 18 U.S.C. § 2421 | n/a | 51 months | Defendant acted as a pimp and enlisted at least five victims to work as prostitutes for him. He posted ads on backpage and craigslist to attract and locate customers, and transported the victims across state lines to engage in prostitution. Dkts.1, 33. |
| *USA v. Valencia Vargas*, 2:23-cr-00841-MEF (D.N.J.) | Conspiracy and 18 U.S.C. § 2421 | Guidelines offense level 12. | Time served (1.5 years) | The defendant owned and operated a brothel in NJ and conspired to transport women to work at the brothel as prostitutes, for which he would profit. Dkts.17, 21. |
| *USA v. Thompkins et al*, 3:05-cr-00888-FLW (D.N.J.) (Defendant Lopez) | 18 U.S.C. § 2421 | Guidelines offense level 14. | 24 months | The defendant worked as a pimp for a co-defendant's "minor and adult prostitution and money laundering enterprise" over a span of 6 years, and pleaded guilty to transporting at least three victims for purposes of prostitution. Dkt.174. Lead defendant Thompkins received a 280-month sentence. |
| *USA v. Alston*, 1:02-cr-00415-LMB (E.D. Va.) | 18 U.S.C. § 2421 | n/a | 46 months | n/a |
| *USA v. Hill*, 1:07-cr-00012-JCC (E.D. Va.) | 18 U.S.C. § 2421 | n/a | 30 months | n/a |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| USA v. King, 1:08-cr-00281-JCC (E.D. Va.) | 18 U.S.C. § 2421 | Section 2G1.3(a)(4) applied resulting in a total Guidelines offense level of 23 in CHC I, 46-57 months | 48 months | The defendant was the girlfriend of a pimp and helped recruit new prostitutes. The defendant was charged with attempting to recruit a 14 year old girl who was in foster care at the time. In attempting to entice the victim for purposes of prostitution, the defendant told the victim that there was a "modeling" opportunity in Las Vegas, which was false. The defendant photographed the victim for the pimp. Dkts.16, 17, 21, 23. |
| USA v. Wright, 1:09-cr-00385-CMH (E.D. Va.) | 18 U.S.C. § 2421; 18 U.S.C. § 1512(b)(2)(A) | 33-41 months. | 33 months | The defendant transported two women to hotels, acting as their pimp, where they engaged in prostitution with customers. Defendant kept the proceeds. When the government's investigaton began, defendant instructed one victim not to talk to the government, resulting in the victim refusing to testify before the grand jury. Dkts.19, 20, 22. |
| USA v. Hernandez, 1:12-cr-00437-GBL (E.D. Va.) | Mann Act conspiracy | Guidelines offense level 19 in CHC I, 30-37 months | 36 months | The defendant was a leader in the prostitution enterprise discussed *supra* in *Campos Murillo*. Dkts.25, 26, 31, 32. |
| USA v. Tellez, 1:13-cr-00118-CMH (E.D. Va.) | Mann Act conspiracy | Guidelines offense level 19 in CHC IV, 46-57 months | 46 months | The defendant helped his uncle (the defendant discussed *supra* in *Campos Murillo*) run a prostitution enterprise. He helped organize drivers, recruited women, and advertised the enterprise's prostitution services. Dkts.18, 19, 24, 25. |
| USA v. Medina-Torres et al, 2:06-cr-00089-WDK-TEM (E.D. Va.) (Defendant Morales-Lopez) | Mann Act conspiracy | n/a | 30 months | n/a |
| USA v. Medina-Torres et al, 2:06-cr-00089-WDK-TEM (E.D. Va.) (Defendant Medino-Torres) | Mann Act conspiracy; 18 U.S.C. § 1028A(a)(1) | n/a | 21 months + 24 months on aggravated identity theft charge | |
| USA v. Medina-Torres et al, 2:06-cr-00089-WDK-TEM (E.D. Va.) (Defendant Garcia-Perez) | Mann Act conspiracy; 18 U.S.C. § 1028A(a)(1) | n/a | 21 months + 24 months on aggravated identity theft charge | |
| USA v. Medina-Torres et al, 2:06-cr-00089-WDK-TEM (E.D. Va.) (Defendant Amarildo-Garcia) | Mann Act conspiracy | n/a | 24 months | |
| USA v. Pohlig, 2:20-cr-00063-AWA-DEM (E.D. Va.) | 18 U.S.C. § 2421 | Guidelines offense level 18 in CHC II, 30-37 months | 24 months | The defendant served as a pimp for at least three prostitutes and booked hotel rooms and transported them so they could engage in prostitution. Dkts.21, 22, 29, 30. |
| USA v. Beard, 2:21-cr-00021-RAJ-DEM (E.D. Va.) | 18 U.S.C. § 2421 | Guidelines offense level 21 in CHC I, 37-46 months | 44 months | The defendant worked with the defendant in the *Pohlig* case, *supra*. He violated his release conditions through cocaine use and also failed to appear at his initial sentencing, resulting in a bench warrant for his arrest. Dkts.22, 23, 29, 30. |
| USA v. Moore, 2:23-cr-00047-EWH-RJK (E.D. Va.) | 18 U.S.C. § 2421 | Guidelines offense level 21 in CHC IV, 57-71 months | 60 months | The defendant served as a pimp and trafficked three women for the purposes of prostitution, and violently coerced one of the three women. Dkts.21, 22, 27, 28, 35. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Cooley*, 3:14-cr-00110-MHL (E.D. Va.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC III, 15-21 months | 21 months | The defendant served as a pimp and transported a woman and a minor with the intent that the woman would engage in prostitution. He further posted on backpage to advertise the woman as a prostitute, and she performed sex acts for money. Dkts.65, 66. The Court rejected the government's request for a relevant conduct cross reference to 2G1.3 re the involvement of a minor. Dkts.73, 75, 78. |
| *USA v. Pallas*, 2:04-cr-00125-DBH (D. Me.) | Mann Act conspiracy | n/a | 10.5 months | The defendant worked as a front desk attendant at a Club that offered prostitution services. He set the schedules for the women who worked as prostitutes and collected money for his supervisor. Dkt.12. The government moved for a 5K1.1 downward departure, which was granted. Dkt.18. |
| *USA v. Reiner et al*, 2:04-cr-00127-DBH (D. Me.) (Defendant Stilwell) | Mann Act and Travel Act conspiracy; 18 U.S.C. § 2423(a) (transporting minor). | n/a | 20 months | Defendant Stilwell worked as the Club referenced in the *Pallas* case, *supra*. She transported other prostitutes to work at the club, including a minor, and instructed prostitutes regarding the fees they should charge at the club. Dkts.30, 125. |
| *USA v. Gravely*, 2:13-cr-00191-NT (D. Me.) | 18 U.S.C. § 2421 | n/a | 48 months | The defendant and an associate (the defendant in the *Blanchard* case *infra*) served as a pimp and transported three women for purposes of prostitution, one of whom was a minor. Thus, there was a dispute as to whether 2G1.3 applied. Dkts.23, 26, 40, 45. |
| *USA v. Blanchard*, 2:14-cr-00009-NT (D. Me.) | 18 U.S.C. § 2421 | n/a | 46 months | The defendant went to trial on one Mann Act count for serving as a pimp and transporting three women for purposes of prostitution. The defendant in the *Gravely* case *supra* testified against him. He appears to have been in CHC IV. Dkts.7, 110, 111, 124. |
| *USA v. Grondin*, 2:15-cr-00146-NT (D. Me.) | 18 U.S.C. § 2421 | n/a | 51 months | The defendant served as a pimp and advertised the services of a prostitute on backpage, whom he transported for purposes of prostitution. The parties stipulated to a 4-level coercion enhancement under 2G1.1(b)(1). Dkts.26, 40, 41, 42, 45. |
| *USA v. Miller*, 2:16-cr-00172-NT (D. Me.) | 18 U.S.C. § 2421 | n/a | 15 months | The defendant served as a pimp and enticed a prostitute whom he found through backpage to travel to NY with him to engage in prostitution. He posted a new backpage ad for the prostitute once in NY. Dkts.69, 85, 87. |
| *USA v. Li et al*, 2:18-cr-00178-NT (D. Me.) (Defendant Li) | Conspiracy and four 18 U.S.C. § 2421 counts | n/a | 37 months | These husband and wife defendants were Chinese nationals that engaged in a prostitution scheme whereby they operated multiple prostitution houses staffed with Chinese females on B-2 non-immigrant visas. Dkts.133, 134, 140, 149. |
| *USA v. Li et al*, 2:18-cr-00178-NT (D. Me.) Defendant Miao | Conspiracy and four 18 U.S.C. § 2421 counts | n/a | 37 months | |
| *USA v. Reyes*, 1:15-cr-00202-LM (D.N.H.) | 18 U.S.C. § 2421 | n/a | 32 months | The defendant was present for conversations in which his co-defendants conspired to transport an individual for purposes of prostitution. He later accompanied a co-defendant on a drive for purposes of transporting the individual. Dkts.1, 2. His co-defendants received 96 month and 60 months sentences as the conduct appears to have involved a minor victim. *See USA v. Pena et al*, 1:15-cr-00003-PB-1 (D.N.H.). |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Valdma*, 1:03-cr-10353-WGY (D. Mass.) | 20 counts, including 18 U.S.C. § 2421, 18 U.S.C. § 2422, as well as *inter alia* importation of aliens, visa fraud. | Guidelines offense level 20 in CHC I, 36-41 months. | 41 months | The defendant ran an erotic massage business through which he transported Estonian woman to work as prostitutes. Dkts.44, 45, 50. |
| *USA v. Norris et al*, 1:13-cr-10077-DJC-3 (D. Mass.) (Defendant Grandoit) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 12 months and a day | The indictment targeted a sex trafficking organization run by pimps and co-defendants Jeffreys and Norris. Defendants Grandoit and Sanchez served as prostitutes for the organization and helped transport other women, including a minor. Sanchez was the primary girlfriend, prostitute, and key supporter of the main target of the organization: Jeffreys (who received a 360-month sentence). Norris received a 180-month sentence. Defendant Kanda served as a driver on at least one instance. Dkts.278, 324, 355, 369, 370, 375, 395, 401, 412, 466. |
| *USA v. Norris et al*, 1:13-cr-10077-DJC-3 (D. Mass.) (Defendant Sanchez) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC IV, 21-27 months | 18 months | |
| *USA v. Norris et al*, 1:13-cr-10077-DJC-3 (D. Mass.) (Defendant Kanda) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC IV, 21-27 months | 16 months | |
| *USA v. Wells et al*, 1:16-cr-10003-DJC (D. Mass.) (Defendant Decoteau) | Conspiracy and 18 U.S.C. § 2421 | Guidelines offense level 15 in CHC II, 21-27 months | 18 months | The defendant assisted a co-defendant in transporting and advertising the prostitution services of four different women. Dkts.1, 63, 69. |
| *USA v. Laureano et al*, 1:16-cr-00049-JJM-LDA (D.R.I.) (Defendant Vargas) | 18 U.S.C. § 2421 | Section 2G1.3 applied resulting in a Guidelines level 23 in CHC II, 51-63 months | 60 months | Defendants assisted a female who engaged in prostitution to fuel a drug addiction, by driving her to appointments with customers and profiting from her activity. Vargas (the woman's girlfriend) pleaded guilty pursuant to an 11(c)(1)(C) agreement. Dkt.19, Dkts.33, 44. The court noted at sentencing that the woman transported was clearly abused and economically suffering. Dkts.54, 63. |
