**Dear Judge Arun Subramanian**

My name is Aliana Al-Mawla, a dear friend of Sean Combs.

I'm sending this letter to shed some light on Sean who I've known personally throughout the years… the person that a lot of people from the outside never got to see up close and personal. This man was and is one of the most heavy hearted, charitable and compassionate men that I've ever met. He is someone who has had his best days and his not so greatest days. His best days were filled with so much love, accomplishments, laughter and of course, family time which meant the world to him.

His not so greatest days were filled with depression.

He would often want to be alone during those times … he would go for long walks, sit by the water or find somewhere where he can just sit alone with his own thoughts.

The current years I've been around him he was never abusive to me nor did i witness him being abusive to others.

He was always encouraging anybody who came around him to be happy, stay in the light and most importantly give love and respect to one another. I believe he still is that man and thought i should share this with you so you can know a bit more of whom Sean is from my own perspective.

*Kind Regards,*

*Aliana.*



July 14, 2025

Honorable Arum Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United Sates v. Sean Combs, 24-cr-542 (AS)

Dear Judge Subramanian:

My name is Sharliss Asbury, I have worked in the entertainment industry for over 30 years.  I worked at LaFace Records alongside Antonio "LA" Reid and Kenneth "Babyface" Edmonds.  I oversaw various projects during this time such as, TLC, Usher and Toni Braxton.  I am writing this letter in support of my friend and colleague, Sean Combs whom I have known for over 30 years, both professionally and as a friend as we grew up in this business at the same time. Throughout this time, I have witnessed firsthand the strength of his integrity, and unwavering dedication to excellence. I have witnessed him build a music empire that helped mold the soundtrack of the 90s.

Professionally, Sean has built a distinguished career in the Entertainment Industry. He possesses a deep understanding of the marketing and hard work it takes, with an extraordinary ability to connect strategy with execution. His creativity, insight, and thinking have consistently driven results across R&B and Pop music culture.

On a Personal note, I have felt extremely blessed to call him one of my close friends and my Scorpio brother. We have vacationed together many times. One of our first trips together was to St. Barth's. It was one of the first times that he had traveled out of the country.  I put the trip together for about 10 close friends and had given everyone our guidelines for packing, 2 pieces of luggage each. Of course, no one understood that we were taking a small plane and needed to have less luggage. Sean shows up with 13 pieces of luggage and when he realized we would be on a small plane, the comedy began.  Once in the air, the pilot informed us that we had to land on a neighboring Island because our plane was overweight. Now we are all up in arms and mad at Sean with all the luggage. We land safely St Martin but have to wait on our host to send a boat to pick us up. There was no dock where we were told to meet the boat, just imagine 10 people with 20+ pieces of luggage sitting in the sand waiting to be "rescued". It was like Gilligan's Island. It was one of the most fun vacations ever!!  I cherish those memories!

In every sense of the word, Sean is a good person, we grew up in this business of music together, worked on some of the same projects and became family, so to speak, along the way.  I have watched his kids being born, growing up to be young adults.  I know him to be dedicated to family and close friends. I ask that he be given a chance to show his family the true person that he is.

Sincerely,
Sharliss Asbury

Michael Barnett


19 September 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street,
New Yor, New York 10007

Re: Unites States v. Sean Combs 24-cr-542 (AS)

Dear Judge Subramanian,

I am writing to you to provide some insight into the Sean Combs that I know. I met Sean in 1996, when I started at Bad Boy Records as an intern to his Executive Assistant. Even though I was only an intern, Sean went out of his way to speak with me and ask me about where I saw myself in the future. Sean saw something in me and hired me to be his Personal Liaison and Stylist. My job was to be there from the time he woke up until the end of his workday, ensuring that he looked his best and that he had everything that he needed to perform his best. Because I spent so much time with him, both at work and at his home, I got to see him as a businessman and a family man. No matter what he was doing, Justin, Christian and Quincy came first. Sean would take them everywhere with him and I would often entertain the kids in the office or in the car while he was in meetings. I witnessed first-hand what a phenomenal father he was. Sean was always teaching life lessons to his kids and those around him, including me. I remember how he gently handled the kids when they hurt themselves and how firm yet loving he was when they needed correction.

