# THE STEEL LAW FIRM, P.C.
*ATTORNEYS AND COUNSELORS AT LAW*

| | |
|---|---|
| 1800 PEACHTREE STREET, N.W. | TELEPHONE (404) 605-0023 |
| SUITE 300 | FACSIMILE (404) 352-5636 |
| ATLANTA, GEORGIA 30309 | E-MAIL thesteellawfirm@msn.com |

September 24, 2025

**VIA E-MAIL ONLY**

Judge Arun Subramanian
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Sean Combs</u>, Case No. 1:24-CR-00542-AS

Dear Judge Subramanian:

    We write this Court to supplement our sentencing submission with letters from persons incarcerated and MDC-Brooklyn who have taken Mr. Combs' Free Game course, as well as additional letters of support we have recently received. Ex. 72, Additional Letters of Support. We have also attached an evaluation by the Unit Counselor of the course at MDC and the curriculum. Ex. 73, MDC Course Evaluation and curriculum. Notably, the evaluation acknowledges Mr. Combs as a tutor, gives him the highest possible ratings and concludes with "excellent class, keep up the great work." Furthermore, as stated in our sentencing memorandum, this course has had a substantial impact on fellow inmates:

- "Because of this class I have a purpose, something to look forward to every day." Ex. 74, Letter of Arturo Santiago at 1.

- "He has showed us that it is the little adjustments to our everyday lives that add up to a big change." Ex. 75, Letter of Douglas Welch at 1.

- "Mr. Combs class is about setting up realistic goals and where we plan on how we are going to achieve and complete these goals on a weekly basis. We review our progress or our stages of our objective. ... My life testimony is how positive Mr. Combs teaches us about how chasing the easy money is the wrong way to achieve greatness. He has shown me that it[']s never to[o] late to start nor is it ever to[o] late to achieve your dreams." Ex. 76, Letter of Wellington Eustate at 1.

- "Everybody was motivated for the lesson[]s the class provided[–] in my case particularly it has had very much impact." Ex. 77, Letter of Didier Rios Galinda at 1.

- "The Free Game class with Mr. Combs has affected me in a good way and has impacted me because I've learned many things like how to create a successful plan. And that plan has to be realistic." Ex. 78, Letter of Quinton Davis at 1.

- "I was really appreciative to receive some knowledge of sort to take back to the real world an[d] not have to think about doing something illegal. He taught me to come up with a plan." Ex. 79, Letter of Charles Scruggs at 2.

- "Mr. Comb[s] [h]as inspired me to change my views on life so far to start thinking about having a plan, not giving up, putting my pride aside. I have seen myself a lot more discipline. [H]e [h]as taught me every plan or dream starts with belief. Ex. 80, Letter of Recaldo Fray at 1.

- "One thing that I can share that I learned from the first class is having no ego, never being embarr[a]sed and putting my pride to the side. Also sacrificing bad habits in order to be successful in life. The class has given me something to look forward to doing while being incarcerated and now I am currently beginning to study on a new business venture and coming up with a plan so when I am released I can more forward with it and live a positive life. It means so much to me to be able to sit down and learn all of this from Mr. Combs, he has taught me so much and I thank him for it. He has taught the to always hold myself accountable, to have self discipline and to always be consistent with what I am doing." Ex. 81, Letter of Corey Batchelor at 1-2.

- Mr. Combs has saved me and has had a impact in my life in so many ways. . . . I have seen first hand how no matter his name or status how living under these harsh and cruel living conditions he continue[s] to find ways to put a smile on his face and keep pushing no matter what life throws at him... Not only striving to better himself but to better everyone he encounters as a whole and leave a positive impact in everyone's life. Even behind bars and with limited resources [I] have witness this man do magical things. In a place of segregation [I] have seen Mr. Combs bring unity to all races and ethnics groups no matter the background as a unified front." Ex. 82, Letter of Raymond Castillo at 1. [1]

Thank you for your continued consideration

                                                                Sincerely,

                                                                */s/ Brian Steel*

                                                                Brian Steel

BS/ce
cc:    Meredith Foster, Esq. (via e-mail)
        Mitzi Steiner, Esq. (via e-mail)
        Emily Johnson, Esq. (via e-mail)

---

[1] Mr. Combs has developed friendships with Mr. Santiago, Mr. Estuate and Mr. Castillo at the facility, and Mr. Combs, when able and per his nature, helps others who are less fortunate with their commissary. Mr. Combs has been kind to other incarcerated persons who are not referenced in this filing.

Madison Smyser, Esq.  (via e-mail)
Christy Slavik, Esq.  (via e-mail)
Marc Agnifilo, Esq. (via e-mail)
Teny Geragos, Esq. (via e-mail)
Jason A. Driscoll, Esq. (via e-mail)
Anna Estevao, Esq. (via e-mail)
Alexandra Shapiro, Esq. (via e-mail)
Nicole Westmoreland, Esq. (via e-mail)
Xavier Donaldson, Esq. (via e-mail)