Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Your Honor,

My name is Charlucci Finney. I am a father of three daughters, a brother to five sisters, and an uncle to eight nieces. I have been present in your courtroom for every court date, including jury selection. I sat and watched you adjudicate and preside over a very difficult and unusual trial. You did this with integrity and fairness. Not once did I feel you would be anything but honest and just to my brother, Sean Combs. For that, I thank you.

I have known Sean Combs since 1988. We were just teenagers navigating life and the music industry. And even as a young Sean he would help me even though we was competing for the same job Sean has always been selfless The Sean Combs I saw in your courtroom was not the man I have grown to love and respect. The Sean I know is loving, caring, benevolent, and trusting. It broke my heart to see a man in so much pain that he masked it with drugs, retreating into a world where he did not have to feel the grief of losing so many loved ones in a short period: Kim Porter, the love of his life; Andre Harrell, his friend and mentor; and his close friend and artist, Christopher Wallace.

Every witness testified to how kind and loving he was and how much they loved him. I only wish I had known the pain he was going through; I would have helped and been there for him, as he has been for so many of us.

For example, my father died in 2017 from Agent Orange. He joined the Air Force at 16 and re-enlisted for another tour. He was my hero, and I always bragged about him. When he was diagnosed with bone cancer, I was broken. I have no brothers—it's just me, my sister, and my mom. Somehow, Sean heard about it and called me. He stayed on the phone while I cried like a baby. He helped me understand that death is a part of life, and that it would be selfish of me to want my father to stay here in pain just so I wouldn't hurt. I had never thought about it that way, and I was able to accept his passing.with Sean Words

After my dad passed Sean called me nearly every day after that. If he couldn't call, he would text just to say, "Good morning, King. Your dad is proud of the man you are, and he's looking down at you as he stands next to God, saying, 'Look at my boy.'" There are so many kind and thoughtful things he has done, so many words of encouragement.



EXHIBIT
72
U.S. v. Combs, 24 Cr. 542 (AS)

The person the public saw is not the same man sitting in MDC. He is no threat. He has been clean and sober for a year and has had time to reflect on his mistakes and become a better man—a man I believe you would be proud to set free, knowing it is a righteous decision.Sean will an can do so much good for the community which he has done his whole career

Sean's mother nance Cimbs is 86 years old and has had two ███████████ in the last year. Four of his children lost their beautiful mother, leaving him as their only parent. He has missed his daughter Jessi and her twin sister's prom and high school graduation—moments that can never be brought back. He missed his daughter Chance's first year at NYU, and his two-year-old daughter's first steps and first sentence. Sean Combs has missed all these wonderful things.

I ask you, Your Honor, to send Sean Combs home better than he was before—drug-free and remorseful. Allow him to spend these years with his aging mother, Janice Combs, his four daughters, his three sons, and the friends who love him and will be there for him. I can promise you with no hesitation that, with the support system he has now, we can help him. We get to pay forward the support he has shown so many of us.

We all fall short. We all mess up. But we learn from it and become better people, better to people. Thank you for your time. *Ishwar aapko aashirwaad de*):

--

Charlucci Finney

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007


RE United States vs. Sean Com-24-cr-542 CAS


Dear Your Honor,

Today on social media, I saw where people were writing character statements for Sean Combs.  I felt compelled to offer my opinion and speak of an incident that occurred over twenty years ago.  It is true that people will never forget how you made them feel.

Sean Combs made my children and I feel so respected and deserving of good things.  I went to school with his ex-Kimberly Porter and from the same small town that Kimberly grew up in.  Kimberly would hold the children Birthday parties in Columbus, GA and my children and I were invited to several parties.  The first party, I had given my children strict rules as to not bother Mr. Combs or to embarrass me amongst the many celebrities in attendance.  Well your honor, my children obeyed but I became so excited and so star struck that I interrupted Mr. Combs when he spending one on one time with his son Christian.  Mr. Combs had told all the party goers that he would take pictures when the party was over.  I was so excited and so scared that I would miss my photo opportunity, I cornered Mr. Combs and Christian when he was off alone pushing Christian on a swing.

Mr. Combs stopped what he was doing, although he had already told us that pictures would be last and he took a picture with me.  He also said kind words to me and did not look the least bit of perturbed.  Years later, I cringe at how rude I was, but I will never forget the kindness this man showed me.   I was in his presence at a few more birthdays but this time, I was no longer a rookie and knew how to conduct myself.  😊

I will never forget that moment of kindness shown to me and can 100% state, he was a gentleman in my presence and was very humble although he was/is a huge celebrity.   Unfortunately, I can't say that about many celebrities I have met in the past.

I thank you for taking this letter into consideration and want to add, please Sir show him mercy.   I'm a pretty good judge of character and Mr. Combs was a CLASS ACT.  I'm so sorry that drugs took him so far away from his core values.


Thank you,

Mary Howard

**CITY OF REFUGE**
L O S   A N G E L E S



Bishop Noel Jones.

▮▮▮▮▮▮▮▮▮▮▮▮▮

September 22, 2025.

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pear Street
New York, NY 10007

Re: United States V. Sean Combs, 24-cr-542(AS)

Dear Judge Subramanian,

My name is Bishop Noel Jones, and I am writing on behalf of Sean Combs.

To put my thoughts about this matter in context, I have been pastoring in LA for 31 years. I met Sean Combs in one of the services he attended with his significant other at the time, Kim Porter.

In Sean's own way, he regarded me as his pastor, and it appeared I would become a father figure in his life. To prove the point, I blessed the twins, Jessie and D'lila, who are now eighteen years old. Interestingly, I am unofficially their godfather of sorts, as their mother, Kim, and my wife, Loretta, had become good friends.

