BP-A0324  
JUN 10

U.S. DEPARTMENT OF JUSTICE  
FEDERAL BUREAU OF PRISONS

## WORK PERFORMANCE RATING – INMATE

| Inmate's Name<br>Combs, Sean | Register No.<br>37452-054 | Unit<br>C-B |
|---|---|---|
| Evaluation Period<br>08/01/2025 to 08/31/2025 | Work Assignment<br>Tutor | |

Bonus Justification

**EXCELLENT CLASS. KEEP UP THE GREAT WORK !!!**

Signature and Date of Dept. Head Approval

*Kearney* / Unit Manager 09/02/2025

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
- ___ 1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
- ___ 2. Fair. Careless; makes mistakes and does not check work. Should do better work.
- ___ 3. Satisfactory. Makes some mistakes but no more than expected at this level.
- ___ 4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
- ✓ 5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
- ___ 1. Unsatisfactory. Lazy, wastes time, goofs off.
- ___ 2. Fair. Does just enough to get by. Has to be prodded occasionally.
- ___ 3. Satisfactory. Works steadily but does not push self.
- ___ 4. Good. Willing Worker. Does a full day's work and wastes little time.
- ✓ 5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
- ___ 1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
- ___ 2. Fair. Usually relies on others to say what needs to be done.
- ___ 3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
- ___ 4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
- ✓ 5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
- ___ 1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
- ___ 2. Fair. Shows minimal interest but not very eager to learn.
- ___ 3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
- ___ 4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
- ✓ 5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
- ___ 1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
- ___ 2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
- ___ 3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
- ___ 4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
- ✓ 5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
- ___ 1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
- ___ 2. Needs closer supervision than most. Not very dependable.
- ___ 3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
- ___ 4. Needs little supervision. Good record of dependability an promptness.
- ✓ 5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

Prescribed by P5251

Replaces BP-S324, OCT 94

**EXHIBIT 73**  
U.S. v. Combs, 24 Cr. 542 (AS)

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_✔_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
_✔_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
_✔_5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___1  ___2  ___3  ___4  ___M.
2. Hours of Satisfactory work **30 hours per week** .
3. Regular Pay **Volunteer Work** .
4. Bonus Recommended: ___yes; _✔_ no
5. Total Pay **n/a** .

| Supervisor's Signature | *[signature]* | Date 09/02/2025 |
|---|---|---|
| Inmate's Signature | *[signature]* | Date 9-2-25 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

ACE-Changing the Norm

**Performance Objective:**

To provide positive alternative thinking behavior to help change the "norm" of participant's community and in the housing unit.

**Purpose:**

To help understand living in a housing unit and to change the mindset of urban and rural communities in a positive manner.

**Goal:**

Participants will gain an understanding on how to become productive members of society.

**Sign Up Procedures:**

Admission to class is on a first come, first serve basis. Class size is based on room availability. This class will be advertised with the other ACE classes available and posted on the TRULINCS bulletin board and physical bulletin boards in the unit. Sign up will be done in person.

**Class Schedule:**

This course will consist of 4 one-hour classes for a total of 4 hours. Class times will be posted according to room and instructor availability and coordinated with Education staff.

**Materials:**

Chalkboard, chalk, dry erase board, dry erase markers and handouts.

**Criteria for Completion:**

In order to receive credit for this course, participants will attend all classes and will earn at least a 70% on the posttest. Attendance is mandatory and any unexcused absence is sufficient grounds for removal from the course. Accommodations will be made for students with special learning needs as determined by the SOE and may be provided with an oral exam. Due to the short nature of the course, no absences will be permitted. Upon successfully completing this course the participant will receive a certificate, and it shall be documented in Sentry.

ACE-Changing the Norm

## Instruction Methods:

The instructor will use a combination of lessons with discussions, lectures (using chalk/white board) and handouts.

## Class Outline:

| | |
|---|---|
| Class #1 | Pretest and introduction to CNT vocabulary words |
| Class #2 | Community Norms |
| Class #3 | Alternatives and Solutions |
| Class #4 | How to become a productive member in your community and pretest |

ACE-Changing the Norm

## The Art of Critical Decision Making (Discussion Questions)

Lecture 1:
1. Why do we often hold a distorted view of how decisions actually take place in organizations?
2. Why do we often focus more on the content of a decision than on the process of decision making?
3. What is the value of learning by the case method?

Lecture 2:
1. What are the costs and benefits of satisficing (relative to the optimization process depicted by economists)?
2. Why do humans find it so difficult to ignore sunk costs?
3. What are some examples of "summit fever" – type behavior in other fields?

