Dear Honorable Judge Arun Subramanian,

My my name is Wellington Eustate, Im From Dominican Republic. I am currently incarcerated in M.D.C Brooklyn in the unit 4South since 2023 where i got to meet Mr.Combs when he got to this unit. In the time we have spent and share together i can honestly say that he is a great person whos respectful and willing to always help those in need collabarating with his time , advice and presence. Mr.Combs from his own inniciative organize and started to give classes that are motivational where the whole unit as one participates. They are classes that in a personal aspect have caused a great impact in my life. It has help me reflect on my own life and shown me that its never to late to change. Mr.Combs class is about setting up realistic goals and where we plan on how we are going to achieve and complete these goals on a weekly basis. We review our progress or our stages of our objective. With these work methods i can supervise where is the failure in my life. That way i can correct my mistakes. What i have learn during this course is to make a changes in my life so when i get out of this process the knowledge that i have obtained during my change . My life testimony is how positive Mr.Combs teaches us about how chasing the easy money is the wrong way to acheive greatness . He has shown me that its never to late to start nor is it ever to late to acheive your dreams. Dear Honorobale Judge i ask of you with all due respect in the time of sentencing of Mr.Combs if you may grant him his freedom, he is a great inspiration and he could give more to society where he is benificial at. Thank you for taking my words into considaration. God Bless.

Sincerly Wellington Eustate ,
Inmate # 27525-050

*Eustate.w*

**EXHIBIT 76**
U.S. v. Combs, 24 Cr. 542 (AS)