Dear Judge Subramanian,

Hello my name is Quinton Davis. I am a fellow peer of Sean Combs. My personal experience with him has been great. Mr. Combs has showed me and the rest of the inmates here a lot of respect and taught us how to become a better verision of ourself.

Mr. Combs started a 6 week class here at M.D.C where he teaches us business management, entrepeneurship and life skills. A key factor and inside scoop on how Mr. Combs started from nothing and became the icon-business mogul he is today. First hand experience in the corporate world and his business ventures.

The Free Game class with Mr. Combs has affected me in a good way and has impacted me because i've learned many things like, how to create a succseful plan. And that the plan has to be realistic. I also learned how to research thengs better by using "A.i" or Chat G.B.T. One thing that stuck out to me that Mr. Combs has taught me in his Free Game Class is that "i Can make money, but i can't make time and that time waits for no one!"

➤

EXHIBIT 78
U.S. v. Combs, 24 Cr. 542 (AS)

Money will always be around. Time won't. Basically what i got out of that is Not to waste my time or anyone eles time. Time is preious, something that you can't get back so make the best out of it.

It really means A lot to be able to share this experience and to gain First hand Knowledge/wisdom From Mr. Combs because when i was younger i used to see him on T.V. Now i'm in the dorm with him. I would of Neva in a million years thought i would be getting First hand Knowledge/wisdom From a Mogul such as Mr. Combs. Many people all across the world looks up to Mr. Combs such as myself. This is like A dream Come True. I believe everyone makes Mistakes and Mr. Combs is A person who Made A Mistake and From what i observed He's learn'd From his Mistake. And Deserves A Second Chance.

Quinton Davis
#91000-509