EXHIBIT 81
U.S. v. Combs, 24 Cr. 542 (AS)

9/5/25

Dear Judge Subramanian,

Hello my name is Corey Batchelor. I am 27 years old and I am from The Bronx New York. I was born and raised in New York but I am currently residing in Charlotte, North Carolina. I am currently incarcerated in MDC Brooklyn with Sean Combs. I grew up always listening to Mr Combs as an artist but being incarcerated with him I got to know him as a person. He is a very uplifting, caring, motivational and God fearing man. Mr Combs brings an extreme amount of positive energy into the unit that we are being housed in together, He even gathers up a few inmates including myself every night to say a prayer. Mr Combs has started a class that I am attending called "Free Game With Diddy". The class is 1 to 2 hours long and it is once a week and every week after class all the inmates are given a homework assignment. During the class Mr Combs shares his knowledge to everyone attending in many ways. Being that alot of people look up to Mr Combs because he is such a successful Artist, Producer and Business Mogul he decided to share his knowledge with us so we all can come up with plans to better ourselves, some people have business ideas, some are trying to better their health and fight drug addiction and others are seeking something as simple as getting closer to God. The class has taught me so much in just a short period of time. One thing that I can share that I learned from the

First class is having no ego, never being embarresed and putting my pride to the side. Also sacrificing bad habits in order to be successful in life. The class has given me something to look forward to doing while being incarcerated and now I am currently beginning to study on a new business venture and coming up with a plan so when I am released I can move forward with it and live a positive life. It means so much to me to be able to sit down and learn all of this from Mr Combs, he has taught me so much and I thank him for it. He has taught me to always hold myself accountable, to have self discipline and to always be consistent with what I am doing. Your honor we all make mistakes but after spending this time being incarcerated with Mr Combs I feel that he deserves to be home with his family. I am totally honored to write this letter on his behalf.

Sincerly:

Corey Batchelor

72923-748