# AGNIFILO
# INTRATER

September 24, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    Enclosed please find a proposed order permitting Defendant Sean Combs to receive non-prison clothing at the MDC for his post-trial hearing and his sentencing, to be held on September 25, 2025 and October 3, 2025 respectively.

Respectfully submitted,

Teny Geragos

cc:    All counsel (by ECF)