# AGNIFILO INTRATER

September 24, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

Enclosed please find a proposed order permitting Defendant Sean Combs to receive non-prison clothing at the MDC for his post-trial hearing and his sentencing, to be held on September 25, 2025 and October 3, 2025 respectively.

Respectfully submitted,

*/s/ Teny*

Teny Geragos

cc: All counsel (by ECF)

DENIED as to the hearing on September 25, 2025. The application was made the afternoon before the hearing, and it doesn't explain the basis for a clothing order of this kind outside of the context of a jury trial, whether this has been done in other cases, or whether relevant personnel were consulted and it posed any issues. The Court will entertain an application relating to the sentencing proceeding, but it needs to provide some explanation along these lines.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 24, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SEAN COMBS,<br><br>Defendant. | No. 24-CR-542 (AS)<br><br>[PROPOSED] ORDER |

Upon the application of Teny R. Geragos, attorney for Defendant Sean Combs:

IT IS HEREBY ORDERED THAT, the defendant Sean Combs, Inmate # 37452-054, will be permitted to receive non-prison clothing at the MDC to wear for his appearance on September 25, 2025 and his sentencing on October 3, 3035. He is permitted to have two button down shirts, two pairs of pants, two sweaters, and one pairs of shoes without laces to wear to court.

Dated: September __, 2025

_____
Hon. Arun Subramanian
United States District Judge
Southern District of New York