# AGNIFILO INTRATER

October 1, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

We write in opposition to the government's September 30, 2025 letter motion requesting that a person with the false name Mia speak at Mr. Combs' sentencing for charges of which she is not a statutory victim. *See* ECF 519.  Over defense objection, "Mia" was permitted to come into a courtroom, assume a fake identity (complete with a made up voice and demeanor), and lie about a defendant in a criminal case, all behind the shroud of anonymity.  She lied that she had sexual contact with Sean Combs without her consent.  She lied that she was a victim.  Virtually everything that came out of her mouth was a lie.

One of the great vestiges of the Enlightenment that once held sway over parts of Europe is trial by jury, and a jury of twelve people had little difficulty concluding that this person with the false identity, voice and demeanor was lying, and it acquitted Sean Combs of anything and everything related to her testimony.  But, she apparently is not done.  Now that the jury is gone, and her lies will not be tested by cross examination or evaluated by a fact-finder, she wants to return to court, still beneath the shroud of anonymity, to lie again.

Simply, she is not a victim of anything.  She had adult, consensual sexual contact with Sean Combs on a handful of occasions, and, as her many writings show, held him in the highest regard for years afterward.  How do we know this? The same way the jury knew.  Because her testimony was blatantly incredible in every way, as was the testimony of so many of the government witnesses.  Moreover, that she is so eager to return to court, when she plainly does not have to, and is not even entitled to, puts her proffered fear of testifying at trial into clear relief.  This was a show for her.  She got to lie, she got to testify with a false identity, she got to try out her fake voice for a jury of savvy New Yorkers.  But, she also saw the consequences of lying to a jury: they don't believe you.  So, now that the jurors have returned to their lives, and she can testify without scrutiny, she wants to come back, still under a fake name, still with the false narrative to further sully these proceedings.

Thank you for your consideration.

Respectfully submitted,

Marc Agnifilo
Teny Geragos
Alexandra A.E. Shapiro
Jason A. Driscoll
Brian Steel
Nicole Westmoreland
Xavier Donaldson

cc: All counsel (by ECF)