UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-                                            24-cr-542 (AS)

SEAN COMBS,                                          <u>ORDER</u>

                            Defendant.

ARUN SUBRAMANIAN, United States District Judge:

Sentencing in this case will commence on Friday, October 3, 2025, at **10:00 AM**, in Courtroom 26A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: October 1, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge