9/30/25

Dear Judge Subramanian,

    I know you are sentencing Sean Combs on Friday, and I have been thinking a lot about it. I saw in the press letters were submitted by many concerning the sentencing. No one asked me or told me to write this letter but I felt my voice should be heard as I was identified as Victim 3 in this case, and I understand charges that were brought concerning me, including accusations of sex trafficking and prostitution.

    I cooperated fully with prosecutors. I met with them three times, answered their questions, and gave them all the information and evidence I had, including pictures, videos, and text messages from my phone. During those meetings, I felt pressured to feel like a victim. I told them I was not but they insisted that I was, even when I expressed my truth otherwise. I understand they concluded that I had been sex trafficked and involved in "forced prostitution." I did not agree with that conclusion. I was not trafficked. I did not engage in prostitution with him or others. That would have been my testimony if called to the stand. I was subpoenaed and fully prepared to testify and answer all questions truthfully. But I was informed by my lawyer that I would not be called to take the stand.

    I want to emphasize that I understand the seriousness of this case and the pain others may feel. I cannot speak for anyone but myself. In terms of sentencing, I kindly ask that you consider releasing him back to his family. I understand throughout the process he has been cooperative and respectful, including turning himself in. Throughout this process he has never once reached out to me or made me feel uncomfortable in any way. I believe he will continue to be compliant with the Court's conditions upon release. I understand that accountability is important and I am not writing this to dismiss the gravity of the charges, nor to criticize anyone. I write to express my perspective as a so-called victim. I write to express how I felt during the investigation and trial, and how I feel now waiting to hear the sentence. I felt compelled to share my own perspective honestly. I respectfully ask that you take my words into consideration when making your decision. Thank you for your time and for allowing me to be heard.

Sincerely,

*Virginia Huynh*
Virginia Huynh

**EXHIBIT 83**
U.S. v. Combs, 24 Cr. 542 (AS)

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 1000

Dear Judge Subramanian,

My name is Shamoy Allen, and I am writing to you with the utmost respect in support of my mentor, Mr. Sean Combs. I am a hardworking man, a father, and a college graduate. Family and faith are important to me, and it is through those same values that I have built my life and career.

I have had the privilege of knowing Mr. Combs for several years, not only through my own experiences with him, but also through my lifelong friendship with his son, Justin. Justin and I grew up together as childhood best friends, which gave me the unique opportunity to witness Mr. Combs both as a father and as a mentor. From that perspective, I have seen firsthand how deeply he values his children, how present he is in their lives, and how he strives to guide them with love and responsibility.

Over the years, I have come to know Mr. Combs as a man of integrity, faith, and family. He has consistently carried himself as someone who cares deeply about the people around him. His words, guidance, and actions have left a lasting impact on my life, inspiring me to work hard, take responsibility, and always strive to uplift others.

Mr. Combs has also shown through his work and actions how deeply committed he is to his community. I personally had the honor of being present during one of his charitable events in Miami during the height of the COVID-19 pandemic, when he gave back to struggling families by distributing much-needed relief. I will never forget the smiles on people's faces and the gratitude they expressed. Seeing the joy and hope he brought to so many reminded me of the kind of man he is—someone who truly wants to uplift people and make a difference in their lives. That day left an impression on me that I carry to this day. Beyond that, Mr. Combs has dedicated himself to giving back—supporting education through scholarships and schools, mentoring young people and entrepreneurs, creating safe spaces for youth, and providing relief to families during times of crisis. At his core, Mr. Combs is a family man. He often speaks of the importance of being present for his loved ones, and it is clear to anyone who knows him that his family is the foundation of his life. His mother, his children, and those closest to him are his greatest source of pride and joy. Judge Subramanian, I humbly ask that you consider granting him the opportunity to return to his family. His presence in their lives is irreplaceable, and I believe his best path forward is alongside them—continuing to grow, guide, and live out the values he holds dear. Thank

you for your time and consideration. I have deep respect for the responsibility you carry, and I hope that my words offer some insight into Mr. Combs' true character as a devoted father, a man of faith, and above all, a good man at his core.

With sincerity and respect,

Shamoy Allen

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Honorable Judge Subramanian,

My name is Whitney Artis and I was an employee of Mr. Sean Combs (Mr. C) at Bad Boy Entertainment for 3 years in the HR & Operations department. During my time there and after, I have interacted with Mr. Combs many of times on a professional level this businesses and homes.

