# THE STEEL LAW FIRM, P.C.
ATTORNEYS AND COUNSELORS AT LAW

1800 PEACHTREE STREET, N.W.　　　　　　　　　　　　　TELEPHONE (404) 605-0023
SUITE 300　　　　　　　　　　　　　　　　　　　　　　FACSIMILE (404) 352-5636
ATLANTA, GEORGIA 30309　　　　　　　　　　　　E-MAIL thesteellawfirm@msn.com

October 1, 2025

**VIA E-MAIL ONLY**

Judge Arun Subramanian
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

　　　　Re:　<u>United States v. Sean Combs</u>, Case No. 1:24-CR-00542-AS

Dear Judge Subramanian:

　　　　I hope that all is well with you and your Honorable Court, always. For scheduling purposes, please be advised that at least four (4) members of Mr. Combs' defense team plan to address this Honorable Court at the sentencing hearing on Friday, October 3, 2025. There will also be an approximately fifteen (15) minute video, which is being finalized at this time, which will be played for this Honorable Court. Once the video is in final form, we will share same with the prosecution prior to sentencing.

　　　　Also, attached are additional letters that have been filed. Attached are the unredacted versions of the letters for your Honorable Court and the prosecution.

　　　　It is an honor to practice before your Court.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　/s/ Brian Steel

　　　　　　　　　　　　　　　　　　　　　　Brian Steel

BS/ce
Attachments
cc:　Meredith Foster, Esq.　(via e-mail)
　　　Mitzi Steiner, Esq.　(via e-mail)
　　　Emily Johnson, Esq.　(via e-mail)
　　　Madison Smyser, Esq.　(via e-mail)

> The defense should furnish a copy of the video to the prosecution and the court by 5:00 PM today.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Date: October 2, 2025

Christy Slavik, Esq.  (via e-mail)
Marc Agnifilo, Esq. (via e-mail)
Teny Geragos, Esq. (via e-mail)
Jason A. Driscoll, Esq. (via e-mail)
Anna Estevao, Esq. (via e-mail)
Alexandra Shapiro, Esq. (via e-mail)
Nicole Westmoreland, Esq. (via e-mail)
Xavier Donaldson, Esq. (via e-mail)