

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 7, 2025

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *United States v. Combs*, S3 24 Cr. 542 (AS)

Dear Judge Subramanian:

  In response to the Court's order dated October 6, 2025 (Dkt. 530), the Government respectfully advises the Court that it takes no position regarding the defendant's designation request.

  In addition, the Government writes to advise the Court that the statutory authority to impose the additional $5,000 special assessment pursuant to the Justice for Victims of Trafficking Act ("JVTA") expired on September 30, 2025. *See* 18 U.S.C. § 3014(a) ("Beginning on the date of enactment of the [JVTA] of 2015 and ending on September 30, 2025 . . ."). Because the defendant was sentenced on October 3, 2025, the Government respectfully requests that the Court decline to impose the additional JVTA special assessment in the forthcoming judgment of conviction. (Oct. 3, 2025 Tr. at 151).

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

      By:  /s
         Meredith Foster /
         Emily A. Johnson / Christy Slavik /
         Madison Reddick Smyser / Mitzi Steiner
         Assistant United States Attorneys
         (212) 637-2310/-2409/-1113/-2381/-2284