UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA
:
        - v. -                              :    CONSENT PRELIMINARY
                                       ORDER OF FORFEITURE AS TO
:    SPECIFIC PROPERTY
SEAN COMBS,
      a/k/a "Puff Daddy,"                :    S3 24 Cr. 542 (AS)
      a/k/a "P.Diddy,"
      a/k/a "Diddy,"                         :
      a/k/a "PD,"
      a/k/a "Love,"
:
                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about April 3, 2025, SEAN COMBS a/k/a "Puff Daddy," a/k/a "P.Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," (the "Defendant"), was charged in a five-count Superseding Indictment, S3 24 Cr. 542 (AS) (the "Indictment"), with racketeering conspiracy, in violation of Title 18, United States Code, Section 1962(d) (Count One); sex trafficking by force, fraud, or coercion, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), 1594(a) and 2 (Counts Two and Four); and transportation to engage in prostitution, in violation of Title 18, United States Code, Sections 2421(a) and 2 (Counts Three and Five);

        WHEREAS, the Indictment included a forfeiture allegation as to, among other counts, Counts Three and Five of the Indictment, seeking forfeiture to the United States, pursuant to (i) Title 18, United States Code, Section 2428, any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of the commission of the offenses charged in Counts Three and Five of the Indictment; and any and all property, real or personal, that was used or intended to be used to commit or facilitate the commission of the offenses charged in Counts Three and Five of the Indictment; and (ii) Title 18, United States Code,

Section 981(a)(l)(C) and Title 28, United States Code, Section 2461, of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts Three and Five of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts Three and Five of the indictment;

WHEREAS, on or about July 2, 2025, following a jury trial, the Defendant was found guilty of Counts Three and Five of the Indictment;

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the following seized property set forth in Exhibit A attached hereto and incorporated by reference herein (the "Specific Property"), which constitutes property used or intended to be used to commit or facilitate the commission of the offenses charged in Counts Three and Five of the Indictment; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

WHEREAS, if the Second Circuit reverses or vacates the Defendant's conviction on Counts Three and Five of the Indictment, then the Consent Preliminary Order of Forfeiture or Final Order of Forfeiture with respect to the Specific Property, as applicable, will be vacated as to item 86 in Exhibit A only, and item 86 in Exhibit A only will be returned to the Defendant;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorneys

Meredith Foster, Emily Johnson, Christy Slavik, Madison Smyser, and Mitzi Steiner, of counsel, and the Defendant, and his counsel, Marc Agnifilo, Esq., Teny Geragos, Esq., Alexandra A.E. Shapiro, Esq., Jason Driscoll, Esq., Anna Estevao, Esq., Brian Steele, Esq., Nicole Westmoreland, Esq. and Xavier Donaldson, Esq., that:

1. As a result of the offenses charged in Counts Three and Five of the Indictment, of which the Defendant was convicted after a jury trial, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant SEAN COMBS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeiture, is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific

Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9. If the United States Court of Appeals for the Second Circuit reverses or vacates the Defendant's conviction on Counts Three and Five of the Indictment, then the Consent Preliminary Order of Forfeiture or Final Order of Forfeiture with respect to the Specific Property,

as applicable, will be vacated as to item 86 in Exhibit A only, and item 86 in Exhibit A only will be returned to the Defendant.

10. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

11. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          10/2/25
    MEREDITH FOSTER                       DATE
    EMILY JOHNSON
    CHRISTY SLAVIK
    MADISON SMYSER
    MITZI STEINER

Assistant United States Attorneys
26 Federal Plaza
New York, NY 10278
(212) 637-2310/-2409/-1113/-2284/-2381

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

SEAN COMBS

By: _____     10/3/25
    SEAN COMBS                                DATE

By: _____     10/3/25
    MARC A. AGNIFILO, ESQ.                    DATE
    TENY GERAGOS, ESQ.
    Attorneys for Defendant
    445 Park Avenue, 7th Floor
    New York, NY 10022

ALEXANDRA A.E. SHAPIRO, ESQ.
JASON DRISCOLL, ESQ.
Attorneys for Defendant
1140 Avenue of the Americas, Fl 17
New York, NY 10036

ANNA ESTEVAO, ESQ.
Attorney for Defendant
156 W 56th St Suite 2004
New York, NY 10019

BRIAN STEEL, ESQ.
Attorney for Defendant
1800 Peachtree Street, Suite 300
Atlanta, GA 30309

NICOLE WESTMORELAND, ESQ.
Attorney for Defendant
132 Cone Street NW Suite A
Atlanta, GA 30303

XAVIER DONALDSON, ESQ.
Attorney for Defendant
136 Madison Avenue, 6th Floor
New York, NY 10016

SO ORDERED:

_____     10/3/25
HONORABLE ARUN SUBRAMAIAN           DATE
UNITED STATES DISTRICT JUDGE

## Exhibit A

1. Four (4) Seagate hard drives seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

2. Purple iPhone seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

3. Black iPhone; SN YWF16HR49G seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

4. HD SN:WXX1A887E1JU seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

5. iPhone 12 Pro Max in white case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

