# AGNIFILO INTRATER

October 6, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    On behalf of Mr. Combs, we respectfully request that the Court strongly recommend a designation facility to the Bureau of Prisons in Mr. Combs' Judgment. In order to address drug abuse issues and to maximize family visitation and rehabilitative efforts, we request that the Court strongly recommend to the Bureau of Prisons that Mr. Combs be placed at FCI Fort Dix for RDAP purposes and any other available educational and occupational programs.

    Thank you for your consideration.

Respectfully submitted,

Teny Geragos

cc:    All counsel (by ECF)

---

The Court will recommend a facility in the geographic location of the defense's choosing, but not the specific facility, which is determined by the Bureau of Prisons. For that reason, the Court will include the following recommendation, based on the defense's request:

"The Court recommends that the Defendant be incarcerated as close as possible to the New York metropolitan area, and recommends that the Defendant be considered for admission to any available substance abuse program, including the Bureau of Prisons' Residential Drug Abuse Program (RDAP), for which he qualifies."

If there is a different geographic location that the defense seeks, please advise the Court by Friday, October 10, 2025 at 12:00 pm.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: October 8, 2025