Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

<u>Southern</u> District of <u>New York</u>



U.S. DISTRICT COURT
FILED
OCT 20 2025
S.D. OF N.Y.

Caption:

<u>United States of America</u> v.

<u>Sean Combs</u>

Docket No.: <u>1:24-cr-00542</u>

<u>Arun Subramanian</u>
(District Court Judge)

Notice is hereby given that <u>Sean Combs</u> appeals to the United States Court of Appeals for the Second Circuit from the judgment ☑, other | _____
(specify)

entered in this action on <u>October 15, 2025 and amended on October 16, 2025</u>
(date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [ ☑ ] Other [ ]

Defendant found guilty by plea | | trial | ☑ | N/A | .

Offense occurred after November 1, 1987? Yes | ☑ | No [    N/A [

Date of sentence: <u>October 3, 2025</u>    N/A [ ]

Bail/Jail Disposition: Committed [ ☑    Not committed |   | N/A |

Appellant is represented by counsel? Yes ☑ | No |    If yes, provide the following information:

Defendant's Counsel:    <u>Alexandra A.E. Shapiro</u>

Counsel's Address:    <u>Shapiro Arato Bach LLP</u>

<u>1140 Avenue of the Americas, 17th Floor, New York, NY 10036</u>

Counsel's Phone:    <u>(212) 257-4881</u>

Assistant U.S. Attorney:    <u>Emily Anne Johnson</u>

AUSA's Address:    <u>United States Attorney's Office, SDNY</u>

<u>One St. Andrew's Plaza, New York, NY 10007</u>

AUSA's Phone:    <u>212-637-2409</u>

_____
Signature

Generated: Oct 20, 2025 4:05PM

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Oct 20, 2025 4:05PM

ALEXANDRA A.E. SHAPIRO OBO SEAN COMBS

Rcpt. No: 43991                    Trans. Date: Oct 20, 2025 4:05PM                    Cashier ID: #SS (6367)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CC | Credit Card | | | | $605.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 24CR00542 AS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.