

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 20, 2025

**BY ECF**
Honorable Arun Subramanian
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Sean Combs*, S3 24 Cr. 542 (AS)

Dear Judge Subramanian:

    Enclosed for the Court's consideration is a second proposed addendum to the Protective Order in the above-captioned case that has been executed by both parties. At the defendant's request, the parties jointly propose a second addendum addressing the defendant's use of materials covered by the Protective Order in civil discovery.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

by:  /s/
      Meredith Foster / Emily A. Johnson / Christy Slavik
      Madison Reddick Smyser / Mitzi Steiner
      Assistant United States Attorneys
      (212) 637-2310/-2409/-1113/-2381/-2284