# AGNIFILO INTRATER

November 26, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    On October 16, 2025, this Court entered an amended judgment imposing a $200 special assessment and a $500,000 fine to be paid in full not later than 60 days after the date of sentencing. (ECF 539.) We respectfully submit this letter to inform the Court that Mr. Combs paid the fine and special assessment to the Southern District of New York Cashier on November 24, 2025.

Respectfully submitted,

Teny Geragos

cc:    All counsel (by ECF)