UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>SEAN COMBS,<br><br>*Defendant*,<br><br>CLAYTON HOWARD,<br><br>*Movant*, | Case No. 24-cr-542(AS)<br><br>NOTICE OF MOTION TO ENFORCE CRIME VICTIM RIGHTS PURSUANT TO 18 U.S.C. § 3771 |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Clayton Howard, dated December 7, 2025, the Memorandum of Law in Support thereof, and all prior proceedings had herein, the undersigned will move this Court at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to 18 U.S.C. § 3771(d)(3):

1. DECLARING that Movant Clayton Howard is a crime victim entitled to the rights enumerated in the Crime Victims' Rights Act, 18 U.S.C. § 3771;

2. COMPELLING the United States Attorney's Office for the Southern District of New York to provide Movant with written confirmation of his victim status in *United States v. Sean Combs, Case No. 24-cr-542(AS)*;

3. ORDERING the United States Attorney's Office to provide Movant with all case materials, trial transcripts, exhibits, and documentation relating to his victimization, including but not limited to evidence regarding his trafficking through Backpage.com;

4. DIRECTING the United States Attorney's Office to provide Movant with complete information regarding restitution procedures, including applicable deadlines, required documentation, and enforcement mechanisms;

5. ORDERING the United States Attorney's Office to provide Movant with immediate assistance in establishing his eligibility for the Backpage Remission Program, including all necessary documentation and verification of his victim status, given the approaching deadline of February 2, 2026;

6. DIRECTING the United States Attorney's Office to provide Movant with notice of all future proceedings in this matter in which he has a right to be heard;

7. ORDERING the United States Attorney's Office to confer with Movant regarding the disposition of this case, including any plea agreements, sentencing matters, or other proceedings affecting his rights;

8. DECLARING that the United States Attorney's Office violated Movant's rights under 18 U.S.C. § 3771(a), including specifically:

    a. The right to be reasonably protected from the accused (§ 3771(a)(1));
    b. The right to reasonable, accurate, and timely notice of any public court proceeding involving the crime (§ 3771(a)(2));
    c. The right to be reasonably heard at any public proceeding in the district court involving sentencing (§ 3771(a)(4));
    d. The right to confer with the attorney for the Government in the case (§ 3771(a)(5));
    e. The right to full and timely restitution as provided in law (§ 3771(a)(6));
    f. The right to proceedings free from unreasonable delay (§ 3771(a)(7));
    g. The right to be treated with fairness and with respect for the victim's dignity and privacy (§ 3771(a)(8));

9. ORDERING such other and further relief as this Court deems just, proper, and equitable.

Dated: December 7, 2025
Manhattan, New York

Respectfully submitted,

*Clayton Howard*
Clayton Howard, Pro Se
245 Mill Rd 4A

Staten Island, New York 10306
(929)781-7791
itsclaytonhoward@gmail.com
Movant
Victim #2 - Count 3