UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                -against-<br><br>SEAN COMBS,<br>                        Defendant. | 24-cr-542 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

The Court was informed that the submission at Dkt. 552 may contain sensitive information.

The Clerk of Court is respectfully directed to seal the motion at Dkt. 552.

    SO ORDERED.

Dated: December 11, 2025
       New York, New York

                                                  _____
                                                  ARUN SUBRAMANIAN
                                                 United States District Judge