UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

             -against-

Sean Combs,

                    Defendant.

24-CR-542 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Because the Court has addressed Dkt. 549 at Dkt. 550, the Clerk of Court is respectfully directed to terminate Dkt. 549.

    SO ORDERED.

Dated: December 15, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge