**Subramanian NYSD Chambers**

---

**From:**
**Sent:**                              Tuesday, January 6, 2026 9:03 AM
**To:**
**Cc:**

**Subject:**

**CAUTION - EXTERNAL:**

The Court received this motion by email and has removed personal identifying information . The motion to file a 17-page reply brief is GRANTED. The deadline to file a reply is dictated by local rules, but the deadline is extended nunc pro tunc to January 12, 2026 to accommodate the pro se movant.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 6, 2026

Good Morning

   I am following up on the letter motion seeking the courts permission to file an oversized supplemental reply to the Government's response, which sought to deny my rights pursuant to 18 U.S.C 3771.  I am aware I am allowed a response pursuant to procedure, and as I previously stated I am prepared to file a response. I would ask the court to review my request for the letter motion and determine if I might be allowed. I have never presented an argument to this court, and therefore due to the complexity of the matter which involves CVRA rights, constitutional law, and examination of statutory sentencing mandates I realized it might require more than the 10 pages allowed by Judge Subramanian pursuant to his rules. There is also the matter of prosecutor misconduct and the collusion of the pro bono counsel assigned to me by the government, which I have extensive evidence to support this counsels true objective was to control the governments witness/victim, and prevent my filing action against Casandra Ventura so I would not destroy her narrative and credibility. The government in its response acknowledged that Ms. Ventura harmed me, which they were aware of the entire time yet withheld it to protect her credibility before the court. Pro Bono counsel provided false information when he emailed them regarding alleged mental trauma, which the emails between he and myself will prove. This pro bono counsel was aware I had no intention of withholding the truth regarding Ventura, and that would destroy the government's case, so be fabricated an excuse so I would be withheld.

   The court should note that despite the government's claims of my "mental trauma", I met with Maurine Comey the  day following pro bono counsel's recusal, after obtaining NEW counsel and interviewing with the government. I told AUSA Comey directly that I had no intention of withholding anything regarding Ventura, and it was for this reason I was withheld. The government also argues that I was merely a "paid sex worker" which again they know to be false. I was gainfully employed during the trafficking experience between myself and Ms. Ventola. The truth of Clayton Howard destroyed the deceit of Casandra ventura and the government was aware of this. These are relevant facts that must be considered, and these facts further substantiate what I say to be true. I can support this with emails within the oversized brief, which is 17 pages long, after I condense it to be as concise as possible. I have also attached four  (4) short supporting appendices which provide detail into key areas of the brief for the court review. I ask that as the victim who was denied his rights by prosecutors seeking to withhold the truth to protect his offender's credibility, that I be granted at minimum the right to state my case. I am actively pursuing a law degree so I have some skill in presenting these points correctly, and in a manner the court will deem appropriate to form.

I ask for an update on the letter motion due because I am aware the deadline to respond may be approaching. I believe it is fourteen (14) days. I have copied all relevant parties seeking to avoid any ex-parte communications with chambers.


Clayton Howard
Movant


On Mon, Dec 29, 2025 at 9:00 AM Clayton Howard wrote:
Subject: Request for Expedited Consideration - Letter Motion for Oversized Brief, 24-cr-542 (AS)

Dear Chambers Staff:

Good Morning.

My name is Clayton Howard, I am the movant within Dkt 552 who has filed a motion to be heard before this court seeking the US Attorney grant my rights as a crime victim pursuant to 18 U.S.C. 3771(d)(3). I respectfully request expedited consideration of my Letter Motion for Leave to File Oversized Supplemental Reply Memorandum, filed December 26, 2025 in United States v. Combs, S3 24 Cr. 542 (AS).
Two time-sensitive circumstances warrant expedited review:
1. The Backpage Remission Program application deadline of February 2, 2026 requires prompt resolution of my CVRA victim status.
2. As a pro se litigant dependent on the Pro Se Office for document filing, I lack the same access and efficiency as counsel and federal prosecutors, making delay particularly prejudicial.
The Government filed its opposition on December 23, 2025 (Dkt. 602). I can file the supplemental reply within 24 hours of the Court's ruling on this motion.
I respectfully request that the Court consider this motion at the earliest possible date to avoid irreparable prejudice from the approaching deadline.
As previously stated this letter motion has been filed with the Pro Se office using the email address that follows made available to Pro Se litigant: ProSe@nysd.uscourts.gov
I have copied all relevant parties in regard to this matter seeking to avoid ex parte communications with chambers
Thank you for your consideration.

Respectfully submitted,

Clayton Howard, Pro Se
Movant, Victim #2 - Count 3

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.