# Exhibit F

Victim Notification System Document



**U.S. Department of Justice**
Southern District of New York
26 Federal Plaza
37th Floor
New York, NY 10278
Phone: (212) 637-2101
Fax: (212) 637-0421

December 09, 2025

Clayton Howard
24 Orchard Street
Carteret, NJ 07008

Re:  United States v. Defendant(s) Sean Combs
     Case Number 2023R01191 and Court Docket Number 24-CR-00542

Dear Clayton Howard:

The enclosed information is provided by the United States Department of Justice Victim Notification System (VNS). As a victim witness professional, my role is to assist you with information and services during the prosecution of this case. I am contacting you because you were identified by law enforcement as a victim or potential victim during the investigation of the above criminal case.

Charges have been filed against defendant(s) Sean Combs. The lead prosecutor for this case is EMILY JOHNSON. The main charge is categorized as Civil Rights - Other.

Pursuant to the Crime Victims' Rights Act, found at Title 18 U.S.C. § 3771, victims have the following rights: (1) The right to be reasonably protected from the accused; (2) The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused; (3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding; (4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; (5) The reasonable right to confer with the attorney for the Government in the case; (6) The right to full and timely restitution as provided in law; (7) The right to proceedings free from unreasonable delay; (8) The right to be treated with fairness and with respect for the victim's dignity and privacy; (9) The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement; and (10) The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (34 U.S.C. § 20141 (c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice.

We will make our best efforts to ensure you are provided the rights to which you are entitled by law. Please understand that these rights apply only to victims of the counts charged in federal court. If you have any questions about what this means for you, please contact our office. Separately, victims of all crimes under federal investigation are entitled to services under the Victims' Rights and Restitution Act (VRRA), including notification of court events. For further details, please refer to Title 34 U.S.C. § §20141 or the VRRA link posted at www.notify.usdoj.gov (under the "Related Links" tab, see "Victim Rights").

It is important to keep in mind that the defendant(s) is/are presumed innocent until proven guilty. Additionally, please be aware that many criminal cases are resolved by a plea agreement between the prosecutor's office and the defendant. You should also know that it is not unusual for a defendant to seek to negotiate a plea agreement shortly before a trial is scheduled to begin. If the court schedules a plea hearing in this case, we will make our best efforts to notify you as soon as practicable.

As mentioned above, you have the right to confer with the attorney for the government. If you would like to speak with the prosecutor to inform the prosecutor of your views regarding potential plea agreements or discuss any other aspect of the case, please contact our office at (212) 637-2101 and ask to speak to the victim assistance staff, and we will arrange for you to speak with the prosecutor. While our office cannot act as your attorney or provide you with legal advice, you can seek the advice of an attorney with respect to the rights described above or other related legal matters.

If you believe that a Department of Justice employee has not provided you with your rights under the Crime Victims' Rights Act, you may file a complaint with the Department of Justice Victims' Rights Ombudsman (or "Ombuds"). For more information, go to www.justice.gov/usao/office-victims-rights-ombuds. If you have questions about filing a complaint, you may contact the Ombudsman by phone at 1-877-574-9302 or by email at USAEO.VictimOmbudsman@usdoj.gov.

On October 3, 2025, the following disposition(s) involving the defendant Sean Combs were entered by the Court:

| Number of Charges | Description of Charge(s) | Disposition |
|---|---|---|
| 1 | RICO - prohibited activities | Not Guilty |
| 2 | Sex trafficking of children by force, fraud or coercion | Not Guilty |
| 2 | Transportation for illegal sexual activity | Guilty |

Defendant Sean Combs was sentenced by the Court. The Court ordered the defendant to the following:

    Incarceration of 4 year(s) 2 month(s)
    Followed by Supervised Release of 5 year(s)
    Special Assessment of $200.00.
    Fine of $500,000.00.

Through the Victim Notification System (VNS) we will continue to provide you with updated scheduling and event information as the case proceeds through the criminal justice system. You may obtain current information about this case on the VNS website at https://www.notify.usdoj.gov or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program.

The email address VNS currently has for you is itsclaytonhoward@gmail.com. If this address is correct and you have not received an email from VNS within four days of the date of this letter, please check your junk/spam folder and accept emails from fedemail@vns.usdoj.gov. If the email address provided above is incorrect, please update the email address by accessing the VNS Web site. This email address has not been verified in VNS and future emails will not contain details about the nature of the notification. To receive subsequent emails with the full text of the notification you must verify this email address by accessing the VNS Internet web page using the login information provided above.

Once you have verified/updated your email address, most, if not all, future notifications will be provided by email and not by letter. If you do not verify your email address, VNS will continue (in most cases) to send letter and email notifications. However, when an email address is not verified, future emails will not contain details about the nature of the notification. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

You will use your Victim Identification Number (VIN) '7921538' and Personal Identification Number (PIN) '9165' anytime you contact the Call Center and the first time you log into VNS on the website. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS website, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Howard.

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

Jay Clayton
United States Attorney

VALEEN DEFENDRE
Victim Witness Specialist