UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00542-AS |
| v. | |
| | NOTICE OF MOTION FOR |
| SEAN COMBS, | MANDATORY RESTITUTION |
| *Defendant,* | |
| CLAYTON HOWARD, | |
| *Crime-Victim/Movant,* | |

**PLEASE TAKE NOTICE** that upon the attached Memorandum of Law and supporting Declaration and Certification of Clayton Howard, movant Clayton Howard will move this Court before the Honorable Arun Subramanian, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at such time and date as the Court may direct, for an Order pursuant to 18 U.S.C. §§ 3664 and 2429:

1. Directing the United States Probation Office to obtain and include in a supplemental presentence report information sufficient for this Court to exercise its discretion in fashioning a restitution order in favor of Clayton Howard;

2. Scheduling a restitution hearing to determine the amount of Clayton Howard's losses as a victim of Defendant's offense of conviction under Count 3 (Interstate Transportation for Prostitution, in violation of 18 U.S.C. § 2421);

3. Ordering Defendant Sean Combs to pay mandatory restitution to Clayton Howard in the full amount of his losses, including but not limited to:

   a. Past and future psychological and psychiatric treatment costs;

   b. Past and future medical expenses for STD testing and treatment;

   c. Lost income during the trafficking period;

       d.      Post-trafficking economic losses and lost business opportunities;

       e.      Cooperation expenses incurred assisting federal prosecutors;

       f.      Attorneys' fees and costs incurred to enforce victim rights; and

4.      Granting such other and further relief as the Court deems just and proper.

Dated: February 8, 2026

Respectfully submitted,

*Clayton Howard*

Clayton Howard

Crime Victim/Movant, Pro Se

24 Orchard Street

Carteret, New Jersey 07008

(929)781-7791

itsclaytonhoward@gmail.com