# Exhibit B

**Victim attempts to seek assistance from Washington D.C.**

Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929)781-7791
itsclaytonhoward@gmail.com

July 12, 2025

The Honorable Kash Patel
Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, DC 20535

Re: Request for Investigation into Prosecutorial Misconduct and Victim Rights Violations - U.S. v. Sean Combs, SDNY

Dear Director Patel,

    I am writing to request an immediate FBI investigation into serious allegations of prosecutorial misconduct within the Southern District of New York (SDNY) in connection with the federal case against Sean Combs. As a verified victim and key government witness who provided extensive testimony to build the prosecution's case, I believe federal prosecutors engaged in deliberate misconduct that violated my constitutional rights and undermined the integrity of the justice system.

### <u>Background and My Role in the Investigation</u>

    My name is Clayton Howard, and I served as both a victim and witness in the federal case against Sean Combs, prosecuted by AUSA Maurine Comey and the SDNY. Over the course of more than a year, I cooperated fully with federal prosecutors, providing extensive testimony and evidence that was instrumental in building their case against Mr. Combs.

    However, I have become increasingly concerned that prosecutors knowingly presented an incomplete and fundamentally dishonest picture of the criminal enterprise to the court and the public, specifically regarding the role of Cassandra "Cassie" Ventura.

### <u>The True RICO Enterprise That SDNY Failed to Present</u>

Director Patel, the evidence I provided to SDNY prosecutors demonstrated that the true RICO enterprise was far more extensive than what was presented in court. Ms. Ventura was not merely a victim, as prosecutors portrayed her, but rather a key co-conspirator and active participant in a decade-long sex trafficking scheme that targeted dozens of male entertainers across multiple jurisdictions.

    The prosecutors had in their possession evidence of the true scope of this criminal enterprise - a coordinated effort between Mr. Combs and Ms. Ventura to recruit, manipulate, and

0001

traffic victims through systematic coercion, drugging, sexual assault, and financial manipulation. This was the actual RICO case that should have been prosecuted, but due to prosecutorial misconduct, this evidence was deliberately suppressed.

*Specific Acts of Prosecutorial Misconduct*

Based on my direct involvement in this case, I believe the following acts constitute prosecutorial misconduct:

    1. Deliberate Misrepresentation of Evidence

Despite being fully informed of Ms. Ventura's active role as a co-conspirator, prosecutors chose to present her exclusively as a victim, fundamentally misrepresenting the scope and nature of the criminal enterprise.

    2. Suppression of Material Evidence

Prosecutors possessed evidence clearly demonstrating that Ms. Ventura:

- Actively participated in recruiting and manipulating victims, including myself
- Engaged in coordinated sex trafficking operations with Mr. Combs
- Used coercion, drugging, and sexual assault to ensure victim compliance
- Manipulated the legal system by omitting her own criminal conduct while positioning herself solely as a victim

    3. Violation of Victim Rights

As a verified victim of both Mr. Combs and Ms. Ventura, I was denied my constitutional rights under the Crime Victims' Rights Act, including:

    i. The right to be reasonably protected from the accused (Ms. Ventura)
    ii. The right to be treated with fairness and respect for my dignity
    iii. The right to be heard at sentencing and other proceedings
    iv. The right to confer with prosecutors about the case

*Personal Victimization by Ms. Ventura*

    The statements I provided to prosecutors detailed how Ms. Ventura personally victimized me through:

1. Sexual assault during which she forced herself upon me
2. Drugging me without my knowledge or consent
3. Psychological manipulation and coercion
4. Financial manipulation to ensure my silence and compliance

Despite being aware of these allegations, prosecutors chose to protect Ms. Ventura by maintaining her victim status, thereby denying me and other actual victims the justice we deserved.

