# Exhibit C

Attempts to Contact Counsel, Prosecutors
and Advocates seeking aid with CVRA

 Gmail

Clayton Howard <itsclaytonhoward@gmail.com>

---

## After the Intercontinental beating
1 message

---

**Clayton Howard** <itsclaytonhoward@gmail.com>                    Sat, May 17, 2025 at 1:50 PM
To: Tyrone Blackburn <Tblackburn@tablackburnlaw.com>

Tyrone

The assault at Intercontinental was March 5 2016. Few weeks later Diddy asked for another and Cassie said they needed a Different Vibe. I think I was that different Vibe as I saw them on the 15 to the 20th March 2016 in Miami

---



**March 20 2016 Mimi return.jpg**
4026K

 **Gmail**

Clayton Howard <itsclaytonhoward@gmail.com>

## Release as a witness
2 messages

---

**Clayton Howard** <itsclaytonhoward@gmail.com>                     Tue, May 27, 2025 at 3:39 PM
To: Tyrone Blackburn <Tblackburn@tablackburnlaw.com>

Tyrone

    These prosecutors are not gonna call
Me and I know why. They are holding me back and have done so this entire time just so I couldn't take action against
Cassie and protect her image.
    I want you to email them and get an answer.  Someone I know texted me a link saying they have 2 witnesses left and
I listen so I know Im not one of them. I want you to confirm this and once you do I want you have them release me from
their witness list if I am not being called. We both know they don't wanna call me because of what i can say about Cassie
and we need to stop pretending like they want to call me- they don't.

Clayton H

Sent from my mobile device, please excuse brevity and/or spelling mistakes.

---

**Tyrone Anthony Blackburn, Esq.** <tblackburn@tablackburnlaw.com>              Tue, May 27, 2025 at 4:55 PM
To: Clayton Howard <itsclaytonhoward@gmail.com>

Idk who you are hearing this from, but they are wrong.  This is the 3rd week of trial.  The prosecutors have said you will be
called by the 2nd week of June.  They have 3 more weeks to put on their case after this week.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
TABlackburnlaw.com

_____

Please note that the use of the internet for communications with the firm will not establish an attorney-client relationship,
and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and/or the attachment(s) accompanying it)
may contain confidential information belonging to the sender, which is protected by the attorney-client privilege.
The information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified
that any disclosure, copying, or distribution of any information in this transmission or the taking of any action in reliance on
the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under
the law. If you have received this transmission in error, please promptly notify the sender by reply e-mail and then destroy
all copies of this transmission. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this
message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this
law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to
any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of
such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely
a general comment or suggestion based upon the limited facts presented to this firm.

        On May 27, 2025, at 3:39 PM, Clayton Howard <itsclaytonhoward@gmail.com> wrote:

    [Quoted text hidden]

<<Bates0002

 Gmail

**Clayton Howard <itsclaytonhoward@gmail.com>**

---

## United Stated v Combs 24-cr-542(AS)
1 message

**Clayton Howard** <itsclaytonhoward@gmail.com>                    Mon, Jun 23, 2025 at 8:24 AM
To: wendy.olsen@usdoj.gov

Mrs Olsen

   Please be advised that I have terminated Tyrone Blackburn after discovery he fabricated a motion to Quash in the hopes of suppressing exculpatory evidence. I would not be contacting you, but Mr Blackburn threatened me for firing him from representation, and therefore I feel Maurine Comey needs to know what happened. I will have new counsel by days end But I ask that your forward her this information so she is aware of the events that have transpired over the weekend as they could affect her trial. I have mailed a hard copy to the court clerk address to the Judge, and I have have new counsel forward to the defense.

   I ask that you forward this email to Mrs Comey.

Respectfully

Clayton H
(929)781-7791

---

**10 attachments**

 **Exhibit E.pdf**
177K

**Exhibit C.pdf**
172K

**Exhibit B.pdf**
340K

**Exhibit F.pdf**
200K

**Surrender email and compliance.pdf**
115K

**Exhibit G.pdf**
192K

**Exhibit A.pdf**
7553K

**Notarized Diddy Affidavit.pdf**
675K

**Diddy Letter to Court.pdf**
126K

**FINAL LETTER OF TERMINATION OF LEGAL REPRESENTATION.pdf**
91K

<<Bates0003

 **Gmail**

**Clayton Howard <itsclaytonhoward@gmail.com>**

## Victim Status Verification and All Victim-Related Materials

**Clayton Howard** <itsclaytonhoward@gmail.com>
To: wendy.olsen@usdoj.gov

Fri, Sep 19, 2025 at 2:23 PM

Mrs Olsen

    My name is Clayton Howard, I was a victim and witness within the trial of Sean Combs before the SDNY: United States v. Combs, 24-cr-542 (AS). For 18 months of my life I was a cooperating witness within the prosecution of Mr Combs providing verified information which allowed the prosecution to go forward. I have attached emails verifying Prosecutors were aware I was a victim of Mr COmbs and Ms Ventura.

    I am in need of a victim status verification letter and Victim-Related materials from the investigation, which I am entitled to for civil litigation. I ask that you provide me assistance

I will be sending a copy certified receipt for more formal service but I require this as the victim of Mr Combs and Ms Ventura

Clayton Howard
(929)781-7791

---

**3 attachments**

 **VICTIM IMPACT 1.pdf**
141K

 **9162025 Contact SDNY.pdf**
338K

 **2142025 SDNY Request.pdf**
404K

<<Bates0004

Clayton Howard
One Gateway Center
Newark, New Jersey 07008
itsclaytonhoward@gmail.com
(908)305-3450

September 29, 2025

The Honorable Arnn Subramanian
United States District Court
Southern District of New York
500 Pearl Street
Manhattan, New York

**Re: Sentencing of Mr. Sean Combs 24-cr-542 (AS)**

Dear Judge Subramanian,

I am writing to Your Honor as a victim and witness in the case involving Mr. Sean Combs. My intention in this letter is to respectfully request that the Court consider leniency during Mr. Combs' sentencing. I understand the gravity of the allegations and the importance of justice, and I hope to provide my perspective as someone who was directly involved in this matter.

I cooperated with the prosecution for 18 months, providing truthful and detailed accounts of my experiences with Mr. Combs and Ms. Cassandra Ventura. I submitted evidence, including airline receipts, boarding passes, and hotel information, which were used to strengthen the prosecution's case. I testified before a grand jury where an indictment was returned against Mr. Combs in March 2024. I also interviewed to witnessing numerous instances of domestic violence involving Mr. Combs and Ms. Ventura, as well as the toxic and volatile nature of their relationship.

However, I must emphasize that while I do not condone Mr. Combs's conduct regarding domestic violence, I never witnessed Ms. Ventura being forced into any sexual encounters. On the contrary, my personal experiences with her revealed a willing and active participant in these interactions. I shared this information with the prosecution, but I believe it was disregarded in favor of a narrative that was more advantageous to their case.

As a victim myself, I was trafficked across state lines, contracted an STD, and faced significant emotional and physical harm during my involvement with Mr. Combs and Ms. Ventura. My relationship with Ms. Ventura was so extensive that I impregnated her, and despite terminating the pregnancy, she continued to contact, coerce, and sex traffic me for years afterward. The trial revealed she had dozens of men to call; so why Clayton Howard? Because she preferred me, she enjoyed me, and she chose me. Despite all this, my experiences were overlooked, and I felt silenced by the very system that is meant to protect victims.

