UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x
                                                                :
UNITED STATES OF AMERICA
                                                                :    DECLARATION OF PUBLICATION
            - v. -
                                                                :    S3 24 Cr. 542 (AS)
SEAN COMBS,
        a/k/a "Puff Daddy,"                                     :
        a/k/a "P.Diddy,"
        a/k/a "Diddy,"                                          :
        a/k/a "PD,"
        a/k/a "Love,"                                           :

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

I, Emily Johnson, pursuant to Title 28, United States Code, Section 1746, hereby declare under penalty of perjury that:

1.      I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

2.      Attached to this declaration are (A) a true and correct copy of a notice of criminal forfeiture in this action, and (B) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 15, 2025 through November 13, 2025 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and

Both documents were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: New York, New York
      August 4, 2026

                                                          /s/

                                                  Emily Johnson
                                                  Assistant United States Attorney
                                                  Tel: (212) 637-2409

Attachment 1

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
COURT CASE NUMBER: S3 24 CR. 542 (AS); NOTICE OF FORFEITURE**

Notice is hereby given that on October 08, 2025, in the case of U.S. v. Sean Combs, a/k/a "Puff Daddy", a/k/a "P.Diddy", Court Case Number S3 24 CR. 542 (AS), the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous electronics seized on or about March 25, 2024, from 200 South Mapleton Drive, Los Angeles, CA 90024 (24-ICE-002909), including the following items:

Four (4) Seagate hard drives;

Purple iPhone;

Black iPhone with serial number YWF16HR49G;

Hard drive (HD) with serial number WXXIA887EIJU;

iPhone 12 Pro Max in white case;

Black iPhone 13;

iPad with serial number DMPG40GSQ16N;

DANE 4 GB thumb drive;

iPad Grey Case with serial number WPN6PFWXHV;

iPhone 13 Pro Max in clear case;

Black hard drive (HD) with serial number WX22A709263;

Hard drive (HD) with serial number NAD226HN;

iPad with serial number F9FZG0DBMF3Q;

iLok Thumb Drive with serial number 001C4B59;

Portable SSD model number 2238DY400548;

Charcoal Apple iPhone 13 with yellow case;

Charcoal Apple iPhone with glitter case;

Hard drive (HD) with serial number 2584034514;

Black iPhone 8 Plus with serial number FD1YT09WJCLM;

Charcoal iPhone;

Hard drive (HD) with serial number NL6AQM04;

iPhone in red case;

Thumb drive with serial number 002AF7A7;

Hard drive (HD) with serial number NAD20LLE;

Four (4) miscellaneous flash drives;

Black/Silver hard drive (HD) with serial number 3DAPM-500;

Hard drive (HD) with serial number NL6G370D;

Hard drive (HD) with serial number NL69KX1T;

Black thumb drive;

Hard drive (HD) with serial number NL69FE8Y;

Hard drive (HD) with serial number NL69FK13;

Gray Cricket phone;

Hard drive (HD) with serial number NL6F40MS;

Blue iPhone 14 in black case;

iPad with serial number DN6H6B0XDV02;

iPad with serial number F9FSR4ZFHGJ1;

Apple MacBook with serial number FVFDP8DCM6KG;

Apple MacBook with serial number CO2F947MMD6R;

Apple MacBook with serial number FVFVG1BPHV29;

Apple iPad with serial number DLXXV2BRKC6T;

Apple iPad with serial number DMPTQYZQHLF9;

Apple MacBook with serial number C02TQ9SMHV29; and

Black Lenovo ThinkPad

Miscellaneous electronics seized on or about March 25, 2024, from 2 Star Island Drive, Miami Beach, FL 33139 (24-ICE-002910), including the following items:

Apple iPhone Pro Max with IMEI 353890109566544;

Cell phone F3 Figgers;

iPhone (cracked) in blue Apple case;

Gray iPhone (cracked);

Black iPhone;

iPhone in black case;

iPhone 11 Pro Max with serial number G6TZH2L6N70Q;

iPhone 11 Pro with serial number C39CT0GKN6XX;

iPhone 11 Pro Max with serial number FK1ZCBCAN70M;

Dark gray Apple iPhone in black case;

iPad Mini 6th Gen with serial number FN2T6GQ4T4;

iPad 8th Gen with serial number H9CF20UQQ1GJ;

iPad Pro Silver with serial number VJCV4CD2Y6;

iPad in black case with hand strap;

iPad in black ZUGU case;

Samsung tablet in gray case;

Silver iPad;

iPad with charger;

Silver MacBook Air;

Silver MacBook Pro;

MacBook 1;

Black ThinkPad laptop;

Rose gold MacBook;

NUC Computer model NUC5i5MYHE with power cable;

