

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10287*

August 4, 2026

**VIA ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:     *United States v. Sean Combs*
        S3 24 Cr. 542 (AS)

Dear Judge Subramanian:

The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the defendant, Sean Combs, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property (Docket Entry 533) and no third-party claims have been filed within the statutory period.

Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Customs and Border Protection can dispose of the Specific Property according to law.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York


By: _____/s/_____
    Emily Johnson
    Assistant United States Attorney
    Tel. (212) 637-2409


*Enclosure*