UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

                                                                    :

UNITED STATES OF AMERICA

                                                                    :

            - v. -                                  **FINAL ORDER OF FORFEITURE**

                                                                    :

SEAN COMBS,
        a/k/a "Puff Daddy,"                        :    S3 24 Cr. 542 (AS)
        a/k/a "P.Diddy,"
        a/k/a "Diddy,"                             :
        a/k/a "PD,"
        a/k/a "Love,"                              :

                Defendant.                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

        WHEREAS, on or about October 8, 2025, this Court entered a Consent Preliminary

Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 533),

which ordered the forfeiture to the United States of all right, title and interest of SEAN COMBS

a/k/a "Puff Daddy," a/k/a "P.Diddy," a/k/a "Diddy," a/k/a "PD" a/k/a "Love," (the "Defendant")

in the following property set forth in Exhibit A attached hereto and incorporated by reference

herein (the "Specific Property");

        WHEREAS, the Preliminary Order of Forfeiture directed the United States to

publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture,

notice of the United States intent to dispose of the Specific Property, and the requirement that any

person asserting a legal interest in the Specific Property must file a petition with the Court in

accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3).

Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written

notice to any person known to have an alleged interest in the Specific Property and as a substitute

for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on October 15, 2025, for thirty (30) consecutive days, through November 13, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on August 4, 2026 (D.E. 651);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.      The United States Customs and Border Protection (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
           _____, 2026

                                        SO ORDERED:


                                        _____
                                        HONORABLE ARUN SUBRAMAIAN
                                        UNITED STATES DISTRICT JUDGE

**Exhibit A**

1.  Four (4) Seagate hard drives seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

2.  Purple iPhone seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

3.  Black iPhone; SN YWF16HR49G seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

4.  HD SN: WXX1A887E1JU seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

5.  iPhone 12 Pro Max in white case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

6.  Black iPhone 13 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

7.  iPad SN DMPG40GSQ16N seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

8.  DANE 4 GB thumb drive seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

9.  iPad Grey Case SN: WPN6PFWXHV seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

10. iPhone 13 Pro Max in clear case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

11. Black HD SN: WX22A709263 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

12. HD SN: NAD226HN seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

13. iPad SN: F9FZG0DBMF3Q seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

14. iLok Thumb Drive SN: 001C4B59 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

15. Portable SSD Model# 2238DY400548 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

16. Charcoal Apple iPhone 13 w/Yellow Case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

17. Charcoal Apple iPhone w/Glitter case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

18. HD SN: 2584034514 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

19. Black iPhone 8 Plus, SN FD1YT09WJCLM seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

20. Charcoal iPhone seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

21. HD SN: NL6AQM04 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

22. iPhone in red case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

23. Thumbdrive SN: 002AF7A7 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

24. HD SN: NAD20LLE seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

25. Miscellaneous flash drives (4) seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

26. Black/Silver HD; SN 3DAPM-500 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

27. Hard Drive SN: NL6G370D seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

28. HD SN: NL69KX1T seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

29. Black thumb drive seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

30. HD SN: NL69FE8Y seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

31. HD SN: NL69FK13 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

32. Gray Cricket phone seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

33. HD SN: NL6F40MS seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

34. Blue iPhone 14 in black case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

35. iPad SN: DN6H6B0XDV02 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

36. iPad SN: F9FSR4ZFHGJ1 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

37. Apple Macbook SN: FVFDP8DCM6KG seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

38. Apple Macbook SN: CO2F947MMD6R seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

39. Apple Macbook SN: FVFVG1BPHV29 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

40. Apple iPad SN: DLXXV2BRKC6T seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

41. Apple iPad SN: DMPTQYZQHLF9 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

42. Apple Macbook SN: C02TQ9SMHV29 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

43. Black Lenova Thinkpad  seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024

44. Apple iPhone Pro Max; IMEI 353890109566544 seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

45. Cell phone F3 Figgers seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

46. iPhone (cracked) in blue Apple case seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

47. Gray iPhone (cracked) seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

48. Black iPhone seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

49. iPhone in black case seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

50. iPhone 11 Pro Max, SN G6TZH2L6N70Q seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

51. iPhone 11 Pro; SN C39CT0GKN6XX seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

52. iPhone 11 Pro Max, SN FK1ZCBCAN70M seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

53. Dark Gray Apple iPhone in Black case seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

54. iPad Mini 6th Gen; SN FN2T6GQ4T4 seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

55. iPad 8th Gen; SN H9CF20UQQ1GJ seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

56. iPad Pro Silver, SN VJCV4CD2Y6 seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

57. iPad in black case w/ hand strap seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

58. iPad in black ZUGU case seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

59. Samsung tablet in gray case seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

60. Silver iPad seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

61. iPad with charger seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

62. Silver MacBook Air seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

63. Silver MacBook Pro seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

64. MacBook 1 seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

65. Black Thinkpad laptop seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

66. Rose gold MacBook seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

67. NUC Computer model NUC5i5MYHE w/power cable seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

68. Digital Watch Dog DVR seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

69. Flash drive (USB) seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

70. Smart watch Fenix 6 seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

71. Silver iMac seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

72. Dell desktop seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

73. Black jacktower seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

74. Lenovo desktop seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

75. Black jack DW Spectrum seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

76. Synology NAS seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

77. Sony DVCAM video cassette tapes labeled "Ibiza Tapes" seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

78. iPad Pro 4 Model # 2069; SN DMPF23Q6NTHX seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

79. MacBook Pro Model # A2485; SN WGRQ12N4LP seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

80. iPad gen 5, black case, SN FH6Y63PM2X seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

81. iPhone 15; SN GK22X05Y43F seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

82. iPhone in yellow case seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

83. Red iPhone 13 mini in blue case; SN RFVHVVYHH0 seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

84. iPhone 11 Pro Max in purple case; SN G6TD23K7N70L seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

85. Black iPhone 13 Pro; SN QQF916MY9G seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

86. iPhone 15 Pro Max seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

87. iPad Model A2270, Serial: DMPDWZUXQ1GC seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

88. MacBook A3113, Serial: JJ2VQF6XY seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

89. iPhone 11 in red case seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

90. Hard-drive seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

91. Space gray iPhone XS Max with IMEI 357278092980516 turned over to Homeland Security Investigations on or about April 21, 2025.

92. $9,000.00 in United States currency seized from Park Hyatt Hotel, 153 W. 57th Street New York, New York 10019 on or about September 16, 2024;