- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        -v.-

SEAN COMBS,
       a/k/a "Puff Daddy,"
       a/k/a "P.Diddy,"
       a/k/a "Diddy,"
       a/k/a "PD,"
       a/k/a "Love,"

            Defendant.

**DECLARATION IN SUPPORT OF FINAL ORDER OF <u>FORFEITURE</u>**

S3 24 Cr. 542 (AS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Emily Johnson, pursuant to Title 28, United States Code, Section 1746, declares under penalty of perjury as follows:

1.     I am an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

2.     On or about October 8, 2025, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 533) with respect to SEAN COMBS a/k/a "Puff Daddy, a/k/a "P.Diddy, a/k/a "Diddy," a/k/a "PD," a/k/a "Love," (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in the following specific property set forth in Exhibit A attached hereto and incorporated by reference herein (the "Specific Property").

3.     The Notice of Forfeiture and the intent of the Government to dispose of the

Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on October 15, 2025 for thirty (30) consecutive days, through November 13, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court August 4, 2026 (D.E. 651).

3. Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Specific Property have been filed.

4. The Defendant is the only person and/or entity known by the Government to have a potential interest in the Specific Property.

5. Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture.

6. No previous application for the relief requested herein has been sought.

Dated: New York, New York
      August 4, 2026

                    JAMES M. MCDONALD
                    United States Attorney
                    Southern District of New York

By:     _____/s/_____
              Emily Johnson
              Assistant United States Attorney
              26 Federal Plaza, 38th Floor
              Tel. (212) 637-2409

# Exhibit A

1. Four (4) Seagate hard drives seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

2. Purple iPhone seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

3. Black iPhone; SN YWF16HR49G seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

4. HD SN: WXX1A887E1JU seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

5. iPhone 12 Pro Max in white case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

6. Black iPhone 13 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

7. iPad SN DMPG40GSQ16N seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

8. DANE 4 GB thumb drive seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

9. iPad Grey Case SN: WPN6PFWXHV seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

10. iPhone 13 Pro Max in clear case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

11. Black HD SN: WX22A709263 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

12. HD SN: NAD226HN seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

13. iPad SN: F9FZG0DBMF3Q seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

14. iLok Thumb Drive SN: 001C4B59 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

15. Portable SSD Model# 2238DY400548 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

16. Charcoal Apple iPhone 13 w/Yellow Case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

17. Charcoal Apple iPhone w/Glitter case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

18. HD SN: 2584034514 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

19. Black iPhone 8 Plus, SN FD1YT09WJCLM seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

20. Charcoal iPhone seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

21. HD SN: NL6AQM04 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

22. iPhone in red case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

23. Thumbdrive SN: 002AF7A7 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

24. HD SN: NAD20LLE seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

25. Miscellaneous flash drives (4) seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

26. Black/Silver HD; SN 3DAPM-500 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

27. Hard Drive SN: NL6G370D seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

28. HD SN: NL69KX1T seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

29. Black thumb drive seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

30. HD SN: NL69FE8Y seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

31. HD SN: NL69FK13 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

32. Gray Cricket phone seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

33. HD SN: NL6F40MS seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

34. Blue iPhone 14 in black case seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

35. iPad SN: DN6H6B0XDV02 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

36. iPad SN: F9FSR4ZFHGJ1 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

37. Apple Macbook SN: FVFDP8DCM6KG seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

38. Apple Macbook SN: CO2F947MMD6R seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

39. Apple Macbook SN: FVFVG1BPHV29 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

40. Apple iPad SN: DLXXV2BRKC6T seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

41. Apple iPad SN: DMPTQYZQHLF9 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

42. Apple Macbook SN: C02TQ9SMHV29 seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

43. Black Lenova Thinkpad  seized from 200 South Mapleton Los Angeles, California 90024 on or about March 25, 2024;

44. Apple iPhone Pro Max; IMEI 353890109566544 seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

45. Cell phone F3 Figgers seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

46. iPhone (cracked) in blue Apple case seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

47. Gray iPhone (cracked) seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

48. Black iPhone seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

49. iPhone in black case seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

50. iPhone 11 Pro Max, SN G6TZH2L6N70Q seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

51. iPhone 11 Pro; SN C39CT0GKN6XX seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

52. iPhone 11 Pro Max, SN FK1ZCBCAN70M seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

53. Dark Gray Apple iPhone in Black case seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

54. iPad Mini 6th Gen; SN FN2T6GQ4T4 seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

55. iPad 8th Gen; SN H9CF20UQQ1GJ seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

56. iPad Pro Silver, SN VJCV4CD2Y6 seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

57. iPad in black case w/ hand strap seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

58. iPad in black ZUGU case seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

59. Samsung tablet in gray case seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

60. Silver iPad seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

61. iPad with charger seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

62. Silver MacBook Air seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

63. Silver MacBook Pro seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

64. MacBook 1 seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

65. Black Thinkpad laptop seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

66. Rose gold MacBook seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

67. NUC Computer model NUC5i5MYHE w/power cable seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

68. Digital Watch Dog DVR seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

69. Flash drive (USB) seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

70. Smart watch Fenix 6 seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

71. Silver iMac seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

72. Dell desktop seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

73. Black jacktower seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

74. Lenovo desktop seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

75. Black jack DW Spectrum seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

76. Synology NAS seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

77. Sony DVCAM video cassette tapes labeled "Ibiza Tapes" seized from 2 Star Island Miami Beach, Florida 33139 on or about March 25, 2024;

78. iPad Pro 4 Model # 2069; SN DMPF23Q6NTHX seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

79. MacBook Pro Model # A2485; SN WGRQ12N4LP seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

80. iPad gen 5, black case, SN FH6Y63PM2X seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

81. iPhone 15; SN GK22X05Y43F seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

82. iPhone in yellow case seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

83. Red iPhone 13 mini in blue case; SN RFVHVVYHH0 seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

84. iPhone 11 Pro Max in purple case; SN G6TD23K7N70L seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

85. Black iPhone 13 Pro; SN QQF916MY9G seized from Miami-Opa Locka Executive Airport, 14201 NW 42nd Ave, Opa-locka, Florida 33054 on or about March 25, 2025;

86. iPhone 15 Pro Max seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024

87. iPad Model A2270, Serial: DMPDWZUXQ1GC seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

88. MacBook A3113, Serial: JJ2VQF6XY seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

89. iPhone 11 in red case seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

90. Hard-drive seized from Park Hyatt Hotel, 153 W. 57th Street, New York, New York 10019 on or about September 16, 2024;

91. Space gray iPhone XS Max with IMEI 357278092980516 turned over to Homeland Security Investigations on or about April 21, 2025.

92. $9,000.00 in United States currency seized from Park Hyatt Hotel, 153 W. 57th Street New York, New York 10019 on or about September 16, 2024;