| *USA v. Laureano et al*, 1:16-cr-00049-JJM-LDA (D.R.I.) (Defendant Laureano) | 18 U.S.C. § 2421 | Section 2G1.3 applied resulting in a Guidelines offense level 23 in CHC I, 46-57 months | 24 months | Notably, the john in the case was initially charged with conspiring to transport a minor across state lines for prostitution, but pursuant to an agreement with the government, pleaded guilty to an Information that charged him with a single count of cocaine conspiracy. *United States v. Lewis Valenti*, No. 1:16-cr-00104-M-LDA-1 (D.R.I.). In exchange for his guilty plea, the government recommended a penalty of 1 year and 1 day in prison, his ultimate sentence. *Id.*, ECF Doc. Nos. 22, 29. |
| *USA v. Tsouroutis*, 3:07-cr-00008-NKM (W.D. Va.) | 18 U.S.C. § 2421, 18 U.S.C. § 1001 | n/a | 27 months | The victim (a known prostitute) was initially arrested and charged with various counts including burglary and robbery, and the defendant, a Sheriff's Office Sergeant, told her he would take care of the charges if she had sex with him. The defendant offered her money and freedom in exchange for the sex. When the victim was released on bond, upon request a provision was added to her conditions of release stating that she was to have daily contact with the defendant. For approximately three months thereafter, the defendant engaged in numerous sex acts with the victim and paid her money and kept her out of jail even when she missed court and faced new charges. Dkt.41, 42, 49-51. |
| *USA v. Coello-Ordonez et al*, 5:13-cr-00023-MFU (W.D. Va.) (Defendant Kevin Alain Coello-Galeano) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | Time served (10 months) | The indictment charged a sex trafficking and prostitution conspiracy involving a brothel that offered prostitution services from hispanic women illegally smuggled into the country. The lead defendant in this case (defendant Kevin Coello-Galeano's cousin) ran the brothel and coerced at least one woman into prostitution after |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Coello-Ordonez et al*, 5:13-cr-00023-MFU (W.D. Va.) (Defendant Mario Ramirez-Larios) | 18 U.S.C. § 2422 | Guidelines offense level 13 in CHC I, 12-18 months | 13 months | smuggling her into the country from Honduras. Coello-Galeano was involved in the conspiracy but did not know that any women were coerced. Dkts.138, 139, 143,144. Defendant Ramirez-Larios was further involved in the conspiracy and the arranging of prostitution services. Dkts.97, 100. With respect to Defendant Frias, the government argued that the coercion and manager/supervisor enhancements applied based on his greater role in the offense and her forcing at least one victim to engage in prostitution against her will. Dkts.96, 98. |
| *USA v. Coello-Ordonez et al*, 5:13-cr-00023-MFU (W.D. Va.) (Defendant Frias de los Santos) | 18 U.S.C. § 2421 | Guidelines offense level 18 in CHC II, 30-37 months | 36 months | |
| *USA v. Herrera Aranda et al*, 1:11-cr-00049-BEL (D. Md.) (Defendant Herrera Aranda) | 18 U.S.C. § 2421 | n/a | 18 months | The two defendants pleaded guilty to aiding and abetting the operation of a prostitution business for which they helped transport prostitutes, handled money, and purshased items used in the operation of the business. Defendant Sancehz received a fraud/coercion enhancement per the plea agreement. Dkts.7, 1. |
| *USA v. Herrera Aranda et al*, 1:11-cr-00049-BEL (D. Md.) (Defendant Sanchez) | 18 U.S.C. § 2421 | Guidelines offense level 12 | 12 months and a day | |
| *USA v. Conley*, 1:13-cr-00537-GLR (D. Md.) | 18 U.S.C. § 2421 | Guidelines offense level 14 | 5 months w/5 months home detention | The defendant conspired to operate a prostitution business and served as a driver, transporting women to engage in prostitution. The defendant also helped recruit women through advertisements posted online. Dkt.6. |
| *USA v. Boswell*, 1:13-cr-00606-JKB (D. Md.) | 18 U.S.C. § 2421 | Guidelines offense level 22 | 46 months | The defendant recruited at least two women to engage in prostitution under the false pretense of earning money through his entertainment business. The women were financially struggling, and the defendant coached them on how much to charge customers and provided them with drugs. The 11(c)(1)(C) agreement stipulated to a 46-month sentence. Dkts.60, 78. |
| *USA v. Lopez-Cruz*, 8:05-cr-00308-AW (D. Md.) | 18 U.S.C. § 2421 | n/a | 27 months | n/a |
| USA v. Wright, 1:17-cr-00006-MOC-WCM (W.D.N.C.) | 18 U.S.C. § 2421 | n/a | 24 months | n/a |
| USA v. Martinez, 3:08-cr-00035-FDW (W.D.N.C.) | 18 U.S.C. § 2421 | n/a | Time served (17 months) | The indictment charged that the defendant conspired with others to sex traffic at least one minor and transport another female to engage in prostitution. Dkt.12. |
| USA v. Rodgers, 3:11-cr-00152-MOC-DSC (W.D.N.C.) | 18 U.S.C. § 2421 | n/a | 18 months | The defendant was charged in a two count indictment with sex trafficking and Mann act counts, and pleaded guilty to the Mann Act count. Dkt.5, 11. |
| *USA v. Guzman-Martinez*, 3:11-cr-00334-MOC (W.D.N.C.) | 18 U.S.C. § 2421, 18 U.S.C. § 2422, bringing in and harboring aliens | n/a | Time served (16 months) | n/a |
| USA v. Stinnette, 3:17-cr-00304-MOC-DSC (W.D.N.C.) | 18 U.S.C. § 2421 | n/a | 30 months | The defendant pleaded guilty to transporting a female to hotels with intent that she engage in prostitution. He provided her materials and a prepaid debit card so she could pay for hotels, and he would collect her earnings. Dkt.14. The Information indicates that the victim participated because she needed the money. Dkt.1. |
| USA v. Chay-De La Cruz, 1:04-cr-00232-WLO (M.D.N.C.) | 18 U.S.C. § 2421, transporting aliens for commercial advantage | n/a | 14 months | n/a |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| USA v. Gonzalez-Luna, 1:04-cr-00233-WLO (M.D.N.C.) | 18 U.S.C. § 2421, transporting aliens for commercial advantage | n/a | 18 months | n/a |
| USA v. Lopez-Hernandez, 1:04-cr-00234-WLO (M.D.N.C.) | 18 U.S.C. § 2421, transporting aliens for commercial advantage | n/a | 14 months | n/a |
| USA v. Mora-Bueno, 1:04-cr-00235-WLO (M.D.N.C.) | 18 U.S.C. § 2421, transporting aliens for commercial advantage | n/a | 21 months | n/a |
| USA v. Bennett et al, 1:16-cr-00233-WO (M.D.N.C.) (Defendant: Celenia Pauline Gracelynn Bennett) | 18 U.S.C. § 2421 | n/a | 16 months | n/a |
| USA v. Lewis, 1:17-cr-00110-LCB (M.D.N.C.) | 18 U.S.C. § 2421 | n/a | 60 months | The defendant was charged with sex trafficking of minors, inter alia, and pleaded to one Mann Act count. The factual basis statement describes three minor victims he transported to provide escort services to an under cover officer. Dkts.13, 14. |
| USA v. Blackmon, 1:17-cr-00226-WO (M.D.N.C.) | 18 U.S.C. § 2421 | n/a | 96 months | The defendant was charged with forced labor and sex trafficking, and pleaded to one Mann Act count. He transported a woman for purposes of prostitution and advertised "escort services" online. Dkts.2, 5. |
| USA v. Williams, 5:15-cr-00107-D (E.D.N.C.) | 18 U.S.C. § 2421, Use of Internet to Promote Unlawful Business | Guidelines offense level 22 in CHC VI, 84-105 months | 84 months | The defendant operated a sprawling prostitution ring that employed at least eleven women. The government moved for an upward departure based on evidence that the defendant repeatedly brutalized and threatened the women (including threats against their families, and with firearms) to coerce their continued prostitution. The defendant was previously incarcerated in connection with sex offenses and continued his prostitution business from jail. Dkts.48, 62. |
| USA v. Griffin et al, 5:20-cr-00082-BO (E.D.N.C.) (Defendant: Daniel Phillip Griffin) | 18 U.S.C. § 2421 | n/a | 30 months | n/a |
| USA v. Griffin et al, 5:20-cr-00082-BO (E.D.N.C.) (Defendant: Starlett May Lehti) | 18 U.S.C. § 2421 | n/a | 25 months | |
| USA v. Williams, 7:19-cr-00149-FL (E.D.N.C.) | 18 U.S.C. § 2421 | n/a | 90 months | The defendant was charged with sex trafficking and Mann Act violations and pleaded guilty to a sole Mann Act count. Dkt.1. |
| USA v. Jacome-Jacome, 2:23-cr-00576-RMG (D.S.C.) | 18 U.S.C. § 2421, reentry of deported aliens | n/a | 30 months | n/a |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. McLeod et al* , 3:12-cr-00329-CMC (D.S.C.) (Defendant: Geroge McLeod, III) | 18 U.S.C. § 2421, 18 U.S.C. § 1028A(a)(1) | Guidelines offense level 20 in CHC III, 41-51 months | 46 months on Mann Act count | The indictment charged the defendant and a woman with operating a prostitution ring through which they enlisted other women (including a minor) to engage in commercial sex acts for their profit. Dkts.197, 306. |
| USA v. Blakeney, 4:19-cr-00286-DCC (D.S.C.) | 18 U.S.C. § 2421 | n/a | 14 months | The indictment charged that the defendant served as a pimp and conspired with others to transport multiple women to engage in prostitution. Dkt.2. |
| USA v. Higgins, 9:19-cr-00685-RMG (D.S.C.) | 18 U.S.C. § 2421 | 11(c)(1)(C) agreement stipulated to 70 months | 70 months | The Complaint identified multiple victims who stated that the defendant served as a human trafficker who directed and controlled the sale of their sexual services. Dkt.1 |
| *USA v. Evans, et al.* , 4:20-cr-00298 (S.D. Tex.) (Defendant Kirkwood) | 18 U.S.C. § 2421 | n/a | Time served (4 years) | The defendants served as pimps and transported women to Las Vegas and other locations where they would work as prostitutes. Dkts.164, 175. The indictment charged sex trafficking and including counts related to minors. Dkt.31. |
| *USA v. Evans, et al.* , 4:20-cr-00298 (S.D. Tex.) (Defendant Meyers) | 18 U.S.C. § 2421 | n/a | Time served (20 months) | |
| *USA v. Salazar, et al* , 4:22-cr-00293 (S.D. Tex.) (Defendant Esmeralda Texis Texis) | 18 U.S.C. § 2421 | n/a | Time served (23 months) | The defendant was a member of a sex trafficking ring that recruited women and girls from Mexico to Houston. Defendant Esmeralda Texis Texis pleaded guilty to one Mann Act count. Dkts.1, 132. Other defendants received 60 and 120 month sentences for sex trafficking conspiracy. |
| *USA v. Bennett* , 4:19-cr-00292-SDJ-KPJ (E.D. Tex.) | 18 U.S.C. § 2421 | 11(c)(1)(C) agreement stipulated to 70 months | 70 months | The defendant was charged with sex trafficking and Mann Act counts and pleaded guilty to a Mann Act count pursuant to an 11(c)(1)(C) agreement in which he admitted to transporting at least two women to engage in prostitution with others. Dkts.46, 48. |