I credit Sean for my career to an extent. I had always had a passion for style, and he showed me that I could make a living doing what I loved. Hiring me as his stylist gave me the toe in the door that I needed. Working for Sean was challenging at times because he is a perfectionist, but he taught me about the importance of having a strong work ethic and discipline. He also taught me that no detail should be overlooked no matter how small it seems. He instilled in me that family always comes first. I model how I approach balancing my business and my commitment to my family after the blueprint that he created.

When Sean fired me in 2005, I was obviously distraught, didn't understand why and didn't know what I was going to do. Sean later told me that he did it because I was too comfortable in my position and he wanted to see me doing more. I didn't see it as blessing at the time, but he knew what I was capable of and wanted to see me grow. He again saw

something in me that I didn't see in myself at the time. This is the second time that Sean changed the trajectory of my life for the better.

Although I haven't worked with him since 2003, we run into each other frequently. No matter where he is or with whom, he makes it a point to check on me and inquire about my family. That's the Sean that I know, the Sean that is a caring family man and wants to see his people do well. Sean is quick to give encouragement and is never too busy or self-absorbed to chat. He is known to have a larger-than-life persona, which he does, but the Sean that I know is also down to earth, introspective and will help you if he can.

I ask that you show leniency during his sentencing. He is needed by his family and the many people around him who depend on him for their livelihood. I have not spoken to Sean since he's been incarcerated, but I know people who have, and they say that he is different. He is humbler. I am sure that he feels the weight of the responsibility that is before him because everyone will be watching what he does next. I'm confident that he will use everything that he has learned from this experience to make him a better father, a positive change maker in the community and a good role model. I ask that you take this into account when making your decision.

Sincerely,

Michael Barnett
BOGARD Management & Consulting
BOGARD by Mike B.

Dear Honorable Judge Arun Subramanian

I am writing to you with a heavy heart but also with great hope, on behalf of Sean "Diddy" Combs. I have known Sean personally, and my experiences with him have been nothing short of inspiring. I feel compelled to share with you a deeper perspective on the man behind the headlines, the man I have seen not just as an icon, but as a brother, a friend, and a deeply human soul navigating struggles that most could never imagine.

Sean's life has been marked by both extraordinary triumphs and profound hardships. Losing his father at the tender age of three and growing up in an environment of instability left wounds that shaped him long before he became the global figure known as Puff Daddy. He once shared a memory from childhood of waking up with roaches crawling on him, and how in that moment he vowed to do whatever it took to give his mother the life she never had. That vow birthed an unmatched determination and work ethic that would later inspire an entire generation.

Through his influence in music, fashion, and culture, Sean alchemized his pain into possibility, becoming a symbol of resilience and creativity for countless young people who grew up believing they had no way out. Yet, behind the powerhouse was always an unhealed little boy—one who carried deep scars and who sometimes sought escape in destructive ways. Addiction, as we know, can distort even the brightest lights among us, and Sean has wrestled with battles that only God truly knows.

I am not asking for forgiveness of past actions, but rather for understanding—that everything has an origin. The core of Sean Combs is not malice or harm, but love. He is a devoted father, a loyal son, and a friend who has given generously to those around him. Personally, some of my most meaningful musical memories came from creating alongside him, and what I witnessed was a man who encouraged others, solved problems, and made sure everyone in the room felt included and celebrated.

The man being portrayed now is not the full story of who Sean is. The Sean I know has an enormous heart and a desire to see people win. I believe his time in prison has humbled him, and most importantly, brought him closer to God. I truly believe he intends to redeem himself not only with his Creator, but with his family, his community, and all who once looked to him for inspiration.