When Kim died tragically, Sean summoned me to counsel and comfort the family, and ultimately,

I was Kim's eulogist at her funeral service in her hometown, Columbus, Georgia.

Obviously, my interaction with Sean was frequent for many years. Our conversations covered a wide range of subjects, including his desire to make changes in his personal life. He intimated that something was bothering him about his life choices, and often in our discussions, he was conflicted, even to tears, despite his strong-man imagery.

In retrospect, I should have pressed him for the details of his behavior and then presented solutions along with prayer. I failed to step through the door he was opening for my spiritual guidance. He was whispering a need for help as loud as his image would allow. I failed to hear his cry for help.

Sean, over the past two years, has become the victim of his own nefarious behavior, and I am sure the strong man image is shattered. He is no longer whispering for help; he is screaming for it.

Your Honor, I am in the business of redemption. I know based on my previous interaction with Sean, and regretfully missing his cry for help, also having seen firsthand the profound care he shows for his children, especially his daughters, who flourish under his guidance as a father, along with the public humiliation he has suffered. Your Honor, Sean is a prime candidate for redemption. All that is lacking now is the opportunity.

Therefore, I am pleading with your Court to allow Sean to become the model citizen he finally knows he must be.

Thanks for your consideration.

Respectfully.

Noel Jones

Dear Honorable Judge Arun Subramanian,

May this letter ~~find~~ find you in great health & spirits. My name is Andrew Maldonado, I am an inmate at M.D.C Brooklyn Currently on a Probation Violation. I've been in the Same housing Unit with Mr. Combs for 4 months. I came & been raised all my life in the Bronx, I have to admitt I have no School education honestly I have another inmate writing my words out because I dont even Know how to read or write. Mr. Combs has inspired me in this short period of time to better myself & want more outta life, I can happily say I've taking the first step into learning how to Read & write because I have made an Unbreakable Contract with myself that by the time my Sentence is done I will have my GED, and honestly your honor none of this would've even been a thought if I would'nt have the One on One's I be having with Mr. Combs or attending a Program he has Started here in the BOP Called "FREE GAME WITH DIDDY" where he's teaching Life Skills, Business Management and Entrepreneurship. This man is a Motivationa Walking human ben, Your honor I hope you find it in your heart to let this only free on Sentenceing day so he can help all the lost Souls, and guide the Culture into a positive light, Now that he has Right his wrong's thank you for your time.

Sincerely, Andrew Maldonado

#7602305

September 23, 2025

Dear Teny Geragos,

My name is Jeff Sanchez and I'm submitting this as a character reference for Mr. Sean Combs. I am a dad and an executive in the sports & entertainment industry for over 22 years.

I worked as Mr. Combs personal assistant between 2002-2004. Those years changed my life personally and professionally. While with Sean every day I learned how to be a better executive but more importantly a better father. I watched someone train for a marathon, rehearse for their Broadway debut, run several multi million dollars companies, yet still make time for his family. The kids, mothers, and Mama Combs were always a priority. Even after my employment Sean remained a trusted friend and someone I could lean on as a brother and mentor throughout my career.

In short, I've had tough conversations with my family since this case started but, in the end, we settled on the truth. We know Sean as a man that loves his family and was generous with his time and his knowledge. Flawed yes, but human and in my opinion deserves a second chance.

Respectfully, Jeff Sanchez

9/7/25

Dear Judge Arun Subramanian

Hello, Judge how are you feeling, I hope at the time you recive this letter you're in great spirit and health. My name is Rysheem Simmons. Judge Ronnie Abrams, and Judge Jed S Rakoff are my concurrent judges. I'm been locked up since June 1 2021 and soon I will be released off + I hand the remander of my time Sean Combs is currently my fellow inmate and mentor. Being locked up with Mr Combs is like a blessy in disguise. Because he helps everyone in the unit here at MDC Brooklyn come together. He is very respectful and helpful when need most. When them found about so to say you honor. Alot of people here don't have family but Combs have some how in a special way made all of us seem like family. He also has started a class called "Free Grow with Diddy" that has been very resourceful to everyone and helpful. It's guiding me in the right direction. I was on a path to destruction for a very long time Prison doesn't change people it makes them worst. But if you take to the end appreciate how I grew thus our slavery in this Too. Combs is truely teaching meaningful and entrepanourship classes which is useful for when we all are released. We learn so much in So little time with Mr Combs. I'm thankful for being with him for these lengthy remander. He's a pillar in the recovery community. Everyone make mistakes truely we're judged everyday by people who aren't even judges your honor.

Life is hard. Life is what you make it. We all share a chance. As long as the system we got has is I believe in security for so long that's one of my the Siro Combs helped open my eye to what's true. With this class I plan to move forward in my life to better myself and my bd. I plan on having my own business like barbershop and 18-wheeler truck delivery business. Combs has helped me see protect insight to just how to attack my dreams. This class has also taught me to have a plan, nothing is going to be given. You have to go get what you want the legal way. Violence isn't key. You have to use your brains. This class hasn't just had a impact on my life but also my press coverage is eager to learn using the Correctional officers, case manager here at MDC Brooklyn. I want to be respected you honor and Combs showed me a way to do that by not being to sell drugs not with violence. Once again I'm thankful I can use these tools at Brooklyn and go forward with them in my life. You have the to change and actions speak louder than words. I can go on and on about what I will do I have to just do it like other Sean Combs is a motivational speaker also to us. He teaches us about parenthood and also about hi mistakes while I see the man right. What is proved you know you have the power to grow these class for him. Prison is very very very hard. Also anyone tout me I know. I've been thru a traumatic experience that almost killed me while locked. You know I thank you for your time. Keep changing the chains

76230-054