Lecture 3:
1. How does confirmation bias contribute to polarization of attitudes?
2. Why is awareness alone not sufficient to combat cognitive biases?
3. What are some examples of confirmation bias that have affected your decision making?

Lecture 4:
1. How does framing of a situation shape the risks that we take and the amount of resources that we expend?
2. Why do we find it so difficult to shake old mental models?
3. How can we reframe situations to encourage more divergent thinking?

Lecture 5:
1. What are the positive and negative effects of utilizing intuition to make key decisions?
2. How can we integrate intuition and analysis more effectively in our decision making?
3. What can we do to refine our pattern-recognition capabilities?

Lecture 6:
1. What are some of the dangers of reasoning by analogy?
2. What types of analogies are the most salient?
3. How can we sharpen our analogical reasoning?

Lecture 7:
1. Why do leaders sometimes find themselves in Wag Dodge's predicament?
2. How can leaders encourage collective sensemaking that results in a shared understanding of a situation?
3. Does sensemaking always lead to better future decisions? Why or why not?

Lecture 8:
1. In what circumstances is a team likely to outperform individuals working on their own?
2. In what circumstances are individuals likely to outperform teams?

ACE-Changing the Norm

   3. How and why do people filter information, and what can be done to reduce the negative impact of filtering?

Lecture 9:
1. What are the primary drivers of groupthink?
2. When is groupthink most likely to arise?
3. What can be done to break down the barriers to candid dialogue in groups?

Lecture 10:
1. What lessons can we apply from the process Kennedy employed during the Cuban missile crisis?
2. Why don't leaders "decide how to decide" in many situations?
3. What are the positives and negatives of employing a devil's advocate in a decision-making process?

Lecture 11:
1. What techniques have you used that have helped stimulate a constructive debate within a team?
2. Why do some mechanisms for generating debate not function as expected?
3. Why does repeated practice help teams get better at managing conflict?

Lecture 12:
1. Why is it so difficult to mitigate affective conflict during a decision making process?
2. What techniques for managing conflict have worked for you either personally or professionally?
3. What are some of the key ways that a team can work through an impasse?

Lecture 13:
1. Why do we need to make it OK to fail in organizations?
2. What aspects of a work environment help stimulate creative brainstorming?
3. What are the key barriers to creative problem solving in organizations?

Lecture 14:
1. Why do some groups find it difficult to bring debates and deliberations to closure?
2. Why do we often assume that silence equals assent in groups discussions
3. Why does analysis paralysis occur in decisions-making processes?

Lecture 15:
1. Why does fair process matter?
2. What can leaders do to enhance perceptions of procedural justice?
3. How can efforts to enhance procedural legitimacy become problematic?

Lecture 16:
1. Why is the psychology of small wins so important to effective decision making?
2. Why can we not simply strive for divergence followed by convergence in a decision process?
3. What should a leader do to help a group move smoothly to closure?

ACE-Changing the Norm

Lecture 17:
1. Are some failures inevitable?
2. What causes tight coupling to arise in organizations?
3. What are the limitations of complex systems theory?

Lecture 18:
1. How do culture and history shape decision making in a situation such as the *Challenger* launch?
2. Are there some other examples of the normalization of deviance that you recall?
3. What might leaders do to mitigate this normalization process?

Lecture 19:
1. Why do we sometimes view organizations as monoliths with a single rational actor at the top making all the key decisions?
2. What do Allison's Models II and III add to our understanding of how decisions are made in organizations?
3. What are the limitations of traditional game theory models of behavior?

Lecture 20:
1. How do expectations distort our decision-making behavior?
2. What is practical drift, and why does it occur?
3. How can we mitigate or address practical drift effectively?

Lecture 21:
1. Why do individuals and organizations downplay ambiguous threats?
2. Can we investigate ambiguous threats in a cost-effective and timely matter?
3. Why is it problematic to have a culture where the burden of proof is to prove that something is incorrect or unsafe?

Lecture 22:
1. Why does poor and effective information sharing not occur in the groups and organizations?
2. How can teams foster more effective information sharing?
3. What can organizations do to encourage better information sharing across silos?

Lecture 23:
1. What are the key traits of high-reliability organizations?
2. Are the critiques of the high-reliability literature valid? Why or why not?
3. Can an organization become too preoccupied with failure? If so, how?

Lecture 24:
1. What does it mean to be a problem finder as opposed to simply a problem solver?
2. Why is discovery and framing of problems so difficult?