During the time I have known Mr. C, he has always conducted himself in a professional and respectable manner. The Sean Combs that I know is a person of moral character, integrity, and responsibility for his family, employees and friends. In the work place he always  demonstrated respect for others, a strong work ethic, and a genuine concern for the people around him.

Completely being aware of the charges before the Court, I believe that this situation is not a reflection of Mr. C's true intentions of his purpose in life. In my many experiences with him, he has always conducted himself in an honest and respectful manner.

I believe he has shown remorse and accountability for his actions and is committed to making amends and improving his life moving forward.

I respectfully ask the court to take my letter into consideration when making any decisions regarding Mr. C's case. I am confident he will take full responsibility and make positive contributions to his family and the society in the near future.

Thank you for your time and consideration.

Whitney Artis

To Whom It May Concern,

I am writing this letter to express my deepest gratitude for the impact Sean "Diddy" Combs has had on my son, Raymond, during his time of incarceration. As a mother, it is not easy to watch your child face challenges, but I can truly say that the positive influence and guidance Raymond has received has been life-changing for both him and our entire family.

Before this experience, Raymond struggled with direction and purpose. Since meeting Diddy, he has undergone an incredible transformation. Diddy has encouraged him to think differently, to believe in himself, and to see his potential beyond his current circumstances. He speaks about the conversations they've had, the advice he's been given, and how it has motivated him to work on becoming a better man.

Raymond's mindset has completely shifted—he is focused, driven, and determined to make the most of this opportunity to grow. He talks about the future now, about building a better life not just for himself, but for his family. I can hear the pride in his voice when he tells me about the positive steps he's taking and the program he's been selected to be a part of.

As a mother, I cannot express enough how much this means to me. To see my son find hope, guidance, and a new sense of responsibility has been a blessing. I am so thankful to Diddy for taking the time to pour wisdom into him and for helping him realize that his life is not over—that he can still create a bright future.

I truly believe this experience and Diddy's mentorship have changed the trajectory of Raymond's life. I am forever grateful for the inspiration, encouragement, and belief he has given my son.

Thank you for recognizing Raymond's growth and for giving him this chance to continue his progress through this program. Our family's future feels brighter because of the support and influence he has received.

With sincere gratitude,
Maribel Flaquer

Judge Subramanian,

I am Ho Wen Kwok also known as Miles Guo #49134-510. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The last 25 months in mdc the top high profile cases Me, Sean "Diddy" Combs, Sam Bankman-Fried, Juan Hernandez. I have met all of them and lived with them all in the same unit. Of all the most motivated and influential I've met is Mr.Combs. I've been with Mr.Combs now for close to 200 days where we sleep right across from each other. I have had multiple conversations with him and they have been very peaceful, enlighten, and motivational. I see Mr.Combs is a very kind, sensitive, genius person. He really cares about his name and his reputation. I've seen how after legal visits he would come back and work on his case, and still kept his mind strong to also work on himself. He rarely spoke to people but when he did it would only be positive. But i feel i have gotten to know him well due to our conversations and i can say that he is not who the media portrays him to be. I've seen him go through extreme emotional changes through his case when he first arrived he was extremely depressed and was going through dark stages. But now he has found his light again. Because he has seen what this can do to your family and although he fell off he has climbed back to the top of the mountain again. He personally ask me that when we are released if we can create a AI platform so that we can help the people. Where not only for business but for emotional support. We have spoke about creating programs to take the youth out of the street and help them with music, sports, and just to find there light. Where people without the source or the funds or the connection can come to expand there minds and resources. Also i have been to multiple social visits where i was able to meet his mother and kids. I have to yet to see in mdc a family with such a strong connection. After social you can see the pain in his eyes, and because of this i see that it saved his life cause he is able to sit back and see from a different perspectives. Since he has found his light he has spread it and try to shine as bright as he can by sharing it with the unfortunate in mdc by starting a course named "Free Game With Diddy". "Free Game With Diddy" is a course where we are taught about life, entrepreneurship, and how he became one of the most successful icon-Business moguls in the world starting from nothing. Where he helps people get his mind right and helps them find there light. I have seen him prepare for this class for few months where he would write and read books and take notes so that he can spread his knowledge and thoughts. For him to share the best information he can. For a first time in mdc i joined a program. Also for a first time ive seen a whole unit participate where color or gang didn't matter the only thing that mattered was the equal goal of gaining knowledge and wisdom. Because he prepared himself so well you can see that his emotional connection is strong with teaching the youth and the old that anyone can Do It you just have to Do It!!. It doesn't matter where you come from all it takes is you. After the first class i can see how he became successful he is a dedicated motivated individual when he puts his mind to something. I have met a lot of celebrity's and ive seen that they are not that organized but for this course he is organized and truly prepared to share his "Free Game". I hope and pray for him and his family that this issue can be resolved. So that he can get out and help the young generation from the mistakes he has learned from. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thank you for your time and patience