6. Black iPhone 13 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

7. iPad SN DMPG40GSQ16N seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

8. DANE 4 GB thumb drive seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

9. iPad Grey Case SN: WPN6PFWXHV seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

10. iPhone 13 Pro Max in clear case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

11. Black HD SN: WX22A709263 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

12. HD SN: NAD226HN seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

13. iPad SN: F9FZG0DBMF3Q seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

14. iLok Thumb Drive SN: 001C4B59 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

15. Portable SSD Model# 2238DY400548 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

16. Charcoal Apple iPhone 13 w/Yellow Case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

17. Charcoal Apple iPhone w/Glitter Case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

18. HD SN: 2584034514 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

19. Black iPhone 8 Plus; SN FD1YT09WJCLM seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

20. Charcoal iPhone seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

21. HD SN: NL6AQM04 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

22. iPhone in red case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

23. Thumbdrive SN: 002AF7A7 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

24. HD SN: NAD20LLE seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

25. Miscellaneous flash drives (4) seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

26. Black/Silver HD; SN 3DAPM-500 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

27. Hard Drive SN: NL6G370D seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

28. HD SN: NL69KX1T seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

29. Black thumb drive seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

30. HD SN:NL69FE8Y seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

31. HD SN: NL69FK13 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

32. Gray Cricket phone seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

33. HD SN: NL6F40MS seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

34. Blue iPhone 14 in black case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

35. iPad SN: DN6H6B0XDV02 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

36. iPad SN: F9FSR4ZFHGJ1 and Keyboard seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

37. Apple Macbook SN: FVFDP8DCM6KG seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

38. Apple Macbook SN: CO2F947MMD6R seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

39. Apple Macbook SN: FVFVG1BPHV29 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

40. Apple iPad SN: DLXXV2BRKC6T seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

41. Apple iPad SN: DMPTQYZQHLF9 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

42. Apple Macbook SN: C02TQ9SMHV29 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

43. Black Lenova Thinkpad seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

44. Apple iPhone Pro Max; IMEI 353890109566544 seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

45. Cell phone F3 Figgers seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

46. iPhone (cracked) in blue Apple case seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

47. Gray iPhone (cracked) seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

48. Black iPhone seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

49. iPhone in black case seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

50. iPhone 11 Pro Max; SN G6TZH2L6N70Q seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

51. iPhone 11 Pro; SN C39CT0GKN6XX seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

52. iPhone 11 Pro Max; SN FK1ZCBCAN70M seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

53. Dark Gray Apple iPhone in Black Case seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

54. iPad Mini 6th Gen; SN FN2T6GQ4T4 seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

55. iPad 8th Gen; SN H9CF20UQQ1GJ seized from 2 Star Island, Miami Beach, Florida 33139;

56. iPad Pro Silver; SN- VJCV4CD2Y6 seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

57. iPad in black case w/ hand strap seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

58. iPad in black ZUGU case seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

59. Samsung tablet in gray case seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

60. Silver iPad seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

61. iPad with charger seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

62. Silver MacBook Air seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

63. Silver MacBook Pro seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

64. MacBook 1 seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

65. Black Thinkpad laptop seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

66. Rose gold MacBook seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

67. NUC Computer model NUC5i5MYHE w/power cable seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

68. Digital Watch Dog DVR seized from 2 Star Island, Miami Beach, Florida 33139;

69. Flash drive (USB) seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

70. Smart watch Fenix 6 seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

71. Silver iMac seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

72. Dell desktop seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

73. Black jack tower seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

74. Lenovo desktop seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

75. Black jack DW Spectrum seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

76. Synology NAS seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

77. Sony DVCAM video cassette tapes labeled "Ibiza Tapes" seized from 2 Star Island, Miami Beach, Florida 33139 on or about March 25, 2024;

78. iPad Pro 4 Model # 2069; SN DMPF23Q6NTHX seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2024;

79. MacBook Pro Model # A2485; SN WGRQ12N4LP seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2024;

80. iPad gen 5, black case; SN FH6Y63PM2X seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2024;

81. iPhone 15; SN GK22X05Y43F seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2024;

82. iPhone in yellow case seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2024;

83. Red iPhone 13 mini in blue case; SN RFVHVVYHH0 seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2024;

84. iPhone 11 Pro max in purple case; SN G6TD23K7N70L seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2024;

85. Black iPhone 13 Pro; SN QQF916MY9G seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2024;

86. $9,000.00 in United States currency seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

87. iPhone 15 Pro Max seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

88. iPad Model A2270, Serial: DMPDWZUXQ1GC seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

89. MacBook A3113, Serial: JJ2VQGF6XY seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

90. iPhone 11 in red case seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

91. Hard-drive seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

92. Space gray iPhone XS Max with IMEI 357278092980516 turned over to Homeland Security Investigations on or about April 21, 2025.