### The Broader Pattern of Misconduct

This case represents a systematic failure of prosecutorial ethics. When prosecutors choose to protect co-conspirators by recasting them as victims, they:

a. Undermine the integrity of the entire justice system
b. Deny actual victims their constitutional rights
c. Manipulate evidence to serve a preferred narrative rather than the truth
d. Violate their oath to pursue justice rather than convictions

### Request for FBI Investigation

Director Patel, I respectfully request that the FBI conduct a comprehensive investigation into this matter, specifically examining:

1. Whether SDNY prosecutors knowingly presented false or misleading information to the court regarding Ms. Ventura's role
2. Whether evidence of Ms. Ventura's criminal conduct was deliberately suppressed
3. Whether my rights as a verified victim were violated in service of prosecutorial convenience
4. Whether the prosecution's conduct constituted misconduct under federal guidelines and ethical standards
5. Whether this pattern of misconduct extends to other cases within the SDNY

### Supporting Documentation

I have filed a civil action in the Federal District Court for the Central District of California against both Mr. Combs and Ms. Ventura, detailing the true nature of their coordinated criminal enterprise. This lawsuit contains testimony that was provided to SDNY prosecutors, which was corroborated and determined credible, but was ultimately deliberately ignored or suppressed.

### Conclusion

Director Patel, I am not seeking to interfere with legitimate criminal prosecutions. Rather, I am seeking accountability for prosecutors who I believe have violated their oath and the public trust. The American people deserve prosecutors who will follow the evidence wherever it leads, not those who will manipulate evidence to fit a predetermined narrative.

As a verified victim who cooperated fully with federal authorities, I deserved the right to have my victimization acknowledged and addressed. Instead, I was used to build a case and then denied justice when my testimony threatened to expose the full scope of the criminal enterprise.

I am prepared to provide additional testimony, documentation, and evidence to support this investigation. The integrity of our federal justice system depends on holding prosecutors accountable when they engage in misconduct that denies victims their rights and manipulates the truth.

Thank you for your attention to this critical matter.

Dated: July 12, 2025

Respectfully submitted,

*Clayton Howard*
Clayton Howard

Enclosures: Relevant civil complaint and supporting documentation

Cc: Pam Bondi
Attorney General of the United States

Donald J. Trump
47th President of the United States

Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929)781-7791
itsclaytonhoward@gmail.com

July 01, 2025

The Honorable Pam Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Re: Formal Complaint of Prosecutorial Misconduct and Request for Investigation - U.S. v. Sean Combs, SDNY

Dear Attorney General Bondi,

      I am writing to file a formal complaint regarding serious prosecutorial misconduct within the Southern District of New York (SDNY) and to request a comprehensive investigation by the Department of Justice. As a verified victim and key government witness in the federal case against Sean Combs, I believe that federal prosecutors engaged in deliberate misconduct that violated my constitutional rights, undermined the integrity of the justice system, and prevented the prosecution of the true RICO enterprise that should have been the focus of this case.

*Executive Summary of Misconduct*

      Federal prosecutors, led by AUSA Maurine Comey, knowingly presented an incomplete and fundamentally dishonest narrative to the court and the public regarding the scope of the criminal enterprise involving Sean Combs. Despite possessing evidence that demonstrated Cassandra "Cassie" Ventura was an active co-conspirator in a decade-long sex trafficking scheme, prosecutors chose to protect her by maintaining her status as a victim, thereby denying me and other actual victims our constitutional rights and preventing the prosecution of the true RICO enterprise.

*The True RICO Enterprise*

      Attorney General Bondi, the evidence provided to SDNY prosecutors demonstrated that the actual criminal enterprise was far more extensive than what was presented in court. The true RICO case involved a coordinated effort between Mr. Combs and Ms. Ventura to systematically recruit, manipulate, and traffic dozens of male entertainers across multiple jurisdictions over the course of more than a decade.

This enterprise operated through:

0005

    i.    Systematic drugging and sexual assault of victims
    ii.    Financial manipulation and coercion
    iii.    Psychological manipulation to ensure victim compliance and silence
    iv.    Coordinated efforts across state lines to facilitate sex trafficking operations
    v.    Use of Ms. Ventura's public persona and relationship with Mr. Combs to gain access to victims

The prosecutors had this evidence but chose to suppress it, thereby failing to prosecute the true scope of the criminal enterprise and denying justice to dozens of victims.