<<Bates0005

The true victims of this enterprise were denied justice; those victims were not Cassandra and "Jane Doe". They were the dozens of men these three (Mr. Combs, Ms. Ventura, and Ms. Doe) coconspirators manipulated for years, seeking the gratification of their own perverse desires. Mr. Combs is not innocent and should be punished. But not based on fabricated narratives that hide the truth of the matter to which it is to he imprisoned, that is not justice

I firmly believe in justice, due process, despite being denied it often by a law enforcement system that has never truly acknowledged my rights regarding victimhood. I do not seek to diminish the experiences of other victims. However, I also believe that the prosecution's approach in this case was flawed, as it failed to present the full truth and disregarded the complicity of other parties involved. Yes, Ms. Ventura and Jane Doe were victims of domestic violence, but sex trafficking? I am sorry, but unfortunately not. I was personally called by Ms. Ventura, who would be intoxicated, making extremely graphic suggestions regarding the things she wanted sexually when she and I would connect. She would get annoyed, even angry, when Mr. Combs interrupted us while engaged. She would have sexual encounters with me when we were told to stop and wait until Mr. Combs returned from phone calls he took in other rooms. This would cause arguments and acts of domestic violence, also. All of this I reported to prosecutors.

Mr. Combs has already faced significant consequences, and I do not believe he poses a threat to anyone at this stage. I must seek my justice within the civil courts since prosecutors thought my gender and ethnicity were a problem regarding the truth of these matters. A criminal enterprise did exist, Mr. Combs was a part of it, and he most certainly did control it through his influence and resources. But he did not do this alone; he had help, and that help was his personal staff and his girlfriend, who Ms. Ventura and Ms. Doe were for extended periods of time. They both testified to wishing to please their lover, wanting to please takes making a decision, and making a decision means you have the freedom to do so.

Ms. Ventura preferred me, I know this. Mr. Combs was not a fan of mine in the beginning years of our association. Over time, we gained a mutual respect through Ms. Ventura's preference for me. I do not imply romance by stating this, but Ms. Ventura preferred me. She and I have the same birthday, August 26th, and she would call me for years to meet and have encounters. Based on my years of knowing Mr. Combs, I am confident that he will not repeat the mistakes of the past. I respectfully ask the Court to consider these factors and grant Mr. Combs leniency during sentencing.

Thank you for taking the time to consider my perspective. I trust in the Court's wisdom and fairness in reaching a just decision.

Respectfully,

*Clayton Howard*

Clayton Howard
itsclaytonhoward@gmail.com

<<Bates0006

 Gmail

**Clayton Howard <itsclaytonhoward@gmail.com>**

---

## Violations to CVRA of Clayton Howard

**Clayton Howard** <itsclaytonhoward@gmail.com>                                        Tue, Oct 21, 2025 at 8:52 AM
To: usaeo.VictimOmbudsman@usdoj.gov

Dear Ellen M. FitzGerald:

   My name is Clayton Howard. I was and remain of victim of Sean Combs and Casandra Ventura regarding the recent failed attempt by prosecutors to establish the RICO enterprise charged within the indictment of United States v Sean Combs.

   I contacted you this am seeking assistance as a named victim within count 3 for which Mr. Combs was convicted. Please review the attached letter and supporting documents. I ask your assistance in contacting the victim-witness unit.

   I have included emails between Attorney Ross Kramer, who was assigned by the Office of the US Attorney to be their liaison to deal with me, as he worked for prosecutors, helping them to protect the lies my truth exposed. This assigned counsel was aware of my status, as it was relayed to him by the SDNY, namely, Maurine Comey. I also produced the Sentencing Memorandum filed by the SDNY to Judge Submarianian, which list me as a victim of count 3 on page 41. I beg your assistance in addressing this matter

Respectfully

Clayton Howard
Victim
(929)781-7791

---

**6 attachments**

📄 **9162025 Contact SDNY.pdf**
314K

📄 **May 19 2025 Ross K COnfirmation.pdf**
234K

📄 **Feb 14 2025 SDNY contact.pdf**
440K

📄 **2142025 SDNY Request.pdf**
404K

📄 **516.pdf**
1385K

📄 **Ellen  Victim_Impact_Letter_with_Backpage_Compensation.pdf**
178K

<<Bates0007

 Gmail                                                        Clayton Howard <itsclaytonhoward@gmail.com>

## Contact with the SDNY
5 messages

**Clayton Howard** <itsclaytonhoward@gmail.com>                              Tue, Oct 21, 2025 at 7:45 AM
To: Ross Kramer <rkramer@sffny.org>

Mr Kramer

      You represented me for the US Attorney as you helped them build their failed case against Sean Combs while they used me for 17 months. Our relationship terminated due to your need to assist prosecutors in their attempt to control the truth I possessed about Casandra Ventura, things you are aware I informed them of during the entire 17 months they used me. It appears that since they have lost this trial due to their own racism and gender bias, they are refusing to reply to any communications I send, despite the fact that they have used me as a victim in Count 3 to convict Mr. Combs. I remember our discussion regarding my status as a victim, which Maurine lied to my face about.

      Attached is the sentencing memorandum of the US Attorney, which lists me, Clayton Howard, as a victim after Casandra Ventura, which is a huge spit in my face. As a black man who has been violated by law enforcement on every level, this is the last straw. I will not be used, I will not be disregarded, and I will obtain the justice I have been denied. I am contacting you to demand communications and contact with the US Attorney. I fired Tyrone Blackburn for fabrication of a motion to Quash, then reported him to the discipline within the SDNY, for which he is now under investigation. He was also criminally indicted recently for running over a process server. I tell you this so you understand why I have chosen to contact you.

      I demand your communication regarding me and the US Attorney, and I have a right to it. You may claim "work product" privilege to hide the truth of your communications with the US Attorney, which is your right. But you should know I have become quite capable myself and will seek action for those records. I do not think that necessary, as although you may not choose to admit what I say, you know it's the truth and the US Attorney used me. I never lied, which is obvious as they used my information, prosecuted combs, made me a victim of the count, but denied me the right to confront my offender to protect the victim credibility of a woman the world knows lied now. I shouldn't be punished for the mistake of a biased, racist white woman who thought charging a black guy with old DV charges and hiding the capability of the coconspirator woman was a good legal strategy.

      Although strongly worded, I ask you to comply with this email so as not to create any issues between you and me. You were in those meetings, and you know I told the truth, prosecutors could not refute my statements, and that's why they used me. Because they failed when Cassie was revealed to be the liar I told them she was the entire time, I should not be ignored when they are using my trauma to justify her as the victim she was exposed not to be. This is wrong, and its what is done to African American men all the time. I understand now why they never helped me with being stalked or maliciously prosecuted, because they are corrupt themselves, so why would they help a black man when they are actively setting up a black man using me? I was such a fool, but I am not now

      Attached is a letter I will be mailing to the US Attorney, DOJ, HSI, the White House, and the FBI, as I know for 100% FACT the US Attorney intentionally violated my rights to protect the lie that Casandra was a victim of this RICO, when the truth is she was a co-conspirator and organizer. I ask you to provide an email contact to the US Attorney, and that you keep of copy of the enclosed letter for your records

      Please respond by day's end with your answer.