Digital Watch Dog DVR;

Flash drive (USB);

Smart watch Fenix 6;

Silver iMac;

Dell desktop;

Black jack tower;

Lenovo desktop;

Black jack DW Spectrum;

Synology NAS; and

Sony DVCAM video cassette tapes labeled "Ibiza Tapes"

Miscellaneous electronics seized on or about March 25, 2024, from Miami-Opa Locka Executive Airport located at 14201 NW 42nd Avenue, Opa-locka, FL 33054 (24-ICE-002911), including the following items:

iPad Pro 4 model number 2069 with serial number DMPF23Q6NTHX;

MacBook Pro model number A2485 with serial number WGRQ12N4LP;

iPad 5th Gen, black case, with serial number FH6Y63PM2X;

Red iPhone 13 mini in blue case with serial number RFVHVVYHH0; and

iPhone 11 Pro max in purple case with serial number G6TD23K7N70L

$9,000.00 in United States currency seized on or about September 16, 2024, from Park Hyatt Hotel, located at 153 W 57th Street, New York, NY 10019 (24-ICE-002912)

Miscellaneous electronics seized on or about September 16, 2024, from Park Hyatt Hotel, located at 153 W 57th Street, New York, NY 10019 (24-ICE-002913), including the following items:

iPhone 15 Pro Max;

iPad model number A2270 with serial number DMPDWZUXQ1GC;

MacBook model number A3113 with serial number JJ2VQGF6XY;

iPhone 11 in red case; and

Hard drive (HD)

iPhone 15 with serial number GK22X05Y43F seized on or about March 25, 2024, from Miami-Opa Locka Executive Airport located at 14201 NW 42nd Avenue, Opa-locka, FL 33054 (24-ICE-002914)

iPhone in yellow case seized on or about March 25, 2024, from Miami-Opa Locka Executive Airport located at 14201 NW 42nd Avenue, Opa-locka, FL 33054 (24-ICE-002915)

Black iPhone 13 Pro with serial number QQF916MY9G seized on or about March 25, 2024, from Miami-Opa Locka Executive Airport located at 14201 NW 42nd Avenue, Opa-locka, FL 33054 (24-ICE-002916)

Space gray iPhone XS Max with IMEI 357278092980516 turned over to Homeland Security Investigations on or about April 21, 2025 (25-ICE-001463)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (October 15, 2025) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and a copy served upon Assistant United States Attorney Meredith Foster, Jacob K. Javits Federal Building, 26 Federal Plaza, New York, NY  10278.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of

perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Meredith Foster, Jacob K. Javits Federal Building, 26 Federal Plaza, New York, NY  10278.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 15, 2025 and November 13, 2025.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Sean Combs, a/k/a "Puff Daddy", a/k/a "P.Diddy"

**Court Case No:**        S3 24 CR. 542 (AS)
**For Asset ID(s):**        See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/15/2025 | 23.9 | Verified |
| 2 | 10/16/2025 | 23.8 | Verified |
| 3 | 10/17/2025 | 23.9 | Verified |
| 4 | 10/18/2025 | 23.9 | Verified |
| 5 | 10/19/2025 | 23.9 | Verified |
| 6 | 10/20/2025 | 23.9 | Verified |
| 7 | 10/21/2025 | 23.8 | Verified |
| 8 | 10/22/2025 | 23.9 | Verified |
| 9 | 10/23/2025 | 23.9 | Verified |
| 10 | 10/24/2025 | 24.0 | Verified |
| 11 | 10/25/2025 | 23.9 | Verified |
| 12 | 10/26/2025 | 23.8 | Verified |
| 13 | 10/27/2025 | 24.0 | Verified |
| 14 | 10/28/2025 | 23.9 | Verified |
| 15 | 10/29/2025 | 23.9 | Verified |
| 16 | 10/30/2025 | 23.9 | Verified |
| 17 | 10/31/2025 | 23.8 | Verified |
| 18 | 11/01/2025 | 24.0 | Verified |
| 19 | 11/02/2025 | 24.0 | Verified |
| 20 | 11/03/2025 | 24.0 | Verified |
| 21 | 11/04/2025 | 24.0 | Verified |
| 22 | 11/05/2025 | 23.9 | Verified |
| 23 | 11/06/2025 | 23.9 | Verified |
| 24 | 11/07/2025 | 23.9 | Verified |
| 25 | 11/08/2025 | 23.9 | Verified |
| 26 | 11/09/2025 | 23.9 | Verified |
| 27 | 11/10/2025 | 23.9 | Verified |
| 28 | 11/11/2025 | 23.9 | Verified |
| 29 | 11/12/2025 | 24.0 | Verified |
| 30 | 11/13/2025 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.