| *USA v. Williams et al,* 3:09-cr-00145-N (N.D. Tex.) (Defendant: Kenya Leeann Thomas) | 18 U.S.C. § 2421 | n/a | 37 months | Codefendant Williams (who received a 360 month sentence) held himself out as a pimp for whom Thomas and Petitt worked. The two continued working for Williams even while observing heinous acts of violence that he committed against the women they transported for purposes of prostitution. Thomas was Williams's girlfriend and assisted in recruiting new women who were initially hesitant to engage in prostitution. Dkts.54, 55, 189, 190. |
| *USA v. Williams et al* , 3:09-cr-00145-N (N.D. Tex.) (Defendant: Preston Petitt) | 18 U.S.C. § 2421 | 11(c)(1)(C) agreement stipulated to 30-37 months | 37 months | |
| *USA v. Brathwaite* , 3:14-cr-00429-M (N.D. Tex.) | 18 U.S.C. § 2421 | n/a | 24 months | The defendant convinced a nineteen year old woman he met on backpage to come live with him, representing that he would support her. When she arrived, he told her she needed to start making money for him and he posted backpage ads advertising prostitution services. He required her to give him all the money she made. Dkts.21, 22. |
| *USA v. Wright* , 3:20-cr-00184-K (N.D. Tex.) | 18 U.S.C. § 2421 | n/a | 37 months | The defendant pleaded guilty to one Mann Act count after he solicited an undercover agent to travel to work as a prostitute for him. The Complaint indicates the undercover agent represented to being a minor female. Dkts.1, 33, 35. |
| *USA v. Robinson* , 4:13-cr-00110-Y (N.D. Tex.) | 18 U.S.C. § 2421 | n/a | 46 months | The defendant served as a pimp for a jane doe and prostituted her, transporting her to multiple locations using Greyhound buses. She made contact with law enforcement stating that she feared for her safety. Dkts.1, 17. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| USA v. Jackson, 5:24-cr-00137-H-BV (N.D. Tex.) | 18 U.S.C. § 2421 | n/a | 27 months | The defendant served as a pimp for a prostitute and organized her prostitution activities by posting ads and arranging for clients and transportation. He earned approximately $63k from the sex acts. Dkt.25. |
| USA v. Hall, 5:19-cr-00154-OLG (W.D. Tex.) | 18 U.S.C. § 2421 | Guidelines offense level 14 in CHC III, 21-27 months | 91 months | The defendant served as a pimp for a woman who eventually decided she no longer wanted to work as a prostitute. The defendant used explicit threats of violence against the woman to force her continued prostitution, and carried a gun while on felony probation. He was charged in a complaint with sex trafficking and pleaded to a Mann Act count. The government requested an upward variance, which the court granted. Dkts.67, 88. |
| USA v. Bailey, 6:15-cr-148-ADA (W.D. Tex.) | 18 U.S.C. § 2421 | Guidelines offense level 20 in CHC III, 41-51 months | 84 months | The defendant was a pimp for multiple women and pleaded on the eve of trial after having attempted to tamper with a witness and discussed on jail calls planning new prostitution activities. The court denied acceptance of responsibility points and added the obstruction enhancement points, and further added manager/supervisor points, and granted the government's motion for a variance upward. Dkts.83, 104. |
| USA v. Manaway, 3:10-cr-02051-FM (W.D. Tex.) | 18 U.S.C. § 2421 | n/a | 12 months and a day | The defendant pleaded guilty to a Mann Act count after interacting with undercover agents who were soliciting prostitution services. He stated he could transport the agents to Juarez, Mexico where he had sixteen year old girls available for commercial sex acts. The defendant was involved in such activity for at least five years. Dkt.1. |
| USA v. Fernandez, 3:12-cr-01346-DCG (W.D. Tex.) | 18 U.S.C. § 2421 | n/a | 3 years' probation | The defendant, a 42 year old teacher, was charged with a Mann Act count and a count under 18 U.S.C. § 2423(a) for transporting a minor, his 17 year old student with whom he engaged in a sexual relationship. He pleaded to one Mann Act count. Dkts.1, 15. |
| USA v. Marquez, 3:12-cr-01542-DCG (W.D. Tex.) | 18 U.S.C. § 2421 | n/a | Time served (11 months) | The defendant was charged with a Mann Act count and a count under 18 U.S.C. § 2423(a) for engaging in a sexual relationship with a 14-year-old and transporting her to hotels on occasion where they would engage in sexual activity. He pleaded to one Mann Act count. At the time of the offense he was on probation for sending sexually explicit photos to minors. Dkts.1, 12. |
| USA v. Missiadan, 3:16-cr-01493-FM (W.D. Tex.) | 18 U.S.C. § 2421 | n/a | 24 months | The defendant was charged with sex trafficking two minors and Mann Act counts for advertising and transporting two minors for purposes of prostitution. He pleaded guilty to a single Mann Act count. Dkts.1, 11. |
| USA v. Perry, 5:12-cr-00414-FB (W.D. Tex.) | 18 U.S.C. § 2421 | n/a | 33 months | The defendant was a pimp that transported various women to serve as prostitutes. He threatened one woman who worked for him. The woman had fled from an abusive relationship and participated in the prostitution activities because she had no money or resources. Dkts.3, 13. |
| USA v. Dawson et al, 5:18-cr-00015-FB (W.D. Tex.) (Defendant: Leroy Dawson) | 18 U.S.C. § 2421 | Guidelines offense level 15 in CHC III, 24-30 months | 30 months | The defendants pleaded guilty to transporting a female for purposes of prostitution. The government advocated for and received the fraud and coercion enhancement based on the fact that the victim was "completely and totally reliant upon [them] for their food, their housing, their clothing, their transportation." Dkt.70. |
| USA v. Saulsberry, 5:19-cr-00691-XR (W.D. Tex.) | 18 U.S.C. § 2421 | n/a | 27 months | The defendant met a woman on facebook who he later drugged and transported, coercing her into at least three instances of prostitution with other men through threats of violence. The victim eventually fled to seek help from law enforcement. Dkts.1, 16. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Love* 6:10-cr-00090-WSS (W.D. Tex.) (Defendant: Dewayne Charles Love) | 18 U.S.C. § 2421 | Guidelines offense level 16 in CHC III, 27-33 months | 30 months | Defendant Dwayne Love served as a pimp and transported at least three females to work for him as prostitutes. He kept the proceeds from the activities. Witherspoon assisted Love in transporting the females across state lines. She also gave direction to the other girls regarding the prostitution as well as collected the money received for the sexual activity and later turned the money over to Dewayne Love. Dkts.38, 68, 80. |
| *USA v. Love*, 6:10-cr-00090-WSS (W.D. Tex.) (Defendant: Alexis Shabre Witherspoon) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC II, 12-18 months. | 12 months | |
| *USA v. Swindle et al*, 6:16-cr-00018-RP (W.D. Tex.) (Defendant: Deangelo Cortez Swindle) | 18 U.S.C. § 2421 | Guidelines offense level 20 in CHC IV, 57-71 months | 57 months | The defendants recruited at least one woman to work as a prostitute for them, posting ads for prostitution services and keeping the proceeds of commercial sex acts. Dkts.50, 112. |
| *USA v. Stahlecker*, 7:06-cr-00102-RAJ (W.D. Tex.) | 18 U.S.C. § 2421 | 11(c)(1)(C) agreement stipulated to 12 months with a "split sentence" | 6 months | The defendant was charged with Mann Act and coercion/enticement of a minor counts and pleaded guilty to a Mann Act count. He was 19 years old and transported a 13 year old female to engage in criminal sexual activity. Dkts.3, 27, 28. |
| *USA v. Ake-Caamal*, 2:14-cr-00075-PM-KK (W.D. La.) | 18 U.S.C. § 2421 | n/a | Time Served (14 Months) | The defendant pleaded guilty to transporting two adult females so that they could engage in prostitution. Dkt.85. |
| USA v. Gilliland, 3:02-cr-30012-RGJ-KLH (W.D. La.) | 18 U.S.C. § 2421 | n/a | 40 months | The defendant was charged with a Mann Act count and three counts of coercion/enticement of females, including one minor. He pleaded guilty to a Mann Act count. |
| *USA v. Duong*, 2:18-cr-00251-CJB-JVM (E.D. La.) | 18 U.S.C. § 2421 | n/a | 5 years' probation | The defendant operated multiple asian spa locations that served as fronts from commercial sex enterprises, where he employed women (including at least one woman who identified herself as homeless) to perform commercial sex acts. Dkt.18. |
| *USA v. Cabus-Alvarado et al*, 2:20-cr-00027-JTM-MBN (E.D. La.) (Defendant: Waleska Miroslava Cabus-Alvarado) | 18 U.S.C. § 2421 | n/a | 3 years' probation | Defendants operated a prostitution ring in which they solicited hispanic women to work as prostitutes in Louisiana. Dkts.1, 45, 83. |
| *USA v. Cabus-Alvarado et al*, 2:20-cr-00027-JTM-MBN (E.D. La.) (Defendant: Bianca Zelaya-Mertens) | Mann Act conspiracy | n/a | 3 years' probation | |
| USA v. Robertson et al, 3:17-cr-00016-SA-RP (N.D. Miss.) (Defendant: Ladarius E. Jackson) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC II, 15-21 months. | 33 months | The defendant and a co-defendant transported two women they advertised on backpage for prostitution services. Dkt.48. The co-defendant pleaded guilty to a sex trafficking count and was sentenced to 188 months. The Court sustained defendant Jackson's objection to the coercion enhancement based on the absence of evidence supporting the government's argument that there was a lack of voluntariness. Dkt.87. The Court departed upward with respect to Jackson's sentence for purposes of proportionality with the co-defendant's sentence, observing he did not view their conduct to be that different. With respect to the co-defendant, the Court found evidence of violence used against a victim with respect to the prostitution. Dkt.88. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Fulcher et al*, 1:22-cr-00001-TBM-RPM (S.D. Miss.) (Defendant: Jonzie Hamilton) | 18 U.S.C. § 2421 | n/a | 29 months | Defendant Hamilton and a co-defendant were charged with sex trafficking and other offenses after the co-defendant kidnapped a woman recovering from a meth/cocaine addiction and raped her, coercing her into performing commercial sex acts for their profit. Defendant Hamilton supervised the victim and also engaged in prostitution for the co-defendant. The victim was eventually able to escape with the help of a sex client. Dkt.110. The co-defendant proceeded to trial, was convicted, and sentenced to a life term. |