Your Honor, I simply ask that you see Sean Combs in his full humanity: not just as a celebrity, but as a man who, like so many of us, has stumbled while carrying the weight of unhealed pain. He is someone who has the capacity to transform, to heal, and to use his influence once again—not for harm, but for good.

Thank you for your time, your patience, and your consideration of my words.

Respectfully,
Stacy Barthe



Giuseppe Cipriani
110 East 42nd Street
New York, NY 10017

July 23, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Subramanian,

My name is Giuseppe Cipriani, and I am proud to represent the third generation of a leading international hospitality family, now present in over 40 locations around the world. Over the course of my career, I have had the privilege to meet many distinguished individuals, but I have known Mr. Sean Combs for nearly three decades, and he has always stood out for his grace, intelligence, and warmth.

I first came to know Mr. Combs as a courteous and gracious customer in our restaurants, where he consistently showed kindness to our staff and warmth toward my family members and friends. He chose to celebrate his 29th birthday in one of our landmarked event spaces, 55 Wall Street — an occasion that not only marked an important moment in his personal journey but also stood as recognition of his early success as a visionary behind Bad Boy Records. The event was elegant, thoughtfully organized, and attended by high-profile entrepreneurs and leaders from the entertainment industry.

Over the years, we have had the opportunity to collaborate with Mr. Combs and his fashion brand on several occasions. I have always admired his sharp business acumen, his charm, and his willingness to support and uplift others — not only to elevate and represent his own community but also with an open, international perspective. His behavior has always been respectful, his decisions thoughtful, and his success evident not just in the music world but across various ventures in fashion, hospitality, and beyond.

It is with sincerity and respect that I express my support for Mr. Combs, recognizing the significant contributions he has made in multiple industries throughout the years.

Sincerely,

Giuseppe Cipriani

110 EAST 42nd STREET • NEW YORK • NY 10017 • TEL 212.499.0599 • FAX 212.499.0776

**Honorable Arun Subramanian**

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

**Re: United States v. Sean Combs, 24-cr-542 (AS)**

Dear Judge Subramanian,

My name is Emmet A. Dennis, Jr. I am an entrepreneur, strategic advisor, and producer who has spent the better part of three decades working at the intersection of commerce, culture, and community. Over the course of my career, I have had the privilege of helping build and scale purpose-driven businesses—most notably in the beauty, media, and private equity spaces—always with an emphasis on impact, equity, and long-term value creation. I am also a husband and father, and I view all my work through the lens of legacy.  I have known Mr. Sean Combs for 30 years, both as a cultural leader and as a peer within overlapping professional and philanthropic circles. Throughout that time, I have seen a through line in his character: a deep respect for ambition, resilience, and the potential of young people who strive to create something greater than their circumstances. Mr. Combs has long understood that true leadership lies not only in vision, but in recognizing and nurturing the drive-in others—especially those who come from overlooked or underestimated communities.

What distinguishes Mr. Combs in my view is his clear understanding of the responsibility that comes with influence. Despite his public profile, he has consistently demonstrated a willingness to engage in difficult conversations, evolve through experience, and recommit to using his platform to inspire and uplift. He is still a source of motivation for many of us, not because he is perfect, but because he has never shied away from the weight of legacy or the work needed to earn it.  While I do not look to minimize the seriousness of the matter before the Court, I write to offer a broader context of Mr. Combs' contributions and character—one rooted in my personal experience and professional observations. He is someone who continues to learn, to lead, and to serve a purpose larger than himself

Thank you for your time and consideration.


Respectfully,


Emmet A. Dennis, Jr.

# CHERYL FOX



07/07/2025

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

RE:  United States vs. Sean Combs, 24-er-542 (AS)

Dear Judge Subramanian,

My name is Cheryl Fox, Founder + Chief Creative Officer of the Fox Factory, Photographer, AI Illustrator of Children's books and mother of two brilliant young adults.  I am writing to you as someone who has known Sean John Combs personally for more than 30 years. We are longtime friends and extended family.