ACE-Changing the Norm

3. Why do leaders have to focus on questions, rather than answers, when leading decision-making processes?

**Free Game With Diddy – Adult Continuing Education (ACE) Class**

**Performance Objective:** *Free Game With Diddy* is a six-week educational program designed to equip participants with essential skills in business management, entrepreneurship, and personal development. The course offers exclusive insights into the journey of Sean "Diddy" Combs, tracing his rise from humble beginnings to becoming a globally recognized icon and influential business mogul. Through firsthand accounts and real-world experiences drawn from Mr. Combs' corporate endeavors and entrepreneurial ventures, the program provides a unique perspective on navigating and succeeding in the business world.

**Purpose:** The purpose of *Free Game With Diddy* is to empower aspiring entrepreneurs and professionals by providing foundational knowledge in business management, entrepreneurship, and personal development. Through a structured six-week curriculum, the program offers exclusive access to the strategies, experiences, and insights that shaped Sean "Diddy" Combs' journey from modest beginnings to becoming a globally recognized business leader. By integrating real-world case studies and firsthand accounts from Mr. Combs' corporate and entrepreneurial ventures, the program aims to inspire participants to pursue excellence, cultivate resilience, and develop the skills necessary to thrive in competitive industries.

**Goals:**

1. Empower Aspiring Entrepreneurs:  Provide participants with practical tools and strategic insights to launch, manage, and grow successful business ventures to include business plan development.

2. Deliver Foundational Business Education:  Offer a comprehensive understanding of core business principles, including management, marketing, finance, and operations.

3. Share Real-World Experience:  Expose learners to firsthand accounts from Sean "Diddy" Combs' corporate and entrepreneurial journey, illustrating how theory translates into practice.

4. Cultivate Leadership and Life Skills:  Foster personal development through lessons in resilience, decision-making, communication, accountability and adaptability—skills essential for both business and life.

5. Inspire Through Storytelling : Motivate participants by showcasing how Mr. Combs transformed challenges into opportunities, encouraging learners to pursue their own paths with confidence and creativity.

6. **Build a Community of Innovators:** Create a network of like-minded individuals who support, challenge, and inspire one another throughout the program and beyond.

**Sign-Up Procedures:** Admission to the class is on a first come first serve basis, class is based on availability. This class will be advertised with the other ACE classes available and posted on the TRULINCS bulletin board and physical bulletin boards in the unit. Sign up will be done in person.

**Class Schedule:** This course will consist of a 2-hour class for a total of 6 weeks. Class time will be posted according to room instructor availability and coordinated with Unit Team and Education staff.

**Materials:** Chalkboard, chalk, dry erase board, dry erase markers and handouts

**Criteria for Completion:** To successfully complete the *Free Game With Diddy* program, participants must meet the following requirements:

Attendance and Participation

- 100% of scheduled sessions over the six-week period
- Actively engage in class discussions, group activities, and mentorship opportunities

Assignment Completion

- Submit all required assignments, reflections, and business development exercises by designated deadlines
- Demonstrate thoughtful analysis and application of course concepts in submitted work

Essay

- Write an essay which incorporates lessons learned from Sean "Diddy" Combs' journey, personal insights gained throughout the program and methods of achieving long term goals

Skill Demonstration

- Exhibit growth in key areas such as leadership, strategic thinking, financial literacy, and personal development
- Apply practical tools and frameworks introduced during the course to real-world scenarios

Final Evaluation

- Participate in a closing evaluation or feedback session with program facilitators
- Receive a satisfactory assessment based on engagement, comprehension, and overall contribution to the learning environment
- Upon successfully completing the course the participant will receive a certificate and it shall be documented in Sentry.

**Instruction Methods:** The instructor will use a combination of lessons with discussions, lectures (using chalk / whiteboard) and handouts

**Class Outline:**

Successful People Do What Unsuccessful People Won't Do

- Never be embarrassed - No ego
- Out Work the Competition
- Ego - the conscious self / extreme

Just Do It

- Choose a short-term goal
- Make a plan
- How much?
- How long?

Execute

- Matrix
- Weekly Review
- Checks & Balance

Time Waits For No Man

- Deadlines
- You can make money but you can't make time

Failure

- What to do when a plan doesn't go right
- Over Budget

- Off schedule

The Marathon 26.2

- Nothing happens overnight
- Trust the process
- What does success look like
- Heavy is the head
- The price of success
- Success - Responsibility

Bonus Class - Can't Stop Won't Stop

- Don't stop
- Never give up