Your Truly,

Ho Wen Kwok
Miles Guo

x _KWOK HO WAN_ [signature]

Iyesata Marsh



The Honorable Judge Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States vs. Sean Combs – Character Reference

Dear Your Honor,

My name is Iyesata Marsh, and I am a celebrity hair stylist with over 30 years of experience in the entertainment industry. I am writing to you as someone who has had the privilege of knowing Sean Combs personally and professionally since the late summer of 1997, when I began my career on his No Way Out Tour. Sean gave me my very first opportunity for employment in the music industry, at a time when I was facing great personal hardship. My oldest son's father had been murdered when my son, Larry, was just one year old. I was left with very little support, but Sean gave me not just a job — he gave me a career. That opportunity allowed me to travel the world while raising my son, and to this day, more than 30 years later, I continue to thrive in the same career path he helped me begin.

Sean has been more than just a friend to me — he has been a guiding presence in my son's life. Without a father figure, Larry could have easily felt lost. Instead, Sean stepped in as a mentor, a godfather-like figure, and a role model. He spoke to my son about his potential, about his abilities, and about how — even without a father — he could become anything he wanted in life. These words carried special weight because Sean himself faced the same tragedy of losing his own father to murder. His encouragement and wisdom gave my son strength to believe in himself.

Beyond my own family, I have also been a support for Sean's family. My home has always been a safe haven for his sons, just as his homes in Los Angeles and Miami have

been welcoming and safe spaces for mine. Our families have shared countless moments together — vacations, birthdays, New Year's celebrations, and milestones — always surrounded by love, positivity, and support.

Most recently, I had the privilege of spending New Year's Eve of 2023 into 2024 at Sean's home on Star Island in Miami. There were about 25 people there, mostly his children — his sons Justin, Christian, and Quincy — along with my sons and their friends. The only adults present were myself, my girlfriend Natasha McAdley, his mother, French Montana, Korey, and the photographer. It was a warm, family-centered environment, full of laughter and positivity.

In the three decades I have known Sean, I have always known him to be gracious, welcoming, and generous. He has had an immeasurable impact on both my professional life and my personal life, and most importantly, on my son's development and growth.

I do not know the man being portrayed in the media or in the courtroom. What I do know, and can honestly speak to, is the man I have personally known: someone who values family, loyalty, and responsibility. I believe Sean deserves the opportunity to reunite with his family. With the proper rehabilitation, counseling, and behavioral programs, I truly believe he can continue to live a positive and productive life — not only for himself, but for his children, his mother, and those who love him.

Your Honor, I respectfully ask that you take into account the Sean Combs I have known and the profound positive influence he has had on my life, my son's life, and so many others.

Thank you for your time and consideration.

With respect and sincerity,

Iyesata Marsh

# ART@WAR

1 Rockefeller Plaza, 6th Floor
New York, New York 10020

September 29, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Sean Combs, 24-cr-542 (AS)**

Dear Judge Subramanian:

My name is James McMillan. I am a New York attorney and entertainment executive, and I currently serve as the Managing Partner of the law firm James E. McMillan, PC and Founder and CEO of ART@WAR Entertainment. Over the past twenty-five years, I have dedicated my career to representing and developing artists, advocating for their rights, and building businesses that empower creators.

I was first introduced to Sean Combs by mutual friends in 1992 when we were both roughly twenty-three years old. At the time, I had just flunked out of law school and was uncertain of my future. I always aspired to be in the music business, and Sean, who was already producing hit records and developing young stars, was much further ahead than any of us. He was also emerging as a cultural leader in our community.