### Specific Violations of Federal Law and DOJ Guidelines

1. Violations of the Crime Victims' Rights Act (18 U.S.C. § 3771)

As a verified victim of both Mr. Combs and Ms. Ventura, I was denied my statutory rights, including:

    i.    The right to be reasonably protected from the accused (Ms. Ventura)
    ii.    The right to be treated with fairness and respect for my dignity
    iii.    The right to be heard at proceedings where my interests were at stake
    iv.    The right to confer with prosecutors about the case

2. Violations of Brady v. Maryland (373 U.S. 83)

Prosecutors failed to disclose material exculpatory evidence regarding Ms. Ventura's role as a co-conspirator, which was material to the defense and to understanding the true scope of the criminal enterprise.

3. Violations of DOJ Guidelines on Victim and Witness Protection

Prosecutors failed to protect me from further victimization by Ms. Ventura and failed to acknowledge my status as a victim of her criminal conduct.

4. Violations of Professional Responsibility Standards

Prosecutors violated their ethical obligations by knowingly presenting misleading information to the court and by failing to pursue all available charges against all participants in the criminal enterprise.

### Pattern of Prosecutorial Misconduct

The misconduct in this case follows a deliberate pattern:

Phase 1: Evidence Gathering

- Prosecutors spent over a year gathering evidence from me and other victims

0006

- Evidence clearly demonstrated Ms. Ventura's active role as a co-conspirator
- Prosecutors were fully informed of the true scope of the criminal enterprise

Phase 2: Narrative Construction

- Despite possessing evidence of Ms. Ventura's criminal conduct, prosecutors chose to protect her
- Ms. Ventura was portrayed exclusively as a victim to serve prosecutorial convenience
- The true RICO enterprise was deliberately concealed from the court and public

Phase 3: Victim Rights Violations

- My rights as a verified victim were systematically violated
- I was denied the opportunity to confront my accusers and seek justice
- My testimony was suppressed when it threatened to expose the full scope of the enterprise

*Personal Impact of Prosecutorial Misconduct*

Attorney General Bondi, the impact of this misconduct on my life has been devastating:

1. Denial of Justice: Despite being a verified victim of both defendants, I was denied the opportunity to see both of my attackers prosecuted
2. Retraumatization: The prosecutors' decision to protect Ms. Ventura while using my testimony against Mr. Combs constituted additional victimization
3. Public Exposure: My cooperation with federal authorities exposed my personal life based on the prosecutors' promise that justice would be served for all victims
4. Constitutional Violations: My fundamental rights as a victim were violated to serve prosecutorial convenience

*Testimony of the True Criminal Enterprise*

The testimony I provided to prosecutors detailed how Ms. Ventura personally participated in:

1. Sexual assault and drugging of victims, including myself
2. Recruitment and manipulation of male entertainers
3. Coordinated efforts with Mr. Combs to facilitate trafficking operations
4. Use of psychological manipulation to ensure victim compliance
5. Financial manipulation to maintain the victim's silence

This evidence was sufficient to support RICO charges against both defendants but was deliberately suppressed.

*Request for Department of Justice Investigation*

I respectfully request that the Department of Justice conduct a comprehensive investigation into this matter, including:

1. Review of Prosecutorial Conduct

- Examination of all evidence provided to SDNY prosecutors
- Review of prosecutorial decision-making regarding Ms. Ventura's role
- Investigation of whether evidence was deliberately suppressed

2. Victim Rights Compliance Review

- Assessment of whether my rights under the Crime Victims' Rights Act were violated
- Review of DOJ victim protection protocols in this case
- Evaluation of whether other victims' rights were similarly violated

3. Pattern and Practice Investigation

- Examination of whether this misconduct represents a broader pattern within SDNY
- Review of other cases where similar prosecutorial decisions may have been made
- Assessment of compliance with DOJ guidelines on victim rights and prosecutorial ethics

4. Administrative and Criminal Review

- Determination of whether disciplinary action against prosecutors is warranted
- Assessment of whether criminal charges for civil rights violations are appropriate
- Review of systemic reforms needed to prevent similar misconduct

<u>Supporting Documentation</u>

I have filed a civil action in the Federal District Court for the Central District of California against both Mr. Combs and Ms. Ventura (Case No. [TO BE PROVIDED]), which details the true nature of their coordinated criminal enterprise. This lawsuit contains evidence that was provided to SDNY prosecutors but was deliberately ignored or suppressed.