      Clayton Howard
      (929)781-7791

      📄 **Victim_Impact_Letter_with_Backpage_Compensation.pdf**
         177K

**Clayton Howard** <itsclaytonhoward@gmail.com>                              Tue, Oct 21, 2025 at 7:53 AM
To: Ross Kramer <rkramer@sffny.org>

Mr Kramer

<<Bates0008

Forgive me, I forgot the US Attorney sentencing memorandum and a few of our emails to refresh the conversations, or better statements you made regarding my status with the US Attorney. I do this not against you, that is the truth. I do this because I am sure they intentionally violated my rights pursuant to the CVRA, and I demand justice. The reference to my Count 3 victim status is located on Page 41 and has been highlighted for ease of location

Clayton Howard
[Quoted text hidden]

---

**5 attachments**

 **516.pdf**
1385K

 **Feb 14 2025 SDNY contact.pdf**
440K

 **9162025 Contact SDNY.pdf**
338K

 **May 19 2025 Ross K COnfirmation.pdf**
234K

 **2142025 SDNY Request.pdf**
404K

---

**Ross Kramer** <rkramer@sffny.org>          Tue, Oct 21, 2025 at 12:03 PM
To: Clayton Howard <itsclaytonhoward@gmail.com>

Clayton:

I'm happy to send you anything from our case file that you want. What are you looking for? (Note that we did not take notes in your meetings with the government, as is our practice.)


    - Ross


Get Outlook for iOS

---

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Tuesday, October 21, 2025 7:53:08 AM
**To:** Ross Kramer <rkramer@sffny.org>
**Subject:** Re: Contact with the SDNY

[Quoted text hidden]

---

**Clayton Howard** <itsclaytonhoward@gmail.com>          Tue, Oct 21, 2025 at 1:31 PM
To: Ross Kramer <rkramer@sffny.org>

Ross

   I appreciate that, thank you. I would like the entire file please. And an email to contact the Prosecutors. Im sure you contacted Maurine, and I know shes no longer there. I ask whom else you contacted and that, if possible you provide that entail so I may begin my work please

Thank you

Clayton H

Sent from my mobile device, please excuse brevity and/or spelling mistakes.

[Quoted text hidden]

---

**Ross Kramer** <rkramer@sffny.org>                    Tue, Oct 21, 2025 at 2:06 PM
To: Clayton Howard <itsclaytonhoward@gmail.com>

Ok we will send you everything that we have in our file.

   - Ross

Get Outlook for iOS

---

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Tuesday, October 21, 2025 1:31:17 PM

[Quoted text hidden]

[Quoted text hidden]

<<Bates0010

 **Clayton Howard <itsclaytonhoward@gmail.com>**

---

## Clayton Howard Case File

**Brigid Riedy** <Briedy@sffny.org>                    Thu, Oct 23, 2025 at 2:59 PM
To: Clayton Howard <itsclaytonhoward@gmail.com>
Cc: Ross Kramer <rkramer@sffny.org>

Hi Clayton,

As requested here are the documents in our files and here is a list of the individuals we spoke with at the US Attorney Office regarding your case and their email addresses.

Maurene Comey maurene.comey@usdoj.gov
Emily Johnson emily.johnson@usdoj.gov
Madison Smyser madison.smyser@usdoj.gov
Mitzi Steiner mitzi.steiner@usdoj.gov
Meredith Foster meredith.foster@usdoj.gov
Christy Slavik mary.slavik@usdoj.gov

Please note that the legal files you shared with us from your other proceedings are too large to send in one email so they will come over the next several emails.

Thank you,
Brigid

**Brigid Riedy**
*Project Assistant*
*Incarcerated Gender Violence Survivors Initiative*
*Pronouns: She/Her/Hers*

Sanctuary for Families
PO Box 1406
Wall Street Station
New York, NY 10268

T: 646-357-3499 x 1412
F: 332-895-7435

Facebook | Twitter | Instagram
sanctuaryforfamilies.org

---

**19 attachments**



**December 16, 2016. Photo from airplane.jpg**
308K





**December 17, 2016. Terminal B.jpg**
492K





**December 18, 2016. Miami Beach - Oceanfront (2).jpg**
464K





**December 18, 2016. Miami Beach - Oceanfront.jpg**
332K





**Flight Ticket FLL to EWR.jpg**
217K

https://mail.google.com/mail/u/0/?ik=7c9381193e&view=pt&search=all&permmsgid=msg-f:1846800258607587229&simpl=msg-f:1846800258607587229    2/4



**Flight Ticket FLL to NY.jpg**
6805K



**Flight Ticket LGA to RDU.jpg**
217K



**Flight Ticket RDU to LAX.jpg**
219K



**Miami photo 1.jpg**
59K



**Miami photo 5.jpg**
1736K

**Sean Diddy Civil Complaint.pdf**
552K

**C. Howard, Flight FLL to NYC Mar 21 2016.pdf**
197K

**C. Howard, Flight FLL to NYC Oct 20 2014.pdf**
448K

&lt;&lt;Bates0013

**C. Howard, Flight MIA to NYC Jun 12 2014.pdf**
517K

**C. Howard, Flight NYC to FLL Mar 18 2016.pdf**
431K

**C. Howard, Flight NYC to LAX Oct 07 2014.pdf**
370K

**C. Howard, Flight NYC to MIA Nov 8 2013.pdf**
254K

**2023.12.11 Proffer (Howard).pdf**
96K

**2025.02.24 Letter re Clayton Howard from Wendy Olsen.pdf**
22K

 Gmail

**Clayton Howard <itsclaytonhoward@gmail.com>**

## United States v Sean Combs
2 messages

**Clayton Howard** <itsclaytonhoward@gmail.com>                    Thu, Oct 23, 2025 at 3:44 PM
To: emily.johnson@usdoj.gov, madison.smyser@usdoj.gov, mitzi.steiner@usdoj.gov, meredith.foster@usdoj.gov,
mary.slavik@usdoj.gov

    Assistant United States Attorney Emily Johnson:

    Good Afternoon. It has been several months since our last contact during the prosecution of Mr. Combs. I
hope you remember who I am and ask your assistance regarding the request in the letter submitted below.
    Although the goal of the prosecution was not achieved, I provided your office with all I had and earnestly sought
to help you achieve your aim. I was able to obtain and read the sentencing memorandum attached to this email also
and I noticed I am a listed victim within count 3. I wish I had been told this during the trial, and I do feel somewhat
violated by being left out due to my knowledge of the complicity of Ms. Ventura. I feel as though my rights a the
victim were ignored, and had they not been I am confident your office would have achieved its aim.
    But life has taught me the futility of crying over things that have already happened. I ask that your office
provide me with a victim impact statement and assist me with the "Backpage" compensation program, which was
created to compensate those affected by sex trafficking activities through Backpage or Cityscape. Ms. Ventura
originally located postings of me on Backpage.com.
    I would have happily testified to the payments from Mr. Combs directly and the contact directly, which, for
purposes of your RICO would have more than likely substantiated the charges. It's disappointing that all that effort,
stress, and exposure I endured by trying to assist and do what is right failed, and again I feel wronged as I was denied.
I even suggested to Mrs Comey that I be a victim, and I was told I was, but never given the rights or respect of
Casandra, Jane Doe, or the others, despite telling the truth that was not proven false. I never wanted or expected
Casandra to be charged, but lying for her was wrong, and that I could not do. She was abused, but she was NEVER
forced into sex with me. I said that then, and I will always say it as it is the truth. She was a different person then, we
both were, and like I made the mistake, so did she by manipulating myself and dozens of others.