| *USA v. Gutierrez*, 3:20-cr-00089 (M.D. Tenn.) | 18 U.S.C. § 2421 | 11(c)(1)(C) agreement stipulated to time served | Time served (10 months) | The defendant, a female, purchased a plane ticket for a woman and advertised the woman's sexual services online. The two traveled together and engaged in prostitution with others on numerous occasions. Dkt.31. |
| *USA v. Troutman*, 1:13-cr-00023-TRM-CHS (E.D. Tenn.) | 18 U.S.C. § 2421 | n/a | 27 months | The defendant met a prostitute and invited her to travel with him and two others. The defendant served as her pimp and advertised her services, collecting money from the acts and eventually servicing approximately thirty clients. Dkt.23. |
| *USA v. Rios et al*, 2:11-cr-00041-RLJ (E.D. Tenn.) (Defendant: Eusebio Flores Martinez) | 18 U.S.C. § 2421, 18 U.S.C. § 2422 | Guidelines offense level 23 in CHC I, 46-57 months | 46 months | This cases involved a multi-defendant indictment targeting unlawful aliens who operated a prostitution ring. Defendant Martinez operated a brothel and procured unlawfully present hispanic women for sexual services to hispanic male customers. |
| *USA v. Rios et al*, 2:11-cr-00041-RLJ (E.D. Tenn.) (Defendant: Elda Dorali Moreno Ramirez) | 18 U.S.C. § 2421, 18 U.S.C. § 2422 | Guidelines offense level 16 in CHC I, 21-27 months | 16 months | Martinez employed women for six days before exchanging them with other operators of brothels in the area. He rotated through 30-40 women over a year. The parties stipulated to multiple victim and coercion enhancements, as well as a supervisor role enhancement. Dkts.153, 279, 285. Defendant Ramirez pleaded guilty to similar conduct involving the operation of a brothel employing unlawfully present hispanic women, and also stipulated to a multiple victim enhancement. She appears to have received 5K1.1 credit. Dkts.132, 191, 228. |
| *USA v. Watkins*, 3:14-cr-00079-TBR (W.D. Ky.) | Six counts of 18 U.S.C. § 2421 | Guidelines offense level 22 | 51 months | The defendant admitted to violating the Mann Act by transporting at least six females to various states to engage in prostitution over a 7-year span. He often used psychological and physical abuse to coerce five of the females. The plea stipulated to fraud and coercion and leadership enhancements, as well as grouping of the 6 counts. Dkt.29. |
| *USA v. McNeary*, 3:15-cr-00047-JHM (W.D. Ky.) | Three counts of 18 U.S.C. § 2421 | PSR recommended an offense level of 21 in CHC III, yielding 46-45 months. | 30 months | The defendant recruited and drove at least four prostitutes to various locations for purposes of selling their commercial sex services. There was some evidence that the defendant used violence and abuse to ensure that one of the women was not hiding money from him. Dkts.20, 24. |
| *USA v. Sims*, 2:23-cr-00012-DLB-CJS (E.D. Ky.) | 18 U.S.C. § 2421 | PSR recommended 30-37 months | 37 months | The defendant served as a pimp for two women and coordinated advertisements and travel for purposes of their prostitution. Dkt.26. The government advocated for and received a 4-level fraud/coercion enhancement because the defendant met one victim when she was homeless and used violence and threats against her to coerce her to prostitute herself. Dkts.34, 35. |
| *USA v. Garcia-Lopez et al*, 3:05-cr-00007-KKC (E.D. Ky.) (Defendant: Eduardo Garcia-Lopez) | 18 U.S.C. § 2421 | n/a | Time served (6 months) | The defendant admitted to running a prostitution house and picking up two female aliens illegally present in the United States and transporting them for the purpose of engaging in prostitution. Dkt.23, 1. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| USA v. Comberger, 5:21-cr-00051-GFVT-MAS (E.D. Ky.) | 18 U.S.C. § 2421, conspiracy | 11(c)(1)(C) agreement stipulated to 60 months | 60 months | The defendant admitted to owning and operating a prostitution business named Fantasy Escort Services. He ran a website and vetted applications from women to offer their services through the business, employing the women as prostitutes. The money earned was split between the women and defendant. Dkts.32, 40. |
| USA v. Brown et al, 1:15-cr-00010-TSB (S.D. Oh.) (Defendant: Anthony Lee Brown) | 18 U.S.C. § 2421 | n/a | 36 months | Brown operated a prostitution business and employed Combs, who would drive women to their appointments. Combs was normally paid in heroin and participated to satisfy his addiction. The defendants appear to have received 11(c)(1)(C) pleas. Dkt.40. |
| USA v. Brown et al, 1:15-cr-00010-TSB (S.D. Oh.) (Defendant: Christopher Combs) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC VI, 33-41 months, but 11(c)(1)(C) agreement stipulated to 30 months | 30 months | |
| USA v. Magdariaga, 2:11-cr-00150-MHW-NMK (S.D. Oh.) | 18 U.S.C. § 2421 | Guidelines offense level 23 in CHC I, 46-57 months | 37 months | The defendant operated a brothel which catered to illegal aliens and brought prostitutes into Ohio from other states to staff the brothel. She had multiple previous convictions for prostitution and prior to sentencing detroyed her ankle monitor and fled the country. Dkt.38. |
| USA v. Davis, 1:09-cr-00143-DCN (N.D. Oh.) | 18 U.S.C. § 2421 | n/a | 24 months | n/a |
| USA v. Calhoun et al, 3:10-cr-00464-JGC (N.D. Oh.) (Defendant: Damien J. Harris) | 18 U.S.C. § 2421 | n/a | 24 months | The defendant assisted his brother's operation of a prostitution ring by tansporting at least two women for purposes of prostitution. Dkts.123, 124. His brother received a 60 month sentence for conduct including sex trafficking. |
| USA v. Woodmore, 3:15-cr-00369-JJH (N.D. Oh.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC VI, 30-37 months | 60 months | The defendant served as a pimp for multiple prostitutes and created an environment of fear by beating the prostitutes. He was in CHC VI resulting from multiple prior sex offenses. The government requested an upward variance. Dkts.25, 26. |
| USA v. White et al, 2:06-cr-20412-DPH-PJK (E.D. Mich.) (Defendant: Mark Luke White) | Two counts 18 U.S.C. § 2421 | Guidelines offense level 15 in CHC IV, 30-37 months | 37 months | Defendant White operated an escort business known as "Starz Entertainment" as well as a street level prostitution business. The defendant used physical assault and verbal berating to ensure that prostitutes abided by his rules. Dkts.24, 68. Defendant Kim worked as White's right hand and also worked as a prostitute. She provided direction and supervision over other prostitutes employed by White. Dkt.30. The guidelines calculated in the plea agreements appear to have been amended at sentencing. Dkts.57, 58, 59. |
| USA v. White et al, 2:06-cr-20412-DPH-PJK (E.D. Mich.) (Defendant: Hae Sun Kim) | Two counts 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC III, 15-21 months. | 20 months | |
| USA v. Youngblood, 2:11-cr-20762-PDB-LJM (E.D. Mich.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC II, 12-18 months. | 12 months and a day | The defendant served as a pimp and transported multiple women to engage in prostitution. The Complaint alleges that one of the women had conducted approximately 300 "dates", giving the defendant 40% of the money earned. Dkts.1, 18, 16. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| USA v. Dorsey, 1:17-cr-00299 (N.D. Ill.) | 18 U.S.C. § 2421 | Guidelines offense level 19 in CHC II, 33-41 months | 120 months | The defendant admitted to running a multi-state sex trafficking operation using young men that he recruited under the false pretense that they would be providing sensual/erotic massages. He specifically preyed on young men (in their late teens and early twenties) with troubled family situations, mental health diagnoses, and drug abuse issues, and threatened that he would beat up or kill anyone who left his organization to prostitute on his own. The court gave him a 120-month sentence after concluding he was indeed responsible for the murder of one young man. Dkts.58, 63, 64, 81. |
| USA v. Rodriguez, 4:08-cr-00223-JLH (E.D. Ark.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | Time served (9 months) | The defendant pleaded guilty to one Mann Act count after being charged under 18 U.S.C. § 2421 and 18 U.S.C. § 2424. Dkts.3, 22. The government did not object to a downward variance. Dkt.26. |
| USA v. Lenoir, 4:13-cr-00260-BSM (E.D. Ark.) | 18 U.S.C. § 2421 | n/a | 15 months | n/a |
| USA v. Straub, 4:15-cr-00124-AGF (E.D. Mo.) | Three counts of 18 U.S.C. § 2421 | Guidelines offense level 14 in CHC III, 21-27 months. | 24 months | The defendant appears to have served as a pimp for three women, who engaged in commercial sex and also engaged in a sexual relationship with the defendant. Dkt.54. |
| USA v. Taylor, 4:19-cr-00276-MTS (E.D. Mo.) | 18 U.S.C. § 2421 | 11(c)(1)(C) agreement stipulated to 36 months | 36 months | The defendant convinced the victim woman to move to his house with her minor child. Once there, the woman traveled with the defendant to various states to engage in prostitution with customers. When the defendant grew agitated with the lack of customers the woman had serviced, he assaulted her. Dkt.73. |
| USA v. McCrary, 4:24-cr-00037-JAR (E.D. Mo.) | 18 U.S.C. § 2421 | Guidelines offense level 12 | 16 months | The defendant traveled with a woman and rented two hotel rooms for the purpose of having the woman engage in commercial sex acts with customers. Dkt.28. |
| USA v. Walker, 4:24-cr-00240-SEP (E.D. Mo.) | 18 U.S.C. § 2421 | Guidelines offense level 15 | 24 months | The defendant met a woman and promoted her prostitution through online ads, forcing her to work well-known prostitution areas. The defendant forced her to complete at least a dozen commercial sex acts. The defendant received all the cash proceeds. The parties stipulated to the fraud/coercion enhancement. Dkt.34 |
| USA v. Birchfield, 4:04-cr-00138-NKL (W.D. Mo.) | 18 U.S.C. § 2421 | n/a | 3 years' probation | n/a |
| USA v. Brewster, 4:18-cr-00085-GAF (W.D. Mo.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC V, 27-33 months | 84 months | The defendant was charged with sex trafficking and pleaded to a Mann Act count. He served as a pimp for a woman and a minor female, and engaged in violent episodes against the woman. The court applied an upward variance because the offense conduct involved violence against the woman and the court found the victim's child in the offense conduct, and the court found that the defendant also served as a pimp for a minor. The parties' plea agreement stipulated to offense level 14, but the PSR appears to have calculated a much higher offense level. Dkts.29, 69, 90. |