I met Sean during his Howard University days when he would travel back and forth to intern at Uptown Records. He was the 3rd roommate of two close friends, I attended Hampton University with. Both HBCU's rival for the most prestigious of them all position. (Our 3 to 1 says that's Hampton!) From the very beginning, it was clear Puff was a force. He was a determined visionary and relentlessly innovative. He ushered in a new era of affluence and elevated Hip Hop culture to what became known as Black excellence…and he didn't do it alone. There was a circle of us, friends who became family, who supported and helped shape that movement alongside him.

I've known him since before our children, who grew up together. We've celebrated a lifetime of birthdays, many holidays, vacations, summers in East Hampton and moved from east to west coast.  I'm responsible for enrolling all of our children in Sierra Canyon High School and Lower School, first mine, then his, the following year.  Our children graduated together and of course, are still very close today. To put our relationship in further context; my first husband, (whom I've known since I'm 16) co-founded Blue Flame with Sean and I once served as Vice President of Communications for Bad Boy Entertainment. Years later, after my divorce, Sean graciously hosted my first photography exhibit, *The Spirit of a Soul*. Diageo sponsored it because Puff was hosting and I promised he would be present that evening. They wanted to approach him about endorsing a vodka brand and couldn't get to him otherwise. That was Ciroc. Life around that time was changing for hip hop artists and Puff was leading the way.  CPG Brands were coming for their power displayed in the music and the lifestyle. It was a proper good time, full of proud moments for all of us.

Shortly after he received his doctorate from Howard, something shifted as new guards took over…things changed. Puff seemed to move further away. Kim Porter shared her concern with me about his drug use.  This was new knowledge for me. I initially met Kim

# CHERYL FOX



through Puff.  We got really got close after my divorce, when she asked me to prepare the home I found him a few years earlier in Alpine NJ, up the street from my family, for the arrival of their twins.  Shortly after they were born,  we all eventually moved to LA. Kim and I began to raise our kids together on a daily, as friends, production partners and sisters.  We often spoke of interventions with no real power or plan to make them happen. Then the unimaginable occurred, Kim passed away and shortly after, so did the father like figure for him and all of us…Andre Harrell. Many of us who truly knew and cared for Sean were pushed aside. Friends and family slowly disappeared from the inner circle. Puff was left unprotected. The same could be said for the culture he helped build. We were no longer our brother's keeper.

Your Honor, many people…including staff…have described being afraid of Sean. To be honest, Sean has always been a little afraid of me. I see his spirit. I see past the fame, the power, the performance. I see his God like self, that frightens him. I too could feel his spirit and see in his eyes he had moved away from God.  These proceedings, are just the beginning part of the process of his return.

The public revelations in this case were deeply painful. For those of us who know him, it was evident long before that Sean had changed.  The trial gave way more insight into his actions than anyone of us could have imagined. The drug use went far beyond partying. He was being abusive to himself and others. It's clear he needs serious, professional help for substance abuse, domestic violence, and sex addiction. This should not be overlooked or rushed past as we move toward sentencing.

We're talking about a man who helped define an entire culture for generations. He created iconic music and a lifestyle that inspired millions around the world. So how does someone who's projected so much good energy and light, end up in a place so dark? The answer is addiction. Enablers. Isolation. He surrounded himself with a dangerous circle of "yes" people who cared more about power, paychecks and control, than his well-being, soul or family. Meanwhile, people like myself and others…his real friends, were deliberately kept away by staff members that actively isolated him.

I have prayed for years that Sean would find the light again. He can't do that without professional help. When all this began, I had to tell my nephew, his son Christian, "Your dad is an addict." At the time, he couldn't grasp the concept of his dad his hero being an addict.  Now, he knows and if *anyone* was listening closely during this trial, that reality was spelled out clearly.

Your Honor, you are ironically Sean's ideal chance at real salvation. This goes beyond sentencing.  Real treatment, like a court-appointed rehabilitation program, *before* sentencing, could be the pivotal life changing moment for him.  For accountability and healing. For once, he might be in a position where *ego no longer leads*, so transformation can begin.