For many young aspiring executives like me, Sean paved the way. He was aggressive, brash, unapologetic, and fearless. He was persistent, determined, and did not take no for an answer. More than that, he was necessary. Through his early success, Sean broke down barriers and opened doors in an industry that had historically limited our access to true financial freedom. Inspired by his example, I returned to law school, graduated, passed the New York Bar, and built a career where I have helped countless people's dreams come true in the entertainment business, including my own.

Fast forward three decades, and I have witnessed that same young man blossom into one of the most successful business leaders the world has ever seen. Operating at that level, however, comes with pressures and pitfalls. Alongside his many triumphs, I have also seen Sean struggle with the excess that sometimes accompanies great success. I have, sadly, witnessed his battle with substance abuse and the poor choices that addiction can bring, including behavior that has hurt others.

In my opinion, those struggles with addiction are directly connected to the circumstances in which he now finds himself. And yet, I remain optimistic. I have also seen Sean demonstrate the same resilience, persistence, and determination that first inspired me so many years ago. I believe that, with the right support and treatment, Sean has the ability to overcome his personal challenges, rebuild, and continue to give back to his family, his community, and to countless people who look up to him.

Your Honor, I respectfully ask that you consider not just Sean Combs' present struggles but also the full scope of his life, the doors he has opened, the people he has inspired, and the profound ways he has changed the entertainment industry and our culture for the better.

Thank you for your time and consideration.

Respectfully,

James McMillan, Esq.
Founder & CEO
ART@WAR Entertainment

To the Honorable Judge Arun Subramanian,

My name is Ivy Rivera, and from 2020 to 2023, I had the privilege of working at Combs Enterprises as a Lifestyle Specialist and at Love Records as the Product Manager for Jozzy, the first artist signed to the label. I write to share my perspective on Mr. Sean Combs; not only as my employer, but as a mentor and human being who has profoundly shaped my life.

From the moment I was brought to Miami to meet him as an employee, I felt truly heard and empowered. For the first time, I was not just a young hustler seeking opportunity but an executive whose voice mattered. Mr. Combs held me accountable to excellence, but he also championed my presence in rooms where it could have been overlooked.

During my tenure, Mr. Combs entrusted me with responsibilities far beyond my title. He empowered me to lead the rollout of Jozzy's first EP, which went on to chart at number one on Apple Music. What began as conversations about me potentially becoming a voice on Revolt eventually evolved into opportunities working alongside his spirit brands - DeLeón Tequila and Cîroc; where I helped drive influencer marketing, creative content, and brand amplification. He brought me into business meetings, asked for my input, and trusted my taste. Through this, I learned what it takes to build ventures from the ground up. Those lessons remain with me every day.

Mr. Combs also gave me full access to his many endeavors, exposing me to a world of possibility that I could never have imagined on my own. Beyond being my employer, he trusted me as a friend. That trust taught me confidence, discipline, and vision, and for that I can never repay him.

I also came to know his children, Justin, Christian, and Quincy through their musical pursuits. Their warmth, humility, and passion reflect the values instilled in them by their father. To me, this further showed that Mr. Combs is not only a cultural pioneer and business leader, but also a devoted father who inspires greatness in those closest to him.

What stands out most is how safe and supported I always felt in his presence. He pushed me, believed in me, and made sure I knew my worth. He is a man of passion, conviction, and undying belief in greatness - not just for himself, but for those around him.

I am fully aware of the challenges before him now, but I remain willing to share this testimony because of the lasting impact he has had on my career, my outlook, and my life. I respectfully ask that you take my experience into consideration when evaluating his character.

Thank you for your time and thoughtful attention.

Sincerely,

Ivy Rivera



# Letter of Support for Mr. Sean Combs

September 29, 2025

Giovanni Sairras
Executive Director
RE Entry One Inc.
2 S. Biscayne Blvd., Suite 3200
Miami, FL 33131
Phone: (786) 375-0163
Email: giovanni@reentryone.org

Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St, New York, NY 10007

Dear Judge Subramanian,

I am the Founder and Executive Director of RE Entry One Inc., a nonprofit organization based in Miami, Florida, dedicated to reducing recidivism and strengthening public safety by providing comprehensive reentry services to currently incarcerated individuals, returning citizens, and marginalized communities throughout South Florida and beyond.