<u>Conclusion</u>

Attorney General Bondi, this case represents a fundamental failure of prosecutorial ethics and a violation of victim rights that strikes at the heart of our justice system. When prosecutors choose to protect co-conspirators by recasting them as victims, they undermine the rule of law and deny actual victims their constitutional rights.

I am not seeking to interfere with legitimate prosecutions or to relitigate resolved cases. Rather, I am seeking accountability for prosecutors who violated their oath and the public trust, and I am seeking justice for myself and other victims who were denied their day in court.

The American people deserve prosecutors who will follow the evidence wherever it leads, not those who will manipulate evidence to fit a predetermined narrative. The integrity of our federal

0008

justice system depends on holding prosecutors accountable when they engage in misconduct that denies victims their rights and conceals the truth.

I am prepared to provide testimony, documentation, and any additional evidence necessary to support this investigation. I respectfully request that you give this matter your urgent attention and direct the appropriate authorities to conduct a thorough investigation into these serious allegations.

Thank you for your commitment to justice and the rule of law.

Dated: July 12, 2025

Respectfully submitted,

*Clayton Howard*

Clayton Howard

cc: Kash Patel
    Director of the Federal Bureau of Investigation

    Donald J. Trump
    47th President of the United States

Enclosures: Civil complaint, supporting documentation, and relevant correspondence

0009

Letter to President Donald J. Trump

Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929)781-7791
itsclaytonhoward@gmail.com

July 03, 2025

The Honorable Donald J. Trump
47th President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Attn: Misconduct within the Southern District of New York, U.S. v Sean Combs

e

Dear Mr. President,

    I wish to state that I am a huge admirer of your work and life, having voted for your election and return to office in both attempts. Having read all of your books and followed your life and career, I needed to express my admiration for you, and thank you for taking the time to read my letter.

    I am writing to bring to your attention serious concerns regarding potential prosecutorial misconduct within the Southern District of New York (SDNY) in connection with the case against Sean Combs. As a victim and witness whom the government utilized to build their prosecution, I feel compelled to inform you of what I believe to be a deliberate misrepresentation of facts and suppression of evidence that fundamentally altered the narrative presented to the public and the court.

    My name is Clayton Howard, and I served as both a victim and witness in the federal case against Sean Combs. During the course of this prosecution, led by prosecutor Maurine Comey, I provided extensive testimony and evidence to support the government's case. However, I have become increasingly concerned that the prosecutors knowingly presented an incomplete and misleading picture of the events and the individuals involved, particularly regarding Cassandra "Cassie" Ventura.

### _The Misrepresentation of Cassandra Ventura's Role_

    Throughout the prosecution, Ms. Ventura was consistently portrayed by the SDNY as a victim of Mr. Combs' alleged criminal enterprise. However, based on my direct knowledge and the evidence I provided to the government, this characterization was fundamentally dishonest. The prosecutors were fully aware that Ms. Ventura was not merely a victim, but rather an active participant and co-conspirator in the very schemes for which Mr. Combs was being prosecuted.

0010

I have recently filed a civil action in the Federal District Court for the Central District of California against both Mr. Combs and Ms. Ventura, alleging that they operated as a coordinated unit in a sex trafficking enterprise that spanned over a decade. This lawsuit details the true nature of Ms. Ventura's involvement, which I had previously disclosed to the SDNY prosecutors during their investigation.

*Evidence of Prosecutorial Knowledge and Misconduct*

The statements I provided to the SDNY clearly demonstrated that Ms. Ventura was an active participant in recruiting, manipulating, and trafficking victims. Despite having this information, the prosecutors chose to present her exclusively as a victim, thereby fundamentally misrepresenting the scope and nature of the criminal enterprise to both the court and the public.