    I ask that your office provide the impact letter and allow me to seek some sort of justice or relief, since the trial
and attempt to hold Mr. Combs accountable render no justice for me.

Thank you for your time, and I ask that the appropriate party respond to assist me

Clayton Howard
(929)781-7791


cc: Madison Smyser
   Mitzi Steiner
   Meredith Foster
   Christy Slavik

---

**2 attachments**

📄 **Victim_Impact_Letter_with_Backpage_Compensation.pdf**
   177K

<<Bates0015

 **516.pdf**
1385K

---

**Clayton Howard** <itsclaytonhoward@gmail.com>                    Fri, Nov 21, 2025 at 10:52 AM
To: emily.johnson@usdoj.gov, madison.smyser@usdoj.gov, mitzi.steiner@usdoj.gov, meredith.foster@usdoj.gov,
mary.slavik@usdoj.gov, matthew.shahabian@usdoj.gov, olga.zverovich@usdoj.gov

Mrs Johnson

    Good Morning. Following up on My October 23, 2025, email to yourself and others I submit another request for assistance pursuant to 18 USC 3771. I ask that someone assist me or if you could forward my contact to the appropriate party who can help

Thank you

Clayton Howard
[Quoted text hidden]



**2 attachments**

 **Follow Up Letter Victim Rights Combs Case 2nd Attempt.pdf**
159K

 **Victim_Impact_Letter_with_Backpage_Compensation.pdf**
177K

Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929) 202-3895
itsclaytonhoward@gmail.com

November 30, 2025

U.S. Attorney's Office
Southern District of New York
Attn: Victim-Witness Unit Supervisor
One St. Andrew's Plaza
New York, New York 10007


SENT VIA:
- Certified Mail, Return Receipt Requested
- Email (all known addresses)
- Facsimile: (212) 637-2686
- Regular U.S. Mail


RE: FINAL DEMAND BEFORE COURT ACTION – CVRA Rights Enforcement
　　United States v. Sean Combs, Case No. 24-cr-542 (AS)
　　Victim: Clayton Howard (Named in Count 3, "Victim 2")


Dear Victim-Witness Coordinator and Assistant U.S. Attorneys:

## I. EXECUTIVE SUMMARY

This is my THIRD and FINAL administrative request before seeking judicial enforcement of my rights under the Crime Victims' Rights Act, 18 U.S.C. § 3771.

Despite two detailed letters (October 23, 2025 and November 19, 2025) and phone contact with victim-witness advocates, the U.S. Attorney's Office has provided ZERO substantive response for over five weeks.

I am a named victim (Count 3, "Victim 2") in a completed federal prosecution. I cooperated extensively with your investigation. I am now being systematically denied every statutory right afforded to crime victims under federal law.

TIME ELAPSED: Over 37 days with NO response

MY STATUS: Named victim in Count 3 of the Indictment (Sentencing Memorandum, Docket #516, pg 41, "Victim 2")

CRITICAL DEADLINE: February 2, 2026 – Backpage Remission Program petition deadline

<div align="center">II. PRIOR UNANSWERED CORRESPONDENCE</div>

A. First Request – October 23, 2025

On October 23, 2025, I sent a comprehensive email to Emily Johnson, Madison Smyser, Mitzi Steiner, Meredith Foster, and Mary Slavik requesting:

    i.    Written victim status verification

    ii.    All victim-related materials from the case file

    iii.    Assistance establishing eligibility for the Backpage Remission Program

    iv.    Trial transcripts and evidence regarding Backpage.com

    v.    Information about restitution procedures

    vi.    Contact information for assigned Victim-Witness Coordinator

RESPONSE RECEIVED: None

B. Second Request – November 19, 2025

After receiving no response to my initial request, I sent a detailed follow-up letter on November 19, 2025, to the Victim-Witness Assistance Unit. This seven-page letter:

    i.    Referenced my prior unanswered correspondence

    ii.    Provided comprehensive legal analysis of my CVRA rights

    iii.    Reiterated all previous requests with additional detail

    iv.    Emphasized urgency due to upcoming Backpage remission deadline

    v.    Requested opportunity to submit victim impact statement

    vi.    Sought notice of proceedings and consultation with government counsel

RESPONSE RECEIVED: None

C. Phone Contact with Victim-Witness Unit

During Late September  through October 2025, I called the Victim-Witness Unit and spoke with an advocate. I explained my situation: that I am a named victim in United States v. Combs, that I had sent two letters without receiving any response, that I needed assistance exercising my victim rights, and that there was an urgent deadline approaching for the Backpage Remission Program.

The advocate acknowledged my call and promised to investigate my situation and return my call. I provided my phone number: (929) 781-7791.

CALLBACK RECEIVED: Never

D. Current Status

Over 37 days have passed since my first request. I have made three separate attempts to communicate with your office through multiple channels. I have received not even an acknowledgment that my communications were received.

This complete silence constitutes a systematic violation of my statutory rights.


### III. MY VICTIM STATUS – ESTABLISHED FACTS

I am specifically identified as a victim in this prosecution. The facts establishing my victim status are:

1. I am named as "Victim 2" in Count 3 of the Indictment against Sean Combs.

2. The government's Sentencing Memorandum, filed at Docket #516, page 41, specifically identifies me as "Victim 2" in Count 3.

3. I was directly and proximately harmed by the defendant's criminal conduct involving sex trafficking.

4. During the trial, defendant Cassandra Ventura testified under oath that she located and recruited me for sex trafficking through advertisements containing my photographs posted on Backpage.com. This sworn testimony establishes the direct causal link between Backpage.com and my trafficking victimization.

5. I cooperated extensively with federal investigators, providing:

    i. Flight boarding passes documenting interstate travel

    ii. Airline ticket receipts

    iii. Hotel photographs and reservation confirmations

    iv. Detailed dates, times, and locations of trafficking incidents

    v. Written statements regarding the defendants' criminal conduct

    vi. Documentary evidence used by prosecutors during trial

6. My cooperation was material to building the prosecution's case against the defendants.

7. I have documented my experiences in my published memoir, "Cassie: Victim or Coconspirator?", which details the systematic abuse, intimidation, and harm I suffered.

My victim status is not in dispute. It has been officially recognized by your office and documented in court filings. I am entitled to the rights Congress has guaranteed to all crime victims.

## IV. VIOLATIONS OF THE CRIME VICTIMS' RIGHTS ACT

The U.S. Attorney's Office has violated every applicable provision of 18 U.S.C. § 3771:

A. Violation of 18 U.S.C. § 3771(a)(2) – Right to Notice

The statute provides: "A crime victim has...the right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused."

VIOLATION: I received no notice whatsoever of the sentencing hearing. As a named victim who cooperated with the prosecution, I was entitled to notice of all public proceedings. Your office's failure to provide any notice violates this right.

The legislative history makes clear that notice serves critical purposes: "It enables the victim to attend proceedings, to provide input to the court and prosecutor, and to understand the progress and outcome of the case that harmed him or her." S. Rep. No. 108-191, at 8 (2003).

I was denied all of these opportunities.

B. Violation of 18 U.S.C. § 3771(a)(4) – Right to Be Heard at Sentencing

The statute provides: "A crime victim has...the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding."