| USA v. Goins, 4:20-cr-00216-GAF (W.D. Mo.) | 18 U.S.C. § 2421 | n/a | Time served (26 months) | The defendant recruited a woman to work for him as a prostitute and posted ads for her services online. He was charged with sex trafficking and Mann Act violations and pleaded to one Mann Act count. Dkts.26, 35, 36. |
| USA v. Alamina, 8:12-cr-00272-JFB-TDT (D. Neb.) | 18 U.S.C. § 2421 | n/a | 21 months | The defendant transported a female, took photographs of her, and placed advertisements for prostitution services. The defendant kept the money earned from the commercial sex acts the female engaged in. Dkt.47. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Patton* , 8:12-cr-00273-LSC-FG3 (D. Neb.) | 18 U.S.C. § 2421 | n/a | Time served (10 months) | Defendant traveled from Minnesota to Omaha, Nebraska with two females, for the purpose of engaging in prostitution. To attract customers, they electronically posted advertisements on backpage. Defendant took the photos depicted in the ads. The females engaged in prostitution and provided the proceeds to Defendant.  Dkt.56. |
| *USA v. Taylor* , 8:12-cr-00416-LSC-FG3 (D. Neb.) | 18 U.S.C. § 2421 | Guidelines range 30-37 months | 37 months | Defendant recruited two females to engage in prostitution, placing ads for their services and collecting the proceeds.  Dkts.22, 26, 27. |
| *USA v. Caesar* , 8:13-cr-00196-JFB-FG3 (D. Neb.) | 18 U.S.C. § 2421 | Guidelines offense level 13 | 36 months | Defendant recruited two females to engage in prostitution in various states, placing ads for their services and collecting the proceeds.  Dkts.35. |
| *USA v. Venditte et al* , 8:14-cr-95 (D. Neb.) (Defendant: Louis A. Venditte) | 18 U.S.C. § 2421, 18 U.S.C. § 371, 18 U.S.C. § 2422, 18 U.S.C. § 1952 | n/a | 12 months and a day | The defendant opparated a strip club that served as a front for prositution for 10 years. The defendant ran ads in magazines to recruit prostitutes who traveled from other states to work in the club.  The three defendants kept 50% of the prostituion proceeds. Dkts.112, 129, 135. |
| *USA v. Carr et al* , 8:17-cr-00262-JMG-MDN (D. Neb.) (Defendant: Brandon Carr) | 18 U.S.C. § 2421 | 11(c)(1)(C) agreement stipulated to offense level 12 | 27 months | Defendants persuaded a female to work for them as a prostitute. The female traveled with them to service clients, and shared the proceeds.  Dkts.92, 104, 120, 121. |
| *USA v. Carr et al* , 8:17-cr-00262-JMG-MDN (D. Neb.) (Defendant: Tiera Rowsey-Harris) | 18 U.S.C. § 2421 | 11(c)(1)(C) agreement stipulated to offense level 12 | 13 months | |
| *USA v. Nunnelly* , 1:17-cr-00187-DLH (D.N.D.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC III, 15-21 months | 15 months | The complaint alleged that the defendant enticed a female victim to travel to him to provide prostitution services to customers in exchange for heroin, to which she was addicted.  The defendant created backpage ads for the woman and kept the proceeds of her commecial sex acts.  Dkts.28, 36. |
| *USA v. Allen* , 1:18-cr-00067-DMT (D.N.D.) | Two counts 18 U.S.C. § 2421 | 11(c)(1)(C) agreement stipulated to base offense level 14 | Time Served (13 Months) | The defendant was charged with various counts including sex trafficking and attempted sex trafficking of a minor, and pleaded to two Mann Act counts. Dkt.32 |
| *USA v. Navy* , 3:15-cr-00044-JMM (D.N.D.) | 18 U.S.C. § 2421 | Plea agreement included a joint recommendation of 36 months | 36 months | n/a. Dkt.9. |
| *USA v. Johnson* , 3:15-cr-00066-RRE (D.N.D.) | 18 U.S.C. § 2421 | n/a | 40 months | The defendant served as a pimp for at least two victims, and pressured the women to travel to engage in prostitution with customers.  The defendant was abusive to one of the females, to whom he was apparently married.  The evidence included statements that the women did not want to act as prostitutes.  Dkts.37, 48. |
| *USA v. Becker* , 4:13-cr-40094-KES (D.S.D.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC III, 15-21 months | 15 months | The defendant was charged with sex trafficking and Mann Act offenses and pleaded to one Mann Act count.  He dated a woman who worked as a prostitute and the two worked together to post advertisements for her services and earn an income, as they were otherwise homeless.  Dkts.20, 21. |
| *USA v. Roberts* , 4:13-cr-40137-KES (D.S.D.) | 18 U.S.C. § 2421 | n/a | 63 months | The defendant was charged with sex trafficking and Mann Act offenses and pleaded to one Mann Act count.  The factual statement notes that he transported two women with the intent for them to engage in prostitution.  Dkts.37, 38. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Nance et al*, 4:14-cr-40114-KES (D.S.D.) (Defendant: David Eugene Nance) | 18 U.S.C. § 2421 | n/a | 37 months | The defendant was charged with sex trafficking and Mann Act offenses and pleaded to one Mann Act count. He, along with a codefendant who was engaged in prostitution herself, transported another woman and placed backpage ads advertising her prostitution services. The defendant shared in the proceeds. Dkts.72, 73, 103. |
| *USA v. Keith*, 4:15-cr-40090-KES (D.S.D.) | 18 U.S.C. § 2421 | Guidelines offense level 17 in CHC VI, 51-63 months | 51 months | The defendant was charged with sex trafficking and Mann Act offenses and pleaded to one Mann Act count. The parties stipulated to the fraud/coercion enhancement. The defendant transported a woman with the intent that she engage in prostitution, and text messages revealed that the woman was forced against her will. Dkts.28, 29, 73. |
| *USA v. Dickey et al*, 4:15-cr-40102-KES (D.S.D.) (Defendant: Michael Lee Dickey) | 18 U.S.C. § 2421 | n/a | 30 months | Defendants were charged with sex trafficking and Mann Act offenses and pleaded to one Mann Act count. They transported an individual and setup online advertisements for prostitution services, sharing in the proceeds of the commercial sex acts. Defendant Sims assisted by providing a place for them to stay. With respect to Defendant Sims, the government stipulated to an offense level 14. Dkts.38, 39, 82, 83. |
| *USA v. Dickey et al*, 4:15-cr-40102-KES (D.S.D.) (Defendant: Eric Sims) | 18 U.S.C. § 2421 | n/a | 21 months | |
| *USA v. Kent*, 4:17-cr-40012-KES (D.S.D.) | 18 U.S.C. § 2421 | n/a | 30 months | The defendant was charged with sex trafficking and Mann Act offenses and pleaded to one Mann Act count. He transported an individual knowing that the purpose of the trip was for the individual to engage in acts of prostitution. The parties stipulated to an offense level 14. Dkts.87, 88. |
| *USA v. Wilson*, 4:17-cr-40017-KES (D.S.D.) | 18 U.S.C. § 2421 | n/a | Time served (15 months) | The defendant paid for herself and a juvenile female to travel, and posted an advertisement on Backpage.com selling prostitution services for both her and the minor. Dkts.39, 40. |
| *USA v. Duckworth*, 4:18-cr-40010-KES (D.S.D.) | 18 U.S.C. § 2421 | n/a | 16 months | The defendant rented a car and transported a woman with plans for her to engage in prostitution. He further arranged two meetings for the woman to engage in prostitution. The parties stipulated to offense level 14. Dkts.33, 34. This defendant was convicted previously in case captioned *USA v. Duckworth*, 4:14-cr-40076-KES (D.S.D.). |
| *USA v. Parks*, 1:19-cr-00248-TJK (D.D.C.) | 18 U.S.C. § 2421 | Guidelines offense level 14 in CHC II, 18-24 months | 22 months | The defendant served as a pimp for years and recruited multiple women, including a 17-year-old, a homeless woman, and drug addicts, to work as prostitutes. Dkts.22, 35. |
| *USA v. Dawson*, 1:23-cr-00383-JDB (D.D.C.) | Two counts of 18 U.S.C. § 2421 | Guidelines offense level 15 in CHC I, 18-24 months | 24 months | The defendant was charged with sex trafficking and Mann Act offenses and pleaded to two Mann Act counts. He served as a pimp for one woman and recruited another girl (then 17 years old and a drug addict) to work as a prostitute. There was evidence of an additional woman and the defendant's use of violence and threats. Dkts.36, 37, 47, 48. |
| *USA v. Mendez-Hernandez et al*, 4:13-cr-00004-LGW-CLR-4 (S.D. Ga.) (Defendant: David Reyes) | Mann Act conspiracy; 18 U.S.C. § 2421 | n/a | 18 months | The defendants were charged with sex trafficking conspiracy and Mann Act offenses and pleaded to Mann Act conspiracy, inter alia. The case concerned a large-scale sex trafficking organization that transported dozens of women to various residences in Georgia to engage in prostitution with johns. Dkts.704, 747. Other defendants pleaded |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Mendez-Hernandez et al*, 4:13-cr-00004-LGW-CLR-5 (S.D. Ga.) (Defendant: Antonio Ramirez-Catalan) | Mann Act conspiracy; 18 U.S.C. § 2421 | n/a | 48 months | to Mann Act conspiracy and received sentences ranging from 13 to 60 months. With respect to Defendant Capilla-Lancho, the court departed upward based on evidence of over 60 victims and noting that the supervisor/leader enhancement should have applied but did not because of the distinction between "participant" and victim. Dkt.732, 752. |
| *USA v. Williams et al*, 5:17-cr-00024-MTT-CHW-4 (M.D. Ga.) (Defendant: Hamza Abdul Vasser) | 18 U.S.C. § 2421 | n/a | 21 months | The defendant was charged with sex trafficking and Mann Act offenses and pleaded to a Mann Act count. He transported a woman for a co-defendant knowing that the woman would be working as a prostitute for the co-defendant. The woman ended up performing over 400 different acts of prostitution for the co-defedant, who admitted he sex trafficked multiple women. Dkts.93, 96. |
| *USA v. Garvin et al*, 7:17-cr-00005-HL-TQL-1 (M.D. Ga.) (Defendant: Frankie Antwan Garvin, III) | 18 U.S.C. § 2421 | n/a | 36 months | The defendants transported a minor and rented a hotel room from which she engaged in prostitution. The defendants purchased a backpage advertisement for the minor. Dkts.44, 47. |
| *USA v. Garvin et al*, 7:17-cr-00005-HL-TQL-2 (M.D. Ga.) (Defendant: Shanisha Kiera Glover) | 18 U.S.C. § 2421 | n/a | 36 months | |
| *USA v. Hutto*, 7:18-cr-00007-WLS-ALS (M.D. Ga.) | 18 U.S.C. § 2421 | n/a, CHC VI | 78 months | The defendant served as a pimp for a woman with mental health issues, taking out backpage ads and managing her prostitution activities, and physically abusing her. Dkt.41. While on bond, the defendant continued causing the victim to engage in prostitution activities. Dkts.71, 73. |