We are not defined by our worst moments. We are defined by how we rise from them. Sometimes, a part of us must die so the rest can live. Sean is one of culture's most powerful and prolific icons. We have witnessed his brilliance. Now we've witnessed his fall. The question is…have we also acknowledged the call for help?

# CHERYL FOX



I knew a young man who didn't drink, who didn't do drugs. A man who was more romantic than violent. A masterful genius that many people from all walks of life…gravitated to.  He was magnetic…in the best way. Something changed. Something broke. When it did, we...the people who knew him best…were no longer able to reach him.

I respectfully ask this court to release Sean Combs on bail to a licensed, court-approved rehabilitation center where he can receive treatment for drug dependency, domestic violence, and sex addiction. That would be the most meaningful response to what we've all witnessed. True rehabilitation offers him the chance to take responsibility, to understand and address *the root* of his behavior and begin to heal, not just for himself, for his children too, 4 of 7 who have already lost their mother, my dear friend Kim Porter.

This isn't just about one man's sentencing. It's about the possibility of redemption. It's about saving a life, a family and a culture. Who helps the one's at the top? Most don't think people who have gained such fame and/or financial success need help…of course they do...*the fish rots at the head*. I believe help for Sean begins with your decision to offer him the opportunity to focus on his spiritual, mental, physical and emotional wellness, before sentencing is rendered on the 3rd of October.

It's imperative Sean takes the 1st real step towards helping himself.  There's much work needed within…although he definitely needs outside help to set this mission in motion and the proper support, to accomplish it. Thank you in advance for your time and attention with this matter.

With deepest sincerity and hope,

[Cheryl Fox](#)



## Sean Combs Character Letter

Date: July 8, 2025

Re: United States v. Sean Combs, 24-cr-542 (AS)

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Subramanian

I, Lenny "Alize" Jones, president of Courtside Consulting Group, manager of boxing legend Roy Jones Jr., local business owner of Black Bodega, the first Black owned convenience store located in the south Bronx (231 east 167th Street.) have known Sean Combs p/k/a Puffy since 1999 being introduced by his artist Black Rob. I can personally say, that Mr. Combs' generosity, empathy, wisdom, ambition and vision is uncanny and unmatched. In 2019 I have experienced the mentorship and sound business advise after a few brief conversations with Mr. Combs on being inspired and motivated by opening multiple Black Owned Businesses such as a nail salon (Nails & Tips by Laila London and Quality of Life Juices). In 2014 he gave me a shot at producing my own show on his network Revolt called "Behind the Hitz". In February of the same year he allowed me to be compensated fairly and rightfully a six-figure commission by bringing the Nicki Minaj Kmart campaign to his network. His generosity cannot be denied as in October 2010 my best friend at the time Andre Hudson p/k/a Huddy Combs passed I personally, called him with Huddy's mom and within 2 hours he sent $10k with his gray Maybach that he let his mother use for 9 days even after the funeral. It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Sean Combs to be an honorable, trust worthy, valuable individual and productive member of the community and a good human being.

*Lenny Jones*    07/08/2025

Signature         Date:

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Subject: Re: United States v. Sean Combs, 24-cr-542 (AS)

Dear Judge Subramanian,

I hope this letter finds you in good health and high spirits. My name is Jack Knight, and I had the privilege of being Sean Combs' songwriting partner from 1997 to 2016. During our time working together, we co-wrote some of his most successful hits, such as "Last Night" and "I Need a Girl." In 2016, Mr. Combs graciously allowed me to leave the company to explore new career opportunities.

Throughout our partnership, I traveled extensively with Mr. Combs, collaborating on songwriting, producing artists, and discovering new talent for his company. During that time, I can attest that Mr. Combs never exhibited violent behavior towards me, our staff, or anyone in our immediate circles.