RE Entry One Inc. currently partners with multiple correctional agencies and community organizations. With the GEO Group, Inc., we deliver in-prison mentorship and life skills programs at South Bay Correctional Facility, serving more than 500 individuals annually. Through our partnership with the Federal Bureau of Prisons (BOP), including Federal Correctional Institution (FCI) Miami, we provide employability, life skills, and entrepreneurship programs that reach diverse populations of men for reentry. Our relationship with the warden at FCI has enabled us to establish monthly programming that directly supports reentry planning.

We also maintain collaborations with the Florida Department of Corrections, local work release centers, and state facilities where our team delivers life skills training, financial literacy, and family reunification initiatives. Through our partnership with the Federal CARE Court program, under the leadership of Senior U.S. District Judge Patricia Seitz, as well as with Florida State Probation, RE Entry One has assisted numerous participants in successfully completing their supervision, including many early terminations of probation and releases from house arrest, while also helping participants overcome barriers to employment, family reunification, and entrepreneurship.

Beyond correctional facilities, RE Entry One works with Florida legislators, municipalities, schools, and neighborhood organizations across South Florida to serve justice-impacted families and educate community members about reentry barriers. In total, our programs have directly reached thousands of individuals and families, from young adults ages 16–25 to older returning

**RE-ENTRY ONE**
YOUR SOURCE FOR RE-ENTRY NEEDS

citizens across the state of Florida, earning back-to-back proclamations from the City of Lauderhill, Florida, for example, for the work in this area.

Importantly, I wish to express my strongest support for Mr. Sean Combs and to outline the significant role he is prepared to play in advancing our mission through direct service to justice-impacted populations.

RE Entry One Inc. has already secured approval from correctional agencies like GEO Group, Inc. and community partners to host Mr. Combs as an instructor teaching both virtually and in person. Beginning immediately upon his release, Mr. Combs will deliver entrepreneurship, life skills, and mentoring classes on a bi-weekly to monthly basis to approximately 75–100 incarcerated participants per class session. These classes will build on the "Free Game" program Mr. Combs has already been facilitating while incarcerated, serving as a bridge between his proven ability to inspire and the structured reentry framework we provide.

Following his release, Mr. Combs will also lead the same entrepreneurship, mentorship, life skills, and personal development programming within the community, specifically in underserved neighborhoods such as Little Haiti and parts of Miami Gardens. This expansion will provide vital resources while serving as a meaningful step in Mr. Combs' rehabilitation and reintegration as he gives back directly to the community.

Mr. Combs has scheduled the following teaching engagements (listed in chronological order):

- Miami North Work Release Center – Monday, October 6, 2025, at 7:00 p.m.
- Sprouting to Success School (Founders Andre and Thea White, 18061 NW 27th Avenue, Miami Gardens, FL 34056) – Tuesday, October 14, 2025, at 1:00 p.m.
- North Dade Regional Library, Miami Gardens – Friday, October 17, 2025, at 11:00 a.m.
- Little Haiti Cultural Arts Center – Friday, October 17, 2025, at 6:00 p.m.
- South Bay Correctional Facility (GEO Group, Inc.) – Thursday, October 23, 2025, at 10:00 a.m.
- Rights Restoration & Expungement Fair (Keynote Teaching, location TBD) – Saturday, October 25, 2025, at 11:00 a.m.
- Quest Workspaces, Downtown Miami & Brickell – Wednesday, October 29, 2025, at 5:00 p.m.

Furthermore, I will work closely with Mr. Combs to ensure he remains in compliance with all conditions of correctional supervision. That includes supporting him in maintaining sobriety, attending all required programs, staying focused, and dedicating himself fully to this mission of service.

At RE Entry One Inc., our model is that those who are closest to the problem are often those closest to the solution. Mr. Combs' lived experience, influence, and passion for this work make him an invaluable partner in advancing that philosophy. Indeed, I have reviewed his curriculum, his BOP evaluation and the letters of support from students of his class at the MDC. The effort Mr. Combs has illustrated leaves me no doubt that his commitment to this work is genuine and deeply felt. His influence and ability to connect with justice-impacted individuals is uniquely powerful. By partnering with RE Entry One Inc., Mr. Combs is positioned to help dismantle cycles of incarceration and provide hope, direction, and opportunity where it is urgently needed.



His involvement will be an extraordinary asset not only to our organization and our community, but also to the broader goals of state and federal re-entry initiatives nationwide.