Specifically, I informed the prosecutors that:

1. Ms. Ventura actively participated in the recruitment and manipulation of victims, including myself
2. She engaged in coordinated efforts with Mr. Combs to facilitate sex trafficking operations across multiple jurisdictions
3. She used various methods of coercion, including drugging, sexual assault, and financial manipulation, to ensure victim compliance and silence
4. Her public statements and legal filings omitted her own criminal conduct while positioning herself solely as a victim

*Personal Victimization by Ms. Ventura*

As detailed in my civil complaint, I was personally victimized by Ms. Ventura in ways that the prosecutors were made aware of but chose to ignore. These include:

1. Sexual assault during which she forced herself upon me during her menstrual cycle
2. Drugging me without my knowledge or consent
3. Manipulating me into cooperation and silence through promises of financial compensation and gifts
4. Psychological manipulation designed to maintain my compliance with their trafficking scheme

The prosecutors were aware of these allegations yet continued to present Ms. Ventura as solely a victim, thereby denying me and other actual victims the justice we deserved.

*Request for Presidential Intervention*

Mr. President, I am reaching out to you because I believe you understand, perhaps better than anyone, how overly ambitious prosecutors can manipulate the justice system to serve their own purposes rather than the interests of justice. Your own experiences with prosecutorial

0011

overreach give you unique insight into how the system can be weaponized against individuals while true victims are ignored or silenced.

I respectfully request that you direct the appropriate authorities to investigate the conduct of the SDNY prosecutors in this matter. Specifically, I believe an investigation should examine:

1. Whether prosecutors knowingly presented false or misleading information to the court regarding Ms. Ventura's role
2. Whether evidence of Ms. Ventura's criminal conduct was deliberately suppressed or ignored
3. Whether the rights of actual victims were violated in service of a preferred narrative
4. Whether the prosecution's approach constituted prosecutorial misconduct under federal guidelines

*The Broader Implications*

This case represents more than just misconduct in a single prosecution. It demonstrates how prosecutors can manipulate victim narratives to serve their preferred storyline while ignoring the rights and experiences of actual victims. When prosecutors choose to protect co-conspirators by recasting them as victims, they undermine the entire justice system and deny true victims their day in court.

Mr. Combs has done horrible things that are undeniable. However, the American Judicial System is said to uphold the principles of equal rights and fairness when individuals are prosecuted before the courts. If prosecutors had credible testimony implicating Mrs. Ventura, they had both an ethical and a fiduciary duty to reveal this information and provide justice to the victims of Mrs. Ventura.

The public deserves to know the truth about this case, and victims deserve justice. I believe that only through presidential intervention can we ensure that the full scope of this misconduct is exposed and addressed.

*Conclusion*

Mr. President, I am not seeking to interfere with the legitimate prosecution of criminal conduct. Rather, I am seeking accountability for prosecutors who I believe have violated their oath to pursue justice rather than convictions. The American people deserve prosecutors who will follow the evidence wherever it leads, not those who will manipulate evidence to fit a predetermined narrative.

I was and am a victim of both Sean Combs and Cassandra Ventura. I did not ask to have my life exposed and be forced into cooperation with the US Attorney for the SDNY for over a year, but I cooperated in the name of justice to provide the truth of what I saw. I have been far removed from my former life, having completely changed my life and direction. Prosecutors and Cassandra Ventura exposed my past based on a lie, used me to build a prosecution against

0012

Combs based on testimony against both Combs and Ventura, intentionally ignored my rights as a verified victim of both parts, then denied me the opportunity to face my offender when fear of my testimony against Mrs. Ventura caused concern that the case would be lost. As a victim, I deserved the right to tell the truth and face my offender, but I was used and then denied due to the prosecutor's misconduct and deceit.

    I have attached relevant documentation supporting these allegations and would be happy to provide additional information or testimony as needed. I respectfully request that you give this matter your urgent attention and direct the appropriate authorities to investigate these serious allegations of prosecutorial misconduct.

Thank you for your time and consideration of this critical matter.

Dated: July 03, 2025

Respectfully submitted,

*Clayton Howard*

Clayton Howard

Enclosures: Relevant civil complaint and supporting documentation

Cc: Kash Patel
    Director of the Federal Bureau of Investigation

    Pam Bondi
    Attorney General of the United Stated

0013