This right is reinforced by Federal Rule of Criminal Procedure 32(i)(4)(A), which provides: "Before imposing sentence, the court must...address the victim personally if the victim is present at the sentencing hearing and determine if the victim wishes to make a statement or present any information about the sentence."

VIOLATION: I was never given the opportunity to submit a victim impact statement or to speak at sentencing. I specifically requested this opportunity in my November 19, 2025 letter, offering to provide both written and oral statements. Your office ignored this request entirely. The right to be heard at sentencing is one of the CVRA's core protections. I was denied this fundamental right.

C. Violation of 18 U.S.C. § 3771(a)(5) – Right to Confer with Government Counsel

The statute provides: "A crime victim has...the reasonable right to confer with the attorney for the Government in the case."

VIOLATION: I have made repeated attempts to confer with your office. I have sent two detailed letters and made phone contact with the Victim-Witness Unit specifically requesting consultation. Your office has refused to engage with me at all.

This right "allows victims to provide information to the government and to receive information from the government about the status of the case." S. Rep. No. 108-191, at 9 (2003).

Complete non-response makes conferral impossible.

D. Violation of 18 U.S.C. § 3771(a)(6) – Right to Restitution Information

The statute provides: "A crime victim has...the right to full and timely restitution as provided in law."

VIOLATION: I have requested information about restitution procedures, including:

     i.    How to document my losses

    ii.    Deadlines for submitting restitution claims

   iii.    Types of losses for which I may seek restitution

   iv.    Process for enforcing any restitution order

Your office has provided none of this information. Without it, I cannot meaningfully exercise my right to seek restitution.

Additionally, my right to "full" restitution necessarily encompasses my ability to pursue compensation through the Backpage Remission Program—a federal program specifically designed to provide restitution to trafficking victims. Your office's refusal to assist me in establishing my eligibility for this program directly violates my right to full restitution.

E. Violation of 18 U.S.C. § 3771(a)(7) – Right to Proceedings Free from Unreasonable Delay

The statute provides: "A crime victim has...the right to proceedings free from unreasonable delay."

VIOLATION: Over 37 days of complete silence in response to clear, detailed requests for victim services constitutes unreasonable delay. This delay is especially harmful given the approaching February 2, 2026 Backpage remission deadline.

The CVRA's prohibition on unreasonable delay "applies not only to court proceedings but also to the provision of victim services and information." See *In re Wild, 994 F.3d 1244, 1254 (11th Cir. 2021).*

F. Violation of 18 U.S.C. § 3771(a)(8) – Right to Fairness and Respect

The statute provides: "A crime victim has...the right to be treated with fairness and with respect for the victim's dignity and privacy."

VIOLATION: Ignoring a cooperating victim-witness for over 37 days shows fundamental disrespect. I provided substantial assistance to your prosecution, including critical evidence and cooperation throughout the investigation. To now be completely ignored when I seek to exercise my statutory rights demonstrates a lack of basic fairness and respect.

This violation is particularly egregious given that your office used my cooperation when it served your interests in prosecuting the defendants, but now refuses even to acknowledge my existence when I need assistance exercising my rights.

## V. VIOLATIONS OF THE VICTIMS' RIGHTS AND RESTITUTION ACT

In addition to CVRA violations, your office has violated the Victims' Rights and Restitution Act of 1990, 34 U.S.C. § 20141(c), which mandates that responsible officials provide specific services to crime victims.

### A. Violation of 34 U.S.C. § 20141(c)(1)(B) – Duty to Inform of Available Relief

The statute mandates that responsible officials "inform a victim of any restitution or other relief to which the victim may be entitled under this or any other law and the manner in which such relief may be obtained."

VIOLATION: Your office has failed to inform me of:

    i.   Restitution procedures under 18 U.S.C. § 3663 et seq.

    ii.   Eligibility for the Backpage Remission Program

    iii.   Civil remedies available for sex trafficking victims

    iv.   Any other forms of relief

The statute's phrase "any other law" expressly encompasses relief beyond criminal restitution orders, including administrative compensation programs like the Backpage remission and civil causes of action.

Your silence violates this mandatory duty.

### B. Violation of 34 U.S.C. § 20141(c)(3)(A) – Duty to Provide Status Updates

The statute requires responsible officials to provide victims with "the earliest possible notice of the status of the investigation of the crime, to the extent it is appropriate to inform the victim and to the extent that it will not interfere with the investigation."

VIOLATION: The investigation and prosecution are complete, so there are no interference concerns. Yet your office has provided me with no information about the case status, sentencing outcome, or any other matter.

C. Violation of 34 U.S.C. § 20141(c)(6) – Duty to Return Victim Property

The statute requires officials to "ensure that any property of a victim that is being held for evidentiary purposes be maintained in good condition and returned to the victim as soon as it is no longer needed for evidentiary purposes."

VIOLATION: I provided substantial evidence and documentation to your office during the investigation, including flight records, photographs, hotel documentation, and detailed written statements. The prosecution is complete, yet your office has not returned these materials or even responded to my requests for them.

These materials are my property. I need them for my civil litigation and Backpage remission petition. Your office has no legitimate basis for withholding them now that the criminal case has concluded.

## VI. VIOLATION OF "BEST EFFORTS" MANDATE

Congress made clear that the government must actively work to ensure victims receive their rights. Under 18 U.S.C. § 3771(c)(1):

"Officers and employees of the Department of Justice and other departments and agencies of the United States engaged in the detection, investigation, or prosecution of crime shall make their best efforts to see that crime victims are notified of, and accorded, the rights described in subsection (a)."

Thirty-seven days of complete silence is the opposite of "best efforts." Your office has made ZERO effort—not minimal effort, not inadequate effort, but literally no effort at all.

The legislative history emphasizes that this duty requires active, affirmative conduct: "The best efforts standard...imposes a duty on Federal officials to be pro-active in protecting victims' rights." S. Rep. No. 108-191, at 16 (2003).

Your office has been the opposite of pro-active. Despite receiving three separate communications over five weeks from a cooperating victim-witness explicitly invoking his federal statutory rights, your office has not even acknowledged receipt.

## VII. THE BACKPAGE REMISSION PROGRAM – CRITICAL DEADLINE

On July 31, 2025, the Department of Justice announced the Backpage Remission Program, the largest federal victim compensation effort for human trafficking survivors in U.S. history. The program distributes over $200 million in forfeited assets to compensate victims whose sex trafficking was facilitated through Backpage.com between January 1, 2004, and April 6, 2018. The petition deadline is February 2, 2026.

I clearly meet the eligibility criteria based on Cassandra Ventura's sworn trial testimony that she used Backpage.com to locate and recruit me for trafficking.

However, without your office's assistance, I cannot obtain:

    i.    Trial transcripts documenting Ms. Ventura's testimony

    ii.    Exhibits showing the Backpage connection

    iii.    Official confirmation of my victim status

    iv.    Documentation of my cooperation and the nature of my victimization

Your office has a statutory duty under 34 U.S.C. § 20141(c)(1)(B) to inform victims of relief available under "any other law" and help them obtain it. The Backpage Remission Program is a federal victim compensation program—exactly the type of relief contemplated by this provision.

If I miss the February 2, 2026 deadline due to your office's non-response, I will lose the opportunity to seek potentially substantial compensation for my trafficking-related losses. This would be a direct result of your CVRA violations.