| *USA v. Currens*, 1:19-cr-00084-TFM-N (S.D. Ala.) | 18 U.S.C. § 2421 | n/a | 24 months | The defendant initially found the victim by hiring her as a prostitute. She was a 34-year-old professional prostitute and the defendant was 22 years old. He then served as a "temporary pimp" for the victim, driving her to various locations where she booked hotel rooms and engaged in prostitution, and he shared in the profits. Dkts.35, 40. |
| *USA v. Calhoun et al*, 2:05-cr-00571-IPJ-PWG-1 (N.D. Ala.) (Defendant: Gregory Terrell Calhoun) | 18 U.S.C. § 2421 | n/a | 41 months | Defendant Calhoun ran an escort service called "ATL Girls untamed" and advertised various prostitutes on Craiglist and other message boards. Co-defendant Gaymon worked as a prostitute and also enlisted her younger 15-year-old sister to participate in a commercial sex act booked by an under cover officer. Dkts.37, 40. |
| *USA v. Calhoun et al*, 2:05-cr-00571-IPJ-PWG-2 (N.D. Ala.) (Defendant: Renorda Senora Gaymon) | 18 U.S.C. § 2421 | n/a | 46 months | |
| *USA v. Owens*, 1:18-cr-00122-SWS (D. Wyo.) | 18 U.S.C. § 2421 | n/a | 24 months | n/a |
| *USA v. Bowman*, 2:18-cr-00015-SWS (D. Wyo.) | 18 U.S.C. § 2421 | n/a | 18 months | n/a |
| *USA v. Blanks*, 2:18-cr-00159-NDF (D. Wyo.) | Two counts of 18 U.S.C. § 2421 | n/a | 40 months | The defendant worked with two prostitutes and transported them to hotels in various states to engage in commercial sex acts. Text messages revealed that the defendant took on a leadership role and directed the prostitutes' meetings with customers. Dkt.1. |
| *USA v. Crawford*, 2:19-cr-00147-ABJ (D. Wyo.) | 18 U.S.C. § 2421 | n/a | 24 months | n/a |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Spencer*, 2:01-cr-00531-DAK (D. Utah) | 18 U.S.C. § 2421 | n/a | 27 months | The defendant admitted to transporting another in interstate commerce with the intent that the individual engage in prostitution. Dkt.32. |
| *USA v. Walton*, 2:09-cr-00728-DS (D. Utah) | 18 U.S.C. § 2421 | n/a | 30 months | The defendant admitted to serving as a pimp for a prostitute, managing her activities and collecting money she earned. Dkt.35. |
| *USA v. Hadley*, 2:09-cr-00730-DB (D. Utah) | 18 U.S.C. § 2421 | n/a | 10 months | The defendant admitted to serving as a pimp for a prostitute, managing her activities and collecting money she earned. Dkt.25. |
| *USA v. Lowery et al*, 2:13-cr-00785-DB-1 (D. Utah) (Defendant: Ontario Lowery) | 18 U.S.C. § 2421 | n/a | 40 months | The defendant was charged with multiple sex trafficking and Mann Act counts and pleaded to a Mann Act count. He admitted to transporting a woman knowing that the purpose of the trip was for her to engage in prostitution. The Complaint notes multiple instances of violence and threats the defendant made against the woman as well as other prostitutes that worked for him. Dkts.1, 91. |
| *USA v. Gilbert et al*, 2:17-cr-00695-DB-1 (D. Utah) (Defendant: Samuel Marquell Gilbert) | 18 U.S.C. § 2421; 18 U.S.C. § 2422(a) | Guidelines offense level 13 in CHC IV, 24-30 months. | 48 months | The defendant convinced a woman to come work for him as a prostitute with the promise that she could make a lot of money. He posted ads for her services and collected all the proceeds. He did the same with another woman who was intercepted by law enforcement as she was reported missing. The court granted an objection and refused to apply the fraud/coercion enhancement as the evidence demonstrated mere enticement, but departed upward based on evidence that a minor was involved and the extensive nature of defendant's crimes. Dkts.47, 52, 73. |
| *USA v. Flemmings*, 2:21-cr-00211-DAK (D. Utah) | 18 U.S.C. § 2421 | n/a | 18 months | The defendant admitted to transporting another for purposes of engaging in prostitution and directing the prices of a number of commercial sex acts performed by the individual. The Complaint alleged the individual was a minor, a reported missing person, and that she felt threatened by the defendant as he was repeatedly violent with her. Dkt.66. |
| *USA v. Jackson*, 4:14-cr-00106-JED (N.D. Okla.) | 18 U.S.C. § 2421 | n/a | 21 months | The defendant served as a pimp and directed the activities of at least one prostitute. Dkts.15, 21. |
| *USA v. Graves et al*, 4:20-cr-00060-GKF-1 (N.D. Okla.) (Defendant: Beyonca Lekay Graves) | 18 U.S.C. § 2421 | n/a | Time served (10 months) | The defendant and another communicated via text with a person attempting to recruit them into their prostitution business. They drove to pick the individual up, but the individual was an undercover officer. Dkt.45. The defendant had a 20-year criminal history. Dkt.68. |
| *USA v. Moore*, 2:13-cr-01209-SWS (D.N.M.) | 18 U.S.C. § 2421 | n/a, CHC V | 18 months | The defendant admitted to purchasing a bus ticket for an individual living in Mexico to travel to California so the individual could engage in prostitution in CA. Dkts.24, 26. |
| *USA v. Sweargin*, 5:17-cr-02402-KG (D.N.M.) | 18 U.S.C. § 2421 | Guidelines offense level 17 in CHC II, 27-33 months | 30 months | The defendant repeatedly pressured his girlfriend to engage in prostitution and set up prostitution advertisements, threatening to release a sex video of her if she did not agree to prostitute herself. During a trip to Las Vegas a man showed up at her hotel expecting prostitution services due to an ad. When the woman refused to engage in sex acts, the defendant became angry and assaulted her. Dkts.25, 29, 34, 38, 59. |
| *USA v. Wu*, 2:19-cr-20078-JAR (D. Kan.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | Time served (1 year, 1 month) | The defendant operated three asian massage parlors that operated as illicit massage houses. He staffed, transported, and housed women to work at the houses. Dkts.25, 29, 30. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Vandunk, et al*, 2:22-cr-20028-DDC-3 (D. Kan.) (Defendant: Kaylan M. Coppage) | 18 U.S.C. § 2421 | n/a | 17 months | The defendants, along with a co-defendant (Vandunk, who received a 60-month sentence on a 18 U.S.C. § 2422(a) count), enticed a female to work for them providing sexual services to customers, soliciting photographs from her, setting up advertisements, and arranging her commercial sex acts. The female was a minor. Dkts.113, 132, 134. |
| *USA v. Vandunk, et al*, 2:22-cr-20028-DDC-3 (D. Kan.) (Defendant: Tyron Davis) | 18 U.S.C. § 2421 | n/a | 23 months | |
| *USA v. Rogers*, 6:07-cr-10178-JTM (D. Kan.) | 18 U.S.C. § 2421 | n/a | Five years' probation | Defendant went to trial on one count of 18 U.S.C. § 2423(b) and one Mann Act count. He was convicted on the Mann Act count only as the jury hung on the first count. The victim was 15 years old. The Mann Act count was premised on engaging in indecent liberties with a child or attempted indecent liberties with a child in violation of Kansas Statutes Annotated, 21-3503 (Indecent Liberties). The conduct involved the defendant and the victim fondling each other. The defendant contended that he was engaged to the victim. Dkt.35. |
| *USA v. Anderson*, 6:23-cr-10010-EFM (D. Kan.) | 18 U.S.C. § 2421 | n/a | 27 months | The defendant was charged with sex trafficking and pleaded to a Mann Act count. The defendant served as a pimp for a prostitute and was caught by undercover officers arranging prostitution services via ads. The prostitute represented that the defendant had been forcing her to engage in commercial sex acts for at least four years, and that he was physically violent with her. Dkts.1, 79. |
| *USA v. Stephens*, 1:18-cr-00265-RM (D. Colo.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC II, 12-18 months. | 12 months | The defendant reached out to an undercover officer and explained his intent to prostitute the individual. He stated the goal was to make $1,000 a day. He purchased a bus ticket for the individual and confirmed he would pick the individual up. Dkt.30. |
| *USA v. Rodriguez et al*, 1:20-cr-00084-PAB-1 (D. Colo.) (Defendant: Teresita Rodriguez) | Conspiracy, two counts of 18 U.S.C. § 1952(a)(3), three counts of 18 U.S.C. § 2421 | Guidelines offense level 14 in CHC I, 15-21 months. | 15 months | Defendants were involved in the operation of a large-scale prostitution enterprise for a number of years. Over the course of two years, approximately 26 women worked for the enterprise. Defendants took care of logistics and received 50% of the proceeds, amounting to at least $700,000. Dkts.75, 78, 96, 105. |
| *USA v. Rodriguez et al*, 1:20-cr-00084-PAB-2 (D. Colo.) (Defendant: Jeramy Caron) | Conspiracy, two counts of 18 U.S.C. § 1952(a)(3), three counts of 18 U.S.C. § 2421, money laundering | Guidelines offense level 17 in CHC III, 30-37 months | 30 months | |
| *USA v. Lam*, 2:02-cr-00335-RSL-1 (W.D. Wash.) (Defendant: Yuen Yuen Lam) | 18 U.S.C. § 2421; Mann Act conspiracy | n/a | 23 months | The defendants conspired to operate an international prostitution ring that recruited and employed young asian women for the purposes of prostitution. Defendant Tu operated a brothel and obtained prostitutes from Defendant Lam, who served as an agent for prostitutes. Defendant Zhang similarly operated a brothel and exchanged prostitutes with Tu. Defendant Tu agreed to five victim and manager/supervisor enhancements. Dkts.208, 258, 296. |
| *USA v. Lam*, 2:02-cr-00335-RSL-4 (W.D. Wash.) (Defendant: De Qin Zhang) | 18 U.S.C. § 2421; Mann Act conspiracy | n/a | 17 months | |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Lam*, 2:02-cr-00335-RSL-5 (W.D. Wash.) (Defendant: Quan Tu) | 18 U.S.C. § 2421; Mann Act conspiracy | Guidelines offense level 19 in CHC IV, 46-57 months | 41 months | |
| *USA v. Shin*, 2:04-cr-00080-RSL-2 (W.D. Wash.) (Defendant: Kong Sun Hernandez) | 18 U.S.C. § 2421 | 11(c)(1)(C) agreement stipulated to probation-12 months | 6 months | Defendants (boyfriend and girlfriend) picked up and transported at least one Korean woman who had entered the country illegally and delivered her to a third party knowing that she would be engaging in commercial sex. At the time, Defendant Hernandez was providing assistance to US Border Patrol, but was not authorized to participate in this particular activity and hid the schemed from the government. Defendant Shin claimed he only assisted because he believed the trip was part of Hernandez's cooperation with Border Patrol. Dkts.92, 93, 99, 100, 101. |