I have stayed with Mr. Combs at his various homes in New York, the Hamptons, California, and Miami, and can assure you that his public persona often seen on social media does not align with the man I know personally. He has consistently demonstrated a strong stance against excessive drug use, open intoxication, and any form of violence towards employees, artists, and guests.

My admiration for Mr. Combs runs deep, as he has been both a creative partner and a mentor. I am confident that, with the court's guidance, he will take the necessary steps towards sobriety and utilize the available tools to maintain it. However, I also believe that his family, friends, and staff would greatly benefit from having him home sooner rather than later, so he can begin the process of rebuilding and forging a new path forward.

I am certain that this experience serves as a learning opportunity not only for Mr. Combs but also for the young men who have had the honor of being

mentored by him. I trust that granting him a second chance will yield no regrets.

Respectfully yours,

Jack Knight



August 17, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Sean Combs, 24-cr-542 (AS)**

Dear Your Honor, Judge Subramanian

My name is Gregory Shum, the owner of Greg Transportation Service. For a 20 year span I have had the privilege of providing Transportation services exclusively to Mr. Sean Combs. Based on my business relationship with Mr. Combs, I applaud this opportunity to share my insights into his character. Throughout my time with Mr. Combs, I have witnessed first-hand Mr. Combs's commitment and dedication to his mother, the attention he devotes to his children, the respect he demonstrates to the mothers of his children, and the kindness and compassion he extends to members of his family.

In 2020 at the height of the pandemic, my company like others were faced with a period of uncertainty and precedented challenges. Mr. Combs without hesitation, and with complete unwavering support demonstrated loyalty, integrity and trust. Mr. Combs remained true to my transportation company, he often took time to offer me positive words of affirmation to keep my spirits up. This is just one example of the generosity and kindness I have witnessed firsthand.

Over the past several months, much has been publicized regarding Mr. Combs character/behavior. The behavior that has been reported goes **against** everything I have come to know about him. Mr. Combs has always demonstrated a positive demeanor, along with his "trademark upbeat personality ". These traits make him a pleasure and definitely a client favorite amongst myself and my personnel. I do understand that Mr. Combs is facing significant legal challenges. However, I firmly believe in his remorsefulness. I believe in his commitment to positive action within our society.

Thank you to the court for taking the time to consider this character reference. Please do not hesitate to contact me if you require further information or clarification regarding the matters discussed in this letter.

Sincerely,

Gregory Shum

Kenneth Whalum



July 8, 2025

The Honorable Judge Subramanian
Courtroom 15A
500 Pearl St
New York, NY 10007-1312

Dear Judge Subramanian,

I hope this letter finds you well. My name is Kenneth Whalum III, and I have had the privilege of knowing Sean Combs for 19 years. I am writing to you today to offer my support for him during this difficult time. I understand that Sean is currently facing legal consequences, and while I do not wish to minimize the situation, I feel it's important to share my personal experiences with him and the positive impact he has had on myself and those around him.

Throughout the years, I have witnessed Sean's generosity, work ethic, and deep commitment to his family and community. He has always been a person who leads by example, demonstrating integrity and a willingness to give back. Whether through his philanthropic efforts or his mentorship of young artists, Sean has consistently used his platform to encourage others to strive for excellence and to make positive changes in their lives.

On a personal note, I have always found Sean to be a loyal friend, someone who has supported me through both personal and professional challenges. His character, kindness, and generosity extend beyond his public persona. He is someone who truly cares about the people around him.

I understand that the court must consider the gravity of the situation at hand, but I hope this letter provides you with a deeper understanding of who Sean truly is—a man who, while not without fault, is committed to learning from his mistakes and continuing to grow. I sincerely believe that he has the potential to move forward with renewed purpose, and I am confident that he will take the necessary steps to address any shortcomings.

Thank you for taking the time to read this letter. I trust that you will consider the full scope of Sean's character and the contributions he has made over the years. I am more than happy to speak further if needed.

Sincerely,
Kenneth Whalum III