For these reasons, I respectfully urge the Court to recognize Mr. Combs' contributions and intentions as a valuable community asset and partner in reducing recidivism.

Thank you for your consideration.

Respectfully submitted,

Giovanni Sairras
Executive Director
RE Entry One Inc.

*From the desk of:*

**Rev. Gary Johnson**
Founder & National President

Chaplain,
Miami Beach Police Department




October 1, 2025

The Honorable Arun Subramanian
United States District Judge
Southern District of New York

Re: United States v. Sean Combs

Dear Judge Subramanian,

I write to you as the Founder and National President of King Clergy, a civil rights and faith-based organization rooted in the historic legacy of the Southern Christian Leadership Conference, first led by Dr. Martin Luther King, Jr. King Clergy was founded on Resurrection Sunday, April 12, 2020, and today includes over 6,000 clergy leaders nationwide who work collectively to advance faith, justice, education, and equality. In addition to my work with King Clergy, I also serve as Chaplain for the Miami Beach Police Department, where I have long ministered to individuals and families impacted by the criminal justice system.

I submit this letter in support of Mr. Sean Combs. I am mindful of this Court's concern, repeatedly expressed, that Mr. Combs must demonstrate that he poses no danger to the community if released. I do not come as a mere character witness, but as a community leader who is prepared to take an active, supervisory role in ensuring accountability, structure, and guidance should the Court consider placing Mr. Combs on probation rather than continued detention.

I first came to know the Combs family through Mr. Combs's mother, who has become a dear friend and prayer partner over the years. In moments of personal crisis, she has often turned to me for counsel and support, and through her I came to know Sean and his children. Because of this relationship, I am not speaking as a stranger to this family but as someone with a continuing connection and responsibility. I believe this gives me a unique ability to act as an extension of the Court's arm in the community.

If released, Mr. Combs will not simply return to the life he previously had. He will be surrounded by a network of accountability that includes myself, his family, and the Probation Office. I am prepared to personally oversee his participation in counseling and spiritual instruction, to provide regular reports to Probation, and to serve as a resource to this Court in ensuring compliance with all conditions of probation. Through King Clergy, I can also connect Mr. Combs to programs that focus on redemption, repentance, and reconciliation - offering him the opportunity to contribute positively to the very communities which need it most.

From the desk of:

**Rev. Gary Johnson**
Founder & National President

Chaplain,
Miami Beach Police Department




In addition, if granted probation, Mr. Combs will not merely be supervised in a passive sense, but will be required to take on active, constructive work through King Clergy and our partner organizations. He will engage with at-risk youth by speaking candidly about decision-making, the consequences of poor choices, and the lessons he has learned from his own experiences. This work is designed not only to deter young people from destructive paths but also to allow Mr. Combs to make amends by serving as a cautionary voice. Beyond serving as a positive example to the youth, he will also work with initiatives that King Clergy supports, lending his time and experiences to organizations fighting to protect persons in need. These efforts will ensure that his release is not simply a return to ordinary life, but a structured opportunity to repair harm, provide service, and demonstrate genuine rehabilitation through tangible contributions to the community.

It is also important to recognize that the legal concept of "danger to the community" does not mean that Mr. Combs can or should be held in jail any longer. The only meaningful way to best achieve justice and protect the community over the long term is not through prolonged isolation but through transformation: changing minds, reshaping behaviors, and fostering responsibility. This can best be achieved through a combination of probation supervision, community service, spiritual counseling, and constructive engagement with organizations like King Clergy that are designed to cultivate accountability and growth. In this way, probation serves as the most effective safeguard for the community's future safety.

I am persuaded that the time Mr. Combs has already served has been a sobering punishment and an opportunity for reflection. He now has the chance to begin a path of transformation - one that this Court can supervise, and one that I am willing to shoulder responsibility for in partnership with probation. To release him under probation, is to invite rehabilitation, community service, and accountability.

For all these reasons, I respectfully ask this Court to consider allowing Mr. Combs to be released from jail and placed on probation, where he can be properly supervised, ministered to, and held accountable. I believe such a course not only protects the community but also gives Mr. Combs the opportunity to demonstrate repentance and to earn back trust through service.

Thank you for your time and consideration.

Respectfully,

*[signature]*

Rev. Gary Johnson
Founder & National President, King Clergy
Chaplain, Miami-Dade Police Department