## VIII. HARM FROM YOUR OFFICE'S VIOLATIONS

Your office's complete failure to respond has caused me substantial harm:

1. DENIED PARTICIPATION IN SENTENCING: I was never notified of the sentencing hearing and was never given the opportunity to provide a victim impact statement, violating my right to be reasonably heard under 18 U.S.C. § 3771(a)(4).

2. NO RESTITUTION INFORMATION: I have been denied information about restitution procedures, preventing me from exercising my right to full and timely restitution under 18 U.S.C. § 3771(a)(6).

3. BACKPAGE DEADLINE JEOPARDY: I cannot obtain the trial transcripts and documentation needed to establish my eligibility for the Backpage Remission Program before the February 2, 2026 deadline, potentially causing me to forfeit substantial compensation.

4. CIVIL LITIGATION IMPAIRMENT: I cannot obtain the case materials needed to support my pending civil litigation against the defendants who harmed me, impairing my ability to seek full compensation through civil remedies.

5. PROPERTY NOT RETURNED: Your office has not returned any of the evidence and documentation I provided during the investigation. These materials are my property and I need them for my civil case and other purposes.

6. DISRESPECT AND UNFAIRNESS: I have been treated with fundamental disrespect and unfairness, in violation of 18 U.S.C. § 3771(a)(8), despite my extensive cooperation with the prosecution.

I cooperated extensively with your prosecution. I provided critical evidence including flight records, hotel documentation, photographs, detailed timelines, and testimony. My cooperation was material to building your case.

Your office used my cooperation when it served your interests in prosecuting the defendants. Now your office treats me as if I do not exist when I need assistance exercising my statutory rights.

## IX. DEMANDS

Within SEVEN (7) DAYS of receipt of this letter, I demand that your office provide:

A. Written Victim Status Verification

Written verification that I am recognized as a crime victim under 18 U.S.C. § 3771 in United States v. Sean Combs. This verification should specify:

1. That I am named as "Victim 2" in Count 3 of the Indictment;

2. That I am entitled to all rights under the Crime Victims' Rights Act;

3. The name and direct contact information (phone, email) of the designated Victim-Witness Coordinator for this case; and

4. Procedures for asserting my rights.

B. All Case Materials

All victim-related materials from the case file, including:

1. All interview transcripts, recordings, or summaries of my statements to law enforcement;

2. All correspondence between my counsel (if any) and prosecutors;

3. All victim impact materials I provided or that reference me;

4. All restitution-related documentation concerning me;

5. All reports, memoranda, or documents referencing my victim status or witness testimony;

6. Copies of all evidence I provided to your office, including flight boarding passes, ticket receipts, hotel photographs, and timeline documentation;

7. All trial transcripts, testimony excerpts, and exhibits related to Cassandra Ventura's testimony regarding Backpage.com and my trafficking; and

8. Any other materials in the case file that relate to me as a victim or witness.

C. Backpage Remission Program Assistance

Assistance with establishing my eligibility for the Department of Justice Backpage Remission Program, including:

1. Formal letter confirming that trial testimony established the Backpage.com connection to my trafficking;

2. Relevant trial transcripts and exhibits documenting this connection;

3. Any other documentation in the case file supporting my eligibility;

4. Letter confirming my victim status suitable for submission with my remission petition; and

5. Guidance on procedures for filing the petition.

D. Restitution Information

Comprehensive information about restitution procedures, including:

1. The procedure for claiming restitution under 18 U.S.C. § 3663 et seq.;

2. The types of losses for which I may seek restitution;

3. Documentation required to support my restitution claim;

4. Any applicable deadlines; and

5. The process for enforcing any restitution order.

E. Consultation with Government Counsel

A scheduled consultation with the Assistant U.S. Attorney assigned to this case to discuss:

1. My cooperation in the investigation and prosecution;

2. My concerns about safety and protection from the defendants;

3. The impact of the defendants' conduct on my life; and

4. Restitution and other remedies available to me.

Please provide the name and contact information of the lead prosecutor and schedule a time for us to confer.

F. Return of My Property

Return of all evidence and documentation I provided to your office during the investigation. The prosecution is complete. These materials are my property. I need them for my civil litigation and Backpage remission petition. Your office has no legitimate basis for withholding them.

## X. NOTICE OF INTENT TO SEEK JUDICIAL ENFORCEMENT

If I do not receive a substantive response addressing each of the demands set forth above within SEVEN (7) DAYS of receipt of this letter, I will immediately file a Motion to Enforce Crime Victims' Rights under 18 U.S.C. § 3771(d)(3) in the United States District Court for the Southern District of New York.

The statute requires the district court to "take up and decide any motion asserting a victim's right forthwith." 18 U.S.C. § 3771(d)(3).

I will also simultaneously file complaints with:

i.    DOJ Office of Professional Responsibility
ii.   DOJ Office for Victims of Crime
iii.  DOJ Inspector General
iv.   Senate Judiciary Committee
v.    House Judiciary Committee

These complaints will detail your office's systematic violations of my statutory rights and request:

1. Investigation of this systematic denial of victim rights;
2. Findings regarding CVRA violations;
3. Disciplinary action if appropriate;
4. Measures to ensure future compliance with victim rights statutes; and
5. Assistance in compelling production of requested materials.

## XI. LEGAL AUTHORITY FOR ENFORCEMENT

The Crime Victims' Rights Act creates enforceable rights, not mere suggestions or courtesies that the government may ignore at will. See *Kenna v. U.S. Dist. Court, 435 F.3d 1011, 1016 (9th Cir. 2006) ("The Crime Victims' Rights Act accords victims rights that are enforceable...The Act*

*thus ensures that victims have a meaningful voice, and that their 'concerns for fairness, respect, and compensation' are 'taken seriously.'").*

Congress provided victims with an enforcement mechanism—a motion to the district court under 18 U.S.C. § 3771(d)(3)—precisely because Congress recognized that some prosecutors would ignore victims' rights without judicial intervention.

The statute's command that courts act "forthwith" reflects Congress's determination that victims' rights must be vindicated promptly, without the delays that often characterize criminal proceedings. *See In re Antrobus, 519 F.3d 1123, 1124 (10th Cir. 2008).*

I have exhausted administrative remedies. I have been patient. I have made three separate attempts to communicate with your office over more than five weeks. I have requested only what federal law guarantees to crime victims.

Your office's continued silence leaves me no choice but to seek judicial enforcement of my rights.

## XII. CONCLUSION

I am a named victim in Count 3 of the Indictment in United States v. Sean Combs. I cooperated extensively with your investigation and prosecution, providing critical evidence and testimony. I am entitled under federal law to be treated with fairness and respect, to be informed about proceedings and available relief, to receive restitution information, and to have my rights vindicated without unreasonable delay.

Your office has violated every one of these rights.

For over 37 days, despite three separate communications, your office has maintained complete silence. This is not inadvertent oversight—it is systematic disregard of statutory obligations.

I have cooperated fully with federal authorities. I told the truth, a truth that remains unchallenged. I provided evidence that aided your prosecution. I am now seeking only what federal law guarantees to all crime victims: recognition of my victim status, information about available relief, the materials I need to pursue full compensation, and basic fairness and respect. The only difference between me and other victims in this case is that I told the complete truth— including truths about Cassandra Ventura's role that may have been inconvenient for your prosecution strategy. I was victimized by both defendants, and I deserve the same consideration as any other victim.

Your office used my cooperation when it served your interests in prosecuting Mr. Combs. Now I seek assistance exercising my statutory rights. That is not a favor—it is federal law.