| *USA v. McGlover*, 2:06-cr-00393-JLR-3 (W.D. Wash.) (Defendant: Cynthia McGlover) | 18 U.S.C. § 2421 | 11(c)(1)(C) agreement stipulated to 2 years' probation | Two years' probation | Defendant assisted her son in transporting a minor female, knowing that she worked as a prostitute for her son. Dkt.76. The government specifically argued that 2G1.1 should apply and not the minor cross reference under 2G1.3. The guidelines range was 12-18 months. Dkt.93. |
| *USA v. Barnum*, 2:14-cr-00281-JCC (W.D. Wash.) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC III, 18-24 months. | 18 months | The defendant served as a pimp for a prostitute and convinced a second woman to come work for him. The two women engaged in commercial sex acts and shared their earnings with defendant. The defendant engaged in this conduct while on supervised release. The parties' 11(c)(1)(B) agreement recommended 12-18 months. Dkts.14, 20, 21. |
| *USA v. Robinson*, 2:14-cr-00303-JCC (W.D. Wash.) | Two counts of 18 U.S.C. § 2421 | Section 2G1.3 applied resulting in a total Guidelines offense level of 23 in CHC II, 51-63 months | Time served (4 months on bond) | Defendant Andrae Robinson was friends with an individual named Nathan Bonds. It was Defendant's understanding that Bonds was involved in the commercial sex industry as a pimp. On at least one occasion, Bonds had introduced Defendant to a female with whom Defendant had sex in exchange for money. Defendant contacted Bonds to arrange for a prostitution date for himself, and Bonds offered three females (including two minors) for $80 on condition that defendant give them a ride to Portland. He did so, learning upon his arrival that Bonds was traveling to Portland so the females could work as prostitutes. Defendant did not engage in commercial sex acts with the females. He testified against Bonds and received 5K1.1 credit. Dkts.19, 26, 27. |
| *USA v. Wang et al*, 2:17-cr-00135-TSZ-3 (W.D. Wash.) (Defendant: Yongguang Wu) | 18 U.S.C. § 2421 | n/a | Time served (8 months) | The defendant conspired with others to promote prostitution activities by recruiting women to travel, leasing apartments, driving women, and posting ads for prostitution services. Wu helped transport prostitutes and collect money from the prostitutes. Other defendants received sentences for conspiracy counts including 30 months, 21 months, 12 months, and 8 months. Dkts.188, 203, 212, 221, 240, 253, 261. |
| *USA v. Adell et al*, 3:09-cr-00075-BR-1 (D. Or.) (Defendant: Elton Clinton Adell) | 18 U.S.C. § 2421; 18 U.S.C. § 2422(a) | Guidelines offense level 19 in CHC III, 37-46 months | 46 months | The defendant was charged with sex trafficking and Mann Act offenses, and pleaded to Mann Act and 2422 counts. The 11(c)(1)(C) agreement stipulated to the fraud/coercion enhancement and a 46-month sentence. Dkt.45. |
| *USA v. Key*, 3:11-cr-00211-MO (D. Or.) | 18 U.S.C. § 2421; 18 U.S.C. § 2422(a) | Guidelines offense level 18 in CHC III, 33-41 months | 18 months | The defendant admitted to an undercover cop to whom he was selling an illegal firearm that he worked as a pimp. The investigation further revealed that the defendant was transporting two 19-year-old prostitutes. Defendant's offense level was increased due to the firearm charge. Dkts.22, 29, 33. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Winns*, 3:12-cr-00231-HZ (D. Or.) | 18 U.S.C. § 2421; 18 U.S.C. § 841(a)(1) (marijuana) | Guidelines offense level 13 in CHC III, 18-24 months. | 20 months | The defendant served as a pimp for his girlfriend and posted ads for her services, earning about $1,000 a week. Dkts.17, 20. |
| *USA v. Harris*, 3:12-cr-00372-MO (D. Or.) | 18 U.S.C. § 2421 | Section 2G1.3 applied resulting in a total Guidelines offense level of 23 | 24 months | Defendant, a young woman herself, recruited a 15-year-old girl into prostitution, and then transported the 15-year-old girl throughout Oregon, and from Oregon to Bellingham, Washington, to work as prostitutes together. Dkts.25, 35. |
| *USA v. Jackson et al*, 3:12-cr-00642-SI (D. Or.) (Defendant: Jennifer Jackson) | 18 U.S.C. § 2421 | Guidelines offense level 15 in CHC III, 24-30 months | 18 months | Jackson was the organizer and leader of the Elite Ladies prostitution enterprise, which operated a website and offered the prostitution services of over 35 women advertised on the website, some including girls who had just turned 18. Truong helped manage the enterprise. To monitor the female's behavior, Jackson installed cameras and made video and audio recordings of the commercial sex dates. Evidence revealed that Truong developed relationships with some of the girls, and the business became lucrative. Dkts.73, 78, 102, 105. |
| *USA v. Jackson et al*, 3:12-cr-00642-SI (D. Or.) (Defendant: Edward Anthony Truong) | 18 U.S.C. § 2421 | Guidelines offense level 15 in CHC III, 24-30 months | 12 months | |
| *USA v. Taplin*, 3:13-cr-00266-SI (D. Or.) | Two counts of 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC VI, 33-41 months | Time served (32 months) | The defendant admitted that he knowingly transported two women (ages 18 and 19) from Oregon to Washington with the intent that the women engage in prostitution. The 11(c)(1)(C) agreement stipulated to time served-33 months. Dkts.85, 94. |
| *USA v. Lambden et al*, 3:13-cr-00294-JO (D. Or.) (Defendant: Laura Evet Lambden) | 18 U.S.C. § 2421 | Section 2G1.3 applied resulting in a total Guidelines offense level of 23 in CHC I, 46-57 months | 48 months | Defendant Riggs (a 64-year-old john) contacted Lambden (58 years old) to request the services of a prostitute. She supplied him with a 14-year-old girl who he then paid for oral sex, photographing the acts. Lambden later supplied the girl to another john who was a pedophile. The government admitted in its sentencing memo that it understands "john"/"buyer" cases present difficult questions at sentencing. Dkts.54, 59, 69, 85. |
| *USA v. Lambden et al*, 3:13-cr-00294-JO (D. Or.) (Defendant: Ben Allen Riggs) | 18 U.S.C. § 2421 | Section 2G1.3 applied resulting in a total Guidelines offense level of 23 in CHC I, 46-57 months | 24 months | |
| *USA v. SEALED*, 3:14-cr-00030-HZ (D. Or.) | 18 U.S.C. § 2421 | n/a | 12 months and a day | n/a |
| *USA v. Howard, Jr.*, 3:14-cr-00032-IM (D. Or.) | 18 U.S.C. § 2421 | Guidelines offense level 11 in CHC III, 15-21 months | Five years' probation | Defendant admitted to being a pimp for at least ten years, and was charged with transporting a 20-year-old woman with intent that the person engage in prostitution. The woman was previously a prostitute and eventually was engaged to defendant, became pregnant, and intended to remain with the defendant during the sentencing proceedings. The defendant thus argued he did not pimp the "victim" in the routine sense but merely traveled with her. Dkts.31, 40, 41. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Willis, Jr.*, 3:14-cr-00033-MO (D. Or.) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC III, 18-24 months. | 18 months | The defendant (a pimp) was charged with sex trafficking and Mann Act counts and pleaded to a Mann Act count in connection with his transportation of two woman for prostitution. The government argued that the defendant used physical force and caused physical injury in connection with the trafficking activity. The Court declined to apply the bodily injury and fraud/coercion enhancements requested by the government. Dkts.33, 58, 67. |
| *USA v. Barnes et al*, 3:16-cr-00326-JO (D. Or.) (Defendant: Aaron M. Barnes) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC VI, 30-37 months | 37 months | The defendants sold narcotics and served as pimps for at least two females, including a minor who they supplied methamphetamine. Defendant Barnes repeatedly assaulted the minor throughout the offense conduct. The parties' plea agreements stipulated to 37 and 24 month sentences. Dkts.75, 78, 82, 86, 87. |
| *USA v. Barnes et al*, 3:16-cr-00326-JO (D. Or.) (Defendant: Kamau Curnal) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 10-16 months | 24 months | |
| *USA v. King*, 3:16-cr-00351-MO (D. Or.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC IV, 21-27 months | 19 months | The defendant was charged with sex trafficking and Mann Act offenses and pleaded to a Mann Act count. The Complaint indicates that he served as a pimp for two women, and was violent with the women, inducing fear to coerce their continued prostitution. The government agreed not to recommend the fraud/coercion enhancement. Dkts.1, 51, 56, 58. |
| *USA v. Johnson*, 3:16-cr-00396-BR (D. Or.) | Two counts of 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months | 12 months and a day | The defendant acted as a pimp for an 18-year-old female after recruiting her and helping her set up prostitution advertisements. He took and collected all of the money she earned from her sex acts. The PSR noted a second victim. Dkts.48, 65, 66, 71, 76. |
| *USA v. Davis et al*, 1:15-cr-00114-SPW (D. Mont.) (Defendant: Luther Gerome Davis) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC II, 12-18 months. | 12 months | The defendants transported women across state lines to work as prostitutes. Defendant Davis admitted to transporting one woman, and Defendant Sept was responsible for two women, one of whom he recruited when she was still a minor. The court departed upward regarding Defendant Sept because he used violence to coerce his two victims into continuing prostitution. Dkts.50, 51, 58, 65, 81. |
| *USA v. Davis et al*, 1:15-cr-00114-SPW (D. Mont.) (Defendant: Larry Burnell Sept, Jr.) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC IV, 24-30 months. | 60 months | |
| *USA v. Rivera*, 1:16-cr-00125-SPW (D. Mont.) | 18 U.S.C. § 2421 | Guidelines offense level 19 in CHC III, 37-46 months. | 60 months | The defendant acted as a pimp and coerced multiple victims into a life of prostitution. He used physical and mental abuse to control and manipulate the victims. The defendant also attempted to convince a victim to deny any pimp activities and to contradict statements made by other victims. The government requested an upward variance. Dkts.21, 22, 41, 45. |
| *USA v. Jackson*, 1:17-cr-00117-SPW (D. Mont.) | 18 U.S.C. § 2421 | Guidelines offense level 14 in CHC III, 21-27 months. | Five years' probation | The defendant (a female) transported multiple young women to acts a prostitutes. She distributed methamphetamine to the young females to keep them working and requested 50% of the earnings. The defendant successfully objected to the fraud/coercion enhancement. The court credited the fact that the defendant was sexually abused as a child and motivated by a drug addiction. Dkts.29, 43, 44, 46, 60. |