I respectfully request immediate compliance to avoid judicial intervention. However, I am fully prepared to assert my rights through all available legal mechanisms if you continue to ignore my requests.

I await your response within seven (7) days.

Respectfully submitted,

*Clayton Howard*
Clayton Howard


Dated: November 30, 2025


ENCLOSURES:
• Copy of October 23, 2025 email to prosecutors
• Copy of November 19, 2025 letter to Victim-Witness Unit
• Timeline of communication attempts and non-responses

CC:
Emily Johnson, AUSA
Madison Smyser, AUSA
Mitzi Steiner, AUSA
Meredith Foster, AUSA
Mary Slavik, AUSA
Chief, Criminal Division

Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929) 202-3895
itsclaytonhoward@gmail.com

November 19, 2025

U.S. Attorney's Office
Southern District of New York
Attn: Victim/Witness Assistance Unit
One St. Andrew's Plaza
New York, New York 10007

**Re: United States v. Sean Combs**
Case No. 24 Cr. 542 (AS)
Request for Victim Status Verification and Victim Impact Statement
Victim: Clayton Howard (Named in Count 3)

Dear Victim/Witness Coordinator:

I. INTRODUCTION AND PURPOSE

I am writing as a follow-up to my previous correspondence (See Attached: Email to USA Emily
Johnson et al, dated October 23, 2025. Sent to Emily Johnson, Madison Smyser, Mitzi Steiner,
Meredith Foster, and Mary Slavik) regarding my status as a named victim in Count 3 of the
Indictment in United States v. Sean Combs (See first request for Assitance). Despite my prior
outreach, I have not received a substantive response acknowledging my victim status, providing
me with information about my rights under federal law, or affording me the opportunity to
submit a victim impact statement.

This letter serves as a formal request for:

1. Written verification of my status as a crime victim under 18 U.S.C. § 3771;
2. Full notification of all proceedings in this matter pursuant to my statutory rights;
3. All other rights afforded to crime victims under federal law.

II. FACTUAL BASIS FOR VICTIM STATUS

I am specifically named as a victim in Count 3 of the Indictment against Sean Combs. The
conduct alleged in Count 3 directly victimized me and caused me substantial physical,
emotional, and financial harm. As a cooperating witness in this prosecution, I have provided

information and evidence to federal investigators regarding the criminal conduct of the defendant.

My experiences as a victim of Sean Combs' criminal enterprise are documented in my memoir, "Cassie: Victim or Coconspirator?", which details the systematic abuse, intimidation, and harm I suffered. I have cooperated fully with federal authorities and stand ready to continue my cooperation throughout this prosecution.

## III. LEGAL BASIS FOR RIGHTS

### A. Crime Victims' Rights Act (18 U.S.C. § 3771)

The Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771, provides comprehensive rights to victims of federal crimes. Section 3771(a) establishes that "[a] crime victim has the following rights":

1. The right to be reasonably protected from the accused (18 U.S.C. § 3771(a)(1));

2. The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused (18 U.S.C. § 3771(a)(2));

3. The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding (18 U.S.C. § 3771(a)(3));

4. The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding (18 U.S.C. § 3771(a)(4));

5. The reasonable right to confer with the attorney for the Government in the case (18 U.S.C. § 3771(a)(5));

6. The right to full and timely restitution as provided in law (18 U.S.C. § 3771(a)(6));

7. The right to proceedings free from unreasonable delay (18 U.S.C. § 3771(a)(7));

8. The right to be treated with fairness and with respect for the victim's dignity and privacy (18 U.S.C. § 3771(a)(8)); and

9. The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement (18 U.S.C. § 3771(a)(9)).

The CVRA further provides that "[t]he crime victim or the crime victim's lawful representative, and the attorney for the Government may assert the rights described in subsection (a)" and that "[a] person accused of the crime may not obtain any form of relief under this chapter." 18 U.S.C. § 3771(d)(1)-(2).

B. Definition of "Crime Victim"

Under 18 U.S.C. § 3771(e), a "crime victim" is "a person directly and proximately harmed as a result of the commission of a Federal offense or an offense in the District of Columbia."

I meet this definition because:

1. I am specifically named as a victim in Count 3 of the Indictment;
2. I was directly harmed by the defendant's criminal conduct;
3. The harm I suffered was proximately caused by federal offenses charged in the Indictment;
4. I have provided information and evidence to federal investigators; and
5. I am prepared to cooperate further in the prosecution of this matter.

C. Justice for All Act (18 U.S.C. § 3771 Note)

The Justice for All Act of 2004, Pub. L. No. 108-405, § 102, 118 Stat. 2260, 2261 (2004), establishes that crime victims' rights are to be liberally construed and enforced. The legislative history makes clear that Congress intended victims to have a meaningful role in the criminal justice process and that their rights should be afforded substantial weight.

D. Attorney General Guidelines for Victim and Witness Assistance

The Attorney General's Guidelines for Victim and Witness Assistance, 2011 Edition (updated May 2012), provide detailed procedures for implementing victims' rights, including:

1. Notification of victims about case status and proceedings;
2. Opportunity for victims to provide input at critical stages;
3. Consultation with victims regarding plea agreements;
4. Victim impact statements at sentencing; and
5. Information about restitution and other remedies.

E. Federal Rules of Criminal Procedure

Federal Rule of Criminal Procedure 32(i)(4) specifically provides for victim allocution at sentencing: "Before imposing sentence, the court must...address the victim personally if the victim is present at the sentencing hearing and determine if the victim wishes to make a statement or present any information about the sentence."

IV. SPECIFIC REQUESTS

Based on my statutory rights under federal law, I respectfully request the following:

A. Verification of Victim Status

Please provide written verification that I am recognized as a crime victim under 18 U.S.C. § 3771 in United States v. Sean Combs. This verification should specify:

1. That I am named as a victim in Count 3 of the Indictment;
2. That I am entitled to all rights under the Crime Victims' Rights Act;
3. The name and contact information of the designated Victim/Witness Coordinator for this case; and
4. Procedures for asserting my rights throughout the prosecution.

B. Notice of Proceedings

Pursuant to 18 U.S.C. § 3771(a)(2), I request reasonable, accurate, and timely notice of:

1. Any changes in custody status of the defendant, including release or bail conditions;
2. The final disposition of the case.

Please provide this notice by email to itsclavtonhoward@gmail.com and by U.S. Mail to my address above.

C. Right to Be Reasonably Heard - Victim Impact Statement

Pursuant to 18 U.S.C. § 3771(a)(4) and Fed. R. Crim. P. 32(i)(4), I request the opportunity to be reasonably heard at sentencing through:

1. A written victim impact statement to be filed with the Court and considered by the sentencing judge;
2. The opportunity to make an oral statement at the sentencing hearing if I choose to do so; and
3. Advance notice of the sentencing date with sufficient time to prepare my statement.

Please provide me with:

1. Guidelines or instructions for preparing a victim impact statement;
2. Any forms or templates used by the U.S. Attorney's Office;
3. The deadline for submitting my written statement;
4. Information about the procedure for oral allocution at sentencing; and
5. The name of the Assistant U.S. Attorney who will be handling victim allocution.