| *USA v. Petrie*, 1:19-cr-00033-DLC (D. Mont.) | 18 U.S.C. § 2421 | PSR recommended Guidelines offense level 17 in CHC I, 24-30 months | 24 months | The defendant assisted in operating two spas that provided massage services and illegal commercial sex acts. Dkts.21, 26, 35, 36. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Bogan*, 2:10-cr-00505-NVW (D. Ariz.) | 18 U.S.C. § 2421 | 11(c)(1)(C) agreement stipulated to 24 months | Time served (19 months) | The defendant admitted to transporting a female with intent to prostitute her. The PSR noted the female was a minor. Dkts.128, 133, 142, 146, |
| *USA v. Stewart*, 2:15-cr-01126-DGC (D. Ariz.) | 18 U.S.C. § 2421 | n/a, CHC VI | 27 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds. Dkts.32, 37. |
| *USA v. Golden*, 2:15-cr-01127-DJH (D. Ariz.) | 18 U.S.C. § 2421 | 11(c)(1)(C) agreement stipulated to no more than 15 months | 15 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds. Dkt.55. |
| *USA v. Reliford*, 2:15-cr-01128-SRB (D. Ariz.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC V, 27-33 months; 11(c)(1)(C) agreement stipulated to high end | 33 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds. Dkt.26. |
| *USA v. Pierre, Jr.*, 2:15-cr-01129-DLR (D. Ariz.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC III, 15-21 months; 11(c)(1)(C) agreement stipulated to not exceeding middle of range | 16 months | The defendant agreed that a woman (an undercover agent) would travel to him with the intent that she would engage in prostitution. Dkts.32, 33, 34, 37. |
| *USA v. Hutchins*, 2:15-cr-01134-GMS (D. Ariz.) | 18 U.S.C. § 2421 | n/a; 11(c)(1)(C) agreement stipulated to not exceeding low end of range | 6 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds. Dkts.42, 45. |
| *USA v. Bryant*, 2:15-cr-01137-SPL (D. Ariz.) | 18 U.S.C. § 2421 | n/a; 11(c)(1)(C) agreement stipulated to not exceeding low end of range | 12 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds. The government recommended a 12-month sentence. Dkts.22, 24. |
| *USA v. Mcauley*, 2:15-cr-01138-DJH (D. Ariz.) | 18 U.S.C. § 2421 | n/a; 11(c)(1)(C) agreement stipulated to not exceeding 30 months | 30 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds. Dkt.20. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Dorsett*, 2:16-cr-00270-DGC (D. Ariz.) | 18 U.S.C. § 2421 | n/a; 11(c)(1)(C) agreement stipulated to not exceeding 27 months | 27 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution.  Dkts.26, 30. |
| *USA v. Hall*, 2:16-cr-00428-DLR (D. Ariz.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC I, 27-33 months; 11(c)(1)(C) agreement stipulated to low end | 27 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution.  Dkts.37, 39, 40, 42. |
| *USA v. Smith*, 2:16-cr-00734-SPL (D. Ariz.) | 18 U.S.C. § 2421 | Guidelines offense level 14 in CHC II, 18-24 months | 20 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution.  He went to trial and was convicted on the Mann Act count and the jury hung on an enticement count.  The evidence revealed that the defendant was attempting to recruit other women in addition to the undercover agent.  Dkts.66, 68, 95. |
| *USA v. Collins*, 2:16-cr-00773-GMS (D. Ariz.) | 18 U.S.C. § 2421 | n/a; 11(c)(1)(C) agreement stipulated to low end | 21 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution.  Dkt.26. |
| *USA v. Williams*, 2:16-cr-00828-DLR (D. Ariz.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC V, 27-33 months; 11(c)(1)(C) agreement stipulated to low end | 27 months | The defendant convinced a woman (an undercover agent) to travel with him with the intent that she would engage in prostitution.  Dkts.29, 30, 32. |
| *USA v. Winternheimer*, 2:16-cr-01373-GMS (D. Ariz.) | 18 U.S.C. § 2421 | n/a; 11(c)(1)(C) agreement stipulated to middle of range | 27 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds.  Dkt.31. |
| *USA v. Jenkins*, 2:17-cr-00046-DJH (D. Ariz.) | 18 U.S.C. § 2421 | n/a; 11(c)(1)(C) agreement stipulated to low end | 30 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds.  Dkts.25, 29. |
| *USA v. Jones*, 2:17-cr-00111-DLR (D. Ariz.) | 18 U.S.C. § 2421 | n/a; 11(c)(1)(C) agreement stipulated to low end | 27 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds.  Dkt.26. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Gilbert*, 2:17-cr-01000-DJH (D. Ariz.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC V, 27-33 months; 11(c)(1)(C) agreement stipulated to low end | 27 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds.  Filings indicate dispute over CHC.  Dkts.44, 45, 46, 49, 51. |
| *USA v. Washington*, 2:18-cr-00375-GMS (D. Ariz.) | 18 U.S.C. § 2421 | n/a | 12 months and a day | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds. The government recommended a 12-month sentence.  Dkts.31, 33, 34. |
| *USA v. Lloyd*, 2:18-cr-00376-GMS (D. Ariz.) | 18 U.S.C. § 2421 | n/a; 11(c)(1)(C) agreement stipulated to low end | 13 months and a day | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds.  Dkt.25 |
| *USA v. Matthews*, 2:18-cr-01025-JAT (D. Ariz.) | 18 U.S.C. § 2421 | n/a; 11(c)(1)(C) agreement stipulated to low end | 21 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds.  He did so while on supervised release for another offense.  Dkt.35. |
| *USA v. Cole*, 2:18-cr-01456-DLR (D. Ariz.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC III, 15-21 months; 11(c)(1)(C) agreement stipulated to low end | 9 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds.  The Court varied down because it found that the defendant was "not actively reaching out to women" and the guidelines range "is designed for people who are actually reaching out."  Dkts.33, 35, 39. |
| *USA v. Johnson*, 2:18-cr-01457-JJT (D. Ariz.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC IV, 21-27 months; 11(c)(1)(C) agreement stipulated to not exceeding 21 months | 17 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds. Dkts.28, 29, 31. |
| *USA v. Martin*, 2:20-cr-00142-JJT (D. Ariz.) | 18 U.S.C. § 2421 | Guidelines offense level 12 in CHC IV, 21-27 months; 11(c)(1)(C) agreement stipulated to not exceeding 21 months | 21 months | The defendant convinced a woman (an undercover agent) to travel to him with the intent that she would engage in prostitution and provide him with the proceeds. Dkts.29, 30, 31, 35. |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Ross, Jr. et al*, 2:21-cr-00907-DLR (D. Ariz.) (Defendant: Leonard Ross, Jr.) | 18 U.S.C. § 2421 | 11(c)(1)(C) agreement stipulated to not exceeding 27 months | 27 months | The defendant admitted to transporting an 18-year-old female to work as a prostitute and provide him with proceeds. The defendant objected to the fraud/coercion enhancement recommended by probation and the government joined the objection, stating that probation applied the enhancement only because of evidence that the defendant took her wallet, $900 cash, and cellular phone. The government noted that "throughout their time together, the victim had access to her cell phone and/or some other means of communication." Dkts.101, 105, 111, 112, 116. |
| *USA v. Williams et al*, 1:11-cr-00039-LJO (E.D. Cal.) (Defendant: Leticia Teresa Joyner) | 18 U.S.C. § 2421 | Guidelines offense level 14 in CHC III, 21-27 months | 13 months | The defendant assisted a co-defendant pimp in transporting three women. The victims had an extensive history of prosititution and agreed to prosititute for the co-defendant in exhange for a ride to California, but changed their minds upon arrival. He then became abusive. This defendant recieved a 40% sentence reduction in exchange for cooperation. The judge declined a 4 level coercion enhancement requested by the government. Dkts.36, 42, 47, 55. |
| *USA v. Montano et al*, 1:17-cr-00198-JLT-SKO (E.D. Cal.) (Defendant: Miguel Murrillo) | 18 U.S.C. § 2421 | n/a | Time Served (19 Months) | The defendant transported two women from California to New York to engage in prostitution with johns. Defendant assisted co-defendants who were members of the Bulldog gang involved in meth distribution and sex trafficking. Dkt.306. |
| *USA v. Tat*, 2:01-cr-00159-WBS (E.D. Cal.) | 18 U.S.C. § 2421, 8 U.S.C. § 1328, 8 U.S.C. § 1324 | n/a | 18 months | n/a |
| *USA v. Reineke et al*, 5:13-cr-00025-C (W.D. Okla.) (Defendant: Tyree Lajuan Turner) | 18 U.S.C. § 2421 & 2 | n/a | 15 months | The defendant was initially arrested during a sting operation in which the prosititute hired by an undercover agent was a 16-year-old minor. A co-defendant was dating and pimping the minor, and the defendant was present, having purchased bus tickets and traveled with the co-defendant and other prostitutes. Dkts.47, 63, 64. |
| *USA v. Rodriquez, et al*, 4:01-cr-67 (N.D. Ga.) (Defendant Omar Soto-Ortiz) | 18 U.S.C. § 2421 | n/a | 30 months | n/a |
| *USA v. Garcia-Garcia*, 4:02-cr-1 (N.D. Ga.) | 18 U.S.C. § 2421 | n/a | 18 months | n/a |
| *USA v. Reed*, 1:08-cr-293 (N.D. Ga.) | 18 U.S.C. § 2421; 18 U.S.C. § 2422(a) | Guidelines offense level 17 in CHC IV, 37-46 months | 72 months | The defendant recruited 18-year-old women under the false pretense of modeling opportunities and had his lead prostitute groom them into performing commercial sex acts after taking nude photos of them and advertising them as prostitutes. The defendant also did the same regarding a minor victim who was not considered as part of the offenses of conviction to which he pleaded. The defendant had multiple prior convictions for violent crimes and repeatedly violated probation, and the court varied upward. Dkt.45. |
| *USA v. Trammel*, 97-cr-282 (D. Utah) | 18 U.S.C. § 2421 | Guidelines offense level 13 in CHC I, 12-18 months | 18 months | n/a |
| *USA v. Chavious*, 97-cr-355 (D. Haw.) | 18 U.S.C. § 2421, 8 U.S.C. § 1324 | n/a | 15 months | n/a |

| Caption & Docket | Offense of Conviction | Guidelines | Sentence | Conduct Summary |
|---|---|---|---|---|
| *USA v. Phetvixay et al*, 99-cr-181 (N.D. Ill.) (Defendant: Khamsing Phetvixay) | 18 U.S.C. § 2421 | n/a | 21 months | n/a |
| *USA v. Pham et al*, 95-cr-6002 (S.D. Fla.) (Defendant: Minh Van Hoang) | Two counts 18 U.S.C. § 2421, 18:1952 Racketeering, Prosititution | n/a | 5 months | n/a |
| *USA v. Peets*, 7:96-cr-682 (S.D.N.Y) | 18 U.S.C. § 2421, 18 U.S.C. § 371, 18 U.S.C. § 1952 | n/a | 18 months | n/a |
| *USA v. Bunpratpai*, 95-cr-493 (W.D. Tex.) (Defendant: Naunwan Bunpratpai) | 18 U.S.C. § 2421 | n/a | 7 months | n/a |