D. Consultation Regarding Plea Agreement

Pursuant to 18 U.S.C. § 3771(a)(9), I had the right to be informed in a timely manner of any plea bargain or deferred prosecution agreement. I request:

1. Advance notice of any plea negotiations;
2. The opportunity to provide input before any plea agreement is finalized;
3. Information about the terms of any proposed plea agreement;
4. The opportunity to confer with the attorney for the Government regarding my views on the plea agreement; and
5. Notice of any hearing at which a plea agreement will be presented to the Court.

I would have been strongly opposed to any plea agreement that did not include:

1. A significant term of imprisonment commensurate with the serious nature of the offenses;
2. Full restitution to all victims;
3. A requirement that the defendant admit to the specific conduct that victimized me; and
4. Protections against future contact or harassment by the defendant or his associates.

However, I was not considered with regard to sentencing nor have I been contacted. Only my story used to validate Mrs. Ventura despite having been victimized by her.

E. Right to Confer with Government Counsel

Pursuant to 18 U.S.C. § 3771(a)(5), I request the opportunity to confer with the Assistant U.S. Attorney assigned to this case. I would like to discuss:

1. My cooperation in the investigation and prosecution;
2. My concerns about safety and protection from the defendant;
3. The impact of the defendant's conduct on my life;
4. Restitution for the harm I suffered.

Please provide me with the name and contact information of the lead prosecutor and schedule a time for us to confer.

F. Restitution

Pursuant to 18 U.S.C. § 3771(a)(6), I have the right to full and timely restitution as provided in law. I request information about:

1. The procedure for claiming restitution under 18 U.S.C. § 3663 et seq.;
2. The types of losses for which I may seek restitution;
3. Documentation required to support my restitution claim;
4. The deadline for submitting restitution information; and
5. The process for enforcing any restitution order.

My losses as a result of the defendant's criminal conduct include:

1. Economic losses (lost wages, business opportunities, property);
2. Medical and mental health treatment expenses;
3. Security expenses to protect myself from the defendant;
4. Legal fees incurred as a result of the defendant's conduct; and
5. Other out-of-pocket expenses.

I am prepared to provide detailed documentation of these losses.

G. Protection from the Accused

Pursuant to 18 U.S.C. § 3771(a)(1), I have the right to be reasonably protected from the accused. I request:

1. Information about the defendant's current custody status;
2. Notice of any release or change in bail conditions;
3. Appropriate conditions of release or bail that protect me from contact or harassment;
4. Information about available protective measures.

I have ongoing concerns about my safety given:

1. The defendant's substantial financial resources and ability to intimidate witnesses;
2. The defendant's history of using his influence to harm those who oppose him;
3. Threats and harassment I have received from the defendant's associates; and
4. The defendant's demonstrated willingness to abuse process and manipulate the legal system.

V. SUPPORTING DOCUMENTATION

In support of this request, I can provide:

1. Documentation by the U.S. Attorney's Office. USA v Sean Combs Docket #516 pg 41 Count 3, Victim 2

Please advise if you require any of these materials.

VI. ENFORCEMENT OF RIGHTS

I am aware that under 18 U.S.C. § 3771(d)(3), I have the right to seek enforcement of my statutory rights through a motion to the district court. While I hope that will not be necessary, I am prepared to assert my rights through all available legal mechanisms if my requests are not honored.

The statute provides that "[t]he district court shall take up and decide any motion asserting a victim's right forthwith. If the district court denies the relief sought, the movant may petition the court of appeals for a writ of mandamus." 18 U.S.C. § 3771(d)(3). I trust that the U.S. Attorney's Office will honor my statutory rights without requiring court intervention.

VII. URGENCY

Given that this prosecution is over, and I was denied the right to participate in hearings, and ultimately sentencing, it is critical that my rights be recognized and honored now. Any delay in responding to this request will prejudice my ability to meaningfully exercise my civil remedies and statutory rights.

I note that 18 U.S.C. § 3771(a)(7) provides victims with "[t]he right to proceedings free from unreasonable delay." The failure to respond to my previous correspondence and the lack of any

communication from the Victim/Witness Unit constitutes unreasonable delay in affording me my rights.

I only ask the assistance of your office in obtaining justice against the defendants that I am entitled too. I told the truth, a truth that remains unchallenged months later. I only seek some form of justice against defendants who hide for years using their power and resources. I suffer from this traumatic situation that has left lasting effects on both my physical and emotional well-being.

## VIII. CONTACT INFORMATION

Please direct all correspondence and notifications to:

Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
Email: itsclaytonhoward@gmail.com
Phone: (929) 202-3895

I prefer email communication for routine notifications and updates, but request that significant notices (such as hearing dates, plea agreements, and sentencing information) be provided by both email and U.S. Mail.

## IX. REQUEST FOR RESPONSE

I respectfully request a written response to this letter within 14 days of receipt addressing each of the specific requests set forth above. Please provide:

1. Verification of my victim status;
2. Contact information for the assigned Victim/Witness Coordinator;
3. Contact information for the lead prosecutor;
4. Schedule for consultation with government counsel;
5. Procedures and deadlines for victim impact statement submission (Probably no longer applicable);
6. Information about notification procedures for future proceedings;
7. Information about restitution claim procedures; and
8. Any other information relevant to my rights under federal law.

If there is any reason why my requests cannot be granted, please provide a detailed written explanation citing the specific legal basis for denial.

I do not expect that to be, as everything I provided was used by prosecutors during the prosecution of Mr. Combs. Everything except statements against Ms. Ventura, which were truthful but contradicted her claimed status as "Victim 1" and the "Star" or the show. Forgive the

irony as Ms. Ventura introduced herself to me under false pretenses as "Jackie Star" all those years ago.

X. CONCLUSION

As a named victim in Count 3 of the Indictment against Sean Combs, I have endured substantial harm as a result of the defendant's criminal conduct. I have cooperated fully with federal authorities in their investigation and prosecution of this matter, and I am committed to continuing that cooperation.

I am entitled under federal law to be treated with fairness and respect, to be informed about proceedings, to be heard at critical stages of the case, and to receive restitution for my losses. These are not mere courtesies – they are statutory rights that Congress has mandated must be afforded to crime victims. I have received none of these rights. I have been ignored because I told the truth regarding a woman who defense testimony exposed to be fabricating truths. I am passing no judgement, but I too deserve respect. Especially if a witness and victim caught being untruthful still receives the respect of a victim on the back of trauma they imposed upon me.

Casandra Ventura manipulated me, not Sean Combs. Mr. Combs was most certainly involved, and his money and "romance pimping" tactics with women caused harm to those woman they will have to address for the remainder of their lives. So did the domestic violence they experienced at the hands of a toxic, abusive, drug-addicted partner. But these women were not innocent. Both made conscious decisions to engage in these encounters to please their man, and to sexually satisfy themselves. Like Mr. Combs, both Casandra and Jane were aware of the totality of events. The only parties who were not were the men those women manipulated and coerced into continued sexual contact. I was one of those men, and I would have never slept with Casandra Ventura had I known the depth of her activities. She Coerced me, she manipulated me, and manipulation and coercion vitiates consent.

I trust that the U.S. Attorney's Office will honor these rights and respond promptly and substantively to this correspondence. I look forward to working cooperatively with your office to ensure that justice is achieved in this matter. I work with both Mrs. Comey and Mrs. Johnson, who were great during the prosecution and the investigation, treating me with consideration and respect. I ask that same treatment despite a failure that is not my doing.

Thank you for your attention to this important matter.

Respectfully submitted,

*Clayton Howard*

Clayton Howard